FILED

2018 MAR -8  PM 3:30

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2017 Grand Jury

18 CR 00121-SJO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 18- |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 371: Conspiracy; 18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License; 18 U.S.C. § 924(a)(1)(A):  False Statement in a Federal Firearm Licensee's Records During Purchase of a Firearm; 18 U.S.C. § 2: Aiding and Abetting and Causing an Act to be Done; 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| CARLOS MIGUEL FERNANDEZ, aka "the38superman," EDWARD YASUSHIRO ARAO, BIANCA ELIZABETH IBARRIA, ADALBERTO DEJESUS VASQUEZ PELAYO, JR., OSCAR MORALES CAMACHO, SR., and OSCAR MARAVILLA CAMACHO, JR., | |
| Defendants. | |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1.   Defendant CARLOS MIGUEL FERNANDEZ, also known as "the38superman" ("FERNANDEZ") was a Detective with the Gardena Police Department, peace officer, and sworn member of a law enforcement agency who was paid on a full-time basis.

2.    Defendant EDWARD YASUSHIRO ARAO ("ARAO") was a Police Officer with the Gardena Police Department, peace officer, and sworn member of a law enforcement agency who was paid on a full-time basis.

3.    California Penal Code Section 32000 prohibited the manufacturing, importing, offering for sale, selling, gifting, or loan of any handgun that was not on the roster of handguns determined to be "not unsafe" within the meaning of California Penal Code Section 32015.  More specifically:

a.    Pursuant to California Penal Code Section 32015, the California State Department of Justice ("CA DOJ") maintained a roster (the "Roster") of handguns that could lawfully be sold in the State of California.  The Roster was a listing of handguns by model, model number, and model name that had been tested by a California certified testing laboratory and determined "not to be unsafe."  Any handgun not listed on the roster was referred to as "off-Roster."

b.    An "off-Roster" handgun could only be sold to, or purchased by, exempted parties listed in California Penal Code Section 32000 or through a private party transfer.  California Penal Code Section 32000(b)(4) permitted sworn members of police departments and other law enforcement or military agencies to purchase "off-Roster" handguns for use in the discharge of their official duties.  A private party transfer occurred when the transferor and transferee of the firearm were not licensed firearm dealers.

c.    Colt .38 caliber pistols were off-Roster firearms.

4.    California Penal Code Section 27535 provided that "no person shall make an application to purchase more than one handgun within any 30-day period," except for certain parties identified in

1    the statute, including law enforcement agencies and any person
2    properly identified as a sworn, full-time paid peace officer who was
3    authorized to, and did carry, a firearm during the course of their
4    employment as a peace officer.  Pursuant to the exception set forth
5    in California Penal Code Section 27535(b)(5), peace officers could
6    purchase or apply to purchase more than one handgun within a 30-day
7    period.

8         5.   California Penal Code Section 26815 provided that no
9    firearm could be delivered within ten days of the application to
10   purchase, or after notice by CA DOJ of authorization or non-
11   authorization for the dealer to sell, within ten days of the
12   submission to the CA DOJ of any correction to the application, or
13   within ten days of the submission to the CA DOJ of any fee required,
14   whichever was later (the "ten-day waiting period").

15        6.   Title 18, United States Code, Section 554 prohibited
16   fraudulently or knowingly exporting firearms outside the United
17   States without a license.

18        7.   Title 18, United States Code, Section 922(d)(1) prohibited
19   the transfer of a firearm or ammunition to a person the transferor
20   knew or had reasonable cause to believe had been convicted of a crime
21   punishable by imprisonment for a term exceeding one year.

22        8.   The United States Department of Justice, Bureau of Alcohol,
23   Tobacco, Firearms and Explosives ("ATF") authorized federally
24   licensed firearms dealers ("federal firearms licensees" or "FFLs") to
25   import, manufacture, and engage in the business of dealing in
26   firearms.  The ATF required all FFLs to document firearms sales and
27   purchases on an ATF Form 4473, a form that was completed by the FFL

28

3

and the firearm purchaser.   The documentation process included the following requirements:

      a.    At the time the purchaser submitted an application to purchase a firearm, the purchaser was required to certify on ATF Form 4473 that he or she was the "actual buyer" of the firearm.   ATF Form 4473 advised that: "You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person."

      b.    At the time the purchaser took possession of the firearm, which generally was at the conclusion of the ten-day waiting period, the purchaser was required to re-certify on the ATF Form 4473 that all of the assertions previously made on the ATF Form 4473 during the initial application were true, correct, and complete.

9.    At no time relevant to this Indictment, including specifically between on or about July 10, 2015, and in or about September 2017, was defendant FERNANDEZ licensed to import, manufacture, or engage in the business of dealing in firearms.

10.    Between on or about June 14, 2013, and on or about November 30, 2017, defendant ARAO was the CEO of Ronin Tactical Group, which was an FFL located in Gardena, California, within the Central District of California.

11.    At no time relevant to this Indictment, including specifically between on or about May 28, 2015, and on or about July 26, 2017, was defendant ARAO himself licensed to import, manufacture, or engage in the business of dealing in firearms.

12.    These Introductory Allegations are hereby incorporated by reference into each count of this Indictment as though set forth fully therein.

COUNT ONE

[18 U.S.C. § 371]

A.    OBJECT OF THE CONSPIRACY

13.    Beginning on or before July 10, 2015 and continuing through on or about July 26, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants CARLOS MIGUEL FERNANDEZ, also known as "the38superman" ("FERNANDEZ") and EDWARD YASUSHIRO ARAO ("ARAO"), together with others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly, intentionally, and willfully engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A).

B.    MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

14.    The object of the conspiracy was to be accomplished, in substance, as follows:

a.    Defendant FERNANDEZ would purchase off-Roster firearms.

b.    Defendant ARAO would transfer off-Roster firearms from Ronin Tactical Group to himself.

c.    Defendants FERNANDEZ and ARAO would advertise and sell off-Roster firearms, in many cases Colt .38 caliber pistols, in private party transfers, without a federal firearms license.

d.    Defendant FERNANDEZ would advertise firearms for himself and defendant ARAO on defendant FERNANDEZ's Instagram account, called "the38superman," which had approximately 133 posts, almost all of which were images of firearms along with a description of the firearm or firearms.

e.   Defendant ARAO would advertise firearms on an Instagram account called "RONINTACTICALGROUP," which had approximately 25 posts about firearms.

f.   Defendants FERNANDEZ and ARAO would use "the38superman" name and Ronin Tactical Group to co-market guns at gun shows.

g.   Defendants FERNANDEZ and ARAO would negotiate prices and terms for the firearms sales with prospective buyers.

h.   Defendants FERNANDEZ and ARAO would arrange the time, date, and location for the sale of the firearms to take place.

i.   Defendants FERNANDEZ and ARAO would bring, and arrange for others to bring, firearms to the agreed-upon locations.

j.   Defendants FERNANDEZ and ARAO would deliver, and would arrange for others to deliver, firearms to the location for the purchase and for delivery to the buyer.

k.   Defendants FERNANDEZ and ARAO accepted payments for the firearms from the buyers.

C.   OVERT ACTS

15.  On or about the following dates, in furtherance of the conspiracy and to accomplish the object of the conspiracy, defendants FERNANDEZ and ARAO, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:   On or about September 15, 2015, defendant FERNANDEZ created the Instagram account "the38superman" to advertise and sell firearms.

Overt Act No. 2:    On September 17, 2015, defendant FERNANDEZ posted to the Instagram account "the38superman" a photograph of three guns placed around the Spanish words "Clava La Fusca Hay Reten, which translates to "Hide Your Gun.  There's a checkpoint."

Overt Act No. 3:    On October 2, 2016, defendant FERNANDEZ posted to the Instagram account "the38superman" a photograph of gun with one hat that says "Culiacan," one hat that says "Sinaloa," and a bottle of Mezcal.

Overt Act No. 4:    On or about December 25, 2015, defendant FERNANDEZ posted the following on the "the38superman" Instagram account: "I have 10 colt 038 Supers for sale in California.  If you interested send me a DM and I will show you what I have.  If not, you can find me at the Gun Show in Ontario 2nd and 3rd of January.  The prices will be between 2k and 6500.  THE most expensive ones are the limited Edition Edison Merry Christmas my friend."

Overt Act No. 5:    On or about May 31, 2017, defendant FERNANDEZ exchanged the following series of messages through the "the38superman" Instagram account with Instagram user "elvis_gomez22":

| | |
|---|---|
| the38superman: | Oh u in mex? |
| elvis_gomez22: | Could you send me a pic is it a colt?  I want it over there |
| the38superman: | U would need to buy it here what u do with it I can't control that lol |
| elvis_gomez22: | Lol.  I'm interested on the 9 mm colt |

Overt Act No. 6:    On or about June 11 and 12, 2017, defendant FERNANDEZ exchanged the following series of messages through the

1    "the38superman" Instagram account with Instagram user

2    "jr_777exotics":

3        jr_777exotics:    Ok cool I emailed you and you replied to me

4                          this morning I just read it. Can you send me

5                          an example of what you have in a .45 from

6                          $2200-$3000 And on a 38 super from 4200-5000.

7    Later, "the38superman" sent "jr_777exotics" photos of various

8    firearms.  The conversation continued:

9        the38superman:    These guns are about that price 6k out of

10                         state this one I'm keeping at that price and

11                         it will be legal sell ppt

12       jr_777exotics:    Out of state the premier is only like 1800

13                         isn't it

14       the38superman:    Yeah the price r jacked one they enter this

15                         fucked Up State[.]  In general look at Any Gun

16                         out of state and bump it about 2k if sold here

17       Overt Act No. 7:    On or about June 17, 2017, defendant

18   FERNANDEZ posted the following on the "the38superman" Instagram

19   account: "Colt .38 Super LW Commander 100% authentic locked and

20   loaded for sale!  Send me a DM [referring to a direct message] if

21   interest for sale PPT [referring to a private party transfer] . . .

22   have a great father's day!"

23       Overt Act No. 8:    On or about August 12, 2017, defendant

24   FERNANDEZ exchanged the following series of messages through the

25   "the38superman" Instagram account with Instagram user

26   "miguel_marquez16":

27       miguel_marquez16: How are you able to get a gun in the US?   With

28                         your Social Security Number?

8

| | | |
|---|---|---|
| 1 | the38superman: | Your driver license, car registration, and |
| 2 | | your firearms certification from the gun store |
| 3 | miguel_marquez16: | My driver license? |
| 4 | the38superman: | Your car registration and firearms |
| 5 | | certification |
| 6 | miguel_marquez16: | I got it[.]  Now that is a the problem[.]  How |
| 7 | | do crooks get a firearm? |
| 8 | the38superman: | You get a parent, girlfriend, or anyone that |
| 9 | | can go |
| 10 | miguel_marquez16: | I have a female friend[.]  Her husband is a US |
| 11 | | Marine |

12   Overt Act No. 9:   On or about August 15, 2017, defendant
13  FERNANDEZ exchanged the following series of messages through the
14  "the38superman" Instagram account with Instagram user "Flowers4jr."

| | | |
|---|---|---|
| 15 | Flowers4jr: | do u sell guns |
| 16 | the38superman: | At times what u looking for ? |
| 17 | Flowers4jr: | A 1911 colt got a 38 super |
| 18 | the38superman: | I got several.  What's ur budget like?  The |
| 19 | | prices vary … I haven [sic] ones that run from |
| 20 | | 4500-9500 ….  I have others that r less… I'm in |
| 21 | | Gardena." |

22   Overt Act No. 10:   On or about September 14, 2017, defendant
23  FERNANDEZ exchanged the following series of messages through the
24  "the38superman" Instagram account with Instagram user "elpotrillo."

| | | |
|---|---|---|
| 25 | elpotrillo: | How can I get a short barrel gun with you? |
| 26 | the38superman: | I only sell in Los Angeles with documentation |
| 27 | | papers |

28

| | | |
|---|---|---|
| elpotrillo: | Okay, I am located in Culiacan but I have people in Los Angeles.  Just do not know what paperwork needed? |
| the38superman: | Paperwork needed in California to purchase a gun.  Have them call me and I will them what is needed to purchase a gun. |

Overt Act No. 11:   On or about September 26, 2017, defendant FERNANDEZ exchanged the following series of messages through the "the38superman" Instagram account with Instagram user "vargas_556."

| | | |
|---|---|---|
| vargas_556: | I will need to pay my tickets, call me at Turners.  Turners said that I can't transfer it would be a dmv reject |
| the38superman: | Right on |
| vargas_556: | I can't do it because I owe tickets, my wife turns 21 in a few months, I can tell her to go an buy |
| the38superman: | Okay, no problem.  Let's see what I will have then. |

Overt Act Nos. 12-57: On or about the following dates, defendant FERNANDEZ transferred the following firearms in private party transfers through various FFLs, including several through Ronin Tactical:

| Overt Act No. | Firearm | Transfer Date | FFL |
|---|---|---|---|
| 12 | Colt Model 1911 A1 .38 caliber pistol, bearing serial number SG08509E | 7/10/2015 | Fowler Gun Room |
| 13 | Colt Model 1911 02991 .38 caliber pistol, bearing serial number 159EZS | 12/3/2015 | Addax Tactical |

| Overt Act No. | Firearm | Transfer Date | FFL |
|---|---|---|---|
| 14 | Century Arms Model Draco 7.62mm pistol, bearing serial number DR928510 | 1/4/2016 | Western Firearms |
| 15 | Sig Sauer Model GSR Revolution .45 caliber pistol, bearing serial number GS11425 | 1/9/2016 | Ammo Brothers |
| 16 | Colt Model MK IV .45 caliber pistol, bearing serial number SF08135E | 1/9/2016 | Ammo Brothers |
| 17 | Colt Model 1911 A1 .45 caliber pistol, bearing serial number 60033B70 | 1/29/2016 | Ronin Tactical |
| 18 | Colt Model Commander .38 caliber pistol, bearing serial number CSC034 | 2/4/2016 | Ronin Tactical |
| 19 | Browning Model BDA 380 caliber pistol, bearing serial number 425NT0210 | 2/5/2016 | Alamo Jewelry |
| 20 | Colt Model 1911 SER 80 .45 caliber pistol, bearing serial number CV24972 | 2/28/2016 | Turner's Outdoorsman |
| 21 | Colt Model 1911 El Grito .38 caliber pistol, bearing serial number MHC0181 | 3/4/2016 | Turner's Outdoorsman |
| 22 | Remington Model 870 12-gauge shotgun, bearing serial number T765701V | 3/5/2016 | Turner's Outdoorsman |
| 23 | Colt Model Commander 9mm pistol, bearing serial number 6622LW | 3/28/2016 | Ronin Tactical |
| 24 | Colt Model Mustang 380 caliber pistol, bearing serial number RR34114 | 4/11/2016 | Ronin Tactical |
| 25 | Colt Model MK IV .45 caliber pistol, bearing serial number FG38229 | 4/21/2016 | Ronin Tactical |
| 26 | Colt Model 05038 NMS .38 caliber pistol, bearing serial number NMS0258 | 4/29/2016 | Ronin Tactical |
| 27 | Colt Model MK IV .38 caliber pistol, bearing serial number FR05659E | 5/6/2016 | Turner's Outdoorsman |

| Overt Act No. | Firearm | Transfer Date | FFL |
|---|---|---|---|
| 28 | Colt Model Super .38 caliber pistol, bearing serial number 191130 | 5/14/2016 | Ammo Brothers |
| 29 | Colt Model 1911 .38 caliber pistol, bearing serial number 36756 | 6/2/2016 | Turner's Outdoorsman |
| 30 | Colt Model 1911 .38 caliber pistol, bearing serial number 38SS05430 | 6/2/2016 | Turner's Outdoorsman |
| 31 | Colt Model 1911 El Grito .38 caliber pistol, bearing serial number MHC0235 | 6/6/2016 | Ammo Brothers |
| 32 | Colt Model Government .38 caliber pistol, bearing serial number 70S09560 | 6/11/2016 | Turner's Outdoorsman |
| 33 | Browning Model Hi Power 9mm pistol, bearing serial number 511ZM52822 | 6/16/2016 | Turner's Outdoorsman |
| 34 | Colt Model Combat Commander 9mm, bearing serial number 70SC14789 | 7/8/2016 | Ronin Tactical |
| 35 | Colt Model 1911 .45 caliber pistol, bearing serial number 481862 | 7/24/2016 | Turner's Outdoorsman |
| 36 | Browning Model BDA 380 caliber pistol, bearing serial number 1466 | 7/24/2016 | Turner's Outdoorsman |
| 37 | Colt Model 05138 Gold Cup El Dorado .38 caliber pistol, bearing serial number ELDOR187 | 8/12/2016 | Ronin Tactical |
| 38 | Colt Model 1911 Gold Cup Match .38 caliber pistol, bearing serial number NMS0314 | 8/25/2016 | Fausto Quiroz |
| 39 | Beretta Model 92FS Compact 9mm pistol, bearing serial number BER244574 | 10/2/2016 | Turner's Outdoorsman |
| 40 | Colt Model Government .38 caliber pistol, bearing serial number 70N97023 | 10/17/2016 | Ronin Tactical |
| 41 | Colt Model Custom 02071ELC2 .38 caliber pistol, bearing serial number ELCEN8536 | 11/8/2016 | Ronin Tactical |

| Overt Act No. | Firearm | Transfer Date | FFL |
|---|---|---|---|
| 42 | Colt Model Government .38 caliber pistol, bearing serial number MHE252 | 11/8/2016 | Turner's Outdoorsman |
| 43 | Colt Model 02991MHE .38 caliber pistol, bearing serial number MHE062 | 11/8/2016 | Turner's Outdoorsman |
| 44 | Colt Model Government .38 caliber pistol, bearing serial number ELCEN4548 | 12/4/2016 | Fausto Quiroz |
| 45 | Anderson Manufacturing Model AM15 5.56mm rifle, bearing serial number 2978F12 | 12/5/2016 | Turner's Outdoorsman |
| 46 | Colt Model Mustang MK4 380 caliber pistol, bearing serial number MU60153 | 12/6/2016 | Ronin Tactical |
| 47 | Colt Model Gold Cup .45 caliber pistol, bearing serial number SN22748 | 12/15/2016 | Ronin Tactical |
| 48 | Colt Model 1911 .45 caliber pistol, bearing serial number 51BW | 12/15/2016 | Ronin Tactical |
| 49 | Colt Model Lightweight Commander .45 caliber pistol, bearing serial number FL01515 | 12/15/2016 | Ronin Tactical |
| 50 | Colt Model 05038NMS .38 caliber pistol, bearing serial number NMS0167 | 12/15/2016 | Ronin Tactical |
| 51 | Colt Model Mustang MK 4 380 caliber pistol, bearing serial number MU24832 | 12/19/2016 | Ronin Tactical |
| 52 | Colt Model 1911 .38 caliber pistol, bearing serial number MHE351 | 12/19/2016 | Western Firearms |
| 53 | Colt Model 1911 .38 caliber pistol, bearing serial number MHE346 | 12/19/2016 | Mike's Gunsmithing |
| 54 | Colt Model 04617 Combat Commander .45 caliber pistol, bearing serial number FC05307 | 12/26/2016 | Ronin Tactical |
| 55 | Colt Model Mustang 380 caliber pistol, bearing serial number RS22407 | 6/3/2017 | Ammo Brothers |

| Overt Act No. | Firearm | Transfer Date | FFL |
|---|---|---|---|
| 56 | Colt Model Combat Commander .38 caliber pistol, bearing serial number 70BS61417 | 6/3/2017 | Little John's Inc. |
| 57 | Colt Model 02570XSET .38 caliber pistol, bearing serial number CPR076 | 6/10/2017 | Turner's Outdoorsman |

Overt Act No. 58:   On or about November 12, 2016, defendant ARAO, using the "RONINTACTICALGROUP" Instagram account, posted a picture showing a table at a gun show, with a banner laid over the table reading "The .38 Superman-Ronin Tactical" and that included an image of three guns placed around the Spanish words "Clava La Fusca Hay Reten," which translates to "Hide Your Gun.  There's a checkpoint."

Overt Act No. 59:   On or about May 27, 2017, defendant ARAO posted a picture of a Colt .38 Super pistol, along with a description of the firearm to the "RONINTACTICALGROUP" Instagram account.

Overt Act No. 60:   On or about May 27, 2017, defendant FERNANDEZ, through "the38Superman" Instagram account, commented on the photo of the Colt .38 Super pistol the RONINTACTICALGROUP Instagram account posted, stating "this pistoldnis [sic] available here [sic] in California!  DM if interested."

Overt Acts 61-101:  On or about the following dates, defendant ARAO transferred the following firearms to himself from Ronin Tactical Group, and then resold those firearms in a private party transfer on the dates listed below, some of which were advertised on the "the38superman" Instagram account:

| Overt Act No. | Firearm | Date of Transfer to Defendant ARAO | Resale Transfer Date |
|---|---|---|---|
| 61 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05866 | 5/28/2015 | 9/23/2015 |
| 62 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05851 | 5/28/2015 | 9/29/2015 |
| 63 | Colt Model 02991T .38 caliber pistol, bearing serial number CMX0185 | 10/28/2015 | 11/14/2015 |
| 64 | Colt Model 02991AZC .38 caliber pistol, bearing serial number AZC0177 | 10/28/2015 | 11/19/2015 |
| 65 | Colt Model 02991 .38 caliber pistol, bearing serial number 2928311 | 10/28/2015 | 11/28/2015 |
| 66 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05839 | 10/22/2015 | 1/3/2016 |
| 67 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05781 | 10/22/2015 | 1/4/2016 |
| 68 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS06349 | 10/22/2015 | 1/6/2016 |
| 69 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS06221 | 10/22/2015 | 1/16/2016 |
| 70 | Colt Model 0207ELC2 .38 caliber pistol, bearing serial number ELCEN8545 | 11/12/2015 | 2/11/2016 |
| 71 | Colt Model 02091LTD .38 caliber pistol, bearing serial number 265LTD | 10/28/2015 | 2/18/2016 |
| 72 | Colt Model 01991 .38 caliber pistol, bearing serial number 2928424 | 2/15/2016 | 3/4/2016 |
| 73 | Colt Model 01991SCP .38 caliber pistol, bearing serial number 2872137 | 3/4/2016 | 3/16/2016 |
| 74 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS06074 | 10/22/2015 | 3/28/2016 |

| Overt Act No. | Firearm | Date of Transfer to Defendant ARAO | Resale Transfer Date |
|---|---|---|---|
| 75 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05430 | 2/15/2016 | 4/3/2016 |
| 76 | Colt Model 02991AZC .38 caliber pistol, bearing serial number AZC0111 | 3/10/2016 | 4/23/2016 |
| 77 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05782 | 5/3/2016 | 5/14/2016 |
| 78 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05875 | 5/3/2016 | 5/15/2016 |
| 79 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05893 | 5/3/2016 | 5/15/2016 |
| 80 | Colt Model 02991 .38 caliber pistol, bearing serial number 2839209 | 5/3/2016 | 5/16/2016 |
| 81 | Colt Model 02991T .38 caliber pistol, bearing serial number CMX0090 | 3/10/2016 | 5/26/2016 |
| 82 | Colt Model 02991 .38 caliber pistol, bearing serial number 2839306 | 5/3/2016 | 7/9/2016 |
| 83 | Colt Model 02991 .38 caliber pistol, bearing serial number 2933169 | 6/21/2016 | 7/9/2016 |
| 84 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS07723 | 5/19/2016 | 7/24/2016 |
| 85 | Colt Model 02991 .38 caliber pistol, bearing serial number 2933163 | 6/21/2016 | 9/13/2016 |
| 86 | Colt Model 02991 .38 caliber pistol, bearing serial number 2933167 | 6/21/2016 | 10/15/2016 |
| 87 | Colt Model 02071ELC2 .38 caliber pistol, bearing serial number ELCEN8707 | 2/15/2016 | 11/7/2016 |
| 88 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS07467 | 5/19/2016 | 11/12/2016 |

| Overt Act No. | Firearm | Date of Transfer to Defendant ARAO | Resale Transfer Date |
|---|---|---|---|
| 89 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS07754 | 5/19/2016 | 11/12/2016 |
| 90 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS07562 | 5/19/2016 | 11/13/2016 |
| 91 | Colt Model 02991MHE .38 caliber pistol, bearing serial number MHE135 | 10/7/2016 | 11/16/2016 |
| 92 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS09110 | 11/17/2016 | 12/11/2016 |
| 93 | Colt Model 02991 .38 caliber pistol, bearing serial number 2933158 | 6/21/2016 | 12/12/2016 |
| 94 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS09149 | 11/17/2016 | 12/12/2016 |
| 95 | Colt Model 02991 .38 caliber pistol, bearing serial number 2933159 | 6/21/2016 | 12/16/2016 |
| 96 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS09144 | 11/17/2016 | 12/16/2016 |
| 97 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS09196 | 11/17/2016 | 12/16/2016 |
| 98 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS09317 | 11/17/2016 | 12/20/2016 |
| 99 | Colt Model 02991 .38 caliber pistol, bearing serial number MHE175 | 10/7/2016 | 5/24/2017 |
| 100 | Colt Model 02991 .38 caliber pistol, bearing serial number MHE340 | 10/21/2016 | 5/24/2017 |
| 101 | Colt Model 02991 .38 caliber pistol, bearing serial number MHE098 | 7/16/2017 | 7/26/2017 |

COUNT TWO

[18 U.S.C. § 922(a)(1)(A)]

16.   Beginning on or before July 10, 2015, and continuing through in or about September 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant CARLOS MIGUEL FERNANDEZ, also known as "the38superman," not being licensed as an importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms, specifically and including, but not limited to, the following firearms, on or about the following dates:

| Date | Firearm(s) |
|---|---|
| 7/10/2015 | Colt Model 1911 A1 .38 caliber pistol, bearing serial number SG08509E |
| 12/3/2015 | Colt Model 1911 02991 .38 caliber pistol, bearing serial number 159EZS |
| 1/4/2016 | Century Arms Model Draco 7.62mm pistol, bearing serial number DR928510 |
| 1/9/2016 | (1) Sig Sauer Model GSR Revolution .45 caliber pistol, bearing serial number GS11425<br>(2) Colt Model MK IV .45 caliber pistol, bearing serial number SF08135E |
| 1/29/2016 | Colt Model 1911 A1 .45 caliber pistol, bearing serial number 60033B70 |
| 2/4/2016 | Colt Model Commander .38 caliber pistol, bearing serial number CSC034 |
| 2/5/2016 | Browning Model BDA 380 caliber pistol, bearing serial number 425NT0210 |
| 2/28/2016 | Colt Model 1911 SER 80 .45 caliber pistol, bearing serial number CV24972 |
| 3/4/2016 | Colt Model 1911 El Grito .38 caliber pistol, bearing serial number MHC0181 |
| 3/5/2016 | Remington Model 870 12-gauge shotgun, bearing serial number T765701V |
| 3/28/2016 | Colt Model Commander 9mm pistol, bearing serial number 6622LW |
| 4/11/2016 | Colt Model Mustang 380 caliber pistol, bearing serial number RR34114 |
| 4/21/2016 | Colt Model MK IV .45 caliber pistol, bearing serial number FG38229 |
| 4/29/2016 | Colt Model 05038 NMS .38 caliber pistol, bearing serial number NMS0258 |

| Date | Firearm(s) |
|------|-----------|
| 5/6/2016 | Colt Model MK IV .38 caliber pistol, bearing serial number FR05659E |
| 5/14/2016 | Colt Model Super .38 caliber pistol, bearing serial number 191130 |
| 6/2/2016 | (1) Colt Model 1911 .38 caliber pistol, bearing serial number 36756<br>(2) Colt Model 1911 .38 caliber pistol, bearing serial number 38SS05430 |
| 6/6/2016 | Colt Model 1911 El Grito .38 caliber pistol, bearing serial number MHC0235 |
| 6/11/2016 | Colt Model Government .38  caliber pistol, bearing serial number 70S09560 |
| 6/16/2016 | Browning Model Hi Power 9mm pistol, bearing serial number 511ZM52822 |
| 7/8/2016 | Colt Model Combat Commander 9mm, bearing serial number 70SC14789 |
| 7/24/2016 | (1) Colt Model 1911 .45 caliber pistol, bearing serial number 481862<br>(2) Browning Model BDA 380 caliber pistol, bearing serial number 1466 |
| 8/12/2016 | Colt Model 05138 Gold Cup El Dorado .38 caliber pistol, bearing serial number ELDOR187 |
| 8/25/2016 | Colt Model 1911 Gold Cup Match .38 caliber pistol, bearing serial number NMS0314 |
| 10/2/2016 | Beretta Model 92FS Compact 9mm pistol, bearing serial number BER244574 |
| 10/17/2016 | Colt Model Government .38 caliber pistol, bearing serial number 70N97023 |
| 11/8/2016 | (1) Colt Model Custom 02071ELC2 .38 caliber pistol, bearing serial number ELCEN8536<br>(2) Colt Model Government .38 caliber pistol, bearing serial number MHE252<br>(3) Colt Model 02991MHE .38 caliber pistol, bearing serial number MHE062 |
| 12/4/2016 | Colt Model Government .38 caliber pistol, bearing serial number ELCEN4548 |
| 12/5/2016 | Anderson Manufacturing Model AM15 5.56mm rifle, bearing serial number 2978F12 |
| 12/6/2016 | Colt Model Mustang MK4 380 caliber pistol, bearing serial number MU60153 |
| 12/15/2016 | (1) Colt Model Gold Cup .45 caliber pistol, bearing serial number SN22748<br>(2) Colt Model 1911 .45 caliber pistol, bearing serial number 51BW<br>(3) Colt Model Lightweight Commander .45 caliber pistol, bearing serial number FL01515 |

| Date | Firearm(s) |
|---|---|
| | (4)  Colt Model 05038NMS .38 caliber pistol, bearing serial number NMS0167 |
| 12/19/2016 | (1)  Colt Model Mustang MK 4 380 caliber pistol, bearing serial number MU24832<br>(2)  Colt Model 1911 .38 caliber pistol, bearing serial number MHE351<br>(3)  Colt Model 1911 .38 caliber pistol, bearing serial number MHE346 |
| 12/26/2016 | Colt Model 04617 Combat Commander .45 caliber pistol, bearing serial number FC05307 |
| 6/3/2017 | (1)  Colt Model Mustang 380 caliber pistol, bearing serial number RS22407<br>(2)  Colt Model Combat Commander .38 caliber pistol, bearing serial number 70BS61417 |
| 6/10/2017 | Colt Model 02570XSET .38 caliber pistol, bearing serial number CPR076 |

COUNT THREE

[18 U.S.C. § 922(a)(1)(A)]

17.  Beginning on or about September 23, 2015, and continuing through on or about July 26, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant EDWARD YASUSHIRO ARAO, not personally being licensed as an importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms, specifically and including, but not limited to, the following firearms, on or about the following dates:

| Date | Firearm(s) |
| --- | --- |
| 9/23/2015 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05866 |
| 9/29/2015 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05851 |
| 11/14/2015 | Colt Model 02991T .38 caliber pistol, bearing serial number CMX0185 |
| 11/19/2015 | Colt Model 02991AZC .38 caliber pistol, bearing serial number AZC0177 |
| 11/28/2015 | Colt Model 02991 .38 caliber pistol, bearing serial number  2928311 |
| 1/3/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05839 |
| 1/4/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05781 |
| 1/6/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS06349 |
| 1/16/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS06221 |
| 2/11/2016 | Colt Model 0207ELC2 .38 caliber pistol, bearing serial number  ELCEN8545 |
| 2/18/2016 | Colt Model 02091LTD .38 caliber pistol, bearing serial number  265LTD |
| 3/4/2016 | Colt Model 01991 .38 caliber pistol, bearing serial number 2928424 |
| 3/16/2016 | Colt Model 01991SCP .38 caliber pistol, bearing serial number 2872137 |
| 3/28/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS06074 |
| 4/3/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05430 |

| Date | Firearm(s) |
|------|-----------|
| 4/23/2016 | Colt Model 02991AZC .38 caliber pistol, bearing serial number AZC0111 |
| 5/14/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05782 |
| 5/15/2016 | (1) Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05875<br>(2) Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05893 |
| 5/16/2016 | Colt Model 02991 .38 caliber pistol, bearing serial number 2839209 |
| 5/26/2016 | Colt Model 02991T .38 caliber pistol, bearing serial number CMX0090 |
| 7/9/2016 | (1) Colt Model 02991 .38 caliber pistol, bearing serial number 2839306<br>(2) Colt Model 02991 .38 caliber pistol, bearing serial number 2933169 |
| 7/24/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS07723 |
| 9/13/2016 | Colt Model 02991 .38 caliber pistol, bearing serial number 2933163 |
| 10/15/2016 | Colt Model 02991 .38 caliber pistol, bearing serial number 2933167 |
| 11/7/2016 | Colt Model 02071ELC2 .38 caliber pistol, bearing serial number ELCEN8707 |
| 11/12/2016 | (1) Colt Model 02091 .38 caliber pistol, bearing serial number 38SS07467<br>(2) Colt Model 02091 .38 caliber pistol, bearing serial number 38SS07754 |
| 11/13/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS07562 |
| 11/16/2016 | Colt Model 02991MHE .38 caliber pistol, bearing serial number MHE135 |
| 12/11/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS09110 |
| 12/12/2016 | (1) Colt Model 02091 .38 caliber pistol, bearing serial number 2933158<br>(2) Colt Model 02091 .38 caliber pistol, bearing serial number 38SS09149 |
| 12/16/2016 | (1) Colt Model 02991 .38 caliber pistol, bearing serial number 2933159<br>(2) Colt Model 02091 .38 caliber pistol, bearing serial number 38SS09144<br>(3) Colt Model 02091 .38 caliber pistol, bearing serial number 38SS09196 |
| 12/20/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS09317 |

| Date | Firearm(s) |
|------|-----------|
| 5/24/2017 | (1)  Colt Model 02991 .38 caliber pistol, bearing serial number MHE175 <br> (2)  Colt Model 02991 .38 caliber pistol, bearing serial number MHE340 |
| 7/26/2017 | Colt Model 02991 .38 caliber pistol, bearing serial number MHE098 |

COUNT FOUR

[18 U.S.C. §§ 924(a)(1)(A), 2(a), 2(b)]

18.  On or about July 24, 2016, in Los Angeles County, within the Central District of California, defendants BIANCA ELIZABETH IBARRIA ("IBARRIA") and ADALBERTO DEJESUS VASQUEZ PELAYO, JR. ("PELAYO"), each aiding and abetting the other, knowingly made, and willfully caused to be made, a false statement and representation with respect to information required by the provisions of Title 18, United States Code, Chapter 44, to be kept in the records of Turner's Outdoorsman, located at 11336 Firestone Boulevard, in Norwalk, California ("Turner's Outdoorsman"), a federal firearms licensee under the provisions of Title 18, United States Code, Chapter 44, in that defendant IBARRIA, aided and abetted and willfully caused by defendant PELAYO, executed and submitted to Turner's Outdoorsman Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record ("Form 4473"), stating that defendant IBARRIA was the actual buyer of the firearms listed on Form 4473, to wit, a Colt Model 1911 .45 caliber pistol, bearing serial number 481862, and a Browning Model BDA 380 caliber firearm, bearing serial number 1466, when, in truth and in fact, as defendants IBARRIA and PELAYO then well knew, defendant IBARRIA was not the actual buyer of the firearms, in that she was acquiring one or both of the firearms on behalf of defendant PELAYO.

24

COUNT FIVE

[18 U.S.C. §§ 924(a)(1)(A), 2(a), 2(b)]

19.   On or about July 29, 2017, in Los Angeles County, within the Central District of California, defendants CARLOS MIGUEL FERNANDEZ ("FERNANDEZ"), OSCAR MORALES CAMACHO, SR. ("CAMACHO SR."), and OSCAR MARAVILLA CAMACHO, JR. ("CAMACHO JR."), each aiding and abetting the other, knowingly made, and willfully caused to be made, a false statement and representation with respect to information required by the provisions of Title 18, United States Code, Chapter 44, to be kept in the records of Ammo Brothers, located at 15979 South Piuma Avenue, in Cerritos, California ("Ammo Brothers"), a federal firearms licensee under the provisions of Title 18, United States Code, Chapter 44, in that defendant CAMACHO SR., aided and abetted and willfully caused by defendants FERNANDEZ and CAMACHO JR., executed and submitted to Ammo Brothers Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record ("Form 4473"), stating that defendant CAMACHO SR. was the actual buyer of the firearm listed on Form 4473, to wit, a Colt Model Commander .38 caliber pistol, bearing serial number 27057LW, when, in truth and in fact, as defendants FERNANDEZ, CAMACHO SR., and CAMACHO JR. then well knew, defendant CAMACHO SR. was not the actual buyer of the firearm, in that he was acquiring the firearm on behalf of defendant CAMACHO JR.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

24.   Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461, in the event of any defendant's conviction under Counts One through Five of this Indictment.   Each defendant so convicted shall forfeit to the United States any firearm or ammunition involved in or used in any such offense.

A TRUE BILL

/S/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division



SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes
Section

KATHERINE A. RYKKEN
Assistant United States Attorney
General Crimes Section