1   NICOLA T. HANNA
    United States Attorney
2   LAWRENCE S. MIDDLETON
    Assistant United States Attorney
3   Chief, Criminal Division
    KATHERINE A. RYKKEN (Cal. Bar No. 267196)
4   Assistant United States Attorneys
    General Crimes Section
5       1200/1300 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3659
7       Facsimile: (213) 894-0141
        E-mail:    katherine.rykken@usdoj.gov
8
    Attorneys for Plaintiff
9   UNITED STATES OF AMERICA

10                 UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          18 CR 00121 -SJO

13          Plaintiff,                 [PROPOSED] ORDER SEALING
                                       INDICTMENT AND RELATED DOCUMENTS
14          v.
                                       (UNDER SEAL)
15  CARLOS MIGUEL FERNANDEZ,
      aka "the38superman,"
16  EDWARD YASUSHIRO ARAO,
    BIANCA ELIZABETH IBARRIA,
17  ADALBERTO DEJESUS VASQUEZ
      PELAYO, JR.,
18  OSCAR MORALES CAMACHO, SR., and
    OSCARO MARAVILLA CAMACHO, JR.,
19
            Defendants.
20

21

22       For good cause shown, IT IS HEREBY ORDERED THAT:

23       Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the

24  indictment and any related documents in the above-titled case (except

25  the arrest warrants), the government's sealing application, and this

26  ///

27  ///

28  ///

FILED
CLERK, U.S. DISTRICT COURT

MAR - 8 2018

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

1   order shall be kept under seal until such time as the government

2   files a "Report Commencing Criminal Action" in this matter.

3

4   _____ 3/5/18 _____

    ALEXANDER F. MacKINNON

5   DATE                                      HONORABLE ROZELLA A. OLIVER
                                              UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

OR IN CASE OF DENIAL:

The government's application for sealed filing is DENIED.   The sealing application will be filed under seal.   The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____          _____
DATE                                    HONORABLE ROZELLA A. OLIVER
                                        UNITED STATES MAGISTRATE JUDGE