ORIGINAL

Summons

# United States District Court
## For The
## Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR 18-121-SJO |
| ) | *UNDER SEAL |
| v. ) | SUMMONS TO APPEAR |
| ) | |
| CARLOS MIGUEL FERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

**TO:** Carlos Miguel Fernandez
11876 Hercules Street
Norwalk, Calif., 90650

You are hereby summoned to appear before the United States District Court for the Central District of California in the Roybal Federal Building, 255 East Temple Street, Los Angeles, in Courtroom 341 before the Honorable __Duty Magistrate__ on __April 3, 2018__ at __2:00 p.m.__ to answer to an __Indictment__ charging you with violating

SEE ATTACHED.

Dated: March 13, 2018

cc:

CLERK OF COURT, U.S. DISTRICT COURT

*Kiry K. Gray*

KIRY K. GRAY

**RETURN**

This summons was received by me at _11876 Hercules St. Norwalk CA 90650_ on _03/19/18_.

_____
CARLOS MIGUEL FERNANDEZ, Defendant