1  NICOLA T. HANNA
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   VERONICA DRAGALIN (Cal. Bar No. 281370)
4  Assistant United States Attorney
   Public Corruption and Civil Rights Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0647
7       Facsimile: (213) 894-0141
        E-mail:    Veronica.Dragalin@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,       | No. CR 18-121-SJO
13 |         Plaintiff,              |
   |                                 | NOTICE OF ASSIGNMENT OF CRIMINAL
14 |         v.                      | CASE
15 | CARLOS MIGUEL FERNANDEZ,        |
   |    aka "the38superman,"         |
16 | EDWARD YASUSHIRO ARAO,          |
   | BIANCA ELIZABETH IBARRIA,       |
17 | ADALBERTO DEJESUS VASQUEZ       |
   |    PELAYO, JR.,                 |
18 | OSCAR MORALES CAMACHO, SR., and |
   | OSCARO MARAVILLA CAMACHO, JR.,  |
19 |                                 |
   |         Defendants.             |
20

21

22      Plaintiff, United States of America, hereby advises the court

23 that the above-captioned case has been assigned to a new Assistant

24 United States Attorney ("AUSA") as follows:

25
   |                     | Name              | E-Mail Address                |
26 |---------------------|-------------------|-------------------------------|
   | Newly Assigned AUSA | Veronica Dragalin | Veronica.Dragalin@usdoj.gov   |
27

28

Please make all necessary changes to the court's case Management/Electronic Case Filing system to ensure that the newly assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: March 26, 2018                    Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

　/s/
Veronica Dragalin
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA