NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorney
Major Frauds Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3659/0647
     Facsimile: (213) 894-0141
     E-mail:    katherine.rykken@usdoj.gov
                veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>CARLOS MIGUEL FERNANDEZ,<br>  aka "the38superman,"<br>EDWARD YASUSHIRO ARAO,<br>BIANCA ELIZABETH IBARRIA,<br>ADALBERTO DEJESUS VASQUEZ<br>  PELAYO, JR.,<br>OSCAR MORALES CAMACHO, SR., and<br>OSCAR MARAVILLA CAMACHO, JR.,<br><br>          Defendants. | Nos. CR 18-00121-SJO<br><br>JOINT REPORT REGARDING DISCOVERY <u>CONFERENCE</u><br><br>Trial Date: May 15, 2018<br>Trial Time: 9:00 a.m.<br>Location:   Courtroom of the<br>            Hon. S. James Otero |

   Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys KATHERINE A. RYKKEN and VERONICA DRAGALIN, and defendants CARLOS MIGUEL FERNANDEZ, EDWARD YASUSHIRO ARAO, BIANCA ELIZABETH IBARRIA, ADALBERTO DEJESUS

VASQUEZ PELAYO, JR., OSCAR MORALES CAMACHO, SR., and OSCAR MARAVILLA CAMACHO, JR. ("defendants"), by and through their counsels of record, Ambrosio Rodriguez, Edward M. Robinson and Lisa Houle, Richard P. Lasting, Mark Chambers, John Targowski, and Andre Townsend, respectively, (collectively the "parties"), hereby jointly report as follows:

## I. NATURE OF THE CASE

This case arises out of an indictment charging defendant FERNANDEZ and ARAO with violations of 18 U.S.C. § 371 (Conspiracy) and 18 U.S.C. § 922(a)(1)(A) (Engaging in the Business of Dealing in Firearms Without a License). In addition, defendants FERNANDEZ, IBARRIA, PELAYO JR., CAMACHO SR., and CAMACHO JR. are charged with violations of 18 U.S.C. § 924(a)(1)(A) (False Statement in a Federal Firearm Licensee's Records During Purchase of a Firearm) and 18 U.S.C. § 2 (Aiding and Abetting and Causing an Act to be Done).

The indictment in this case was returned on March 8, 2018. Defendant CAMACHO JR. first appeared on March 22, 2018. Defendant CAMACHO SR. first appeared before the court on March 23, 2018. Defendants FERNANDEZ, ARAO, IBARRIA, and PELAYO JR. first appeared before the court on April 3, 2018. Defendants are released on bond.

## II. JOINT STATEMENT REGARDING DISCOVERY

Pursuant to the Court's Discovery and Trial Order in Criminal Cases, the parties report the following:

1. The government plans to make its initial production of discovery on April 6, 2018. The government intends to produce additional discovery subject to a protective order.

2. On March 29, 2018, AUSA Rykken, AUSA Dragalin and John Targowski, attorney for defendant CAMACHO SR., held the prescribed

discovery conference in person.  On April 2, 2018 AUSA Dragalin and Andre Townsend, attorney for defendant CAMACHO JR., held the prescribed discovery conference by telephonic conversation.  On April 3, 2018, AUSA Rykken and AUSA Dragalin and Ambrosio Rodriguez, attorney for defendant FERNANDEZ, held the prescribed discovery conference in person.  On April 3, 2018, AUSA Rykken and AUSA Dragalin and Ed Robinson, attorney for defendant ARAO, held the prescribed discovery conference in person.  On April 3, 2018, AUSA Rykken and AUSA Dragalin and Richard P. Lasting, attorney for defendant IBARRIA, held the prescribed discovery conference in person.  On April 3, 2018, AUSA Dragalin and Mark Chambers, attorney for defendant PELAYO JR., held the prescribed discovery conference by telephone conversation.  In accordance with the Court's Standing Order for Discovery and Trial in Criminal Cases, the parties report as follows:

   a. At present, there are no contested matters of discovery and inspection.

   b. Defendants reserve the right to request additional discovery if the need arises.

   c. At present, the government has not yet produced discovery.  The government is not aware of additional discovery, other than what is scheduled to be produced on April 6, 2018 and discovery that will be produced pursuant to a protective order, favorable to the defendants within the meaning of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and related cases.  Should the government obtain or learn of any such information, the government will promptly produce such materials to defendant in accordance with its continuing discovery obligations and the Court's order.

d. At present, no party has any foundational objections to the documentary evidence in this case. However, all parties expressly reserve the right to raise such foundational objections at the time of trial.

e. The government informed defense counsel that confidential informants were not used in this case.

f. At present, the parties are unaware of any issues regarding chain of custody.

g. At present, the parties are unaware of any issues regarding the admissibility of scientific analysis without the need of calling the expert at trial.

Dated: April 4, 2018

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

  */s/ Katherine A. Rykken*
KATHERINE A. RYKKEN
VERONICA DRAGALIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: April 5, 2017

   */s/ via text authorization*
AMBROSIO E. RODRIGUEZ
Attorney for Defendant CARLOS MIGUEL FERNANDEZ

Dated: April 4, 2017

   */s/ via email authorization*
EDWARD M. ROBINSON
LISA HOULÉ
Attorneys for Defendant EDWARD YASUSHIRO ARAO

```
Dated: April 4, 2017              /s/ via email authorization
                                 RICHARD P. LASTING
                                 Attorney for Defendant BIANCA
                                 ELIZABETH IBARRIA


Dated: April 4, 2017               Signature page attached
                                 MARK CHAMBERS
                                 Attorney for Defendant ADALBERTO
                                 DEJESUS VASQUEZ PELAYO, JR.


Dated: April 4, 2017              /s/ via email authorization
                                 JOHN TARGOWSKI
                                 Attorney for Defendant OSCAR MORALES
                                 CAMACHO, SR.


Dated: April 4, 2017               Signature page attached
                                 ANDRE TOWNSEND
                                 Attorney for Defendant OSCAR
                                 MARAVILLA CAMACHO, JR.
```

Dated: April 4, 2017

_____
RICHARD P. LASTING
Attorney for Defendant BIANCA
ELIZABETH IBARRIA

Dated: April 4, 2017

_____
MARK CHAMBERS
Attorney for Defendant ADALBERTO
DEJESUS VASQUEZ PELAYO, JR.

Dated: April 4, 2017

_____
JOHN TARGOWSKI
Attorney for Defendant OSCAR MORALES
CAMACHO, SR.

Dated: April 4, 2017

_____
ANDRE TOWNSEND
Attorney for Defendant OSCAR
MARAVILLA CAMACHO, JR.

5

Dated: April 4, 2017

RICHARD P. LASTING
Attorney for Defendant BIANCA
ELIZABETH IBARRIA

Dated: April 4, 2017

Signature page attached
MARK CHAMBERS
Attorney for Defendant ADALBERTO
DEJESUS VASQUEZ PELAYO, JR.

Dated: April 4, 2017

JOHN TARGOWSKI
Attorney for Defendant OSCAR MORALES
CAMACHO, SR.

Dated: April 4, 2017

ANDRE J TOWNSEND
Attorney for Defendant OSCAR
MARAVILLA CAMACHO, JR.

5