

*United States Pretrial Services*

United States District Court
Central District of California



George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

PACTS # 4714693          **PASSPORT RECEIPT**

Defendant's name: FERNANDEZ, Carlos Miguel

Name on passport, if different:

Country of origin: U.S.A

Issue Date: 9/2/2011          Expiration Date: 9/1/2021          Expired? [ ]

Ordered by Court in the **CENTRAL DISTRICT OF CALIFORNIA** or

Docket Number: 0973  2:18CR00121-1

Surrendered by (print name): Carlos Fernandez          (Date) 4/4/2018

Signature

Received by (print name): Devin Thompkins for PSO Pimentel          (Date) 4/4/2018

Signature

---

Returned to (print name):          (Date)

Signature

Returned by (print name):          (Date)

Signature

Purpose returned:

Address (if mailed):

CAC PSA 41 2/10/14

[ ] HQ & Supervision Unit          [ ] Investigation Unit          [ ] Santa Ana Branch          [ ] Riverside Branch

U.S. Courthouse
312 North Spring Street, Room 754
Los Angeles, CA 90012-4708
213-894-4726 / FAX 213-894-0231

Edward R. Roybal Federal Building
255 East Temple Street, Room 1178
Los Angeles, CA 90012-3326
213-894-5568 / FAX 213-894-8892

Ronald Reagan Federal Building
411 West Fourth Street, Room 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570

George E. Brown, Jr. Courthouse
3470 Twelfth Street, Room 161
Riverside, CA 92501
951-328-4490 / FAX 951-328-4489