UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:18-CR-00121-SJO    Recorder: CS 04/03/2018    Date: 04/03/2018

Present: The Honorable Suzanne H. Segal, U.S. Magistrate Judge

Court Clerk: Marlene Ramirez    Assistant U.S. Attorney: Katherine Rykken

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1) CARLOS MIGUEL FERNANDEZ, aka the38 superma  BOND-PRESENT | 1) AMBROSIO RODRIGUEZ  RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case was previously assigned to the calendar of District Judge S. James Otero.
It is ordered that the following date(s) and time(s) are set:
   Jury Trial 5/29/2018 at 9:00 AM
   Defendant and counsel are ordered to appear before said judge at the time and date indicated.

   Judge Otero's court clerk will refer counsel to the Court's Standing Order found on the Court's Website under Judge Otero's Procedures and Schedules. The parties are direcrted to review Judge Otero's Standing Order for updates and modifications.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 03
Initials of Deputy Clerk: MR by TRB