CLERK, U.S. DISTRICT COURT

APR - 3 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | CR 18-121-SJO |
| v. | |
| CARLOS FERNANDEZ DEFENDANT(S). | DESIGNATION AND APPEARANCE OF COUNSEL |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint __Carlos M. Fernandez__, Esquire, as my attorney to appear for me throughout all proceedings in this case.

__04/03/18__
Date

__[signature]__
Defendant's Signature

__LA, CA.__
City and State

## APPEARANCE OF COUNSEL

I, __AMBROSIO E. RODRIGUEZ__ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

__04/03/2018__
Date

__[signature]__
Attorney's Signature

__200880__
California State Bar Number

__626 Wilshire Blvd, Suite 460__
Street Address

__LA, CA 90017__
City, State, Zip Code

__2139956767__
Telephone Number     Fax Number

__ambrosio@aerlawgroup.com__
E-mail Address

CR-14 (01/07)      DESIGNATION AND APPEARANCE OF COUNSEL