NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorney
Major Frauds Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3659/0647
     Facsimile: (213) 894-0141
     E-mail:    katherine.rykken@usdoj.gov
                veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>                 v.<br><br>CARLOS MIGUEL FERNANDEZ,<br>     aka "the38superman,"<br>EDWARD YASUSHIRO ARAO,<br>BIANCA ELIZABETH IBARRIA,<br>ADALBERTO DEJESUS VASQUEZ<br>     PELAYO, JR.,<br>OSCAR MORALES CAMACHO, SR., and<br>OSCAR MARAVILLA CAMACHO, JR.,<br><br>                 Defendants. | No. CR 18-121-SJO<br><br>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATES:** May 15, 2018; May 29, 2018<br><br>**PROPOSED TRIAL DATE:** November 13, 2018 |

     Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys KATHERINE A. RYKKEN

and VERONICA DRAGALIN, and defendants CARLOS MIGUEL FERNANDEZ

("FERNANDEZ"), EDWARD YASUSHIRO ARAO ("ARAO"), BIANCA ELIZABETH

1   IBARRIA ("IBARRIA"), ADALBERTO DEJESUS VASQUEZ PELAYO, JR.

2   ("PELAYO"), OSCAR MORALES CAMACHO, SR. ("CAMACHO SR."), and OSCAR

3   MARAVILLA CAMACHO, JR. ("CAMACHO JR.") (collectively, "defendants"),

4   by and through his/her counsel of record, (collectively the

5   "parties"), hereby stipulate as follows:

6       1.   The Indictment in this case was made public on March 22,

7   2018.  Defendant CAMACHO JR. first appeared before a judicial officer

8   of the court in which the charges in this case were pending on March

9   22, 2018.  Defendant CAMACHO SR. first appeared before a judicial

10  officer of the court in which the charges in this case were pending

11  on March 23, 2018.  Defendants FERNANDEZ, ARAO, IBARRIA, and PELAYO

12  JR. first appeared before a judicial officer of the court in which

13  the charges in this case were pending on April 3, 2018.  For

14  defendant CAMACHO JR., the Speedy Trial Act, 18 U.S.C. § 3161,

15  originally required that the trial commence on or before May 31,

16  2018.  For defendant CAMACHO SR., the Speedy Trial Act, 18 U.S.C.

17  § 3161, originally required that the trial commence on or before June

18  1, 2018.  For defendants FERNANDEZ, ARAO, IBARRIA, and PELAYO JR.,

19  the Speedy Trial Act, 18 U.S.C. § 3161, originally required that the

20  trial commence on or before June 12, 2018.

21      2.   On March 22, 2018, the Court set a trial date of May 15,

22  2018 for defendant CAMACHO JR.  On March 23, 2018, the Court set a

23  trial date of May 15, 2018 for defendant CAMACHO SR.  On April 3,

24  2018, the Court set a trial date of May 29, 2018 for defendants

25  FERNANDEZ, ARAO, IBARRIA, and PELAYO JR.

26      3.   Defendants are released on bond pending trial.  The parties

27  estimate that the trial in this matter will last approximately four

28

to six days.  All defendants are joined for trial and a severance has not been granted.

4.   By this stipulation, defendants move to continue the trial dates to November 13, 2018.  This is the first request for a continuance.

5.   Defendants request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

a.   Defendants FERNANDEZ and ARAO are charged with violations of 18 U.S.C. § 371 (Conspiracy) and 18 U.S.C. § 922(a)(1)(A) (Engaging in the Business of Dealing in Firearms Without a License).  In addition, defendants FERNANDEZ, IBARRIA, PELAYO JR., CAMACHO SR., and CAMACHO JR. are charged with violations of 18 U.S.C. § 924(a)(1)(A) (False Statement in a Federal Firearm Licensee's Records During Purchase of a Firearm) and 18 U.S.C. § 2 (Aiding and Abetting and Causing an Act to be Done).  On April 6, 2018, the government produced the first round of discovery.  On April 18, 2018, the parties filed a stipulation requesting that the Court issue a protective order for discovery containing personal identifying information.  Together, the discovery already produced and the discovery that will be produced pursuant to the protective order contain over 19,000 pages of discovery and dozens of recordings.  The government also anticipates another production of documents related to phone and email warrants once the results become available, and which will also include draft transcripts of the recordings.

b.   Defense counsel for defendant FERNANDEZ represents that he is presently scheduled to be in trial in the following

3

matters: (1) <u>People v. Almazni</u>, Case RIF1401232, a multiple defendant assault with a deadly weapon case set for trial on May 2, 2018; (2) <u>People v. Kidane</u>, Case SA095252, a gross vehicular manslaughter case set for trial on May 8, 2018; (3) <u>People v. Gomez</u>, Case TA071041, a multiple defendant homicide and attempted homicide case set for trial on May 14, 2018; (4) <u>People v. Gustin</u>, Case GA099518, an attempted homicide and aggravated mayhem case set for trial on May 23, 2018; and (5) <u>People v. Escareno</u>, Case TA 144489, a homicide case set for trial on June 18, 2018.  In addition, defense counsel for FERNANDEZ represents that the following three matters are also set for trial on May 14, 2018 but will likely be tried in July or August of 2018:  (1) <u>People v. Conejo</u>, Case RIF1601363, which charges oral copulation with a minor; (2) <u>People v. Hill</u>, Case RIM1670413, which charges molesting a minor; and (3) <u>People v. Meza</u>, Case VA141318, which charges grand theft and receiving stolen property.  Accordingly, counsel represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

       c.    Defense counsel for defendant ARAO represents that he is presently scheduled to be in trial in the following matters: (1) <u>United States v. John Charlie Garcia</u>, CR 18-00185-GW, which is a three-day trial set for May 15, 2018; (2) <u>United States v. Toni Hodges</u>, CR 17-28-MWF, which is a one-week trial set for May 15, 2018; (3) <u>United States v. Carlos Hernandez</u>, CR 16-442-CAS, which is a two-week trial set for July 31, 2018; (4) <u>United States v. Joel Cortes-Solano</u>, CR 17-761-PA, which is a two-week trial set for August 14, 2018; and (5) <u>United States v. Marina Merino</u>, CR 14-329-ODW, which is set for trial on September 11, 2018.  Accordingly, counsel represents

1   that he will not have the time that he believes is necessary to

2   prepare to try this case on the current trial date.

3          d.   Defense counsel for defendant IBARRIA represents that

4   he is presently scheduled to be in trial in the following matters:

5   (1) People v. Deandray Bonner, Case TA 139632, a complex case in

6   which the defendant is charged with several counts of murder,

7   attempted murder, conspiracy, robbery, and other violent felonies,

8   for which a trial date is not yet set; (2) People v. Richard Alarcon,

9   Case BA 397216, a perjury and election violations case that is set

10  for re-trial on June 5, 2018; (3) United States v. Michael Orozco, CR

11  18-59-PA, a felon in possession trial set for June 26, 2018; and (4)

12  United States v. Anthony Magallon, CR 17-761-PA, a drug distribution

13  trial set for August 14, 2018.  Accordingly, counsel represents that

14  he will not have the time that he believes is necessary to prepare to

15  try this case on the current trial date.

16         e.   Defense counsel for defendant PELAYO JR. represents

17  that he is presently scheduled to be in trial in the following

18  matters: (1) United States v. Juan Pizano, CR 16-390-PSG, a four-week

19  RICO trial, which is set for trial on September 11, 2018; and (2)

20  United States v. Collins, CR 18-38-ODW, a one-week drug distribution

21  trial, which is set for October 23, 2018.  Accordingly, counsel

22  represents that he will not have the time that he believes is

23  necessary to prepare to try this case on the current trial date.

24         f.   Defense counsel for defendant CAMACHO SR. represents

25  that he is presently scheduled to be in trial in the following

26  matters:  (1) United States v. Kelly, CR 15-688-DSF, a three-week

27  RICO trial, set for trial August 29, 2018; and (2) United States v.

28  Loza, CR 16-390-PSG, a two-week RICO trial, set for trial on

September 22, 2018.  Accordingly, counsel represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

   g.   Defense counsel for defendant CAMACHO JR. represents that he is presently scheduled to be in trial in the following matters: (1) United States v. Leniu, CR 17-659-FMO, which is set for trial on May 29, 2018; (2) United States v. Maciel, CR 16-271-DMG, which is set for trial on June 19, 2018; (3) United States v. Cesaire, CR 17-611-ODW, which is set for trial on June 19, 2018; (4) United States v. Lindsey, CR 17-406-CAS, which is set for trial on June 19, 2018; (5) United States v. Velasco, CR 17-333-PSG, which is set for trial on June 26, 2018; (6) United States v. Villa-Gonzalez, CR 16-23-RHW, which is set for trial on July 31, 2018; and (7) United States v. Miller, CR 17-195-DSF, which is set for trial on September 11, 2018.  Accordingly, counsel represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

   h.   In light of the foregoing, counsel for defendants also represent that additional time is necessary to confer with defendants, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur.  Defense counsel represent that failure to grant the continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1         i.   Defendants believe that failure to grant the

2 continuance will deny them continuity of counsel and adequate

3 representation.

4         j.   The government does not object to the continuance.

5         k.   The requested continuance is not based on congestion

6 of the Court's calendar, lack of diligent preparation on the part of

7 the attorney for the government or the defense, or failure on the

8 part of the attorney for the Government to obtain available

9 witnesses.

10      6.   For purposes of computing the date under the Speedy Trial

11 Act by which defendants' trial must commence, the parties agree that

12 the time period of May 15, 2018 (for defendants CAMACHO JR. and

13 CAMACHO SR.) or May 29, 2018 (for defendants FERNANDEZ, ARAO,

14 IBARRIA, and PELAYO JR.) to November 13, 2018, inclusive, should be

15 excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), [and

16 (h)(7)(B)(iv) because the delay results from a continuance granted by

17 the Court at defendants' request, without government objection, on

18 the basis of the Court's finding that: (i) the ends of justice served

19 by the continuance outweigh the best interest of the public and

20 defendant in a speedy trial; (ii) failure to grant the continuance

21 would be likely to make a continuation of the proceeding impossible,

22 or result in a miscarriage of justice; and (iii) failure to grant the

23 continuance would unreasonably deny defendants continuity of counsel

24 and would deny defense counsel the reasonable time necessary for

25 effective preparation, taking into account the exercise of due

26 diligence.

27      7.   Under the Speedy Trial Act, if the trial is continued to

28 November 13, 2018, the last possible day for trial to commence for

defendants FERNANDEZ, ARAO, IBARRIA, and PELAYO JR. would be November 27, 2018, for defendant CAMACHO JR. would be November 29, 2018, and for defendant CAMACHO SR. would be November 30, 2018.

8.    Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: April 23, 2018          Respectfully submitted,

                               NICOLA T. HANNA
                               United States Attorney

                               LAWRENCE S. MIDDLETON
                               Assistant United States Attorney
                               Chief, Criminal Division


                                 */s/ Katherine A. Rykken*
                               KATHERINE A. RYKKEN
                               VERONICA DRAGALIN
                               Assistant United States Attorneys

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

1     I am CARLOS MIGUEL FERNANDEZ's attorney.  I have carefully

2 discussed every part of this stipulation and the continuance of the

3 trial date with my client.  I have fully informed my client of his

4 Speedy Trial rights.  To my knowledge, my client understands those

5 rights and agrees to waive them.  I believe that my client's decision

6 to give up the right to be brought to trial earlier than November 13,

7 2018 is an informed and voluntary one.

8

9 _____          04/25/2018
  AMBROSIO RODRIGUEZ                      _____
  Attorney for Defendant                  Date
10 CARLOS MIGUEL FERNANDEZ

11

12     I have read this stipulation and have carefully discussed it

13 with my attorney.  I understand my Speedy Trial rights.  I

14 voluntarily agree to the continuance of the trial date, and give up

15 my right to be brought to trial earlier than November 13, 2018.  I

16 understand that I will be ordered to appear in Courtroom 10C of the

17 Federal Courthouse, 350 West First Street, Los Angeles, California on

18 November 13, 2018 at 9:00 a.m.

19

20 _____          04/26/18
  CARLOS MIGUEL FERNANDEZ                  _____
  Defendant                               Date

21

22

23

24

25

26

27

28

1       I am EDWARD YASUHIRO ARAO's attorney.  I have carefully

2   discussed every part of this stipulation and the continuance of the

3   trial date with my client.  I have fully informed my client of his

4   Speedy Trial rights.  To my knowledge, my client understands those

5   rights and agrees to waive them.  I believe that my client's decision

6   to give up the right to be brought to trial earlier than November 13,

7   2018 is an informed and voluntary one.

8   _____      _____

9   EDWARD ROBINSON                        Date
    LISA HOULÉ

10  Attorneys for Defendant
    EDWARD YASUHIRO ARAO

11

12

13      I have read this stipulation and have carefully discussed it

14  with my attorney.  I understand my Speedy Trial rights.  I

15  voluntarily agree to the continuance of the trial date, and give up

16  my right to be brought to trial earlier than November 13, 2018.  I

17  understand that I will be ordered to appear in Courtroom 10C of the

18  Federal Courthouse, 350 West First Street, Los Angeles, California on

19  November 13, 2018 at 9:00 a.m.

20  _____      _____

21  EDWARD YASUHIRO ARAO                   Date
    Defendant

22

23

24

25

26

27

28

10

1   I am BIANCA ELIZABETH IBARRIA's attorney.  I have carefully
2   discussed every part of this stipulation and the continuance of the
3   trial date with my client.  I have fully informed my client of her
4   Speedy Trial rights.  To my knowledge, my client understands those
5   rights and agrees to waive them.  I believe that my client's decision
6   to give up the right to be brought to trial earlier than November 13,
7   2018 is an informed and voluntary one.
8   _____          _____
9   RICHARD P. LASTING                          4/25/2018
    Attorney for Defendant                      Date
10  BIANCA ELIZABETH IBARRIA

11

12      I have read this stipulation and have carefully discussed it
13  with my attorney.  I understand my Speedy Trial rights.  I
14  voluntarily agree to the continuance of the trial date, and give up
15  my right to be brought to trial earlier than November 13, 2018.  I
16  understand that I will be ordered to appear in Courtroom 10C of the
17  Federal Courthouse, 350 West First Street, Los Angeles, California on
18  November 13, 2018 at 9:00 a.m.
19  _____          _____
20  BIANCA ELIZABETH IBARRIA                    G4/25/18
    Defendant                                   Date
21

22

23

24

25

26

27

28

1    I am ADALBERTO DEJESUS VASQUEZ PELAYO, JR.'s attorney.  I have

2  carefully discussed every part of this stipulation and the

3  continuance of the trial date with my client.  I have fully informed

4  my client of his Speedy Trial rights.  To my knowledge, my client

5  understands those rights and agrees to waive them.  I believe that my

6  client's decision to give up the right to be brought to trial earlier

7  than November 13, 2018 is an informed and voluntary one.

8

                                                        4.23-18
_____        _____
9  MARK CHAMBERS                         Date
   Attorney for Defendant
10 ADALBERTO DEJESUS VASQUEZ PELAYO, JR.

11

12    I have read this stipulation and have carefully discussed it

13 with my attorney.  I understand my Speedy Trial rights.  I

14 voluntarily agree to the continuance of the trial date, and give up

15 my right to be brought to trial earlier than November 13, 2018.  I

16 understand that I will be ordered to appear in Courtroom 10C of the

17 Federal Courthouse, 350 West First Street, Los Angeles, California on

18 November 13, 2018 at 9:00 a.m.

19                                                     04/23/18
_____        _____
20 ADALBERTO DEJESUS VASQUEZ PELAYO, JR.,  Date
   Defendant

21

22

23

24

25

26

27

28

                                  12

1    I am OSCAR MORALES CAMACHO SR.'s attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client.  I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than November 13,

7  2018 is an informed and voluntary one.

8

9  JOHN TARGOWSKI                              Date
   Attorney for Defendant
10 OSCAR MORALES CAMACHO SR.

11

12    I have read this stipulation and have carefully discussed it

13 with my attorney.  This agreement has been read to me in Spanish, the

14 language I understand best, and I have carefully discussed every part

15 of it with my attorney.  I understand my Speedy Trial rights.  I

16 voluntarily agree to the continuance of the trial date, and give up

17 my right to be brought to trial earlier than November 13, 2018.  I

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

13

1  understand that I will be ordered to appear in Courtroom 10C of the

2  Federal Courthouse, 350 West First Street, Los Angeles, California on

3  November 13, 2018 at 9:00 a.m.

4

5  OSCAR MORALES CAMACHO SR.                    Date  4-25-18
   Defendant

6

7                        CERTIFICATION OF INTERPRETER

8       I, _____, am fluent in the written and

9  spoken English and Spanish languages.  I accurately translated this

10 entire agreement from English into Spanish to defendant OSCAR MORALES

11 CAMACHO SR. on this date.

12

13 _____        _____

14 INTERPRETER                            Date

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    14

understand that I will be ordered to appear in Courtroom 10C of the

Federal Courthouse, 350 West First Street, Los Angeles, California on

November 13, 2018 at 9:00 a.m.

_____          _____
OSCAR MORALES CAMACHO SR.                 Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _MARIANA BENSON - LARKIN_ , am fluent in the written and
                                            SIGHT
spoken English and Spanish languages.  I accurately translated this

entire agreement from English into Spanish to defendant OSCAR MORALES

CAMACHO SR. on this date.

_____          4/24/2018
INTERPRETER                               Date

14

1  I am OSCAR MARAVILLA CAMACHO JR.'s attorney. I have carefully
2  discussed every part of this stipulation and the continuance of the
3  trial date with my client. I have fully informed my client of his
4  Speedy Trial rights. To my knowledge, my client understands those
5  rights and agrees to waive them. I believe that my client's decision
6  to give up the right to be brought to trial earlier than November 13,
7  2018 is an informed and voluntary one.

8
9  ANDRE J. TOWNSEND                    Date  4/27/18
   Attorney for Defendant
10 OSCAR MARAVILLA CAMACHO JR.

11

12  I have read this stipulation and have carefully discussed it
13 with my attorney. I understand my Speedy Trial rights. I
14 voluntarily agree to the continuance of the trial date, and give up
15 my right to be brought to trial earlier than November 13, 2018. I
16 understand that I will be ordered to appear in Courtroom 10C of the
17 Federal Courthouse, 350 West First Street, Los Angeles, California on
18 November 13, 2018 at 9:00 a.m.

19
20 OSCAR MARAVILLA CAMACHO JR.          Date  4/27/18
   Defendant
21
22
23
24
25
26
27
28

15