NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorney
Major Frauds Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3659/0647
     Facsimile: (213) 894-0141
     E-mail:    katherine.rykken@usdoj.gov
                veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
May 1, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARLOS MIGUEL FERNANDEZ, <br>   aka "the38superman," <br> EDWARD YASUSHIRO ARAO, <br> BIANCA ELIZABETH IBARRIA, <br> ADALBERTO DEJESUS VASQUEZ <br>   PELAYO, JR., <br> OSCAR MORALES CAMACHO, SR., and <br> OSCAR MARAVILLA CAMACHO, JR., <br><br> Defendants. | No. CR 18-121-SJO <br><br> ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT <br><br> **[PROPOSED] TRIAL DATE: 11-13-18** |

     The Court has read and considered the Stipulation Regarding

Request for (1) Continuance of Trial Date and (2) Findings of

Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

parties in this matter on May 1, 2018.  The Court hereby finds that

the Stipulation, which this Court incorporates by reference into this

Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, the number of defendants, including the charges in the indictment and the voluminous discovery produced to defendants.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from May 15, 2018 (for defendants OSCAR MARAVILLA CAMACHO, JR. ("CAMACHO JR.") and OSCAR MORALES CAMACHO, SR. ("CAMACHO SR.")) and May 29, 2018 (for defendants CARLOS MIGUEL FERNANDEZ ("FERNANDEZ"), EDWARD YASUHIRO ARAO ("ARAO"), BIANCA ELIZABETH IBARRIA ("IBARRIA"), and ADALBERTO DEJESUS VAZQUEZ PELAYO, JR. ("PELAYO JR.")) to November 13, 2018 @ 8:30 a.m.

2. The time periods of (1) May 15, 2018 to November 13, 2018 for defendants CAMACHO JR. and CAMACHO SR., and (2) May 29, 2018 to November 13, 2018 for defendants FERNANDEZ, ARAO, IBARRIA, and PELAYO JR., inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv), (h)(7)(B)(ii).

3. Under the Speedy Trial Act, if the trial is continued to November 13, 2018, the last possible day for trial to commence for defendants FERNANDEZ, ARAO, IBARRIA, and PELAYO JR. would be November 27, 2018, for defendant CAMACHO JR., the last possible day for trial to commence would be November 29, 2018, and for defendant CAMACHO SR., the last possible day for trial to commence would be November 30, 2018.

4. Defendants shall appear in Courtroom 10C of the Federal Courthouse, 350 West First Street, Los Angeles, California on November 13, 2018 at 8:30 a.m.

5. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

May 1, 2018

_____  
DATE

*S. James Otero*

_____  
HONORABLE JAMES S. OTERO  
UNITED STATES DISTRICT JUDGE

CC: PRETRIAL SERVICE