FILED

2018 OCT 31 PM 2:44
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>CARLOS MIGUEL FERNANDEZ,<br>   aka "the38superman,"<br>EDWARD YASUSHIRO ARAO,<br>BIANCA ELIZABETH IBARRIA,<br>OSCAR MORALES CAMACHO, SR.,<br>OSCAR MARAVILLA CAMACHO, JR.,<br>RAFAEL RUBEN CAMACHO MARAVILLA,<br>RAUL CERVANTES CORONA, and<br>MARIO ANTONIO RAMIREZ,<br><br>             Defendants. | CR No. 18-121(A)-SJO<br><br>F I R S T<br>S U P E R S E D I N G<br>I N D I C T M E N T<br><br>[18 U.S.C. § 371: Conspiracy; 18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License; 18 U.S.C. § 922(d)(1): Disposing of a Firearm to a Prohibited Person; 18 U.S.C. § 924(a)(1)(A):  False Statement in a Federal Firearm Licensee's Records During Purchase of a Firearm; 18 U.S.C. § 2: Aiding and Abetting and Causing an Act to be Done; 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c): Criminal Forfeiture] |

        The Grand Jury charges:

                    INTRODUCTORY ALLEGATIONS

        At all times relevant to this First Superseding Indictment:

        1.    Defendant CARLOS MIGUEL FERNANDEZ, also known as

"the38superman" ("FERNANDEZ") was a Detective with the Gardena Police

Department, peace officer, and sworn member of a law enforcement agency who was paid on a full-time basis.

2.   Defendant EDWARD YASUSHIRO ARAO ("ARAO") was a Police Officer with the Gardena Police Department, peace officer, and sworn member of a law enforcement agency who was paid on a full-time basis.

3.   Defendant OSCAR MARAVILLA CAMACHO, JR. ("CAMACHO JR.") was a resident of California.  Defendant CAMACHO JR. was prohibited from possessing, purchasing, and using firearms and ammunition, having been convicted of the following felony crimes, each punishable by a term of imprisonment exceeding one year: Possession of a Controlled Substance for Sale, in violation of California Health and Safety Code Section 11378, and Conspiracy to Commit a Crime, in violation of California Penal Code Section 182(a)(1), in the Superior Court of the State of California, County of Santa Clara, in case number C1087930, on or about October 18, 2011.  Defendant CAMACHO JR. used Instagram account "calichilivin."

4.   Defendant OSCAR MORALES CAMACHO, SR. ("CAMACHO SR.") was a resident of California and the father of defendant CAMACHO JR.

5.   Defendant RAFAEL RUBEN CAMACHO MARAVILLA ("CAMACHO MARAVILLA") was a resident of California and the brother of defendant CAMACHO JR.

6.   Turner's Outdoorsman, located at 11336 Firestone Boulevard, in Norwalk, California ("Turner's Outdoorsman"), was a federal firearms licensee under the provisions of Title 18, United States Code, Chapter 44.

7.   Ammo Brothers, located at 15979 South Piuma Avenue, in Cerritos, California ("Ammo Brothers"), was a federal firearms

1    licensee under the provisions of Title 18, United States Code,

2    Chapter 44.

3        8.    Ronin Tactical Group, located at 1931 West Artesia

4    Boulevard, Unit A, in Gardena, California ("Ronin Tactical"), was a

5    federal firearms licensee under the provisions of Title 18, United

6    States Code, Chapter 44.

7        9.    California Penal Code Section 32000 prohibited the

8    manufacturing, importing, offering for sale, selling, gifting, or

9    loan of any handgun that was not on the roster of handguns determined

10   to be "not unsafe" within the meaning of California Penal Code

11   Section 32015.   More specifically:

12       a.    Pursuant to California Penal Code Section 32015, the

13   California State Department of Justice ("CA DOJ") maintained a roster

14   (the "Roster") of handguns that could lawfully be sold in the State

15   of California.   The Roster was a listing of handguns by model, model

16   number, and model name that had been tested by a California certified

17   testing laboratory and determined "not to be unsafe."   Any handgun

18   not listed on the roster was referred to as "off-Roster."

19       b.    An "off-Roster" handgun could only be sold to, or

20   purchased by, exempted parties listed in California Penal Code

21   Section 32000 or through a private party transfer.   California Penal

22   Code Section 32000(b)(4) permitted sworn members of police

23   departments and other law enforcement or military agencies to

24   purchase "off-Roster" handguns for use in the discharge of their

25   official duties.   A private party transfer occurred when the

26   transferor and transferee of the firearm were not licensed firearm

27   dealers.

28       c.    Colt .38 caliber pistols were off-Roster firearms.

10.   California Penal Code Section 27535 provided that "no person shall make an application to purchase more than one handgun within any 30-day period," except for certain parties identified in the statute, including law enforcement agencies and any person properly identified as a sworn, full-time paid peace officer who was authorized to, and did carry, a firearm during the course of their employment as a peace officer.  Pursuant to the exception set forth in California Penal Code Section 27535(b)(5), peace officers could purchase or apply to purchase more than one handgun within a 30-day period.

11.   California Penal Code Section 26815 provided that no firearm could be delivered within ten days of the application to purchase, or after notice by CA DOJ of authorization or non-authorization for the dealer to sell, within ten days of the submission to the CA DOJ of any correction to the application, or within ten days of the submission to the CA DOJ of any fee required, whichever was later (the "ten-day waiting period").

12.   Title 18, United States Code, Section 554 prohibited fraudulently or knowingly exporting firearms outside the United States without a license.

13.   Title 18, United States Code, Section 922(d)(1) prohibited the transfer of a firearm or ammunition to a person the transferor knew or had reasonable cause to believe had been convicted of a crime punishable by imprisonment for a term exceeding one year.

14.   The United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") authorized federally licensed firearms dealers ("federal firearms licensees" or "FFLs") to import, manufacture, and engage in the business of dealing in

4

firearms.   The ATF required all FFLs to document firearms sales and purchases on an ATF Form 4473, a form that was completed by the FFL and the firearm purchaser.   The documentation process included the following requirements:

a.   At the time the purchaser submitted an application to purchase a firearm, the purchaser was required to certify on ATF Form 4473 that he or she was the "actual buyer" of the firearm.   ATF Form 4473 advised that: "You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person."

b.   At the time the purchaser took possession of the firearm, which generally was at the conclusion of the ten-day waiting period, the purchaser was required to re-certify on the ATF Form 4473 that all of the assertions previously made on the ATF Form 4473 during the initial application were true, correct, and complete.

15.   At no time relevant to this First Superseding Indictment, including specifically between on or about July 10, 2015, and in or about September 2017, was defendant FERNANDEZ licensed to import, manufacture, or engage in the business of dealing in firearms.

16.   Between on or about June 14, 2013, and on or about November 30, 2017, defendant ARAO was the CEO of Ronin Tactical.

17.   At no time relevant to this First Superseding Indictment, including specifically between on or about May 28, 2015, and on or about July 26, 2017, was defendant ARAO himself licensed to import, manufacture, or engage in the business of dealing in firearms.

18.   Under California law, a felony is defined as a crime punishable by a term of imprisonment exceeding one year.

19.   These Introductory Allegations are hereby incorporated by reference into each count of this First Superseding Indictment as though set forth fully therein.

COUNT ONE

[18 U.S.C. § 371]

A.   OBJECT OF THE CONSPIRACY

20.   Beginning on or before July 10, 2015 and continuing through on or about July 26, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants FERNANDEZ and ARAO, together with others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly, intentionally, and willfully engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A).

B.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

21.   The object of the conspiracy was to be accomplished, in substance, as follows:

a.   Defendant FERNANDEZ would purchase off-Roster firearms.

b.   Defendant ARAO would transfer off-Roster firearms from Ronin Tactical Group to himself.

c.   Defendants FERNANDEZ and ARAO would advertise and sell off-Roster firearms, in many cases Colt .38 caliber pistols, in private party transfers, without a federal firearms license.

d.   Defendant FERNANDEZ would advertise firearms for himself and defendant ARAO on defendant FERNANDEZ's Instagram account, called "the38superman," which had approximately 133 posts, almost all of which were images of firearms along with a description of the firearm or firearms.

7

e.    Defendant ARAO would advertise firearms on an Instagram account called "RONINTACTICALGROUP," which had approximately 25 posts about firearms.

f.    Defendants FERNANDEZ and ARAO would use "the38superman" name and Ronin Tactical Group to co-market guns at gun shows.

g.    Defendants FERNANDEZ and ARAO would negotiate prices and terms for the firearms sales with prospective buyers.

h.    Defendants FERNANDEZ and ARAO would arrange the time, date, and location for the sale of the firearms to take place.

i.    Defendants FERNANDEZ and ARAO would bring, and arrange for others to bring, firearms to the agreed-upon locations.

j.    Defendants FERNANDEZ and ARAO would deliver, and would arrange for others to deliver, firearms to the location for the purchase and for delivery to the buyer.

k.    Defendants FERNANDEZ and ARAO accepted payments for the firearms from the buyers.

C.    OVERT ACTS

22.    On or about the following dates, in furtherance of the conspiracy and to accomplish the object of the conspiracy, defendants FERNANDEZ and ARAO, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:    On September 15, 2015, defendant FERNANDEZ created the Instagram account "the38superman" to advertise and sell firearms.

<u>Overt Act No. 2:</u>   On September 17, 2015, defendant FERNANDEZ posted to the Instagram account "the38superman" a photograph of three guns placed around the Spanish words "Clava La Fusca Hay Reten, which translates to "Hide Your Gun.  There's a checkpoint."

<u>Overt Act No. 3:</u>   On October 2, 2016, defendant FERNANDEZ posted to the Instagram account "the38superman" a photograph of gun with one hat that says "Culiacan," one hat that says "Sinaloa," and a bottle of Mezcal.

<u>Overt Act No. 4:</u>   On December 25, 2015, defendant FERNANDEZ posted the following on the "the38superman" Instagram account: "I have 10 colt 038 Supers for sale in California.  If you interested send me a DM and I will show you what I have.  If not, you can find me at the Gun Show in Ontario 2nd and 3rd of January.  The prices will be between 2k and 6500.  THE most expensive ones are the limited Edition Edison Merry Christmas my friend."

<u>Overt Act No. 5:</u>   On April 1, 2016, defendant FERNANDEZ exchanged the following series of messages through the "the38superman" Instagram account with Instagram user "vargas_556."

| vargas_556: | I will need to pay my tickets, call me at Turners.  Turners said that I can't transfer it would be a dmv reject |
| the38superman: | Right on |
| vargas_556: | I can't do it because I owe tickets, my wife turns 21 in a few months, I can tell her to go and buy |
| the38superman: | Okay, no problem.  Let's see what I will have then. |

1    <u>Overt Act No. 6:</u>    On May 31, 2017, defendant FERNANDEZ
2    exchanged the following series of messages through the
3    "the38superman" Instagram account with Instagram user
4    "elvis_gomez22":

      the38superman:    Oh u in mex?
6         elvis_gomez22:    Could you send me a pic is it a colt?  I want
7                           it over there
8         the38superman:    U would need to buy it here what u do with it
9                           I can't control that lol
10        elvis_gomez22:    Lol.  I'm interested on the 9 mm colt
11   <u>Overt Act No. 7:</u>    On June 11 and 12, 2017, defendant FERNANDEZ
12   exchanged the following series of messages through the
13   "the38superman" Instagram account with Instagram user
14   "jr_777exotics":

15        jr_777exotics:    Ok cool I emailed you and you replied to me
16                          this morning I just read it. Can you send me
17                          an example of what you have in a .45 from
18                          $2200-$3000 And on a 38 super from 4200-5000.
19   Later, "the38superman" sent "jr_777exotics" photos of various
20   firearms.  The conversation continued:

21        the38superman:    These guns are about that price 6k out of
22                          state this one I'm keeping at that price and
23                          it will be legal sell ppt
24        jr_777exotics:    Out of state the premier is only like 1800
25                          isn't it
26        the38superman:    Yeah the price r jacked one they enter this
27                          fucked Up State[.]  In general look at Any Gun
28                          out of state and bump it about 2k if sold here

1    Overt Act No. 8:    On June 17, 2017, defendant FERNANDEZ posted

2    the following on the "the38superman" Instagram account: "Colt .38

3    Super LW Commander 100% authentic locked and loaded for sale!   Send

4    me a DM [referring to a direct message] if interest for sale PPT

5    [referring to a private party transfer] . . . have a great father's

6    day!"

7    Overt Act No. 9:    On August 2, 2017, defendant FERNANDEZ

8    exchanged the following series of messages through the

9    "the38superman" Instagram account with Instagram user "elpotrillo."

10        elpotrillo:      How can I get a short barrel gun with you?

11        the38superman:   I only sell in Los Angeles with documentation

12                         papers

13        elpotrillo:      Okay, I am located in Culiacan but I have

14                         people in Los Angeles.   Just do not know what

15                         paperwork needed?

16        the38superman:   Paperwork needed in California to purchase a

17                         gun.   Have them call me and I will them what is needed to

18                         purchase a gun.

19    Overt Act No. 10:    On August 12, 2017, defendant FERNANDEZ

20    exchanged the following series of messages through the

21    "the38superman" Instagram account with Instagram user

22    "miguel_marquez16":

23        miguel_marquez16: How are you able to get a gun in the US?   With

24                          your Social Security Number?

25        the38superman:   Your driver license, car registration, and

26                          your firearms certification from the gun store

27        miguel_marquez16: My driver license?

28

| | | |
|---|---|---|
| 1 | the38superman: | Your car registration and firearms |
| 2 | | certification |
| 3 | miguel_marquez16: | I got it[.]  Now that is a the problem[.]  How |
| 4 | | do crooks get a firearm? |
| 5 | the38superman: | You get a parent, girlfriend, or anyone that |
| 6 | | can go |
| 7 | miguel_marquez16: | I have a female friend[.]  Her husband is a US |
| 8 | | Marine |

Overt Act No. 11:   On August 15, 2017, defendant FERNANDEZ exchanged the following series of messages through the "the38superman" Instagram account with Instagram user "Flowers4jr."

| | | |
|---|---|---|
| | Flowers4jr: | do u sell guns |
| | the38superman: | At times what u looking for ? |
| | Flowers4jr: | A 1911 colt got a 38 super |
| | the38superman: | I got several.  What's ur budget like?  The prices vary … I haven [sic] ones that run from 4500-9500 ….  I have others that r less… I'm in Gardena." |

Overt Act Nos. 12-57: On or about the following dates, defendant FERNANDEZ transferred the following firearms in private party transfers through various FFLs, including several through Ronin Tactical:

| Overt Act No. | Firearm | Transfer Date | FFL |
|---|---|---|---|
| 12 | Colt Model 1911 A1 .38 caliber pistol, bearing serial number SG08509E | 7/10/2015 | Fowler Gun Room |
| 13 | Colt Model 1911 02991 .38 caliber pistol, bearing serial number 159EZS | 12/3/2015 | Addax Tactical |

| Overt Act No. | Firearm | Transfer Date | FFL |
|---|---|---|---|
| 14 | Century Arms Model Draco 7.62mm pistol, bearing serial number DR928510 | 1/4/2016 | Western Firearms |
| 15 | Sig Sauer Model GSR Revolution .45 caliber pistol, bearing serial number GS11425 | 1/9/2016 | Ammo Brothers |
| 16 | Colt Model MK IV .45 caliber pistol, bearing serial number SF08135E | 1/9/2016 | Ammo Brothers |
| 17 | Colt Model 1911 A1 .45 caliber pistol, bearing serial number 60033B70 | 1/29/2016 | Ronin Tactical |
| 18 | Colt Model Commander .38 caliber pistol, bearing serial number CSC034 | 2/4/2016 | Ronin Tactical |
| 19 | Browning Model BDA 380 caliber pistol, bearing serial number 425NT0210 | 2/5/2016 | Alamo Jewelry |
| 20 | Colt Model 1911 SER 80 .45 caliber pistol, bearing serial number CV24972 | 2/28/2016 | Turner's Outdoorsman |
| 21 | Colt Model 1911 El Grito .38 caliber pistol, bearing serial number MHC0181 | 3/4/2016 | Turner's Outdoorsman |
| 22 | Remington Model 870 12-gauge shotgun, bearing serial number T765701V | 3/5/2016 | Turner's Outdoorsman |
| 23 | Colt Model Commander 9mm pistol, bearing serial number 6622LW | 3/28/2016 | Ronin Tactical |
| 24 | Colt Model Mustang 380 caliber pistol, bearing serial number RR34114 | 4/11/2016 | Ronin Tactical |
| 25 | Colt Model MK IV .45 caliber pistol, bearing serial number FG38229 | 4/21/2016 | Ronin Tactical |
| 26 | Colt Model 05038 NMS .38 caliber pistol, bearing serial number NMS0258 | 4/29/2016 | Ronin Tactical |
| 27 | Colt Model MK IV .38 caliber pistol, bearing serial number FR05659E | 5/6/2016 | Turner's Outdoorsman |

13

| Overt Act No. | Firearm | Transfer Date | FFL |
|---|---|---|---|
| 28 | Colt Model Super .38 caliber pistol, bearing serial number 191130 | 5/14/2016 | Ammo Brothers |
| 29 | Colt Model 1911 .38 caliber pistol, bearing serial number 36756 | 6/2/2016 | Turner's Outdoorsman |
| 30 | Colt Model 1911 .38 caliber pistol, bearing serial number 38SS05430 | 6/2/2016 | Turner's Outdoorsman |
| 31 | Colt Model 1911 El Grito .38 caliber pistol, bearing serial number MHC0235 | 6/6/2016 | Ammo Brothers |
| 32 | Colt Model Government .38 caliber pistol, bearing serial number 70S09560 | 6/11/2016 | Turner's Outdoorsman |
| 33 | Browning Model Hi Power 9mm pistol, bearing serial number 511ZM52822 | 6/16/2016 | Turner's Outdoorsman |
| 34 | Colt Model Combat Commander 9mm, bearing serial number 70SC14789 | 7/8/2016 | Ronin Tactical |
| 35 | Colt Model 1911 .45 caliber pistol, bearing serial number 481862 | 7/24/2016 | Turner's Outdoorsman |
| 36 | Browning Model BDA 380 caliber pistol, bearing serial number 1466 | 7/24/2016 | Turner's Outdoorsman |
| 37 | Colt Model 05138 Gold Cup El Dorado .38 caliber pistol, bearing serial number ELDOR187 | 8/12/2016 | Ronin Tactical |
| 38 | Colt Model 1911 Gold Cup Match .38 caliber pistol, bearing serial number NMS0314 | 8/25/2016 | Fausto Quiroz |
| 39 | Beretta Model 92FS Compact 9mm pistol, bearing serial number BER244574 | 10/2/2016 | Turner's Outdoorsman |
| 40 | Colt Model Government .38 caliber pistol, bearing serial number 70N97023 | 10/17/2016 | Ronin Tactical |
| 41 | Colt Model Custom 02071ELC2 .38 caliber pistol, bearing serial number ELCEN8536 | 11/8/2016 | Ronin Tactical |

| Overt Act No. | Firearm | Transfer Date | FFL |
|---|---|---|---|
| 42 | Colt Model Government .38 caliber pistol, bearing serial number MHE252 | 11/8/2016 | Turner's Outdoorsman |
| 43 | Colt Model 02991MHE .38 caliber pistol, bearing serial number MHE062 | 11/8/2016 | Turner's Outdoorsman |
| 44 | Colt Model Government .38 caliber pistol, bearing serial number ELCEN4548 | 12/4/2016 | Fausto Quiroz |
| 45 | Anderson Manufacturing Model AM15 5.56mm rifle, bearing serial number 2978F12 | 12/5/2016 | Turner's Outdoorsman |
| 46 | Colt Model Mustang MK4 380 caliber pistol, bearing serial number MU60153 | 12/6/2016 | Ronin Tactical |
| 47 | Colt Model Gold Cup .45 caliber pistol, bearing serial number SN22748 | 12/15/2016 | Ronin Tactical |
| 48 | Colt Model 1911 .45 caliber pistol, bearing serial number 51BW | 12/15/2016 | Ronin Tactical |
| 49 | Colt Model Lightweight Commander .45 caliber pistol, bearing serial number FL01515 | 12/15/2016 | Ronin Tactical |
| 50 | Colt Model 05038NMS .38 caliber pistol, bearing serial number NMS0167 | 12/15/2016 | Ronin Tactical |
| 51 | Colt Model Mustang MK 4 380 caliber pistol, bearing serial number MU24832 | 12/19/2016 | Ronin Tactical |
| 52 | Colt Model 1911 .38 caliber pistol, bearing serial number MHE351 | 12/19/2016 | Western Firearms |
| 53 | Colt Model 1911 .38 caliber pistol, bearing serial number MHE346 | 12/19/2016 | Mike's Gunsmithing |
| 54 | Colt Model 04617 Combat Commander .45 caliber pistol, bearing serial number FC05307 | 12/26/2016 | Ronin Tactical |
| 55 | Colt Model Mustang 380 caliber pistol, bearing serial number RS22407 | 6/3/2017 | Ammo Brothers |

| Overt Act No. | Firearm | Transfer Date | FFL |
|---|---|---|---|
| 56 | Colt Model Combat Commander .38 caliber pistol, bearing serial number 70BS61417 | 6/3/2017 | Little John's Inc. |
| 57 | Colt Model 02570XSET .38 caliber pistol, bearing serial number CPR076 | 6/10/2017 | Turner's Outdoorsman |

Overt Act No. 58:   On November 12, 2016, defendant ARAO, using the "RONINTACTICALGROUP" Instagram account, posted a picture showing a table at a gun show, with a banner laid over the table reading "The .38 Superman-Ronin Tactical" and that included an image of three guns placed around the Spanish words "Clava La Fusca Hay Reten," which translates to "Hide Your Gun.   There's a checkpoint."

Overt Act No. 59:   On May 27, 2017, defendant ARAO posted a picture of a Colt .38 Super pistol, along with a description of the firearm to the "RONINTACTICALGROUP" Instagram account.

Overt Act No. 60:   On May 27, 2017, defendant FERNANDEZ, through "the38Superman" Instagram account, commented on the photo of the Colt .38 Super pistol the RONINTACTICALGROUP Instagram account posted, stating "this pistoldnis [sic] available here [sic] in California!   DM if interested."

Overt Acts 61-101:   On or about the following dates, defendant ARAO transferred the following firearms to himself from Ronin Tactical Group, and then resold those firearms in a private party transfer on the dates listed below, some of which were advertised on the "the38superman" Instagram account:

16

| Overt Act No. | Firearm | Date of Transfer to Defendant ARAO | Resale Transfer Date |
|---|---|---|---|
| 61 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05866 | 5/28/2015 | 9/23/2015 |
| 62 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05851 | 5/28/2015 | 9/29/2015 |
| 63 | Colt Model 02991T .38 caliber pistol, bearing serial number CMX0185 | 10/28/2015 | 11/14/2015 |
| 64 | Colt Model 02991AZC .38 caliber pistol, bearing serial number AZC0177 | 10/28/2015 | 11/19/2015 |
| 65 | Colt Model 02991 .38 caliber pistol, bearing serial number 2928311 | 10/28/2015 | 11/28/2015 |
| 66 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05839 | 10/22/2015 | 1/3/2016 |
| 67 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05781 | 10/22/2015 | 1/4/2016 |
| 68 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS06349 | 10/22/2015 | 1/6/2016 |
| 69 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS06221 | 10/22/2015 | 1/16/2016 |
| 70 | Colt Model 0207ELC2 .38 caliber pistol, bearing serial number ELCEN8545 | 11/12/2015 | 2/11/2016 |
| 71 | Colt Model 02091LTD .38 caliber pistol, bearing serial number 265LTD | 10/28/2015 | 2/18/2016 |
| 72 | Colt Model 01991 .38 caliber pistol, bearing serial number 2928424 | 2/15/2016 | 3/4/2016 |
| 73 | Colt Model 01991SCP .38 caliber pistol, bearing serial number 2872137 | 3/4/2016 | 3/16/2016 |
| 74 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS06074 | 10/22/2015 | 3/28/2016 |

| Overt Act No. | Firearm | Date of Transfer to Defendant ARAO | Resale Transfer Date |
|---|---|---|---|
| 75 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05430 | 2/15/2016 | 4/3/2016 |
| 76 | Colt Model 02991AZC .38 caliber pistol, bearing serial number AZC0111 | 3/10/2016 | 4/23/2016 |
| 77 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05782 | 5/3/2016 | 5/14/2016 |
| 78 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05875 | 5/3/2016 | 5/15/2016 |
| 79 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05893 | 5/3/2016 | 5/15/2016 |
| 80 | Colt Model 02991 .38 caliber pistol, bearing serial number 2839209 | 5/3/2016 | 5/16/2016 |
| 81 | Colt Model 02991T .38 caliber pistol, bearing serial number CMX0090 | 3/10/2016 | 5/26/2016 |
| 82 | Colt Model 02991 .38 caliber pistol, bearing serial number 2839306 | 5/3/2016 | 7/9/2016 |
| 83 | Colt Model 02991 .38 caliber pistol, bearing serial number 2933169 | 6/21/2016 | 7/9/2016 |
| 84 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS07723 | 5/19/2016 | 7/24/2016 |
| 85 | Colt Model 02991 .38 caliber pistol, bearing serial number 2933163 | 6/21/2016 | 9/13/2016 |
| 86 | Colt Model 02991 .38 caliber pistol, bearing serial number 2933167 | 6/21/2016 | 10/15/2016 |
| 87 | Colt Model 02071ELC2 .38 caliber pistol, bearing serial number ELCEN8707 | 2/15/2016 | 11/7/2016 |
| 88 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS07467 | 5/19/2016 | 11/12/2016 |

| Overt Act No. | Firearm | Date of Transfer to Defendant ARAO | Resale Transfer Date |
|---|---|---|---|
| 89 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS07754 | 5/19/2016 | 11/12/2016 |
| 90 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS07562 | 5/19/2016 | 11/13/2016 |
| 91 | Colt Model 02991MHE .38 caliber pistol, bearing serial number MHE135 | 10/7/2016 | 11/16/2016 |
| 92 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS09110 | 11/17/2016 | 12/11/2016 |
| 93 | Colt Model 02991 .38 caliber pistol, bearing serial number 2933158 | 6/21/2016 | 12/12/2016 |
| 94 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS09149 | 11/17/2016 | 12/12/2016 |
| 95 | Colt Model 02991 .38 caliber pistol, bearing serial number 2933159 | 6/21/2016 | 12/16/2016 |
| 96 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS09144 | 11/17/2016 | 12/16/2016 |
| 97 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS09196 | 11/17/2016 | 12/16/2016 |
| 98 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS09317 | 11/17/2016 | 12/20/2016 |
| 99 | Colt Model 02991 .38 caliber pistol, bearing serial number MHE175 | 10/7/2016 | 5/24/2017 |
| 100 | Colt Model 02991 .38 caliber pistol, bearing serial number MHE340 | 10/21/2016 | 5/24/2017 |
| 101 | Colt Model 02991 .38 caliber pistol, bearing serial number MHE098 | 7/16/2017 | 7/26/2017 |

COUNT TWO

[18 U.S.C. § 922(a)(1)(A)]

23.   Beginning on or before July 10, 2015, and continuing through in or about September 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant FERNANDEZ, not being licensed as an importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms, specifically and including, but not limited to, the following firearms, on or about the following dates:

| Date | Firearm(s) |
|------|-----------|
| 7/10/2015 | Colt Model 1911 A1 .38 caliber pistol, bearing serial number SG08509E |
| 12/3/2015 | Colt Model 1911 02991 .38 caliber pistol, bearing serial number 159EZS |
| 1/4/2016 | Century Arms Model Draco 7.62mm pistol, bearing serial number DR928510 |
| 1/9/2016 | (1) Sig Sauer Model GSR Revolution .45 caliber pistol, bearing serial number GS11425 (2) Colt Model MK IV .45 caliber pistol, bearing serial number SF08135E |
| 1/29/2016 | Colt Model 1911 A1 .45 caliber pistol, bearing serial number 60033B70 |
| 2/4/2016 | Colt Model Commander .38 caliber pistol, bearing serial number CSC034 |
| 2/5/2016 | Browning Model BDA 380 caliber pistol, bearing serial number 425NT0210 |
| 2/28/2016 | Colt Model 1911 SER 80 .45 caliber pistol, bearing serial number CV24972 |
| 3/4/2016 | Colt Model 1911 El Grito .38 caliber pistol, bearing serial number MHC0181 |
| 3/5/2016 | Remington Model 870 12-gauge shotgun, bearing serial number T765701V |
| 3/28/2016 | Colt Model Commander 9mm pistol, bearing serial number 6622LW |
| 4/11/2016 | Colt Model Mustang 380 caliber pistol, bearing serial number RR34114 |
| 4/21/2016 | Colt Model MK IV .45 caliber pistol, bearing serial number FG38229 |
| 4/29/2016 | Colt Model 05038 NMS .38 caliber pistol, bearing serial number NMS0258 |

| Date | Firearm(s) |
|------|-----------|
| 5/6/2016 | Colt Model MK IV .38 caliber pistol, bearing serial number FR05659E |
| 5/14/2016 | Colt Model Super .38 caliber pistol, bearing serial number 191130 |
| 6/2/2016 | (1) Colt Model 1911 .38 caliber pistol, bearing serial number 36756<br>(2) Colt Model 1911 .38 caliber pistol, bearing serial number 38SS05430 |
| 6/6/2016 | Colt Model 1911 El Grito .38 caliber pistol, bearing serial number MHC0235 |
| 6/11/2016 | Colt Model Government .38  caliber pistol, bearing serial number 70S09560 |
| 6/16/2016 | Browning Model Hi Power 9mm pistol, bearing serial number 511ZM52822 |
| 7/8/2016 | Colt Model Combat Commander 9mm, bearing serial number 70SC14789 |
| 7/24/2016 | (1) Colt Model 1911 .45 caliber pistol, bearing serial number 481862<br>(2) Browning Model BDA 380 caliber pistol, bearing serial number 1466 |
| 8/12/2016 | Colt Model 05138 Gold Cup El Dorado .38 caliber pistol, bearing serial number ELDOR187 |
| 8/25/2016 | Colt Model 1911 Gold Cup Match .38 caliber pistol, bearing serial number NMS0314 |
| 10/2/2016 | Beretta Model 92FS Compact 9mm pistol, bearing serial number BER244574 |
| 10/17/2016 | Colt Model Government .38 caliber pistol, bearing serial number 70N97023 |
| 11/8/2016 | (1) Colt Model Custom 02071ELC2 .38 caliber pistol, bearing serial number ELCEN8536<br>(2) Colt Model Government .38 caliber pistol, bearing serial number MHE252<br>(3) Colt Model 02991MHE .38 caliber pistol, bearing serial number MHE062 |
| 12/4/2016 | Colt Model Government .38 caliber pistol, bearing serial number ELCEN4548 |
| 12/5/2016 | Anderson Manufacturing Model AM15 5.56mm rifle, bearing serial number 2978F12 |
| 12/6/2016 | Colt Model Mustang MK4 380 caliber pistol, bearing serial number MU60153 |
| 12/15/2016 | (1) Colt Model Gold Cup .45 caliber pistol, bearing serial number SN22748<br>(2) Colt Model 1911 .45 caliber pistol, bearing serial number 51BW<br>(3) Colt Model Lightweight Commander .45 caliber pistol, bearing serial number FL01515 |

| Date | Firearm(s) |
|------|------------|
|  | (4)  Colt Model 05038NMS .38 caliber pistol, bearing serial number NMS0167 |
| 12/19/2016 | (1)  Colt Model Mustang MK 4 380 caliber pistol, bearing serial number MU24832<br>(2)  Colt Model 1911 .38 caliber pistol, bearing serial number MHE351<br>(3)  Colt Model 1911 .38 caliber pistol, bearing serial number MHE346 |
| 12/26/2016 | Colt Model 04617 Combat Commander .45 caliber pistol, bearing serial number FC05307 |
| 6/3/2017 | (1)  Colt Model Mustang 380 caliber pistol, bearing serial number RS22407<br>(2)  Colt Model Combat Commander .38 caliber pistol, bearing serial number 70BS61417 |
| 6/10/2017 | Colt Model 02570XSET .38 caliber pistol, bearing serial number CPR076 |

COUNT THREE

[18 U.S.C. § 922(a)(1)(A)]

24.   Beginning on or about September 23, 2015, and continuing through on or about July 26, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant ARAO, not personally being licensed as an importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms, specifically and including, but not limited to, the following firearms, on or about the following dates:

| Date | Firearm(s) |
| --- | --- |
| 9/23/2015 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05866 |
| 9/29/2015 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05851 |
| 11/14/2015 | Colt Model 02991T .38 caliber pistol, bearing serial number CMX0185 |
| 11/19/2015 | Colt Model 02991AZC .38 caliber pistol, bearing serial number AZC0177 |
| 11/28/2015 | Colt Model 02991 .38 caliber pistol, bearing serial number  2928311 |
| 1/3/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05839 |
| 1/4/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05781 |
| 1/6/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS06349 |
| 1/16/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS06221 |
| 2/11/2016 | Colt Model 0207ELC2 .38 caliber pistol, bearing serial number  ELCEN8545 |
| 2/18/2016 | Colt Model 02091LTD .38 caliber pistol, bearing serial number  265LTD |
| 3/4/2016 | Colt Model 01991 .38 caliber pistol, bearing serial number 2928424 |
| 3/16/2016 | Colt Model 01991SCP .38 caliber pistol, bearing serial number 2872137 |
| 3/28/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS06074 |
| 4/3/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05430 |

| Date | Firearm(s) |
|------|-----------|
| 4/23/2016 | Colt Model 02991AZC .38 caliber pistol, bearing serial number  AZC0111 |
| 5/14/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05782 |
| 5/15/2016 | (1)  Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05875<br>(2)  Colt Model 02091 .38 caliber pistol, bearing serial number 38SS05893 |
| 5/16/2016 | Colt Model 02991 .38 caliber pistol, bearing serial number 2839209 |
| 5/26/2016 | Colt Model 02991T .38 caliber pistol, bearing serial number  CMX0090 |
| 7/9/2016 | (1)  Colt Model 02991 .38 caliber pistol, bearing serial number 2839306<br>(2)  Colt Model 02991 .38 caliber pistol, bearing serial number 2933169 |
| 7/24/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS07723 |
| 9/13/2016 | Colt Model 02991 .38 caliber pistol, bearing serial number 2933163 |
| 10/15/2016 | Colt Model 02991 .38 caliber pistol, bearing serial number 2933167 |
| 11/7/2016 | Colt Model 02071ELC2 .38 caliber pistol, bearing serial number ELCEN8707 |
| 11/12/2016 | (1)  Colt Model 02091 .38 caliber pistol, bearing serial number 38SS07467<br>(2)  Colt Model 02091 .38 caliber pistol, bearing serial number 38SS07754 |
| 11/13/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS07562 |
| 11/16/2016 | Colt Model 02991MHE .38 caliber pistol, bearing serial number MHE135 |
| 12/11/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS09110 |
| 12/12/2016 | (1)  Colt Model 02991 .38 caliber pistol, bearing serial number 2933158<br>(2)  Colt Model 02091 .38 caliber pistol, bearing serial number 38SS09149 |
| 12/16/2016 | (1)  Colt Model 02991 .38 caliber pistol, bearing serial number 2933159<br>(2)  Colt Model 02091 .38 caliber pistol, bearing serial number 38SS09144<br>(3)  Colt Model 02091 .38 caliber pistol, bearing serial number 38SS09196 |
| 12/20/2016 | Colt Model 02091 .38 caliber pistol, bearing serial number 38SS09317 |

| Date | Firearm(s) |
|------|-----------|
| 5/24/2017 | (1)  Colt Model 02991 .38 caliber pistol, bearing serial number MHE175<br>(2)  Colt Model 02991 .38 caliber pistol, bearing serial number MHE340 |
| 7/26/2017 | Colt Model 02991 .38 caliber pistol, bearing serial number MHE098 |

COUNT FOUR

[18 U.S.C. § 371]

A.   OBJECTS OF THE CONSPIRACY

25.   Beginning on or before May 29, 2016 and continuing through on or about December 27, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants FERNANDEZ, CAMACHO JR., CAMACHO SR., and CAMACHO MARAVILLA, together with others known and unknown to the Grand Jury, knowingly combined, conspired, and agreed with each other to knowingly and intentionally commit offenses against the United States, namely: (1) Disposing of a Firearm to a Prohibited Person, in violation of Title 18, United States Code, Section 922(d)(1); (2) Being a Felon in Possession of a Firearm or Ammunition, in violation of Title 18, United States Code, Section 922(g)(1); and (3) Making a False Statement in a Federal Firearm Licensee's Records During Purchase of a Firearm, in violation of Title 18, United States Code, Section 924(a)(1)(A).

B.   MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

26.   The objects of the conspiracy were to be accomplished, in substance, as follows:

a.   Defendants FERNANDEZ and CAMACHO JR. would negotiate the sale of firearms that had been shipped in interstate commerce and would arrange the time, date, and location for the sale of the firearms to take place.

b.   Defendants FERNANDEZ and CAMACHO JR., and either defendant CAMACHO SR. or defendant CAMACHO MARAVILLA, would meet at Turner's Outdoorsman, Ronin Tactical, or Ammo Brothers to transfer

1 firearms from defendant FERNANDEZ to defendants CAMACHO JR. and

2 either defendant CAMACHO SR. or defendant CAMACHO MARAVILLA.

3       c.   Defendants FERNANDEZ, CAMACHO SR., and CAMACHO

4 MARAVILLA would dispose of firearms to defendant CAMACHO JR., knowing

5 and having reasonable cause to believe that defendant CAMACHO JR. had

6 been convicted of a felony.

7       d.   Defendant CAMACHO JR., despite having been convicted

8 of a felony, would possess and use the firearms.

9 C.   OVERT ACTS

10    27.  On or about the following dates, in furtherance of the

11 conspiracy and to accomplish the objects of the conspiracy,

12 defendants FERNANDEZ, CAMACHO JR., CAMACHO SR., and CAMACHO

13 MARAVILLA, and others known and unknown to the Grand Jury, committed

14 various overt acts within the Central District of California, and

15 elsewhere, including, but not limited to, the following:

16    **June 2, 2016 Straw Purchase**

17    Overt Act No. 1:   On May 31, 2016, defendant FERNANDEZ, using

18 Instagram account "the38superman," had a direct message conversation

19 with defendant CAMACHO JR., using Instagram account "calichilivin"

20 regarding the sale of firearms.  During that conversation, defendant

21 FERNANDEZ sent a photograph of two Colt .38 Super pistols, and quoted

22 the prices as $4,200 and $5,500, respectively.

23    Overt Act No. 2:   On June 2, 2016, defendant FERNANDEZ sent a

24 text message to defendant CAMACHO JR., writing: ".8 miles,"

25 indicating he was .8 miles away from their meeting location.

26    Overt Act No. 3:   On June 2, 2016, defendants FERNANDEZ,

27 CAMACHO JR., and CAMACHO SR. met at Turner's Outdoorsman in Norwalk,

28 California, to conduct a firearm transaction.

Overt Act No. 4:    On June 2, 2016, defendant CAMACHO SR. executed a Form 4473, stating that he was the actual purchaser of a Colt Model 1911 .38 caliber pistol, bearing serial number 36756 (the "36756 pistol"), and a Colt Model 1911 .38 caliber pistol, bearing serial number 38SS05430 (the "38SS05430 pistol").

Overt Act No. 5:    On June 19, 2016, defendant CAMACHO JR. possessed three Colt pistols at his residence in Salinas, California (the "CAMACHO Residence"), including the 38SS05430 pistol.

Overt Act No. 6:    On December 20, 2017, defendant CAMACHO JR. possessed the 36756 pistol and the 38SS05430 pistol at the CAMACHO Residence.

**November 8, 2016 Straw Purchase**

Overt Act No. 7:    On October 10, 2016, defendants FERNANDEZ and CAMACHO JR. had a text message conversation regarding the sale of firearms.  During that conversation, defendant FERNANDEZ wrote: "He wants to get ri[d] of another one like a package deal.  Lol." Defendant FERNANDEZ then sent via text message two photographs of two pistols, adding: "For 9500...lol."

Overt Act No. 8:    On November 7, 2016, defendants FERNANDEZ and CAMACHO JR. had a text message conversation regarding a firearms transaction.  Defendant FERNANDEZ wrote: "Around what time viejon [are you coming] so I can get sick at work!!! Lol."

Overt Act No. 9:    On November 7, 2016, defendant CAMACHO JR. sent via text message a photograph of two firearms to an unindicted co-conspirator ("CC-1"), and a text message stating (in Spanish): "[The one on top is your brother in laws', and the one below is mine]."

Overt Act No. 10:   On November 8, 2016, defendant FERNANDEZ sent a text message to defendant CAMACHO JR., writing: "In the wh[i]t[e] truck."

Overt Act No. 11:   On November 8, 2016, defendants FERNANDEZ, CAMACHO JR., and CAMACHO SR. met at Turner's Outdoorsman in Norwalk, California to conduct a firearm transaction.

Overt Act No. 12:   On November 8, 2016, defendant CAMACHO SR. executed a Form 4473, stating that he was the actual purchaser of a Colt Model Custom .38 caliber pistol, bearing serial number ELCEN8536 (the "ELCEN8536 pistol"), and a Colt Model Government, .38 caliber pistol, bearing serial number MHE252 (the "MHE252 pistol").

Overt Act No. 13:   On November 8, 2016, defendant CAMACHO JR. sent via text message two photographs of a pistol to CC-1, including a photograph of a person holding the MHE252 pistol.

Overt Act No. 14:   On November 19, 2016, defendant FERNANDEZ, using Instagram account "the38superman," wrote to a third person on Instagram (in Spanish): "[This one has already left with my friend calichilivin [defendant CAMACHO JR.] ... this one is going to Northern Cali in a few weeks]."

Overt Act No. 15:   On November 26, 2016, defendant CAMACHO JR. possessed the MHE252 pistol at the CAMACHO Residence.

Overt Act No. 16:   On December 12, 2016, defendants CAMACHO JR. and CAMACHO MARAVILLA each fired pistols together at a firing range in Watsonville, California.

Overt Act No. 17:   On December 20, 2017, defendant CAMACHO JR. possessed the ELCEN8536 pistol and the MHE252 pistol at the CAMACHO Residence.

**December 15, 2016 Straw Purchase**

Overt Act No. 18:   On November 18, 2016, defendant FERNANDEZ took via his cellphone a photograph of a Colt .38 Super caliber pistol, with serial number NMS0167, at his residence in Norwalk, California.

Overt Act No. 19:   On November 23, 2016, defendant CAMACHO JR. had a text message conversation with CC-1 regarding the purchase of a firearm.   During that conversation, defendant CAMACHO JR. sent via text message two photographs of a pistol, with a serial number ending in 0167, in a red box with a key to CC-1, writing (in Spanish): "[Your other pistol you wanted has arrived.]"   CC-1 responded (in Spanish): "[What about mine?]"   Defendant CAMACHO JR. then wrote (in Spanish): "[I have already told the guy, he is going to advise me when it arrives.   It is a little bit more difficult because I want it with no papers.   You remember I explained this to you.   I will get it for you my love.]"

Overt Act No. 20:   On December 15, 2016, defendants FERNANDEZ, CAMACHO JR., and CAMACHO MARAVILLA met at Ronin Tactical in Gardena, California to conduct a firearms transaction.

Overt Act No. 21:   On December 15, 2016, defendant CAMACHO MARAVILLA executed Form 4473, stating that he was the actual purchaser of a Colt .38 Super caliber pistol, bearing serial number NMS0167 (the "NMS0167 pistol").

**December 16, 2016 Straw Purchases**

Overt Act No. 22:   On December 15, 2016, defendant CAMACHO JR. had a text message conversation with CC-1 regarding the purchase of a firearm.   During that conversation, defendant CAMACHO JR. sent CC-1 a photograph of two pistols, a black pistol at the top and a stainless

steel pistol on the bottom.   Defendant CAMACHO JR. then wrote (in Spanish): "[I purchased the bottom one.]"

Overt Act No. 23:   On December 16, 2016, defendant CAMACHO MARAVILLA executed a Form 4473, stating that he was the actual purchaser of three Colt .38 Super caliber pistols, bearing serial numbers 2933159, 38SS09144, 38SS09196, respectively (the "2933159, 38SS09144, 38SS09196 pistols").

Overt Act No. 24:   On December 20, 2017, defendant CAMACHO JR. possessed the 2933159, 38SS09144, 38SS09196 pistols at the CAMACHO Residence.

**December 19, 2016 Straw Purchase**

Overt Act No. 25:   On December 15, 2016, defendant CAMACHO JR. had a text message conversation with CC-1 regarding the purchase of a firearm.   During that conversation, defendant CAMACHO JR. sent two photographs of a Colt .380 caliber pistol with serial number MU24832 to CC-1.   CC-1 responded (in Spanish): "[This one is mine.]" Defendant CAMACHO JR. responded (in Spanish): "Working on it... I asked him to sell it to me without any paperwork.   I have almost convinced him... So you know that I have not forgotten you."

Overt Act No. 26:   On December 19, 2016, defendant CAMACHO MARAVILLA executed a Form 4473, stating that he was the actual purchaser of a Colt .380 caliber pistol, with serial number MU24832 (the "MU24832 pistol").

Overt Act No. 27:   On January 1, 2017, defendant CAMACHO JR. sent a video via text message to CC-1 of defendant CAMACHO JR. firing six rounds of a pistol over a wall.

Overt Act No. 28:   On January 1, 2017, defendant CAMACHO JR. had a text message conversation with a third party regarding firing

firearms.   During that conversation, the third party asked (in Spanish): "[Did you shoot yesterday?]"   Defendant CAMACHO JR. responded (in Spanish): "[Yea I did just one clip 8 bullets.]"

Overt Act No. 29:   On January 3, 2017, defendant CAMACHO JR. had a text message conversation with CC-1 regarding the purchase of a firearm.   CAMACHO JR. sent a photograph of the MU24832 pistol to CC-1.   CC-1 responded (in Spanish): "[Yours or mine.]"   Defendant CAMACHO JR. then wrote (in Spanish): "[For my home.   Yours has arrived going to send.   It's yours.]"   CC-1 wrote (in Spanish): "[Hahaha good.]"

Overt Act No. 30:   On February 28, 2017, defendants CAMACHO JR. and FERNANDEZ had a conversation via the messaging application WhatsApp about cleaning firearms.   During that conversation, defendant CAMACHO JR. wrote: "And then this just happened probly [sic] in the last month cause when I used on New Years it was still clean."

Overt Act No. 31:   On December 20, 2017, defendant CAMACHO JR. possessed the MU24832 pistol at the CAMACHO Residence.

**July 29, 2017 Straw Purchase**

Overt Act No. 32:   On May 27, 2017, defendants FERNANDEZ and CAMACHO JR. had a text message conversation regarding the purchase of firearms.   During that conversation, defendant FERNANDEZ sent five photographs of a Colt 9mm pistol, bearing serial number 70L27233, to defendant CAMACHO JR.   Defendant FERNANDEZ then wrote: "This is clean... no box but I'll give u a soft case and one extra mag (it's not a colt) but works just fine.   I want 2500.   Hey I got a box just like the one for ur Vicente Guererro.   If ur interested in it for one of your girls.   The red wooden box.   With the key and all."

Defendant CAMACHO JR. responded: "He said it's nice[.]  But we would have to wait right[?]  How much you want for the box[?]"  Defendant FERNANDEZ then wrote: "Bro I'm going on vac. [i]n 15 days and I need Feria (money.. lol so we can do it *chinguen a su madre los feds* [fuck the feds] .. ☺."

Overt Act No. 33:   On June 23, 2017, defendants FERNANDEZ and CAMACHO JR. had a conversation via their Instagram accounts regarding the purchase of a firearm.  During that conversation, defendant FERNANDEZ wrote: "Daaaaeemm *compa* u in LA ? Lol let me know when u want to pick up these *mojosas*.... my bud said he would let the dorada go for 6500."  Defendant CAMACHO JR. responded: "Nah I was on my way to tijuas to drop off my paps and my lil bro there going down to Michoacán.  I think I'm going to jump on it I just have to wait for my dad to get back so we can do that in about a week."

Overt Act No. 34:   On June 30, 2017, defendants FERNANDEZ and CAMACHO JR. had a conversation via their Instagram accounts regarding the purchase of a firearm.  During that conversation, defendant FERNANDEZ sent a photograph depicting a Colt pistol bearing serial number 27057LW (the "27057LW pistol").  Defendant CAMACHO JR. responded: "I think I am going to have to jump on it."

Overt Act No. 35:   On July 7, 2017, defendant FERNANDEZ and CAMACHO JR. had a conversation via WhatsApp regarding the purchase of firearms.  During that conversation, defendant FERNANDEZ wrote: "So when u think I'll be coming down *compa*?"  Defendant CAMACHO JR. responded: "I'm picking up my paps [defendant CAMACHO SR.] at the airport I'm going g to try and go next week I'll let you know like Monday or Tuesday see when my dad has a chance."  Defendant FERNANDEZ later wrote: "I wish I can keep em."  Defendant CAMACHO JR.

responded: "Nah you said they were for me."   Defendant FERNANDEZ
later wrote: "Just tell me *con cual t pienas animar* [which one you
are interested in] to have an idea," later adding: "And so u can give
me time to call in sick lol."

Overt Act No. 36:   On July 10, 2017, defendants FERNANDEZ and
CAMACHO JR. had a conversation via WhatsApp regarding the purchase of
firearms.   During that conversation, defendant FERNANDEZ sent a video
of the 27057LW pistol.   Defendant FERNANDEZ also wrote: "*y estas
putadas* [and these bitches] crack if u fire the gun lol so they r
just for show."   Defendant CAMACHO JR. responded: "So have to be
changing them when I fire it."

Overt Act No. 37:   On July 28, 2017, defendants FERNANDEZ and
CAMACHO JR. had a conversation via WhatsApp regarding the purchase of
a firearm.   During that conversation, defendant FERNANDEZ wrote: "So
we still on for *manana* ???"   Defendant CAMACHO JR. responded: "*Simon*
[yes man] tomorrow *hay lo veo* [I'll see you]."

Overt Act No. 38:   On July 29, 2017, defendants FERNANDEZ,
CAMACHO JR., and CAMACHO SR. met at Ammo Brothers in Cerritos,
California, to conduct a firearm transaction.

Overt Act No. 39:   On July 29, 2017, defendant CAMACHO SR.
executed a Form 4473, stating that he was the actual purchaser of the
27057LW pistol.

Overt Act No. 40:   On August 13, 2017, defendant FERNANDEZ
wrote to a third party using his Instagram account: "yes it's still
here my buddy @calichilivin [defendant CAMACHO JR.] is going to pick
them up soon I hope…. ajjajaja … he just bought the fully gold plated
one …"

1        Overt Act No. 41:   On August 22, 2017, defendants FERNANDEZ and

2    CAMACHO JR. had a conversation via WhatsApp regarding the purchase of

3    a firearm.   During that conversation, defendant FERNANDEZ wrote: "If

4    u come sometime in sept. I can try and have the *chino* [Chinese] do

5    the paper and I can take them close to ur home (on oct 7) I got a

6    15ñera to go to modesto ... that's closer to u k no?"   Defendant

7    FERNANDEZ then added: "U can come bring pops to do the paperwork and

8    I can take the paper he signs out there when I deliver the guns *I t*

9    *jefas alal pachange ya k estas ahi* [then you can go and have a great

10   time]!"   Defendant CAMACHO JR. responded: "*Simon* [yes man] that sound

11   good."

12       Overt Act No. 42:   On August 30, 2017, defendants FERNANDEZ and

13   CAMACHO JR. had a conversation via WhatsApp regarding the purchase of

14   a firearm.   During that conversation, defendant FERNANDEZ sent a

15   photograph of a stainless steel Colt pistol.   Defendant FERNANDEZ

16   also wrote: "it's a plain one like the one u bought with the sides

17   engraved only."

COUNTS FIVE THROUGH SEVEN

[18 U.S.C. §§ 922(d)(1), 2(a), 2(b)]

28.  On or about the following dates, in Los Angeles County, within the Central District of California, defendants FERNANDEZ, CAMACHO SR., and CAMACHO MARAVILLA, each aiding and abetting the other, and aided and abetted and willfully caused by defendant CAMACHO JR., knowingly sold and disposed of the following firearms to defendant CAMACHO JR., knowing and having reasonable cause to believe that defendant CAMACHO JR. had been convicted of a felony:

| COUNT | DEFENDANTS | DATE | FIREARMS |
|-------|-----------|------|----------|
| FIVE | FERNANDEZ, CAMACHO SR., CAMACHO JR. | 11/08/2016 | Colt Model Government .38 caliber pistol, bearing serial number MHE252 |
| SIX | FERNANDEZ, CAMACHO MARAVILLA, CAMACHO JR. | 12/19/2016 | Colt Model Mustang MK4 .380 caliber pistol, bearing serial number MU24832 |
| SEVEN | FERNANDEZ, CAMACHO SR., CAMACHO JR. | 07/29/2017 | Colt Model Commander .38 caliber pistol, bearing serial number 27057LW |

COUNTS EIGHT THROUGH TEN

[18 U.S.C. §§ 924(a)(1)(A), 2(a), 2(b)]

29.  On or about the following dates, in Los Angeles County, within the Central District of California, defendants FERNANDEZ, CAMACHO JR., CAMACHO SR., and CAMACHO MARAVILLA, each aiding and abetting the other, knowingly made, and willfully caused to be made, false statements and representations with respect to information required by the provisions of Title 18, United States Code, Chapter 44, to be kept in the records of the following federal firearms licensees, in that defendants CAMACHO SR. and CAMACHO MARAVILLA executed and submitted Forms 4473, stating that defendants CAMACHO SR. and CAMACHO MARAVILLA were the actual buyers of the following firearms listed on the Forms 4473, when, in truth and in fact, as defendants FERNANDEZ, CAMACHO SR., CAMACHO JR., and CAMACHO MARAVILLA then well knew, defendants CAMACHO SR. and CAMACHO MARAVILLA were not the actual buyers of the firearms, but were acquiring the firearms on behalf of defendant CAMACHO JR.:

| COUNT | DEFENDANTS | DATE | FIREARMS | LICENSEE |
|-------|-----------|------|----------|----------|
| EIGHT | FERNANDEZ, CAMACHO SR., CAMACHO JR. | 11/08/2016 | Colt Model Government .38 caliber pistol, bearing serial number MHE252 | Turner's Outdoorsman |
| NINE | FERNANDEZ, CAMACHO MARAVILLA, CAMACHO JR. | 12/19/2016 | Colt Model Mustang MK4 .380 caliber pistol, bearing serial number MU24832 | Ronin Tactical |
| TEN | FERNANDEZ, CAMACHO SR., CAMACHO JR. | 07/29/2017 | Colt Model Commander .38 caliber pistol, bearing serial number 27057LW | Ammo Brothers |

COUNT ELEVEN

[18 U.S.C. §§ 924(a)(1)(A), 2(a), 2(b)]

30.   On or about July 24, 2016, in Los Angeles County, within the Central District of California, defendants FERNANDEZ and BIANCA ELIZABETH IBARRIA ("IBARRIA") and co-conspirator Adalberto de Jesus Vasquez Pelayo, Jr. ("Pelayo"), each aiding and abetting the other, knowingly made, and willfully caused to be made, a false statement and representation with respect to information required by the provisions of Title 18, United States Code, Chapter 44, to be kept in the records of Turner's Outdoorsman, in that defendant IBARRIA executed and submitted a Form 4473, stating that defendant IBARRIA was the actual buyer of the firearms listed on the Form 4473, a Colt Model 1911 .45 caliber pistol, bearing serial number 481862, and a Browning Model BDA 380 caliber firearm, bearing serial number 1466, when, in truth and in fact, as defendants IBARRIA and FERNANDEZ, and co-conspirator Pelayo, then well knew, defendant IBARRIA was not the actual buyer of the Colt Model 1911 .45 caliber pistol, bearing serial number 481862, but was acquiring the firearm on behalf of co-conspirator Pelayo.

COUNT TWELVE

[18 U.S.C. §§ 924(a)(1)(A), 2(a), 2(b)]

31.   On or about December 12, 2016, in Los Angeles County, within the Central District of California, defendants RAUL CERVANTES CORONA ("CORONA") and MARIO ANTONIO RAMIREZ ("RAMIREZ"), each aiding and abetting the other, knowingly made, and willfully caused to be made, a false statement and representation with respect to information required by the provisions of Title 18, United States Code, Chapter 44, to be kept in the records of Ronin Tactical, in that defendant CORONA executed and submitted a Form 4473, stating that defendant CORONA was the actual buyer of the firearms listed on the Form 4473, a Colt Model Super .38 caliber pistol, bearing serial number 38SS09149, and a Colt Model Super .38 caliber pistol, bearing serial number 2933158, when, in truth and in fact, as defendants CORONA and RAMIREZ then well knew, defendant CORONA was not the actual buyer of the Colt Model Super .38 caliber pistol, bearing serial number 38SS09149, but was acquiring the firearm on behalf of defendant RAMIREZ.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

31.   Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461, in the event of any defendant's conviction under Counts One

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

through Twelve of this Indictment.   Each defendant so convicted shall

forfeit to the United States any firearm or ammunition involved in or

used in any such offense.


                                        A TRUE BILL


                                        /S/
                                        Foreperson

NICOLA T. HANNA
United States Attorney


LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

MACK E. JENKINS
Assistant United States Attorney
Chief, Public Corruption and
  Civil Rights Section

DANIEL J. O'BRIEN
Assistant United States Attorney
Deputy Chief, Public Corruption and
  Civil Rights Section

KATHERINE A. RYKKEN
Assistant United States Attorney
Major Frauds Section

VERONICA DRAGALIN
Assistant United States Attorney
Public Corruption and Civil Rights
  Section