# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number: CR-18-121(A)-SJO
Defendant Number: 1
U.S.A. v. Carlos Miguel Fernandez
Year of Birth: 1975
[✓] Indictment   [ ] Information
Investigative agency (FBI, DEA, etc.): ATF

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: Beginning on July 10, 2015

c. County in which first offense occurred
Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles      [ ] Ventura
[ ] Orange           [ ] Santa Barbara
[ ] Riverside        [ ] San Luis Obispo
[ ] San Bernardino   [ ] Other

Citation of Offense: 18 U.S.C. § 371; 18 U.S.C. § 922(a)(1)(A); 18 U.S.C. § 924(a)(1)(A); 18 U.S.C. § 922(d)(1)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No   [ ] Yes
If "Yes," Case Number:

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:
  a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
  b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:
Case Number:
Assigned Judge:
Charging:
The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on:

### PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No  [✓] Yes
IF YES, provide Name: Ambrosio Rodriguez
Phone Number: 213-995-6767

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[✓] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

IS THIS A NEW DEFENDANT?  [ ] Yes  [✓] No

This is the 1st superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: March 8, 2018
Case Number 18-121-SJO

The superseded case:
[✓] is still pending before Judge/Magistrate Judge
S. James Otero
[ ] was previously dismissed on

Are there 8 or more defendants in the superseding case?
[✓] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
[✓] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male  ☐ Female

☑ U.S. Citizen  ☐ Alien

Alias Name(s) _____

This defendant is charged in:
- ☐ All counts
- ☑ Only counts: 1-2, 4-11

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No

IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):

- ☐ financial institution fraud
- ☐ government fraud
- ☐ environmental issues
- ☐ narcotics offenses
- ☑ violent crimes/firearms
- ☐ Other _____
- ☐ public corruption
- ☐ tax offenses
- ☐ mail/wire fraud
- ☐ immigration offenses
- ☐ corporate fraud

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint: N/A

b. Posted bond at complaint level on: unsecured
   in the amount of $ $30,000

c. PSA supervision?  ☑ Yes  ☐ No

d. Is on bail or release from another district: _____

Defendant is **in custody**:

a. Place of incarceration:  ☐ State  ☐ Federal

b. Name of Institution: _____

c. If Federal, U.S. Marshals Service Registration Number: _____

d. ☐ Solely on this charge. Date and time of arrest: _____

e. On another conviction:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue

f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  __20__  __21__  __40__

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  10/30/2018

Signature of Assistant U.S. Attorney

Katherine A. Rykken
Print Name