# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    PLAINTIFF<br><br>v.<br><br>CARLOS MIGUEL FERNANDEZ, ET AL.,<br><br>                    DEFENDANTS | Initial Indictment:<br>CR 18-121-SJO<br>Case number to be assigned by Criminal Intake Clerk<br><br>Superseding Indictment:<br>CR 18-121(A)-SJO<br>Case number to be assigned by Criminal Intake Clerk<br><br>**NOTICE TO COURT OF COMPLEX CRIMINAL CASE**<br>(To be filed at the time the Indictment is filed or upon the filing of a Superseding Indictment in a case not previously identified as comple.) |

FILED 2018 OCT 31 PM 2:44 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIF. LOS ANGELES

☐ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____.

and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days.

---

☒ **Superseding Indictment**

Upon a careful review of the __first__ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☒ There are eight (8) or more defendants. The number of defendants is __8__. The previous number of defendants was __6__.

and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days. The previous estimate was _____ trial days.

October 30, 2018
Date

KATHERINE A. RYKKEN
Assistant United States Attorney

CR-63 (09/14)                    NOTICE TO COURT OF COMPLEX CRIMINAL CASE