NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorney
Major Frauds Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
Public Corruption and Civil Rights Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3659/0647
    Facsimile: (213) 894-0141
    E-mail:    katherine.rykken@usdoj.gov
              veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CARLOS MIGUEL FERNANDEZ,<br>  aka "the38superman,"<br>EDWARD YASUSHIRO ARAO,<br>BIANCA ELIZABETH IBARRIA,<br>OSCAR MORALES CAMACHO, SR., and<br>OSCAR MARAVILLA CAMACHO, JR.,<br><br>        Defendants. | No. CR 18-121(A)-SJO<br><br><u>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT</u><br><br>**CURRENT TRIAL DATE:** Nov. 13, 2018<br><br>**PROPOSED TRIAL DATE:** Feb. 26, 2019 |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys KATHERINE A. RYKKEN and VERONICA DRAGALIN, and defendants EDWARD YASUSHIRO ARAO ("ARAO"), BIANCA ELIZABETH IBARRIA ("IBARRIA"), OSCAR MORALES CAMACHO, SR. ("CAMACHO SR."), and OSCAR MARAVILLA CAMACHO, JR. ("CAMACHO JR.")

(collectively, "defendants"), by and through his/her counsel of record, (collectively the "parties"), hereby stipulate as follows[1]:

1. The Indictment in this case was made public on March 22, 2018. Defendant CAMACHO JR. first appeared before a judicial officer of the court in which the charges in this case were pending on March 22, 2018. Defendant CAMACHO SR. first appeared before a judicial officer of the court in which the charges in this case were pending on March 23, 2018. Defendants CARLOS MIGUEL FERNANDEZ ("FERNANDEZ), ARAO, and IBARRIA first appeared before a judicial officer of the court in which the charges in this case were pending on April 3, 2018. For defendant CAMACHO JR., the Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before May 31, 2018. For defendant CAMACHO SR., the Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before June 1, 2018. For defendants FERNANDEZ, ARAO, and IBARRIA, the Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before June 12, 2018.

2. On March 22, 2018, the Court set a trial date of May 15, 2018 for defendant CAMACHO JR. On March 23, 2018, the Court set a trial date of May 15, 2018 for defendant CAMACHO SR. On April 3, 2018, the Court set a trial date of May 29, 2018 for defendants FERNANDEZ, ARAO, and IBARRIA.

3. On October 31, 2018, the First Superseding Indictment was filed in this case. Defendants have not yet been arraigned on the First Superseding Indictment.

---

[1] Defendant ADALBERTO DEJESUS VASQUEZ PELAYO, JR. pled guilty to count four of the Indictment on September 19, 2018.

4. Defendants are released on bond pending trial. The parties estimate that the trial in this matter will last approximately four to six days. All defendants are joined for trial and a severance has not been granted.

5. By this stipulation, defendants move to continue the trial date to February 26, 2019. This is the second request for a continuance.

6. Defendants request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

    a. In the First Superseding Indictment, defendants FERNANDEZ and ARAO are charged with violations of 18 U.S.C. § 371 (Conspiracy) and 18 U.S.C. § 922(a)(1)(A) (Engaging in the Business of Dealing in Firearms Without a License). Defendants FERNANDEZ, IBARRIA, CAMACHO SR., and CAMACHO JR. are charged with violations of 18 U.S.C. § 924(a)(1)(A) (False Statement in a Federal Firearm Licensee's Records During Purchase of a Firearm) and 18 U.S.C. § 2 (Aiding and Abetting and Causing an Act to be Done). In addition, defendants FERNANDEZ, CAMACHO SR., and CAMACHO JR. are charged with conspiracy in violation of 18 U.S.C. § 371, and violations of 18 U.S.C. § 922(d) (Disposing a Firearm to a Prohibited Person). To date, the government has produced over 25,000 pages of discovery, numerous audio and video recordings, and various native files.

    b. Defense counsel for defendant ARAO represents that he is presently scheduled to be in trial in the following matters: (1) <u>Utah v. Van Wagenen</u>, Case No. 171501701, set for trial on November 26, 2018. Accordingly, counsel represents that he will not have the

time that he believes is necessary to prepare to try this case on the current trial date.

   c. Defense counsel for defendant IBARRIA represents that he is presently scheduled to be in trial in the following matters: (1) <u>People v. Alarcon</u>, Case BA 398474, set for trial on January 4, 2019; (2) <u>People v. Bonner</u>, Case TA 139632, set for trial in February 2019; and (3) <u>United States v. Gonzalez</u>, CR 18-119-RS, set for trial in May 2019.  Accordingly, counsel represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

   d. Defense counsel for defendant CAMACHO SR. represents that he is presently scheduled to be in trial in the following matters:  <u>United States v. Gonzalez et al</u>., 5-17-CR-00179-AB, currently set for trial on February 5, 2019.  Accordingly, counsel represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

   e. Defense counsel for defendant CAMACHO JR. represents that he is presently scheduled to be in trial in the following matters: (1) <u>United States v. Merino</u>, CR 18-720-SJO, set for trial on December 11, 2018; (2) <u>United States v. Sanchez</u>, CR 17-756-CAS, set for trial on December 18, 2018; (3) <u>United States v. Lamb</u>, CR 17-216, set for trial on January 8, 2019; (4) <u>United States v. Evans</u>, 18-563-RGK, set for trial on January 22, 2019; (5) <u>United States v. Miller</u>, 17-195-DSF, set for trial on February 5, 2019; and (6) <u>United States v. Leniu</u>, CR 17-689-FMO, set for trial on February 26, 2019. Accordingly, counsel represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

   f. In light of the foregoing, counsel for defendants also represent that additional time is necessary to confer with defendants, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur. Defense counsel represent that failure to grant the continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   g. Defendants believe that failure to grant the continuance will deny them continuity of counsel and adequate representation.

   h. The government does not object to the continuance.

   i. Counsel for defendant FERNANDEZ did not provide a signature to this stipulation but informs the government that he and FERNANDEZ do not object to continuing the trial date to February 26, 2019.

   j. The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

  7. For purposes of computing the date under the Speedy Trial Act by which defendants' trial must commence, the parties agree that the time period of November 13, 2018 to February 26, 2019, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a

continuance granted by the Court at defendants' request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. In addition, the parties agree that, pursuant to 18 U.S.C. § 3161(h)(6), the time period of November 13, 2018 to February 26, 2019 constitutes a reasonable period of delay for Defendant FERNANDEZ, who is joined for trial with ARAO, IBARRIA, CAMACHO SR. and CAMACHO JR., as to whom the time for trial has not run and no motion for severance has been granted.

9. Under the Speedy Trial Act, if the trial is continued to February 26, 2019, the last possible day for trial to commence for defendants FERNANDEZ, ARAO, and IBARRIA would be March 12, 2019, for defendant CAMACHO JR. would be March 14, 2019, and for defendant CAMACHO SR. would be March 15, 2019.

10. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy

//
//

Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: November 2, 2018        Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


  /s/ Katherine A. Rykken
KATHERINE A. RYKKEN
VERONICA DRAGALIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

1   I am EDWARD YASUHIRO ARAO's attorney. I have carefully
2   discussed every part of this stipulation and the continuance of the
3   trial date with my client. I have fully informed my client of his
4   Speedy Trial rights. To my knowledge, my client understands those
5   rights and agrees to waive them. I believe that my client's
6   decision to give up the right to be brought to trial earlier than
7   February 26, 2019 is an informed and voluntary one.

_____   Date 10/30/18
EDWARD ROBINSON
LISA HOULÉ
Attorneys for Defendant
EDWARD YASUHIRO ARAO

13   I have read this stipulation and have carefully discussed it
14  with my attorney. I understand my Speedy Trial rights. I
15  voluntarily agree to the continuance of the trial date, and give up
16  my right to be brought to trial earlier than February 26, 2019. I
17  understand that I will be ordered to appear in Courtroom 10C of the
18  Federal Courthouse, 350 West First Street, Los Angeles, California
19  on February 26, 2019 at 9:00 a.m.

_____   Date 10-29-18
EDWARD YASUHIRO ARAO
Defendant

9

From: **Bianca.ibarria** bianca.ibarria@yahoo.com
Subject: Re: Trial Continuance
Date: October 31, 2018 at 3:00 PM
To: Richard P. Lasting richardplasting@sbcglobal.net

Hello Richard,

Here goes the signed document.

Best,
Bianca Ibarria

---

1  I am BIANCA ELIZABETH IBARRIA's attorney. I have carefully
2  discussed every part of this stipulation and the continuance of the
3  trial date with my client. I have fully informed my client of her
4  Speedy Trial rights. To my knowledge, my client understands those
5  rights and agrees to waive them. I believe that my client's
6  decision to give up the right to be brought to trial earlier than
7  February 26, 2019 is an informed and voluntary one.

8  _/s/ Richard P. Lasting_                    Oct- 31, 2018
9  RICHARD P. LASTING                          Date
   Attorney for Defendant
10 BIANCA ELIZABETH IBARRIA

12  I have read this stipulation and have carefully discussed it
13 with my attorney. I understand my Speedy Trial rights. I
14 voluntarily agree to the continuance of the trial date, and give up
15 my right to be brought to trial earlier than February 26, 2019. I
16 understand that I will be ordered to appear in Courtroom 10C of the
17 Federal Courthouse, 350 West First Street, Los Angeles, California
18 on February 26, 2019 at 9:00 a.m.

19
20 _/s/ Bianca Ibarria_                        10/31/18
   BIANCA ELIZABETH IBARRIA                   Date
   Defendant

1      I am OSCAR MORALES CAMACHO SR.'s attorney.  I have carefully
2  discussed every part of this stipulation and the continuance of the
3  trial date with my client.  I have fully informed my client of his
4  Speedy Trial rights.  To my knowledge, my client understands those
5  rights and agrees to waive them.  I believe that my client's decision
6  to give up the right to be brought to trial earlier than February 5,
7  2019 is an informed and voluntary one.

8  _____     11/2/18
9  JOHN TARGOWSKI                     Date
   Attorney for Defendant
10 OSCAR MORALES CAMACHO SR.

11

12     I have read this stipulation and have carefully discussed it
13 with my attorney.  This agreement has been read to me in Spanish, the
14 language I understand best, and I have carefully discussed every part
15 of it with my attorney.  I understand my Speedy Trial rights.  I
16 voluntarily agree to the continuance of the trial date, and give up
17 my right to be brought to trial earlier than February 5, 2019.  I
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

understand that I will be ordered to appear in Courtroom 10C of the Federal Courthouse, 350 West First Street, Los Angeles, California on February 5, 2019 at 9:00 a.m.

*Oscar Camacho*　　　　　　　　　　　November,2,2018
OSCAR MORALES CAMACHO SR.　　　　　　　Date
Defendant

**CERTIFICATION OF INTERPRETER**

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant OSCAR MORALES CAMACHO SR. on this date.

_____　　　　_____
INTERPRETER　　　　　　　　　　　　　　Date

12

1  understand that I will be ordered to appear in Courtroom 10C of the
2  Federal Courthouse, 350 West First Street, Los Angeles, California on
3  February 5, 2019 at 9:00 a.m.

5  _____          _____
   OSCAR MORALES CAMACHO SR.                    Date
   Defendant

### CERTIFICATION OF INTERPRETER

I, __MARIANA BENSION-LARKIN__, am fluent in the written and spoken English and Spanish languages. I accurately SIGHT translated this entire agreement from English into Spanish to defendant OSCAR MORALES CAMACHO SR. on this date.

_____          __11/2/2018_____
INTERPRETER                                   Date

12

I am OSCAR MARAVILLA CAMACHO JR.'s attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than February 26, 2019 is an informed and voluntary one.

_/s/ Andre J. Townsend_        Date: 11/1/18
ANDRE J. TOWNSEND
Attorney for Defendant
OSCAR MARAVILLA CAMACHO JR.

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than February 26, 2019. I understand that I will be ordered to appear in Courtroom 10C of the Federal Courthouse, 350 West First Street, Los Angeles, California on February 26, 2019 at 9:00 a.m.

_/s/ Oscar Maravilla Camacho Jr._        Date: 11/1/18
OSCAR MARAVILLA CAMACHO JR.
Defendant