NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorney
Major Frauds Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
Public Corruption and Civil Rights Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3659/0647
    Facsimile: (213) 894-0141
    E-mail:    katherine.rykken@usdoj.gov
                veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-121(A)-SJO |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| CARLOS MIGUEL FERNANDEZ, aka "the38superman," EDWARD YASUSHIRO ARAO, BIANCA ELIZABETH IBARRIA, OSCAR MORALES CAMACHO, SR., and OSCAR MARAVILLA CAMACHO, JR., | [PROPOSED] TRIAL DATE: 2-26-19 |
| Defendants. | |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on November 2, 2018.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the

trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, the number of defendants, including the charges in the indictment and the voluminous discovery produced to defendants.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter is continued from November 13, 2018 to February 26, 2019.

2.   The time period of November 13, 2018 to February 26, 2019, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(6), 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv), (h)(7)(B)(ii).

3.   Under the Speedy Trial Act, if the trial is continued to February 26, 2019, the last possible day for trial to commence for defendants FERNANDEZ, ARAO, and IBARRIA would be March 12, 2019, for defendant CAMACHO JR. would be March 14, 2019, and for defendant CAMACHO SR. would be March 15, 2019.

4.   Defendants shall appear in Courtroom 10C of the Federal Courthouse, 350 West First Street, Los Angeles, California on February 26, 2019 at 9:00 a.m.

5.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.   Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____                    _____
DATE                                                HONORABLE JAMES S. OTERO
                                                    UNITED STATES DISTRICT JUDGE

Presented by:

 _/s/ Katherine A. Rykken_____
KATHERINE A. RYKKEN
Assistant United States Attorney