# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:18-CR-00121(A)-SJO    Recorder: CS 11/29/2018    Date: 11/29/2018

Present: The Honorable Karen L. Stevenson, U.S. Magistrate Judge

Court Clerk: Gay Roberson    Assistant U.S. Attorney: Lucy Jennings

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1) CARLOS MIGUEL FERNANDEZ  BOND-PRESENT  2) EDWARD YASUSHIRO ARAO  BOND-PRESENT  3) BIANACA ELIZABETH IBARRIA  BOND-PRESENT  5) OSCAR MORALES CAMACHO, SR.  BOND-PRESENT | 1) AMBROSIO EDUARDO RODRIGUEZ  RETAINED  2) EDWARD M. ROBINSON AND LISA VICTORIA HOULE  RETAINED  3) RICHARD P. LASTING  PANEL  5) JOHN TARGOWSKI, Special appearance by AMBROSIO EDUARDO RODRIGUEZ  PANEL | 5) SPANISH | 5) ASHLEY NUNEZ |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the First Superseding Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the First Superseding Indictment.

This case was previously assigned to the calendar of District Judge S. James Otero.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 02/26/2019 at 9:00 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 24
Initials of Deputy Clerk: GR by TRB

cc: Statistics Clerk, PSALA CJA Supv Attorney, Interpreter