NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorney
Major Frauds Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
CASSIE D. PALMER (Cal. Bar No. 268383)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0647
     Facsimile: (213) 894-0141
     E-mail:    katherine.rykken@usdoj.gov
                veronica.dragalin@usdoj.gov
                cassie.palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-121(A)-SJO |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| CARLOS MIGUEL FERNANDEZ, et al., | |
| Defendants. | **CURRENT TRIAL DATES:** Jan. 22, 2019; Feb. 26, 2019 |
| | **PROPOSED TRIAL DATE:** June 4, 2019 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys KATHERINE A. RYKKEN VERONICA DRAGALIN, and CASSIE D. PALMER, and defendants CARLOS MIGUEL FERNANDEZ ("FERNANDEZ"), EDWARD YASUSHIRO ARAO ("ARAO"), BIANCA

ELIZABETH IBARRIA ("IBARRIA"), OSCAR MORALES CAMACHO, SR. ("CAMACHO SR."), OSCAR MARAVILLA CAMACHO, JR. ("CAMACHO JR."), RAFAEL RUBEN CAMACHO MARAVILLA ("MARAVILLA"), and RAUL CERVANTES CORONA ("CORONA") (collectively, "defendants"), by and through his/her counsel of record, (collectively the "parties"), hereby stipulate as follows:

1. The Indictment in this case was made public on March 22, 2018. Defendant CAMACHO JR. first appeared before a judicial officer of the court in which the charges in this case were pending on March 22, 2018. Defendant CAMACHO SR. first appeared before a judicial officer of the court in which the charges in this case were pending on March 23, 2018. Defendants FERNANDEZ, ARAO, and IBARRIA first appeared before a judicial officer of the court in which the charges in this case were pending on April 3, 2018. For defendant CAMACHO JR., the Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before May 31, 2018. For defendant CAMACHO SR., the Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before June 1, 2018. For defendants FERNANDEZ, ARAO, and IBARRIA, the Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before June 12, 2018.

2. On March 22, 2018 and March 23, 2018, respectively, the Court set a trial date of May 15, 2018 for defendants CAMACHO JR. and CAMACHO SR. On April 3, 2018, the Court set a trial date of May 29, 2018 for defendants FERNANDEZ, ARAO, and IBARRIA.

3. On October 31, 2018, the First Superseding Indictment was filed in this case. Defendants MARAVILLA and CORONA first appeared before a judicial officer of the court in which the charges in this case were pending on November 27, 2018. Defendants FERNANDEZ, ARAO,

IBARRIA, and CAMACHO SR. were arraigned on the First Superseding Indictment on November 29, 2018.  Defendant CAMACHO JR. was arraigned on the First Superseding Indictment on December 6, 2018.  For defendants MARAVILLA and CORONA, the Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before February 5, 2019.  Defendant MARIO ANTONIO RAMIREZ has not yet appeared before a judicial officer of the court in which the charges in this case are pending, and is currently incarcerated in federal prison in Pennsylvania.[1]

4. On November 27, 2018, the Court set a trial date of January 22, 2019 for defendants MARAVILLA and CORONA.

5. Defendants are released on bond pending trial.  The parties estimate that the trial in this matter will last approximately four to six days.  All defendants are joined for trial and a severance has not been granted.

6. The Court has previously continued the trial date for defendants FERNANDEZ, ARAO, IBARRIA, CAMACHO JR., and CAMACHO SR. from May 15, 2018 and May 29, 2018, respectively, to February 26, 2019, and found the interim period to be excluded in computing the time within which the trial must commence, pursuant to the Speedy Trial Act.

7. By this stipulation, defendants FERNANDEZ, ARAO, IBARRIA, CAMACHO JR., CAMACHO SR., MARAVILLA, and CORONA move to continue the trial date to June 4, 2019.  This is the first request for a

---

[1] Defendant RAMIREZ is scheduled to be sentenced on April 2, 2019 in the Eastern District of Pennsylvania in United States v. Mario Antonio Ramirez, No. CR 17-426.  The government will request that defendant RAMIREZ thereafter be transferred to this district to face the charges in this case.

continuance for defendants MARAVILLA and CORONA, and the third request for a continuance for defendants FERNANDEZ, ARAO, IBARRIA, CAMACHO JR., and CAMACHO SR.

    8.    Defendants request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

        a.    In the First Superseding Indictment, defendants FERNANDEZ and ARAO are charged with violations of 18 U.S.C. § 371 (Conspiracy) and 18 U.S.C. § 922(a)(1)(A) (Engaging in the Business of Dealing in Firearms Without a License).  Defendants FERNANDEZ, IBARRIA, CAMACHO SR., CAMACHO JR., MARAVILLA, and CORONA are charged with violations of 18 U.S.C. § 924(a)(1)(A) (False Statement in a Federal Firearm Licensee's Records During Purchase of a Firearm) and 18 U.S.C. § 2 (Aiding and Abetting and Causing an Act to be Done). In addition, defendants FERNANDEZ, CAMACHO SR., CAMACHO JR., and MARAVILLA are charged with conspiracy in violation of 18 U.S.C. § 371, and violations of 18 U.S.C. § 922(d) (Disposing a Firearm to a Prohibited Person).  On December 3 and 6, 2018, the government produced over 25,000 pages of discovery to defendants MARAVILLA and CORONA, who were recently added to the case.  On December 21, 2018, the government produced approximately 6,000 pages of supplemental discovery, and various additional native files to all defendants.  To date, the government has produced 31,845 pages of discovery, numerous audio and video recordings, and various native files.

        b.    Defense counsel for defendant FERNANDEZ represents that he is presently scheduled to be in trial or unavailable due to obligations in other matters during the following time periods: (1) January 2019; (2) February 2019; (3) March 1, 2019 to March 8, 2019;

4

(4) April 2, 2019 to April 20, 2019. Accordingly, counsel represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

  c. Defense counsel for defendant ARAO represents that he is presently scheduled to be in trial in the following matters: (1) United States v. Toni Hodges, No. 17-CR-28-MWF, set for trial on January 15, 2019, and estimated to last approximately one week; (2) United States v. Marina Merino, No. 14-CR-329-ODW, set for trial on May 28, 2019, and estimated to last approximately one week. Accordingly, counsel represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

  d. Defense counsel for defendant IBARRIA represents that he is presently scheduled to be in trial in the following matters: (1) People v. Richard Alarcon, No. BA 397216, set for a status conference and trial setting on January 4, 2019 in Los Angeles Superior Court; (2) People v. Deandray Bonner, No. TA 139632, set for trial no later than February 9, 2019 in Los Angeles Superior Court; and (3) People v. Rolando Barba, No. TA 146968, set for preliminary hearing on January 10, 2019 in Los Angeles Superior Court. Accordingly, counsel represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

  e. Defense counsel for defendant CAMACHO SR. represents that he is presently scheduled to be in trial in the following matter: United States v. Munoz, CR 15-688-DSF, set for trial for April 30, 2019, and estimated to last approximately two weeks. Accordingly, counsel represents that he will not have the time that

5

he believes is necessary to prepare to try this case on the current trial date.

   f. Defense counsel for defendant CAMACHO JR. represents that he is presently scheduled to be in trial in the following matters: (1) United States v. Minon Miller, CR 17-0195-DSF, set for trial for February 5, 2019; (2) United States v. Joaquin Carmona, CR 18-436-PSG, set for trial for February 19, 2019; (3) United States v. Israel Sanchez, CR 18-553-ODW, set for trial for March 19, 2019; (4) United States v. Judawn Johnson, CR 18-681-ODW, set for trial for March 26, 2019; (5) United States v. Michael Merino, CR 18-720-SJO, set for trial for April 2, 2019; (6) United States v. Brandon Vidal, CR 18-593-SJO, set for trial for April 16, 2019; (7) United States v. Charles Lamb, CR 17-216-PSG, set for trial for April 16, 2019; and (8) United States v. Castellanos Ortiz, CR 18-694-JAK, set for trial for April 30, 2019. Accordingly, counsel represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

   g. Defense counsel for defendant MARAVILLA represents that he is presently scheduled to be in trial in the following matter: United States v. Krystal Myesha Sweeney, et al., No. 18-CR-455-JAK, set for trial on March 19, 2019. Accordingly, counsel represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

   h. Defense counsel for defendant CORONA represents that he is presently scheduled to be in trial in the following matters: (1) People v. Leonard Hernandez, Case No. 8CS03568, currently scheduled for trial on January 24, 2019, in Compton Superior Court, Dept. 8; (2) People v. David Lizarde, Case No. 17CM07503, currently

6

1  scheduled for trial on February 20, 2019, in the Central Justice
2  Center, Dept. 60.; (3) <u>Raul Rodriguez v. Jose Perez, et al.</u>, Case No.
3  BC 616910, currently scheduled for trial on March 20, 2019, in
4  Stanley Mosk Courthouse, Dept. 53; (4) <u>Sonya Villa v. Hector Manuel</u>
5  <u>Pizano</u>, Case No. 17NWPT00168, currently scheduled for trial on April
6  2, 2019, in the Whittier Courthouse, Dept. 301.; (5) <u>United States v.</u>
7  <u>Roy Wlliam Burris</u>, Case No. CR 16-819-ODW, currently set for trial on
8  April 9, 2019; (6) <u>Claudio Sandoval & Candida Sandoval v. Leticia</u>
9  <u>Campos</u>, Case No. VC 066921, currently set for trial on April 30,
10 2019, in Norwalk Superior Court, Dept. F.  Accordingly, counsel
11 represents that he will not have the time that he believes is
12 necessary to prepare to try this case on the current trial date.
13            i.   In light of the foregoing, counsel for defendants also
14 represent that additional time is necessary to confer with
15 defendants, conduct and complete an independent investigation of the
16 case, conduct and complete additional legal research including for
17 potential pre-trial motions, review the discovery and potential
18 evidence in the case, and prepare for trial in the event that a
19 pretrial resolution does not occur.  Defense counsel represent that
20 failure to grant the continuance would deny them reasonable time
21 necessary for effective preparation, taking into account the exercise
22 of due diligence.
23            j.   Defendants believe that failure to grant the
24 continuance will deny them continuity of counsel and adequate
25 representation.
26            k.   The government does not object to the continuance.
27            l.   The requested continuance is not based on congestion
28 of the Court's calendar, lack of diligent preparation on the part of

7

the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

9. For purposes of computing the date under the Speedy Trial Act by which defendants' trial must commence, the parties agree that the time period of February 26, 2019 to June 4, 2019, inclusive, for defendants FERNANDEZ, ARAO, IBARRIA, CAMACHO JR. and CAMACHO SR., and January 22, 2019 to June 4, 2019, inclusive, for defendants MARAVILLA and CORONA, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendants' request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

10. Under the Speedy Trial Act, if the trial is continued to June 4, 2019, the last possible day for trial to commence for defendants FERNANDEZ, ARAO, IBARRIA, MARAVILLA, and CORONA would be June 18, 2019, for defendant CAMACHO JR. would be June 20, 2019, and for defendant CAMACHO SR. would be June 21, 2019.

11. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time

periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: January 2, 2019              Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


 /s/ *Veronica Dragalin*
KATHERINE A. RYKKEN
VERONICA DRAGALIN
CASSIE D. PALMER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

    I am CARLOS MIGUEL FERNANDEZ's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than June 4, 2019 is an informed and voluntary one.

_____    01/08/2019
AMBROSIO RODRIGUEZ              Date
Attorney for Defendant
CARLOS MIGUEL FERNANDEZ

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than June 4, 2019. I understand that I will be ordered to appear in Courtroom 10C of the Federal Courthouse, 350 West First Street, Los Angeles, California on June 4, 2019 at 9:00 a.m.

_____    1/8/19
CARLOS MIGUEL FERNANDEZ          Date
Defendant

I am EDWARD YASUHIRO ARAO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than June 4, 2019 is an informed and voluntary one.

_____   1/4/19
EDWARD ROBINSON                  Date
LISA HOULÉ
Attorneys for Defendant
EDWARD YASUHIRO ARAO

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than June 4, 2019. I understand that I will be ordered to appear in Courtroom 10C of the Federal Courthouse, 350 West First Street, Los Angeles, California on June 4, 2019 at 9:00 a.m.

_____   1-4-19
EDWARD YASUHIRO ARAO             Date
Defendant

11

I am BIANCA ELIZABETH IBARRIA's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of her Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than June 4, 2019 is an informed and voluntary one.

_____  
RICHARD P. LASTING  
Attorney for Defendant  
BIANCA ELIZABETH IBARRIA

Jan. 4, 2019  
Date

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than June 4, 2019. I understand that I will be ordered to appear in Courtroom 10C of the Federal Courthouse, 350 West First Street, Los Angeles, California on June 4, 2019 at 9:00 a.m.

_____  
BIANCA ELIZABETH IBARRIA  
Defendant

01/03/2019  
Date

12

1 I am OSCAR MORALES CAMACHO SR.'s attorney. I have carefully
2 discussed every part of this stipulation and the continuance of the
3 trial date with my client. I have fully informed my client of his
4 Speedy Trial rights. To my knowledge, my client understands those
5 rights and agrees to waive them. I believe that my client's decision
6 to give up the right to be brought to trial earlier than June 4, 2019
7 is an informed and voluntary one.

_____      1/7/19
JOHN TARGOWSKI                              Date
Attorney for Defendant
OSCAR MORALES CAMACHO SR.

12 I have read this stipulation and have carefully discussed it
13 with my attorney. This agreement has been read to me in Spanish, the
14 language I understand best, and I have carefully discussed every part
15 of it with my attorney. I understand my Speedy Trial rights. I
16 voluntarily agree to the continuance of the trial date, and give up
17 my right to be brought to trial earlier than June 4, 2019. I
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

understand that I will be ordered to appear in Courtroom 10C of the Federal Courthouse, 350 West First Street, Los Angeles, California on June 4, 2019 at 9:00 a.m.

_____     _____
OSCAR MORALES CAMACHO SR.            Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _MARIANA BENSION-LARKIN_, am fluent in the written and spoken English and Spanish languages. I accurately sight translated this entire agreement from English into Spanish to defendant OSCAR MORALES CAMACHO SR. on this date.

_Mariana Bension-Larkin_ _____     _1/4/2019_____
INTERPRETER                          Date

14

1     I am OSCAR MARAVILLA CAMACHO JR.'s attorney. I have carefully
2 discussed every part of this stipulation and the continuance of the
3 trial date with my client. I have fully informed my client of his
4 Speedy Trial rights. To my knowledge, my client understands those
5 rights and agrees to waive them. I believe that my client's decision
6 to give up the right to be brought to trial earlier than June 4, 2019
7 is an informed and voluntary one.

8

/s/ Andre J. Townsend with email authorization 01/8/19     01/8/19
9 ANDRE J. TOWNSEND                                         Date
   Attorney for Defendant
10 OSCAR MARAVILLA CAMACHO JR.

11

12     I have read this stipulation and have carefully discussed it
13 with my attorney. I understand my Speedy Trial rights. I
14 voluntarily agree to the continuance of the trial date, and give up
15 my right to be brought to trial earlier than June 4, 2019. I
16 understand that I will be ordered to appear in Courtroom 10C of the
17 Federal Courthouse, 350 West First Street, Los Angeles, California on
18 June 4, 2019 at 9:00 a.m.

19 [signature]                                   1/8/19
20 OSCAR MARAVILLA CAMACHO JR.            Date
   Defendant

15

1  I am RAFAEL RUBEN CAMACHO MARAVILLA's attorney. I have
2  carefully discussed every part of this stipulation and the
3  continuance of the trial date with my client. I have fully informed
4  my client of his Speedy Trial rights. To my knowledge, my client
5  understands those rights and agrees to waive them. I believe that my
6  client's decision to give up the right to be brought to trial earlier
7  than June 4, 2019, is an informed and voluntary one.

8  _____  Jan. 3, 2019
9  PATRICK W. MCLAUGHLIN                Date
   Attorney for Defendant
10 RAFAEL RUBEN CAMACHO MARAVILLA

11

12  I have read this stipulation and have carefully discussed it
13  with my attorney. I understand my Speedy Trial rights. I
14  voluntarily agree to the continuance of the trial date, and give up
15  my right to be brought to trial earlier than June 4, 2019. I
16  understand that I will be ordered to appear in Courtroom 10C of the
17  Federal Courthouse, 350 West First Street, Los Angeles, California on
18  June 4, 2019 at 9:00 a.m.

19  _____  Jan 6, 2019
20  RAFAEL RUBEN CAMACHO MARAVILLA        Date
    Defendant

16

I am RAUL CERVANTES CORONA's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than June 4, 2019 is an informed and voluntary one.

_____  1/2/19
TIMOTHY E. NILAN                 Date
Attorney for Defendant
RAUL CERVANTES CORONA

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than June 4, 2019. I understand that I will be ordered to appear in Courtroom 10C of the Federal Courthouse, 350 West First Street, Los Angeles, California on June 4, 2019 at 9:00 a.m.

_____  1-3-19
RAUL CERVANTES CORONA            Date
Defendant

17