NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorney
Major Frauds Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
CASSIE D. PALMER (Cal. Bar No. 268383)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
        1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-0647
        Facsimile: (213) 894-0141
        E-mail:    katherine.rykken@usdoj.gov
                   veronica.dragalin@usdoj.gov
                   cassie.palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-121(A)-SJO |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| CARLOS MIGUEL FERNANDEZ, et al., | |
| Defendants. | **CURRENT TRIAL DATE:** June 4, 2019 |
| | **PROPOSED TRIAL DATE:** Nov. 12, 2019 |

    Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys KATHERINE A. RYKKEN

VERONICA DRAGALIN, and CASSIE D. PALMER, and defendants CARLOS MIGUEL

FERNANDEZ ("FERNANDEZ"), EDWARD YASUSHIRO ARAO ("ARAO"), BIANCA

ELIZABETH IBARRIA ("IBARRIA"), OSCAR MORALES CAMACHO, SR. ("CAMACHO

1   SR."), OSCAR MARAVILLA CAMACHO, JR. ("CAMACHO JR."), RAFAEL RUBEN

2   CAMACHO MARAVILLA ("MARAVILLA"), and RAUL CERVANTES CORONA ("CORONA")

3   (collectively, "defendants"), by and through his/her counsel of

4   record, (collectively the "parties"), hereby stipulate as follows:

5        1.   The Indictment in this case was made public on March 22,

6   2018.  Defendant CAMACHO JR. first appeared before a judicial officer

7   of the court in which the charges in this case were pending on March

8   22, 2018.  Defendant CAMACHO SR. first appeared before a judicial

9   officer of the court in which the charges in this case were pending

10  on March 23, 2018.  Defendants FERNANDEZ, ARAO, and IBARRIA first

11  appeared before a judicial officer of the court in which the charges

12  in this case were pending on April 3, 2018.  For defendant CAMACHO

13  JR., the Speedy Trial Act, 18 U.S.C. § 3161, originally required that

14  the trial commence on or before May 31, 2018.  For defendant CAMACHO

15  SR., the Speedy Trial Act, 18 U.S.C. § 3161, originally required that

16  the trial commence on or before June 1, 2018.  For defendants

17  FERNANDEZ, ARAO, and IBARRIA, the Speedy Trial Act, 18 U.S.C. § 3161,

18  originally required that the trial commence on or before June 12,

19  2018.

20       2.   On March 22, 2018 and March 23, 2018, respectively, the

21  Court set a trial date of May 15, 2018 for defendants CAMACHO JR.

22  and CAMACHO SR.  On April 3, 2018, the Court set a trial date of May

23  29, 2018 for defendants FERNANDEZ, ARAO, and IBARRIA.

24       3.   On October 31, 2018, the First Superseding Indictment was

25  filed in this case.  Defendants MARAVILLA and CORONA first appeared

26  before a judicial officer of the court in which the charges in this

27  case were pending on November 27, 2018.  Defendants FERNANDEZ, ARAO,

28  IBARRIA, and CAMACHO SR. were arraigned on the First Superseding

2

Indictment on November 29, 2018.  Defendant CAMACHO JR. was arraigned on the First Superseding Indictment on December 6, 2018.  For defendants MARAVILLA and CORONA, the Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before February 5, 2019.  Defendant MARIO ANTONIO RAMIREZ has not yet appeared before a judicial officer of the court in which the charges in this case are pending, and is currently incarcerated in federal prison in Pennsylvania.[1]

4.    On November 27, 2018, the Court set a trial date of January 22, 2019 for defendants MARAVILLA and CORONA.

5.    Defendants are released on bond pending trial.  The parties estimate that the trial in this matter will last approximately four to six days.  All defendants are joined for trial and a severance has not been granted.

6.    The Court has previously continued the trial dates for defendants FERNANDEZ, ARAO, IBARRIA, CAMACHO JR., CAMACHO SR., MARAVILLA, and CORONA to June 4, 2019, and found the interim period to be excluded in computing the time within which the trial must commence, pursuant to the Speedy Trial Act.

7.    By this stipulation, defendants FERNANDEZ, ARAO, IBARRIA, CAMACHO JR., CAMACHO SR., MARAVILLA, and CORONA move to continue the trial date to November 12, 2019.  This is the second request for a continuance for defendants MARAVILLA and CORONA, and the fourth

---

[1] Defendant RAMIREZ is scheduled to be sentenced on July 17, 2019 in the Eastern District of Pennsylvania in <u>United States v. Mario Antonio Ramirez</u>, No. CR 17-426.  The government will request that defendant RAMIREZ thereafter be transferred to this district to face the charges in this case.

request for a continuance for defendants FERNANDEZ, ARAO, IBARRIA, CAMACHO JR., and CAMACHO SR.

8.   Defendants request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

a.   In the First Superseding Indictment, defendants FERNANDEZ and ARAO are charged with violations of 18 U.S.C. § 371 (Conspiracy) and 18 U.S.C. § 922(a)(1)(A) (Engaging in the Business of Dealing in Firearms Without a License).  Defendants FERNANDEZ, IBARRIA, CAMACHO SR., CAMACHO JR., MARAVILLA, and CORONA are charged with violations of 18 U.S.C. § 924(a)(1)(A) (False Statement in a Federal Firearm Licensee's Records During Purchase of a Firearm) and 18 U.S.C. § 2 (Aiding and Abetting and Causing an Act to be Done). In addition, defendants FERNANDEZ, CAMACHO SR., CAMACHO JR., and MARAVILLA are charged with conspiracy in violation of 18 U.S.C. § 371, and violations of 18 U.S.C. § 922(d) (Disposing a Firearm to a Prohibited Person).  On December 3 and 6, 2018, the government produced over 25,000 pages of discovery to defendants MARAVILLA and CORONA, who were recently added to the case.  On December 21, 2018, the government produced approximately 6,000 pages of supplemental discovery, and various additional native files to all defendants.  To date, the government has produced 31,845 pages of discovery, numerous audio and video recordings, and various native files.

b.   Defense counsel for defendant FERNANDEZ represents that he is presently scheduled to be in trial or unavailable due to obligations in other matters during the following time periods: (1) People v. Ogannisian, No. GA103027, set for preliminary hearing on April 9, 2019; (2) People v. Conejo, No. RIF1601363, set for trial on

4

April 10, 2019; (3) <u>People v. Morales</u>, No. BA473889, set for preliminary hearing on April 12, 2019; (4) <u>People v. Velasquez</u>, No. 18WF0367, set for preliminary hearing on April 12, 2019; (5) <u>People v. Amezcua</u>, No. FWV18000837, set for preliminary hearing on April 18, 2019; (6) <u>People v. Davila</u>, No. RIF 1802377, set for preliminary hearing on April 24, 2019; (7) <u>People v. Valdez</u>, No. RIF1701693, set for trial on April 25, 2019; (8) <u>People v. Lopez</u>, No. SA090214, tentatively set for trial on May 3, 2019; (9) <u>People v. Renteria</u>, No. KA118531, set for trial on May 6, 2019; (10) <u>People v. Kidane</u>, No. SA095262, set for trial on May 8, 2019.  Accordingly, counsel represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

c.    Defense counsel for defendant ARAO represents that he is presently scheduled to be in trial in the following matters: (1) <u>United States v. Marina Merino</u>, No. 14-CR-329-ODW, set for trial on May 28, 2019, and estimated to last approximately two weeks; (2) <u>United States v. Lien Tran</u>, No. 15-CR-662-ODW, set for trial on October 15, 2019, and estimated to last approximately one week. Accordingly, counsel represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

d.    Defense counsel for defendant IBARRIA represents that he is presently scheduled to be in trial in the following matters: (1) <u>People v. Richard Alarcon</u>, No. BA397216, set for a status conference and trial setting on May 9, 2019 in Los Angeles Superior Court; (2) <u>People v. Deandray Bonner</u>, No. TA139632, set for trial on or about May 21, 2019, in Los Angeles Superior Court; and (3) <u>United States v. Aguilar, et al.</u>, No. 18-CR-119-RS, a potential capital

punishment case in the Northern District of California, currently scheduled for a meeting with the Department of Justice Capital Review Committee on May 13, 2019.  Accordingly, counsel represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

      e.   Defense counsel for defendant CAMACHO SR. represents that he is presently scheduled to be in trial in the following matters:  (1) United States v. Munoz, et al., No. 15-CR-688-DSF, a one to two week drug trafficking conspiracy case, currently set for trial on April 30, 2019; (2) United States v. Laredo, et al., No. 18-CR-892-AB, a two to three week racketeering case, currently set for trial on May 7, 2019; (3) United States v. Sala, No. 17-CR-179-AB, a week firearms case, currently set for trial on May 14, 2019; (4) United States v. Love, et al., No. 18-CR-430-SJO, a three week drug trafficking and firearms conspiracy case, currently set for trial on June 18, 2019; (5) United States v. Merejil, et al., No. 18-CR-774-JAK, a one to three week drug trafficking conspiracy case, currently set for trial on July 9, 2019; (6) United States v. Romero, et al., No. 17-CR-278-ODW, a three week racketeering conspiracy case, currently set for trial on September 24, 2019; (7) United States v. Landa Rodriguez, No. 18-CR-173-GW, a three to four week racketeering conspiracy case, currently set for trial on October 29, 2019. Accordingly, counsel represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

      f.   Defense counsel for defendant CAMACHO JR. represents that he is currently in the process of transitioning out of the Office of the Federal Public Defender, and that this case will be re-

assigned to new counsel.  Accordingly, counsel represents that new counsel will not have the time that he/she believes is necessary to prepare to try this case on the current trial date.

g.   Defense counsel for defendant MARAVILLA represents that he is presently scheduled to be in trial in the following matters: (1) United States v. Nikola Vlahovic, No. 17-CR-432(A)-DSF, currently set for trial on September 10, 2019; (2) United States v. John Garcia, No. 17-CR-278-ODW, currently set for trial on September 24, 2019; and (3) United States v. Krystal Myesha Sweeney, et al., No. 18-CR-455-JAK, currently set for trial on October 22, 2019. Accordingly, counsel represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

h.   In light of the foregoing, counsel for defendants also represent that additional time is necessary to confer with defendants, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur.  Defense counsel represent that failure to grant the continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

i.   Defendants believe that failure to grant the continuance will deny them continuity of counsel and adequate representation.

j.   The government does not object to the continuance.

7

k.   The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

9.   For purposes of computing the date under the Speedy Trial Act by which defendants' trial must commence, the parties agree that the time period of June 4, 2019 to November 12, 2019, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendants' request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

10.   Under the Speedy Trial Act, if the trial is continued to November 12, 2019, the last possible day for trial to commence for defendants FERNANDEZ, ARAO, IBARRIA, MARAVILLA, and CORONA would be November 26, 2019, for defendant CAMACHO JR. would be November 28, 2019, and for defendant CAMACHO SR. would be November 29, 2019.

11.   Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time

1  periods be excluded from the period within which trial must commence.

2  Moreover, the same provisions and/or other provisions of the Speedy

3  Trial Act may in the future authorize the exclusion of additional

4  time periods from the period within which trial must commence.

5       IT IS SO STIPULATED.

6  Dated: April 5, 2019              Respectfully submitted,

7                                    NICOLA T. HANNA
                                     United States Attorney
8
                                     LAWRENCE S. MIDDLETON
9                                    Assistant United States Attorney
                                     Chief, Criminal Division
10

11                                      /s/ Veronica Dragalin
                                     _____
12                                   KATHERINE A. RYKKEN
                                     VERONICA DRAGALIN
                                     CASSIE D. PALMER
13                                   Assistant United States Attorneys

14                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA
15

16

17

18

19

20

21

22

23

24

25

26

27

28

I am CARLOS MIGUEL FERNANDEZ's attorney.  I have carefully
discussed every part of this stipulation and the continuance of the
trial date with my client.  I have fully informed my client of his
Speedy Trial rights.  To my knowledge, my client understands those
rights and agrees to waive them.  I believe that my client's decision
to give up the right to be brought to trial earlier than November 12,
2019 is an informed and voluntary one.

_____        _____
AMBROSIO RODRIGUEZ                       Date    04/11/2019
Attorney for Defendant
CARLOS MIGUEL FERNANDEZ

I have read this stipulation and have carefully discussed it
with my attorney.  I understand my Speedy Trial rights.  I
voluntarily agree to the continuance of the trial date, and give up
my right to be brought to trial earlier than November 12, 2019.  I
understand that I will be ordered to appear in Courtroom 10C of the
Federal Courthouse, 350 West First Street, Los Angeles, California on
November 12, 2019 at 9:00 a.m.

_____        _____
CARLOS MIGUEL FERNANDEZ                  Date    4/11/19
Defendant

10

1    I am EDWARD YASUHIRO ARAO's attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client.  I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than November 12,

7  2019 is an informed and voluntary one.

8

9  EDWARD ROBINSON                          Date  4/8/19
   LISA HOULÉ
10  Attorneys for Defendant
   EDWARD YASUHIRO ARAO
11

12

13    I have read this stipulation and have carefully discussed it

14  with my attorney.  I understand my Speedy Trial rights.  I

15  voluntarily agree to the continuance of the trial date, and give up

16  my right to be brought to trial earlier than November 12, 2019.  I

17  understand that I will be ordered to appear in Courtroom 10C of the

18  Federal Courthouse, 350 West First Street, Los Angeles, California on

19  November 12, 2019 at 9:00 a.m.

20

21  EDWARD YASUHIRO ARAO                      Date  4/7/19
   Defendant
22

23

24

25

26

27

28

                              11

1    I am BIANCA ELIZABETH IBARRIA's attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client.  I have fully informed my client of her

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than November 12,

7  2019 is an informed and voluntary one.

8

9  RICHARD P. LASTING                      APRIL 8, 2019
   Attorney for Defendant                  Date
10 BIANCA ELIZABETH IBARRIA

11

12    I have read this stipulation and have carefully discussed it

13 with my attorney.  I understand my Speedy Trial rights.  I

14 voluntarily agree to the continuance of the trial date, and give up

15 my right to be brought to trial earlier than November 12, 2019.  I

16 understand that I will be ordered to appear in Courtroom 10C of the

17 Federal Courthouse, 350 West First Street, Los Angeles, California on

18 November 12, 2019 at 9:00 a.m.

19

20 BIANCA ELIZABETH IBARRIA                 04/08/19
   Defendant                               Date

21

22

23

24

25

26

27

28

12

1        I am OSCAR MORALES CAMACHO SR.'s attorney.  I have carefully

2    discussed every part of this stipulation and the continuance of the

3    trial date with my client.  I have fully informed my client of his

4    Speedy Trial rights.  To my knowledge, my client understands those

5    rights and agrees to waive them.  I believe that my client's decision

6    to give up the right to be brought to trial earlier than November 12,

7    2019 is an informed and voluntary one.

8    _____          '4/12/19

9    JOHN TARGOWSKI                           Date
     Attorney for Defendant
10   OSCAR MORALES CAMACHO SR.

11

12       I have read this stipulation and have carefully discussed it

13   with my attorney.  This agreement has been read to me in Spanish, the

14   language I understand best, and I have carefully discussed every part

15   of it with my attorney.  I understand my Speedy Trial rights.  I

16   voluntarily agree to the continuance of the trial date, and give up

17   my right to be brought to trial earlier than November 12, 2019.  I

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

13

understand that I will be ordered to appear in Courtroom 10C of the Federal Courthouse, 350 West First Street, Los Angeles, California on November 12, 2019 at 9:00 a.m.

*Oscar Camacho*                                          April 11, 2019
_____          _____
OSCAR MORALES CAMACHO SR.                     Date
Defendant


### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant OSCAR MORALES CAMACHO SR. on this date.


_____          _____
INTERPRETER                                   Date

14

1   understand that I will be ordered to appear in Courtroom 10C of the

2   Federal Courthouse, 350 West First Street, Los Angeles, California on

3   November 12, 2019 at 9:00 a.m.

4

5   _____          _____
    OSCAR MORALES CAMACHO SR.                            Date

6   Defendant

7

8                          **CERTIFICATION OF INTERPRETER**

9   I, _MARIANA BENSON-LARKIN_ , am fluent in the written and

10  spoken English and Spanish languages.  I accurately translated this

11  entire agreement from English into Spanish to defendant OSCAR MORALES

12  CAMACHO SR. on this date.

13  _____          __4_/_11_/_2019__
    INTERPRETER                                          Date

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    14

1       I am OSCAR MARAVILLA CAMACHO JR.'s attorney.  I have carefully

2   discussed every part of this stipulation and the continuance of the

3   trial date with my client.  I have fully informed my client of his

4   Speedy Trial rights.  To my knowledge, my client understands those

5   rights and agrees to waive them.  I believe that my client's decision

6   to give up the right to be brought to trial earlier than November 12,

7   2019 is an informed and voluntary one.

8

9   ~~ANDRE J. TOWNSEND~~ JILL GINSTLING          4/15/19
    Attorney ~~for~~ Defendant                    Date

10  OSCAR MARAVILLA CAMACHO JR.

11

12      I have read this stipulation and have carefully discussed it

13  with my attorney.  I understand my Speedy Trial rights.  I

14  voluntarily agree to the continuance of the trial date, and give up

15  my right to be brought to trial earlier than November 12, 2019.  I

16  understand that I will be ordered to appear in Courtroom 10C of the

17  Federal Courthouse, 350 West First Street, Los Angeles, California on

18  November 12, 2019 at 9:00 a.m.

19

20  OSCAR MARAVILLA CAMACHO JR.                    4/15/19
    Defendant                                      Date

21

22

23

24

25

26

27

28

1    I am RAFAEL RUBEN CAMACHO MARAVILLA's attorney.  I have

2  carefully discussed every part of this stipulation and the

3  continuance of the trial date with my client.  I have fully informed

4  my client of his Speedy Trial rights.  To my knowledge, my client

5  understands those rights and agrees to waive them.  I believe that my

6  client's decision to give up the right to be brought to trial earlier

7  than November 12, 2019 is an informed and voluntary one.

8

9  PATRICK W. MCLAUGHLIN          Date    APRIL 17 2019
   Attorney for Defendant
10  RAFAEL RUBEN CAMACHO MARAVILLA

11

12    I have read this stipulation and have carefully discussed it

13  with my attorney.  I understand my Speedy Trial rights.  I

14  voluntarily agree to the continuance of the trial date, and give up

15  my right to be brought to trial earlier than November 12, 2019.  I

16  understand that I will be ordered to appear in Courtroom 10C of the

17  Federal Courthouse, 350 West First Street, Los Angeles, California on

18  November 12, 2019 at 9:00 a.m.

19

20  RAFAEL RUBEN CAMACHO MARAVILLA          Date    4-15-19
   Defendant

21

22

23

24

25

26

27

28

16

1       I am RAUL CERVANTES CORONA's attorney.  I have carefully

2   discussed every part of this stipulation and the continuance of the

3   trial date with my client.  I have fully informed my client of his

4   Speedy Trial rights.  To my knowledge, my client understands those

5   rights and agrees to waive them.  I believe that my client's decision

6   to give up the right to be brought to trial earlier than November 12,

7   2019 is an informed and voluntary one.

8

9   _____    _____
    TIMOTHY E. NILAN             Date
    Attorney for Defendant
10  RAUL CERVANTES CORONA

11

12      I have read this stipulation and have carefully discussed it

13  with my attorney.  I understand my Speedy Trial rights.  I

14  voluntarily agree to the continuance of the trial date, and give up

15  my right to be brought to trial earlier than November 12, 2019.  I

16  understand that I will be ordered to appear in Courtroom 10C of the

17  Federal Courthouse, 350 West First Street, Los Angeles, California on

18  November 12, 2019 at 9:00 a.m.

19  _____    _____
    RAUL CERVANTES CORONA      Date
20  Defendant

21

22

23

24

25

26

27

28