NICOLA T. HANNA, United States Attorney
BRANODON D. FOX, Chief, Criminal Division
VERONICA DRAGALIN (SBN 281370)
Assistant United States Attorney
312 N. Spring Street, 15th Fl., Los Angeles, CA 90012
Telephone: (213) 894-0647, Facsimile: (213) 894-0141
Email:  veronica.dragalin@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR-18-121(A)-SJO |
| v. | |
| CARLOS MIGUEL FERNANDEZ, et al., | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Government's Ex Parte Application for Order Sealing Document and Document Under Seal.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  (see above:  List Documents)

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| October 21, 2019 | Veronica Dragalin |
|---|---|
| Date | Attorney Name |
| | UNITED STATES OF AMERICA, PLAINTIFF |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)            NOTICE OF MANUAL FILING