# Exhibit A

**EXHIBIT __**

**Source:** Instagram records for the38superman account
**Message participants:** the38superman and flowers4jr
**Message Date:** August 15, 2017

| From | Message |
|---|---|
| flowers4jr: | do u sell guns |
| the38superman: | At times what u looking for ? |
| flowers4jr: | A 1911 colt got a 38 super |
| the38superman: | I got several. |
| the38superman: | What's ur budget like?  The prices vary … I haven [sic] ones that run from 4500-9500 …. I have others that r less… I'm in Gardena. |
| flowers4jr: | To be honest I don't have a budget |
| flowers4jr: | Do u have a nunber [sic] |
| the38superman: | [redacted] 7539 |
| the38superman: | Carlos |