# Exhibit B

**EXHIBIT __**

| | |
|---|---|
| **Source:** | iPhone 7 ▇▇▇-2427 WhatsApp |
| **Message participants:** | ▇▇▇-2427 (Camacho Jr.) ▇▇▇-7539 "Carlos Colt" (Fernandez) |

| Date | Time | From | Message |
|---|---|---|---|
| 5/27/2017 | 2:16:42 PM | Fernandez | [image of pistol] |
| 5/27/2017 | 2:16:43 PM | Fernandez | [image of pistol] |
| 5/27/2017 | 2:16:44 PM | Fernandez | [image of pistol] |
| 5/27/2017 | 2:16:45 PM | Fernandez | [image of pistol] |
| 05/27/2017 | 2:16:47 PM | Fernandez | [image of pistol] This is clean ... no box but I'll give u a soft case and one extra mag (it's not a colt) but works just fine |
| 05/27/2017 | 2:16:50 PM | Fernandez | X esta kiero 2500 ***(I want 2500)*** |

| 05/27/2017 | 2:49:57 PM | Fernandez | Hey I got a box just like the one for ur Vicente Guerrero |
| --- | --- | --- | --- |
| 05/27/2017 | 2:50:47 PM | Fernandez | If ur interested in it pa otra de tus niñas 🔫 *(for one of your other girls)* |
| 05/27/2017 | 2:54:47 PM | Fernandez | The red wooden box |
| 05/27/2017 | 2:55:04 PM | Fernandez | With the key 🔑 and all |
| 05/27/2017 | 2:55:39 PM | Camacho Jr. | He said it's nice |
| 05/27/2017 | 2:55:49 PM | Camacho Jr. | But we would have to wait right |
| 05/27/2017 | 2:56:01 PM | Camacho Jr. | How much you want for the box |
| 05/27/2017 | 2:56:43 PM | Fernandez | Bro I'm going on vac. In 15 days and I need Féria (money .. lol so we can do it chinguen a su madre los feds *(fuck the feds)*.. 😂 |