# Exhibit C

**Clip 1**

**BEGIN BATES NO.: USAO_025048**

**S/A DUNCAN:** So also, like in, in March, our, uh, we actually, our, uh, our SAC sent out a letter to like all the local police departments.

**FERNANDEZ:** Yeah.

**S/A DUNCAN:** And that's just like, basically what you were doing is exactly what the memo says like, "Hey, tell your guys not to do this."

**FERNANDEZ:** Right.

**S/A DUNCAN:** So...

**FERNANDEZ:** And, and it's funny because that's, that's about the time that he got the, he got the, the, the audit. And, and he told me, "Hey, you know what? Um... this is what happened and, and, and it popped up." And I've been, you know, I haven't even bought one in a long time. It's been a while.

**END BATES NO.: USAO_025048**

**Clip 2**

**BEGIN BATES NO.: USAO_025048**

| | |
|---|---|
| **S/A DUNCAN:** | So how are you — I mean, people that you sell to, like how are you meeting them? [Noise in the background] |
| **FERNANDEZ:** | We, we went — we actually went to the, we went a couple times to the, to the... to the gun show. |
| **S/A DUNCAN:** | Okay.  Like which gun show did you go to and stuff? |
| **FERNANDEZ:** | The Crossroads. |
| **S/A DUNCAN:** | Oh, okay.  So, people just kind of approach you and you guys set up a booth there or...? |
| **FERNANDEZ:** | Yeah, we had to set up a booth when we did it— [Voices overlap] |
| **S/A DUNCAN:** | Okay. I never, I never go to 'em, so I'm not really, um, feel free to speak to me like I don't know [U/I]—you know? |
| **FERNANDEZ:** | [Chuckles] |
| **S/A DUNCAN:** | I don't, I don't go to the gun shows very often. Um, so yeah, I mean, that's what we're curious about.  We didn't know if some of these guys are like, you know, close friends of yours.  Or if they're people that you just — and, uh, is it just like a mix of people that kind of, you know, they'll hit you up and want to, want to get a thirty-eight or...? |
| **FERNANDEZ:** | No.  I mean, yeah, kind of sort.  I mean, I don't... know 'em, know 'em.  Uh, there's a couple people I know.  But like, for the most part... |
| **S/A DUNCAN:** | Okay. |
| **FERNANDEZ:** | Not that I have like a kick back relationship with them.  Like go out with them. |

**END BATES NO.: USAO_025049**

**Clip 3**

**BEGIN BATES NO.: USAO_025051**

**FERNANDEZ:** Um, but I did, I, I did have a, I do have an account. Uh, uh, an Instagram account.

**S/A DUNCAN:** Okay.

**FERNANDEZ:** And all I was doing was uploading my guns just as, as, like a, you know, the thirty-eight special, the thirty, uh, forty-five. Blah, blah, year, model and, and see how many likes it, it would get.

**S/A DUNCAN:** Mhm.

**FERNANDEZ:** And it fucking blew up. I ended getting like about, sh — over twenty-thousand, uh, followers. [Laughter in the background] "Hey, I like your gun." Da-da-da. And that's how it, it started kicking in where I started selling a couple of my forty-fives.

**S/A DUNCAN:** Uh-huh. [Voices overlap]

**FERNANDEZ:** To get thirty-eight supers. Uh...

**S/A DUNCAN:** Got you.

**END BATES NO.: USAO_025051**

## Clip 4

**BEGIN BATES NO.: USAO_025073**

**S/A DUNCAN:**  Does, uh, does Camacho sound familiar to you?

**FERNANDEZ:**  No.

**S/A DUNCAN:**  No?

**FERNANDEZ:**  No.

**S/A DUNCAN:**  Does the name Oscar?

**FERNANDEZ:**  Oscar?  Oscar?  Oscar?

**S/A DUNCAN:**  And like we said, man, I know we're kind of putting you on the spot.  We're not trying to — but, uh, and we understand that you, you know, had a lot of people contact you. [Voices overlap]

**FERNANDEZ:**  Hold, hold, hold, hold on. Hold on.  It kind of rings — is, is he a Camacho too?

**S/A DUNCAN:**  Mhm.

**FERNANDEZ:**  Okay.  I sold a couple to this guy.

**S/A DUNCAN:**  Okay.

**FERNANDEZ:**  But he's been wearing a fucking hat all the time. [Chuckles] I've never seen him that fucking bald.

**S/A DUNCAN:**  So how'd you, how, do you know how you met him?

**FERNANDEZ:**  He called and from what I know—

**S/A HART:**  They're here, huh?

**S/A DUNCAN:**  All right.

**FERNANDEZ:**     The, um, he comes all the way from North, Northern Cal.

**S/A DUNCAN:**    Okay.

**FERNANDEZ:**     If that's the guy that I'm thinking.  And, and yeah.  He, he comes with a hat and he has, uh, like, uh, eye glasses.

**S/A DUNCAN:**    Mhm.

**FERNANDEZ:**     Um...

**S/A DUNCAN:**    And he's, I mean, that wasn't suspicious to you? That he came all the way from Northern Cal to... [Chuckles]

**FERNANDEZ:**     No, no.  Here's the thing.  They came down here and he said, "Hey, I can't — I like thirty-eight supers.  I can't find them out there.  They're, they're, they're hard to come by."  And, uh, he was also a phone, a, a phone call.

**S/A DUNCAN:**    How'd he get your number?

**FERNANDEZ:**     I have no idea.  He said, "I got a phone, I got this number through, uh, *pariente*."  Which is a like a, a, a family member.

**S/A DUNCAN:**    Mhm.

**FERNANDEZ:**     He said that, um, that he talked to him on Instagram.  So, whoever it was, I might have given him my number just to talk.

**S/A DUNCAN:**    Mhm.

**FERNANDEZ:**     And he forward it to him from — I'm trying to puzzle it together.  Um, and he says, "Hey, I'm, I'm gonna be in the LA area."  'Cause the first time that I saw him, he came and he took a look at like two, three guns.  And he goes, "Oh, they're real nice.  Let me, uh, uh... let me get some money together and I'll, and, and I'll contact you."  And he was an older cat, as a matter of fact.  This is

|              |                                                                                                                           |
|--------------|---------------------------------------------------------------------------------------------------------------------------|
|              | why I remembered him and now it's kicking in.  Um, obviously cause of the cap.  The, the eye, the eyewear.  And he had to do the, the, the, the safety card, uh, test. |
| **S/A DUNCAN:** | Mhm. |
| **FERNANDEZ:**  | And he took a long-ass time. |
| **S/A DUNCAN:** | [Chuckles] |
| **FERNANDEZ:**  | So I ended up leaving and then he called me back.  He goes, "Hey, I passed it.  I have it." |
| **S/A DUNCAN:** | [Chuckles] |
| **FERNANDEZ:**  | So I went down there and, and he bought a couple.  Him. |

**END BATES NO.: USAO_025076**

**Clip 5**

**BEGIN BATES NO.: USAO_025078**

**FERNANDEZ:** I, you, you know what, I'm not saying that I, I didn't sell to him. I, I, obviously, if the records show. I don't, I don't remember his face though.

**S/A DUNCAN:** So, is there any — did he ever say what he wanted those for, or what he was doing with them?

**FERNANDEZ:** No. He told, he told me he liked guns. He goes — and it's funny because when you come down to the thirty-eighty supers, there's a, there's a little bit of history when it comes to Hispanic, uh, culture. The forty-five wasn't allowed in Mexico.

**S/A DUNCAN:** Mhm.

**FERNANDEZ:** It was a military, uh, issued—

**S/A DUNCAN:** Yeah.

**FERNANDEZ:** [U/I] gun and you'll get — besides the ass kicking that they'll give you if they caught you with one, you would lose the gun and you had to pay money. So, you got an ass kicking, lost money and you would probably end up in jail. So, the thirty-eight super was a smaller caliber gun.

**S/A DUNCAN:** Mhm.

**FERNANDEZ:** And that's how the thirty-eight super got kind of famous and popular down south. And he told me, "I have a couple, they're, they're in Mexico." And he goes, "I'm into..." And that's how we, you know, started having small, small, small chats, small conversation and he, uh... ended up buying, uh, buying, you know, the guns that he's bought. And he, he, he bought, he bought like some nice collector, like [U/I] stuff. [Voices overlap]

**S/A DUNCAN:** Yeah.

**FERNANDEZ:** Yeah, and he was like, "Hey, I, I, I like 'em. Uh, I'm not even gonna shoot them type of deal. I'm gonna keep them in the box." 'Cause they were,

        they were, they were guns that... I've had some time with.  But they were like [Noise in the background] Um, they were guns that like, uh, were about twenty years old.  When they got to me, you know?

**END BATES NO.: USAO_025079**

## Clip 6

**BEGIN BATES NO.: USAO_025079**

| | |
|---|---|
| **S/A HART:** | Um, [clears throat] we didn't ask about prices. Like what they were going for. [Voices overlap] |
| **S/A DUNCAN:** | Yeah, what were the — yeah, that's it. I mean, uh... |
| **FERNANDEZ:** | [Whispers] |
| **S/A DUNCAN:** | I mean, what were you getting these for and then what were you turning around and selling them for? |
| **FERNANDEZ:** | Uh, god. I was —I remember I, I, I bought one, uh, he bought like one of my most expensive ones that I — but, but then again, I bought it for... I think I bought like for forty-eight hundred. And I ended up like, maybe selling it to him for about fifty-two. Fifty-two after sitting on it for a while. |
| **S/A HART:** | So, fifty-two, is one of the most, more expensive? |
| **FERNANDEZ:** | Yeah. That's why [stutters] it's kicking in. And it was, it was a, a gun in a box, you know. Like I said, they were mainly like, collector grade, uh, hand guns. |

**END BATES NO.: USAO_025080**

**Clip 7**

**BEGIN BATES NO.: USAO_025088**

| | |
|---|---|
| **S/A HART:** | Now back to these guys.  Well now, once again... knowing that we viewed your Instagram. |
| **FERNANDEZ:** | Uh-huh. |
| **S/A HART:** | Posting comments, interactions.  Is there anything else you want to say, about these guys?  Cause there's a whole lot more — |
| **FERNANDEZ:** | No, no. |
| **S/A HART:** | Conversations — |
| **FERNANDEZ:** | On, on, on — with, with this guy? |
| **S/A HART:** | Mhm. |
| **FERNANDEZ:** | He has a, a son. |
| **S/A HART:** | Mhm. |
| **FERNANDEZ:** | He has a son and the son goes back and forth.  Um, um, texting with me.  Uh, has horses and, uh... |
| **S/A HART:** | What's the son's name?  You say it multiple times on Instagram. [Voices overlap] |
| **FERNANDEZ:** | [Stutters] Oscar. |
| **S/A HART:** | It's not that long ago either. [Laughter in the background] |
| **FERNANDEZ:** | [Stutters] [Voices overlap] |
| **S/A HART:** | It's not like a year ago. [Voices overlap] |
| **FERNANDEZ:** | Oscar. |
| **S/A HART:** | It's like a month. |
| **FERNANDEZ:** | Yeah, Oscar.  And, uh, he, uh, he's the one that would bring dad down here.  Um... [Voices overlap] |
| **S/A HART:** | Mhm. So, he'd come with someone else? |

**FERNANDEZ:**    Yeah.  He, he came, he [stutters] he came with, with, with, with his son.

**S/A HART:**    What did his son look like?

**FERNANDEZ:**    Which is, which is — he's a big motherfucker, he's tall.

**S/A HART:**    Mhm.

**FERNANDEZ:**    Uh, mustache. Uh, but...

**S/A HART:**    How tall?

**FERNANDEZ:**    The motherfucker is tall.  He's like over six feet.

**S/A HART:**    Like six four?

**FERNANDEZ:**    Yeah, maybe.

**END BATES NO.: USAO_025090**

Clip 8

**BEGIN BATES NO.: USAO_025091**

**FERNANDEZ:** And every time I saw him like, "Motherfucker, you're big." [Chuckling in the background] But like I said, he would bring pops.

**S/A HART:** Mhm.

**FERNANDEZ:** He would bring pops. Originally, I made contact with pops. Well, pops made contact with me.

**S/A HART:** Mhm.

**FERNANDEZ:** He said that a *pariente* of his of, of — like a family member, gave him the, gave, gave him my number. Uh, and I dealt with him a couple times. And then every time he would, he would, uh, get in contact with me then — if this is Oscar. The guy that I've been talking to, through his Instagram.

**S/A HART:** Mhm.

**FERNANDEZ:** But, it was him who initially came down and he's the one that I, I sold the guns to.

**S/A HART:** Is he ever with you — with him? Do they ever come together?

**FERNANDEZ:** Yeah. Yeah. He used, he used to drive him.

**S/A HART:** Mhm.

**FERNANDEZ:** This guy used to drive him.

**S/A HART:** Mhm.

**FERNANDEZ:** Down here.

**S/A HART:** So that was never like a red — nothing ever stuck out to you that, you know, maybe these weren't, maybe these guns weren't for him?

**FERNANDEZ:** I mean, like I said, I — initially, the conversation that I had with him, was that he was, he was looking for thirty-eight supers and the reasons why. And I kept dealing with him and he's

        the one that paid me.  He's the one that would
        break out the money.  So, you know, after he did
        his, his, his paperwork, I thought his son was just
        tagging along for the ride.

**END BATES NO.: USAO_025093**

## Clip 9

**BEGIN BATES NO.: USAO_025095**

| | |
|---|---|
| **S/A DUNCAN:** | Do you have their phone numbers? |
| **S/A HART:** | Oh, yeah. That'd be cool. [Noise in the background] |
| **FERNANDEZ:** | Yeah, yeah.  I think. |
| **S/A DUNCAN:** | Would you be able to get those for me, or… |
| **FERNANDEZ:** | Sure.  You know what, I dealt with him through, uh, it, it was either Instagram or, uh… |
| **S/A DUNCAN:** | It sounds like at one point it was, at—when it came down to actually selling it, called you on the phone, right? |
| **FERNANDEZ:** | Uh, when he, he, in his phone?  I, I don't remember.  Since every time I dealt with him, it was through his son.  And when I met him, I saw him, I talked to him in, in, in person. I would deal, uh, with him through his, uh, like WhatsApp account. |
| **S/A DUNCAN:** | Okay.  Yeah, any—basically for any of these people, if you get any phone numbers, anything like that, that's all stuff that would be really helpful to me too. |
| **FERNANDEZ:** | [U/I].  Um…his number— |
| **S/A DUNCAN:** | Okay. |
| **FERNANDEZ:** | It's one, eight, three, one, two, six, one, twenty- |

                        four, twenty-seven.

**S/A DUNCAN:** Twenty-seven?

**FERNANDEZ:** Yes.

**S/A DUNCAN:** And that's for him?

**FERNANDEZ:** Uh-huh.

**S/A DUNCAN:** What about, uh, do you have either of them?

**FERNANDEZ:** Uh, no. Him, it's gonna be also, it—I think his, he was through Instagram. I don't have—[Voices overlap]

**S/A DUNCAN:** Okay. [Voices overlap]

**FERNANDEZ:** A number. I don't have his number.

**END BATES NO.: USAO_025097**