# Exhibit D

## Clip 1

**BEGIN BATES NO.: USAO_032749**

**ARAO:**    And he knew a few guys that were, that doing the gun shows. [Smacks lips] And so, I was talking to those guys.  And they were like, "Oh yeah, thirty-eight supers is freak" — I know —[ U/I]. I'm not a thirty-eight super guy.  Uh, freaking, I'm like a forty-five or nine milli-guy.  So, I was like, at that time, I, I never even heard of the thirty-eight super.  You know?  Except for a thirty-eight special.  Like — oh.  And they were like — then. The guys that were on the gun show um they're Hispanic.  And so, it's very big in Hispanic culture.  So, I did some research.  And I was like, holy shit, this is fucking — it is huge.  You know? They, they bling out their, you know, their guns and all that stuff.  So, um, they really spend their money into it.  So, I was like, "Well, maybe that's something where we can make more money instead of doing that's like selling less but making more."  So, um, we ended up, uh, going to a few gun shows.  And then, it worked out pretty good.  And we're doing, you know, a gun here and a gun there.  But it wasn't uh, I mean, the money, money-wise, it was a lot better than making thirty dollars.

**S/A DUNCAN:**   Mhm.

**ARAO:**    You know?  We were making three hundred, four hundred dollars depending on if we're able to sell a gun out.  And I mean, you had to put in another — You had to put, you know, on top of the gun cost, you gotta just, probably like eight hundred dollars.  You put another three, four, five hundred dollars into the, the plating of the parts and the labor and all that stuff.  You know, and you turn around and you sell it for close to two.  You make three hundred bucks.  So, it — that — that's where I was thinking business-wise, I could make more money selling less.

**END BATES NO.: USAO_032749**

**Clip 2**

**BEGIN BATES NO.: USAO_032792**

**ARAO:** Um, that's the thing we got, we got into is, the, you're making anywhere from three, to four, or five hundred dollars, depending on what it is.  So, it's not like you're making thirty dollars off a new gun.  You're making more.

**S/A HART:** Really?

**ARAO:** So—yeah, so.

**S/A HART:** 'Cause I, I contacted that dude in Arizona, and pulled some of the receipts on like how much you guys are paying for them.

**ARAO:** Yeah.  We were — I paid —[Voices overlap]

**S/A HART:** And there were, there were a couple a thousand, but —[Voices overlap]

**ARAO:** Well, they're like —[U/I].  I know the ones I paid for were I think uh, I paid uh like almost ten thousand for [U/I].  And then, those sold for twelve, I think.  And then, another, uh, I sold another pair.  But I bought them separate.  One was for thirty, I think thirty-four hundred dollars. And the other one was about thirty-two hundred dollars.  So they're not, they're not, they weren't cheap.  And then I sold for um —[Voices overlap]

**S/A HART:** No.  Oh.  They're not cheap.  No.

**ARAO:** Yeah.  But...

**S/A HART:** Um...

**ARAO:** Some — yeah.  Sometimes you get lucky, you know? You get — we'd be able to get a thousand dollars here or there.  But it wasn't like we were making — it was, it was nothing to where we could retire from.  You know?

**S/A HART:** Okay.

**ARAO:**        So, I mean, we were making some money.  But I mean, it, it took money to make money.  So, I mean, I mean, I don't have, uh — I mean, I put ten grand on a credit card just to get two guns.  And it's not a very good investment when you're making — you're putting in ten to make to make two.  You know?

**END BATES NO.: USAO_032793**