# Exhibit A

AFS - Special Search

| Document Code | Serial Number | Make | Model | Caliber | Barrel Length | Type | Category | Date of Transaction | Person Name |
|---|---|---|---|---|---|---|---|---|---|
| D (Dros) | MHE252 | CLT | GOVT | 0038 | 5 | P | I | 11/08/2016 | CAMACHO,OSCAR MORALES |
| D (Dros) | ELCEN8536 | CLT | CUST GOVT | 0038 | 5 | P | I | 11/08/2016 | CAMACHO,OSCAR MORALES |
| D (Dros) | 36756 | CLT | 1911 | 0038 | 5 | P | I | 06/02/2016 | CAMACHO,OSCAR MORALES |
| D (Dros) | 38SS05430 | CLT | 1911 | 0038 | 5 | P | I | 06/02/2016 | CAMACHO,OSCAR MORALES |