# Exhibit B

```
TO: AT0F   FROM: CLETS              06/27/17  17:45:27
4AEZAAT0FN.IG
CAATFLAS1 RE: QGH.CAATFLAS1.NAM/CAMACHO,OSCAR.DOB/1954     CCC/9999

RESPONSE TO QGH INQUIRY

DATA IN AFS.

* DROS - PRIVATE PARTY TRANSFER
SER/ELCEN8536 MAK/CLT COLT CAL/38
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/CUST GOVT
DOT/20161108 BBL/5 UOM/IN COL/CHROME/STAINLESS
 *** PURCHASER INFORMATION ***
NAM/CAMACHO,OSCAR MORALES DOB/1954     OLN/
ADR/
CTY/SALINAS ST/CA ZIP/93905 CCC/2700
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/FERNANDEZ,CARLOS MIGUEL SDB/1975     SDL/
SDD/
SCY/NORWALK SST/CA SZC/90650 CCC/1900
 *** DEALER INFORMATION ***
DLR/TURNER'S OUTDOORSMAN DID/16577
DDD/11336 FIRESTONE BLVD
DCY/NORWALK DST/CA DZC/90650 DCC/1900 DTN/
ORI/CA0190000 - LOS ANGELES CO SD OCA/TK064187
FCN/2321633003771

* DROS - PRIVATE PARTY TRANSFER
SER/MHE252 MAK/CLT COLT CAL/38
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/GOVT
DOT/20161108 BBL/5 UOM/IN COL/CHROME/STAINLESS
 *** PURCHASER INFORMATION ***
NAM/CAMACHO,OSCAR MORALES DOB/1954     OLN/
ADR/
CTY/SALINAS ST/CA ZIP/93905 CCC/2700
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/FERNANDEZ,CARLOS MIGUEL SDB/1975     SDL/
SDD/
SCY/NORWALK SST/CA SZC/90650 CCC/1900
 *** DEALER INFORMATION ***
DLR/TURNER'S OUTDOORSMAN DID/16577
DDD/11336 FIRESTONE BLVD
DCY/NORWALK DST/CA DZC/90650 DCC/1900 DTN/
ORI/CA0190000 - LOS ANGELES CO SD OCA/TK064154
FCN/2321633003731

* DROS - PRIVATE PARTY TRANSFER
SER/38SS05430 MAK/CLT COLT CAL/38
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/1911
DOT/20160602 BBL/5 UOM/IN COL/CHROME/STAINLESS
 *** PURCHASER INFORMATION ***
NAM/CAMACHO,OSCAR MORALES DOB/1954     OLN/
ADR/
CTY/SALINAS ST/CA ZIP/93905 CCC/2700
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/FERNANDEZ,CARLOS MIGUEL SDB/1975     SDL/
SDD/
SCY/NORWALK SST/CA SZC/90650 CCC/1900
```

```
 *** DEALER INFORMATION ***
DLR/TURNER'S OUTDOORSMAN DID/16577
DDD/11336 FIRESTONE BLVD
DCY/NORWALK DST/CA DZC/90650 DCC/1900 DTN/█████
ORI/CA0190000 - LOS ANGELES CO SD OCA/TA480637
FCN/2321616803631

* DROS - PRIVATE PARTY TRANSFER
SER/36756 MAK/CLT COLT CAL/38
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/1911
DOT/20160602 BBL/5 UOM/IN COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/CAMACHO,OSCAR MORALES DOB/195█████ OLN/█████
ADR/█████
CTY/SALINAS ST/CA ZIP/93905 CCC/2700
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/FERNANDEZ,CARLOS MIGUEL SDB/1975███ SDL/█████
SDD/█████
SCY/NORWALK SST/CA SZC/90650 CCC/1900
 *** DEALER INFORMATION ***
DLR/TURNER'S OUTDOORSMAN DID/16577
DDD/11336 FIRESTONE BLVD
DCY/NORWALK DST/CA DZC/90650 DCC/1900 DTN/█████
ORI/CA0190000 - LOS ANGELES CO SD OCA/TA480627
FCN/2321616803630

END AFS RESPONSE.
```