# Exhibit D



**DEALER'S BATF-REQUIRED FORMAT**

# FIREARMS
### ACQUISITION & DISPOSITION RECORD BOOK

Volume __1__

Period Covered
From __4/14/14__ To __7/2016__

Dealer Name, Address, Phone, and FFL Number

RONIN TACTICAL GROUP
1931 W. ARTESIA BLVD., UNIT A
GARDENA, CA 90247
(714) 720-6094

FFL # · 9-33-037-01-6L-05186
9-33-037-01-6L-05188





© 1998 **RK ENTERPRISES**
2616 Las Positas Rd. • Santa Barbara, CA 93105
(805) 687-1416 • FAX (805) 687-4565

PROTECTIVE ORDER

## Gun Dealer's Basic Guide
## to
## Federal Recordkeeping Requirements

The following Federal requirements are general guidelines intended for quick reference; they are neither all-inclusive nor cover all situations that a dealer may encounter. Consult the law and expanded regulations in the free ATF publication "Federal Firearms Regulations" (ATF P 5300.4). The appropriate references are in section 27 CFR 178. For even more detailed information, contact the BATF or you may call us at RK Enterprises at (805) 687-1416 with any questions.

### Records You Must Keep
**Firearms**

1. Keep a separate permanent "bound book" record of all firearms received and disposed of. [Note: Use this "Firearms Record Book" to enter all guns purchased for resale (or for transfer to dealer's own personal collection) and all those received on consignment or in pawn. Gunsmiths use the special "Gunsmith Record Book" for guns kept overnight (or longer) for repair. The "Collector Record Book" is used only by licensed "Collectors" who deal only in "Curios and Relics."] A bound book should be either permanently bound or an orderly arrangement of loose-leaf pages. It must be maintained on the business premises.
   a. Firearms are to be logged-in when received and logged-out as they are disposed of [178.125(e)]. This publication contains sample bound-book entries showing some types of firearms transactions, including both acquisitions and dispositions.
   b. Keep these records permanently if you are a manufacturer or importer; for 20 years after the date of disposition for all other licensees.
2. Prepare ATF Form 4473, "Firearms Transaction Record", covering the transfer of each firearm to a non-licensed person. Because Form 4473 is the most important record that you will keep, you should read the instructions carefully and complete each form fully.
   a. These completed Forms 4473 must also be kept just as the permanent record shown in item 1.
   b. Forms 4473 may be kept alphabetically (by name of purchaser), chronologically (by date of disposition), or numerically (by transaction serial number) (178.124).
   c. Use yellow Form 4473 (Part I) for over-the-counter sales; use green Form 4473 (Part II) for non-over-the-counter intrastate sales (shipping) (178.124).

### Transfers Between Licensees

1. Generally, licensees may freely buy and sell firearms among themselves.
   a. Licensees do not have to prepare Forms 4473 on transfers to other licensees.
   b. Transactions between licensees must be recorded in the bound book record.
   c. The licensee to receive the firearms shall furnish a copy of his license to the licensee selling or otherwise disposing of the firearms prior to making the transaction (178.94, 178.95).
   d. Licensees may ship interstate to other licensees.
   e. As a firearms dealer, you may take orders for firearms at any location, but THE ORDER MUST BE FILLED ONLY AT YOUR LICENSED PREMISES.
   f. Licensees may make sales at gun shows held in the State where the licensed premises are located (178.100).

### Know Your Customer

1. Identify the buyer before transferring any firearm or ammunition (178.124, 178.125).
2. A social security card, alien registration card, or military identification alone does not contain sufficient information to identify a firearms purchaser. However, a firearms purchaser may be identified by any combination of documents which together establish all of the required information: Name, Residence Address, Date of Birth or Age, and Signature.

USAO_0012750

*(continued on last page)*

Page 1

# FIREARMS ACQUISITION AND RECEIPT

| Trans-action # (optional) | DESCRIPTION OF FIREARM ||||| DATE | NAME AND ADDRESS OR NAME AND LICENSE NUMBER | New/Used (optional) |
|---|---|---|---|---|---|---|---|---|
| | MANUFACTURER AND/OR IMPORTER | MODEL | SERIAL NUMBER | TYPE | CALIBER OR GAUGE | | | |
| 1 | MOSSBERG | 930 SPX | AF146900 | SHOTGUN | 12 GAUGE | 4-14-14 | ▮ | |
| 2 | NOVESKE | N4 | X04494 | RIFLE Lower | MULTI | 5-5-14 | ▮ | NEW |
| 3 | NOVESKE | N4 | X04654 | RIFLE Lower | MULTI | 5-5-14 | ▮ | USED |
| 4 | STAG ARMS | STAG-15 | 276056 | RIFLE Lower | 5.56mm | 5-6-14 | ▮ | USED |
| 5 | AERO PRECISION | X15 | USA19736 | RIFLE Lower | MULTI | 5-6-14 | ▮ | USED |
| 6 | STAG ARMS | STAG-15 | 276-074 | RIFLE Lower | 5.56mm | 5-6-14 | ▮ | USED |
| 7 | SMITH & WESSON | MP9 | HSZ9444 | HANDGUN | 9mm | 5-8-14 | ▮ | USED |
| 8 | GLOCK, INC | 21 | RPL978 | HANDGUN | .45 | 5-27-14 | ▮ | NEW |
| 9 | SMITH & WESSON | MP9 | HTB2486 | HANDGUN | 9mm | 5-29-14 | ▮ | USED |
| 10 | BROWNING | SA 22 | 100A141999 | RIFLE | .22 | 10-9-14 | ▮ | NEW |
| 11 | BROWNING | SA 22 | 100A141997 | RIFLE | .22 | 10-9-14 | ▮ | NEW |
| 12 | BROWNING | SA 22 | 100A141341 | RIFLE | .22 | 10-9-14 | ▮ | NEW |
| 13 | BROWNING | SA 22 | 100A140178 | RIFLE | .22 | 10-9-14 | ▮ | NEW |
| 14 | RUGER | LCP | 376-30006 | HANDGUN | .380 | 11-18-14 | ▮ | NEW |
| 15 | PALMETTO STATE ARMORY | PA15 | LW165416 | RIFLE Lower | 5.56mm | 11-27-14 | ▮ | NEW |

© RK ENTERPRISES • MENASHA, WI • (805) 687-1416

"TYPE" refers to Pistol, Revolver, Rifle, Shotgun, etc.

PROTECTIVE ORDER   USAO_0012751

## DISPOSITION RECORD

27 CFR Sections 178.121 and 178.127 specify that dealer records shall be in permanent form and retained on the licensed premises for 20 years after last disposition. Records must be available for inspection by BATF officers during business hours. Within 30 days after discontinuance of business, the records shall be sent to the ATF OUT-OF-BUSINESS RECORDS CENTER.

| DATE | NAME | ADDRESS OR LICENSE NUMBER IF LICENSEE, OR FORM 4473 SERIAL NUMBER IF FORMS 4473 FILED NUMERICALLY | Cost (optional) | Amount Received (Before Tax) (optional) | Inventory Number (optional) |
|---|---|---|---|---|---|
| 4-26-14 | [redacted] | FORM 4473 # 07046-00014 | | | |
| 5-15-14 | [redacted] | FORM 4473 # 07065-01428 | | | |
| 5-15-14 | [redacted] | FORM 4473 # 07065-01521 | | | |
| 5-17-14 | [redacted] | FORM 4473 # 07066-00220 | | | |
| 5-17-14 | [redacted] | FORM 4473 # 07066-00299 | | | |
| 5-17-14 | [redacted] | FORM 4473 # 07066-00348 | | | |
| 5-17-14 | [redacted] | FORM 4473 # 07073-02414 | | | |
| 6-6-14 | [redacted] | FORM 4473 # 07087-00108 | | | |
| 10-13-14 | [redacted] | FORM 4473 # 07226-00084 | | | |
| 10-27-14 | [redacted] | FORM 4473 # 07226-00180 | | | |
| 10-27-14 | [redacted] | FORM 4473 # 07226-00175 | | | |
| 10-27-14 | [redacted] | FORM 4473 # 07226-00165 | | | |
| 10-27-14 | [redacted] | FORM 4473 # 07226-00153 | | | |
| 12-1-14 | [redacted] | FORM 4473 # 07262-01486 | | | |
| 12-16-14 | [redacted] | FORM 4473 # 07275-00565 | | | |

Printed in USA