# Exhibit E

**FERNANDEZ PURCHASES AND RESALES**
Count One (Overt Acts 12-57) and Count Two

| No. | Overt Act | Firearm Serial No. | Firearm Make/Model | Off-Roster | Purchased by FERNANDEZ | Resold by FERNANDEZ |
|---|---|---|---|---|---|---|
| 1 | 12 | SG08509E | Colt 1911 A1 .38 | Yes | 1/6/2014 | 7/10/2015 |
| 2 | 13 | 159EZS | Colt 1911 .38 | Yes | 10/30/2015 | 12/3/2015 |
| 3 | 14 | DR928510 | Century Arms Draco 762 | No | 11/1/2010 | 1/4/2016 |
| 4 | 15 | GS11425 | SSS Revolution .45 | No | 1/4/2007 | 1/9/2016 |
| 5 | 16 | SF08135E | Colt MK IV .45 | Yes | 7/10/2009 | 1/9/2016 |
| 6 | 17 | 60033B70 | Colt 1911A1 .45 | Yes | 7/10/2015 | 1/29/2016 |
| 7 | 18 | CSC034 | Colt Commander .38 | Yes | 1/20/2016 | 2/4/2016 |
| 8 | 19 | 425NT0210 | Browning BDA 380 | No | 1/22/2016 | 2/5/2016 |
| 9 | 20 | CV24972 | Colt 1911 SER 80 .45 | Yes | 2/4/2016 | 2/28/2016 |
| 10 | 21 | MHC0181 | Colt 1911 El Grito .38 | Yes | 1/14/2016 | 3/4/2016 |
| 11 | 22 | T765701V | Remmington 870 .12 | No | Unknown | 3/5/2016 |
| 12 | 23 | 6622LW | Colt Commander 9 | Yes | 6/6/2006 | 3/28/2016 |

Page **1** of 4

**EXHIBIT 10**

**FERNANDEZ PURCHASES AND RESALES**
Count One (Overt Acts 12-57) and Count Two

| No. | Overt Act | Firearm Serial No. | Firearm Make/Model | Off-Roster | Purchased by FERNANDEZ | Resold by FERNANDEZ |
|---|---|---|---|---|---|---|
| 13 | 24 | RR34114 | Colt Mustang 380 | Yes | 9/5/2008 | 4/11/2016 |
| 14 | 25 | FG38229 | Colt MKIV .45 | Yes | 6/27/2008 | 4/21/2016 |
| 15 | 26 | NMS0258 | Colt 05038NMS .38 | Yes | 2/25/2016 | 4/29/2016 |
| 16 | 27 | FR05659E | Colt Mark IV .38 | Yes | 3/3/2016 | 5/6/2016 |
| 17 | 28 | 191130 | Colt .38 Super | Yes | 4/18/2016 | 5/14/2016 |
| 18 | 29 | 36756 | Colt 1911 .38 | Yes | 12/13/2015 | 6/2/2016 |
| 19 | 30 | 38SS05430 | Colt 1911 .38 | Yes | 4/3/2016 | 6/2/2016 |
| 20 | 31 | MHC0235 | Colt 1911 El Grito .38 | Yes | 4/1/2016 | 6/6/2016 |
| 21 | 32 | 70S09560 | Colt Govt. Model .38 | Yes | 4/19/2016 | 6/11/2016 |
| 22 | 33 | 511ZM52822 | Browning Hi Power .9 | Yes | 1/29/2016 | 6/16/2016 |
| 23 | 34 | 70SC14789 | Colt Combat Comman-der .9 | Yes | 6/3/2016 | 7/8/2016 |
| 24 | 35 | 481862 | Colt 1911 .45 | Yes | 9/18/2015 | 7/24/2016 |

**EXHIBIT 10**

**FERNANDEZ PURCHASES AND RESALES**
Count One (Overt Acts 12-57) and Count Two

| No. | Overt Act | Firearm Serial No. | Firearm Make/Model | Off-Roster | Purchased by FERNANDEZ | Resold by FERNANDEZ |
|---|---|---|---|---|---|---|
| 25 | 36 | 1466 | Browning BDA 380 | No | 5/27/2016 | 7/24/2016 |
| 26 | 37 | ELDOR187 | Colt 05138ED .38 (Gold Cup Eldorado) | Yes | 6/9/2016 | 8/12/2016 |
| 27 | 38 | NMS0314 | Colt 1911 Gold Cup Match .38 | Yes | 3/2/2016 | 8/25/2016 |
| 28 | 39 | BER244574 | Berreta 92FS Compact 9mm | Yes | 12/12/2010 | 10/2/2016 |
| 29 | 40 | 70N97023 | Colt Govt. Model .38 | Yes | 8/19/2016 | 10/17/2016 |
| 30 | 41 | ELCEN8536 | Colt Custom .38 (02071ELC2) | Yes | 11/12/2015 | 11/8/2016 |
| 31 | 42 | MHE252 | Colt .38 | Yes | 9/28/2016 | 11/8/2016 |
| 32 | 43 | MHE062 | Colt 02991MHE .38 | Yes | 10/7/2016 | 11/8/2016 |
| 33 | 44 | ELCEN4548 | Colt Government .38 | Yes | 7/31/2016 | 12/4/2016 |
| 34 | 45 | 2978F12 | ADM AM15 556 cal | No | 12/5/2015 | 12/5/2016 |
| 35 | 46 | MU60153 | Colt Mustang MK4 .380 | Yes | 7/7/2016 | 12/6/2016 |
| 36 | 47 | SN22748 | Colt Gold Cup .45 | Yes | 3/23/2009 | 12/15/2016 |

**EXHIBIT 10**

**FERNANDEZ PURCHASES AND RESALES**
Count One (Overt Acts 12-57) and Count Two

| No. | Overt Act | Firearm Serial No. | Firearm Make/Model | Off-Roster | Purchased by FERNANDEZ | Resold by FERNANDEZ |
|---|---|---|---|---|---|---|
| 37 | 48 | 51BW | Colt 1911 .45 | Yes | 1/6/2014 | 12/15/2016 |
| 38 | 49 | FL01515 | Colt Light-weight Commander .45 | Yes | 11/30/2015 | 12/15/2016 |
| 39 | 50 | NMS0167 | Colt 05038NMS .38 | Yes | 11/19/2016 | 12/15/2016 |
| 40 | 51 | MU24832 | Colt Mustang MK4 .380 | Yes | 7/7/2016 | 12/19/2016 |
| 41 | 52 | MHE351 | Colt 1911 .38 | Yes | 9/24/2016 | 12/19/2016 |
| 42 | 53 | MHE346 | Colt 1911 .38 | Yes | 10/22/2016 | 12/19/2016 |
| 43 | 54 | FC05307 | Colt Combat Commander .45, Model 04617 | Yes | 5/1/2015 | 12/26/2016 |
| 44 | 55 | RS22407 | Colt Mustang 380 | Yes | 1/15/2014 | 6/3/2017 |
| 45 | 56 | 70BS61417 | Colt Combat Commander .38 | Yes | 2/17/2017 | 6/3/2017 |
| 46 | 57 | CPR076 | Colt 02570XSET .38 | Yes | 1/24/2017 | 6/10/2017 |

**EXHIBIT 10**