# Exhibit F

## ARAO PURCHASES AND RESALES
Count One (Overt Acts 61-101) and Count Three

| No. | Overt Act | Firearm Serial No. | Firearm Make/Model | Off-Roster | Purchased by ARAO | Resold by ARAO |
|---|---|---|---|---|---|---|
| 1 | 61 | 38SS05866 | Colt 38 Model 02091 | Yes | 5/28/2015 | 9/23/2015 |
| 2 | 62 | 38SS05851 | Colt 38 Model 02091 | Yes | 5/28/2015 | 9/29/2015 |
| 3 | 63 | CMX0185 | Colt 38 02991T | Yes | 10/28/2015 | 11/14/2015 |
| 4 | 64 | AZC0177 | Colt 38 Model 02991AZC | Yes | 10/28/2015 | 11/19/2015 |
| 5 | 65 | 2928311 | Colt 38 Model 02991 | Yes | 10/28/2015 | 11/28/2015 |
| 6 | 66 | 38SS05839 | Colt 38 Model 02091 | Yes | 10/22/2015 | 1/3/2016 |
| 7 | 67 | 38SS05781 | Colt 38 Model 02091 | Yes | 10/22/2015 | 1/4/2016 |
| 8 | 68 | 38SS06349 | Colt 38 Model 02091 | Yes | 10/22/2015 | 1/6/2016 |
| 9 | 69 | 38SS06221 | Colt 38 Model 02091 | Yes | 10/22/2015 | 1/16/2016 |
| 10 | 70 | ELCEN8545 | Colt 38 Model 0207ELC2 | Yes | 11/12/2015 | 2/11/2016 |
| 11 | 71 | 265LTD | Colt 38 Model 02091LTD | Yes | 10/28/2015 | 2/18/2016 |
| 12 | 72 | 2928424 | Colt 38 Model 01991 | Yes | 2/15/2016 | 3/4/2016 |

Page 1 of 4

**EXHIBIT 11**

**ARAO PURCHASES AND RESALES**
Count One (Overt Acts 61-101) and Count Three

| No. | Overt Act | Firearm Serial No. | Firearm Make/Model | Off-Roster | Purchased by ARAO | Resold by ARAO |
|---|---|---|---|---|---|---|
| 13 | 73 | 2872137 | Colt 38 Model 01991SCP | Yes | 3/4/2016 | 3/16/2016 |
| 14 | 74 | 38SS06074 | Colt 38 Model 02091 | Yes | 10/22/2015 | 3/28/2016 |
| 15 | 75 | 38SS05430 | Colt 38 Model 02091 | Yes | 2/15/2016 | 4/3/2016 |
| 16 | 76 | AZC0111 | Colt 38 Model 02991AZC | Yes | 3/10/2016 | 4/23/2016 |
| 17 | 77 | 38SS05782 | Colt 38 model 02091 | Yes | 5/3/2016 | 5/14/2016 |
| 18 | 78 | 38SS05875 | Colt 38 model 02091 | Yes | 5/3/2016 | 5/15/2016 |
| 19 | 79 | 38SS05893 | Colt 38 model 02091 | Yes | 5/3/2016 | 5/15/2016 |
| 20 | 80 | 2839209 | Colt 38 model 02991 | Yes | 5/3/2016 | 5/16/2016 |
| 21 | 81 | CMX0090 | Colt 38 02991T | Yes | 3/10/2016 | 5/26/2016 |
| 22 | 82 | 2839306 | Colt 38 model 02991 | Yes | 5/3/2016 | 7/9/2016 |
| 23 | 83 | 2933169 | Colt 38 Model 02991 | Yes | 6/21/2016 | 7/9/2016 |
| 24 | 84 | 38SS07723 | Colt 38 model 02091 | Yes | 5/19/2016 | 7/24/2016 |

**EXHIBIT 11**

## ARAO PURCHASES AND RESALES
Count One (Overt Acts 61-101) and Count Three

| No. | Overt Act | Firearm Serial No. | Firearm Make/Model | Off-Roster | Purchased by ARAO | Resold by ARAO |
|---|---|---|---|---|---|---|
| 25 | 85 | 2933163 | Colt 38 Model 02991 | Yes | 6/21/2016 | 9/13/2016 |
| 26 | 86 | 2933167 | Colt 38 Model 02991 | Yes | 6/21/2016 | 10/15/2016 |
| 27 | 87 | ELCEN8707 | Colt 38 Model 02071ELC2 | Yes | 2/15/2016 | 11/7/2016 |
| 28 | 88 | 38SS07467 | Colt 38 model 02091 | Yes | 5/19/2016 | 11/12/2016 |
| 29 | 89 | 38SS07754 | Colt 38 model 02091 | Yes | 5/19/2016 | 11/12/2016 |
| 30 | 90 | 38SS07562 | Colt 38 model 02091 | Yes | 5/19/2016 | 11/13/2016 |
| 31 | 91 | MHE135 | Colt 38 Model 02991MHE | Yes | 10/7/2016 | 11/16/2016 |
| 32 | 92 | 38SS09110 | Colt 38 Model 02091 | Yes | 11/17/2016 | 12/11/2016 |
| 33 | 93 | 2933158 | Colt 38 Model 02991 | Yes | 6/21/2016 | 12/12/2016 |
| 34 | 94 | 38SS09149 | Colt 38 Model 02091 | Yes | 11/17/2016 | 12/12/2016 |
| 35 | 95 | 2933159 | Colt 38 Model 02991 | Yes | 6/21/2016 | 12/16/2016 |
| 36 | 96 | 38SS09144 | Colt 38 Model 02091 | Yes | 11/17/2016 | 12/16/2016 |

Page 3 of 4

**EXHIBIT 11**

**ARAO PURCHASES AND RESALES**
Count One (Overt Acts 61-101) and Count Three

| No. | Overt Act | Firearm Serial No. | Firearm Make/Model | Off-Roster | Purchased by ARAO | Resold by ARAO |
|---|---|---|---|---|---|---|
| 37 | 97 | 38SS09196 | Colt 38 Model 02091 | Yes | 11/17/2016 | 12/16/2016 |
| 38 | 98 | 38SS09317 | Colt 38 Model 02091 | Yes | 11/17/2016 | 12/20/2016 |
| 39 | 99 | MHE175 | Colt 38 Model 02991 | Yes | 10/7/2016 | 5/24/2017 |
| 40 | 100 | MHE340 | Colt 38 Model 02991 | Yes | 10/21/2016 | 5/24/2017 |
| 41 | 101 | MHE098 | Colt 38 Model 02991 | Yes | 7/16/2017 | 7/26/2017 |

**EXHIBIT 11**