Ambrosio E. Rodriguez
SBN 200880
The Rodriguez Law Group
626 Wilshire Blvd., Suite 900
Los Angeles, California 90017
Phone 213.995.6767 | Fax 213.995.6368
aer@aerlawgroup.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS MIGUEL FERNANDEZ,<br><br>Defendant | Case No.: CR 18-00121 SJO<br><br>DEFENDANT CARLOS MIGUEL FERNANDEZ'S EX PARTE APPLICATION TO CONTINUE MOTIONS SCHEDULE AND TRIAL; DECLARATION OF COUNSEL |

TO THE CLERK OF THIS HONORABLE COURT, PARTIES AND COUNSEL:

Defendant, Carlos Miguel Fernandez, by his counsel hereby applies *ex parte* for an order continuing the current schedule for motions, pretrial conference, and trial. The continuance is being sought because Defendant's counsel was assigned

1 | out for a fifteen court-day trial (excluding jury deliberations) for attempted murder
2 | and aggravated mayhem in the Los Angeles County Superior Court in Compton.
3 | As set forth in his attached declaration, counsel for Defendant sought a
4 | continuance of that trial until after trial had been completed in this case, but that
5 | request was denied by the state court trial judge.  Counsel's trial obligations will
6 | make it impossible for him to be involved in pretrial motions practice, pretrial
7 | conferences, or trial pursuant to the schedule as presently set in this case.
8 | Defendant requests that this Court the trial from November 12, 2019 to December
9 | 3, 2019.

       This application is based on the record in this case, the points and authorities below, the Declaration of Ambrosio Rodriguez, as well as additional argument, evidence and authority the court may deem necessary.

Respectfully submitted this 29th day of October 2019.

                                                              Ambrosio E. Rodriguez
                                                              Attorney for Defendant
                                                              Carlos Miguel Fernandez

# POINTS AND AUTHORITIES IN SUPPPORT OF EX PARTE APPLICATION FOR ORDER TO CONTINUE TRIAL

## I. INTRODUCTION

Defendant Carlos Miguel Fernandez is respectfully seeking to continue the schedule for motions, the pretrial conference and the trial because his counsel, Ambrosio E. Rodriguez will be unavailable for during the time period set for pretrial motions and trial itself. Mr. Rodriguez is currently engaged in trial as counsel for the defendant in a Los Angeles County Superior Court case for attempted murder and aggravated mayhem case. The Government opposes this request for continuance.

## II. FACTS RELEVANT TO THIS APPLICATION

The current trial is set to commence on November 12, 2019. This schedule was set via court order on April 18, 2019 pursuant to a stipulation of the parties entered on April 17, 2019. (Docket Nos. 149, 150.) On Tuesday, October 22, 2019 the Government filed motions in limine to admit defendant statements and to admit firearms records. (Docket Nos. 187, 186.) On October 24, 2019 Counsel for Defendant received an automated email from the Court's ECF email system indicating that Defendant Oscar Maravilla Camacho, Jr. is scheduled to change his plea on Monday, November 4, 2019. (Docket No. 194.)

On Monday, October 28, 2019, Mr. Rodriguez appeared in Los Angeles County Superior Court in Compton on day 8 of 10 for an attempted murder and aggravated mayhem case that the District Attorney's Office has indicated it believes will take fifteen court days to try. (*See* Rodriguez Decl.) Mr. Rodriguez requested a continuance of that trial based on the motion and trial schedule in this matter and both the judge who assigned the case to a department (Honorable Schultz) and the trial judge (Honorable Lara Watson) denied this request. (See Rodriguez Decl., Exhibits B and C.)

## III. THIS COURT HAS DISCRETION TO GRANT A CONTINUANCE

It is a "well settled principle that a district court has broad discretion to manage its own calendar." *United States v. Batiste*, 868 F.2d 1089 (9th Cir. 1989). The defense submits that the facts at hand strongly support a continuance of the motions schedule and trial in this case. With Mr. Rodriguez being engaged in trial at least until the 15th of November, it will be impossible for him to determine if co-defendant Maravilla Camacho's plea will have any impact on Defendant's case, prepare for the motions presently on file, determine if defense motions in limine are appropriate, prepare those motions, conduct adequate trial preparation, and then conduct a trial consistent with Defendant's Sixth Amendment right to competent representation. Defendant is requesting a continuance of only a few weeks until the end of November and this Court should exercise its discretion in granting the same.

## IV. CONCLUSION

For the reasons set forth above, Defendant respectfully requests that this Court continue his trial for a short period with motions being heard on November 25, 2019 and trial commencing on December 3, 2019.

Dated this 29th day of October 2019.

                                                Ambrosio E. Rodriguez
                                                Attorney for Defendant
                                                Carlos Miguel Fernandez

## **DECLARATION OF AMBROSIO RODRIGUEZ**

I, Ambrosio E. Rodriguez declare as follows:

1. I am attorney licensed to practice law in the State of California and before this Honorable Court;

2. I am the attorney of record for Defendant Carlos Miguel Fernandez and have been actively involved on his behalf in all aspects of this criminal litigation;

3. On October 28, 2019 I appeared in the Los Angeles County Superior Court in Compton in the case of *People of California v. Andrew Dunger and Carolina Rojas*, case number TA145652. I represent Ms. Carolina Rojas. My client and the co-defendant are charged with a violation of California Penal Code Section 664/187 attempted murder and California Penal Code Section 205 aggravated mayhem. Both counts carry a life term;

4. On October 28, 2019, the case was set as day 8 of 10 for trial. Previous to appearing on October 28th, 2019 a motion to continue pursuant to California Penal Code Section 1050 was timely filed in order to continue the case so that I could be available to begin United States of America v. Carlos Fernandez, et. al., Case Number CR 18-00121 SJO on November 12th, 2019. (See Exhibit A);

5. My initial request was made to The Honorable Michael Schultz, the judge in charge of assigning cases to trial departments on that date. Judge Schultz denied my request. (See Exhibit B);

6. When the case was assigned to a trial department, I again renewed my request before Judge Watson, and it was again denied. (See Exhibit C);

7. The Los Angeles County District Attorney's Office estimates that the trial in that case will require fifteen court days, excluding jury deliberations;

8. Without a continuance, I will be unable to complete trial in the state court case and also prepare for trial in this matter. Moreover, I will not be able to

conduct a trial in this matter that would afford my client his Sixth Amendment right to competent representation by counsel;

9. The Government has stated that it will oppose this *ex parte* application for a continuance.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

Dated this 29th day of October 2019

Ambrosio E. Rodriguez
Attorney for Defendant
Carlos Miguel Fernandez