Exhibit A

The Rodriguez Law Group
Ambrosio E. Rodriguez, #200880
By: Eduardo Osorio, #323924
626 Wilshire Blvd., #900
Los Angeles, CA 90017
email: aer@aerlawgroup.com
(213) 995-6767

Attorney for Defendant Carolina G. Rojas

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**LOS ANGELES COUNTY**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW JOSEPH DUNGER and<br><br>CAROLINA G. ROJAS,<br><br>Defendant(s). | Case No.: TA145652<br><br>**NOTICE OF MOTION AND MOTION TO CONTINUE PURSUANT TO PENAL CODE SECTION 1050**<br><br>Date: 10/28/19<br>Time: 8:30 a.m.<br>Place: Dept. D |

TO THE CLERK OF THE SUPERIOR COURT AND DISTRICT ATTORNEY OF LOS ANGELES COUNTY:

PLEASE TAKE NOTICE that on October 28, 2019 at 8:30 a.m., in Dept. D of the above entitled court, or as soon thereafter as the matter may be heard, Defendant Carolina Rojas ("Defendant"), will move the Court to continue the scheduled jury trial pursuant to Penal Code section 1050, because good cause exists to continue. Defendant is requesting a continuance because her attorney of record, Mr. Ambrosio Rodriguez, is engaged in trial preparation for the case of <u>United States v. Fernandez, et al.</u> CR No. 18-121(A)-SJO, a multi-defendant federal case in the United States Central District of California scheduled to begin jury trial on November 11, 2019. At the close of the business day on Monday, October

21, 2019, the Assistant United States Attorney prosecuting the case served Mr. Rodriguez with the Eighth Production of Discovery leading up to the trial date. Due to the size of the files, the discovery was sent in three separate emails. On October 22, 2019, the AUSA also served Mr. Rodriguez with two Motions in Limine that are scheduled to be heard on November 4, 2019. Mr. Rodriguez will need time to prepare for the U.S. v. Fernandez, et al. motions and trial. Additionally, due to the nature of the present case, it is defense counsel's belief that the present case will not conclude before November 12, 2019.

    This motion will be based on the attached memorandum of points and authorities, all papers filed and records in this action, the attached declaration, evidence taken at the hearing on this motion, and argument at that hearing.

Date: 10/23/2019

Eduardo M. Osorio
The Rodriguez Law Group
Attorney for the Defendant

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. THE DEFENDANT IS ENTITLED TO A CONTINUANCE ON A SHOWING OF GOOD CAUSE

Penal Code section 1050 (b) provides that:

> To continue any hearing in a criminal proceeding, including the trial, a written notice shall be filed and served on all parties to the proceeding at least two court days before the hearing sought to be continued, together with affidavits or declarations detailing specific facts showing that a continuance is necessary...

Penal Code section 1050(e) further provides that "Continuances shall be granted only upon a showing of good cause . . ." The request must be supported by declarations, unless the court first finds good cause to excuse the notice and declaration requirement. The declaration must be executed under penalty of perjury. (*Brown v. Superior Court* (1987) 189 Cal.App.3d 260, 265.)

The grant or denial of a motion for continuance is an act within the Court's discretion (*Ungar v Sarafite* (1964) 376 U.S. 575, 589.), but this discretion is not without bounds:

> While the determination of whether in any given case a continuance should be granted normally rests in the discretion of the trial court, that discretion may not be exercised in such a manner as to deprive the defendant of a reasonable opportunity to prepare his defense. (*Jennings v Superior Court* (1967) 66 Cal.2d 867.)

Although the Court must consider the welfare of witnesses (Pen Code §1050(g)) and the right of the People to a speedy disposition (Pen Code §1050(a)), it must also consider the defendant's right to a fair trial. (*People v Courts* (1985) 37 Cal.3d 784, 794; see also *People v Murphy* (1963) 59 Cal.2d 818 (error to deny continuance to prepare following last-minute amendment by prosecution).

The right to counsel (US Constitution Art. VI; California Constitution Art. I, §15) includes the right to adequately prepare a defense (See *People v Maddox* (1967) 67 Cal. 2d 647, 652), the right to have counsel present to argue motions and objections before, during, and after trial. (*Cooper v. Superior Court* (1961) 55 Cal.2d 291, 302.) (Emphasis supplied.)

## II. CONCLUSION

For the above reasons, Defendant respectfully requests that this Court continue this matter to a date convenient for all parties.

Date: 10/23/2019

Respectfully submitted,

Eduardo M. Osorio
The Rodriguez Law Group
Attorney for the Defendant

# DECLARATION OF EDUARDO M. OSORIO IN SUPPORT OF MOTION FOR CONTINUANCE

I, Eduardo M. Osorio, do hereby declare:

1. I am an attorney at law, licensed to practice in the State of California and employed as an attorney at The Rodriguez Law Group.

2. Mr. Ambrosio Rodriguez is engaged in trial preparation for the case of **United States v. Fernandez, et al.** CR No. 18-121(A)-SJO, a multi-defendant federal case in the United States Central District of California scheduled to begin jury trial on November 11, 2019.

3. At the close of the business day on Monday, October 21, 2019, the Assistant United States Attorney prosecuting the case served Mr. Rodriguez with the Eighth Production of Discovery leading up to the trial date. Due to the size of the files, the discovery was sent in three separate emails.

4. On October 22, 2019, the AUSA also served Mr. Rodriguez with two Motions in Limine that are scheduled to be heard on November 4, 2019. Mr. Rodriguez will need time to prepare for the **U.S. v. Fernandez, et al.** motions and trial.

5. Additionally, due to the nature of the present case, it is Mr. Rodriguez's belief that the present case will not conclude before November 12, 2019.

6. For these reasons, Mr. Rodriguez is respectfully requesting that this Court grant the motion to continue.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/23/2019

EDUARDO M. OSORIO
The Rodriguez Law Group
Attorney for the Defendant

## PROOF OF SERVICE

I, Eduardo M. Osorio, delivered the attached Motion to Continue on October 23, 2019, to the following:

DDA Timothy G. Richardson II via email at trichardson@da.lacounty.gov

Date: 10/23/2019

_____
Eduardo M. Osorio SBN 323924
The Rodriguez Law Group