Exhibit B

```
 1                SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                      FOR THE COUNTY OF LOS ANGELES

 3    DEPARTMENT SC-D              HON. MICHAEL J. SHULTZ, JUDGE

 4
      THE PEOPLE OF THE STATE OF   )
 5    CALIFORNIA,                  )
                                   )
 6              PLAINTIFF,         )
                                   )
 7         VS.                     )   CASE NO. TA145652
                                   )
 8    01- ANDREW J. DUNGER,        )
      02- CAROLINA G. ROJAS,       )
 9                                 )
                DEFENDANTS.        )
10    _____)

11
              REPORTER'S DAILY TRANSCRIPT OF PROCEEDINGS
12
                       MONDAY, OCTOBER 28, 2019
13

14    APPEARANCES:

15    FOR THE PEOPLE:    OFFICE OF THE DISTRICT ATTORNEY
                         BY:  TIMOTHY G. RICHARDSON, II, DEPUTY
16                            SHIRAZ KHALID, DEPUTY
                         211 WEST TEMPLE STREET
17                       SUITE 200
                         LOS ANGELES, CALIFORNIA 90012
18

19    FOR DEFENDANT      OFFICE OF THE PUBLIC DEFENDER
      DUNGER:            BY:  GREGORY B. GONZALES, DEPUTY
20                       210 WEST TEMPLE STREET
                         19-513 FOLTZ CRIMINAL JUSTICE CENTER
21                       LOS ANGELES, CALIFORNIA 90012

22
      FOR DEFENDANT      THE RODRIGUEZ LAW GROUP
23    ROJAS:             BY:  AMBROSIO E. RODRIGUEZ, ESQ.
                         626 WILSHIRE BOULEVARD
24                       SUITE 900
                         LOS ANGELES, CALIFORNIA 90017
25

26

27                                 BEVERLEE D. NAGATA, CRR, RMR
                                   CSR NO. 12268
28                                 OFFICIAL COURT REPORTER
```

```
 1    CASE NUMBER:         TA145652
 2    CASE NAME:           PEOPLE VS. 01- ANDREW J. DUNGER
 3                                     02- CAROLINA G. ROJAS
 4    COMPTON, CA          MONDAY, OCTOBER 28, 2019
 5    DEPARTMENT SC-D      HON. MICHAEL J. SHULTZ, JUDGE
 6    REPORTER:            BEVERLEE D. NAGATA, CSR 12268
 7    TIME:                8:44 A.M.
 8    APPEARANCES:         (AS NOTED ON TITLE PAGE.)
 9
10         THE COURT:  ANDREW DUNGER AND CAROLINA ROJAS,
11    TA145652.
12              COUNSEL, IF YOU COULD STATE YOUR APPEARANCES
13    FOR THE RECORD.
14         MR. GONZALES:  GREGORY GONZALES FOR MR. DUNGER, WHO
15    IS PRESENT AND IN CUSTODY.
16         MR. RODRIGUEZ:  AMBROSIO RODRIGUEZ, RODRIGUEZ LAW
17    GROUP, FOR MS. ROJAS, WHO IS IN CUSTODY TO MY LEFT.
18         MR. RICHARDSON:  TIM RICHARDSON FOR THE PEOPLE.
19         MR. KHALID:  SHIRAZ KHALID FOR THE PEOPLE.
20    S-H-I-R-A-Z.  K-H-A-L-I-D.
21         THE COURT:  AND, PEOPLE, READY FOR TRIAL?
22         MR. RICHARDSON:  YES.
23         THE COURT:  MR. GONZALES, READY FOR TRIAL?
24         MR. GONZALES:  YES.
25         THE COURT:  AND, MR. RODRIGUEZ, YOU FILED A WRITTEN
26    1050.  DID YOU WANT TO BE HEARD FURTHER?
27         MR. RODRIGUEZ:  I DO, YOUR HONOR.
28              AS I STATED IN MY 1050, I AM SCHEDULED TO
```

```
 1    START A MULTIPLE-DEFENDANT FEDERAL TRIAL NOVEMBER 12TH.
 2    WE'RE ALSO SCHEDULED FOR MOTIONS IN LIMINE ON
 3    NOVEMBER 4TH IN FRONT OF JUDGE OTERO IN FEDERAL COURT.
 4              THE PEOPLE'S ESTIMATE IS 15 DAYS, WHICH MEANS
 5    WE COULD NOT BE DONE WITH THIS CASE BEFORE THE MOTIONS
 6    IN LIMINE ON NOVEMBER 4TH, AND LET ALONE TO START THE
 7    TRIAL ON NOVEMBER 12TH.
 8              WHEN THIS CASE WAS SET ON THIS DATE, I HAD AN
 9    ASSOCIATE FROM MY OFFICE MAKE THE RECORD, AND THE ISSUE
10    WAS THAT I HAD THIS DATE ON THE FEDERAL CASE, WAS SET
11    ABOUT NINE MONTHS AGO, AND IT WAS SET IN STONE.  IT WAS
12    THE THIRD CONTINUANCE IN THE -- WHAT'S THE FERNANDEZ
13    CASE IN FEDERAL COURT.
14              SO I AM -- BUT FOR THE CONFLICT OF THE FEDERAL
15    CASE, YOUR HONOR, I WOULD BE READY, BUT I'M NOT READY.
16    I AM NOT AVAILABLE BECAUSE OF MY COMMITMENTS TO THAT
17    FEDERAL CASE.
18         THE COURT:  OKAY.  MR. GONZALES, DID YOU WANT TO BE
19    HEARD?
20         MR. GONZALES:  NO, SUBMITTED.
21         THE COURT:  PEOPLE, DID YOU WANT TO BE HEARD?
22         MR. RICHARDSON:  SUBMITTED, YOUR HONOR.
23         THE COURT:  MR. RODRIGUEZ, THAT'S NOT GOOD CAUSE.
24    YOUR 1050 IS DENIED.  YOU'RE DEEMED READY.
25              I'M NOT SURE EXACTLY WHAT RECORD YOU'RE
26    REFERRING TO.  I DO KNOW THAT THERE WAS A MOTION TO
27    CONTINUE BY YOUR OFFICE FILED LAST TIME THE CASE WAS
28    CALENDERED, AND I DO KNOW THAT COUNSEL WHO APPEARED ON
```

```
 1    YOUR BEHALF STIPULATED TO TODAY'S DATE AS AN 8 OF 10.
 2              SO THE 1050 IS DENIED.  YOU ARE DEEMED READY.
 3    IT IS NOT GOOD CAUSE TO ANTICIPATE BEING IN TRIAL IN
 4    ANOTHER CASE, TO CONTINUE THIS CASE.
 5         MR. RODRIGUEZ:  YOUR HONOR, MAY I ASK A QUESTION?
 6    MAY I INQUIRE?
 7         THE COURT:  SURE.
 8         MR. RODRIGUEZ:  IT IS A SITUATION WHERE -- I'M JUST
 9    TRYING TO UNDERSTAND.  IF I AM SCHEDULED FOR TRIAL --
10    THIS ISN'T A SITUATION WHERE I'M SCHEDULED FOR TRIAL IN
11    ANOTHER STATE COURT.  I'M SCHEDULED FOR TRIAL IN FEDERAL
12    COURT.  IF I'M NOT PRESENT IN FEDERAL COURT, MY
13    UNDERSTANDING IS THERE'S A GOOD CHANCE THE MARSHALS
14    MIGHT JUST COME AND GET ME.  SO THE COURT IS PUTTING ME
15    IN A -- TO SAY BETWEEN A ROCK AND A HARD PLACE IS KIND
16    OF A UNDERSTATEMENT.
17              THERE IS -- IT IS A CASE THAT'S SET FOR TRIAL
18    IN FEDERAL COURT, AND UNDER ARTICLE III, AT LEAST MY
19    UNDERSTANDING, THAT HAS PRIORITY OVER A STATE COURT
20    TRIAL.
21              SO IT'S NOT THAT I'M TRYING TO AVOID TRIAL OR
22    ANYTHING LIKE THAT.  I'M JUST TRYING TO BE ABLE TO DO
23    EVERYTHING THAT I'M SUPPOSED TO DO IN AN ORDERLY MANNER.
24    SO I HOPE THE COURT UNDERSTANDS I'M NOT TRYING TO AVOID
25    TRIAL OR NOT DO MY OBLIGATIONS TO MY CLIENT.  I'M JUST
26    TRYING TO KIND OF ORGANIZE THE SCHEDULE.
27         THE COURT:  I HAVEN'T SUGGESTED ANY OF THOSE
28    THINGS.  I STATED VERY CLEARLY THAT YOU ARE NOT ENGAGED
```

```
 1    IN TRIAL.  THIS IS NOT GOOD CAUSE TO CONTINUE THIS
 2    TRIAL, AND I AM DENYING YOUR 1050.
 3         MR. RODRIGUEZ:  OKAY.
 4         THE COURT:  YOU ARE ORDERED FORTHWITH TO
 5    DEPARTMENT G.
 6         ACTUALLY, I WANT TO CLARIFY ONE THING.  THE
 7    TIME ESTIMATE?
 8         MR. RICHARDSON:  FIFTEEN DAYS.
 9         THE COURT:  DO YOU AGREE WITH THE TIME ESTIMATE?
10    IT'S A LONG-CAUSE COURT.  THERE IS NO CALENDAR IN THAT
11    COURT.
12         MR. RODRIGUEZ:  THAT'S -- I CERTAINLY HOPE NOT.
13         THE COURT:  YOU HOPE IT'S NOT LONGER THAN 15, IS
14    WHAT YOU'RE SAYING?
15         MR. RODRIGUEZ:  I'M HOPING THAT IT'S NOT 15 DAYS.
16         THE COURT:  YOU MEAN YOU'RE HOPING IT'S SHORTER?
17         MR. RODRIGUEZ:  YES, YOUR HONOR.
18         THE COURT:  DO YOU THINK IT IS?
19         MR. RODRIGUEZ:  FROM MY VIEW OF THE CASE,
20    YOUR HONOR, IT IS A LOT -- THERE'S ONE OR TWO POINTS OF
21    CONTENTION.
22         THE COURT:  OKAY.
23         MR. RODRIGUEZ:  IT IS NOT, THERE ARE LOTS OF --
24    MOST OF THE, FOR LACK OF A BETTER WORD, HARD EVIDENCE IN
25    TERMS OF DNA OR BLOOD OR VIDEO, THERE'S NO -- I'M
26    WILLING TO STIPULATE TO MOST THINGS.
27         THE COURT:  I DON'T KNOW IF YOU GUYS ARE, BUT THAT
28    WOULD CERTAINLY -- ANYTIME WE CAN SHORTEN THE LENGTH OF
```

```
 1    A TRIAL, I THINK IT'S HELPFUL, IRRESPECTIVE OF WHAT YOUR
 2    INDIVIDUAL CALENDARS ARE.  IN ANY EVENT, I'LL PUT DOWN
 3    15 DAYS.
 4              THE CASE IS TRANSFERRED FORTHWITH TO
 5    DEPARTMENT G FOR TRIAL, G.  THAT'S JUDGE WALTON.
 6         MR. RODRIGUEZ:  YOUR HONOR, FORTHWITH?
 7         THE COURT:  YES.
 8         MR. RODRIGUEZ:  I'M SORRY.
 9         THE COURT:  DO YOU HAVE ANY WITNESSES THAT YOU NEED
10    ORDERED THERE BEFORE I SEND THE FILE DOWN?
11         MR. RODRIGUEZ:  I DON'T.
12
13              (COUNSEL CONFERRED SOTTO VOCE.)
14
15         MR. KHALID:  YOUR HONOR, WE'LL HANDLE IT IN THE
16    TRIAL COURT.  I BELIEVE THEY'RE ALL IN THE WAITING ROOM
17    FOR OUR OFFICE.
18         THE COURT:  OKAY.
19
20              (A PAUSE IN THE PROCEEDINGS.)
21
22         THE COURT:  LET'S RECALL THE DUNGER AND ROJAS
23    MATTER FOR PURPOSES OF BODY ATTACHMENTS.
24              THE PEOPLE HAVE PROVIDED TWO SUBPOENAS.  ONE
25    FOR JULIETA MERCADO; IS SHE HERE?
26              AND FOR MONICA DERVIGNY; IS SHE HERE?
27              AND YOU WANT THEM ISSUED AND HELD, OR ISSUED?
28         MR. RICHARDSON:  ISSUED AND HELD, YOUR HONOR.
```

1    **THE COURT:** IN THE AMOUNT OF $50,000.
2
3            (THE MATTER WAS TRANSFERRED TO
4            DEPARTMENT SC-G FORTHWITH FOR
5            FURTHER PROCEEDINGS.)

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                   FOR THE COUNTY OF LOS ANGELES
 3    DEPARTMENT SC-D            HON. MICHAEL J. SHULTZ, JUDGE
 4
      THE PEOPLE OF THE STATE OF  )
 5    CALIFORNIA,                 )
                                  )
 6            PLAINTIFF,          )
                                  )
 7       VS.                      )  CASE NO. TA145652
                                  )
 8    01- ANDREW J. DUNGER,       )
      02- CAROLINA G. ROJAS,      )  REPORTER'S
 9                                )  CERTIFICATE
              DEFENDANTS.         )
10    _____)
11
12         I, BEVERLEE D. NAGATA, OFFICIAL COURT REPORTER OF
13    THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR THE
14    COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT THE
15    FOREGOING PAGES, 1 THROUGH 6, INCLUSIVE, COMPRISE A
16    FULL, TRUE, AND CORRECT DAILY TRANSCRIPT OF THE
17    PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER ON
18    OCTOBER 28, 2019.
19         DATED THIS 28TH DAY OF OCTOBER, 2019.
20
21
22
23
24                              _____
                                BEVERLEE D. NAGATA, CRR, RMR
25                                    CSR NO. 12268
                                   OFFICIAL COURT REPORTER
26
27
28
```