# Exhibit C

```
 1                SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                       FOR THE COUNTY OF LOS ANGELES
 3      DEPARTMENT SC - G                    HON. LAURA WALTON, JUDGE
 4
 5
        THE PEOPLE OF THE STATE OF CALIFORNIA,  )
 6                                              )
                                     PLAINTIFF, )
 7                                              )
                     VS.                        )   NO. TA 145652
 8                                              )
        01 - ANDREW JOSEPH DUNGER AND           )
 9      02 - CAROLINA GETHSEMANE ROJAS,         )
                                                )
10                                  DEFENDANTS. )
                                                )
11      _____)

12              REPORTER'S PARTIAL TRANSCRIPT OF PROCEEDINGS
13                        MONDAY, OCTOBER 28, 2019
14
15      APPEARANCES:
16      FOR THE PLAINTIFF:        JACKIE LACEY, DISTRICT ATTORNEY
                                  BY: TIMOTHY RICHARDSON, DEPUTY
17                                    SHIRAZ KHALID, DEPUTY
                                  18000 FOLTZ CRIMINAL JUSTICE CENTER
18                                210 WEST TEMPLE STREET, 18TH FLOOR
                                  LOS ANGELES, CALIFORNIA  90012
19
20      FOR THE DEFENDANT:        RICARDO GARCIA, PUBLIC DEFENDER
        (DUNGER)                  BY: GREGORY GONZALES, DEPUTY
21                                19-513 FOLTZ CRIMINAL JUSTICE CENTER
                                  210 WEST TEMPLE STREET
22                                LOS ANGELES, CALIFORNIA  90012

23      FOR THE DEFENDANT:        AMBROSIO RODRIGUEZ,
        (ROJAS)                   ATTORNEY AT LAW
24                                626 WILSHIRE BOULEVARD
                                  SUITE 460
25                                LOS ANGELES, CALIFORNIA 90017

26      COPY
27                                REBECCA J. MC KINNEY, CSR #9841
                                  OFFICIAL REPORTER
28
```

```
 1    CASE NUMBER:              TA 145652
 2    CASE NAME:                PEOPLE VERSUS ANDREW DUNGER AND
 3                              CAROLINA ROJAS
 4    COMPTON, CALIFORNIA       MONDAY, OCTOBER 28, 2019 =
 5    DEPARTMENT SC-G           HON. LAURA WALTON, JUDGE
 6    REPORTER:                 REBECCA J. MC KINNEY, CSR #9841
 7    TIME:                     9:50 A.M.
 8    APPEARANCES:
 9         DEFENDANT DUNGER NOT PRESENT WITH COUNSEL,
10    GREGORY GONZALES, DEPUTY PUBLIC DEFENDER; DEFENDANT
11    ROJAS NOT PRESENT WITH COUNSEL, AMBROSIO RODRIGUEZ,
12    ESQ.; TIMOTHY RICHARDSON AND SHIRAZ KHALID, DEPUTY
13    DISTRICT ATTORNEYS OF LOS ANGELES COUNTY,
14    REPRESENTING THE PEOPLE OF THE STATE OF CALIFORNIA.
15
16              (THE FOLLOWING PROCEEDINGS WERE
17               HELD IN OPEN COURT OUT OF THE
18               PRESENCE OF THE DEFENDANTS:)
19
20         THE COURT:  ON THE RECORD.
21         MR. RODRIGUEZ:  THAT'S FINE.  THANK YOU, YOUR HONOR.
22              DOES THE COURT WANT ME TO MAKE MY RECORD?
23         THE COURT:  YES, IF YOU WOULD LIKE TO BECAUSE I TOLD
24    HER WE WERE OFF THE RECORD.  WE WON'T GO BACK ON THE RECORD
25    UNLESS I TELL HER.
26              IF YOU WOULD LIKE TO BE ON THE RECORD?
27         MR. RODRIGUEZ:  YES.
28              SHOULD I MAKE MY APPEARANCE FOR THE RECORD, AS
```

```
 1  WELL?
 2          THE COURT:  YES.
 3          MR. RODRIGUEZ:  I'M AMBROSIO RODRIGUEZ FOR
 4  CAROLINA ROJAS, WHO IS NOT PRESENT, YOUR HONOR.
 5              I AM -- I FILED A 1050 WITHIN THE LAST WEEK
 6  ASKING TO PUT THE MATTER OVER BASED ON THE FACT THAT I AM
 7  SCHEDULED TO BEGIN A TRIAL IN FEDERAL COURT IN FRONT OF
 8  JUDGE OTERO.  THE NAME OF THAT CASE IS UNITED STATES VERSUS
 9  CARLOS FERNANDEZ, ET AL.  THERE ARE TWO OR THREE OTHER
10  DEFENDANTS IN THE CASE.  THIS FEDERAL TRIAL WAS SCHEDULED
11  MONTHS AGO.  AND I -- NOT ONLY AM I TO BEGIN JURY SELECTION
12  ON THAT CASE NOVEMBER 12, BUT ALSO SCHEDULED TO DO MOTIONS
13  IN LIMINE IN THAT CASE A WEEK FROM TODAY ON NOVEMBER 4.  I
14  HAD INFORMED -- OR AN ASSOCIATE OF MY OFFICE HAD INFORMED
15  DEPARTMENT D THE LAST TIME WE WERE HERE LETTING HIM KNOW
16  THAT I HAD THIS CONFLICT.  THAT IS, IF WE SET THIS
17  OCTOBER 28 DATE I WOULD NOT BE ANSWERING READY BECAUSE OF
18  THIS FEDERAL TRIAL.
19              SO BASED ON THAT CONFLICT, YOUR HONOR, I AM
20  RE-ASKING THAT THIS CASE BE PUT OVER UNTIL DECEMBER.  I'LL
21  BE DONE WITH MY FEDERAL CASE BY THEN.  I AM NOT ANNOUNCING
22  READY BECAUSE OF THIS CASE.
23          THE COURT:  MY UNDERSTANDING FROM DEPARTMENT D THAT
24  YOU MADE THE SAME REQUEST THIS MORNING, THAT YOU WERE NOT
25  READY BECAUSE OF THE FEDERAL CASE.  YOU HAVE BEEN DEEMED
26  READY.
27              THIS COURT WANTS THE RECORD TO REFLECT THIS,
28  TOO, IS A MULTIPLE DEFENDANT CASE, SO CONTINUING THIS TO
```

1  DECEMBER WOULD AFFECT ANOTHER DEFENDANT, OTHER THAN YOUR
2  DEFENDANT, WHO HAS A RIGHT TO A SPEEDY TRIAL.  IT IS NOT
3  GOOD CAUSE TO CONTINUE A CASE BECAUSE YOU HAVE A TRIAL
4  UPCOMING.  IF YOU WERE ENGAGED IN TRIAL, THAT WOULD BE A
5  GOOD CAUSE REASON TO CONTINUE THE CASE.
6         AND YOU MAY THINK THAT THE FEDERAL COURT TAKES
7  PRECEDENCE OVER THE STATE COURT -- AND IN MOST INSTANCES IT
8  DOES, BUT NOT WHEN IT COMES TO TRIAL.  IF YOU HAVE A TRIAL
9  HERE IN STATE COURT THAT IS READY TO GO, IT DOES NOT MEAN
10 THAT THE STATE COURT HAS TO WAIT UNTIL YOU FINISH IN
11 DECEMBER YOUR FEDERAL CASE AND THEN YOU GET AROUND TO YOUR
12 STATE CASE.  IT DOES NOT WORK IN THAT MANNER.
13        YOU HAVE STATED THAT YOUR FEDERAL CASE WAS SET
14 FOR TRIAL MONTHS AGO.  LOOKING AT THE MINUTE ORDER IT
15 APPEARS THAT THIS CASE WAS ALSO SET FOR TRIAL MONTHS AGO.
16 LOOKING AT A MINUTE ORDER THAT IS OF SEPTEMBER 18TH, 2019,
17 THIS CASE WAS SET FOR TRIAL ON OCTOBER 28TH, 2019.  SO THIS
18 CASE HAS BEEN SET.  IT'S NOT A SURPRISE TO YOU.  IT HAS
19 MULTIPLE DEFENDANTS.  LIKE YOUR FEDERAL CASE, YOU'RE GOING
20 TO HAVE TO FILE A MOTION TO CONTINUE.  JUST AS IF YOU HAD
21 STARTED THE FEDERAL CASE, YOU COULD HAVE FILED A MOTION TO
22 CONTINUE IN THE STATE CASE.
23        BUT THE COURT -- THERE IS NO CASE LAW THAT SAYS
24 IT'S GOOD CAUSE CONTINUANCE BECAUSE COUNSEL HAS A TRIAL IN
25 FEDERAL COURT COMING UP IN MID NOVEMBER SOMETIME TO
26 CONTINUE A CASE THAT HAS ALREADY BEEN SET FOR TRIAL IN
27 STATE COURT.
28        MR. RODRIGUEZ:  YOUR HONOR, I HOPE IN NO WAY THAT I

```
 1   GAVE THE IMPRESSION THAT I THINK ONE IS SUPERIOR TO ANOTHER
 2   OR ANYTHING LIKE THAT.  I AM JUST TRYING TO INFORM THE
 3   COURT OF THE SITUATION I WAS PUT IN.  MY OFFICE INFORMED
 4   THE COURT ON SEPTEMBER 18 NOT TO PICK THIS DATE AND IT HAS
 5   PICKED -- THE DATE OF TODAY WAS PICKED WITH THE COURT
 6   KNOWING THAT WE HAD THIS CONFLICT.  BECAUSE THE NOVEMBER
 7   12TH DATE WAS CHOSEN NOT JUST A MONTH AGO, LIKE IN THIS
 8   CASE; BUT IT WAS CHOSEN BACK IN -- I WANT TO SAY MARCH OF
 9   THIS YEAR.  AND SO I UNDERSTAND.
10            LOOK, YOUR HONOR, I HAVE HAD ONE MATTER IN
11   FRONT OF YOUR HONOR.  AND YOUR HONOR DOESN'T KNOW ME.  THE
12   LAST THING I DO IS DODGE TRIAL.  AND I PREFER TO BE IN
13   TRIAL THAN DO ANYTHING ELSE I DO AS A LAWYER.  SO I'M READY
14   FOR BOTH CASES.  I JUST -- NOW I DON'T KNOW WHAT WILL
15   HAPPEN BEFORE THE FEDERAL COURT WHEN I FILE THE MOTION TO
16   CONTINUE.  I HAVE NEVER BEEN IN THIS SITUATION BEFORE.  SO
17   I MADE MY MOTION, AND THE COURT KNOWS.  WE CAN JUST PROCEED
18   FROM THERE.  BUT I DON'T WANT THE COURT TO THINK THAT I WAS
19   TRYING TO PULL A TRUMP CARD OR ANYTHING LIKE THAT.
20            ANYWAY --
21       THE COURT:  SO NOTED, COUNSEL.
22       MR. RODRIGUEZ:  THANK YOU.
23
24            (END OF PROCEEDINGS REQUESTED
25              TO BE TRANSCRIBED HEREIN.)
26
27
28
```

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                   FOR THE COUNTY OF LOS ANGELES
 3   DEPARTMENT SC - G                    HON. LAURA WALTON, JUDGE
 4
 5
     THE PEOPLE OF THE STATE OF CALIFORNIA, )
 6                                          )
                                 PLAINTIFF, )
 7                                          )
                   VS.                      ) NO. TA 145652
 8                                          )
     01) ANDREW JOSEPH DUNGER, AND           )
 9   02) CAROLINA GETHSEMANE ROJAS,          )
                                            )
10                              DEFENDANTS. )
                                            )
11   _____
12                      REPORTER'S CERTIFICATE
13
14         I, REBECCA J. MCKINNEY, OFFICIAL REPORTER OF THE
15   SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY
16   OF LOS ANGELES, DO HEREBY CERTIFY THAT THE FOREGOING PAGES,
17   1-4, INCLUSIVE, COMPRISE A FULL, TRUE, AND CORRECT
18   TRANSCRIPT OF THE PROCEEDINGS AND TESTIMONY TAKEN IN THE
19   MATTER OF THE ABOVE-ENTITLED CAUSE ON MONDAY, OCTOBER 28,
20   2019.
21             DATED THIS 28TH DAY OF OCTOBER, 2019.
22
23         _____Rebecca J. McKinney_____, CSR #9841
                      OFFICIAL REPORTER
24
25
26
27
28
```