UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS MIGUEL FERNANDEZ,<br><br>Defendant | Case No.: CR 18-00121 SJO<br><br>[PROPOSED] ORDER GRANTING DEFENDANT CARLOS MIGUEL FERNANDEZ'S EX PARTE APPLICATION TO CONTINUE MOTIONS SCHEDULE AND TRIAL |

    The Court having considered Defendant Carlos Miguel Fernandez Ex Parte Application to Continue and Trial, together with the declaration of counsel and the exhibits attached thereto, the Court finds that GOOD CAUSE exists to continue the motions schedule and trial in this matter as follows. The previously ordered dates of November 4, 2019 for the hearing of motions in limine and November 12, 2019 for trial are VACATED. Motions in limine will be heard on November 25, 2019

////

////

and trial will commence on December 3, 2019.

IT IS SO ORDERED

Dated this ____ day of _____ 2019

_____<br>
Hon. James Otero<br>
United States District Judge