NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorney
Major Frauds Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0647
    Facsimile: (213) 894-0141
    E-mail:   katherine.rykken@usdoj.gov
              veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                UNITED STATES DISTRICT COURT

           FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>          v.<br><br>CARLOS MIGUEL FERNANDEZ, et al.,<br><br>       Defendants. | No. CR 18-121(A)-SJO<br><br>GOVERNMENT'S POSITION REGARDING DEFENDANT FERNANDEZ REQUEST TO CONTINUE TRIAL DATE<br><br>Trial Date:  November 12, 2019<br>Trial Time:  9:00 a.m.<br>Location:    Courtroom of the<br>               Hon. S. James Otero |
|---|---|

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys KATHERINE A. RYKKEN and VERONICA DRAGALIN, hereby files its Position Regarding Defendant Carlos Miguel Fernandez's Request to Continue the Trial Date (CR 200).

    On April 18, 2019, this Court issued an order continuing the trial date as to defendants Carlos Miguel Fernandez ("Fernandez"),

Edward Yasushiro Arao ("Arao"), Bianca Elizabeth Ibarria ("Ibarria"), Oscar Morales Camacho, Sr. ("Camacho Sr."), Oscar Maravilla Camacho, Jr. ("Camacho Jr."), Rafael Ruben Camacho Maravilla ("Maravilla"), and Raul Cervantes Corona ("Corona") to November 12, 2019, and making findings of excludable time periods pursuant to the Speedy Trial Act. (CR 150)

On June 23, 3029, this Court issued an order continuing the trial date as to defendant Mario Antonio Ramirez ("Ramirez") to November 12, 2019, and making findings of excludable time periods pursuant to the Speedy Trial Act. (CR 170)

Defendants Camacho Sr., Camacho Jr., Maravilla, and Corona have all entered guilty pleas. Although the government anticipates that defendants Ramirez and Ibarria will not proceed to trial, these two defendants have not yet entered guilty pleas. Defendants Fernandez and Arao are proceeding to trial. The last possible day for trial to commence for defendants Fernandez, Arao, and Ibarria is November 26, 2019. The last possible day for trial to commence for defendant Ramirez is November 27, 2019.

On October 29, 2019, defendant Fernandez filed an ex parte application to continue the trial. (CR 200) The current trial date of November 12, 2019 was scheduled more than six months ago. The government is prepared to proceed to trial and has arranged the appearance of numerous witnesses on the currently scheduled trial date, including multiple witnesses who will travel from out of town.

In addition, this case has been pending since March 8, 2018. The right to a speedy trial belongs not only to a defendant, but to the public as well, and it is the government's duty to represent the

public's interest.  "Congress designed the Speedy Trial Act in part to protect the public's interest in the speedy administration of justice." United States v. Lloyd, 125 F.3d 1263, 1268 (9th Cir. 1997); see also 18 U.S.C. § 3161(h)(7)(A) (recognizing that public has interest in speedy trials independent of defendant's interests). "An underlying assumption of the Act was that in the long run public justice is eroded by untoward delay between the identification of wrongdoers and the commencement of court proceedings."  United States v. Antonio, 705 F.2d 1483, 1485 (9th Cir. 1983).  Therefore, the government respectfully opposes defendant Fernandez's request for a continuance.

If there are no circumstances in which defendant Fernandez's attorney can be available for trial on November 12, 2019, the government respectfully requests that the Court continue the trial date with respect to defendants Fernandez, Arao, Ibarria, and Ramirez.  Since all defendants are joined for trial, pursuant to 18 U.S.C. § 3161(h)(6), the time period of November 12, 2019 to the new trial date constitutes a reasonable period of delay for defendants Arao, Ibarria, and Ramirez, who are joined for trial with defendant Fernandez as to whom the time for trial has not run and no motion for

//
//
//
//
//
//
//

3

severance has been granted.  As explained in the Government's Opposition to Defendant Arao's Motion to Sever the Trial, severance is in appropriate in this case.  (See CR 179 at 13-16)

```
 Dated: October 30, 2019           Respectfully submitted,

                                   NICOLA T. HANNA
                                   United States Attorney

                                   BRANDON D. FOX
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                   /s/ Veronica Dragalin
                                   _____
                                   VERONICA DRAGALIN
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA
```