Katherine A. Rykken  
Assistant United States Attorney  
312 North Spring Street, Suite 1100  
(213) 894-3659  
katherine.rykken@usdoj.gov  

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 18-121(A)-SJO |
| v. | |
| CARLOS FERNANDEZ, et al. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: **(List Documents)**

Government's Witness Statement Binder (In Camera and Under Seal)

**Reason:**

☑ Under Seal  
☑ In Camera  
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)  
☐ Per Court order dated: _____  
☐ Other:  

November 1, 2019                                /s/ Katherine A. Rykken  
Date                                            Attorney Name  
                                                United States of America  
                                                Party Represented  

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING