AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Central District of California

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. CR 18-0121 (A) SJO |
| Carlos Miguel Fernandez | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Carlos Miguel Fernandez

Date: November 4, 2019

*Attorney's signature*

Michael J. Hanagan (SBN 220440)
*Printed name and bar number*
The Rodriguez Law Group
626 Wilshire Blvd., Suite 900
Los Angeles, California 90017

*Address*

mjh@aerlawgroup.com
*E-mail address*

213.995.6767
*Telephone number*

213.995.6368
*FAX number*