NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorney
Major Frauds Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0647
    Facsimile: (213) 894-0141
    E-mail:   katherine.rykken@usdoj.gov
              veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>CARLOS FERNANDEZ, and<br>EDWARD ARAO,<br><br>      Defendants. | No. CR 18-121(A)-SJO<br><br>GOVERNMENT'S NON-OPPOSITION TO DEFENDANT ARAO'S MOTION IN LIMINE TO LIMIT/EXCLUDE CERTAIN EXPERT TESTIMONY<br><br>Hearing Date: November 12, 2019<br>Location:   Courtroom of the<br>                 Hon. S. James Otero |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys KATHERINE A. RYKKEN and VERONICA DRAGALIN, hereby files its non-opposition to defendant EDWARD ARAO's motion in limine to limit/exclude certain expert testimony.

//

//

This Non-Opposition is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: November 5, 2019      Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

　　　/s/ Katherine A. Rykken
KATHERINE A. RYKKEN
VERONICA DRAGALIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Edward Arao ("Arao"), a police officer charged with illegally dealing in firearms, is proceeding to trial on November 12, 2019. On October 24, 2019, Arao filed a Motion in Limine to Limit/Exclude Certain Expert Testimony (the "Motion"). (Dkt. 192.) The Motion describes a call between government counsel and counsel for Arao agreeing to limitations on some of the government's proposed expert testimony, in particular the expert testimony of Special Agent David Hamilton and Blake Graham.

With respect to the testimony of Special Agent Hamilton, the government agrees that his testimony about the nature and characteristics of the firearms in the case will be directed to the off-Roster nature of the firearms in this case and that they are more difficult to acquire for the general public. The government also agrees that while Arao's admission that he sold off-Roster firearms to make money is true, Special Agent Hamilton's expert testimony will include testimony about the pricing of off-Roster firearms generally. As such, the government anticipates that his testimony will not be strictly confined to the conduct of co-defendant Fernandez. With respect to the significance of .38 Super firearms, the government agrees that it does not intend to elicit testimony during Special Agent Hamilton's direct about the popularity of these guns in Mexican culture or Mexican cartels.

Regarding the testimony of Blake Graham about California's gun laws, the government agrees that it does not plan to elicit opinion testimony about whether the facts in this case constitute dealing in firearms. For the foregoing reasons, the government does not oppose the Motion.