NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorney
Major Frauds Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0647
     Facsimile: (213) 894-0141
     E-mail:    katherine.rykken@usdoj.gov
                veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>              v.<br><br>CARLOS FERNANDEZ, and<br>EDWARD ARAO,<br><br>           Defendants. | No. CR 18-121(A)-SJO<br><br>GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS<br><br>Trial Date:  November 12, 2019<br>Trial Time:  8:30 a.m.<br>Location:    Courtroom of the<br>             Hon. S. James Otero |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys KATHERINE A. RYKKEN and VERONICA DRAGALIN, respectfully requests that the Court ask

///

///

prospective jurors the questions attached, in addition to the Court's regular voir dire questions and such supplemental questions as may become appropriate.

Dated: November 5, 2019            Respectfully submitted,

                                            NICOLA T. HANNA
                                            United States Attorney

                                            BRANDON D. FOX
                                            Assistant United States Attorney
                                            Chief, Criminal Division

                                            */s/ Katherine A. Rykken*
                                            KATHERINE A. RYKKEN
                                            VERONICA DRAGALIN
                                            Assistant United States Attorney

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA

**GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS**

**I.   Familiarity with This Case and its Parties**

1. Is there anything about the charges in this case or this type of case that makes you unwilling or reluctant to serve as a juror? Is there anything about the charges in this case or this type of case that may cause you to lean in favor of or against either the prosecution or the defendant?

2. [AFTER INTRODUCING THOSE AT COUNSEL TABLE] Are you familiar with any of the individuals sitting at counsel table, including the attorneys, the ATF agents, and the defendants?

3. [AFTER READING WITNESS LIST] Do you know or are you familiar with any of the following individuals, who may be witnesses in this case?

4. Have you read, listened to, or seen any stories, editorials, or blogs regarding this case?

5. Have you read, listened to, or seen any stories, editorials, or blogs regarding police officers selling guns?

6. Do you have any opinions about allegations of police misconduct or selling firearms without a license?

**II.  Experience with and Attitude Toward Firearms**

7. Do you or does someone close to you own a firearm?
   a. What type of firearm?
   b. For what purpose?
   c. How frequently is the firearm used?
   d. Did you buy the firearm?
   e. If so, did you go through a background check?

8. Have you ever sold a firearm?
   a. To whom did you sell the firearm?

        b.    What type of firearm?

    9.    Have you or has someone close to you ever been a member of the National Rifle Association ("NRA"), a militia, a paramilitary organization, or any other organization that advocates either increased or restricted gun ownership?

        a.    How long?

        b.    Have you or has he/she held a leadership position within the organization?

    10.    Have you or has someone close to you ever been arrested for, charged with, or convicted of violating either a state or federal firearms law?

        a.    Has the situation been resolved and, if so, how?

        b.    Do you believe that the resolution was fair?

        c.    Will this experience preclude you from impartially considering the evidence in this case and arriving at a verdict based solely upon the evidence presented?

    11.    Do you believe that any adult who wants to possess a firearm should be legally permitted to do so if he/she so desires?

    12.    Do you believe that the laws of the United States regulating gun ownership and gun use are unfair in any way?

        a.    Which laws do you believe are unfair?

        b.    In what way do you believe them to be unfair?

**III. Experience with and Attitude Toward Law Enforcement**

    13.    You will hear testimony in this case from law enforcement officers from the U.S. Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF"). Is there anything you have experienced, seen, heard or read about that agency that would prevent you from fairly assessing the credibility of ATF officers?

14. Would you automatically give more weight, or less weight, to the testimony of a law enforcement officer?

15. Have you or someone close to you ever been arrested, charged, or convicted of any crime?

    a. Would you please describe the circumstances?

    b. Is there anything about those circumstances that would prevent you from being fair and impartial in this case?

16. Have you or someone close to you ever had any other contact with any law enforcement officer?

    a. Do you think the officer acted professionally and fairly?

    b. Do you have any positive or negative feelings as a result of that contact?

17. Have you or someone close to you ever filed a lawsuit or complaint concerning the conduct of a law enforcement officer?

18. Do you believe that you or someone close to you has ever been falsely accused of committing a crime?

**IV. Opinions of Law Enforcement and Judicial System**

19. Are you, any family member or close friends an employee of or associated with the Gardena Police Department?  If so, please provide specifics.

20. Are you, any family member or close friends an employee of or associated with the ATF or the U.S. Attorney's Office.  If so, please provide specifics.

21. Are you, any family member or close friends a law enforcement officer or employee of or volunteer for a law enforcement organization?  If so, please provide more information.

3

22. Have you ever had a dispute with a law enforcement officer?

    a. What type?

    b. Did you think the officer was honest and fair in his or her dealings with you about the dispute?

23. Do you have any opinion about the Gardena Police Department generally?

24. Do you have any opinions about ATF generally?

25. Have you, or any family member or close friend, ever been a victim of or witness to a crime?

    a. If so, please describe the nature of the crime, whether you or someone else reported it to law enforcement, whether you were interviewed by a law enforcement officer, whether a suspect was arrested, whether you or your family member or close friend testified in court, and whether you believe the officer(s) handled the matter in a satisfactory or unsatisfactory manner.

    b. Do you feel this experience would affect your ability to be a fair and impartial juror in this case?

26. Have you ever been a plaintiff, defendant, victim, or witness in a court proceeding in a civil or criminal matter? If so, please describe the circumstances.

27. Have you, or any family member or close friend, ever been arrested by a law enforcement officer?

    a. If so, when and for what kind of crime?

    b. What was the outcome?

    c. Do you feel you were (he or she was) treated fairly?

    d. Do you believe the officers handled the matter properly or improperly?

    e. Is there anything about that experience that could cause you to lean in favor of or against either of the parties (the government or the defendant) in this case?

  28. Have you, or any family member or close friend, ever been investigated, charged with, or convicted of a crime?  (If you would like, you may approach sidebar to answer the question.)

    a. If so, please describe the circumstances.

    b. Did you feel that law enforcement and the court system handled the matter properly or improperly?

  29. Have you, or any family member or close friend, ever been falsely accused of committing a crime?  (If you would like, you may approach sidebar to answer the question.)

    a. If so, please describe the circumstances.

    b. Do you feel that experience would affect your ability to be a fair and impartial juror in this case?

  30. Do you believe that police officers are either more or less believable than other witnesses who are not police officers?

  31. Have you, or any family member or close friend, ever been a member of, made a charitable donation to, or otherwise provided support to, the Fraternal Order of Police, or any other group or organization that supports law enforcement officers?

    a. If so, please describe.

  32. Have you ever been on a "ride-along" or something similar with police officers?

**V. <u>Other Experience and Opinions</u>**

  33. Do you have an opinion about whether it is proper or improper for the government to offer a beneficial plea agreement to a witness in order to obtain his or her testimony?

5

34. Have you, or any family member ever had any legal training (including taking law courses, paralegal program, or on-the-job training)?

    a. Are you or your family member currently employed in the legal profession (e.g., as a lawyer, paralegal, law clerk, etc.)?

    b. Do you think this would make it difficult for you to follow the Court's instructions regarding the law applicable to this case?

35. Do you have philosophical, political, sympathetic, religious or ideological views that may make it difficult for you to be a fair and impartial juror in this case or to sit in judgment of another person?

36. At the end of the trial, I will instruct you on the law you must follow in this case. Are you willing to follow my instructions on the law, regardless of whether you agree or disagree with the law?

37. Do you have any difficulty with your language skills, hearing, sight or have medical or other issues that could impair your ability to devote your full attention to this trial?

38. Is there any matter or reason not covered by these questions that from what you now know about this case makes you unwilling or reluctant to serve as a juror, or causes you any reservations about your ability to hear the evidence, deliberate and return a fair and impartial verdict?