```
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorney
Major Frauds Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0647
     Facsimile: (213) 894-0141
     E-mail:    katherine.rykken@usdoj.gov
                veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-121(A)-SJO |
|---|---|
| Plaintiff, | JOINT STATEMENT OF THE CASE |
| v. | Trial Date: Nov. 12, 2019 |
| CARLOS FERNANDEZ, and EDWARD ARAO, | Trial Time: 9:00 a.m.<br>Location: Courtroom of the Hon. S. James Otero |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys KATHERINE A. RYKKEN

//

//

//

//

//

and VERONICA DRAGALIN, and defendant EDWARD ARAO,[1] by and through his counsel of record, hereby submit the following joint statement of the case.

Dated: November 4, 2019          Respectfully submitted,

                                 NICOLA T. HANNA
                                 United States Attorney

                                 BRANDON D. FOX
                                 Assistant United States Attorney
                                 Chief, Criminal Division

                                 _____
                                 KATHERINE A. RYKKEN
                                 VERONICA DRAGALIN
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA


Dated: November 6, 2019            /s/ via e-mail authorization
                                 EDWARD ROBINSON
                                 LISA HOULE
                                 RACHAEL ROBINSON
                                 Attorneys for Defendant
                                 EDWARD ARAO

---

[1] As of the date and time of this filing, counsel for defendant CARLOS FERNANDEZ has not provided a position regarding this proposed Joint Statement of the Case.

**JOINT STATEMENT OF THE CASE**

This is a criminal case brought by the United States government. The government charges defendants CARLOS FERNANDEZ ("FERNANDEZ") and EDWARD ARAO ("ARAO") with conspiracy to engage in and engaging in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Sections 371 and 922(a)(1)(A). In addition, the government charges defendant FERNANDEZ with conspiracy to sell or otherwise dispose of a firearm to a prohibited person and to make false statements during the purchase of a firearm, in violation of Title 18, United States Code Section 371. The government further charges defendant FERNANDEZ with selling or otherwise disposing of a firearm to a prohibited person, in violation of Title 18, United States Code, Section 922(d)(1), and aiding and abetting a false statement during the purchase of a firearm, in violation of Title 18, United States Code, Sections, 2 and 924(a)(1)(A).

Defendants FERNANDEZ and ARAO have each entered a plea of not guilty denying the allegations, and are presumed to be innocent.