NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorney
Major Frauds Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0647
     Facsimile: (213) 894-0141
     E-mail:    katherine.rykken@usdoj.gov
                veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
November 6, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>CARLOS FERNANDEZ, and<br>EDWARD ARAO,<br><br>             Defendants. | CR No. 18-121(A)-SJO<br><br>[~~PROPOSED~~] ORDER ALLOWING DISCLOSURE OF GRAND JURY TESTIMONY<br><br>Trial Date:   November 12, 2019<br>Trial Time:   8:30 a.m.<br>Location:     Courtroom of the Hon. S. James Otero |

    For good cause shown, IT IS HEREBY ORDERED that plaintiff, United States of America, may supply defense counsel of record with a copy of the grand jury testimony of any witness whom the government may call at trial. The purpose of this order is to enable defendant(s) to prepare their defense and to permit compliance with the disclosure provisions of the Jencks Act, 18 U.S.C. § 3500.

IT IS FURTHER ORDERED that defense counsel shall not disclose such grand jury testimony to any other person or persons, except as necessary in preparation of the defense, without prior authorization from this Court, and that the copy of the testimony provided to defense counsel (and any reproductions or copies made of the produced copy) shall be returned to the government at the conclusion of the proceedings in this case.

IT IS SO ORDERED.

11/06/19

DATE

*S. James Otero*

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Katherine A. Rykken*

KATHERINE A. RYKKEN
Assistant United States Attorney