NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorney
Major Frauds Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0647
     Facsimile: (213) 894-0141
     E-mail:    katherine.rykken@usdoj.gov
                veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-121(A)-SJO |
|---|---|
| Plaintiff, | JOINT PROPOSED VERDICT FORM |
| v. | Trial Date:  Nov. 12, 2019<br>Trial Time:  8:30 a.m. |
| CARLOS FERNANDEZ, and<br>EDWARD ARAO, | Location:   Courtroom of the<br>            Hon. S. James<br>            Otero |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys KATHERINE A. RYKKEN

//

//

//

1

and VERONICA DRAGALIN, and defendants CARLOS FERNANDEZ and EDWARD ARAO, by and through their respective counsel of record, hereby submit the following proposed verdict form.

```
Dated: November 8, 2019          Respectfully submitted,

                                 NICOLA T. HANNA
                                 United States Attorney

                                 BRANDON D. FOX
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                 _____
                                 KATHERINE A. RYKKEN
                                 VERONICA DRAGALIN
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA



Dated: November 8, 2019           /s/ via e-mail authorization
                                 AMBROSIO RODRIGUEZ
                                 Attorney for Defendant
                                 CARLOS FERNANDEZ



Dated: November 8, 2019           /s/ via e-mail authorization
                                 EDWARD ROBINSON
                                 LISA HOULE
                                 RACHAEL ROBINSON
                                 Attorneys for Defendant
                                 EDWARD ARAO
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-121(A)-SJO |
|---|---|
| Plaintiff, | |
| v. | VERDICT FORM |
| CARLOS FERNANDEZ, and EDWARD ARAO, | |
| Defendants. | |

    We, the Jury, in the above-entitled case, present the following verdict:

**COUNT ONE**

Question No. 1:    With respect to the offense charged in Count One of the Indictment, Conspiracy, in violation of 18 U.S.C. § 371, we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

  \_\_\_\_\_  GUILTY

  \_\_\_\_\_  NOT GUILTY

Question No. 2:    With respect to the offense charged in Count One of the Indictment, Conspiracy, in violation of 18 U.S.C. § 371, we, the Jury, in the above-entitled action, hereby unanimously find defendant EDWARD ARAO (check one):

  \_\_\_\_\_  GUILTY

  \_\_\_\_\_  NOT GUILTY

**COUNT TWO**

Question No. 3:    With respect to the offense charged in Count Two of the Indictment, Dealing in Firearms Without a License, in violation of 18 U.S.C. § 922(a)(1)(A), we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

  \_\_\_\_\_  GUILTY

  \_\_\_\_\_  NOT GUILTY

**COUNT THREE**

<u>Question No. 4</u>:   With respect to the offense charged in Count Three of the Indictment, Dealing in Firearms Without a License, in violation of 18 U.S.C. § 922(a)(1)(A), we, the Jury, in the above-entitled action, hereby unanimously find defendant EDWARD ARAO (check one):

　　　_____　　GUILTY

　　　_____　　NOT GUILTY

**COUNT FOUR**

<u>Question No. 5</u>:   With respect to the offense charged in Count Four of the Indictment, Conspiracy, in violation of 18 U.S.C. § 371, we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

　　　_____　　GUILTY

　　　_____　　NOT GUILTY

**COUNT FIVE**

<u>Question No. 6</u>:   With respect to the offense charged in Count Five of the Indictment, Disposal of a Firearm to a Prohibited Person on or about November 8, 2016, in violation of 18 U.S.C. § 922(d)(1), we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

　　　_____　　GUILTY

　　　_____　　NOT GUILTY

**COUNT SIX**

Question No. 7: With respect to the offense charged in Count Six of the Indictment, Disposal of a Firearm to a Prohibited Person on or about December 19, 2016, in violation of 18 U.S.C. § 922(d)(1), we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

\_\_\_\_\_ GUILTY

\_\_\_\_\_ NOT GUILTY

**COUNT SEVEN**

Question No. 8: With respect to the offense charged in Count Seven of the Indictment, Disposal of a Firearm to a Prohibited Person on or about July 29, 2017, in violation of 18 U.S.C. § 922(d)(1), we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

\_\_\_\_\_ GUILTY

\_\_\_\_\_ NOT GUILTY

**COUNT EIGHT**

Question No. 9: With respect to the offense charged in Count Eight of the Indictment, aiding and abetting a False Statement During the Purchase of a Firearm on or about November 8, 2016, in violation of 18 U.S.C. §§ 2 and 924(a)(1)(A), we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

\_\_\_\_\_ GUILTY

\_\_\_\_\_ NOT GUILTY

**COUNT NINE**

<u>Question No. 10</u>:   With respect to the offense charged in Count Nine of the Indictment, aiding and abetting a False Statement During the Purchase of a Firearm on or about December 19, 2016, in violation of 18 U.S.C. §§ 2 and 924(a)(1)(A), we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

\_\_\_\_\_    GUILTY

\_\_\_\_\_    NOT GUILTY

**COUNT TEN**

<u>Question No. 11</u>:   With respect to the offense charged in Count Ten of the Indictment, aiding and abetting a False Statement During the Purchase of a Firearm on or about July 29, 2017, in violation of 18 U.S.C. §§ 2 and 924(a)(1)(A), we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

\_\_\_\_\_    GUILTY

\_\_\_\_\_    NOT GUILTY

**COUNT ELEVEN**

<u>Question No. 12</u>:  With respect to the offense charged in Count Eleven of the Indictment, aiding and abetting a False Statement During the Purchase of a Firearm on or about July 24, 2016, in violation of 18 U.S.C. §§ 2 and 924(a)(1)(A), we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

   \_\_\_\_\_  GUILTY

   \_\_\_\_\_  NOT GUILTY

**(The foreperson should now sign and date this verdict form.)**

Dated: _____, 2019.

               _____
               FOREPERSON OF THE JURY