Ambrosio E. Rodriguez
**The Rodriguez Law Group**
626 Wilshire Blvd., Suite 900
Los Angeles, California 90017
Phone 213.995.6767 | Fax 213.995.6368
aer@aerlawgroup.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CARLOS MIGUEL FERNANDEZ,<br><br>Defendant. | Case No.: CR 18-00121 SJO<br><br>DEFENDANT CARLOS MIGUEL FERNANDEZ'S NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION TO CONTINUE MOTIONS SCHEDULE AND TRIAL |

TO THE CLERK OF THIS HONORABLE COURT, PARTIES AND COUNSEL:

Defendant, Carlos Miguel Fernandez, by his counsel, hereby withdraws his Ex Parte Application to Continue Motions Schedule and Trial (Docket No. 200) filed on October 29, 2019.

Respectfully submitted this 11th day of November 2019.

/s/ Ambrosio E. Rodriguez
_____
Ambrosio E. Rodriguez
Attorney for Defendant
Carlos Miguel Fernandez