```
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorney
Major Frauds Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0647
     Facsimile: (213) 894-0141
     E-mail:    katherine.rykken@usdoj.gov
                veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-121(A)-SJO |
|---|---|
| Plaintiff, | STIPULATION REGARDING SPANISH TRANSLATION OF TRIAL EXHIBITS |
| v. | |
| CARLOS FERNANDEZ, and EDWARD ARAO, | Trial Date: Nov. 12, 2019<br>Trial Time: 8:30 a.m.<br>Location: Courtroom of the Hon. S. James Otero |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys KATHERINE A. RYKKEN, and defendant CARLOS FERNANDEZ, by and through his counsel of record, and defendant EDWARD ARAO, by and through his counsel of record, hereby submit this joint stipulation to be read to the jury during the trial of this matter.

1

**STIPULATION**

Certain government exhibits are records containing original content in the Spanish language.  A Spanish translator prepared English translations of relevant portions of the exhibits.

The parties agree that the English translation from the Spanish language, as reflected in the exhibits to be introduced at trial, is correct and accurate.

The parties stipulate and agree that this stipulation may be received as evidence at trial for all purposes without objection.

IT IS SO STIPULATED.

Dated: November 9, 2019                    Respectfully submitted,

                                           NICOLA T. HANNA
                                           United States Attorney

                                           BRANDON D. FOX
                                           Assistant United States Attorney
                                           Chief, Criminal Division

                                           /s/ Veronica Dragalin
                                           _____
                                           KATHERINE A. RYKKEN
                                           VERONICA DRAGALIN
                                           Assistant United States Attorney

                                           Attorneys for Plaintiff
                                           UNITED STATES OF AMERICA

Dated: November 11, 2019                   /s/ via e-mail authorization
                                           _____
                                           AMBROSIO RODRIGUEZ
                                           Attorneys for Defendant
                                           CARLOS FERNANDEZ

Dated: November 11, 2019                   /s/ via e-mail authorization
                                           _____
                                           EDWARD ROBINSON
                                           LISA HOULE
                                           RACHAEL ROBINSON
                                           Attorneys for Defendant
                                           EDWARD ARAO