```
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorney
Major Frauds Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0647
     Facsimile: (213) 894-0141
     E-mail:    katherine.rykken@usdoj.gov
                veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-121(A)-SJO |
|---|---|
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION TO DISMISS COUNTS FIVE, SIX, EIGHT, AND NINE OF THE FIRST SUPERSEDING INDICTMENT AS TO DEFENDANT CARLOS FERNANDEZ PURSUANT TO FED. R. CRIM. P. 48(a) |
| v. | |
| CARLOS MIGUEL FERNANDEZ, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Katherine A. Rykken and Veronica Dragalin, hereby moves ex parte, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss counts Five, Six, Eight, and Nine of the First Superseding Indictment in the above-captioned case as to defendant CARLOS MIGUEL FERNANDEZ with

///

prejudice and in anticipation of the November 12, 2019 trial date. Defense counsel has been informed of, and does not object to, the <u>ex parte</u> filing.

Dated: November 11, 2019          Respectfully submitted,

                                  NICOLA T. HANNA
                                  United States Attorney

                                  BRANDON D. FOX
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                      */s/ Katherine A. Rykken*
                                  KATHERINE A. RYKKEN
                                  VERONICA DRAGALIN
                                  Assistant United States Attorneys

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA