AMBROSIO RODRIGUEZ, (CA Bar No. 200880)
The Rodriguez Law Group
626 Wilshire Blvd. Ste. 900
Los Angeles, CA 90017
Telephone: (213) 995-6767
Facsimile: (213) 995-6368

Attorney for the Defendant,
Carlos Fernandez

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS FERNANDEZ, et al.,<br><br>Defendant. | Case No. 18-CR-00121-SJO-1<br><br>MOTION IN LIMINE TO ALLOW CHARACTER WITNESSES TESTIMONY IN SUPPORT OF DEFENDANT CARLOS FERNANDEZ<br><br>DATE: November 12, 2019<br>TIME: 10:00 a.m.<br>Courtroom of the<br>Honorable S. James Otero |

Defendant Carlos Fernandez, by and through his attorney of record, Ambrosio E. Rodriguez, hereby files this motion in limine to allow the testimony of Defendant Carlos Fernandez's character witnesses.

//

///

///

1

This motion is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: November 11, 2019                    Respectfully submitted,

Ambrosio E. Rodriguez
Attorney for Defendant
Carlos M. Fernandez

2

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.   INTRODUCTION

Defendant Carlos Miguel Fernandez ("Mr. Fernandez") is set to begin trial on November 12, 2019. At trial, the defense intends on calling five character witnesses to testify in support of defendant. Mr. Fernandez intends on calling five witnesses to provide character evidence in the form of reputation and/or opinion. The witnesses Mr. Fernandez intends to call are Mr. Manuel Barraza, Ms. Carmen Gutierrez, Mr. John Baca, Mr. Roberto Rosales, and Mr. Octavio Saldana.

## II.   ARGUMENT

Where evidence of a character trait is admissible, the Federal Rules of Evidence § 405(a) dictates that proof may be made in two ways: (1) by testimony as to reputation and (2) by testimony as to opinion. When it comes to character witnesses and their testimony, the Court considers not the number of witnesses but rather the quality of their testimony. *United States v. Henry*, 560 F.2d 963, 965 (9th Cir. 1977). Additionally, testimony is not cumulative if each witness provides independent and valuable corroborating evidence. *Id.*

Here, Mr. Fernandez intends to introduce five character witnesses who have known Mr. Fernandez at different points of his career and which he has had different relationships with meaning that each witness will have independent and valuable testimony regarding Mr. Fernandez's good character. Sergeant Manuel Barraza is a Los Angeles Sheriff's Department Sergeant, Officer Carmen Gutierrez is a Los Angeles Police Department Senior Lead Officer, Det. John Baca is an Inglewood Police Department Detective, and Det. Roberto Rosales and Det. Octavio Saldana are Gardena Police Department Detectives. *See attached* Exh. A ("Defendant's Witness List"). Allowing each witness the opportunity to testify will provide the jury with a better understanding of Mr. Fernandez's good character from each witnesses varying points of view and plays a significant role in

3

mounting a defense against the charges filed against him. Rather than confuse or misguide the jury, it will paint a clearer picture as to how Mr. Fernandez is perceived by those around him.

Any objection from the government regarding the testimony from the character witness is premature and speculative as there is no indication that the character testimony will be cumulative, nor that it will be about specific instances of his good conduct.

**III.   CONCLUSION**

For the foregoing reasons, Defendant Carlos Fernandez respectfully requests that this Court grant this motion in limine to allow the testimony of Mr. Fernandez's five character witnesses.

Respectfully submitted this 11th day of November 2019.

Ambrosio E. Rodriguez
Attorney for Defendant
Carlos Fernandez

4