# Exhibit A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff(s), v. CARLOS FERNANDEZ, and EDWARD ARAO, Defendant(s). | Case No. 18-121 (B) – SJO<br>**DEFENDANT'S WITNESS LIST**<br>Trial Date: November 12, 2019 |
|---|---|

| Witness Name | Party Calling Witness and Estimate | Cross Examiner's Estimate | Description of Testimony | Comments |
|---|---|---|---|---|
| Manuel Barraza | Defendant (15 minutes) | 20 minutes | Will testify as to Defendant Carlos Miguel Fernandez's good character. | Los Angeles Sheriff's Department Sergeant |
| Carmen Gutierrez | Defendant (15 minutes) | 20 minutes | Will testify as to Defendant Carlos Miguel Fernandez's good character. | Los Angeles Police Department Senior Lead Officer |

1.

| | | | | |
|---|---|---|---|---|
| John Baca | Defendant (15 minutes) | 20 minutes | Will testify as to Defendant Carlos Miguel Fernandez's good character. | Inglewood Police Department Detective |
| Roberto Rosales | Defendant (15 minutes) | 20 minutes | Will testify as to Defendant Carlos Miguel Fernandez's good character. | Gardena Police Department Detective |
| Octavio Saldana | Defendant (15 minutes) | 20 minutes | Will testify as to Defendant Carlos Miguel Fernandez's good character. | Gardena Police Department Detective |