1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   KATHERINE A. RYKKEN (Cal. Bar No. 267196)
4  Assistant United States Attorney
   Major Frauds Section
5  VERONICA DRAGALIN (Cal. Bar No. 281370)
   Assistant United States Attorneys
6  Public Corruption and Civil Rights Section
        1500 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone: (213) 894-0647
        Facsimile: (213) 894-0141
9       E-mail:    katherine.rykken@usdoj.gov
                   veronica.dragalin@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12                    UNITED STATES DISTRICT COURT

13             FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,          No. CR 18-121(A)-SJO

15         Plaintiff,                 GOVERNMENT'S REQUEST FOR JUDICIAL
                                      NOTICE 1
16            v.
                                      Trial Date:   Nov. 12, 2019
17 CARLOS FERNANDEZ, and              Trial Time:    8:30 a.m.
   EDWARD ARAO,                       Location:      Courtroom of the Hon.
18                                                   S. James Otero
           Defendants.
19

20

21      Plaintiff United States of America, by and through its counsel

22 of record, the United States Attorney for the Central District of

23 California and Assistant United States Attorneys KATHERINE A.

24 RYKKEN, hereby requests that the Court take judicial notice of the

25 //

26 //

27

28

                                    1

1  following facts to be read to the jury during the trial of this

2  matter, and to be introduced as an exhibit.

3   Dated: November 11, 2019          Respectfully submitted,

4                                     NICOLA T. HANNA
                                       United States Attorney
5
                                       BRANDON D. FOX
6                                      Assistant United States Attorney
                                       Chief, Criminal Division
7

8                                      _____
                                       KATHERINE A. RYKKEN
9                                      VERONICA DRAGALIN
                                       Assistant United States Attorney
10
                                       Attorneys for Plaintiff
11                                     UNITED STATES OF AMERICA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       2

1                                   **JUDICIAL NOTICE 1**

2     At all times relevant to the indictment, specifically, between

3 July 10, 2015 and December 27, 2017:

4     1.   California law prohibited the manufacturing, importing

5 into the state for sale, keeping for sale, offering or exposing for

6 sale, giving, or lending an off-Roster firearm to the general

7 public.

8     2.   California law permitted the selling of "off-Roster"

9 firearms to exempted parties, including sworn members of police

10 departments and other law enforcement agencies for use in the

11 discharge of their official duties.

12     3.   California law permitted the selling of "off-Roster"

13 firearms through a private party transfer.  A private party transfer

14 occurred when the transferor and the transferee of the firearm were

15 not licensed firearms dealers.

16

17

18

19

20

21

22

23

24

25

26

27

28