```
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorney
Major Frauds Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0647
     Facsimile: (213) 894-0141
     E-mail:    katherine.rykken@usdoj.gov
                veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-121(A)-SJO |
|---|---|
| Plaintiff, | STIPULATION REGARDING SPANISH TRANSLATION OF TRIAL EXHIBITS |
| v. | Trial Date: Nov. 12, 2019 |
| CARLOS FERNANDEZ, and EDWARD ARAO, | Trial Time: 8:30 a.m. Location: Courtroom of the Hon. S. James Otero |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys KATHERINE A. RYKKEN, and defendant CARLOS FERNANDEZ, by and through his counsel of record, and defendant EDWARD ARAO, by and through his counsel of record, hereby submit this joint stipulation to be read to the jury during the trial of this matter.

**STIPULATION**

Certain government exhibits are records containing original content in the Spanish language. A Spanish translator prepared English translations of relevant portions of the exhibits.

The parties agree that the English translation from the Spanish language, as reflected in the exhibits to be introduced at trial, is correct and accurate.

The parties stipulate and agree that this stipulation may be received as evidence at trial for all purposes without objection.

IT IS SO STIPULATED.

Dated: November 9, 2019          Respectfully submitted,

                                 NICOLA T. HANNA
                                 United States Attorney

                                 BRANDON D. FOX
                                 Assistant United States Attorney
                                 Chief, Criminal Division

                                 _____
                                 KATHERINE A. RYKKEN
                                 VERONICA DRAGALIN
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA


Dated: November 11, 2019          /s/ via e-mail authorization
                                 _____
                                 AMBROSIO RODRIGUEZ
                                 Attorneys for Defendant
                                 CARLOS FERNANDEZ


Dated: November   , 2019

                                 _____
                                 CARLOS FERNANDEZ
                                 Defendant

```
Dated: November 11, 2019          /s/ via e-mail authorization
                                  EDWARD ROBINSON
                                  LISA HOULE
                                  RACHAEL ROBINSON
                                  Attorneys for Defendant
                                  EDWARD ARAO


Dated: November 12, 2019          x [signature]
                                  _____
                                  EDWARD ARAO
                                  Defendant
```