NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorney
Major Frauds Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0647
     Facsimile: (213) 894-0141
     E-mail:    katherine.rykken@usdoj.gov
                veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-121(A)-SJO |
|---|---|
| Plaintiff, | STIPULATION REGARDING ADMISSIBILITY AND AUTHENTICITY OF TRIAL EXHIBITS |
| v. | |
| CARLOS FERNANDEZ, and EDWARD ARAO, | Trial Date: Nov. 12, 2019<br>Trial Time: 8:30 a.m.<br>Location: Courtroom of the Hon. S. James Otero |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys KATHERINE A. RYKKEN, and defendant CARLOS FERNANDEZ, by and through his counsel of record, and defendant EDWARD ARAO, by and through his counsel of record, hereby agree and stipulate as follows:

1. The following exhibits are true and accurate copies as described below; are from the sources listed below; are to be admitted as soon as the jury is sworn without the need for additional foundation or authentication; and can be used by any party for any purpose, including to prove the truth of the matter asserted in the exhibits, except as limited by the Court:

| EXHIBIT | DESCRIPTION | SOURCE |
|---|---|---|
| 1 | DMV record for Carlos Fernandez | California DMV |
| 2 | DMV record for Edward Arao | California DMV |
| 3 | DMV record for Bianca Ibarria | California DMV |
| 4 | DMV record for Adalberto Pelayo | California DMV |
| 5 | DMV record for Oscar Camacho Sr. | California DMV |
| 6 | DMV record for Oscar Camacho Jr. | California DMV |
| 7 | DMV record for Rafael Camacho Maravilla | California DMV |
| 8 | DMV record for Raul Cervantes Corona | California DMV |
| 9 | DMV record for Mario Ramirez | California DMV |
| 10 | All Charged Fernandez Firearm Transactions summary chart | Public records (AFS/4473); Agent testimony |
| 11 | All Charged Arao Firearm Transactions summary chart | Public records (AFS/4473); Agent testimony |
| 12 | Fernandez summary chart (days) | Public records (AFS/4473); Agent testimony |
| 13 | Fernandez summary graph (days) | Public records (AFS/4473); Agent testimony |

| EXHIBIT | DESCRIPTION | SOURCE |
|---|---|---|
| 14 | Fernandez summary graph (off-roster) | Public records (AFS/4473); Agent testimony |
| 15 | Fernandez summary chart (make/model) | Public records (AFS/4473); Agent testimony |
| 16 | Arao summary chart (days) | Public records (AFS/4473); Agent testimony |
| 17 | Arao summary graph (days) | Public records (AFS/4473); Agent testimony |
| 18 | Arao summary graph (off-Roster) | Public records (AFS/4473); Agent testimony |
| 19 | Arao summary graph (multiple purchases) | Public records (AFS/4473); Agent testimony |
| 20 | Negative Federal Firearms License Certification for Fernandez | Public record (ATF) |
| 21 | Negative Federal Firearms License Certification for Arao | Public record (ATF) |
| 22 | Firearms Federal License Certification for Ronin Tactical | Public record (ATF) |
| 23 | Federal Firearms License Certification for Ammo Brothers | Public record (ATF) |
| 24 | Federal Firearms License Certification for Turner's Outdoorsman | Public record (ATF) |
| 25 | Ronin Tactical FFL Application | Public record (ATF) |
| 26 | Ronin Tactical Federal Firearms License for Dealing | Public record (ATF) |
| 27 | 4473 Forms for Fernandez Purchases (combined) | Public record (ATF) |
| 28 | Fernandez DROS for Overt Act 54 transaction | Public record (CA DOJ) |

| EXHIBIT | DESCRIPTION | SOURCE |
|---|---|---|
| 29 | Fernandez AFS Records Summary Chart | Public record (AFS) |
| 30 | 4473 Forms for Arao Purchases (combined) | Public record (ATF) |
| 31 | Arao AFS Records Summary Chart | Public record (AFS) |
| 32 | Ronin Tactical Acquisitions & Disposition Record Book | Public record (ATF) |
| 33 | Fernandez summary chart (transfers through Ronin Tactical) | Public records (AFS/4473); Agent testimony |
| 35 | Kirkpatrick Arms Business Record | Business record 902(11) (Kirkpatrick) |
| 36 | Gunarama Business Record | Business record 902(11) (Gunarama) |
| 37 | Whittier Loan & Jewelry Business Record | Business record 902(11) (Whittier) |
| 38 | Able's Sporting Business Record | Business record 902(11) (Able's Sporting) |
| 39 | Davidson's Business Record | Business record 902(11) (Davidson's) |
| 40 | @the38superman Instagram subscriber record | Business record 902(11) (Instagram) |
| 41 | @ronintactical Instagram subscriber record | Business record 902(11) (Instagram) |
| 53A | March 16, 2016 Direct messages between @the38superman and @ceferino1991 (summary and translation) | Business record 902(11) (Instagram) |
| 53B | March 16, 2016 Direct messages between @the38superman and @ceferino1991 (Instagram business record) | Business record 902(11) (Instagram) |
| 54 | April 7, 2016 Direct messages between @the38superman and @kmp_760 (Instagram business record) | Business record 902(11) (Instagram) |

| EXHIBIT | DESCRIPTION | SOURCE |
|---|---|---|
| 55 | May 31, 2016 Direct messages between @the38superman and @cesar_vivas (Instagram business record) | Business record 902(11) (Instagram) |
| 56 | September 23, 2016 Direct messages between @the38superman and @titomaldonadoik (Instagram business record) | Business record 902(11) (Instagram) |
| 57 | February 9, 2017 Direct messages between @the38superman and @30.d.marcial (Instagram business record) | Business record 902(11) (Instagram) |
| 58 | May 28, 2017 Direct messages between @the38superman and @chuck_562 (Instagram business record) | Business record 902(11) (Instagram) |
| 59 | June 12, 2017 Direct messages between @the38superman and @ramon.a45 (Instagram business record) | Business record 902(11) (Instagram) |
| 91 | Fernandez Chase bank account record | Business record 902(11) (Chase bank) |
| 92 | Fernandez summary chart (cash deposits) | Business record 902(11) (Chase bank); Agent testimony |
| 94 | Chase statement for July 8, 2016 to August 4, 2016 | Business record 902(11) (Chase bank) |
| 95 | Fernandez AT&T Subscriber Records | Business record 902(11) (AT&T) |
| 96 | Camacho Jr. AT&T Subscriber Records | Business record 902(11) (AT&T) |
| 97 | Summary Chart of Calls between Fernandez and Cervantes-Corona | Business record 902(11) (AT&T) |
| 98 | Excerpt of AT&T Records of Fernandez and Cervantes-Corona Calls | Business record 902(11) (AT&T) |
| 99 | Fernandez and Camacho Jr. Calls Summary Chart | Business record 902(11) (AT&T) |

| EXHIBIT | DESCRIPTION | SOURCE |
|---|---|---|
| 100 | Excerpt of AT&T Records of Fernandez and Camacho Jr. Calls (business record) | Business record 902(11) (AT&T) |
| 103 | February 11, 2016 Pelayo Dealer's Record of Sale of Firearm Denial | Public record (CA DOJ) |
| 104 | Screenshot of Pelayo Instagram account (@bp_693) | Witness testimony |
| 105 | July 24, 2016 4473 Form completed by Ibarria | Public record (ATF) |
| 106 | July 24, 2016 Receipt from Turner's Outdoorsman | Business record 902(11) (Turner's) |
| 107 | August 3, 2016 Pelayo Instagram post | Witness testimony |
| 108 | August 26, 2016 Pelayo Instagram video post | Witness testimony |
| 108A | Screenshot of Exhibit 108 video | Witness testimony |
| 109 | Photographs from Pelayo search warrant | Witness testimony |
| 113 | December 12, 2016 Text messages from Cervantes-Corona to Ramirez | Witness testimony |
| 114 | December 12, 2016 Form 4473 completed by Cervantes-Corona | Public record (ATF) |
| 115 | Photograph of Cervantes-Corona's firearm purchased on December 12, 2016 (serial number 2933158) | Witness testimony |
| 116 | Photograph of Ramirez firearm purchased on December 12, 2016 (serial number 38SS09149) | Witness testimony |
| 118 | Summary Chart of Camachos Transactions | Public records (AFS/4473); Agent testimony |
| 119 | October 21, 2011 Camacho Jr. Certified Conviction Record | Public record |

| EXHIBIT | DESCRIPTION | SOURCE |
|---|---|---|
| 120 | December 20, 2017 Photographs from search of Camacho residence (identification and mail) | Agent testimony |
| 121 | December 20, 2017 Photographs from search of Camacho residence (two phones) | Agent testimony |
| 122 | Camacho Jr. iPhone 7 (physical exhibit) | Agent testimony |
| 123 | Camacho Jr. iPhone 7 Plus (physical exhibit) | Agent testimony |
| 125 | Firearm found at Camacho residence (SN: 36756) (physical exhibit) | Agent testimony |
| 126 | Firearm found at Camacho residence (SN: 38SS05430) (physical exhibit) | Agent testimony |
| 127 | Firearm found at Camacho residence (SN: ELCEN8536) (physical exhibit) | Agent testimony |
| 128 | Firearm found at Camacho residence (SN: MHE252) (physical exhibit) | Agent testimony |
| 129 | Firearm found at Camacho residence (SN: 2933159) (physical exhibit) | Agent testimony |
| 130 | Firearm found at Camacho residence (SN: 38SS09144) (physical exhibit) | Agent testimony |
| 131 | Firearm found at Camacho residence (SN: 38SS09196) (physical exhibit) | Agent testimony |
| 132 | Firearm found at Camacho residence (SN: MU24832) (physical exhibit) | Agent testimony |
| 133 | Firearm found at Camacho residence (SN: 27057LW) (physical exhibit) | Agent testimony |

| EXHIBIT | DESCRIPTION | SOURCE |
|---|---|---|
| 134A | May 29, 2016 comment from @the38Superman to @calichilivin (summary and translation) | Business record 902(11) (Instagram) |
| 134B | May 29, 2016 comment from @the38Superman to @calichilivin (Instagram business record) | Business record 902(11) (Instagram) |
| 135 | May 31, 2016 Direct Message from @the38superman (screenshot from Camacho Jr. phone) | Agent testimony |
| 136A | June 2, 2016 Text Message between Fernandez and Camacho Jr. (summary) | Agent testimony |
| 136B | June 2, 2016 Text Message between Fernandez and Camacho Jr. | Agent testimony |
| 137 | June 2, 2016 Form 4473 completed by Camacho Sr. | Public record (ATF) |
| 138 | June 19, 2016 Video from Camacho Jr. Phone | Agent testimony |
| 138A | Screenshot from Exhibit 138 | Agent testimony |
| 139 | June 19, 2016 Photograph from Camacho Jr. Phone | Agent testimony |
| 140 | June 25, 2016 Photographs from Camacho Jr. Phone | Agent testimony |
| 141 | Evidence Photograph of Firearm with serial number 36756 | Agent testimony |
| 142 | Evidence Photograph of Firearm with serial number 38SS05430 | Agent testimony |
| 143 | October 10, 2016 Text messages between Fernandez and Camacho Jr. (screenshot from Camacho Jr. phone) | Agent testimony |
| 145A | November 7-8, 2016 Text messages between Fernandez and Camacho Jr. (summary and translation) | Agent testimony |

| EXHIBIT | DESCRIPTION | SOURCE |
|---|---|---|
| 145B | November 7-8, 2016 Text messages between Fernandez and Camacho Jr. | Agent testimony |
| 146 | November 8, 2016 Form 4473 completed by Camacho Sr. | Public record (ATF) |
| 148A | November 19, 2016 Instagram comment from @the38superman (summary and translation) | Business record 902(11) (Instagram) |
| 148B | November 19, 2016 Instagram comment from @the38superman (Instagram business record) | Business record 902(11) (Instagram) |
| 149 | December 29, 2016 Video of four firearms from Camacho Jr. phone | Agent testimony |
| 149A | Screenshot from Exhibit 149 | Agent testimony |
| 150 | Evidence Photograph of Firearm with serial number ELCEN8536 | Agent testimony |
| 151 | November 26, 2016 video of gun with serial number MHE252 from Camacho Jr. phone | Agent testimony |
| 151A | Screenshot from Exhibit 151 | Agent testimony |
| 152 | August 14, 2017 photograph from Camacho Jr. phone | Agent testimony |
| 153 | Evidence Photograph of Firearm with serial number MHE252 | Agent testimony |
| 154 | November 18, 2016 Photograph from Camacho Jr. Phone | Agent testimony |
| 156 | December 15, 2016 Form 4473 completed by Camacho Maravilla | Public record (ATF) |
| 157 | December 15, 2016 Video from Camacho Jr. phone | Agent testimony |
| 157A | Screenshot of Exhibit 157 | Agent testimony |
| 158 | Evidence photograph of box for firearm with serial number NMS0167 | Agent testimony |
| 160 | December 16, 2016 Form 4473 completed by Camacho Maravilla | Public record (ATF) |

| EXHIBIT | DESCRIPTION | SOURCE |
|---|---|---|
| 161 | Evidence Photographs of Firearm with serial number 2933159 | Agent testimony |
| 162 | Evidence Photographs of Firearm with serial number 38SS09144 | Agent testimony |
| 163 | Evidence Photographs of Firearm with serial number 38SS09196 | Agent testimony |
| 165 | December 19, 2016 Form 4473 completed by Camacho Maravilla | Public record (ATF) |
| 167 | January 3, 2017 Text message between Fernandez and Camacho Jr. | Agent testimony |
| 168 | Evidence Photographs of Firearm with serial number MU24832 | Agent testimony |
| 169A | March 24, 2017 Text Messages between Fernandez and Camacho Jr. (summary and translation) | Agent testimony |
| 169B | March 24, 2017 Text Messages between Fernandez and Camacho Jr. | Agent testimony |
| 171A | May 27, 2017 Text Messages between Fernandez and Camacho Jr. (summary and translation) | Agent testimony |
| 171B | May 27, 2017 Text Messages between Fernandez and Camacho Jr. | Agent testimony |
| 172A | June 23, 2017 Direct Messages between Fernandez and Camacho Jr. (summary and translation) | Business record 902(11) (Instagram) |
| 172B | June 23, 2017 Direct Messages between Fernandez and Camacho Jr. | Business record 902(11) (Instagram) |
| 173A | June 30, 2017 Direct Messages between Fernandez and Camacho Jr. (summary and translation) | Business record 902(11) (Instagram) |
| 173B | June 30, 2017 Direct Messages between Fernandez and Camacho Jr. | Business record 902(11) (Instagram) |

| EXHIBIT | DESCRIPTION | SOURCE |
|---|---|---|
| 174A | July 7, 2017 Text Messages between Fernandez and Camacho Jr. (summary and translation) | Business record 902(11) (Instagram) |
| 174B | July 7, 2017 Text Messages between Fernandez and Camacho Jr. | Business record 902(11) (Instagram) |
| 175A | July 10, 2017 Text Messages between Fernandez and Camacho Jr. (summary and translation) | Business record 902(11) (Instagram) |
| 175B | July 10, 2017 Text Messages between Fernandez and Camacho Jr. | Business record 902(11) (Instagram) |
| 176A | July 28-29, 2017 Text Messages between Fernandez and Camacho Jr. (summary and translation) | Business record 902(11) (Instagram) |
| 176B | July 28-29, 2017 Text Messages between Fernandez and Camacho Jr. | Business record 902(11) (Instagram) |
| 177 | July 29, 2017 Form 4473 completed by Camacho Sr. | Public record (ATF) |
| 178 | July 29, 2017 Video from Camacho Jr. Phone | Agent testimony |
| 179 | August 13, 2017 @the38Superman Instagram comment | Agent testimony |
| 180A | August 22, 2017 @calichilivin Instagram post (summary and translation) | Agent testimony |
| 180B | August 22, 2017 @calichilivin Instagram post | Agent testimony |
| 181 | Evidence Photographs of Firearm with serial number 27057LW | Agent testimony |
| 182A | August 22, 2017 Text Messages between Fernandez and Camacho Jr. (summary and translation) | Agent testimony |
| 182B | August 22, 2017 Text Messages between Fernandez and Camacho Jr. | Agent testimony |

| EXHIBIT | DESCRIPTION | SOURCE |
|---|---|---|
| 183A | August 30, 2017 Text Messages between Fernandez and Camacho Jr. (summary and translation) | Agent testimony |
| 183B | August 30, 2017 Text Messages between Fernandez and Camacho Jr. | Agent testimony |
| 185 | March 31, 2017 ATF Letter to Local Law Enforcement | Agent testimony |
| 190 | Fernandez Personnel Record from Gardena Police Department [current employment] | Business record 902(11) (Gardena PD) |
| 195 | Arao Personnel Record from Gardena Police Department [current employment] | Business record 902(11) (Gardena PD) |
| 196 | Gunbroker Business Record Excerpt | Business record 902(11) (Gunbroker) |

2. The following exhibits are accurate copies of records and the parties stipulate to their authenticity, chain of custody, and/or foundation; defendants reserve the right to object to the admissibility of these exhibits[1]:

| EXHIBIT | DESCRIPTION | SOURCE |
|---|---|---|
| 42 | @ronintactical screenshots of Instagram posts | Agent testimony |
| 43 | @the38superman screenshots of Instagram posts | Agent testimony |
| 43A | Translation of profile picture | Business record 902(11) (Instagram) |
| 43B | Translation of Instagram post (1) | Business record 902(11) (Instagram) |

---

[1] Specifically, defendants reserve the objections made in the pre-trial motions *in limine* and do not hereby waive those objections and arguments with respect to admissibility.

| EXHIBIT | DESCRIPTION | SOURCE |
|---|---|---|
| 43C | Translation of Instagram post (2) | Business record 902(11) (Instagram) |
| 43D | Translation of Instagram post (3) | Business record 902(11) (Instagram) |
| 43E | Translation of Instagram post (4) | Business record 902(11) (Instagram) |
| 44 | @the38superman Instagram business records posts (with translations) | Business record 902(11) (Instagram) |
| 45A | August 15, 2017 Direct messages between @the38superman and @flowers4jr (summary) | Business record 902(11) (Instagram) |
| 45B | August 15, 2017 Direct messages between @the38superman and @flowers4jr (Instagram business record) | Business record 902(11) (Instagram) |
| 46A | August 12, 2017 Direct messages between @the38superman and @miguel_marquez16 (summary with translation) | Business record 902(11) (Instagram) |
| 46B | August 12, 2017 Direct messages between @the38superman and @miguel_marquez16 (Instagram business record) | Business record 902(11) (Instagram) |
| 47A | June 11, 2017 Direct messages between @the38superman and @jr_777exotics (summary with translation) | Business record 902(11) (Instagram) |
| 47B | June 11, 2017 Direct messages between @the38superman and @jr_777exotics (Instagram business record) | Business record 902(11) (Instagram) |
| 48A | June 12, 2017 direct messages between @the38superman and @jr_777exotics (summary) | Business record 902(11) (Instagram) |
| 48B | June 12, 2017 direct messages between @the38superman and @jr_777exotics (Instagram business record) | Business record 902(11) (Instagram) |

| EXHIBIT | DESCRIPTION | SOURCE |
|---|---|---|
| 49A | April 1, 2016 Direct messages between @the38superman and @vargas_556 (summary and translation) | Business record 902(11) (Instagram) |
| 49B | April 1, 2016 Direct messages between @the38superman and @vargas_556 (Instagram business record) | Business record 902(11) (Instagram) |
| 50A | May 31, 2016 Direct messages between @the38superman and @elvis_gomez22 (summary) | Business record 902(11) (Instagram) |
| 50B | May 31, 2016 Direct messages between @the38superman and @elvis_gomez22 (Instagram business record) | Business record 902(11) (Instagram) |
| 51A | August 2, 2017 Direct messages between @the38superman and @elpotrilloo (summary and translation) | Business record 902(11) (Instagram) |
| 51B | August 2, 2017 Direct messages between @the38superman and @elpotrilloo (Instagram business record) | Business record 902(11) (Instagram) |
| 52A | June 12, 2017 Direct messages between @the38superman and @manjarrezhumberto92 (summary and translation) | Business record 902(11) (Instagram) |
| 52B | June 12, 2017 Direct messages between @the38superman and @manjarrezhumberto92 (Instagram business record) | Business record 902(11) (Instagram) |
| 63 | July 10, 2017 Direct messages between @the38superman and @marcoov.21 (Instagram business record) | Business record 902(11) (Instagram) |
| 64 | June 28, 2017 Direct messages between @the38superman and @adrian_93suello (Instagram business record) | Business record 902(11) (Instagram) |

| EXHIBIT | DESCRIPTION | SOURCE |
|---|---|---|
| 65 | June 24, 2017 Direct messages between @the38superman and @rob_chevy454ss (Instagram business record) | Business record 902(11) (Instagram) |
| 66 | June 15, 2017 Direct messages between @the38superman and @hidalgo1030 (Instagram business record) | Business record 902(11) (Instagram) |
| 67 | April 7, 2016 Direct messages between @the38superman and @kmp_760 (Instagram business record) | Business record 902(11) (Instagram) |
| 68 | July 1, 2017 Direct messages between @the38superman and @toe.knee.rc.ga (Instagram business record) | Business record 902(11) (Instagram) |
| 69 | June 15, 2017 Direct messages between @the38superman and @hidalgo1030 (Instagram business record) | Business record 902(11) (Instagram) |
| 70 | May 31, 2017 Direct messages between @the38superman and @jesuslua (Instagram business record) | Business record 902(11) (Instagram) |
| 71 | April 7, 2016 Direct messages between @the38superman and @kmp_760 (Instagram business record) | Business record 902(11) (Instagram) |
| 72 | June 30, 2017 Direct messages between @the38superman and @okcruz31 (Instagram business record) | Business record 902(11) (Instagram) |
| 73 | June 18, 2017 Direct messages between @the38superman and @eldlakush (Instagram business record) | Business record 902(11) (Instagram) |
| 74 | June 28, 2017 Direct messages between @the38superman and @real_deal (Instagram business record) | Business record 902(11) (Instagram) |

| EXHIBIT | DESCRIPTION | SOURCE |
|---|---|---|
| 75 | August 6, 2016 email re Fwd: FFL for Carlos Fernandez | Business record 902(11) (Microsoft) |
| 76 | June 7, 2016 email re Fwd: Gun | Business record 902(11) (Microsoft) |
| 77 | June 2, 2017 email re: Question regarding GunBroker.com Item #650024859 | Business record 902(11) (Microsoft) |
| 78 | August 3, 2016 email re Question regarding GunBroker.com Item 574314170 | Business record 902(11) (Microsoft) |
| 79 | October 9, 2016 email re colt.38 Super | Business record 902(11) (Microsoft) |
| 80A | June 25, 2016 email re [blank] (summary and translation) | Business record 902(11) (Microsoft) |
| 80B | June 25, 2016 email re [blank] | Business record 902(11) (Microsoft) |
| 81 | August 9, 2016 email re Info | Business record 902(11) (Microsoft) |
| 82 | May 10, 2016 email re Colt MKIV commander | Business record 902(11) (Microsoft) |
| 83 | August 26, 2016 email re .38 super | Business record 902(11) (Microsoft) |
| 84 | May 10, 2016 email re Ontario gun show | Business record 902(11) (Microsoft) |
| 85A | December 5, 2016 email re .38 super | Business record 902(11) (Microsoft) |
| 85B | December 5, 2016 email re .38 super (summary and translation) | Business record 902(11) (Microsoft) |
| 86 | *Intentionally omitted* | Business record 902(11) (Microsoft) |
| 87A | August 1, 2016 email re Colts (summary and translation) | Business record 902(11) (Microsoft) |
| 87B | August 1, 2016 email re Colts | Business record 902(11) (Microsoft) |
| 88 | September 18, 2016 email re [blank] | Business record 902(11) (Microsoft) |

| EXHIBIT | DESCRIPTION | SOURCE |
|---|---|---|
| 89A | March 5, 2017 email re Fusca to Bryan Zavala (summary and translation) | Business record 902(11) (Microsoft) |
| 89B | March 5, 2017 email re Fusca to Bryan Zavala | Business record 902(11) (Microsoft) |
| 90 | June 11, 2017 email re Colt | Business record 902(11) (Microsoft) |
| 144 | November 7, 2016 Text message between Camacho Jr. and CC1 | Agent testimony |
| 147 | November 8, 2016 Text messages between Camacho Jr. and CC1 | Agent testimony |
| 155 | November 23, 2016 Text messages between Camacho Jr. and CC1 | Agent testimony |
| 159 | December 15, 2016 Text messages between Camacho Jr. and CC1 | Agent testimony |
| 164 | December 15, 2016 Text messages between Camacho Jr. and CC1 | Agent testimony |
| 166 | January 3, 2017 Text message between Camacho Jr. and CC1 | Agent testimony |
| 197A | November 7, 2016 Text Messages between Camacho Jr. and CC-1 (summary and translation) | Agent testimony |
| 197B | November 7, 2016 Text Messages between Camacho Jr. and CC-1 | Agent testimony |
| 198A | November 23, 2016 Text Messages between Camacho Jr. and CC-1 (summary and translation) | Agent testimony |
| 198B | November 23, 2016 Text Messages between Camacho Jr. and CC-1 (summary and translation) | Agent testimony |
| 199A | December 15, 2016 Text Messages between Camacho Jr. and CC-1 (summary and translation) | Agent testimony |
| 199B | December 15, 2016 Text Messages between Camacho Jr. and CC-1 | Agent testimony |
| 200A | December 15, 2016 Text Messages between Camacho Jr. and CC-1 (summary and translation) | Agent testimony |

| EXHIBIT | DESCRIPTION | SOURCE |
|---|---|---|
| 200B | December 15, 2016 Text Messages between Camacho Jr. and CC-1 | Agent testimony |
| 201A | January 3, 2017 Text Messages between Camacho Jr. and CC-1 (summary and translation) | Agent testimony |
| 201B | January 3, 2017 Text Messages between Camacho Jr. and CC-1 | Agent testimony |

IT IS SO STIPULATED.

Dated: November 9, 2019              Respectfully submitted,

                                     NICOLA T. HANNA
                                     United States Attorney

                                     BRANDON D. FOX
                                     Assistant United States Attorney
                                     Chief, Criminal Division

                                     /s/ Veronica Dragalin
                                     KATHERINE A. RYKKEN
                                     VERONICA DRAGALIN
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

Dated: November    , 2019
                                     AMBROSIO RODRIGUEZ
                                     Attorneys for Defendant
                                     CARLOS FERNANDEZ

Dated: November    , 2019

                                     CARLOS FERNANDEZ
                                     Defendant

18

Dated: November 12, 2019

_____
EDWARD ROBINSON
LISA HOULE
RACHAEL ROBINSON
Attorneys for Defendant
EDWARD ARAO

Dated: November 12, 2019

_____
EDWARD ARAO
Defendant