UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 18-00121 (A) SJO |
| Date | November 12, 2019 |

Present: The Honorable  S. James Otero

Interpreter  Not Required

| Victor Paul Cruz | Anne Keilwasser | Katherine A. Rykken / Veronica Dragalin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Carlos Miguel Fernandez | xx | | xx | Ambrosio Eduardo Rodriguez<br>Michael J. Hanagan | xx | | xx |
| 2) Edward Yasushiro Arao | xx | | xx | Edward M. Robinson<br>Rachael A. Robinson<br>Lisa Victoria Houle | xx | | xx |

___ Day COURT TRIAL    1st Day JURY TRIAL

- xx  The Jury is impaneled and sworn.
- xx  Opening statements made by  Government; Defendant (1) Fernandez reserves opening; (2) Arao
- xx  Witnesses called, sworn and testified.
- xx  Exhibits identified    xx  Exhibits admitted
- ___ Government rests.    Defendant(s) ___ rest.
- Motion for mistrial by ___ is ___ granted ___ denied ___ submitted
- Motion for judgment of acquittal (FRCrP 29) ___ is ___ granted ___ denied ___ submitted
- Closing arguments made ___   Court instructs jury ___   Bailiff sworn ___
- Alternates excused ___   Jury retires to deliberate ___   Jury resumes deliberations ___
- Finding by Court as follows:    Jury Verdict as follows:
- Dft # ___ Guilty on count(s) ___    Not Guilty on count(s) ___
- Jury polled ___    Polling waived ___
- Filed Witness & Exhibit lists ___   Filed Jury notes ___   Filed Jury Instructions ___   Filed Jury Verdict ___
- Dft # all   Referred to Probation Office for Investigation & Report and continued to ___ for sentencing.
- Dft # ___ remanded to custody.   Remand/Release# ___ issd.   Dft # ___ released from custody.
- Bond exonerated as to Dft # ___
- x  Case continued to  11/13/19 @ 8:30 a.m.  for further trial/further jury deliberation.

Other: The Court grants the government's Motion in Limine to Admit Defendant Statements (ECF No. 185) and the MOTION in Limine to Admit Firearms Records (ECF No. 186), for the reasons stated on the record. The Court denys as moot, the MOTION in Limine to Limit Expert Testimony (ECF No. 192) because the Court has been advised that the parties have resolved these issues. The Court grants government's ex parte application to dismiss certain counts (ECF No.228). Witnesses Raul Cervantes and David Hamilton are called, sworn and testify.

: 5/19

Initials of Deputy Clerk  vpc