UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 18-00121 (A) SJO |
| Date | November 13, 2019 |

Present: The Honorable   S. James Otero

Interpreter   Not Required

| Victor Paul Cruz | Anne Keilwasser | Katherine A. Rykken / Veronica Dragalin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Carlos Miguel Fernandez | xx | | xx | Ambrosio Eduardo Rodriguez<br>Michael J. Hanagan | xx | | xx |
| 2) Edward Yasushiro Arao | xx | | xx | Edward M. Robinson<br>Rachael A. Robinson<br>Lisa Victoria Houle | xx | | xx |

____ Day COURT TRIAL       2nd Day JURY TRIAL

____ The Jury is impaneled and sworn.

____ Opening statements made by ____

xx  Witnesses called, sworn and testified.

xx  Exhibits identified       xx  Exhibits admitted

____ Government rests.       Defendant(s) ____ rest.

____ Motion for mistrial by ____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) ____ is ____ granted ____ denied ____ submitted

____ Closing arguments made       ____ Court instructs jury       ____ Bailiff sworn

____ Alternates excused       ____ Jury retires to deliberate       ____ Jury resumes deliberations

____ Finding by Court as follows:       ____ Jury Verdict as follows:

Dft # ____ Guilty on count(s) ____       ____ Not Guilty on count(s) ____

____ Jury polled       ____ Polling waived

____ Filed Witness & Exhibit lists       ____ Filed Jury notes       ____ Filed Jury Instructions       ____ Filed Jury Verdict

____ Dft #  all  Referred to Probation Office for Investigation & Report and continued to ____ for sentencing.

____ Dft # ____ remanded to custody.       Remand/Release# ____ issd.       Dft # ____ released from custody.

____ Bond exonerated as to Dft # ____

x   Case continued to   11/14/19 @ 8:30 a.m.   for further trial/further jury deliberation.

Other:  Witnesses David Hamilton and Tolliver Hart are called, sworn and testify. The Court excuses alternate juror #1.

                                                                                        : 2/10

Initials of Deputy Clerk   vpc