NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorney
Major Frauds Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0647
     Facsimile: (213) 894-0141
     E-mail:    katherine.rykken@usdoj.gov
                veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

November 12, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-121(A)-SJO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CARLOS MIGUEL FERNANDEZ, | |
| Defendant. | |

Having considered the government's <u>ex parte</u> application, it is HEREBY ORDERED THAT, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Counts Five, Six, Eight, and Nine of the First

///

///

///

///

///

Superseding Indictment in the above-captioned case are DISMISSED WITH PREJUDICE, as to defendant CARLOS MIGUEL FERNANDEZ.

IT IS SO ORDERED.

November 12, 2019
_____
DATE

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Presented by:

  */s/*
_____
KATHERINE A. RYKKEN
Assistant United States Attorney