UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 18-00121 (A) SJO |
| Date | November 14, 2019 |
| Present: The Honorable | S. James Otero |
| Interpreter | Not Required |

| Victor Paul Cruz | Anne Keilwasser | Katherine A. Rykken / Veronica Dragalin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Carlos Miguel Fernandez | xx | | xx | Ambrosio Eduardo Rodriguez | xx | | xx |
| 2) Edward Yasushiro Arao | xx | | xx | Edward M. Robinson / Rachael A. Robinson / Lisa Victoria Houle | xx | | xx |

| | Day COURT TRIAL | 3rd | Day JURY TRIAL |
|---|---|---|---|

    The Jury is impaneled and sworn.
    Opening statements made by
xx  Witnesses called, sworn and testified.
xx  Exhibits identified        xx  Exhibits admitted
    Government rests.        Defendant(s)                                                      rest.
    Motion for mistrial by _____ is _____ granted _____ denied _____ submitted
    Motion for judgment of acquittal (FRCrP 29) _____ is _____ granted _____ denied _____ submitted
    Closing arguments made        Court instructs jury        Bailiff sworn
    Alternates excused        Jury retires to deliberate        Jury resumes deliberations
    Finding by Court as follows:        Jury Verdict as follows:
Dft #         Guilty on count(s)                Not Guilty on count(s)
    Jury polled        Polling waived
    Filed Witness & Exhibit lists        Filed Jury notes        Filed Jury Instructions        Filed Jury Verdict
    Dft #  all  Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.
    Dft # _____ remanded to custody.   Remand/Release# _____ issd.   Dft # _____ released from custody.
    Bond exonerated as to Dft # _____
x   Case continued to  11/18/19 @ 10:30 a.m.  for further trial/further jury deliberation.

Other: Witnesses Tolliver Hart and Adalberto Pelayo are called, sworn and testify. The Court excuses juror #10.

                                                                        : 5/23
                                            Initials of Deputy Clerk    vpc