NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorney
Major Frauds Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0647
    Facsimile: (213) 894-0141
    E-mail:    katherine.rykken@usdoj.gov
                veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-121(A)-SJO |
| Plaintiff, | GOVERNMENT'S REQUEST RE: PROPOSED TRIAL INDICTMENT |
| v. | |
| CARLOS MIGUEL FERNANDEZ, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Katherine A. Rykken and Veronica Dragalin, hereby files its Request re: Proposed Trial Indictment. The government respectfully requests that the Court provide a copy of the Trial Indictment to the Jury to assist the Jury during its deliberations.

The government has "redacted" (i.e., removed) certain allegations in the Trial Indictment to address concerns raised by

defendant EDWARD ARAO in his motion to dismiss the indictment. Specifically, the government has removed any references to criminal statutes in the Introductory Allegations. The government has also removed the Introductory Allegations concerning California law, given that the Court has read the Judicial Notice regarding relevant California law in this case. Lastly, the government has removed counts 5, 6, 8, and 9, which the government moved to dismiss against defendant CARLOS FERNANDEZ before trial. The government has also removed count 12, which does not charge either defendant ARAO nor defendant FERNANDEZ.

Counsel for defendant ARAO has stated that defendant ARAO has no objection to the attached Proposed Trial Indictment.

As of the time of this filing, counsel for defendant CARLOS FERNANDEZ has not stated a position.

Dated: November 15, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

/s/ Veronica Dragalin
_____
KATHERINE A. RYKKEN
VERONICA DRAGALIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA