NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KATHERINE A. RYKKEN (Cal. Bar No. 267196)
Assistant United States Attorney
Major Frauds Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0647
     Facsimile: (213) 894-0141
     E-mail:    katherine.rykken@usdoj.gov
                veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS FERNANDEZ, and<br>EDWARD ARAO,<br><br>    Defendants. | No. CR 18-121(A)-SJO<br><br>REVISED PROPOSED VERDICT FORM<br><br>Trial Date:  Nov. 12, 2019<br>Trial Time:  8:30 a.m.<br>Location:    Courtroom of the<br>             Hon. S. James<br>             Otero |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys KATHERINE A. RYKKEN and VERONICA DRAGALIN, hereby submit the following Revised Proposed Verdict Form, which has been modified to remove verdicts as to

1

counts 5, 6, 8, and 9 of the First Superseding Indictment, which have been dismissed at the government's request.

Dated: November 15, 2019　　　　Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*/s/ Veronica Dragalin*
KATHERINE A. RYKKEN
VERONICA DRAGALIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>                v.<br><br>CARLOS FERNANDEZ, and<br>EDWARD ARAO,<br><br>           Defendants. | No. CR 18-121(A)-SJO<br><br>VERDICT FORM |

We, the Jury, in the above-entitled case, present the following verdict:

**COUNT ONE**

Question No. 1:   With respect to the offense charged in Count One of the Indictment, Conspiracy, in violation of 18 U.S.C. § 371, we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

\_\_\_\_\_     GUILTY

\_\_\_\_\_     NOT GUILTY

Question No. 2:   With respect to the offense charged in Count One of the Indictment, Conspiracy, in violation of 18 U.S.C. § 371, we, the Jury, in the above-entitled action, hereby unanimously find defendant EDWARD ARAO (check one):

\_\_\_\_\_     GUILTY

\_\_\_\_\_     NOT GUILTY

**COUNT TWO**

Question No. 3:   With respect to the offense charged in Count Two of the Indictment, Dealing in Firearms Without a License, in violation of 18 U.S.C. § 922(a)(1)(A), we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

\_\_\_\_\_     GUILTY

\_\_\_\_\_     NOT GUILTY

**COUNT THREE**

Question No. 4:   With respect to the offense charged in Count Three of the Indictment, Dealing in Firearms Without a License, in violation of 18 U.S.C. § 922(a)(1)(A), we, the Jury, in the above-entitled action, hereby unanimously find defendant EDWARD ARAO (check one):

\_\_\_\_\_      GUILTY

\_\_\_\_\_      NOT GUILTY

**COUNT FOUR**

Question No. 5:   With respect to the offense charged in Count Four of the Indictment, Conspiracy, in violation of 18 U.S.C. § 371, we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

\_\_\_\_\_      GUILTY

\_\_\_\_\_      NOT GUILTY

**COUNT SEVEN**

Question No. 8:   With respect to the offense charged in Count Seven of the Indictment, Disposal of a Firearm to a Prohibited Person on or about July 29, 2017, in violation of 18 U.S.C. § 922(d)(1), we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

\_\_\_\_\_      GUILTY

\_\_\_\_\_      NOT GUILTY

**COUNT TEN**

<u>Question No. 11</u>:   With respect to the offense charged in Count Ten of the Indictment, aiding and abetting a False Statement During the Purchase of a Firearm on or about July 29, 2017, in violation of 18 U.S.C. §§ 2 and 924(a)(1)(A), we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

　　　　_____    GUILTY

　　　　_____    NOT GUILTY

**COUNT ELEVEN**

<u>Question No. 12</u>:   With respect to the offense charged in Count Eleven of the Indictment, aiding and abetting a False Statement During the Purchase of a Firearm on or about July 24, 2016, in violation of 18 U.S.C. §§ 2 and 924(a)(1)(A), we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

　　　　_____    GUILTY

　　　　_____    NOT GUILTY

**(The foreperson should now sign and date this verdict form.)**

Dated: _____, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　FOREPERSON OF THE JURY