| S/A DUNCAN: | Oh, okay.  Did, uh, did, did Carlos know that you guys were, uh—I mean, what, what did he—I guess, uh, what was the arrangement that you guys had with Carlos?  Did he, did he know that—[Voices overlap] |
|---|---|
| PELAYO: | I mean, I mean, there was, there was just [U/I] for now and that was it. |
| S/A DUNCAN: | Oh, okay. |
| PELAYO: | I mean, I mean, I'm ex-, I didn't explain further.  You know?  [U/I] just, I just told him, oh okay well, one's for her.  The other one's was gonna be for me.  So, she and did the paperwork.  I was there with her.  I was taking care of my baby. |
| S/A DUNCAN: | Okay.  [Voices overlap] |
| PELAYO: | Yeah, it was pretty [U/I]. |

Case #:784065-17-0014  
Recording: 171117_0038  
Transcribed by: K. Seaton  
Reviewed by: A. Snyder

Page 10 of 21

USAO_032894

| S/A DUNCAN: | So, so, like I said man, this—you know, I don't—I'm not trying to freak you out or anything.   And I'm interested— [Voices overlap] |
|---|---|
| PELAYO: | [U/I].   It is a little, you know, I mean [U/I].   I'm trying to be as straight up with you guys as possible.   [Voices overlap] |
| S/A DUNCAN: | I know.   I'm interest, I'm interested in what, you know, what Carlos was doing so, so I just wanna… |
| PELAYO: | [U/I].   I mean, honestly, I'm a little concerned because he is my friend.   You know? |
| S/A DUNCAN: | Yeah.   [Voices overlap] |
| PELAYO: | He is a very close friend of mine.   And, and, you know, just to feel he's getting [U/I] is a little bit draining, too.   You know?   [Voices overlap] |
| S/A DUNCAN: | Yeah.   But—[Voices overlap] |
| PELAYO: | You know, I know, I know his wife.   I know his two kids.   I know his ex-wife.   So, it's a little, you know, like, what the heck is going on, you know? |
| S/A DUNCAN: | But at the same time, you need to, um, you know, worry about yourself too.   So, you know, all that…   So, just—I need to know exactly what Carlos knew.   So, did you, did you tell him, hey one of the guns is for me, one of the guns is for her, we're gonna put them under her name?   How did that go down?   [Voices overlap] |
| PELAYO: | No, I mean, I mean I didn't give him too many details.   You know. I just told him that, okay, [U/I] we're gonna get them and that was pretty much it.   You know? |

Case #:784065-17-0014
Recording: 171117_0038
Transcribed by: K. Seaton
Reviewed by: A. Snyder

Page 11 of 21

USAO_032895

| S/A DUNCAN: | Okay. |
|---|---|
| PELAYO: | That, that was, that was pretty much, you know, the conversation, that, uh—like, on itself only. Me and uh, my soon to be wife [U/I]. |
| S/A DUNCAN: | Gotcha. |
| S/A HART: | So, how did you decide which, uh, which firearms you were gonna get. Like, how did you…? Did he show you pictures? Or how did, how did you even know to, to get those, those two firearms. |
| PELAYO: | Um, [U/I]. I mean, I'm totally, I've known him forever so, we just—I basically told him what I kind of wanted. Or what she kind of wanted too. She wanted small for her and something like this for me. And that was it. And he was like, oh, I think I might have them. And he showed me a picture and that was it. |
| S/A DUNCAN: | Gotcha. |
| S/A HART: | All right. And then um, so you mentioned, you had, uh, had a DUI or something, you got in a little trouble over that. Did, did he know about that? Did you ever tell, tell Carlos about that? I know he's your good friend. [Voices overlap] |
| PELAYO: | Oh, I mean, I try to just keep [U/I]. So, kind of no one knows. Just my wife and my family. So, you know, yeah, I didn't. [U/I] to him. Well, I mean, I [U/I]. But not like, you know, something that's critical. It was something minor. You know? |

| S/A DUNCAN: | Yeah.   Uh, you know, I'm not trying to…   Like I said, I know I keep saying this and I don't want you to get too worried, but I'm gonna just tell you again, uh, how I told you earlier about lying to us.   So, you really need to be honest right here about what you told him beforehand. [Voices overlap] |
|---|---|
| PELAYO: | Mhm. |
| S/A DUNCAN: | So, did he know—did he know that you had the, the DUI before the—you know, you did the purchase of the firearm. |
| PELAYO: | [U/I] about the DUI?   I mean y [PH]…   He had, he [Sighs]—how can I explain?   I mean, he, he had somewhat of an idea.   You know? |
| S/A DUNCAN: | Okay. |
| PELAYO: | And then there was some information disclosed.   A little bit, but not too much in detail. |
| S/A DUNCAN: | Okay.   I appreciate you being honest with us man. |

Case #:784065-17-0014
Recording: 171117_0038
Transcribed by: K. Seaton
Reviewed by: A. Snyder

Page 13 of 21

USAO_032897