1  AMBROSIO RODRIGUEZ, (CA Bar No. 200880)
   The Rodriguez Law Group
2  626 Wilshire Blvd. Ste. 900
3  Los Angeles, CA 90017
   Telephone: (213) 995-6767
4  Facsimile: (213) 995-6368
5
6  *Attorney for the Defendant,*
   Carlos Fernandez
7

8                UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11  UNITED STATES OF AMERICA,            Case No. 18-CR-00121-SJO-1

12                                       DEFENSE'S REQUEST FOR
                          Plaintiff,     JUDICIAL NOTICE
13                   v.

14                                       DATE: November 19, 2019
15  CARLOS FERNANDEZ, et al.,            TIME:  10:00 a.m.
                                         Courtroom of the
16                                       Honorable S. James Otero
                          Defendant.
17

18

19  TO THE HONORABLE COURT, THE PARTIES, AND COUNSEL:

20         COMES NOW Defendant Carlos Fernandez ("Mr. Fernandez"), by and

21  through his counsel of record, hereby requests, pursuant to Federal Rule of

22  Evidence 201, that this Honorable Court take judicial notice of the following facts

23  pertaining to Ms. Bianca Elizabeth Ibarria:

24     1. On October 31, 2018, co-defendant Bianca Elizabeth Ibarria was charged by

25        First Superseding Indictment with 18 U.S.C. §§ 924(a)(1)(A), 2(a), 2(b):

26        False Statement in a Federal Firearm Licensee's Records During Purchase of

27

28                                        1

a Firearm; Aiding and Abetting and Causing an Act to be Done, alleged to have occurred on or about July 24, 2016. (Docket 90)

2. On November 6, 2019, the Government and Defendant Bianca Elizabeth Ibarria entered into a signed agreement concerning pretrial diversion.

3. On November 6, 2019, the Government filed a Stipulation to Continue Trial from November 12, 2019 to November 17, 2020 and Request to Sever Defendant Bianca Elizabeth Ibarria. (Docket 212)

4. On November 7, 2019, the Court issued an Order approving the deferment of the Government's prosecution of Bianca Elizabeth Ibarria for the purpose of allowing Ms. Ibarria to demonstrate her good conduct. (Docket 217)

A court may take judicial notice of undisputed matters of public record, including documents on file in federal or state courts. *Harris v. Cnty. Of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012); *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 fn. 2 (9th Cir. 2002). As such, Defendant Carlos Fernandez requests that this Court take Judicial Notice of the aforementioned facts

Respectfully submitted this 18th day of November 2019.

Ambrosio E. Rodriguez
Attorney for Defendant Carlos Fernandez

2