NICOLA T. HANNA, United States Attorney
BRANDON D. FOX, Chief, Criminal Division
VERONICA DRAGALIN (SBN 281370)
Assistant United States Attorney
312 N. Spring Street, 15th Fl. Los Angeles, CA 90012
Telephone: (213) 894-0647. Facsimile: (213) 894-0141
Email: veronica.dragalin@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR-18-121(A)-SJO |
| v. | |
| CARLOS MIGUEL FERNANDEZ, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  **(List Documents)**

Government's Ex Parte and In Camera Filing

**Reason:**

[✓] Under Seal
[✓] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

November 19, 2019
Date

Veronica Dragalin
Attorney Name

UNITED STATES OF AMERICA, PLAINTIFF
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)   NOTICE OF MANUAL FILING OR LODGING