UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 18-00121 (A) SJO |
| Date | November 18, 2019 |

Present: The Honorable  S. James Otero

Interpreter  Not Required

| Victor Paul Cruz | Anne Keilwasser | Katherine A. Rykken / Veronica Dragalin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Carlos Miguel Fernandez | xx | | xx | Ambrosio Eduardo Rodriguez<br>Michal J. Hanagan | xx | | xx |
| 2) Edward Yasushiro Arao | xx | | xx | Edward M. Robinson<br>Rachael A. Robinson<br>Lisa Victoria Houle | xx | | xx |

___  Day COURT TRIAL    4th  Day JURY TRIAL

___  The Jury is impaneled and sworn.

___  Opening statements made by ___

xx  Witnesses called, sworn and testified.

xx  Exhibits identified    xx  Exhibits admitted

___  Government rests.    ___ Defendant(s) ___ rest.

X  Motion for mistrial by  Defendant Fernandez  is ___ granted  xx denied  ___ submitted

___  Motion for judgment of acquittal (FRCrP 29)  is ___ granted  ___ denied  ___ submitted

___  Closing arguments made   ___ Court instructs jury   ___ Bailiff sworn

___  Alternates excused    ___ Jury retires to deliberate   ___ Jury resumes deliberations

___  Finding by Court as follows:    ___ Jury Verdict as follows:

Dft # ___  Guilty on count(s) ___    Not Guilty on count(s) ___

___  Jury polled    ___ Polling waived

___  Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict

Dft #  all  Referred to Probation Office for Investigation & Report and continued to ___ for sentencing.

Dft # ___ remanded to custody.   Remand/Release# ___ issd.   Dft # ___ released from custody.

___  Bond exonerated as to Dft # ___

x  Case continued to  11/19/19 @ 9:30 a.m.  for further trial/further jury deliberation.

Other:  The Court Denies the MOTION for Mistrial Filed by Defendant Carlos Miguel Fernandez (ECF No. 248). Witnesses Adalberto Pelayo and Tolliver Hart are called, sworn and testify.

: 3/57

Initials of Deputy Clerk  vpc