UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 18-00121 (A) SJO |
| Date | November 19, 2019 |

Present: The Honorable    S. James Otero

Interpreter    Not Required

| Victor Paul Cruz | Anne Keilwasser | Katherine A. Rykken / Veronica Dragalin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Carlos Miguel Fernandez | xx | | xx | Ambrosio Eduardo Rodriguez<br>Michal J. Hanagan | xx | | xx |
| 2) Edward Yasushiro Arao | xx | | xx | Edward M. Robinson<br>Rachael A. Robinson<br>Lisa Victoria Houle | xx | | xx |

____ Day COURT TRIAL         5th Day JURY TRIAL

____ The Jury is impaneled and sworn.

____ Opening statements made by ____

xx  Witnesses called, sworn and testified.

xx  Exhibits identified        xx Exhibits admitted

xx  Government rests.    xx Defendant(s) ____ rest.

xx  Motion for mistrial by  both defendants    ____ is ____ granted  xx denied  ____ submitted

xx  Motion for judgment of acquittal (FRCrP 29)   ____ is ____ granted  xx denied  ____ submitted

xx  Closing arguments made   xx Court instructs jury   ____ Bailiff sworn

____ Alternates excused   ____ Jury retires to deliberate   ____ Jury resumes deliberations

____ Finding by Court as follows:            Jury Verdict as follows:

Dft # ____  Guilty on count(s) ____           Not Guilty on count(s) ____

____ Jury polled                  ____ Polling waived

____ Filed Witness & Exhibit lists   ____ Filed Jury notes   ____ Filed Jury Instructions   ____ Filed Jury Verdict

Dft #  all  Referred to Probation Office for Investigation & Report and continued to ____ for sentencing.

Dft # ____ remanded to custody.   Remand/Release# ____ issd.   Dft # ____ released from custody.

____ Bond exonerated as to Dft # ____

x   Case continued to   11/20/19 @ 8:30 a.m.   for further trial/jury deliberations.

Other:  The Court Denies the MOTIONS for Mistrial (ECF No. 248 and 253). Witness Tolliver Hart is recalled, sworn and testify. The Court Denies the Motion for Reconsideration (ECF No. 240). The Court Denies the defendants' oral motions for mistrial and for judgment of acquittal.

:    5/39

Initials of Deputy Clerk   vpc