UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 18-00121 (A) SJO | Date | November 20, 2019 |
|---|---|---|---|

Present: The Honorable   S. James Otero

Interpreter   Not Required

| Victor Paul Cruz | Anne Kielwasser | Katherine A. Rykken / Veronica Dragalin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Carlos Miguel Fernandez | xx | | xx | Ambrosio Eduardo Rodriguez<br>Michal J. Hanagan | xx | | xx |
| 2) Edward Yasushiro Arao | xx | | xx | Edward M. Robinson<br>Rachael A. Robinson<br>Lisa Victoria Houle | xx | | xx |

|  | Day COURT TRIAL | 6th | Day JURY TRIAL |  |
|---|---|---|---|---|
|  | The Jury is impaneled and sworn. | | | |
|  | Opening statements made by | | | |
|  | Witnesses called, sworn and testified. | | | |
|  | Exhibits identified | | Exhibits admitted | |
|  | Government rests. | Defendant(s) | | rest. |
|  | Motion for mistrial by | both defendants | is | granted | denied | submitted |
|  | Motion for judgment of acquittal (FRCrP 29) | | is | granted | denied | submitted |
|  | Closing arguments made | | Court instructs jury | xx | Bailiff sworn |
| xx | Alternates excused | | Jury retires to deliberate | xx | Jury resumes deliberations |
|  | Finding by Court as follows: | | see below | Jury Verdict as follows: | |
| Dft # | Guilty on count(s) | | | Not Guilty on count(s) | |
| xx | Jury polled | | Polling waived | | |
| xx | Filed Witness & Exhibit lists | xx | Filed Jury notes | xx | Filed Jury Instructions | xx | Filed Jury Verdict |
| xx | Dft # both Referred to Probation Office for Investigation & Report and continued to | | 03/02/20 @ 9 a.m. | for sentencing. |
|  | Dft # remanded to custody. | Remand/Release# | issd. | Dft # released from custody. |
|  | Bond exonerated as to Dft # | | | |
|  | Case continued to | | for further jury deliberation. |

Other:   The Court Denies the MOTION to Strike Government's Rebuttal (ECF No. 258). Court responds to jury notes #1 and 2. Jury Verdicts: As to ( Dfnt 1) Fernandez, guilty re counts 1, 2, 4, 7, 10 and 11; As to (Dfnt 2) Arao, guilty re counts 1 and 3.

:   0/40

Initials of Deputy Clerk   vpc