UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
NOV 20 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No. <u>CR 18-00121 SJO</u>     Date: 11.20.19

Time: ~~3:40pm~~ 2:46M

JURY NOTE NUMBER #1

_____    THE JURY HAS REACHED A UNANIMOUS VERDICT

✗    THE JURY REQUESTS THE FOLLOWING:

MAY WE HAVE THE LEGAL DEFINITION OF "REPETITIVE" IN RELATION TO DOING BUSINESS AS A DEALER?

SIGNED: *Redacted Foreperson's Signature*

FOREPERSON OF THE JURY