

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
NOV 20 2019
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Case No. <u>CR 18-00121 SJO</u>       Date: 11·20·19

Time: 3:35

JURY NOTE NUMBER  2

__X__   THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

_____
_____
_____
_____
_____
_____
_____

_____   *Redacted*
_____   *Foreperson's*
        *Signature*

SIGNED: _____
        FOREPERSON OF THE JURY