FILED
CLERK, U.S. DISTRICT COURT

NOV 2 0 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES v. FERNANDEZ and ARAO

CR NO. 18-121(A)-SJO

TRIAL

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| **DMV Records** | | | |
| 1 | DMV record for Carlos Fernandez | 11/12 | 11/12 |
| 2 | DMV record for Edward Arao | 11/12 | 11/12 |
| 3 | DMV record for Bianca Ibarria | 11/12 | 11/12 |
| 4 | DMV record for Adalberto Pelayo | 11/12 | 11/12 |
| 5 | DMV record for Oscar Camacho Sr. | 11/12 | 11/12 |
| 6 | DMV record for Oscar Camacho Jr. | 11/12 | 11/12 |
| 7 | DMV record for Rafael Camacho Maravilla | 11/12 | 11/12 |
| 8 | DMV record for Raul Cervantes Corona | 11/12 | 11/12 |
| 9 | DMV record for Mario Ramirez | 11/12 | 11/12 |
| **Firearms Transactions Summary Charts** | | | |
| 10 | All Charged Fernandez Firearm Transactions summary chart | 11/12 | 11/12 |
| 11 | All Charged Arao Firearm Transactions summary chart | 11/12 | 11/12 |
| 12 | Fernandez summary chart (days) | 11/12 | 11/12 |
| 13 | Fernandez summary graph (days) | 11/12 | 11/12 |
| 14 | Fernandez summary graph (off-roster) | 11/12 | 11/12 |

UNITED STATES v. FERNANDEZ and ARAO

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 15 | Fernandez summary chart (make/model) | 11/12 | 11/12 |
| 16 | Arao summary chart (days) | 11/12 | 11/12 |
| 17 | Arao summary graph (days) | 11/12 | 11/12 |
| 18 | Arao summary graph (off-Roster) | 11/12 | 11/12 |
| 19 | Arao summary graph (multiple purchases) | 11/12 | 11/12 |
| **Firearms Records** | | | |
| 20 | Negative Federal Firearms License Certification for Fernandez | 11/12 | 11/12 |
| 21 | Negative Federal Firearms License Certification for Arao | 11/12 | 11/12 |
| 22 | Firearms Federal License Certification for Ronin Tactical | 11/12 | 11/12 |
| 23 | Federal Firearms License Certification for Ammo Brothers | 11/12 | 11/12 |
| 24 | Federal Firearms License Certification for Turner's Outdoorsman | 11/12 | 11/12 |
| 25 | Ronin Tactical FFL Application | 11/12 | 11/12 |
| 26 | Ronin Tactical Federal Firearms License for Dealing | 11/12 | 11/12 |
| 27 | 4473 Forms for Fernandez Purchases (combined) | 11/12 | 11/12 |

UNITED STATES v. FERNANDEZ and ARAO

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 28 | Fernandez DROS for Overt Act 54 transaction | 11/12 | 11/12 |
| 29 | Fernandez AFS Records Summary Chart | 11/12 | 11/12 |
| 30 | 4473 Forms for Arao Purchases (combined) | 11/12 | 11/12 |
| 31 | Arao AFS Records Summary Chart | 11/12 | 11/12 |
| 32 | Ronin Tactical Acquisitions & Disposition Record Book | 11/12 | 11/12 |
| 33 | Fernandez summary chart (transfers through Ronin Tactical) | 11/12 | 11/12 |
| **Firearms Price Records** | | | |
| 34 | Summary Chart re: Firearms Price | 11/14 | 11/14 |
| 35 | Kirkpatrick Arms Business Record | 11/12 | 11/12 |
| 36 | Gunarama Business Record | 11/12 | 11/12 |
| 37 | Whittier Loan & Jewelry Business Record | 11/12 | 11/12 |
| 38 | Able's Sporting Business Record | 11/12 | 11/12 |
| 39 | Davidson's Business Record | 11/12 | 11/12 |
| **Instagram Records** | | | |
| 40 | @the38superman Instagram subscriber record | 11/12 | 11/12 |

<u>UNITED STATES v. FERNANDEZ and ARAO</u>

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 41 | @ronintactical Instagram subscriber record | 11/12 | 11/12 |
| 42 | @ronintactical screenshots of Instagram posts | 11/13 | 11/13 |
| 43 | @the38superman screenshots of Instagram posts | 11/13 | 11/13 |
| 43A | Translation of profile picture | 11/13 | 11/13 |
| 43B | Translation of Instagram post (1) | 11/13 | 11/13 |
| 43C | Translation of Instagram post (2) | 11/13 | 11/13 |
| 43D | Translation of Instagram post (3) | 11/13 | 11/13 |
| 43E | Translation of Instagram post (4) | 11/13 | 11/13 |
| 44 | @the38superman Instagram business records posts (with translations) | 11/14 | 11/14 |
| 45A | August 15, 2017 Direct messages between @the38superman and @flowers4jr (summary) | 11/13 | 11/13 |
| 45B | August 15, 2017 Direct messages between @the38superman and @flowers4jr (Instagram business record) | 11/14 | 11/14 |
| 46A | August 12, 2017 Direct messages between @the38superman and @miguel_marquez16 (summary with translation) | 11/13 | 11/13 |

<u>UNITED STATES v. FERNANDEZ and ARAO</u>

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 46B | August 12, 2017 Direct messages between @the38superman and @miguel_marquez16 (Instagram business record) | 11/14 | 11/14 |
| 47A | June 11, 2017 Direct messages between @the38superman and @jr_777exotics (summary with translation) | 11/13 | 11/13 |
| 47B | June 11, 2017 Direct messages between @the38superman and @jr_777exotics (Instagram business record) | 11/14 | 11/14 |
| 48A | June 12, 2017 direct messages between @the38superman and @jr_777exotics (summary) | 11/13 | 11/13 |
| 48B | June 12, 2017 direct messages between @the38superman and @jr_777exotics (Instagram business record) | 11/14 | 11/14 |
| 49A | April 1, 2016 Direct messages between @the38superman and @vargas_556 (summary and translation) | 11/13 | 11/13 |
| 49B | April 1, 2016 Direct messages between @the38superman and @vargas_556 (Instagram business record) | 11/14 | 11/14 |
| 50A | May 31, 2016 Direct messages between @the38superman and @elvis_gomez22 (summary) | 11/13 | 11/13 |

UNITED STATES v. FERNANDEZ and ARAO

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 50B | May 31, 2016 Direct messages between @the38superman and @elvis_gomez22 (Instagram business record) | 11/14 | 11/14 |
| 51A | August 2, 2017 Direct messages between @the38superman and @elpotrilloo (summary and translation) | 11/13 | 11/13 |
| 51B | August 2, 2017 Direct messages between @the38superman and @elpotrilloo (Instagram business record) | 11/14 | 11/14 |
| 52A | June 12, 2017 Direct messages between @the38superman and @manjarrezhumberto92 (summary and translation) | 11/13 | 11/13 |
| 52B | June 12, 2017 Direct messages between @the38superman and @manjarrezhumberto92 (Instagram business record) | 11/14 | 11/14 |
| 53A | March 16, 2016 Direct messages between @the38superman and @ceferino1991 (summary and translation) | 11/12 | 11/12 |
| 53B | March 16, 2016 Direct messages between @the38superman and @ceferino1991 (Instagram business record) | 11/12 | 11/12 |
| 54 | April 7, 2016 Direct messages between @the38superman and @kmp_760 (Instagram business record) | 11/12 | 11/12 |

UNITED STATES v. FERNANDEZ and ARAO

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 55 | May 31, 2016 Direct messages between @the38superman and @cesar_vivas (Instagram business record) | 11/12 | 11/12 |
| 56 | September 23, 2016 Direct messages between @the38superman and @titomaldonadoik (Instagram business record) | 11/12 | 11/12 |
| 57 | February 9, 2017 Direct messages between @the38superman and @30.d.marcial (Instagram business record) | 11/12 | 11/12 |
| 58 | May 28, 2017 Direct messages between @the38superman and @chuck_562 (Instagram business record) | 11/12 | 11/12 |
| 59 | June 12, 2017 Direct messages between @the38superman and @ramon.a45 (Instagram business record) | 11/12 | 11/12 |
| 60-62 | *Intentionally omitted* | | |
| 63 | July 10, 2017 Direct messages between @the38superman and @marcoov.21 (Instagram business record) | 11/14 | 11/14 |
| 64 | June 28, 2017 Direct messages between @the38superman and @adrian_93suello (Instagram business record) | 11/14 | 11/14 |

UNITED STATES v. FERNANDEZ and ARAO

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 65 | June 24, 2017 Direct messages between @the38superman and @rob_chevy454ss (Instagram business record) | 11/14 | 11/14 |
| 66 | June 15, 2017 Direct messages between @the38superman and @hidalgo1030 (Instagram business record) | 11/14 | 11/14 |
| 67 | April 7, 2016 Direct messages between @the38superman and @kmp_760 (Instagram business record) | 11/14 | 11/14 |
| 68 | July 1, 2017 Direct messages between @the38superman and @toe.knee.rc.ga (Instagram business record) | 11/14 | 11/14 |
| 69 | June 15, 2017 Direct messages between @the38superman and @hidalgo1030 (Instagram business record) | 11/14 | 11/14 |
| 70 | May 31, 2017 Direct messages between @the38superman and @jesuslua (Instagram business record) | 11/14 | 11/14 |
| 71 | April 7, 2016 Direct messages between @the38superman and @kmp_760 (Instagram business record) | 11/14 | 11/14 |
| 72 | June 30, 2017 Direct messages between @the38superman and @okcruz31 (Instagram business record) | 11/14 | 11/14 |

UNITED STATES v. FERNANDEZ and ARAO

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 73 | June 18, 2017 Direct messages between @the38superman and @eldlakush (Instagram business record) | 11/14 | 11/14 |
| 74 | June 28, 2017 Direct messages between @the38superman and @real_deal (Instagram business record) | | |
| **Email Records** | | | |
| 75 | August 6, 2016 email re Fwd: FFL for Carlos Fernandez | 11/13 | 11/13 |
| 76 | June 7, 2016 email re Fwd: Gun | 11/14 | 11/14 |
| 77 | June 2, 2017 email re: Question regarding GunBroker.com Item #650024859 | 11/14 | 11/14 |
| 78 | August 3, 2016 email re Question regarding GunBroker.com Item 574314170 | 11/14 | 11/14 |
| 79 | October 9, 2016 email re colt.38 Super | 11/14 | 11/14 |
| 80A | June 25, 2016 email re [blank] (summary and translation) | 11/14 | 11/14 |
| 80B | June 25, 2016 email re [blank] | 11/14 | 11/14 |
| 81 | August 9, 2016 email re Info | 11/14 | 11/14 |
| 82 | May 10, 2016 email re Colt MKIV commander | 11/14 | 11/14 |
| 83 | August 26, 2016 email re .38 super | 11/14 | 11/14 |

UNITED STATES v. FERNANDEZ and ARAO

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 84 | May 10, 2016 email re Ontario gun show | 11/14 | 11/14 |
| 85A | December 5, 2016 email re .38 super | 11/14 | 11/14 |
| 85B | December 5, 2016 email re .38 super (summary and translation) | 11/14 | 11/14 |
| 86 | *Intentionally omitted* | 11/14 | 11/14 |
| 87A | August 1, 2016 email re Colts (summary and translation) | 11/14 | 11/14 |
| 87B | August 1, 2016 email re Colts | 11/14 | 11/14 |
| 88 | September 18, 2016 email re [blank] | | |
| 89A | March 5, 2017 email re Fusca to Bryan Zavala (summary and translation) | 11/14 | 11/14 |
| 89B | March 5, 2017 email re Fusca to Bryan Zavala | 11/14 | 11/14 |
| 90 | June 11, 2017 email re Colt | 11/14 | 11/14 |
| **Fernandez Bank Records** | | | |
| 91 | Fernandez Chase bank account record (Chase business record) | 11/12 | 11/12 |
| 92 | Fernandez summary chart (cash deposits) | 11/12 | 11/12 |
| 93 | Chase bank records (original, native) | 11/12 | 11/12 |

10

UNITED STATES v. FERNANDEZ and ARAO

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 94 | Chase statement for July 8, 2016 to August 4, 2016 (Chase business record) | 11/12 | 11/12 |
| Phone Records | | | |
| 95 | Fernandez AT&T Subscriber Records (business record) | 11/12 | 11/12 |
| 96 | Camacho Jr. AT&T Subscriber Records (business record) | 11/12 | 11/12 |
| 97 | Summary Chart of Calls between Fernandez and Cervantes-Corona | 11/12 | 11/12 |
| 98 | Excerpt of AT&T Records of Fernandez and Cervantes-Corona Calls (business record) | 11/12 | 11/12 |
| 99 | Fernandez and Camacho Jr. Calls Summary Chart | 11/12 | 11/12 |
| 100 | Excerpt of AT&T Records of Fernandez and Camacho Jr. Calls (business record) | 11/12 11/12 | 11/12 11/12 |
| Audio Recordings | | | |
| 101 | Audio Recording of Fernandez Interview on Sep. 13, 2017 | | |
| 101A | Excerpt A | | |
| 101B | Excerpt B | | |
| 101C | Excerpt C | | |
| 101D | Excerpt D | 11/18 | 11/18 |
| 101E | Excerpt E | 11/18 | 11/18 |

<u>UNITED STATES v. FERNANDEZ and ARAO</u>

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 101F | Excerpt F | | |
| 101G | Excerpt G | | |
| 101H | Excerpt H | | |
| 101I | Excerpt I | 11/18 | 11/18 |
| 102 | Audio Recording of Edward Arao on Sep. 25, 2017 | | |
| 102A | Excerpt A | 11/14 | 11/14 |
| 102B | Excerpt B | 11/14 | 11/14 |
| **Pelayo/Ibarria Transaction** | | | |
| 103 | February 11, 2016 Pelayo Dealer's Record of Sale of Firearm Denial | 11/12 | 11/12 |
| 104 | Screenshot of Pelayo Instagram account (@bp_693) | 11/12 | 11/12 |
| 105 | July 24, 2016 4473 Form completed by Ibarria | 11/12 | 11/12 |
| 106 | July 24, 2016 Receipt from Turner's Outdoorsman | 11/12 | 11/12 |
| 107 | August 3, 2016 Pelayo Instagram post | 11/12 | 11/12 |
| 108 | August 26, 2016 Pelayo Instagram video post | 11/12 | 11/12 |
| 108A | Screenshot of Exhibit 108 video | 11/12 | 11/12 |
| 109 | Photographs from Pelayo search warrant | 11/12 | 11/12 |

12

**UNITED STATES v. FERNANDEZ and ARAO**

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 110 | Colt Model 1911 .45 caliber pistol, bearing serial number 481862 (physical exhibit) | | |
| 111 | Pelayo Plea Agreement | 11/18 | |
| 112 | Ibarria Diversion Agreement | | |
| | **Cervantes-Corona/Ramirez Transaction** | | |
| 113 | December 12, 2016 Text messages from Cervantes-Corona to Ramirez | 11/12 | 11/12 |
| 114 | December 12, 2016 Form 4473 completed by Cervantes-Corona | 11/12 | 11/12 |
| 115 | Photograph of Cervantes-Corona's firearm purchased on December 12, 2016 (serial number 2933158) | 11/12 | 11/12 |
| 116 | Photograph of Ramirez firearm purchased on December 12, 2016 (serial number 38SS09149) | 11/12 | 11/12 |
| 117 | Cervantes-Corona Plea Agreement | | |
| | **Camachos Transactions** | | |
| 118 | Summary Chart of Camachos Transactions | 11/12 | 11/12 |
| 119 | October 21, 2011 Camacho Jr. Certified Conviction Record | 11/12 | 11/12 |
| 120 | December 20, 2017 Photographs from search of Camacho residence (identification and mail) | 11/12 | 11/12 |

13

<u>UNITED STATES v. FERNANDEZ and ARAO</u>

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 121 | December 20, 2017 Photographs from search of Camacho residence (two phones) | 11/12 | 11/12 |
| 122 | Camacho Jr. iPhone 7 (physical exhibit) | 11/12 | 11/12 |
| 123 | Camacho Jr. iPhone 7 Plus (physical exhibit) | 11/12 | 11/12 |
| 124 | Summary Chart of Camachos Transactions (one-page) | 11/18 | 11/18 |
| 125 | Firearm found at Camacho residence (SN: 36756) (physical exhibit) | 11/12 | 11/12 |
| 126 | Firearm found at Camacho residence (SN: 38SS05430) (physical exhibit) | 11/12 | 11/12 |
| 127 | Firearm found at Camacho residence (SN: ELCEN8536) (physical exhibit) | 11/12 | 11/12 |
| 128 | Firearm found at Camacho residence (SN: MHE252) (physical exhibit) | 11/12 | 11/12 |
| 129 | Firearm found at Camacho residence (SN: 2933159) (physical exhibit) | 11/12 | 11/12 |
| 130 | Firearm found at Camacho residence (SN: 38SS09144) (physical exhibit) | 11/12 | 11/12 |
| 131 | Firearm found at Camacho residence (SN: 38SS09196) (physical exhibit) | 11/12 | 11/12 |

14

<u>UNITED STATES v. FERNANDEZ and ARAO</u>

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 132 | Firearm found at Camacho residence (SN: MU24832) (physical exhibit) | 11/12 | 4/12 |
| 133 | Firearm found at Camacho residence (SN: 27057LW) (physical exhibit) | 11/12 | 11/12 |
| | *June 2, 2016 Transaction* | | |
| 134A | May 29, 2016 comment from @the38Superman to @calichilivin (summary and translation) | 11/12 | 11/12 |
| 134B | May 29, 2016 comment from @the38Superman to @calichilivin (Instagram business record) | 11/12 | 11/12 |
| 135 | May 31, 2016 Direct Message from @the38superman (screenshot from Camacho Jr. phone) | 11/12 | 11/12 |
| 136A | June 2, 2016 Text Message between Fernandez and Camacho Jr. (summary) | 11/12 | 11/12 |
| 136B | June 2, 2016 Text Message between Fernandez and Camacho Jr. | 11/12 | 11/12 |
| 137 | June 2, 2016 Form 4473 completed by Camacho Sr. | 11/12 | 11/12 |
| 138 | June 19, 2016 Video from Camacho Jr. Phone | 11/12 | 11/12 |
| 138A | Screenshot from Exhibit 138 | 11/12 | 11/12 |
| 139 | June 19, 2016 Photograph from Camacho Jr. Phone | 11/12 | 11/12 |

**UNITED STATES v. FERNANDEZ and ARAO**

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 140 | June 25, 2016 Photographs from Camacho Jr. Phone | 11/12 | 11/12 |
| 141 | Evidence Photograph of Firearm with serial number 36756 | 11/12 | 11/12 |
| 142 | Evidence Photograph of Firearm with serial number 38SS05430 | 11/12 | 11/12 |
| *November 8, 2016 Transaction* | | | |
| 143 | October 10, 2016 Text messages between Fernandez and Camacho Jr. (screenshot from Camacho Jr. phone) | 11/12 | 11/12 |
| 144 | November 7, 2016 Text message between Camacho Jr. and CC1 | | |
| 145A | November 7-8, 2016 Text messages between Fernandez and Camacho Jr. (summary and translation) | 11/12 | 11/12 |
| 145B | November 7-8, 2016 Text messages between Fernandez and Camacho Jr. | 11/12 | 11/12 |
| 146 | November 8, 2016 Form 4473 completed by Camacho Sr. | 11/12 | 11/12 |
| 147 | November 8, 2016 Text messages between Camacho Jr. and CC1 | 11/18 | 11/18 |
| 148A | November 19, 2016 Instagram comment from @the38superman (summary and translation) | 11/12 | 11/12 |

16

<u>UNITED STATES v. FERNANDEZ and ARAO</u>

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 148B | November 19, 2016 Instagram comment from @the38superman (Instagram business record) | 11/12 | 11/12 |
| 149 | December 29, 2016 Video of four firearms from Camacho Jr. phone | 11/12 | 11/12 |
| 149A | Screenshot from Exhibit 149 | 11/12 | 11/12 |
| 150 | Evidence Photograph of Firearm with serial number ELCEN8536 | 11/12 | 11/12 |
| 151 | November 26, 2016 video of gun with serial number MHE252 from Camacho Jr. phone | 11/12 | 11/12 |
| 151A | Screenshot from Exhibit 151 | 11/12 | 11/12 |
| 152 | August 14, 2017 photograph from Camacho Jr. phone | 11/12 | 11/12 |
| 153 | Evidence Photograph of Firearm with serial number MHE252 | 11/12 | 11/12 |
| | *December 15, 2016 Transaction* | | |
| 154 | November 18, 2016 Photograph from Camacho Jr. Phone | 11/12 | 11/12 |
| 155 | November 23, 2016 Text messages between Camacho Jr. and CC1 | 11/14 | 11/18 |
| 156 | December 15, 2016 Form 4473 completed by Camacho Maravilla | 11/12 | 11/12 |
| 157 | December 15, 2016 Video from Camacho Jr. phone | 11/12 | 11/12 |
| 157A | Screenshot of Exhibit 157 | 11/12 | 11/12 |

<u>UNITED STATES v. FERNANDEZ and ARAO</u>

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 158 | Evidence photograph of box for firearm with serial number NMS0167 | 11/12 | 11/12 |
| | *December 16, 2016 Transaction* | | |
| 159 | December 15, 2016 Text messages between Camacho Jr. and CC1 | 11/18 | 11/18 |
| 160 | December 16, 2016 Form 4473 completed by Camacho Maravilla | 11/12 | 11/12 |
| 161 | Evidence Photographs of Firearm with serial number 2933159 | 11/12 | 11/12 |
| 162 | Evidence Photographs of Firearm with serial number 38SS09144 | 11/12 | 11/12 |
| 163 | Evidence Photographs of Firearm with serial number 38SS09196 | 11/12 | 11/12 |
| | *December 19, 2016 Transaction* | | |
| 164 | December 15, 2016 Text messages between Camacho Jr. and CC1 | | |
| 165 | December 19, 2016 Form 4473 completed by Camacho Maravilla | 11/12 | 11/12 |
| 166 | January 3, 2017 Text message between Camacho Jr. and CC1 | | |
| 167 | January 3, 2017 Text message between Fernandez and Camacho Jr. | 11/12 | 11/12 |
| 168 | Evidence Photographs of Firearm with serial number MU24832 | 11/12 | 11/12 |
| | *July 29, 2017 Transaction* | | |

UNITED STATES v. FERNANDEZ and ARAO

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 169A | March 24, 2017 Text Messages between Fernandez and Camacho Jr. (summary and translation) | 11/12 | 11/12 |
| 169B | March 24, 2017 Text Messages between Fernandez and Camacho Jr. | 11/12 | 11/12 |
| 170 | *Intentionally omitted* | | |
| 171A | May 27, 2017 Text Messages between Fernandez and Camacho Jr. (summary and translation) | 11/12 | 11/12 |
| 171B | May 27, 2017 Text Messages between Fernandez and Camacho Jr. | 11/12 | 11/12 |
| 172A | June 23, 2017 Direct Messages between Fernandez and Camacho Jr. (summary and translation) | 11/12 | 11/12 |
| 172B | June 23, 2017 Direct Messages between Fernandez and Camacho Jr. | 11/12 | 11/12 |
| 173A | June 30, 2017 Direct Messages between Fernandez and Camacho Jr. (summary and translation) | 11/12 | 11/12 |
| 173B | June 30, 2017 Direct Messages between Fernandez and Camacho Jr. | 11/12 | 11/12 |
| 174A | July 7, 2017 Text Messages between Fernandez and Camacho Jr. (summary and translation) | 11/12 | 11/12 |

UNITED STATES v. FERNANDEZ and ARAO

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 174B | July 7, 2017 Text Messages between Fernandez and Camacho Jr. | 11/12 | 11/12 |
| 175A | July 10, 2017 Text Messages between Fernandez and Camacho Jr. (summary and translation) | 11/12 | 11/12 |
| 175B | July 10, 2017 Text Messages between Fernandez and Camacho Jr. | 11/12 | 11/12 |
| 176A | July 28-29, 2017 Text Messages between Fernandez and Camacho Jr. (summary and translation) | 11/12 | 11/12 |
| 176B | July 28-29, 2017 Text Messages between Fernandez and Camacho Jr. | 11/12 | 11/12 |
| 177 | July 29, 2017 Form 4473 completed by Camacho Sr. | 11/12 | 11/12 |
| 178 | July 29, 2017 Video from Camacho Jr. Phone | 11/12 | 11/12 |
| 179 | August 13, 2017 @the38Superman Instagram comment | 11/12 | 11/12 |
| 180A | August 22, 2017 @calichilivin Instagram post (summary and translation) | 11/12 | 11/12 |
| 180B | August 22, 2017 @calichilivin Instagram post | 11/12 | 11/12 |
| 181 | Evidence Photographs of Firearm with serial number 27057LW | 11/12 | 11/12 |

<u>UNITED STATES v. FERNANDEZ and ARAO</u>

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 182A | August 22, 2017 Text Messages between Fernandez and Camacho Jr. (summary and translation) | 11/12 | 11/12 |
| 182B | August 22, 2017 Text Messages between Fernandez and Camacho Jr. | 11/12 | 11/12 |
| 183A | August 30, 2017 Text Messages between Fernandez and Camacho Jr. (summary and translation) | 11/12 | 11/12 |
| 183B | August 30, 2017 Text Messages between Fernandez and Camacho Jr. | 11/12 | 11/12 |
| 184 | Camacho Maravilla Plea Agreement | | |
| **Miscellaneous Documents** | | | |
| 185 | March 31, 2017 ATF Letter to Local Law Enforcement | 11/12 | 11/12 |
| 186 | Fernandez Personnel Record from Gardena Police Department (training) | | |
| 187 | Fernandez Personnel Record from Gardena Police Department [10 day letter] | | |
| 188 | Fernandez Personnel Record from Gardena Police Department [10 day letter] | | |
| 189 | Fernandez Personnel Record from Gardena Police Department [10 day letter] | | |

<u>UNITED STATES v. FERNANDEZ and ARAO</u>

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 190 | Fernandez Personnel Record from Gardena Police Department [current employment] | 11/12 | 11/12 |
| 191 | Arao Personnel Record from Gardena Police Department [training] | | |
| 192 | Arao Personnel Record from Gardena Police Department [10 day letters] | | |
| 193 | Arao Personnel Record from Gardena Police Department [10 day letters] | | |
| 194 | Arao Personnel Record from Gardena Police Department [10 day letters] | | |
| 195 | Arao Personnel Record from Gardena Police Department [current employment] | 11/12 | 11/12 |
| 196 | Gunbroker Business Record Excerpt | 11/12 | 11/12 |
| 197A | November 7, 2016 Text Messages between Camacho Jr. and CC-1 (summary and translation) | | |
| 197B | November 7, 2016 Text Messages between Camacho Jr. and CC-1 | | |
| 198A | November 23, 2016 Text Messages between Camacho Jr. and CC-1 (summary and translation) | 11/18 | 11/18 |

UNITED STATES v. FERNANDEZ and ARAO

CR NO. 18-121(A)-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 198B | November 23, 2016 Text Messages between Camacho Jr. and CC-1 (summary and translation) | 11/18 | 11/18 |
| 199A | December 15, 2016 Text Messages between Camacho Jr. and CC-1 (summary excerpts and translation) | 11/18 | 11/18 |
| 199B | December 15, 2016 Text Messages between Camacho Jr. and CC-1 | | |
| 200A | December 15, 2016 Text Messages between Camacho Jr. and CC-1 (summary and translation) | | |
| 200B | December 15, 2016 Text Messages between Camacho Jr. and CC-1 | | |
| 201A | January 3, 2017 Text Messages between Camacho Jr. and CC-1 (summary and translation) | 11/18 | 11/18 |
| 201B | January 3, 2017 Text Messages between Camacho Jr. and CC-1 | | |
| 202 | Judicial Notice 1 | 11/19 | 11/19 |
| 203 | Stipulation re: Translations | 11/19 | 11/19 |
| 205 | | 11/18 | 11/18 |
| 206 | | 11/18 | 11/18 |
| 207 | | 11/18 | 11/18 |
| 400 | Judicial Notice | 11/19 | 11/19 |

23