FILED
CLERK, U.S. DISTRICT COURT
NOV 20 2019
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-121(A)-SJO |
|---|---|
| Plaintiff, | REDACTED |
| v. | VERDICT FORM |
| CARLOS FERNANDEZ, | |
| Defendant. | |

We, the Jury, in the above-entitled case, present the following verdict:

1

## COUNT ONE

<u>Question No. 1</u>: With respect to the offense charged in Count One of the Indictment, Conspiracy, in violation of 18 U.S.C. § 371, we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

     __X__ GUILTY

     _____ NOT GUILTY

## COUNT TWO

<u>Question No. 2</u>: With respect to the offense charged in Count Two of the Indictment, Dealing in Firearms Without a License, in violation of 18 U.S.C. § 922(a)(1)(A), we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

     __X__ GUILTY

     _____ NOT GUILTY

## COUNT FOUR

Question No. 3: With respect to the offense charged in Count Four of the Indictment, Conspiracy, in violation of 18 U.S.C. § 371, we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

    __X__ GUILTY

    _____ NOT GUILTY

## COUNT SEVEN

Question No. 4: With respect to the offense charged in Count Seven of the Indictment, Disposal of a Firearm to a Prohibited Person on or about July 29, 2017, in violation of 18 U.S.C. § 922(d)(1), we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

    __X__ GUILTY

    _____ NOT GUILTY

## COUNT TEN

Question No. 5: With respect to the offense charged in Count Ten of the Indictment, aiding and abetting a False Statement During the Purchase of a Firearm on or about July 29, 2017, in violation of 18 U.S.C. §§ 2 and 924(a)(1)(A), we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

    __X__ GUILTY

    _____ NOT GUILTY

## COUNT ELEVEN

Question No. 6: With respect to the offense charged in Count Eleven of the Indictment, aiding and abetting a False Statement During the Purchase of a Firearm on or about July 24, 2016, in violation of 18 U.S.C. §§ 2 and 924(a)(1)(A), we, the Jury, in the above-entitled action, hereby unanimously find defendant CARLOS FERNANDEZ (check one):

    __X__ GUILTY

    _____ NOT GUILTY

**(The foreperson should now sign and date this verdict form.)**

Dated: __11·20__, 2019.

*Redacted foreperson's signature*

FOREPERSON OF THE JURY

4