1                    UNITED STATES DISTRICT COURT

2                   CENTRAL DISTRICT OF CALIFORNIA

3                               ---

4            HONORABLE S. JAMES OTERO, JUDGE PRESIDING

5                               ---

6

7

8    **UNITED STATES OF AMERICA,**          )
                                            )
9                                           )
                                            )
10                    Plaintiff;            )
                                            )No. **CR 18-121SJO**
11           **VS**                         **)**
                                            **)**
12   **CARLOS MIGUEL FERNANDEZ,**           **)**
     **EDWARD YASUSHIRO ARAO,**             )
13                                          )
                                            )
14                    Defendants.           )
     _____)
15

16

17              Reporter's Transcript of Proceedings
                     **JURY TRIAL - DAY ONE**
18                    Los Angeles, California
                   TUESDAY, NOVEMBER 11, 2019

19

20

21

22

23              Anne Kielwasser, CRR, RPR, CSR
                Federal Official Court Reporter
24              350 WEST 1ST Street, Room 4455
                Los Angeles, California 90012
25                 Telephone: (213) 894-2969
                    anne.kielwasser@gmail.com

```
 1                    A P P E A R A N C E S

 2

 3    ON BEHALF OF THE PLAINTIFF:

 4    Katherine A Rykken
      Veronica Dragalin
 5    AUSA - Office of US Attorney
      General Crimes Section
 6    312 North Spring Street Suite 1200
      Los Angeles, CA 90012
 7    213-894-3659
      Fax:  213-894-0141
 8    Email:  Katherine.rykken@usdoj.gov
      Email:  Veronica.dragalin@usdoj.gov
 9
      Also Present:  Agent Hart, Agent Hamilton.
10

11    ON BEHALF OF THE DEFENDANT EDWARD Y. ARAO:

12

13    Edward M Robinson
      Rachel Robinson
      Edward M. Robinson A Professional Law Corporation
14    21515 Hawthorne Boulevard Suite 730
      Torrance, CA 90503
15    310-316-9333
      Fax:  310-316-6442
16    Email:  Eroblaw@gmail.com

17    Lisa Victoria Houle
      Houle Law APC
18    1230 Rosecrans, Suite 300
      Manhattan Beach, CA 90266
19    424-332-9079
      Lisa@houle-law.com
20

21    ON BEHALF OF THE DEFENDANT CARLOS M. FERNANDEZ:

22    Ambrosio Eduardo Rodriguez
      Michael J Hanagan
23    The Rodriguez Law Group
      626 Wilshire Boulevard Suite 460
24    Los Angeles, CA 90017
      213-995-6767
25    Email:  Aer@aerlawgroup.com
```

```
1                           INDEX

2    WITNESS:                                   PAGE:

3
      JURY SELECTION                              22
4     Opening statements by Ms. Dragalin        143
      Opening Statements By Mr. Robinson        154
5     WITNESS, RAUL CERVANTEZ CORONA, SWORN     164
      DIRECT EXAMINATION                        164
6     CROSS-EXAMINATION                         186
      REDIRECT EXAMINATION BY MS. DRAGALIN      197
7     RECROSS EXAMINATION BY MR. HANAGAN        200
      WITNESS, DAVID HAMILTON, SWORN            202
8     DIRECT EXAMINATION BY MS. DRAGALIN        202

9                           * * * * *

10                         EXHIBITS

11   Exhibit No. Exhibits 1 through 33, 35 through    163
      41, 53A, 53B, 54 through 59, 91, 92, 94 through
12   100, 103 through 108, 108A, 109, 113 through
      116, 118 through 123, 125 through 134A, 134B,
13   135, 136A, 136B, 137, 138, 138A, 139 through
      143, 145A, 145B, 146, 148A, 148B, 149, 149B,
14   150, 151, 151A, 152, 153, 154, 156, 157, 157A,
      158, 160 through 163, 165, 167, 168, 169A,
15   169B, 171A, 171B, 172A, 172B, 173A, 173B, 174A,
      174B, 175A, 175B, 176A, 176B, 177, 178, 179.
16   180A, 180B, 181, 182A, 182B, 183A, 183B, 185,
      190, 195 and 196 admitted into evidence
17
18                         * * * * * *
19
20
21
22
23
24
25
```

UNITED STATES DISTRICT COURT

TUESDAY, NOVEMBER 11, 2019                    8:30 A.M.

~ ~ ~

JURY TRIAL - DAY ONE

~ ~ ~

09:03:26  5  COURT CLERK:  Calling Item No. 1.  Case No. CR

09:03:31  6  18-00121SJO.

09:03:34  7      United States of America versus defendant

09:03:35  8  No. 1 Carlos Miguel Fernandez, and defendant No. 2, Edward

09:03:41  9  Yasushiro Arao.

09:03:45  10      **MS. RYKKEN:**  Good morning, Your Honor.  Katherine

09:03:48  11  Rykken on behalf of United States, also with me are special

09:03:53  12  agents Kyle Duncan and Tolliver Hart from ATF.

09:03:53  13      **MS. DRAGALIN:**  Good morning, Your Honor.  Veronica

09:03:56  14  Dragalin on behalf of the United States.

09:03:59  15      **MR. ROBINSON:**  Your Honor, good morning.  Edward

09:04:05  16  Robinson along with Lisa Houle and Rachel Robinson on behalf

09:04:05  17  of Mr. Edward Arao.  Officer Arao is present in court.  He's

09:04:12  18  out of custody.

09:04:12  19      **MR. RODRIGUEZ:**  Good morning, Your Honor.

09:04:14  20  Ambrosio Rodriguez on behalf of Mr. Carlos Fernandez and with

09:04:18  21  Michael Hanagan as cocounsel.

09:04:21  22      **THE COURT:**  Your first name again?

09:04:24  23      **MR. RODRIGUEZ:**  Ambrosio.

09:04:27  24      **THE COURT:**  Okay.  Have a seat, please.

09:04:30  25      Okay, the matter is set for trial.  Hopefully

| | |
|---|---|
| 09:04:34 | 1 |

the jurors have been able to arrive in the building in light

of the major accident that's impacted the access to the Court

building here.

So, we have some housekeeping matters to

handle.  The government has filed certain motions that remain

outstanding.  We have government's Motion in Limine No. 1 to

admit the five categories of defendants' statements.

So, government moves to introduce the various

categories statements.  We have Mr. Fernandez or officer

Fernandez's statement on Instagram.  Officer Arao's

statements on Instagram, and then we have Officer Fernandez's

e-mail statements, and then we have both Mr. Fernandez or

Officer Fernandez and Officer Arao's recorded statements to

the agents.

So, as I understand it, there is no objection

by Officer Arao regarding categories one and three.  As to

statements made by Mr. -- Officer Fernandez, Officer Arao

does object to the introduction of the -- certain portions of

his recorded interview and the request is for the entire

interview to come -- to be received into evidence.

Who wishes to be heard first?

**MS. DRAGALIN:**  Your Honor, the government is ready

to proceed on this argument.

**THE COURT:**  Go ahead.

**MS. DRAGALIN:**  With respect to --

| | | |
|---|---|---|
| 09:06:58 | 1 | Well, I'll start with the last category, in |
| 09:07:00 | 2 | terms of the voluntary interview.  That interview is more |
| 09:07:03 | 3 | than an hour long, and the government's position is that if |
| 09:07:08 | 4 | the defendant tried to introduce those statements, they are |
| 09:07:11 | 5 | out-of-court statements that are hearsay and cannot be |
| 09:07:14 | 6 | introduced by the defendants. |
| 09:07:15 | 7 | The government has proposed two clips for |
| 09:07:20 | 8 | defendant Arao, and the defendant has not identified |
| 09:07:22 | 9 | everything about those clips that somehow misconstrues what |
| 09:07:26 | 10 | happens in terms of what is said immediately prior to and |
| 09:07:29 | 11 | immediately after the clip, and so for that reason the |
| 09:07:31 | 12 | government objects to avert the request to introduce the |
| 09:07:37 | 13 | entire recording of the interview from beginning to end. |
| 09:07:40 | 14 | With respect to text messages, Your Honor, I |
| 09:07:44 | 15 | believe defendant Fernandez -- |
| 09:07:45 | 16 | **THE COURT:**  So, let's -- |
| 09:07:46 | 17 | Before we move into text messages, the |
| 09:07:50 | 18 | tentative by the Court is to allow the government to move |
| 09:07:55 | 19 | into evidence -- assuming the foundation is laid -- offer |
| 09:07:59 | 20 | into evidence the recorded statements of Officer Fernandez |
| 09:08:04 | 21 | and Officer Arao. |
| 09:08:11 | 22 | Officer Arao's request to have the entire |
| 09:08:14 | 23 | recorded statement received would be denied. |
| 09:08:17 | 24 | The objection by Officer Arao is that, in the |
| 09:08:22 | 25 | interest of having a complete, accurate statement played for |

09:08:30  1    the jury, it's necessary to play his entire recorded

09:08:33  2    statements.  And the Court disagrees.

09:08:35  3              If there are certain portions that counsel

09:08:38  4    for Officer Arao believes should be received, then the Court

09:08:42  5    will consider certain portions of that; but the request to

09:08:45  6    have everything played would be denied.

09:08:51  7              We have -- we do have issues involving the

09:08:54  8    recorded statements of both.  So, it would be the Court's

09:08:57  9    order that the government is to redact any recorded

09:09:04  10   statements of both of the officers any reference to other

09:09:07  11   officer, either directly or indirectly.

09:09:11  12             **MS. DRAGALIN:**  And, Your Honor, the clips the

09:09:13  13   government has proposed and attached as exhibits do not

09:09:18  14   directly mention the other defendants; and to the extent --

09:09:18  15   by name.

09:09:21  16             To the extent there is a specific request

09:09:23  17   from either defendant to redact any portion, the government

09:09:26  18   is willing to consider that and redact those specific issues

09:09:30  19   if they identify any that are --

09:09:31  20             **THE COURT:**  So, so, I just want to make it clear.

09:09:34  21   You're going to have to redact one officer's mention of the

09:09:39  22   other officer; but separate and apart from that, there has to

09:09:42  23   be a redaction to any reference to "we" or any other

09:09:48  24   reference in those statements that suggest that there is

09:09:51  25   another person involved.

09:09:52  1        **MS. DRAGALIN:**  And, Your Honor, is that even if

09:09:54  2   the "we" could refer to any other --

09:09:59  3        **THE COURT:**  Yes.  That's order of the Court.

09:10:01  4        **MS. DRAGALIN:**  Understood, Your Honor, thank you.

09:10:02  5            And with respect to the Instagram records and

09:10:04  6   e-mails, as the government's motion set out, those are

09:10:09  7   statements of defendant Fernandez admissible against him

09:10:13  8   as -- statements, and they are statements in furtherance of

09:10:17  9   the conspiracy and therefore admissible against defendant

09:10:20 10   Arao as well as coconspirator statements.

09:10:22 11        **THE COURT:**  And the government also moved to have

09:10:24 12   them received based on business records.

09:10:27 13        **MS. DRAGALIN:**  Correct.

09:10:28 14        **THE COURT:**  I don't understand the argument.

09:10:30 15        **MS. DRAGALIN:**  In terms of the foundation and

09:10:32 16   authenticity of the records, the records were obtained and

09:10:36 17   they can begin to introduce as business records pursuant to

09:10:38 18   90211, declarations that have been produced.  I don't believe

09:10:42 19   the defendants have any objection on those on grounds.

09:10:45 20        **THE COURT:**  So I -- you're moving to have received

09:10:50 21   into evidence, as I understand it, Mr. Fernandez's statements

09:10:56 22   on Instagram, and the claim was that, that constitutes a

09:11:00 23   business record.

09:11:02 24        **MS. DRAGALIN:**  It's a two-step process, Your

09:11:04 25   Honor.  They're admissible -- the records themselves are

| | |
|---|---|
| 09:11:07 | 1 |
| 09:11:08 | 2 |
| 09:11:10 | 3 |
| 09:11:11 | 4 |
| 09:11:13 | 5 |
| 09:11:17 | 6 |
| 09:11:20 | 7 |
| 09:11:24 | 8 |
| 09:11:26 | 9 |
| 09:11:32 | 10 |
| 09:11:34 | 11 |
| 09:11:34 | 12 |
| 09:11:37 | 13 |
| 09:11:42 | 14 |
| 09:11:46 | 15 |
| 09:11:51 | 16 |
| 09:11:54 | 17 |
| 09:11:58 | 18 |
| 09:12:00 | 19 |
| 09:12:02 | 20 |
| 09:12:05 | 21 |
| 09:12:11 | 22 |
| 09:12:12 | 23 |
| 09:12:16 | 24 |
| 09:12:17 | 25 |

admissible as business statements, but the statements --

**THE COURT:**  Business statements or business records?

**MS. DRAGALIN:**  Business records.  I apologize. But the statements contained within it has to also clear that hearsay threshold, and our position is that the statement contained in those records cleared that hearsay threshold because they are co-conspirator statements, or in the case of the defendant Fernandez's own statements.

**THE COURT:**  So, does counsel wish to be heard on that?

**MR. ROBINSON:**  No, Your Honor.

**THE COURT:**  Okay.  So, the statements of Officer Fernandez regarding statements made on Instagram, assuming the foundation is laid and assuming there is no other objection, it would appear that those statements would be admissible as party admissions or statements of coconspirator.

**MS. DRAGALIN:**  Thank you, Your Honor.

**THE COURT:**  Yes.  And the -- let's see, we have Mr. Fernandez's statements, and then we have plan Mr. Arao's statements on Instagram also.  And the statements apply.

Does counsel wish to be heard on that?

**MR. RODRIGUEZ:**  No, Your Honor.

**THE COURT:**  Okay.  And then the biggest concern is

09:12:20  1    the recorded statements of Mr. Fernandez and Mr. Arao, and

09:12:25  2    those statements again would have to be redacted so that

09:12:29  3    there is no reference or suggestion that there is any other

09:12:32  4    person involved.  The only other person would be, if it's a

09:12:36  5    statement made by Mr. Fernandez, it would imply that Mr. Arao

09:12:42  6    was involved; and if it's a statement made by Mr. Arao, it

09:12:43  7    would imply Mr. Fernandez.  So, the government is to redact

09:12:45  8    that.

09:12:46  9              And there should be also, at the various

09:12:52  10   points in time, if there is evidence received as to one

09:12:54  11   defendant but does not apply to the other, then there should

09:12:58  12   be jury -- a special --

09:13:06  13             And I'll look to counsel for the defendants

09:13:08  14   to offer a jury instruction on that.

09:13:10  15        **MS. DRAGALIN:**  Yes, Your Honor.  We are working

09:13:12  16   with the defense on that proposed limiting instruction to

09:13:15  17   that effect.

09:13:18  18        **THE COURT:**  Okay.  And then we have --

09:13:23  19             I think we've covered all the categories of

09:13:25  20   statements that have been referenced, the e-mails, text

09:13:30  21   messages and Instagram messages and then the police

09:13:37  22   interviews.  We have the government's motion in limine to

09:13:39  23   admit three types of firearms records, and that included

09:13:43  24   California Department of Justice records from Ronin Tactical

09:13:51  25   Group and summary charts of those records.

09:13:59  1          And, again, the government would have to lay

09:14:04  2     the foundation, but it would appear that those records should

09:14:09  3     be or could be received into evidence assuming a proper

09:14:16  4     authentication and foundation.

09:14:18  5          MS. DRAGALIN:  And, Your Honor, the parties have

09:14:19  6     worked out a stipulation regarding the majority of all of the

09:14:22  7     exhibits to be introduced at trial.  We have a signed copy of

09:14:23  8     it that we are lodging this morning.

09:14:25  9          And so, on it we will set forth the exhibits

09:14:27 10     that the parties have agreed are admissible for any purpose

09:14:31 11     at trial; and then separately we have a list of exhibits for

09:14:34 12     which the parties have no objection as to foundation and

09:14:37 13     authenticity, but they reserve the right to object to its

09:14:42 14     admissibility as to relevance and other grounds during the

09:14:45 15     course of the trial, and so we hope to streamline a big part

09:14:49 16     of the case in that the defendants have agreed and stipulated

09:14:51 17     to the admissibility of a large number of exhibits.

09:14:54 18          THE COURT:  And then we have Officer Arao's Motion

09:14:59 19     in Limine No. 1 to limit or exclude the testimony of the

09:15:00 20     government's firearms expert, and I understand that those

09:15:04 21     issues have been resolved.

09:15:05 22          MS. DRAGALIN:  That's correct, Your Honor.

09:15:09 23          THE COURT:  Okay.  And then what I have, also, I

09:15:22 24     have -- let's see.  There are certain other documents that

09:15:26 25     have been filed or lodged.  I have a joint statement of the

| | | |
|---|---|---|
| 09:15:28 | 1 | case that's been agreed to by all the parties.  Is that |
| 09:15:34 | 2 | correct?  Yes?  Yes?  Yes? |
| 09:15:35 | 3 | **MR. RODRIGUEZ:**  Yes. |
| 09:15:35 | 4 | **MR. ROBINSON:**  Yes. |
| 09:15:37 | 5 | **THE COURT:**  We need clarity on the record. |
| 09:15:39 | 6 | And then I have proposed voir dire questions |
| 09:15:42 | 7 | offered by the government and then joined in by Officer Arao |
| 09:15:42 | 8 | and this -- |
| 09:15:47 | 9 | Are there any other proposed voir dire |
| 09:15:50 | 10 | offered by anyone? |
| 09:15:51 | 11 | **MR. RODRIGUEZ:**  No, Your Honor.  We have for Mr. |
| 09:15:55 | 12 | Fernandez. |
| 09:15:55 | 13 | **MR. ROBINSON:**  No, thank you. |
| 09:15:56 | 14 | **THE COURT:**  Thank you. |
| 09:15:57 | 15 | Then I have the government's trial memorandum |
| 09:15:59 | 16 | that the Court has reviewed.  So, I think, importantly, |
| 09:16:03 | 17 | because we -- there are issues involving Officer Fernandez |
| 09:16:09 | 18 | and Officer Arao in light of the fact that not all counts |
| 09:16:15 | 19 | apply to both of the officers, the government intends to |
| 09:16:19 | 20 | bifurcate the testimony regarding one of the special agents, |
| 09:16:25 | 21 | I think it is -- is it Special Agent Hart? |
| 09:16:31 | 22 | **SPECIAL AGENT HART:**  Yes, Your Honor. |
| 09:16:32 | 23 | **THE COURT:**  Okay, Special Agent Hart to avoid jury |
| 09:16:32 | 24 | confusion with respect to defendant Fernandez.  And that |
| 09:16:32 | 25 | should be accomplished. |

09:16:38    1          Again, also, the Court will entertain jury

09:16:40    2    instructions to make sure that the jury understands that

09:16:43    3    there may be certain evidence received as to one but doesn't

09:16:47    4    apply to the other.

09:16:59    5          And how is our jury doing?  Do we have them

09:17:04    6    here?

09:17:04    7          COURT CLERK:  They're here.  They're helping

09:17:07    8    another judge right now, so that we can go next.

09:17:10    9          THE COURT:  I just need some clarification.

09:17:13   10    Counts 1 through 3 charge both Fernandez and Arao with

09:17:20   11    conspiracy to engage in the business of dealing with firearms

09:17:22   12    without a license and then related substantive counts.

09:17:27   13          So, I just -- for -- for the Court's

09:17:30   14    understanding, do those counts include roster and off-roster

09:17:36   15    weapons?

09:17:38   16          MS. DRAGALIN:  They include almost exclusively

09:17:40   17    off-roster weapons.  I belive there was a -- two firearms of

09:17:44   18    the entire list that are not off-roster.

09:18:05   19          THE COURT:  So, as I understand it, Officer Arao

09:18:08   20    had a company; is that correct?

09:18:11   21          MS. DRAGALIN:  He was the CEO of a corporation,

09:18:13   22    Your Honor, yes.

09:18:14   23          THE COURT:  And that's Ronin.

09:18:16   24          MS. DRAGALIN:  Correct.

09:18:17   25          THE COURT:  And Ronin had a federal license to --

| | |
|---|---|
| 09:18:22 | 1 |
| 09:18:25 | 2 |

for the company to engage in the business of sales of
weapons.

            **MS. DRAGALIN:**  Correct.

            **THE COURT:**  So, how -- why would it be a violation
for that company to dispense or sell or trade weapons that
are not off-roster?

            **MS. DRAGALIN:**  That company, as a dealer, a dealer
cannot sell off-roster firearm.  The defendant Arao -- all of
the firearms defendant Arao sold were off-roster.  So, the
only two that are the exception are for defendant Fernandez.
Defendant Fernandez has no license whatsoever in any
capacity.

            **THE COURT:**  Okay, I understand.

                  Is there anything else to address?

            **MR. ROBINSON:**  There is, Your Honor, if I may.

            **THE COURT:**  We have some -- there's some motions
to dismiss that have been, I guess, filed recently.

                  The government's motions to dismiss counts 5,
6, 8 and 9 against Officer Fernandez.  Is there any objection
to that?

            **MR. RODRIGUEZ:**  No objection, Your Honor.

            **THE COURT:**  Okay, that motion would be granted.

                  Yes, sir?

            **MR. ROBINSON:**  Your Honor, thank you.  We've filed
on behalf of the Officer Arao substantive motions to dismiss

09:19:43  1   and to sever, and the Court ruled on those motions.

09:19:46  2              THE COURT:  Back on 29th of October, I believe.

09:19:49  3              MR. ROBINSON:  Yes, thank you.  And I've discussed

09:19:52  4   the matter with Ms. Dragalin and Ms. Rykken.  We don't want

09:19:57  5   to, on behalf of Officer Arao, disrupt this trial by

09:20:02  6   objecting to preserve our position that Count One, the

09:20:05  7   conspiracy count, suffers from duplicity or that there's a

09:20:11  8   constructive amendment.

09:20:13  9              I think the government has done a good job in

09:20:15  10  suggesting that the matter be bifurcated so that we're

09:20:18  11  dealing with charges against Officer Fernandez secondarily

09:20:24  12  after having presented evidence against Officer Arao.

09:20:29  13             But, Your Honor, for the record, what we'd

09:20:32  14  like to do is have just a continuing objection at this point.

09:20:36  15  We've identified in our motion to dismiss and our reply.

09:20:41  16  That's document 171 and document 183, page 9 on document 171,

09:20:46  17  pages 2 and 3 on document 183, the overt acts that we have

09:20:53  18  argued and the Court has ruled on, that are not in

09:20:59  19  furtherance of the sole object of the conspiracy.

09:21:02  20             I've seen the government's exhibit list.

09:21:05  21  We've looked through their exhibits, and they've done a nice

09:21:09  22  job of breaking each exhibit down by overt act and numbering

09:21:14  23  them as such.  And so with your permission what we'd like to

09:21:18  24  do is, at this point in time, renew for the course of the

09:21:21  25  trial our objection to the duplicitous nature of Count One

09:21:30  1    submitted so that the record is clear, and then we can argue

09:21:33  2    that on appeal if necessary.  Also renew our motion to sever

09:21:39  3    and submit it.  So we don't need to bring that motion to the

09:21:43  4    Court's attention each time there is evidence presented with

09:21:43  5    respect to the overt acts that we've identified in our

09:21:47  6    motion.

09:21:47  7             And I think the government is in concurrence

09:21:49  8    with that.  It should be, if necessary, on appeal.  It should

09:21:53  9    be easy to track.

09:21:54  10            **THE COURT:**  So, I would just offer that all of the

09:21:57  11   issues raised and addressed by the Court in the October 29th,

09:22:04  12   2019 order denying defendant's motion to dismiss of the first

09:22:12  13   superseding indictment and then denying the motion to sever,

09:22:15  14   all of those issues would be preserved.  If there is a new

09:22:19  15   issue or a new wrinkle, then you may want to make another

09:22:22  16   motion during the course of the trial.

09:22:24  17            **MR. ROBINSON:**  We will.  Thank you, Your Honor.

09:22:30  18            **THE COURT:**  Thank you.  Anything further?

09:22:31  19            **MR. RODRIGUEZ:**  Yes, Your Honor.

09:22:32  20            I filed some objections to exhibits that the

09:22:35  21   people -- that the government proposes to introduce.  I don't

09:22:38  22   know if this would be the right time to address that, Your

09:22:41  23   Honor.

09:22:42  24            **THE COURT:**  Let's see.  I have -- I have a

09:22:48  25   stipulation regarding Spanish translation of trial exhibits

| | | |
|---|---|---|
| 09:22:51 | 1 | that has been filed by the government, stipulation regarding |
| 09:22:54 | 2 | the admissibility and authenticity of trial exhibits recently |
| 09:22:59 | 3 | filed, and a request for a judicial notice by the government. |
| 09:23:01 | 4 | And then there is Officer Fernandez's motion |
| 09:23:08 | 5 | in limine to allow character witnesses. |
| 09:23:12 | 6 | What else have you filed? |
| 09:23:13 | 7 | MR. RODRIGUEZ:  Filed yesterday a motion to -- an |
| 09:23:16 | 8 | objection to exhibit, I believe, 35, and then another |
| 09:23:19 | 9 | objection to exhibit -- let me -- |
| 09:23:26 | 10 | THE COURT:  I don't have that.  It was a written |
| 09:23:29 | 11 | formal notice? |
| 09:23:30 | 12 | MR. RODRIGUEZ:  Yes, Your Honor.  It was filed |
| 09:23:32 | 13 | last night by my office.  If I may have a moment, please.  I |
| 09:23:37 | 14 | apologize. |
| 09:23:37 | 15 | MS. DRAGALIN:  It's at Docket No. 231, Your Honor. |
| 09:23:42 | 16 | THE COURT:  I don't have the pleading in front of |
| 09:23:57 | 17 | me.  Do you have a copy for the Court? |
| 09:23:58 | 18 | MR. RODRIGUEZ:  Let me find one.  If I may have a |
| 09:23:58 | 19 | moment, please. |
| 09:23:58 | 20 | THE COURT:  Okay. |
| 09:23:58 | 21 | MR. RODRIGUEZ:  Your Honor, my apologies.  I do |
| 09:23:59 | 22 | not have a hard copy.  I only have electronic copies. |
| 09:24:01 | 23 | THE COURT:  So, the motion, again -- the objection |
| 09:24:02 | 24 | is what?  To -- |
| 09:24:03 | 25 | What's Exhibit 35? |

| | | |
|---|---|---|
| 09:24:04 | 1 | **MR. RODRIGUEZ:** Exhibit 35 -- |
| 09:24:06 | 2 | Is it Exhibit 35? |
| 09:24:08 | 3 | **MS. DRAGALIN:** The specific exhibits, Your Honor, |
| 09:24:10 | 4 | we have them here and can pull them up for the Court if that |
| 09:24:13 | 5 | will be helpful. |
| 09:24:14 | 6 | **THE COURT:** Let me -- |
| 09:24:14 | 7 | I have your exhibit list. Let me just see |
| 09:24:17 | 8 | what Exhibit 35 is. |
| 09:24:19 | 9 | **MS. DRAGALIN:** It's not -- 35 is not one of them. |
| 09:24:22 | 10 | It's 144, 147, 155, 159, 164 and 197 to 201. |
| 09:24:34 | 11 | **THE COURT:** I'm confused. There is a reference to |
| 09:24:36 | 12 | Exhibit 35. There is no objection to 35; is that correct? |
| 09:24:39 | 13 | **MR. RODRIGUEZ:** I probably have the number wrong |
| 09:24:41 | 14 | because I'm very bad with numbers, Your Honor, I apologize. |
| 09:24:45 | 15 | If I could just have one seconds, please. |
| 09:24:47 | 16 | There was another one -- |
| 09:24:56 | 17 | **THE COURT:** So, let's get the jury up. |
| 09:24:58 | 18 | **COURT CLERK:** I did. It's going to be a few |
| 09:25:02 | 19 | minutes. |
| 09:25:02 | 20 | **MS. DRAGALIN:** Your Honor, just briefly for the |
| 09:25:04 | 21 | record, because we had a motion to continue the trial date |
| 09:25:06 | 22 | filed before that has now been withdrawn, we just want to |
| 09:25:10 | 23 | know for the record that the defendant is prepared and agrees |
| 09:25:13 | 24 | to go to trial since his signature was not included on the |
| 09:25:16 | 25 | motion to withdraw. If we could just make that clear that he |

09:25:21  1    and his counsel are prepared to go forward with trial today.

09:25:25  2              **MR. RODRIGUEZ:**  Your Honor, my apologies.  It was

09:25:27  3    No. 34, Exhibit No. 34, not 35.  And I can give a brief

09:25:34  4    description to the Court as to what they are.

09:25:36  5              **THE COURT:**  One moment.

09:25:41  6              Exhibit No. 34.

09:25:43  7              **MR. RODRIGUEZ:**  Your Honor, Exhibit No. 34 is a

09:25:46  8    chart that was created by the government in which it shows --

09:25:53  9    somewhere between eight and ten -- which it shows the

09:25:58  10   purchase price that my client paid for the guns in questions,

09:26:02  11   and then there is -- in the graph, then there is the

09:26:05  12   advertised price, that is from his -- he has -- from his

09:26:09  13   Instagram page were guns that would be advertised.  There

09:26:14  14   would -- there was a -- a price or a sale price.

09:26:15  15              Then the sale price is added up, and it comes

09:26:19  16   up with a number of $44,000.  The government has no proof or

09:26:23  17   evidence that those guns were in fact sold for that amount,

09:26:26  18   just that they were at some point advertised for that amount.

09:26:29  19              We -- I object to that because it's

09:26:32  20   misleading to the jury.  It's based on speculation.  And

09:26:35  21   there is no evidence or proof that those guns, A, were ever

09:26:39  22   sold, let alone sold for the advertised price.

09:26:42  23              **THE COURT:**  So, the Court is going to address this

09:26:46  24   issue at the time 34 is offered to make sure that the

09:26:49  25   foundation has been laid by counsel for the government, and

09:26:52  1    at that time you can object.

09:26:53  2                MR. RODRIGUEZ:  Yes, Your Honor.

09:26:53  3                And as to the second objection which lists

09:26:56  4    several exhibits, they're all the same exhibit in the sense

09:27:00  5    that --

09:27:00  6                THE COURT:  What exhibit number?

09:27:05  7                MR. RODRIGUEZ:  The numbers are --

09:27:17  8                Yes, Your Honor, it's Exhibit No. 144, 147,

09:27:22  9    155, 159.

09:27:30 10                THE COURT:  Wait.  Slow it down.  Let me find it.

09:27:33 11                So, 144, 147 are text messages allegedly

09:27:38 12    between Mr. Camacho, Jr., and looks like a confidential

09:27:45 13    informant; is that correct?

09:27:46 14                MS. DRAGALIN:  No, Coconspirator 1.

09:27:49 15                THE COURT:  Oh, coconspirator.

09:27:51 16                MS. DRAGALIN:  As alleged in the indictment.

09:27:52 17                THE COURT:  So these objections will be addressed

09:27:54 18    at the time of trial.

09:27:55 19                MR. RODRIGUEZ:  Yes, Your Honor.  Thank you.

09:27:57 20                MS. DRAGALIN:  And, Your Honor, can we please have

09:28:00 21    the defendant confirm that he's ready to go to trial today

09:28:03 22    and --

09:28:03 23                THE COURT:  I haven't heard otherwise.

09:28:06 24                We're going to take a short recess.  Wait for

09:28:10 25    the jury.

| | | |
|---|---|---|
| 09:28:49 | 1 | So, we're going to take a short recess.  Make |
| 09:28:51 | 2 | sure the jury panel is going to be arriving shortly.  Make |
| 09:28:55 | 3 | sure that there is no contact between any of the lawyers or |
| 09:28:57 | 4 | the parties, defendants, and any of the prospective jurors. |
| 09:28:57 | 5 | Okay. |
| 09:28:57 | 6 | MR. RODRIGUEZ:  Yes, Your Honor. |
| 09:45:40 | 7 | THE COURT:  Thank you. |
| 09:45:44 | 8 | (Recess taken.) |
| 09:45:45 | 9 | THE COURT:  So, just -- back on the United States |
| 09:45:52 | 10 | versus Fernandez and Arao. |
| 09:45:55 | 11 | This trial is estimated for how long? |
| 09:45:57 | 12 | MS. DRAGALIN:  For the government's case, |
| 09:46:00 | 13 | approximately three to four days. |
| 09:46:01 | 14 | THE COURT:  Defense?  Approximately? |
| 09:46:02 | 15 | MR. RODRIGUEZ:  One or two. |
| 09:46:04 | 16 | MR. ROBINSON:  Half a day, maybe, Your Honor. |
| 09:46:06 | 17 | THE COURT:  So, we will not be in session, let's |
| 09:46:08 | 18 | see, tomorrow afternoon and then on Friday. |
| 09:46:11 | 19 | On Monday we will start a little bit later on |
| 09:46:15 | 20 | Monday, given that Monday is a date that we handle other |
| 09:46:20 | 21 | matters.  So, I will inform counsel as we get -- sometime on |
| 09:46:25 | 22 | Thursday, probably, when we'll start on Monday. |
| 09:46:36 | 23 | MR. ROBINSON:  Your Honor, may I inquire? |
| 09:46:38 | 24 | THE COURT:  Yes, sir. |
| 09:46:40 | 25 | MR. ROBINSON:  With respect to the jury selection, |

| | | |
|---|---|---|
| 09:46:42 | 1 | Mr. Cruz gave us the overview of how you conduct it.  The |
| 09:46:47 | 2 | question that we have is that if we were to pass on |
| 09:46:49 | 3 | peremptory, is that deemed a use of the peremptory or can we |
| 09:46:53 | 4 | reserve them for later use? |
| 09:46:55 | 5 | **THE COURT:**  You can reserve them. |
| 09:46:58 | 6 | **MR. ROBINSON:**  Thank you. |
| 09:46:58 | 7 | **MR. RODRIGUEZ:**  And, Your Honor, may I inquire, |
| 09:47:00 | 8 | just to confirm, tomorrow is only half day, correct? |
| 09:47:04 | 9 | **THE COURT:**  Yes. |
| 09:47:04 | 10 | **MR. RODRIGUEZ:**  1:00 o'clock or noon? |
| 09:47:07 | 11 | **THE COURT:**  Probably 12:00 o'clock. |
| 09:47:09 | 12 | **MR. RODRIGUEZ:**  Thank you, Your Honor. |
| 09:47:10 | 13 | **THE COURT:**  No later than 12:00, in any event. |
| 09:50:49 | 14 | (JURY SELECTION) |
| 09:51:22 | 15 | **COURT CLERK:**  Calling Item No. 1.  Case No. CR |
| 09:03:31 | 16 | 18-00121SJO.  United States of America versus defendant No. 1 |
| 09:03:36 | 17 | Carlos Miguel Fernandez, and defendant No. 2, Edward |
| 09:03:41 | 18 | Yasushiro Arao. |
| 09:51:42 | 19 | Counsel, please state your appearances for |
| 09:51:42 | 20 | the record. |
| 09:51:42 | 21 | **MS. DRAGALIN:**  Good morning, Your Honor.  Veronica |
| 09:51:47 | 22 | Dragalin on behalf of the United States. |
| 09:51:47 | 23 | **MS. RYKKEN:**  Good morning, Your Honor, Katherine |
| 09:51:49 | 24 | Rykken on behalf of the United States, and also with us at |
| 09:51:51 | 25 | counsel table are Special Agent Kyle Duncan and Tolliver Hart |

| | |
|---|---|
| 09:51:55 | 1 |
| 09:51:56 | 2 |
| 09:51:57 | 3 |
| 09:52:01 | 4 |
| 09:52:04 | 5 |
| 09:52:04 | 6 |
| 09:52:09 | 7 |
| 09:52:09 | 8 |
| 09:52:11 | 9 |
| 09:52:14 | 10 |
| 09:52:16 | 11 |
| 09:52:18 | 12 |
| 09:52:22 | 13 |
| 09:52:28 | 14 |
| 09:52:31 | 15 |
| 09:52:36 | 16 |
| 09:52:38 | 17 |
| 09:52:41 | 18 |
| 09:52:46 | 19 |
| 09:52:49 | 20 |
| 09:52:50 | 21 |
| 09:52:51 | 22 |
| 09:52:55 | 23 |
| 09:52:59 | 24 |
| 09:53:03 | 25 |

from the ATF.

          THE COURT:  Thank you.

          MR. ROBINSON:  Your Honor, good morning.  Edward
Robinson on behalf of Officer Arao who's present in court.
Also with me on this matter is Lisa Houle and Rachel
Robinson.  Good morning, Your Honor.

          THE COURT:  Good morning.

          MR. RODRIGUEZ:  Good morning, Your Honor.
Ambrosio Rodriguez on behalf of Officer Fernandez, and also
with me at counsel table is Michael Hanagan.

          THE COURT:  Good morning.  Please have a seat.

               So, let me just take the opportunity to
welcome all of the prospective jurors.  I'm Judge S. James
Otero.  And you've been summoned here or brought here today
to preside, possibly preside over a criminal proceeding.  I
say "possibly," because the jury needs to be selected first.

               So, there are probably two questions on your
mind as we start this morning's proceedings; one is:  How
long will the case last?  And then second:  What is the case
about?

               This is a criminal proceeding.  So, in
reference to what the case is about, I have a joint statement
of the case that has been offered by the parties to explain a
little bit about the matter.  The facts of the case are going
to be explained in detail as the trial moves forward.

| | | |
|---|---|---|
| 09:53:07 | 1 | So, this is a criminal proceeding brought by |
| 09:53:13 | 2 | the United States Government.  The government has charged the |
| 09:53:16 | 3 | defendants, Mr. -- or Officer Carlos Fernandez -- the two |
| 09:53:22 | 4 | defendants here are police officers with the Hawthorn Police |
| 09:53:26 | 5 | Department.  So, they charge defendant -- |
| 09:53:29 | 6 | **MS. RYKKEN:**  I'm sorry, Your Honor.  They're with |
| 09:53:32 | 7 | the Gardena Police -- |
| 09:53:32 | 8 | **THE COURT:**  I'm sorry, with the Gardena Police |
| 09:53:35 | 9 | Department.  They are charged -- |
| 09:53:37 | 10 | Officers Carlos Fernandez. |
| 09:53:40 | 11 | Officer Fernandez, would you stand up, |
| 09:53:42 | 12 | please? |
| 09:53:43 | 13 | Thank you. |
| 09:53:43 | 14 | And Officer Edward Arao -- |
| 09:53:48 | 15 | Officer Arao, would you stand up?  Thank you |
| 09:53:51 | 16 | very much. |
| 09:53:51 | 17 | Will you please have a seat. |
| 09:53:51 | 18 | -- with conspiracy to engage in and engaging |
| 09:53:54 | 19 | in the business of dealing in firearms without a license, in |
| 09:53:58 | 20 | violation of Title 18 United States Code, Section 371 and |
| 09:54:01 | 21 | 922(a)(1)(A). |
| 09:54:04 | 22 | In addition, the government has charged |
| 09:54:10 | 23 | Officer Fernandez with conspiracy to sell or otherwise |
| 09:54:13 | 24 | dispose of a firearm to a prohibited person and to make false |
| 09:54:17 | 25 | statements during the purchase of a firearm in violation of |

| | | |
|---|---|---|
| 09:54:19 | 1 | Title 18 United States Code, Section 371. |
| 09:54:23 | 2 | The government further charges the defendant |
| 09:54:27 | 3 | Fernandez with selling or otherwise disposing of a firearm to |
| 09:54:31 | 4 | a prohibited person, in violation Title 18, U.S. Code Section |
| 09:54:34 | 5 | 922(d)(1), and aiding and abetting a false statement during |
| 09:54:38 | 6 | the purchase of a firearm in violation of Title 18, United |
| 09:54:43 | 7 | States Code, Section 2 and 924(a)(1)(A). |
| 09:54:46 | 8 | The defendants, Officer Fernandez and Officer |
| 09:54:49 | 9 | Arao, have each entered a plea of not guilty to all the |
| 09:54:53 | 10 | allegations denying all of the allegations and are presumed |
| 09:54:56 | 11 | innocent until if ever the contrary is proved. |
| 09:54:59 | 12 | And that's what the case is about.  Again, |
| 09:55:03 | 13 | the details will be explained as we go forwards. |
| 09:55:06 | 14 | In terms of how long the case will last, it |
| 09:55:09 | 15 | will take approximately six to seven days to try the case. |
| 09:55:12 | 16 | We will have a jury selected today. |
| 09:55:14 | 17 | A couple of calendar matters to keep in mind. |
| 09:55:19 | 18 | We will have a jury selected today.  We will not be in |
| 09:55:22 | 19 | session tomorrow afternoon.  Tomorrow afternoon not in |
| 09:55:24 | 20 | session.  And once we have the jury selected, I'll give you a |
| 09:55:27 | 21 | little bit more information as to what -- how long we will go |
| 09:55:32 | 22 | tomorrow.  And then we will not be in session on Friday, all |
| 09:55:37 | 23 | day on Friday.  We will start again on Monday.  So, the case |
| 09:55:41 | 24 | will conclude next week. |
| 09:55:42 | 25 | And with that being said, let me have the |

| | | |
|---|---|---|
| 09:55:45 | 1 | clerk select the panel, please. |
| 09:55:51 | 2 | **COURT CLERK:**  Yes, Your Honor.  One second. |
| 09:56:11 | 3 | Would all the ladies and gentlemen of the |
| 09:56:14 | 4 | prospective jurors, would you all rise and raise your right |
| 09:56:17 | 5 | hands to be sworn? |
| 09:56:18 | 6 | Ladies and gentlemen, do you solemnly swear |
| 09:56:21 | 7 | that you will make true answers to such questions as may be |
| 09:56:25 | 8 | put to you, touching upon your qualifications to serve as |
| 09:56:28 | 9 | jurors upon the trial of the case now pending before this |
| 09:56:32 | 10 | Court, so help you God? |
| 09:56:35 | 11 | THE JURY PANEL:  I do. |
| 09:56:38 | 12 | **COURT CLERK:**  Thank you.  Please be seated. |
| 09:56:40 | 13 | **THE COURT:**  So, let me just again introduce the |
| 09:56:43 | 14 | parties for you and the lawyers for you.  Again, this case is |
| 09:56:47 | 15 | being brought by the United States Department of Justice. |
| 09:56:51 | 16 | The United States Attorney's office, the lawyers representing |
| 09:56:54 | 17 | the government are on my left, here in the courtroom, and we |
| 09:56:59 | 18 | have Ms. Katherine Rykken. |
| 09:57:03 | 19 | Ms. Rykken, would you stands up, please. |
| 09:57:06 | 20 | We have Ms. Dragalin.  Would you stand up? |
| 09:57:09 | 21 | Those are the two assistant united sates |
| 09:57:12 | 22 | attorneys representing the government in the case.  And then |
| 09:57:14 | 23 | we have special agents, I believe, Special Agent Hart, -- |
| 09:57:18 | 24 | Would Special Agent Hart stand up? |
| 09:57:22 | 25 | And then we have Special Agent Duncan also. |

| | | |
|---|---|---|
| 09:57:27 | 1 | And the special agents are with the Bureau of Alcohol Tobacco |
| 09:57:32 | 2 | and Firearms.  So, that's the government prosecution team. |
| 09:57:33 | 3 | To my right, here, we have the defendants, |
| 09:57:36 | 4 | and we first -- |
| 09:57:37 | 5 | May I have Officer Arao please stand up? |
| 09:57:42 | 6 | Officer Arao, thank you. |
| 09:57:43 | 7 | And then we have Officer Arao is represented |
| 09:57:48 | 8 | by Mr. Robinson, Edward Robinson, and Rachel Robinson.  And |
| 09:57:54 | 9 | then we have Lisa Houle also, representing Officer Arao.  So, |
| 09:58:01 | 10 | that's one officer. |
| 09:58:02 | 11 | And then we have a second officer, and that's |
| 09:58:05 | 12 | Officer Fernandez.  Officer Fernandez, would you stand up |
| 09:58:07 | 13 | again?  And then representing Officer Fernandez, we have |
| 09:58:10 | 14 | Mr. Ambrosio Rodriguez, and then we have Mr. Michael Hanagan. |
| 09:58:16 | 15 | Okay?  And those are the parties again. |
| 09:58:18 | 16 | So, my first question to the entire group |
| 09:58:22 | 17 | here is:  Does anyone know or recognize any of the persons at |
| 09:58:24 | 18 | counsel table?  If you do, please raise your hand. |
| 09:58:30 | 19 | Okay, no hands are raised. |
| 09:58:32 | 20 | So, the first part of the trial is jury |
| 09:58:36 | 21 | selection.  We'll start the trial by calling 18 prospective |
| 09:58:39 | 22 | jurors who will have the first top row with nine jurors, the |
| 09:58:44 | 23 | bottom row with nine jurors. |
| 09:58:46 | 24 | Just because your name is called and you take |
| 09:58:48 | 25 | a seat doesn't mean you're going to be hearing the case. |

09:58:51  1    There are a number of questions that I will be asking you to

09:58:51  2    make sure that we have a juror -- a jury that can be fair and

09:58:55  3    impartial.

09:58:55  4              The goal or the object here is to make sure

09:58:57  5    that we have a jury that's going to listen carefully to all

09:59:00  6    of the evidence, that's going to apply the law to all of the

09:59:05  7    evidence, a jury that's going to be fair to the government

09:59:08  8    and also a jury that's going to be fair to the defendants.

09:59:11  9              If you cannot be fair for any reason, then we

09:59:13  10   need to know about that.  And during the jury selection

09:59:17  11   process, I cannot ask all the questions I would like to ask.

09:59:20  12   It would simply take too long.  We don't live in a perfect

09:59:24  13   world.

09:59:25  14             So, the point here is that if you believe

09:59:28  15   there is any information that the lawyers should know about

09:59:32  16   in determining whether you should be a juror in the case,

09:59:34  17   please err on the side of volunteering that information,

09:59:41  18   providing that information to the lawyers and the parties.

09:59:44  19             During the course of the questioning, if I

09:59:46  20   ask a question, and you remember something later on, feel

09:59:52  21   free to add it at any point in time.  Again, we want a jury

09:59:56  22   that's fair to both sides.

09:59:57  23             Keep in mind that the clerk has issued a note

09:59:59  24   here.  So you have -- you're under oath, a sworn duty to make

10:00:04  25   sure that you fully tell the truth in all the questions that

| | | |
|---|---|---|
| 10:00:09 | 1 | I will be asking you. |
| 10:00:10 | 2 | And with that, I think things are going to |
| 10:00:13 | 3 | move relatively quickly.  We'll start with the clerk calling |
| 10:00:13 | 4 | 18 prospective jurors. |
| 10:00:16 | 5 | **COURT CLERK:**  As I call your name, please come |
| 10:00:27 | 6 | forwards. |
| 10:00:27 | 7 | Juror No. 1.  Terry Kayano, K-A-Y-A-N-O. |
| 10:00:44 | 8 | Juror No. 2, Jacqueline Lopez, L-O-P-E-Z. |
| 10:00:58 | 9 | Juror No. 3, James Smith, S-M-I-T-H. |
| 10:01:05 | 10 | Juror No. 4, John Schouweiler, |
| 10:01:22 | 11 | S-C-H-O-U-W-E-I-L-E-R. |
| 10:01:24 | 12 | Juror No. 5, Lizette Nuno, N-U-N-O. |
| 10:01:39 | 13 | Juror No. 6, Jessica Greene, G-R-E-E-N-E. |
| 10:01:46 | 14 | Juror No. 7, Juvenile Ramirez, R-A-M-I-R-E-Z. |
| 10:01:58 | 15 | Juror No. 8, Michelle Hanna, H-A-N-N-A. |
| 10:02:12 | 16 | Juror No. 9, Lizette Rodriguez, |
| 10:02:21 | 17 | R-O-D-R-I-G-U-E-Z. |
| 10:02:22 | 18 | Juror No. 10, Stephanie Tope, T-O-P-E. |
| 10:02:28 | 19 | Juror No. 11, Charles Veals, V-E-A-L-S. |
| 10:02:47 | 20 | Juror No. 12, Frank Chen, C-H-E-N. |
| 10:03:13 | 21 | Juror No. 13, Precilla Trujillo, |
| 10:03:21 | 22 | T-R-U-J-I-L-L-O. |
| 10:03:23 | 23 | Juror No. 14, Alexis Moreno, M-O-R-E-N-O. |
| 10:03:31 | 24 | Juror No. 15, Roy Lyons, L-Y-O-N-S. |
| 10:03:45 | 25 | Juror No. 16, Hope Roberts, R-O-B-E-R-T-S. |

| | |
|---|---|
| 10:03:54 | 1 |
| 10:04:03 | 2 |
| 10:04:11 | 3 |
| 10:04:30 | 4 |
| 10:04:34 | 5 |
| 10:04:39 | 6 |
| 10:04:42 | 7 |
| 10:04:49 | 8 |
| 10:04:49 | 9 |
| 10:04:52 | 10 |
| 10:04:56 | 11 |
| 10:04:59 | 12 |
| 10:05:02 | 13 |
| 10:05:05 | 14 |
| 10:05:07 | 15 |
| 10:05:13 | 16 |
| 10:05:14 | 17 |
| 10:05:17 | 18 |
| 10:05:20 | 19 |
| 10:05:24 | 20 |
| 10:05:26 | 21 |
| 10:05:30 | 22 |
| 10:05:35 | 23 |
| 10:05:40 | 24 |
| 10:05:44 | 25 |

Juror No. 17, Sylvia Levi, L-E-V-I.

Juror No. 18, Jacqueline Erickson,

E-R-I-C-K-S-O-N.

**THE COURT:**  We have 18 prospective jurors.

Just to, again, provide some background

information for the jurors, again, the first part of the

trial is voir dire or jury selection process.  I'm going to

is a number of questions.  The goal is to make sure that we

have a jury that's going to be fair to the government and the

defendants, each of the defendants.  We have two defendants.

Again, if I do not ask a question but you

believe there is certain information that the lawyers should

know about in determining whether you should be a juror in

the case, make sure that you volunteer that information at

any time, please.  Err on the side of caution by volunteering

information.

Again, just because you've taken a seat

doesn't mean you're going to be a juror in the case.  We have

a jury selection process to go first.

In terms of persons in the courtroom, I'm the

Judge.  My duty here is to follow the law, to make sure that

the government and the defendants each have a fair

opportunity to present their claims and their defenses here.

Once we have the jury selected and the jury

makes all of the hard determination, whether the government

| | |
|---|---|
| 10:05:46 | 1 |
| 10:05:49 | 2 |
| 10:05:54 | 3 |
| 10:05:58 | 4 |

1    has proven the case beyond a reasonable doubt to the jury's

2    satisfaction, you have other duties by assessing credibility

3    of the witnesses resolving conflicts and evidences, and I'm

4    going to explain that in a little bit more detail.

5              Everything that is being stated in the

6    courtroom until the case is concluded is being reported by

7    the court reporter here.

8              You've already been introduced to the parties

9    and to the lawyers.  And the persons over here at the other

10   end of the courtroom are law clerks and externs, and they

11   assist in the daily business of the court.

12             And so we'll start the process by having

13   Juror No. 1 answer the questions on the monitors, please.

14        **PROSPECTIVE JUROR:**  My name is Terry Kayano.

15             I live in Torrance, California.

16             I'm married.

17             Payroll clerk is my occupation.  My spouse's

18   occupation is accountant.

19             I have two children.

20             And my prior jury duty service was two years

21   ago in Torrance, California, but I didn't get called in.  I

22   was just on call.

23        **THE COURT:**  Okay.  So, based on what you heard so

24   far, do you believe you could be fair to all of the parties?

25   Based on what you heard so far.

| | | |
|---|---|---|
| 10:07:10 | 1 | **PROSPECTIVE JUROR:**  I am not sure. |
| 10:07:12 | 2 | **THE COURT:**  And the reason? |
| 10:07:14 | 3 | **PROSPECTIVE JUROR:**  Sometimes I have a hard time |
| 10:07:16 | 4 | understanding. |
| 10:07:17 | 5 | **THE COURT:**  Okay.  So, that's a separate issue. |
| 10:07:20 | 6 | Have you been able to understand everything |
| 10:07:22 | 7 | that has been stated so far in court? |
| 10:07:25 | 8 | **PROSPECTIVE JUROR:**  A little bit, yes. |
| 10:07:27 | 9 | **THE COURT:**  Well, is there anything that you were |
| 10:07:29 | 10 | not able to understand? |
| 10:07:31 | 11 | **PROSPECTIVE JUROR:**  Umm... |
| 10:07:37 | 12 | **THE COURT:**  Have you been able to understand |
| 10:07:39 | 13 | everything I've said so far. |
| 10:07:41 | 14 | **PROSPECTIVE JUROR:**  Yeah. |
| 10:07:42 | 15 | **THE COURT:**  Is that a "yes." |
| 10:07:44 | 16 | **PROSPECTIVE JUROR:**  Uh-huh. |
| 10:07:47 | 17 | **THE COURT:**  Okay.  So, your primary language is |
| 10:07:50 | 18 | what language? |
| 10:07:51 | 19 | **PROSPECTIVE JUROR:**  Filipino. |
| 10:07:54 | 20 | **THE COURT:**  Okay.  Tagalog? |
| 10:07:56 | 21 | **PROSPECTIVE JUROR:**  Uh-huh. |
| 10:07:58 | 22 | **THE COURT:**  And do you speak English obviously. |
| 10:08:00 | 23 | **PROSPECTIVE JUROR:**  Uh-huh. |
| 10:08:01 | 24 | **THE COURT:**  Yes? |
| 10:08:03 | 25 | **PROSPECTIVE JUROR:**  Yes. |

| | | |
|---|---|---|
| 10:08:04 | 1 | **THE COURT:**  Do you have a driver's license. |
| 10:08:05 | 2 | **PROSPECTIVE JUROR:**  Yes. |
| 10:08:06 | 3 | **THE COURT:**  And when you took your driver's |
| 10:08:07 | 4 | license, did you take that test in English' or Tagalog. |
| 10:08:11 | 5 | **PROSPECTIVE JUROR:**  Yes, English. |
| 10:08:13 | 6 | **THE COURT:**  English.  And do you regularly read |
| 10:08:15 | 7 | newspapers or magazines or books that are printed in English? |
| 10:08:19 | 8 | **PROSPECTIVE JUROR:**  Yes.  But one thing is |
| 10:08:21 | 9 | sometimes I'm having understanding, like if it's -- like a |
| 10:08:26 | 10 | whole story, I can't -- I call that -- comprehend, sometimes. |
| 10:08:32 | 11 | **THE COURT:**  Okay.  My -- life experience and my |
| 10:08:38 | 12 | experience in the courtroom has taught me over time that |
| 10:08:42 | 13 | persons who are concerned about their ability to understand |
| 10:08:45 | 14 | English generally are pretty adapt at it. |
| 10:08:47 | 15 | So the point is, that we want to make sure |
| 10:08:49 | 16 | that you understand everything. |
| 10:08:51 | 17 | If there is something that's said during the |
| 10:08:53 | 18 | course of the trial that you don't understand, would you feel |
| 10:08:55 | 19 | uncomfortable simply raising your hand and letting us know? |
| 10:09:00 | 20 | Would you do that? |
| 10:09:01 | 21 | **PROSPECTIVE JUROR:**  Yes. |
| 10:09:02 | 22 | **THE COURT:**  And just to make sure -- |
| 10:09:03 | 23 | I just want to make sure again, I'm going to |
| 10:09:05 | 24 | ask the question again, so far we're starting the trial, but |
| 10:09:09 | 25 | so far you've been able to understand everything that I have |

| | |
|---|---|
| 10:09:11 | 1 |
| 10:09:15 | 2 |
| 10:09:17 | 3 |
| 10:09:18 | 4 |
| 10:09:22 | 5 |
| 10:09:25 | 6 |
| 10:09:28 | 7 |
| 10:09:31 | 8 |
| 10:09:34 | 9 |
| 10:09:36 | 10 |
| 10:09:39 | 11 |
| 10:09:42 | 12 |
| 10:09:45 | 13 |
| 10:09:47 | 14 |
| 10:09:50 | 15 |
| 10:09:54 | 16 |
| 10:09:57 | 17 |
| 10:10:01 | 18 |
| 10:10:03 | 19 |
| 10:10:07 | 20 |
| 10:10:10 | 21 |
| 10:10:14 | 22 |
| 10:10:17 | 23 |
| 10:10:20 | 24 |
| 10:10:25 | 25 |

said.  Is that true?

        **PROSPECTIVE JUROR:**  True.

        **THE COURT:**  Now, part of your duty in the case is to assess the credibility of witnesses.  If you're selected as a juror -- and this applies to any juror that's selected -- we're going to have a parade of witnesses.  The government is going to call -- I'll read the names, but the government is going to call several witnesses.  There may be other witnesses that are called during the course of the trial.  Just because somebody comes to the stand here and raises their right hand to swear to tell the truth, doesn't mean they will in fact tell the truth.  It's up to the jury to make a determination as to their credibility.

        But credibility determination is more complex, and sometimes people believe that a certain event occurred and there is simply not enough foundation to support that.  Sometimes people are truly mistaken in terms of what they observed or saw or heard.

        If a person has a stake in the outcome, you can consider that in assessing a person's credibility.  My point in all of this is that your duty as a juror is to assess credibility.  Some people are comfortable -- most people are comfortable doing that, depending on occupation sometimes.  Sometimes people are uncomfortable doing that.

        Do you feel that you'd be able to accomplish

| | | |
|---|---|---|
| 10:10:27 | 1 | that to the best of your ability?  Assessing the credibility |
| 10:10:30 | 2 | of witnesses. |
| 10:10:31 | 3 | PROSPECTIVE JUROR:  I'll try. |
| 10:10:32 | 4 | THE COURT:  Okay.  Well, you're a human being, and |
| 10:10:35 | 5 | all we ask is that you do your best as a human being to -- |
| 10:10:39 | 6 | PROSPECTIVE JUROR:  Yes, uh-huh. |
| 10:10:40 | 7 | THE COURT:  -- to accomplish that goal. |
| 10:10:42 | 8 | PROSPECTIVE JUROR:  Yes, I'll do my best. |
| 10:10:43 | 9 | THE COURT:  And then, again, just to repeat, if |
| 10:10:45 | 10 | there is something that's said by anyone at trial -- during |
| 10:10:49 | 11 | the course of the proceedings going forward, and you're not |
| 10:10:51 | 12 | able to understand it, we need you to raise your hand and let |
| 10:10:56 | 13 | us know. |
| 10:10:56 | 14 | PROSPECTIVE JUROR:  Yes. |
| 10:10:57 | 15 | THE COURT:  Understood? |
| 10:10:58 | 16 | PROSPECTIVE JUROR:  Yes. |
| 10:10:59 | 17 | THE COURT:  Can you be a juror in the case? |
| 10:11:01 | 18 | PROSPECTIVE JUROR:  Yes. |
| 10:11:02 | 19 | THE COURT:  And can you be fair to all the |
| 10:11:03 | 20 | parties? |
| 10:11:04 | 21 | PROSPECTIVE JUROR:  Yes. |
| 10:11:05 | 22 | THE COURT:  Thank you very much. |
| 10:11:05 | 23 | Let's go to Ms. Lopez. |
| 10:11:08 | 24 | PROSPECTIVE JUROR:  My name is Jacqueline Lopez. |
| 10:11:10 | 25 | I live in La Puente. |

10:11:12  1          I'm single.

10:11:13  2          I'm a recruiting manager.

10:11:15  3          My spouse's occupation, he works for the

10:11:20  4  department of insurance for the State of California.

10:11:23  5          I have two children, three and a 17-year-old.

10:11:26  6          And I previously served on a jury, and we did

10:11:30  7  reach a verdict.

10:11:36  8      THE COURT:  Without disclosing what that was, was

10:11:39  9  it a criminal or civil proceeding?

10:11:42  10      PROSPECTIVE JUROR:  Civil.

10:11:43  11      THE COURT:  This is a criminal proceeding.  There

10:11:45  12  are major differences between the two, one is the burden of

10:11:47  13  proof.  So, in a civil proceeding it's a preponderance of the

10:11:50  14  evidence, and in a criminal proceeding, which is -- this is a

10:11:53  15  criminal proceeding -- it's proof beyond a reasonable doubt,

10:11:57  16  which is the highest standard imposed in any courtroom in the

10:11:59  17  United States.

10:12:00  18          So, the question I have is:  Will you hold

10:12:03  19  the people -- or the government -- to proving their case

10:12:05  20  beyond a reasonable doubt to your satisfaction?

10:12:07  21      PROSPECTIVE JUROR:  Yes.

10:12:08  22      THE COURT:  Now, you indicated that your husband

10:12:11  23  worked for the State of California; is that correct?

10:12:13  24      PROSPECTIVE JUROR:  That is correct.

10:12:14  25      THE COURT:  Again, in what capacity?

10:12:16  1          PROSPECTIVE JUROR:  He's an insurance auditor.

10:12:18  2          THE COURT:  Does he work with law enforcement

10:12:21  3   officers at all?

10:12:22  4          PROSPECTIVE JUROR:  Not that I know of.

10:12:25  5          THE COURT:  Okay.  Is there any aspect of his work

10:12:28  6   as an auditor for the State of California that has been

10:12:30  7   disclosed to you that you feel would impact your ability to

10:12:34  8   be a juror in this case?

10:12:34  9          PROSPECTIVE JUROR:  No.

10:12:35  10         THE COURT:  Can you be fair to all the parties in

10:12:38  11  this case?

10:12:38  12         PROSPECTIVE JUROR:  Yes.

10:12:42  13         THE COURT:  And your occupation again?

10:12:44  14         PROSPECTIVE JUROR:  Is a staffing and recruiting

10:12:46  15  manager.

10:12:46  16         THE COURT:  What type of recruiting do you do?

10:12:49  17         PROSPECTIVE JUROR:  I do staff for any healthcare

10:12:51  18  and administrative assistant positions.

10:12:54  19         THE COURT:  So, there are a couple of significant,

10:12:57  20  major principles of law that apply in any criminal

10:13:00  21  proceeding, and these principles of law have been put in

10:13:03  22  place in our Constitution, United States Constitution.  Many

10:13:08  23  of the -- of these principals are also in our state

10:13:15  24  Constitution; but in our US Constitution, there are various

10:13:18  25  protections that all of us are afforded, including the

| | |
|---|---|
| 10:13:21 | 1 |
| 10:13:25 | 2 |
| 10:13:28 | 3 |
| 10:13:31 | 4 |
| 10:13:32 | 5 |
| 10:13:34 | 6 |
| 10:13:38 | 7 |
| 10:13:42 | 8 |
| 10:13:46 | 9 |
| 10:13:47 | 10 |
| 10:13:50 | 11 |
| 10:13:56 | 12 |
| 10:13:59 | 13 |
| 10:14:01 | 14 |
| 10:14:04 | 15 |
| 10:14:08 | 16 |
| 10:14:11 | 17 |
| 10:14:13 | 18 |
| 10:14:17 | 19 |
| 10:14:20 | 20 |
| 10:14:23 | 21 |
| 10:14:26 | 22 |
| 10:14:29 | 23 |
| 10:14:31 | 24 |
| 10:14:34 | 25 |

defendants in this case.  And that is, one, the government has the highest standard of proof, which is proof beyond a reasonable doubt, which you hold the government to that burden of proof.

Two, the defendants are presumed innocent unless and if ever the contrary is established.  So, at the course of the proceeding, that presumption applies, unless the government proves otherwise at the conclusion of the case when you deliberate.

Another principle of law is, the defendants do not have to call witnesses or testify.  They do not have to produce any type of evidence.  The burden is always on the government to present their case.

At the conclusion of the case, a defendant or defense counsel or both defense counsel may simply get up in front of the jury and ask the jury to return a verdict of not guilty because they believe there is a failure of proof, and if you conclude that there is -- that the government has not proved the case beyond a reasonable doubt to your satisfaction, even though you didn't hear from the defendants or hear any witnesses, you'd have a duty to return a verdict in their favor.  Can you accomplish that?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Of the 18 prospective jurors, is there anyone who has concerns about their ability to follow any of

```
10:14:35    1    those principles of law?  Okay, no --

10:14:38    2                    We have one person, and that's Ms. Rodriguez.

10:14:41    3    Did you have your hand raised?

10:14:43    4            PROSPECTIVE JUROR:  (Nods head affirmatively.)

10:14:45    5            THE COURT:  Okay, we're going to come back to you

10:14:47    6    regarding that.

10:14:48    7                    You can be fair?

10:14:49    8            PROSPECTIVE JUROR:  Yes.

10:14:50    9            THE COURT:  Let's pass the microphone to Mr.

10:14:53   10    Smith.

10:14:53   11            PROSPECTIVE JUROR:  My names name is James Smith.

10:14:57   12                    I live in Los Angeles.

10:14:59   13                    I'm married.

10:14:59   14                    I'm an engineer for the State of California.

10:15:02   15                    My wife is a retired public school teacher.

10:15:07   16                    No children.

10:15:09   17                    I've had a federal jury service once and

10:15:12   18    numerous superior court -- some municipal court experience.

10:15:20   19            THE COURT:  So, federal case one time, and the

10:15:24   20    system in federal court is a little bit different than state

10:15:29   21    court.  It moves much faster for a number of reason.

10:15:33   22                    The case in federal court, was that a civil

10:15:38   23    or criminal?

10:15:39   24            PROSPECTIVE JUROR:  It was criminal.

10:15:40   25            THE COURT:  And without disclosing the verdict,
```

| | | |
|---|---|---|
| 10:15:42 | 1 | did you reach a verdict in that case? |
| 10:15:43 | 2 | **PROSPECTIVE JUROR:**  Yes, we did. |
| 10:15:44 | 3 | **THE COURT:**  And is there any aspect of that jury |
| 10:15:47 | 4 | service that you believe would influence your decisionmaking |
| 10:15:48 | 5 | in this proceeding here? |
| 10:15:49 | 6 | **PROSPECTIVE JUROR:**  No. |
| 10:15:50 | 7 | **THE COURT:**  Okay.  And then you have a prior state |
| 10:15:52 | 8 | service as a juror. |
| 10:15:53 | 9 | **PROSPECTIVE JUROR:**  Yes. |
| 10:15:54 | 10 | **THE COURT:**  In both civil and criminal? |
| 10:15:56 | 11 | **PROSPECTIVE JUROR:**  Correct. |
| 10:15:57 | 12 | **THE COURT:**  And did you reach verdicts in all of |
| 10:15:58 | 13 | those cases? |
| 10:15:59 | 14 | **PROSPECTIVE JUROR:**  Yes, we did. |
| 10:16:00 | 15 | **THE COURT:**  Any case similar to the charge here? |
| 10:16:02 | 16 | **PROSPECTIVE JUROR:**  No. |
| 10:16:03 | 17 | **THE COURT:**  And again, just to refresh everyone's |
| 10:16:06 | 18 | memory, the government has charged the defendant, Officer |
| 10:16:12 | 19 | Fernandez and the defendant, Arao, with conspiracy to engage |
| 10:16:15 | 20 | in and engage in the business of dealing with firearms |
| 10:16:19 | 21 | without a license, and then also they charged Officer |
| 10:16:23 | 22 | Fernandez separate -- this is not Officer Arao but Officer |
| 10:16:28 | 23 | Fernandez -- with conspiracy to sell or otherwise dispose of |
| 10:16:30 | 24 | a firearm to a prohibited person, and that's going to be -- |
| 10:16:33 | 25 | the term "prohibited person" is going to be explained to you, |

| | | |
|---|---|---|
| 10:16:36 | 1 | and to make a false statement during the purchase of a |
| 10:16:40 | 2 | firearm -- and a firearm. |
| 10:16:41 | 3 | And the government further charges Officer |
| 10:16:46 | 4 | Fernandez with selling or otherwise disposing of a firearm to |
| 10:16:50 | 5 | a prohibited person and then aiding and abetting a false |
| 10:16:54 | 6 | statement during the purchase of a firearm. |
| 10:16:55 | 7 | Any case that you were involved in as a jury |
| 10:17:00 | 8 | that's similar to the charges here? |
| 10:17:01 | 9 | PROSPECTIVE JUROR:  No. |
| 10:17:02 | 10 | THE COURT:  Can you be fair to all the parties |
| 10:17:04 | 11 | here? |
| 10:17:05 | 12 | PROSPECTIVE JUROR:  I believe so. |
| 10:17:06 | 13 | THE COURT:  And follow the law as the Court |
| 10:17:07 | 14 | instructs? |
| 10:17:07 | 15 | PROSPECTIVE JUROR:  Yes. |
| 10:17:08 | 16 | THE COURT:  Is there any information that you |
| 10:17:10 | 17 | believe the lawyer should know about in determining whether |
| 10:17:16 | 18 | you should be a juror in this proceeding? |
| 10:17:17 | 19 | PROSPECTIVE JUROR:  Not that I know of. |
| 10:17:18 | 20 | THE COURT:  Thank you very much. |
| 10:17:19 | 21 | PROSPECTIVE JUROR:  My name is John Schouwieler. |
| 10:17:22 | 22 | I live in Studio City.  I'm married.  I'll a motion line |
| 10:17:29 | 23 | producer.  My wife is a television writer.  Two children, |
| 10:17:34 | 24 | both adults.  One is motion picture production accountant. |
| 10:17:39 | 25 | The daughter is an executives assistant at a music company. |

| | | |
|---|---|---|
| 10:17:46 | 1 | And I have never been empaneled on a jury. |
| 10:17:52 | 2 | THE COURT:  Okay, well, welcome to jury service. |
| 10:17:56 | 3 | And could you just explain in a little bit |
| 10:17:58 | 4 | more detail, what a motion picture line producer does. |
| 10:18:04 | 5 | PROSPECTIVE JUROR:  You know, the analogy to a |
| 10:18:05 | 6 | building process, is whereas a general contractor would take |
| 10:18:11 | 7 | plans and render a budget and then oversee the hiring of a |
| 10:18:16 | 8 | crew to build the building.  I do the same though with a |
| 10:18:20 | 9 | script, I'll budget it and hire a crew and see it -- that a |
| 10:18:26 | 10 | schedule is maintained. |
| 10:18:28 | 11 | THE COURT:  Okay.  Thank you.  And do you feel |
| 10:18:31 | 12 | that you could be fair to each of the defendants here and |
| 10:18:35 | 13 | also to the government? |
| 10:18:37 | 14 | PROSPECTIVE JUROR:  Yes. |
| 10:18:38 | 15 | THE COURT:  To the best of your ability. |
| 10:18:40 | 16 | And can you be a juror in the case? |
| 10:18:41 | 17 | PROSPECTIVE JUROR:  I can. |
| 10:18:45 | 18 | THE COURT:  Any information that you would like to |
| 10:18:48 | 19 | volunteer. |
| 10:18:49 | 20 | PROSPECTIVE JUROR:  That's relevant, no. |
| 10:18:53 | 21 | THE COURT:  Okay, and as -- again, as the case |
| 10:18:56 | 22 | moves along and more information is disclosed to the jurors |
| 10:18:58 | 23 | and shared with the jurors, information that you believe the |
| 10:18:58 | 24 | lawyers should know about it, feel free just to volunteer |
| 10:19:07 | 25 | that information. |

10:19:07   1          **PROSPECTIVE JUROR:**  Okay.

10:19:08   2          **THE COURT:**  Thank you, sir.  Let's move to the

10:19:08   3   next.

10:19:09   4          **PROSPECTIVE JUROR:**  Hi my name is Lizette Nuno.

10:19:12   5   I'm live in Glendale.

10:19:15   6              I'm single.  I'm a finance analyst.  No

10:19:17   7   children.  And I've served on a criminal case before.

10:19:21   8          **THE COURT:**  Did you reach a verdict in the case?

10:19:22   9          **PROSPECTIVE JUROR:**  No.

10:19:23   10         **THE COURT:**  Okay.  Any case -- any charge similar

10:19:25   11  to this charge -- the charges here?

10:19:28   12         **PROSPECTIVE JUROR:**  No.

10:19:29   13         **THE COURT:**  Any part of that experience that would

10:19:31   14  influence your decision-making here?

10:19:32   15         **PROSPECTIVE JUROR:**  No.

10:19:33   16         **THE COURT:**  Can you be fair to all the parties?

10:19:35   17         **PROSPECTIVE JUROR:**  Yes.

10:19:36   18         **THE COURT:**  And participate.

10:19:37   19         **PROSPECTIVE JUROR:**  Yes.

10:19:38   20         **THE COURT:**  So, I'm going to explain some of the

10:19:41   21  duties of the jurors.

10:19:43   22              One of your duties in the case is to follow

10:19:47   23  the law as the Court instructs.  So, at the conclusion of the

10:19:52   24  case, I'm going to give you instructions to the law that you

10:19:55   25  must apply.

| | | |
|---|---|---|
| 10:19:56 | 1 | We live in a very complex world.  We have |
| 10:19:59 | 2 | federal regulations and laws, we have state regulations and |
| 10:20:02 | 3 | laws, we have city laws, we have county ordinances and so on |
| 10:20:08 | 4 | and so forth.  I think we probably all could find a law that |
| 10:20:11 | 5 | we disagree with.  My point is, irrespective of whether you |
| 10:20:15 | 6 | agree with the law that I instruct, you have a duty to follow |
| 10:20:19 | 7 | the law.  It's the ought I took when I became a judge.  The |
| 10:20:23 | 8 | jury, when you're sworn in, you take the same ought to follow |
| 10:20:27 | 9 | the law.  Can you do that to the best of your ability? |
| 10:20:29 | 10 | PROSPECTIVE JUROR:  Yes. |
| 10:20:29 | 11 | THE COURT:  Of the 18 prospective jurors, is there |
| 10:20:29 | 12 | anyone who has a religious or philosophical conviction or |
| 10:20:36 | 13 | personal conviction that would make it difficult for you to |
| 10:20:38 | 14 | follow the law as the Court instructs?  Any hands? |
| 10:20:42 | 15 | Okay, we have Ms. Rodriguez in Seat No. 9 |
| 10:20:46 | 16 | with he hand up again.  Okay, Ms. Rodriguez we'll come back |
| 10:20:49 | 17 | to you. |
| 10:20:50 | 18 | You can participate and be fair. |
| 10:20:52 | 19 | PROSPECTIVE JUROR:  (Ms. Nuno) Yes. |
| 10:20:52 | 20 | THE COURT:  Okay, thank you. |
| 10:20:54 | 21 | Then we go to Ms. Green. |
| 10:20:56 | 22 | PROSPECTIVE JUROR:  Hello.  My name is Jessica |
| 10:20:58 | 23 | Greene.  I live in Woodland Hills.  I run partnerships for a |
| 10:21:05 | 24 | technology company in Sacramento. |
| 10:21:05 | 25 | I'm married.  My husband runs sales |

10:21:09 1  operations for a technique company here in LA.  We don't have

10:21:13 2  any children, and I have not served on a jury before.

10:21:16 3          THE COURT:  Okay, and what do you do in terms of

10:21:17 4  your occupation?

10:21:18 5          PROSPECTIVE JUROR:  So, I basically run strategic

10:21:21 6  partnership business development and then in price sales, for

10:21:25 7  a marketing platform.

10:21:27 8          THE COURT:  Were you trained in the technical or

10:21:29 9  business side?

10:21:29 10         PROSPECTIVE JUROR:  Business.  A little bit of

10:21:31 11 both, but mostly business.

10:21:33 12         THE COURT:  And so you've been able to hear most

10:21:35 13 of the questions I've asked so far.  Yes?

10:21:37 14         PROSPECTIVE JUROR:  Yes.

10:21:37 15         THE COURT:  And can you be fair to all the

10:21:39 16 parties?

10:21:39 17         PROSPECTIVE JUROR:  Yes.

10:21:40 18         THE COURT:  And can you participate in this case?

10:21:41 19         PROSPECTIVE JUROR:  Yes.

10:21:43 20         THE COURT:  Okay.  Thank you very much.

10:21:46 21         PROSPECTIVE JUROR:  My name is Juvenal Ramirez.  I

10:21:49 22 liver in Pasadena for 32 years.  I am married.  I have two

10:21:54 23 kids.  My wife works for the City of LA.  She works for a

10:22:00 24 building safety.  She's chief clerk.  And have two kids.

10:22:07 25             I've been in a prior jury, and this is a

10:22:11  1   civil case, and both parties came to an agreement.

10:22:16  2            THE COURT:  Okay, and so, I didn't -- I might have

10:22:18  3   missed it, but I didn't get your occupation.

10:22:20  4            PROSPECTIVE JUROR:  I'm a furniture manufacturer.

10:22:23  5            THE COURT:  A furniture manufacturer.

10:22:25  6            PROSPECTIVE JUROR:  Yes.

10:22:27  7            THE COURT:  Can you be a jury in this proceeding

10:22:28  8   here.

10:22:28  9            PROSPECTIVE JUROR:  Yes, I can.

10:22:30  10           THE COURT:  And be fair to all the parties.

10:22:32  11           PROSPECTIVE JUROR:  Yes, I can.

10:22:33  12           THE COURT:  Now, being a juror requires someone

10:22:37  13  comfortable working in a group setting.  We have 12 jurors.

10:22:41  14  That's part of the system.  We have 12 jurors, and the

10:22:44  15  verdict must be unanimous, that means everybody has to agree.

10:22:47  16           PROSPECTIVE JUROR:  I understand.

10:22:48  17           THE COURT:  And so after we conclude the case, the

10:22:52  18  jury is placed in the deliberation room, and you have a duty

10:22:55  19  to listen carefully to the views of your fellow jurors.  If

10:22:58  20  they convince you that your view is -- your vote is

10:23:02  21  incorrect, you have a duty to change your vote.  If they do

10:23:06  22  not convince you by logic and common sense and by pointing to

10:23:09  23  the evidence, then you have a duty to stand by your

10:23:10  24  conviction.

10:23:11  25           So, it takes somebody who's comfortable in a

10:23:15  1    group setting.  Some people do not like working with other

10:23:19  2    persons, they prefer working by themselves.  Do you feel

10:23:23  3    comfortable working other people?

10:23:25  4              **PROSPECTIVE JUROR:**  Yes.

10:23:26  5              **THE COURT:**  Of the 18 prospective jurors, is there

10:23:26  6    anyone who feels uncomfortable working in a group setting?

10:23:30  7    Would that bother anyone?

10:23:32  8                   Okay, no hands are raised.

10:23:34  9                   Any information, sir, that you would like to

10:23:36  10   volunteer?

10:23:37  11             **PROSPECTIVE JUROR:**  No.

10:23:37  12             **THE COURT:**  Okay.  Thank you.

10:23:41  13                  We go to Juror No. 8.

10:23:42  14             **PROSPECTIVE JUROR:**  Good morning, my name is

10:23:45  15   Michele Hanna.  I'm a resident of Hermosa Beach.  I'm

10:23:48  16   married.  My occupation is, I'm a risk officer for a

10:23:49  17   financial institution.

10:23:51  18                  My spouse is a civil engineer consultant.

10:23:55  19                  I have two children.

10:23:56  20                  And I have not been selected for a jury

10:23:59  21   before.

10:23:59  22             **THE COURT:**  Again, welcome to jury service here.

10:24:04  23                  Same series of questions, I need to ask the

10:24:08  24   same series of questions to all the prospective jurors.  Can

10:24:12  25   you be fair to the parties?

10:24:14  1            **PROSPECTIVE JUROR:**  Yes.

10:24:14  2            **THE COURT:**  And can you participate in the case?

10:24:16  3            **PROSPECTIVE JUROR:**  Yes.

10:24:17  4            **THE COURT:**  So, we have two defendants, as I

10:24:19  5     mentioned.  We have Officer Arao and then we have Officer

10:24:26  6     Fernandez.

10:24:27  7                 The case is being tried together, but the

10:24:30  8     point of all of this is, even though they're being tried

10:24:34  9     together, the case against Officer Arao is separate and apart

10:24:39  10    from Officer Fernandez.  So, if you're selected as a juror in

10:24:42  11    the case, you have to keep evidence that apply to Officer

10:24:47  12    Arao separate from the evidence that applies to Officer

10:24:48  13    Fernandez, and visa versa.

10:24:51  14                To the best of your ability, can you do that?

10:24:54  15           **PROSPECTIVE JUROR:**  Yes.

10:24:55  16           **THE COURT:**  Any information that you believe the

10:24:55  17    lawyers should know about and determine whether you should be

10:25:00  18    a juror in this case.

10:25:00  19           **PROSPECTIVE JUROR:**  No.

10:25:01  20           **THE COURT:**  Your training is in economics?

10:25:04  21    Finance?

10:25:04  22           **PROSPECTIVE JUROR:**  Communications and financial

10:25:07  23    services.

10:25:07  24           **THE COURT:**  Okay.  And so you're a risk analysis;

10:25:14  25    is that correct?

10:25:14  1          PROSPECTIVE JUROR:  Risk officer and compliance
10:25:16  2     manager.
10:25:17  3          THE COURT:  Do you work with any government
10:25:18  4     agencies?  SEC?
10:25:22  5          PROSPECTIVE JUROR:  Yes, SEC and -- yes.
10:25:28  6          THE COURT:  And have you ever worked with any of
10:25:31  7     the persons with the Securities and Exchange Commission that
10:25:34  8     are on the criminal enforcement side?
10:25:36  9          PROSPECTIVE JUROR:  Not directly.
10:25:38 10          THE COURT:  When you say not directly, could you
10:25:39 11     provide just a little more context?
10:25:42 12          PROSPECTIVE JUROR:  They would usually interact
10:25:45 13     with my corporate office directly, and our legal folks back
10:25:47 14     in New York, and I might be --
10:25:49 15              I'm in Los Angeles, and maybe researching
10:25:51 16     something for an inquiry.
10:25:53 17          THE COURT:  Okay.  Any -- any negative experiences
10:25:57 18     with the Securities and Exchange Commission, the -- there may
10:26:02 19     be some other regulatory agencies, Office of the Comptroller,
10:26:08 20     Treasury, any negative experiences with those departments of
10:26:11 21     government or any department of government?
10:26:12 22          PROSPECTIVE JUROR:  No.
10:26:14 23          THE COURT:  Okay.  Thank you very much.
10:26:19 24              We'll go to Ms. Rodriguez who had her hand a
10:26:23 25     couple of times.

| | | |
|---|---|---|
| 10:26:24 | 1 | **PROSPECTIVE JUROR:**  My name is Lizet Rodriguez. |
| 10:26:26 | 2 | I'm from Ventura County. |
| 10:26:28 | 3 | I'm single.  And I'm a hair stylist. |
| 10:26:32 | 4 | And no kids.  No jury service. |
| 10:26:38 | 5 | **THE COURT:**  Okay, and it's a long drive. |
| 10:26:40 | 6 | **PROSPECTIVE JUROR:**  Yes. |
| 10:26:41 | 7 | **THE COURT:**  Ventura county. |
| 10:26:42 | 8 | **PROSPECTIVE JUROR:**  Yes. |
| 10:26:44 | 9 | **THE COURT:**  So, if you're selected as a juror in |
| 10:26:46 | 10 | the case, you know, one way we accommodate persons who have |
| 10:26:52 | 11 | to drive so far is to make accommodations for you to stay |
| 10:26:56 | 12 | downtown.  You've been, I think, informed of that. |
| 10:27:00 | 13 | **PROSPECTIVE JUROR:**  Yes. |
| 10:27:00 | 14 | **THE COURT:**  So, you had your hand up a couple of |
| 10:27:03 | 15 | times. |
| 10:27:03 | 16 | **PROSPECTIVE JUROR:**  Yeah. |
| 10:27:05 | 17 | **THE COURT:**  Go ahead, explain. |
| 10:27:06 | 18 | **PROSPECTIVE JUROR:**  I'm just very against guns, |
| 10:27:09 | 19 | and I'm not going to give a fair trial.  It just gives me |
| 10:27:14 | 20 | anxiety and like... |
| 10:27:16 | 21 | **THE COURT:**  So, you're, I guess -- when you say |
| 10:27:21 | 22 | you're against guns -- |
| 10:27:23 | 23 | **PROSPECTIVE JUROR:**  Yeah. |
| 10:27:26 | 24 | **THE COURT:**  When you say you're not going to be |
| 10:27:28 | 25 | able to be fair, you're not going to be able to be fair to |

| | | |
|---|---|---|
| 10:27:31 | 1 | the defendants or to the government in this case? |
| 10:27:33 | 2 | **PROSPECTIVE JUROR:** The defendants. |
| 10:27:35 | 3 | **THE COURT:** And that's because of your perspective |
| 10:27:39 | 4 | of firearms, generally. |
| 10:27:40 | 5 | **PROSPECTIVE JUROR:** Yeah. |
| 10:27:41 | 6 | **THE COURT:** Any bad experiences in your life |
| 10:27:42 | 7 | concerning firearms? |
| 10:27:45 | 8 | **PROSPECTIVE JUROR:** No. |
| 10:27:47 | 9 | **THE COURT:** Okay. So -- |
| 10:27:48 | 10 | **PROSPECTIVE JUROR:** Other than the general, |
| 10:27:51 | 11 | everything that's going on. |
| 10:27:53 | 12 | **THE COURT:** Okay. So, I'm assuming if there is a |
| 10:27:56 | 13 | trial that doesn't involve firearms, you could sit in that |
| 10:27:59 | 14 | type of case. |
| 10:28:00 | 15 | **PROSPECTIVE JUROR:** Possibly. |
| 10:28:01 | 16 | **THE COURT:** Okay. So, there are other cases going |
| 10:28:02 | 17 | on in the building. |
| 10:28:03 | 18 | **PROSPECTIVE JUROR:** Okay. |
| 10:28:04 | 19 | **THE COURT:** You'll feel more comfortable with |
| 10:28:06 | 20 | those type of cases? |
| 10:28:08 | 21 | **PROSPECTIVE JUROR:** Probably. |
| 10:28:09 | 22 | **THE COURT:** They may be longer proceedings. |
| 10:28:11 | 23 | **PROSPECTIVE JUROR:** I get it. |
| 10:28:13 | 24 | **THE COURT:** Okay. Thank you. |
| 10:28:16 | 25 | Let's pass the microphone and go all the way |

| | |
|---|---|
| 10:28:20 | 1 | down to --
| 10:28:23 | 2 |           PROSPECTIVE JUROR:  Want to start here?

**PROSPECTIVE JUROR:** Want to start here?

**THE COURT:** No, let's go all the way down, in order.

**PROSPECTIVE JUROR:** Good morning.  My name is Stephanie Tope.  And I live in Palmdale.

I am married.  My husband is a retired hair dresser.

I'm a middle school secretary.

I have three grown children and an adopted granddaughter.  And my older daughter is -- she's a homemaker.  One of my sons is a manager of a collision center, and my youngest one, she's in school.  And I have not served on a jury before.

**THE COURT:** Okay, welcome.  Again, same series of questions.  Can you be fair to all the parties?

**PROSPECTIVE JUROR:** Yes.

**THE COURT:** Can you participate in this case.

**PROSPECTIVE JUROR:** Yes.

**THE COURT:** Any information that you believe the lawyers should know about in determining whether you should be a juror in this proceeding?

**PROSPECTIVE JUROR:** No.

**THE COURT:** Again, just for purposes of emphasis, I've already mentioned the principles of law that apply to

10:29:27  1    all criminal proceedings.  And these are serious principles

10:29:32  2    of law.  They're designed to protect all of us, the

10:29:34  3    defendants in the courtroom, but also all of us.

10:29:37  4                    And, again, the government has to prove their

10:29:40  5    case beyond a reasonable doubt to the -- your satisfaction.

10:29:43  6    If they fail to do that, a verdict in favor of the defendants

10:29:47  7    or the defendant where there is a failure of proof,

10:29:50  8    irrespective of whether they call witness or produce any

10:29:55  9    evidence or testify.  Agreed?

10:29:55  10                **PROSPECTIVE JUROR:**  Yes.

10:29:56  11               **THE COURT:**  You'll hold the government to that

10:29:57  12   burden?

10:29:58  13               **PROSPECTIVE JUROR:**  Yes, I will.

10:29:59  14               **THE COURT:**  The defendants are presumed innocent

10:30:01  15   until if ever the contrary is proved to your satisfaction.

10:30:08  16   You'll apply that principle.

10:30:11  17               **PROSPECTIVE JUROR:**  Yes.

10:30:12  18               **THE COURT:**  And I think that's about it.  If

10:30:14  19   you'll pass the microphone, and we'll hear from Mr. Veals.

10:30:17  20               **PROSPECTIVE JUROR:**  My name is Charles Veals.  I

10:30:20  21   live in the City of Carson.

10:30:22  22                    Single.  Retired.  When I did work, I worked

10:30:26  23   for Los Angeles County mental health department, emergency

10:30:29  24   services.

10:30:33  25                    I have one daughter, and she works in

| | | |
|---|---|---|
| 10:30:35 | 1 | healthcare.  And I've had prior -- a federal jury duty, and a |
| 10:30:42 | 2 | decision was reached, and as well as in criminal courts.  In |
| 10:30:48 | 3 | particular, the federal case was criminal. |
| 10:30:50 | 4 | THE COURT:  Okay. |
| 10:30:53 | 5 | PROSPECTIVE JUROR:  And have some -- couple of |
| 10:30:56 | 6 | family members that have worked in law enforcement.  Also |
| 10:30:59 | 7 | during my work experience, I've also had a lot of contact and |
| 10:31:04 | 8 | worked with law enforcement. |
| 10:31:08 | 9 | THE COURT:  And so, you were with the county |
| 10:31:11 | 10 | mental health department. |
| 10:31:12 | 11 | PROSPECTIVE JUROR:  Yes. |
| 10:31:13 | 12 | THE COURT:  And in what capacity?  What did you do |
| 10:31:16 | 13 | there? |
| 10:31:16 | 14 | PROSPECTIVE JUROR:  I ran the -- I ran the |
| 10:31:19 | 15 | emergency service program which involved crisis evaluations, |
| 10:31:26 | 16 | mobile response to family requests for intervention, worked |
| 10:31:31 | 17 | with law enforcement in terms of warning, assistants or |
| 10:31:39 | 18 | assessment of different individuals. |
| 10:31:42 | 19 | THE COURT:  So, your days must have been filled |
| 10:31:45 | 20 | with much activity. |
| 10:31:47 | 21 | PROSPECTIVE JUROR:  A lot.  It's called burn-up. |
| 10:31:52 | 22 | THE COURT:  I -- I don't mean to laugh.  I know |
| 10:31:55 | 23 | it's very serious.  Were you trained on the medical |
| 10:32:00 | 24 | psychiatric side or on the operations business side or both? |
| 10:32:03 | 25 | PROSPECTIVE JUROR:  Well, it was both.  My |

| | |
|---|---|
| 10:32:06 | 1 |
| 10:32:10 | 2 |
| 10:32:16 | 3 |
| 10:32:19 | 4 |
| 10:32:20 | 5 |

background is psychiatric social worker but some kind of way

I ended up in administration, and from there I got more

involved in the operational aspect.

        THE COURT:  Now, you mentioned that you had a

significant contact with law enforcement.

                The officers -- the defendant officers are

members of the Gardena Police Department.  Is that an agency

that you dealt with?  Do you know?

        PROSPECTIVE JUROR:  Oh, it's been a -- I can't --

see, I can't recall if I have or have not.

        THE COURT:  Fair enough.  But you dealt with

several law enforcement officers.

        PROSPECTIVE JUROR:  Oh, yes.

        THE COURT:  And did you -- separate and apart from

your business relations with law enforcement officers, did

you socialize with any officers yourself?

        PROSPECTIVE JUROR:  Yes.

        THE COURT:  And they became friends?

        PROSPECTIVE JUROR:  That was year -- years ago.

        THE COURT:  Is there any part of that -- your work

with the department of health services or your relationship

with any law enforcement that would make it difficult for you

to the fair to the government in this case or defendants in

this case?

        PROSPECTIVE JUROR:  Well, it would be based on

10:33:21   1    information that's provided.  Probably I might be a lot more

10:33:25   2    critical primarily based upon my understanding of how things

10:33:33   3    happen or -- you know, what procedures, protocols and so

10:33:38   4    forth.

10:33:39   5             THE COURT:  Okay, when you say more critical, are

10:33:45   6    you concerned about your ability to be fair to the defendants

10:33:47   7    in this case?

10:33:48   8             PROSPECTIVE JUROR:  No, just being able to, you

10:33:50   9    know, to assess the information.

10:33:53   10            THE COURT:  That's what everyone is required to

10:33:55   11   do, is to carefully consider all of the evidence in the case

10:34:00   12   and to apply that evidence and to determine whether the

10:34:04   13   government has proved your case beyond a reasonable doubt.

10:34:07   14   You can do that, I assume.

10:34:08   15            PROSPECTIVE JUROR:  Yes.

10:34:09   16            THE COURT:  Now, you said that you had -- you have

10:34:13   17   prior experience as a juror in a federal proceeding.

10:34:18   18            PROSPECTIVE JUROR:  Yes.

10:34:18   19            THE COURT:  Okay.  Is there any -- any aspect of

10:34:21   20   this case, the charges here, that would make it more

10:34:24   21   difficult for you to be a juror as opposed to the proceeding

10:34:27   22   that you were participating in before?

10:34:30   23            Is this -- is this different for you?

10:34:32   24            PROSPECTIVE JUROR:  No, it's not different.  It

10:34:36   25   would be what the process is, and the -- in terms of what the

|          |    |                                                                    |
|----------|----|--------------------------------------------------------------------|
| 10:34:41 | 1  | information is provided.                                           |
| 10:34:43 | 2  | THE COURT: Okay.                                                   |
| 10:34:43 | 3  | PROSPECTIVE JUROR: But not all information is                     |
| 10:34:46 | 4  | provided.                                                          |
| 10:34:48 | 5  | THE COURT: Okay. So, the status of the                            |
| 10:34:52 | 6  | defendants in this case being members of the law enforcement,     |
| 10:34:56 | 7  | does that -- would that make it more difficult for you to         |
| 10:34:59 | 8  | abide by your duties as a juror in this proceeding?               |
| 10:35:02 | 9  | PROSPECTIVE JUROR: No, I mean, I don't have a                     |
| 10:35:05 | 10 | bias in that -- with regard to that.                              |
| 10:35:07 | 11 | THE COURT: Okay. And then during the course of                    |
| 10:35:12 | 12 | the trial, there may be certain information that's received.      |
| 10:35:16 | 13 | If you're selected to sit as a juror in the case, you sit as      |
| 10:35:20 | 14 | a juror and not as an expert in any particular field. Even        |
| 10:35:23 | 15 | though you may have some particular expertise, you're not         |
| 10:35:28 | 16 | able to offer your own opinion, expertise, your views, and        |
| 10:35:32 | 17 | your discussions have to be based on the evidence here.           |
| 10:35:35 | 18 | So, can you accomplish that to the best of                        |
| 10:35:37 | 19 | your ability?                                                     |
| 10:35:38 | 20 | PROSPECTIVE JUROR: I will certainly try.                          |
| 10:35:40 | 21 | THE COURT: Okay, and do you feel you can be fair                  |
| 10:35:43 | 22 | both sides, all sides, all parties?                               |
| 10:35:48 | 23 | PROSPECTIVE JUROR: Yes.                                           |
| 10:35:48 | 24 | THE COURT: Okay. And can you participate.                         |
| 10:35:49 | 25 | PROSPECTIVE JUROR: That's the question. When you                  |

| | |
|---|---|
| 10:35:51 | 1 |
| 10:35:56 | 2 |
| 10:36:00 | 3 |
| 10:36:03 | 4 |
| 10:36:08 | 5 |
| 10:36:13 | 6 |
| 10:36:15 | 7 |
| 10:36:19 | 8 |
| 10:36:24 | 9 |
| 10:36:26 | 10 |
| 10:36:32 | 11 |
| 10:36:34 | 12 |
| 10:36:38 | 13 |
| 10:36:41 | 14 |
| 10:36:43 | 15 |
| 10:36:45 | 16 |
| 10:36:47 | 17 |
| 10:36:49 | 18 |
| 10:36:52 | 19 |
| 10:36:53 | 20 |
| 10:36:54 | 21 |
| 10:37:00 | 22 |
| 10:37:03 | 23 |
| 10:37:04 | 24 |
| 10:37:10 | 25 |

say can you participate?  Do I want to be here?

            THE COURT:  No -- yeah.  I would imagine --

                That's not the question.  The question is, if

you're selected to be here.  Just as an aside, you know,

being a juror is part of the duty of being a citizen of the

United States of America.  I get asked sometimes whether -- I

get called as a juror and I get called by the state court

every two years.  So I will walk across the street,

hopefully, sometimes -- I think last time was in traffic

court on the other end of town.  But yeah, I get called also.

Personally I think I have more to offer here, but I don't

make that decision.  If called, I just serve.  And that's

what we're required to do.  And can you do that?

            PROSPECTIVE JUROR:  Yeah.

            THE COURT:  Any other information that you believe

that lawyers should know about?

            PROSPECTIVE JUROR:  And I have a brother that's a

judge, with the same criminal courts.

            THE COURT:  In Los Angeles superior?

            PROSPECTIVE JUROR:  Yes.

            THE COURT:  Okay.  So, you mentioned that you have

family members in law enforcement.  So, tells a little bit

about that.

            PROSPECTIVE JUROR:  Like I said, I have one

brother that's a judge.  I have another brother that's

| | | |
|---|---|---|
| 10:37:14 | 1 | probation, and another brother that just -- he just retired, |
| 10:37:20 | 2 | but he was over welfare fraud for the county. |
| 10:37:24 | 3 | THE COURT:  Okay. |
| 10:37:25 | 4 | PROSPECTIVE JUROR:  And working with law |
| 10:37:27 | 5 | enforcement. |
| 10:37:27 | 6 | THE COURT:  And based on your relationships with |
| 10:37:29 | 7 | family members who -- one is a judge, and I don't want to |
| 10:37:34 | 8 | refer to judge as a law enforcement, we're not law |
| 10:37:37 | 9 | enforcement, but I understand what your point is.  The |
| 10:37:42 | 10 | question is, based on those relationships, based on |
| 10:37:46 | 11 | discussions with those persons, do you feel that you could be |
| 10:37:49 | 12 | fair to everyone here? |
| 10:37:50 | 13 | PROSPECTIVE JUROR:  Yeah. |
| 10:37:51 | 14 | THE COURT:  Thank you, sir.  Pass the microphone. |
| 10:37:54 | 15 | PROSPECTIVE JUROR:  I'm Frank Chen.  I'm living in |
| 10:37:58 | 16 | City of El Monte. |
| 10:38:00 | 17 | I'm married. |
| 10:38:02 | 18 | Right now I'm working as a real estate agent. |
| 10:38:06 | 19 | My wife is working for -- in accounting in a real estate |
| 10:38:13 | 20 | company. |
| 10:38:15 | 21 | I have one child.  I was not selected for any |
| 10:38:19 | 22 | jury service before. |
| 10:38:20 | 23 | THE COURT:  Okay.  Thank you.  Can you be a juror |
| 10:38:24 | 24 | in this proceeding here? |
| 10:38:25 | 25 | PROSPECTIVE JUROR:  Yes, I'll try.  But I have |

10:38:27  1    problems with my English abilities.

10:38:30  2              THE COURT:  Okay.  So, fair enough, again.  So as

10:38:34  3    previously referenced, have you been able to understand

10:38:39  4    everything I've said so far, sir?

10:38:41  5              PROSPECTIVE JUROR:  Not everything.

10:38:42  6              THE COURT:  Okay, thank you very much.  Just to --

10:38:50  7    so --

10:38:51  8              I'm rephrase the question just to make sure

10:38:54  9    that we're all clear.  There are certain things I've said or

10:38:58  10   questions that I've asked that you were not able to

10:39:01  11   understand.  Is that fair?  Is that true?

10:39:03  12             PROSPECTIVE JUROR:  Normally, I understand, I

10:39:06  13   think 70, 80 percent, but use some special terms, really have

10:39:11  14   difficult.

10:39:12  15             THE COURT:  So, the point -- the question I have

10:39:14  16   is, what's been said today in court this morning by me, I

10:39:24  17   think I'm the only one who's talking so far.  Have you been

10:39:28  18   able to understand everything I've said.

10:39:29  19             PROSPECTIVE JUROR:  No.

10:39:30  20             THE COURT:  Thank you, Mr. Chen.  Thank you.

10:39:32  21             PROSPECTIVE JUROR:  Thank you.

10:39:33  22             THE COURT:  And then we'll go on -- Ms. Trujillo?

10:39:36  23             PROSPECTIVE JUROR:  Yes, my name is Priscilla

10:39:39  24   Trujillo.

10:39:39  25             I live in Los Angeles.

| | | |
|---|---|---|
| 10:39:40 | 1 | I'm not married. |
| 10:39:41 | 2 | I'm an assistant manager for a retail store |
| 10:39:44 | 3 | and a student. |
| 10:39:45 | 4 | No children. |
| 10:39:46 | 5 | And I have on not been selected for a panel |
| 10:39:49 | 6 | before. |
| 10:39:50 | 7 | THE COURT:  Okay, and can you be fair and |
| 10:39:51 | 8 | participate? |
| 10:39:52 | 9 | PROSPECTIVE JUROR:  Yes. |
| 10:39:52 | 10 | THE COURT:  And you're a student in -- |
| 10:39:54 | 11 | What are you studying? |
| 10:39:56 | 12 | PROSPECTIVE JUROR:  Fashion merchandising at Cali |
| 10:39:59 | 13 | State Long Beach. |
| 10:40:00 | 14 | THE COURT:  And your career goal is to do what? |
| 10:40:03 | 15 | PROSPECTIVE JUROR:  Become a buyer. |
| 10:40:05 | 16 | THE COURT:  So, I've asked a number of questions. |
| 10:40:08 | 17 | I'm not going to repeat them all.  Are there any questions |
| 10:40:10 | 18 | that you would like to respond to? |
| 10:40:13 | 19 | PROSPECTIVE JUROR:  No. |
| 10:40:14 | 20 | THE COURT:  Any information that you believe the |
| 10:40:18 | 21 | lawyers should know about in determining whether you should |
| 10:40:21 | 22 | be a juror in this proceeding? |
| 10:40:21 | 23 | PROSPECTIVE JUROR:  No. |
| 10:40:23 | 24 | THE COURT:  All right, thank you very much. |
| 10:40:24 | 25 | PROSPECTIVE JUROR:  My name is Alexis Moreno.  I |

| | | |
|---|---|---|
| 10:40:26 | 1 | live in Temple City. |
| 10:40:29 | 2 | I'm single. |
| 10:40:29 | 3 | I'm unemployed. |
| 10:40:30 | 4 | I'm a I full-time student. |
| 10:40:32 | 5 | No kids.  And I have not served on a jury |
| 10:40:35 | 6 | before. |
| 10:40:36 | 7 | THE COURT:  Thank you.  Can you participate? |
| 10:40:38 | 8 | PROSPECTIVE JUROR:  Yes. |
| 10:40:38 | 9 | THE COURT:  And be fair to all the parties. |
| 10:40:40 | 10 | PROSPECTIVE JUROR:  Yes. |
| 10:40:41 | 11 | THE COURT:  And your area of study is what? |
| 10:40:43 | 12 | PROSPECTIVE JUROR:  Sociology. |
| 10:40:44 | 13 | THE COURT:  And your career goal, if you have one |
| 10:40:47 | 14 | at this time. |
| 10:40:48 | 15 | PROSPECTIVE JUROR:  Social work. |
| 10:40:54 | 16 | THE COURT:  Okay.  We go to Mr. Lyons. |
| 10:40:56 | 17 | PROSPECTIVE JUROR:  My name is Roy Lyons.  I live |
| 10:40:58 | 18 | in Sherman Oaks.  I'm married.  I'm a retired insurance |
| 10:41:02 | 19 | broker.  My wife is retired from Los Angeles unified school |
| 10:41:07 | 20 | district in IT area. |
| 10:41:09 | 21 | We have no kids. |
| 10:41:10 | 22 | I've not served on a jury. |
| 10:41:12 | 23 | And my father-in-law was on the LAPD for 20 |
| 10:41:15 | 24 | years. |
| 10:41:16 | 25 | THE COURT:  And you know what details he worked? |

```
10:41:20    1              PROSPECTIVE JUROR:  He worked in 77th Division
10:41:23    2      downtown.
10:41:23    3              THE COURT:  Okay, and do you know what type of
10:41:25    4      detail he worked in?
10:41:27    5              PROSPECTIVE JUROR:  He was a sergeant, and he did
10:41:31    6      vice for some time.
10:41:35    7              THE COURT:  Any --
10:41:36    8                  Were you close to this person?
10:41:38    9              PROSPECTIVE JUROR:  Yes.
10:41:39   10              THE COURT:  And based on your relationship and
10:41:40   11      discussions, do you feel you could be fair to the parties
10:41:44   12      here?
10:41:44   13              PROSPECTIVE JUROR:  Yes.
10:41:45   14              THE COURT:  And can you participate?
10:41:46   15              PROSPECTIVE JUROR:  Yes.
10:41:52   16              THE COURT:  And this is LAPD; is that correct?
10:41:55   17              PROSPECTIVE JUROR:  Correct.
10:41:57   18              THE COURT:  Thank you, sir.
10:41:58   19              PROSPECTIVE JUROR:  Good morning, Judge.  My name
10:42:00   20      is Hope Roberts, and I'm a citizen of Ventura County.
10:42:03   21                  I'm divorced.
10:42:06   22                  And I am a teacher and a mentor.
10:42:10   23                  I have an adult daughter, and she is a
10:42:13   24      mindful mentor.
10:42:14   25                  And I've never served on a jury.
```

10:42:22  1          THE COURT:  And the occupation of your former

10:42:23  2     spouse?

10:42:23  3          PROSPECTIVE JUROR:  He's deceased right now, he

10:42:26  4     was retired.

10:42:28  5          THE COURT:  When he was working, what was his

10:42:30  6     occupation.

10:42:30  7          PROSPECTIVE JUROR:  An entrepreneur.  We have an

10:42:36  8     insurance business, and then he wrote some books, and --

10:42:41  9          THE COURT:  Okay.  You're a teacher and a mentor.

10:42:43 10          PROSPECTIVE JUROR:  Yes.

10:42:44 11          THE COURT:  So is your mentorship in relationship

10:42:48 12     to your teaching?

10:42:49 13          PROSPECTIVE JUROR:  I mentor other teachers.  So,

10:42:52 14     I put on workshops and do training for other teachers.

10:42:57 15          THE COURT:  Do you teach a certain grade or other

10:43:00 16     subjects.

10:43:01 17          PROSPECTIVE JUROR:  I teach online, and I teach

10:43:04 18     three to nine years old, and I teach different subjects.

10:43:07 19          THE COURT:  Can you be fair to the parties here?

10:43:09 20          PROSPECTIVE JUROR:  I would do my best, but I

10:43:13 21     can't guarantee it.

10:43:14 22          THE COURT:  Well, there are very few guarantees in

10:43:16 23     life, as they say, taxes and death.

10:43:19 24          PROSPECTIVE JUROR:  I have a hard time with

10:43:21 25     firearms, but I try -- I would try my hardest.

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 10:43:28 | 1  | **THE COURT:**  You have a hard time with firearms.          |
| 10:43:31 | 2  | **PROSPECTIVE JUROR:**  Uh-huh.                              |
| 10:43:32 | 3  | **THE COURT:**  Look, the point is we need a jury            |
| 10:43:34 | 4  | that's going to be fair to the defendants in the case and a  |
| 10:43:38 | 5  | jury that's going to be fair to the government.              |
| 10:43:40 | 6  | I don't want to put words in your mouth, but                 |
| 10:43:42 | 7  | are you concerned about your ability to be fair to the       |
| 10:43:46 | 8  | defendants in this case simply because of the charges that   |
| 10:43:50 | 9  | the government has brought?                                   |
| 10:43:51 | 10 | **PROSPECTIVE JUROR:**  I -- probably.  Anything             |
| 10:43:53 | 11 | having to do with firearms, I'm against it very much so.      |
| 10:44:01 | 12 | **THE COURT:**  Okay, so, there is laws that govern          |
| 10:44:04 | 13 | the sale, the possession, use, transportation of firearms.   |
| 10:44:09 | 14 | You may disagree with those laws, you may agree with some of  |
| 10:44:13 | 15 | them.  The point is, if I instruct you on the law, can you    |
| 10:44:17 | 16 | follow it to the best of your ability?                        |
| 10:44:19 | 17 | **PROSPECTIVE JUROR:**  I would do my best about the         |
| 10:44:21 | 18 | law, yes.                                                     |
| 10:44:22 | 19 | **THE COURT:**  Okay.  So, let me just the ask the           |
| 10:44:25 | 20 | question a little bit differently.                            |
| 10:44:28 | 21 | You're concerned about weapons generally                     |
| 10:44:30 | 22 | or --                                                         |
| 10:44:31 | 23 | **PROSPECTIVE JUROR:**  Yes.                                 |
| 10:44:32 | 24 | **THE COURT:**  -- firearms.                                 |
| 10:44:32 | 25 | **PROSPECTIVE JUROR:**  Yes.                                 |

10:44:35  1    **THE COURT:**  If you were the defendants in this
10:44:37  2    case, would you want a person of your mindset sitting on this
10:44:42  3    jury?
10:44:42  4    **PROSPECTIVE JUROR:**  Honestly?  Probably not.
10:44:45  5    **THE COURT:**  Okay, thank you very much,
10:44:46  6    Ms. Roberts.  And again, this -- there is no wrong answers
10:44:49  7    here.  The process is extremely important.  And so, it's very
10:44:55  8    important that we have a jury that's going to follow the law
10:44:57  9    and be fair to all the parties.  Otherwise, the system
10:45:02  10   doesn't work.
10:45:03  11            Next is Ms. Levi.
10:45:05  12   **PROSPECTIVE JUROR:**  Yes.  My name is Sylvia Levi.
10:45:08  13   I live in Beverly Hills.  I'm married.  I'm a resolution
10:45:11  14   specialist in a cruise line.
10:45:13  15            My husband is self-employed.
10:45:15  16            I have two children, adult children.  My
10:45:18  17   daughter works in a car dealership.  My son works for a
10:45:21  18   marketing chip company.
10:45:23  19            And I have never served on a jury.
10:45:26  20   **THE COURT:**  Okay, well, welcome to jury service.
10:45:30  21            Could you just tell us what you do as a
10:45:34  22   resolution specialist on a cruise line?
10:45:36  23   **PROSPECTIVE JUROR:**  Yes.  I handle pre-escalated
10:45:40  24   cruise problems, when things can't be resolved pre-cruise
10:45:43  25   before they go on their tropical amazing vacation, I handle

| | | |
|---|---|---|
| 10:45:48 | 1 | all those problems. |
| 10:45:49 | 2 | THE COURT:  Could you give us an example of the |
| 10:45:51 | 3 | type of problems? |
| 10:45:51 | 4 | PROSPECTIVE JUROR:  The invoice is wrong, the |
| 10:45:52 | 5 | travel agent had a problem with the reservation agent, |
| 10:45:57 | 6 | something is not clearing that they need for the hotel or the |
| 10:46:01 | 7 | category that they need, things like that. |
| 10:46:04 | 8 | THE COURT:  Okay, and your husband is you said |
| 10:46:06 | 9 | self-employed? |
| 10:46:07 | 10 | PROSPECTIVE JUROR:  Yeah, he worked for a property |
| 10:46:10 | 11 | management company before, and now he does like handy work, |
| 10:46:14 | 12 | handy man:  Painting, remodeling things like that.  For |
| 10:46:17 | 13 | himself. |
| 10:46:18 | 14 | THE COURT:  And can you be fair to the parties |
| 10:46:20 | 15 | here and participate? |
| 10:46:21 | 16 | PROSPECTIVE JUROR:  I can, yes, I can.  I have a |
| 10:46:23 | 17 | little bit of some health issues if I may dress? |
| 10:46:27 | 18 | THE COURT:  Do you feel comfortable -- if you |
| 10:46:29 | 19 | proffer to address that at sidebar -- |
| 10:46:31 | 20 | PROSPECTIVE JUROR:  I don't have to.  I'm |
| 10:46:33 | 21 | comfortable. |
| 10:46:34 | 22 | THE COURT:  Okay. |
| 10:46:34 | 23 | PROSPECTIVE JUROR:  I have a dormant condition |
| 10:46:37 | 24 | that hydrocephalus that causes me headaches on daily or |
| 10:46:42 | 25 | multiple times in the week, causes me fatigue, causes me a |

| | | |
|---|---|---|
| 10:46:47 | 1 | little bit of short-term memory loss.  And I also have |
| 10:46:51 | 2 | fibromyalgia.  So, I deal with a lot of pain, fatigue and |
| 10:46:55 | 3 | achiness, and sometimes my energy level is very low.  So it |
| 10:46:59 | 4 | makes it hard for me to get through day, but I push through |
| 10:47:03 | 5 | for my work.  I work at home.  So, it's hard for me to do a |
| 10:47:07 | 6 | lot of activities other than my work and what I need to get |
| 10:47:10 | 7 | done. |
| 10:47:11 | 8 | **THE COURT:**  So, I think you're probably a better |
| 10:47:13 | 9 | judge of your physical abilities than I am.  But, look, it's |
| 10:47:18 | 10 | important that we have a jury that's composed of all persons |
| 10:47:20 | 11 | from various sectors of society. |
| 10:47:24 | 12 | Do you feel that you could be a juror in this |
| 10:47:27 | 13 | case?  And when I say that, if -- if you need to take |
| 10:47:31 | 14 | medication, if you need a short break at any point in time, |
| 10:47:35 | 15 | we can try to accommodate that.  There may be -- |
| 10:47:40 | 16 | We're going to be -- once we start, we'll be |
| 10:47:43 | 17 | in session from approximately 8:30 in the morning.  We'll |
| 10:47:47 | 18 | stop at 11:30, start again at 1:00 and end at about 4:00.  We |
| 10:47:53 | 19 | will not be in session on Wednesday afternoon, tomorrow |
| 10:47:56 | 20 | afternoon and then on Friday.  So, that will of give you a |
| 10:47:59 | 21 | little bit of a break. |
| 10:48:00 | 22 | Do you feel that you could be a juror? |
| 10:48:03 | 23 | **PROSPECTIVE JUROR:**  I think it's a daily thing, so |
| 10:48:05 | 24 | I can do my best.  I have some level of a problem with guns. |
| 10:48:09 | 25 | I have a problem with guns.  I'm a little bit anti gun.  So, |

10:48:14  1    I would have a problem on the side of the people being

10:48:18  2    accused.  I'm not pro gun, people having guns, so --

10:48:23  3         **THE COURT:**  So, that's a separate issue.  The

10:48:25  4    issue is following the law.  And are you concerned about your

10:48:31  5    ability to be fair to the defendants here?

10:48:33  6         **PROSPECTIVE JUROR:**  I am.

10:48:36  7         **THE COURT:**  Okay, thank you.

10:48:53  8              I want to go back to Ms. Kayano.

10:48:55  9              Ms. Kayano, have you been able to understand

10:48:58  10   everything I've said so far this morning?

10:49:00  11        **PROSPECTIVE JUROR:**  Somewhat, yes.

10:49:01  12        **THE COURT:**  Again, I'm looking for certainty.  Is

10:49:06  13   there any part of what I've said that you have not been able

10:49:09  14   to understand?

10:49:09  15        **PROSPECTIVE JUROR:**  My problem is, this is my

10:49:11  16   first time.  So, I'm a little bit nervous.

10:49:14  17        **THE COURT:**  Sure.

10:49:14  18        **PROSPECTIVE JUROR:**  And I've never served on any

10:49:17  19   jury duty before.

10:49:18  20        **THE COURT:**  Sure.  And coming into the federal

10:49:21  21   court system and coming into this courtroom and all of that

10:49:24  22   is, it's, you know, it causes most people to be a little bit

10:49:29  23   nervous.  But you've been able to understand everything.

10:49:33  24        **PROSPECTIVE JUROR:**  Yes.

10:49:33  25        **THE COURT:**  Okay, thank you.

| | | |
|---|---|---|
| 10:49:35 | 1 | Then we go to Ms. Erickson. |
| 10:49:37 | 2 | **PROSPECTIVE JUROR:**  Jacqueline Erickson. |
| 10:49:39 | 3 | I live in Los Angeles. |
| 10:49:40 | 4 | I'm divorced.  I'm currently unemployed, but |
| 10:49:43 | 5 | usually employed in entertainment digital media and streaming |
| 10:49:48 | 6 | platforms. |
| 10:49:49 | 7 | My ex husband is a musician. |
| 10:49:51 | 8 | And no children. |
| 10:49:53 | 9 | And I've served on a civil case that was |
| 10:49:56 | 10 | settled out of court. |
| 10:49:58 | 11 | **THE COURT:**  Federal or state? |
| 10:50:02 | 12 | **PROSPECTIVE JUROR:**  Let's go with state.  The one |
| 10:50:05 | 13 | across the street.  Yes, I think state. |
| 10:50:10 | 14 | **THE COURT:**  Okay.  But that was resolved. |
| 10:50:13 | 15 | **PROSPECTIVE JUROR:**  Yes. |
| 10:50:14 | 16 | **THE COURT:**  Can you be fair to the parties here? |
| 10:50:16 | 17 | **PROSPECTIVE JUROR:**  Yes. |
| 10:50:17 | 18 | **THE COURT:**  And can you participate in the case? |
| 10:50:19 | 19 | **PROSPECTIVE JUROR:**  Yes. |
| 10:50:19 | 20 | **THE COURT:**  And so, could you just tell us a |
| 10:50:23 | 21 | little bit more about your occupation? |
| 10:50:25 | 22 | **PROSPECTIVE JUROR:**  So, such as net Netflix, |
| 10:50:30 | 23 | Amazon.  I work for 20th Century Fox, and we build and |
| 10:50:39 | 24 | managed all the websites and apps for FX Fox News, Fox |
| 10:50:39 | 25 | Sports. |

| | | |
|---|---|---|
| 10:50:40 | 1 | **THE COURT:** Are you on the technical side or |
| 10:50:42 | 2 | business side? |
| 10:50:43 | 3 | **PROSPECTIVE JUROR:** I've been on both. I ride the |
| 10:50:47 | 4 | fence of both. I'm the translator between those teams, is |
| 10:50:52 | 5 | the best way to put it. |
| 10:50:53 | 6 | **THE COURT:** Do you get involved in any copyright |
| 10:50:56 | 7 | matters, or trademark, trade dress or patent matters in |
| 10:51:00 | 8 | litigation? |
| 10:51:02 | 9 | **PROSPECTIVE JUROR:** I receive the information, and |
| 10:51:03 | 10 | I would direct that to our legal team who handles it in |
| 10:51:07 | 11 | total. |
| 10:51:09 | 12 | **THE COURT:** Okay, and you could be fair to |
| 10:51:10 | 13 | everyone. |
| 10:51:10 | 14 | **PROSPECTIVE JUROR:** Yes. |
| 10:51:12 | 15 | **THE COURT:** Okay. Thank you very much. |
| 10:51:15 | 16 | So, I have -- |
| 10:51:17 | 17 | Please have a seat. |
| 10:51:18 | 18 | I'd like to just go back to certain of the |
| 10:51:24 | 19 | issues that have been raised by certain of the jurors. |
| 10:51:27 | 20 | We have Ms. Rodriguez, we have Ms. Roberts, |
| 10:51:30 | 21 | and we have Ms. Levi. Is it Levi? |
| 10:51:37 | 22 | **PROSPECTIVE JUROR:** Yes. |
| 10:51:38 | 23 | **THE COURT:** Ms. Levi, who's indicated about their |
| 10:51:42 | 24 | concerns to be fair to the defendants in this case, because |
| 10:51:44 | 25 | it involves an allegation of weapons violations. |

10:51:49  1        Is there anyone else -- if you have not

10:51:51  2    already disclosed -- who shares those concerns?

10:51:55  3            (No response.)

10:51:56  4            Okay, no additional hands.

10:51:58  5        So, I have some questions I'm going to ask

10:52:01  6    the group as a whole.  And if you have a "yes" response or

10:52:05  7    just raise your hand, we'll cover them all in order back row

10:52:11  8    first.

10:52:12  9            So, let me ask --

10:52:13  10       The question that I just asked in a little

10:52:16  11   bit different form.  Is there anything about the charges in

10:52:18  12   this case that makes any of you reluctant or unwilling to be

10:52:23  13   air juror in this case?  Anything about the charges alone

10:52:26  14   that you have not otherwise disclosed?  Okay?  No additional

10:52:31  15   hands are raised.

10:52:32  16           So, we have -- we have issues involving

10:52:38  17   firearms.  The government has charged certain firearm

10:52:43  18   violations here.

10:52:44  19           Is there any one of the 18 prospective jurors

10:52:50  20   who owns, uses, possesses, currently or in the past,

10:52:54  21   firearms.  Anyone?

10:52:55  22           Okay, we have a couple.  Let's start with Mr.

10:52:59  23   Smith.  Could you tell us about --

10:53:01  24           We need the microphone passed to Mr. Smith.

10:53:04  25   Can you pass it all the way down?

| | | |
|---|---|---|
| 10:53:11 | 1 | **PROSPECTIVE JUROR:**  When I was younger, I did quit |
| 10:53:14 | 2 | a bit of target shooting, rifles, pistol, still own a few |
| 10:53:19 | 3 | guns.  I haven't shot in quite a while. |
| 10:53:22 | 4 | **THE COURT:**  Okay, did you have any particular |
| 10:53:23 | 5 | training in the use of firearms? |
| 10:53:25 | 6 | **PROSPECTIVE JUROR:**  No. |
| 10:53:27 | 7 | **THE COURT:**  Did you -- do you own currently |
| 10:53:30 | 8 | firearms? |
| 10:53:30 | 9 | **PROSPECTIVE JUROR:**  Yes. |
| 10:53:31 | 10 | **THE COURT:**  Okay, and have you ever been a member |
| 10:53:34 | 11 | of any organization or group that takes any political |
| 10:53:42 | 12 | position regarding firearms or any lobbying type positions |
| 10:53:47 | 13 | regarding firearms? |
| 10:53:48 | 14 | **PROSPECTIVE JUROR:**  No. |
| 10:53:49 | 15 | **THE COURT:**  Such as the National Rifle |
| 10:53:52 | 16 | Association. |
| 10:53:52 | 17 | **PROSPECTIVE JUROR:**  No, sir. |
| 10:53:58 | 18 | **THE COURT:**  Have you ever purchased a firearm |
| 10:53:59 | 19 | yourself? |
| 10:54:00 | 20 | **PROSPECTIVE JUROR:**  Yes, I have. |
| 10:54:01 | 21 | **THE COURT:**  Okay.  Have you ever sold a firearm |
| 10:54:03 | 22 | yourself? |
| 10:54:03 | 23 | **PROSPECTIVE JUROR:**  No. |
| 10:54:09 | 24 | **THE COURT:**  Is there any information that you |
| 10:54:10 | 25 | believe the lawyers should be should know about in |

| | | |
|---|---|---|
| 10:54:13 | 1 | determining whether you should be a juror in this case?  That |
| 10:54:14 | 2 | you have not otherwise disclosed? |
| 10:54:15 | 3 | PROSPECTIVE JUROR:  No. |
| 10:54:30 | 4 | THE COURT:  Okay, thank you. |
| 10:54:31 | 5 | Anyone else in the back row?  Firearms. |
| 10:54:35 | 6 | Okay.  We have Ms. Hana.  Would you pass the microphone with |
| 10:54:40 | 7 | her hand raised. |
| 10:54:43 | 8 | PROSPECTIVE JUROR:  I don't personally, but my |
| 10:54:46 | 9 | spouse does. |
| 10:54:47 | 10 | THE COURT:  Okay, thank you.  Your spouse uses, |
| 10:54:51 | 11 | possesses firearms? |
| 10:54:53 | 12 | PROSPECTIVE JUROR:  Yes, he's a bird hunter. |
| 10:54:59 | 13 | THE COURT:  Have you ever been along on any of |
| 10:55:01 | 14 | those hunts. |
| 10:55:02 | 15 | PROSPECTIVE JUROR:  Yes. |
| 10:55:02 | 16 | THE COURT:  Have you used the weapon yourself. |
| 10:55:04 | 17 | PROSPECTIVE JUROR:  No. |
| 10:55:06 | 18 | THE COURT:  Is there any part of that experience, |
| 10:55:08 | 19 | anything that's ever occurred in his handling of weapons that |
| 10:55:11 | 20 | you believe the lawyers should know about in determining |
| 10:55:15 | 21 | whether you should be a jury here. |
| 10:55:16 | 22 | PROSPECTIVE JUROR:  No. |
| 10:55:17 | 23 | THE COURT:  Have you ever taken any type of |
| 10:55:19 | 24 | training course in the use of any handguns. |
| 10:55:28 | 25 | PROSPECTIVE JUROR:  No. |

| | | |
|---|---|---|
| 10:55:28 | 1 | **THE COURT:**  And do you know what type of firearm |
| 10:55:30 | 2 | is involved. |
| 10:55:30 | 3 | **PROSPECTIVE JUROR:**  Shotgun, a .22. |
| 10:55:34 | 4 | **THE COURT:**  He has to be a pretty good shot if he |
| 10:55:37 | 5 | goes after a bird with a .22. |
| 10:55:41 | 6 | **PROSPECTIVE JUROR:**  Then I don't know. |
| 10:55:45 | 7 | **THE COURT:**  But a shotgun. |
| 10:55:45 | 8 | **PROSPECTIVE JUROR:**  A shotgun yes. |
| 10:55:47 | 9 | **THE COURT:**  That's it.  Let's go to the -- bottom |
| 10:55:50 | 10 | row, Mr. Veals had his hand up, I believe. |
| 10:55:54 | 11 | **PROSPECTIVE JUROR:**  Yes. |
| 10:55:55 | 12 | **THE COURT:**  We're going to pass the microphone. |
| 10:56:03 | 13 | Yes, sir. |
| 10:56:04 | 14 | **PROSPECTIVE JUROR:**  (Mr. Veals) Yeah, I have a |
| 10:56:05 | 15 | shotgun and a 357.  And I had to take a class to be able to |
| 10:56:09 | 16 | purchase the gun. |
| 10:56:11 | 17 | **THE COURT:**  Okay.  And do you regularly shoot |
| 10:56:15 | 18 | those weapons? |
| 10:56:18 | 19 | **PROSPECTIVE JUROR:**  No. |
| 10:56:20 | 20 | **THE COURT:**  And have you ever -- |
| 10:56:21 | 21 | You purchased the weapons, I assume.  They |
| 10:56:24 | 22 | weren't given to you. |
| 10:56:25 | 23 | **PROSPECTIVE JUROR:**  Correct. |
| 10:56:26 | 24 | **THE COURT:**  Okay, and have you ever sold any of |
| 10:56:28 | 25 | the weapons? |

10:56:29  1          **PROSPECTIVE JUROR:**  I gave one -- I gave -- I had

10:56:32  2   a .38, I think, and I gave it to my uncle.  Years ago.

10:56:38  3          **THE COURT:**  Did you fill out any forms -- any

10:56:44  4   forms filled out in reference to that?

10:56:46  5          **PROSPECTIVE JUROR:**  Not to give away.

10:56:48  6          **THE COURT:**  Okay, we're going to take a short

10:56:50  7   recess.  Please return to the Court at 10 after the hour, and

10:56:54  8   during the hour do not discuss the case amongst yourselves or

10:56:57  9   with any other person.  Please do not leave the floor, come

10:57:00  10  directly to the Court.  We want to make sure that we have the

10:57:02  11  jury selected today.  Short recess.  Ten after the hour.

10:57:07  12  More directions from the clerk.

10:57:12  13          (Recess taken.)

10:57:14  14          (Following proceedings held outside the presence

11:09:54  15  of the jury.)

11:09:54  16          (Recess taken.)

11:10:57  17          **COURT CLERK:**  Thank you, Your Honor.

11:11:00  18          Please be seated.

11:11:04  19          **THE COURT:**  Just have a seat.

11:11:08  20          We're back on the record on United States

11:11:10  21  versus Fernandez and Arao.  All defendants are present with

11:11:16  22  counsel.  And we'll continue with the jury selection process.

11:11:21  23          I think you left off with Mr. Veals.

11:11:23  24  Mr. Veals, anything to add?

11:11:25  25          **PROSPECTIVE JUROR:**  No.

|         |     |                                                          |
|---------|-----|----------------------------------------------------------|
| 11:11:26 | 1  | **THE COURT:**  That's it?                               |
| 11:11:27 | 2  | Is there anyone else who has any experience              |
| 11:11:30 | 3  | with firearms, use, possession, sales, transportation,   |
| 11:11:36 | 4  | currently or in the past, and we have one juror with her hand |
| 11:11:39 | 5  | up, Ms. Erickson.                                        |
| 11:11:45 | 6  | Would you pass the microphone, please.                   |
| 11:11:59 | 7  | **PROSPECTIVE JUROR:**  (Ms. Erickson) I do not own or   |
| 11:12:10 | 8  | possess, but I have shot a weapon, and I grew up in a family |
| 11:12:13 | 9  | with weapons, and I have hunted and have experience with |
| 11:12:17 | 10 | rifles.                                                  |
| 11:12:18 | 11 | **THE COURT:**  Okay.  And do you have any strong        |
| 11:12:20 | 12 | views or opinions one way or the other regarding laws    |
| 11:12:25 | 13 | restricting use, possession, sales, transportation of    |
| 11:12:28 | 14 | firearms at all?                                         |
| 11:12:30 | 15 | **PROSPECTIVE JUROR:**  I have strong opinions, but I    |
| 11:12:32 | 16 | will take your guidance on the specificity of the laws that |
| 11:12:36 | 17 | we are addressing.                                       |
| 11:12:37 | 18 | **THE COURT:**  Okay.  So, the --                        |
| 11:12:40 | 19 | Let me just cover that in a little more                  |
| 11:12:43 | 20 | detail.  Have you ever been a member of any organization that |
| 11:12:46 | 21 | takes an stance, has stance or positions regarding laws that |
| 11:12:54 | 22 | regulate weapons?                                        |
| 11:12:56 | 23 | **PROSPECTIVE JUROR:**  No.                              |
| 11:12:56 | 24 | **THE COURT:**  And when you say you have strong         |
| 11:12:58 | 25 | opinions, the point is, is that, you have to set aside your |

11:13:02   1    personal views and apply the law the Court instructs.  Do you

11:13:06   2    feel you can do that?

11:13:07   3                    PROSPECTIVE JUROR:  Yes.

11:13:08   4            THE COURT:  Do you have any concerns about your

11:13:10   5    ability to be fair to the parties in this case?

11:13:14   6                    PROSPECTIVE JUROR:  No.

11:13:14   7            THE COURT:  Okay, anyone else?  Was it Ms. Greene?

11:13:18   8                    PROSPECTIVE JUROR:  Yes.

11:13:21   9                    So, I do not own or possess any guns, but I

11:13:24  10    shot BB guns when I was a kid.

11:13:29  11            THE COURT:  A BB gun only.

11:13:30  12                    PROSPECTIVE JUROR:  Yeah.

11:13:31  13            THE COURT:  And -- a BB gun is not a regulated

11:13:36  14    type of firearm, I don't think so.

11:13:40  15                    PROSPECTIVE JUROR:  Good to know.

11:13:46  16            THE COURT:  Okay, that's it.

11:14:05  17                    And I've asked this question of certain of

11:14:08  18    the members, and I'll ask of everyone.  Is there anyone who

11:14:12  19    has ever been a member -- and these are questions apply to

11:14:16  20    yourself, close family members or close friends -- ever been

11:14:19  21    a member of any organization that takes any positions

11:14:26  22    regarding the use, possession or ownership of weapons.

11:14:29  23    Yourselves or members of close friends.

11:14:32  24                    No hands raised.

11:14:34  25                    Is there anyone -- so, this applies to

1    yourself or members of your close friends -- anyone who's

2    ever been arrested, charged or convicted of any type of

3    criminal offense?

4                    And we'll start with -- in the back row.

5    Arrested, charged or convicted of any criminal offense, none?

6    And this applies to yourself and members of -- or close

7    friends.  No friends have ever been arrested for driving

8    under the influence, for example, or any other type of

9    criminal conduct.

10                   No hands in the back row.

11                   We go to the front row, and we have Ms. Tope?

12                   Okay, would you pass the microphone.

13          **PROSPECTIVE JUROR:**  Unfortunately, my -- one of my

14   sons got arrested for driving under the influence.

15          **THE COURT:**  And when I ask --

16                   I'm surprised sometimes, when few people

17   raise their hand.  Just to put everyone at ease.  I come from

18   large family.  I grew up two miles from the courthouse.  I

19   have members of my family who have been arrested, charged and

20   convicted.  I have members who have gone into law

21   enforcement, I have members who have gone into the medical

22   field, and I became a judge.

23                   So, if you have an extended family or a large

24   number of people you know over time, I think you're probably

25   going to have some contact with law enforcement.

| | | |
|---|---|---|
| 11:16:00 | 1 | That being said, no hands are up in the back |
| 11:16:03 | 2 | row.  Go to the front. |
| 11:16:03 | 3 | Ms. Tope, so your my question is, were you |
| 11:16:10 | 4 | present when your son was arrested? |
| 11:16:12 | 5 | PROSPECTIVE JUROR:  No, sir. |
| 11:16:13 | 6 | THE COURT:  Did he discuss the case with you? |
| 11:16:14 | 7 | PROSPECTIVE JUROR:  I did go to his hearing. |
| 11:16:17 | 8 | THE COURT:  Did he share his experience with you? |
| 11:16:19 | 9 | Did he provide his views of what occurred? |
| 11:16:21 | 10 | PROSPECTIVE JUROR:  Yes. |
| 11:16:22 | 11 | THE COURT:  And so the point is, based on |
| 11:16:24 | 12 | everything you know about that proceeding and information |
| 11:16:27 | 13 | that he's shared with you or information that you acquired |
| 11:16:29 | 14 | from others, do you have any opinions as to whether he was |
| 11:16:32 | 15 | treated fairly by the law enforcement officers involved. |
| 11:16:35 | 16 | PROSPECTIVE JUROR:  He was treated very fairly. |
| 11:16:38 | 17 | THE COURT:  Do you have any views as to whether he |
| 11:16:41 | 18 | was treated fairly or not by the judicial process system? |
| 11:16:44 | 19 | PROSPECTIVE JUROR:  He was treated fairly. |
| 11:16:45 | 20 | THE COURT:  Any part of that issue that would |
| 11:16:47 | 21 | influence your decision-making here. |
| 11:16:48 | 22 | PROSPECTIVE JUROR:  No. |
| 11:16:49 | 23 | THE COURT:  Okay, then we go to -- we go to |
| 11:16:52 | 24 | further -- |
| 11:16:53 | 25 | We have other hands raised. |

11:16:57   1          Ms. Roberts, you have your hand raised.  Ms.
11:17:00   2   Roberts, you've already indicated that you couldn't be fair
11:17:03   3   to this case.  So, I'm not going to ask additional questions.
11:17:06   4   So -- I don't want to misstate what you said.  I think you
11:17:10   5   said you were concerned about your ability to be fair to
11:17:13   6   defendants.  Is that correct?
11:17:13   7          **PROSPECTIVE JUROR:**  Yes.  I just didn't want to
11:17:15   8   hold something.
11:17:17   9          **THE COURT:**  Sure, I understand.
11:17:18  10          Anyone else, yourself, close family member or
11:17:22  11   close friend arrested, charged or convicted of any type of
11:17:22  12   criminal conduct?
11:17:25  13          Okay.  None.
11:17:28  14          Let's talk about attitude or experience with
11:17:31  15   law enforcement officers or law enforcement agencies.  The
11:17:34  16   agency that's involved in this case is the Alcohol, Tobacco
11:17:40  17   and Firearms, a federal agency.  Is there anyone who has had
11:17:45  18   a negative experience -- and you decide what a negative
11:17:49  19   experience is -- involving any law enforcement agent or law
11:17:54  20   enforcement agency?  It could be a ticket that you received
11:17:57  21   that you believe you didn't deserve or something far more
11:18:01  22   serious than that.
11:18:02  23          Any negative experiences, yourself, close
11:18:05  24   family members or close friends.  No negative experiences.
11:18:06  25   Okay, great.

| | | |
|---|---|---|
| 11:18:07 | 1 | Front row, any negative experiences? |
| 11:18:09 | 2 | Okay, we go to Ms. Erickson, all the way |
| 11:18:13 | 3 | over. |
| 11:18:13 | 4 | Would you pass the microphone, please. |
| 11:18:25 | 5 | PROSPECTIVE JUROR:  About 10, maybe even 12 years |
| 11:18:29 | 6 | ago, I was in a car that I believe the driver was pulled over |
| 11:18:36 | 7 | under profiling, and the police officers came up to the car |
| 11:18:45 | 8 | and put guns at the windows of the car, at our heads, and |
| 11:18:50 | 9 | asked us several questions.  And it was -- unpleasant isn't |
| 11:18:54 | 10 | strong enough of a term.  As you can see, I get still |
| 11:18:58 | 11 | emotional. |
| 11:18:59 | 12 | THE COURT:  Yes.  Having a weapon pointed at a |
| 11:19:02 | 13 | person is a significant experience.  I recognize that. |
| 11:19:07 | 14 | That happened about ten years ago? |
| 11:19:08 | 15 | PROSPECTIVE JUROR:  Yes. |
| 11:19:09 | 16 | THE COURT:  The agency involved if you know. |
| 11:19:10 | 17 | PROSPECTIVE JUROR:  Venice LAPD. |
| 11:19:13 | 18 | THE COURT:  Venice LAPD.  You were with another |
| 11:19:15 | 19 | person at the time? |
| 11:19:16 | 20 | PROSPECTIVE JUROR:  Yes. |
| 11:19:17 | 21 | THE COURT:  Was anybody arrested. |
| 11:19:18 | 22 | PROSPECTIVE JUROR:  No. |
| 11:19:19 | 23 | THE COURT:  And was there an explanation given for |
| 11:19:22 | 24 | the pointing of weapons? |
| 11:19:23 | 25 | PROSPECTIVE JUROR:  The -- it was stated that we |

| | |
|--|--|
|11:19:26|1|
|11:19:32|2|

11:19:26 1    had actually gun through a stop sign which we had not.

11:19:32 2              THE COURT:  And did you file any type of complaint

11:19:37 3    in that?

11:19:37 4              PROSPECTIVE JUROR:  I did not, the passenger who

11:19:40 5    was African American -- I'm sorry, the driver who was African

11:19:43 6    American did.

11:19:44 7              THE COURT:  Do you know what the result of that

11:19:45 8    was, if any.

11:19:47 9              PROSPECTIVE JUROR:  It never came to fruition.

11:19:49 10             THE COURT:  And so a significant experience in

11:19:55 11   your life, one that stands out in your memory today, I think

11:19:59 12   we all sense that.  Do you feel that that experience will

11:20:05 13   influence your decision-making here?  Can you set that aside

11:20:08 14   and be fair to the defendants here who are members of the law

11:20:11 15   enforcement?

11:20:11 16             PROSPECTIVE JUROR:  Yes.

11:20:12 17             THE COURT:  Okay, and also to the government.

11:20:13 18             PROSPECTIVE JUROR:  Yes.

11:20:16 19             THE COURT:  Any other negative experiences to law

11:20:21 20   enforcement?

11:20:21 21             PROSPECTIVE JUROR:  (Shakes head negatively.)

11:20:23 22             THE COURT:  No?  Anyone else negative experiences

11:20:25 23   with law enforcement?

11:20:26 24             (No response.)

11:20:27 25             Thank you.

11:20:38  1            Is there anyone who -- again, this applies I
11:20:43  2    don't yourself, close family member or close friends --
11:20:46  3    anyone who has ever worked for any law enforcement, in any
11:20:51  4    capacity, civilian or law enforcement capacity?
11:20:53  5            Back row?  No?  Front row?
11:20:57  6            No hands are raised.
11:20:58  7            Okay, we mentioned the two defendants in this
11:21:04  8    case are members of the Gardena Police Department.
11:21:11  9            Is there anyone who has any experience with
11:21:15  10   that police agency or department?
11:21:16  11           Has anyone ever lived in the City of Gardena?
11:21:19  12           Okay, no hands are raised.
11:21:23  13           I've asked this already, generally.  I'll ask
11:21:27  14   it more specifically.  Is there anyone who has any --
11:21:31  15   yourself, family members or close friends, any relationship
11:21:34  16   or connection with Alcohol Tobacco and Firearms agency in
11:21:42  17   this case?
11:21:45  18         Okay no hands.
11:21:46  19           Has anyone ever been a victim of any type of
11:21:52  20   a crime involving the use of a weapon?  Any victims?
11:22:02  21           Back row?
11:22:02  22           No hands are raised.
11:22:05  23           Anyone who has ever been a party to any type
11:22:10  24   of proceeding?  Civil proceeding, as a witness or a party or
11:22:15  25   as a defendant or a plaintiff?

| | | |
|---|---|---|
| 11:22:18 | 1 | No? |
| 11:22:19 | 2 | We have one person, and that's Ms. Hanna. |
| 11:22:21 | 3 | Would you pass the microphone. |
| 11:22:25 | 4 | PROSPECTIVE JUROR:  For my employer, I've been a |
| 11:22:27 | 5 | witness in civil arbitrations and mediations. |
| 11:22:34 | 6 | THE COURT:  Do you feel you were treated fairly by |
| 11:22:37 | 7 | the participants in those proceedings? |
| 11:22:38 | 8 | PROSPECTIVE JUROR:  Not always by opposing |
| 11:22:43 | 9 | counsel. |
| 11:22:43 | 10 | THE COURT:  And do you feel that those experiences |
| 11:22:45 | 11 | would influence your decision-making here? |
| 11:22:48 | 12 | PROSPECTIVE JUROR:  No. |
| 11:22:48 | 13 | THE COURT:  How many times have you testified?  Or |
| 11:22:54 | 14 | had your deposition taken? |
| 11:22:55 | 15 | PROSPECTIVE JUROR:  Deposed twice, and testified, |
| 11:23:11 | 16 | I think two or three times. |
| 11:23:13 | 17 | THE COURT:  And in certain of those matters, you |
| 11:23:16 | 18 | feel you were not treated fairly by opposing counsel. |
| 11:23:19 | 19 | PROSPECTIVE JUROR:  Yes. |
| 11:23:29 | 20 | THE COURT:  Can you put that aside and be fair |
| 11:23:31 | 21 | here? |
| 11:23:31 | 22 | PROSPECTIVE JUROR:  Yes. |
| 11:23:32 | 23 | THE COURT:  Thank you. |
| 11:23:33 | 24 | Anyone else? |
| 11:23:34 | 25 | Okay, no hands -- oh, one person.  Yes, we |

| 11:23:39 | 1 | have Mr. Smith. |

11:23:39   1   have Mr. Smith.

11:23:41   2        PROSPECTIVE JUROR:  I just wanted to point out

11:23:45   3   that my wife was held up the gunpoint once.  I myself had not

11:23:51   4   been a victim but my wife was.

11:23:54   5        THE COURT:  So, the questions are a little bit

11:23:56   6   broader than yourself, family members, close family members

11:23:59   7   and close friends.

11:24:00   8             So, your wife held up by gun point.

11:24:03   9        PROSPECTIVE JUROR:  Yes.

11:24:04   10        THE COURT:  How many years ago was that?

11:24:05   11        PROSPECTIVE JUROR:  It was probably 1980s.  It was

11:24:09   12   before I knew her.

11:24:12   13        THE COURT:  Is there any part of that experience

11:24:13   14   that was shared with you that you feel the lawyers should

11:24:17   15   know about in determining whether you should be a juror in

11:24:21   16   this case?

11:24:21   17        PROSPECTIVE JUROR:  She told me about it.  She was

11:24:24   18   really traumatized.  I don't have feelings I mean, one way or

11:24:28   19   another.  I mean, I certainly sympathies for her.

11:24:31   20        THE COURT:  Other than the emotional trauma, which

11:24:34   21   is significant, I don't want to say otherwise, but was she

11:24:37   22   physically assaulted at all, do you know?

11:24:40   23        PROSPECTIVE JUROR:  No, the gun did go off.  It

11:24:43   24   was apparently accidental.  She wasn't injured.

11:25:00   25        THE COURT:  So, any other information?

11:25:03  1              No one else with their hand raised.

11:25:12  2              So, again, one of your duties as a juror in

11:25:15  3      the case, if you're selected, this applies to everyone, my

11:25:19  4      question is to everyone, is to resolve conflicts in evidence.

11:25:22  5              During the course of the trial, you're going

11:25:24  6      to hear from various witnesses.  You're going to hear from

11:25:26  7      one witness, you may hear from another witness who was at the

11:25:30  8      same place, time and location as the first witness who

11:25:34  9      testified who may tell a very different story.  If that were

11:25:37  10     to occur, that would present a conflict in evidence, and one

11:25:40  11     of your duties as a juror is to resolve conflicts.

11:25:44  12             Sometimes persons hearing two different

11:25:46  13     versions of the same story will throw up their hands and say

11:25:49  14     they can't make a decision.  We require the jury to try to

11:25:53  15     resolve those conflicts in evidence, to reach a verdict in

11:25:53  16     the case.  The goal is to reach a verdict in the case.  If a

11:25:59  17     verdict is not reached in the case, the case has to be tried

11:26:03  18     again.

11:26:03  19             Is there anyone who thinks it would be

11:26:05  20     difficult for them to follow that rule?  Or to work hard to

11:26:08  21     reach a verdict in the case?

11:26:10  22             Okay, no hands are raised.

11:26:17  23             Is there anyone who has any philosophical or

11:26:20  24     political, religious conviction or personal conviction that

11:26:24  25     would make it difficult for you to be a juror in this case,

| | | |
|---|---|---|
| 11:26:27 | 1 | that you have not otherwise disclosed? |
| 11:26:31 | 2 | Okay, no hands are raised. |
| 11:26:33 | 3 | We have one person who's indicated an issue |
| 11:26:39 | 4 | regarding health issues -- |
| 11:26:43 | 5 | Is there anyone else who you haven't |
| 11:26:45 | 6 | disclosed who has health issues that you have not disclosed |
| 11:26:49 | 7 | that would make it difficult for you to be a juror in the |
| 11:26:52 | 8 | case? |
| 11:26:53 | 9 | (No response.) |
| 11:26:54 | 10 | And then we have Mr. Chen has already |
| 11:26:57 | 11 | indicated that he has not been able to understand everything |
| 11:26:59 | 12 | I've said. |
| 11:27:00 | 13 | Is that still the case, Mr. Chen?  Yes. |
| 11:27:05 | 14 | **PROSPECTIVE JUROR:**  Yes. |
| 11:27:06 | 15 | **THE COURT:**  Is that a "yes"? |
| 11:27:08 | 16 | **PROSPECTIVE JUROR:**  Yes. |
| 11:27:09 | 17 | **THE COURT:**  Ms. Kayano, I just want to check with |
| 11:27:12 | 18 | you again before I conclude here.  Have you been able to |
| 11:27:15 | 19 | understand everything I've said so far? |
| 11:27:17 | 20 | **PROSPECTIVE JUROR:**  (Nods head affirmatively.) |
| 11:27:18 | 21 | **THE COURT:**  I need you to respond -- I can't say |
| 11:27:21 | 22 | "yes" for you. |
| 11:27:23 | 23 | **PROSPECTIVE JUROR:**  Yes. |
| 11:27:24 | 24 | **THE COURT:**  Again, this is being recorded by the |
| 11:27:27 | 25 | reporter. |

11:27:27  1              Okay, I'm going to call the lawyers to

11:27:31  2      sidebar very quickly, and we're going to go through the other

11:27:36  3      matters.  Any other information that any of the jurors

11:27:41  4      believed the lawyers should know about that you haven't

11:27:44  5      otherwise disclosed and determined whether you should be a

11:27:47  6      juror in this case.

11:27:47  7              Okay, with that, we'll call counsel at

11:27:51  8      sidebar.

11:28:24  9           (Sidebar conference.)

11:28:24 10           THE COURT:  Just for housekeeping, the government

11:28:28 11      has six peremptories, the defendants ten peremptories.  I'm

11:28:34 12      going to assume if the defendants have set the peremptory

11:28:37 13      that is joint, unless otherwise stated.  The -- everything

11:28:43 14      will be handled here at sidebar.  So we'll start with whether

11:28:47 15      the government has any additional questions that you would

11:28:50 16      like me to ask that I have not.

11:28:53 17           MS. RYKKEN:  No.

11:28:54 18           THE COURT:  We go to defense.

11:28:54 19           MR. ROBINSON:  Yeah, just -- excuse me, I would

11:28:57 20      ask the Court to consider asking these jurors if they

11:29:01 21      would -- maybe instruct them and ask if they're able to do

11:29:05 22      their individual deliberation, because you had asked them

11:29:08 23      about whether or not they could come to a verdict -- I'm

11:29:12 24      paraphrasing -- and you used the word "rule," but then he

11:29:15 25      changed that and characterized their job as one of coming

| | | |
|---|---|---|
| 11:29:22 | 1 | together in a unanimous verdict.  I appreciate that, but |
| 11:29:24 | 2 | they're also to listen, to deliberate, and if they come to an |
| 11:29:29 | 3 | individual determination, to abide by it so long as they're |
| 11:29:33 | 4 | being reasonable.  I'm going to ask the Court to inquire of |
| 11:29:40 | 5 | that. |
| 11:29:40 | 6 | **MR. RODRIGUEZ:**  Thank you, Your Honor, I would ask |
| 11:29:42 | 7 | the Court to inquire or discuss with the jury the presumption |
| 11:29:46 | 8 | of innocence and that the government has to prove every |
| 11:29:50 | 9 | element beyond a reasonable doubt, and as they sit here |
| 11:29:53 | 10 | today, they are innocent, as the Court has touched on it. |
| 11:29:56 | 11 | But I think we haven't gotten a response to their attitude |
| 11:30:01 | 12 | towards the presumption of innocence, whether in fact they |
| 11:30:02 | 13 | have been charged in crime, to them makes them feel, well, |
| 11:30:05 | 14 | they're guilty, they did something. |
| 11:30:18 | 15 | (In open court.) |
| 11:30:19 | 16 | **THE COURT:**  So, I've been asked to follow up and |
| 11:30:21 | 17 | ask some additional questions, and so I just want to make |
| 11:30:25 | 18 | sure that -- |
| 11:30:28 | 19 | Reaching a verdict requires everyone to agree |
| 11:30:30 | 20 | because the verdict must be unanimous.  But separate and |
| 11:30:33 | 21 | apart from that, each of you must assess the evidence as you |
| 11:30:37 | 22 | see it, apply the law as you see it.  If you personally are |
| 11:30:42 | 23 | not convinced that the government has proven their case |
| 11:30:45 | 24 | beyond a reasonable doubt, you have a verdict to stand by |
| 11:30:47 | 25 | your conviction, even though others may disagree. |

11:30:50  1          If you change your views based on common

11:30:53  2   sense, logic, and in looking at the evidence, you have a duty

11:30:56  3   to change your views.

11:30:57  4          So, does everyone understand their duties as

11:31:00  5   a juror?  Yes?

11:31:03  6          ALL IN UNISON:  Yes.

11:31:05  7          **THE COURT:**  Okay.  And again we go to the issue of

11:31:07  8   presumption of innocence which is a principle of law that

11:31:10  9   applies in this case, in every criminal proceeding, whether

11:31:14  10  it's a misdemeanor or any type of criminal proceeding in any

11:31:18  11  court in the United States.

11:31:21  12         The government has filed an indictment in

11:31:23  13  this case, and the indictment literally a piece of paper, and

11:31:31  14  it's a mechanism to get the case moving.

11:31:34  15         The fact that the government has indicted the

11:31:38  16  defendants, the fact that the defendants are here with their

11:31:42  17  lawyers, the fact that the defendants have to stand charge

11:31:44  18  today means nothing in terms of the evidence or about the

11:31:48  19  value or weight.  It's simply a mechanism to get the case

11:31:51  20  going.

11:31:52  21         I do not make any independent determinations

11:31:57  22  as to what cases should be tried or not.  So, there hasn't

11:31:57  23  been any determinations by this Court.

11:31:59  24         It's now for the jury to -- once we have the

11:32:04  25  jury selected, to listen carefully, apply the law to the

| | | |
|---|---|---|
| 11:32:07 | 1 | evidence, the weight of the evidence, apply the burden, if |
| 11:32:12 | 2 | you believe the government prove their case, a verdict for |
| 11:32:12 | 3 | the government.  If you feel that the government failed to |
| 11:32:18 | 4 | prove their case, a verdict in favor of the defendants. |
| 11:32:18 | 5 | So that presumption of innocence applies |
| 11:32:20 | 6 | throughout the proceedings unless, if ever, it's otherwise |
| 11:32:25 | 7 | proven, to your conviction that the government has proved |
| 11:32:28 | 8 | their case.  Everyone understand?  Okay. |
| 11:32:28 | 9 | (Sidebar conference.) |
| 11:32:39 | 10 | **THE COURT:**  Any additional follow-up? |
| 11:32:40 | 11 | **MS. RYKKEN:**  Nothing from the government, Your |
| 11:32:41 | 12 | Honor. |
| 11:32:41 | 13 | **THE COURT:**  Now, we go to the issue of challenges |
| 11:32:43 | 14 | for cause.  So, we have -- I want to make sure we have an |
| 11:32:46 | 15 | agreement here, maybe. |
| 11:32:47 | 16 | So, we have Mr. Chen, who's indicated that he |
| 11:32:50 | 17 | is not able to understand everything.  I would think he |
| 11:32:53 | 18 | doesn't qualify to be a juror.  Agreed? |
| 11:32:55 | 19 | ALL IN UNISON:  Agreed. |
| 11:32:57 | 20 | **THE COURT:**  Mr. Chen will be excused. |
| 11:32:59 | 21 | And then we have Ms. Rodriguez, Juror No. 9, |
| 11:33:02 | 22 | who's indicated she cannot be fair to defendants.  Does the |
| 11:33:07 | 23 | government -- |
| 11:33:07 | 24 | Well, let me ask defense counsel if they're |
| 11:33:10 | 25 | moving to excuse Ms. Rodriguez, Juror No. 9, for cause. |

| | | |
|---|---|---|
| 11:33:14 | 1 | **MR. ROBINSON:**  Yes we are. |
| 11:33:15 | 2 | **MR. RODRIGUEZ:**  Yes. |
| 11:33:16 | 3 | **MS. RYKKEN:**  No objection. |
| 11:33:17 | 4 | **THE COURT:**  No objection, she's excused. |
| 11:33:19 | 5 | We go to Ms. Roberts who has indicated the |
| 11:33:22 | 6 | same.  Any motion by the defense? |
| 11:33:24 | 7 | **MR. ROBINSON:**  We move to excuse Ms. Roberts for |
| 11:33:28 | 8 | cause. |
| 11:33:29 | 9 | **MR. RODRIGUEZ:**  Join. |
| 11:33:30 | 10 | **MS. RYKKEN:**  No objection. |
| 11:33:31 | 11 | **THE COURT:**  She's excused. |
| 11:33:32 | 12 | And then we go to Ms. Levi, she's indicated |
| 11:33:44 | 13 | she can't be fair.  Are we moving -- |
| 11:33:46 | 14 | **MR. ROBINSON:**  We are, Your Honor. |
| 11:33:47 | 15 | **MS. RYKKEN:**  No objection. |
| 11:33:49 | 16 | **THE COURT:**  Okay, that's my lists of persons who |
| 11:33:53 | 17 | have clearly indicated no ability to be fair, so I'm going to |
| 11:33:53 | 18 | excuse them, and then we can reorder the jury and then we can |
| 11:33:58 | 19 | go to other exercises of peremptory challenges -- I mean |
| 11:34:01 | 20 | challenges for cause.  So, just remain here. |
| 11:34:03 | 21 | (In open court.) |
| 11:34:11 | 22 | **THE COURT:**  So, based on information that the |
| 11:34:14 | 23 | jurors have shared so far, Mr. Chen would be excused. |
| 11:34:20 | 24 | Thank you, Mr. Chen, you would go back to the |
| 11:34:23 | 25 | jury office. |

| | | |
|---|---|---|
| 11:34:25 | 1 | We'll have Ms. Rodriguez, Jurors No. 9 |
| 11:34:30 | 2 | excused, based on the information that you felt that you were |
| 11:34:33 | 3 | concerned about your ability to be fair. |
| 11:34:36 | 4 | Ms. Levi, would be excused also for those |
| 11:34:39 | 5 | reasons, and then also Ms. Roberts would be excused for those |
| 11:34:42 | 6 | reasons.  And then we're going to have the clerk reorder the |
| 11:34:46 | 7 | jury so that we we'll have certain members of the prospective |
| 11:34:54 | 8 | panel moved. |
| 11:34:55 | 9 | **COURT CLERK:**  So, Juror No. 13 will take the No. 9 |
| 11:35:01 | 10 | seat.  Would you take the No. 9 seat there?  And you are |
| 11:35:08 | 11 | No. 12, right here. |
| 11:35:12 | 12 | **THE COURT:**  So, Trujillo is No. 9. |
| 11:35:15 | 13 | Ms. Moreno is -- |
| 11:35:18 | 14 | **COURT CLERK:**  No. 12. |
| 11:35:20 | 15 | **THE COURT:**  No. 12.  And then let's get the |
| 11:35:26 | 16 | others.  So, Mr. Lyons is now in seat No. 14, and |
| 11:35:46 | 17 | Ms. Erickson is in seat No. 15. |
| 11:35:49 | 18 | **MS. RYKKEN:**  I believe it's 13 and 14. |
| 11:36:12 | 19 | **COURT CLERK:**  Yes, Mr. Lyons is in seat No. 13, |
| 11:36:16 | 20 | and Ms. Erickson in seat No. 14. |
| 11:36:19 | 21 | **THE COURT:**  And Moreno is in seat 12. |
| 11:36:23 | 22 | **COURT CLERK:**  Yes.  Sorry. |
| 11:36:38 | 23 | (Sidebar conference.) |
| 11:36:39 | 24 | **THE COURT:**  Can we go back to the government as to |
| 11:36:42 | 25 | pass for cause. |

| | | |
|---|---|---|
| 11:36:43 | 1 | **MS. RYKKEN:**  No. |
| 11:36:45 | 2 | **THE COURT:**  Can we go for defense. |
| 11:36:46 | 3 | **MR. ROBINSON:**  Pass for cause. |
| 11:36:47 | 4 | **THE COURT:**  Pass for cause.  Okay. |
| 11:36:51 | 5 | So, the presumptive jury is always the first |
| 11:36:56 | 6 | 12.  So, you will exercise the peremptories as to those in |
| 11:37:00 | 7 | the first 12 seats, and then they'll be filled next in order |
| 11:37:04 | 8 | on the outside.  So, the first peremptory is with the |
| 11:37:07 | 9 | government, and again, it's the first 12. |
| 11:37:10 | 10 | **MS. RYKKEN:**  The government would move to strike |
| 11:37:12 | 11 | No. 1. |
| 11:37:14 | 12 | **THE COURT:**  No. 1, Ms. Kayano. |
| 11:37:27 | 13 | **MS. RYKKEN:**  Yes. |
| 11:37:27 | 14 | **THE COURT:**  So, we'll have Mr. Lyons take that |
| 11:37:29 | 15 | seat. |
| 11:37:29 | 16 | (In open court.) |
| 11:37:44 | 17 | **THE COURT:**  So, Ms. Kayano is excused.  Thank you |
| 11:37:48 | 18 | very much.  And Mr. Lyons will take that seat. |
| 11:37:57 | 19 | Ms. Kayano is excused.  Return to the jury |
| 11:38:00 | 20 | room, please. |
| 11:38:21 | 21 | (Sidebar conference.) |
| 11:38:21 | 22 | **THE COURT:**  Okay, the next two. |
| 11:38:25 | 23 | **MR. RODRIGUEZ:**  Your Honor.  I'd like to excuse |
| 11:38:31 | 24 | Juror No. 2, Ms. Lopez. |
| 11:38:34 | 25 | **THE COURT:**  Ms. Lopez is excused.  Ms. Erickson |

| | | |
|---|---|---|
| 11:38:35 | 1 | will take that seat. |
| 11:38:42 | 2 | Okay, next peremptory for the defense? |
| 11:39:12 | 3 | Your call, you get two, defense gets two. |
| 11:39:18 | 4 | **MR. ROBINSON:**  Well, may I have just one moment to |
| 11:39:21 | 5 | confer? |
| 11:39:22 | 6 | **THE COURT:**  Yes. |
| 11:39:30 | 7 | (Discussion off the record.) |
| 11:39:32 | 8 | **MR. ROBINSON:**  We're fine with the panel as |
| 11:39:36 | 9 | constituted. |
| 11:39:39 | 10 | **THE COURT:**  Join? |
| 11:39:40 | 11 | **MR. RODRIGUEZ:**  Yes. |
| 11:39:45 | 12 | **THE COURT:**  Government?  Government's No. 2. |
| 11:39:51 | 13 | **MS. RYKKEN:**  The government would move to strike |
| 11:39:53 | 14 | Trujillo, who is row 1, seat 9. |
| 11:40:02 | 15 | **THE COURT:**  I didn't get the name. |
| 11:40:04 | 16 | **MS. RYKKEN:**  Priscilla Trujillo, now in seat 9. |
| 11:40:16 | 17 | **THE COURT:**  Trujillo.  Yes, okay. |
| 11:40:22 | 18 | (In open court.) |
| 11:40:22 | 19 | **THE COURT:**  Ms. Trujillo is excused.  Thank you |
| 11:40:25 | 20 | very much. |
| 11:40:29 | 21 | (Sidebar conference.) |
| 11:40:29 | 22 | **COURT CLERK:**  Ms. Lopez is excused. |
| 11:40:32 | 23 | Ms. Erickson is seat No. 2. |
| 11:40:36 | 24 | **THE COURT:**  Ms. -- |
| 11:40:37 | 25 | **COURT CLERK:**  Ms. Lopez is excused, No. 2, and |

```
11:40:39   1    Ms. Erickson will replace her.
11:40:41   2                    (In open court.)
11:40:42   3              THE COURT:  Ms. Lopez is excused also.
11:40:43   4                    Ms. Erickson, would you take seat No. 2,
11:40:48   5    please.
11:40:49   6              COURT CLERK:  I'm going to call seven more.
11:40:52   7                    (In open court.)
11:41:18   8              COURT CLERK:  Okay, as I call your name, please
11:41:21   9    come forward, and I'll seat you in the appropriate seat,
11:41:25  10    Michael Oneill, O-N-E-I-L-L.
11:41:35  11                    Juror No. 20, Lizardi, L-I-Z-A-R-D-I.
11:41:49  12                    Juror No. 21, Melvin Martin, M-A-R-T-I-N.
11:42:00  13                    Juror No. 22, Neal Cadman, C-A-D-M-A-N.
11:42:07  14                    Juror No. 23, Greg S-I-M-P-S-O-N.
11:42:17  15                    Juror No. 24, Dalit Y-A-D-E-G-A-R-A-N.
11:42:28  16                    And Juror No. 25, Robert Prucha, Jr.,
11:42:34  17    P-R-U-C-H-A.
11:42:37  18                    Would you pass the microphone all the way
11:42:40  19    down to Juror No. 9?
11:42:42  20              THE COURT:  Okay, we start the process again with
11:42:44  21    the new group that has taken a seat, and we'll start with
11:42:47  22    Mr. Oneill.
11:42:47  23                    Mr. Oneill, would you answer the questions on
11:42:50  24    the screen please.
11:42:52  25              PROSPECTIVE JUROR:  Yes.  My name is Michael
```

| | | |
|---|---|---|
| 11:43:01 | 1 | Oneill. |
| 11:43:01 | 2 | I'm from Ventura County. |
| 11:43:03 | 3 | I'm married. |
| 11:43:05 | 4 | I am a nursing home administrator. |
| 11:43:09 | 5 | My spouse works for the local hospital. |
| 11:43:12 | 6 | Five children:  Nurse, accountant, |
| 11:43:19 | 7 | bioengineer, journalist, and baby is working on occupational |
| 11:43:24 | 8 | therapy in school. |
| 11:43:26 | 9 | And I have no federal jury experience, but |
| 11:43:30 | 10 | local -- multiple local experiences.  Never been pulled in a |
| 11:43:36 | 11 | jury pool. |
| 11:43:37 | 12 | THE COURT:  And your prior jury experience, as |
| 11:43:40 | 13 | being part of a pool, involving criminal and civil matters? |
| 11:43:45 | 14 | PROSPECTIVE JUROR:  Yes. |
| 11:43:49 | 15 | THE COURT:  Can you be fair to the parties in this |
| 11:43:51 | 16 | case?  To the best of your ability. |
| 11:43:53 | 17 | PROSPECTIVE JUROR:  Yes. |
| 11:43:54 | 18 | THE COURT:  And can you participate? |
| 11:43:56 | 19 | PROSPECTIVE JUROR:  Yes. |
| 11:43:59 | 20 | THE COURT:  Of the questions I've asked so far |
| 11:44:00 | 21 | this morning, are there any questions that stand out in your |
| 11:44:02 | 22 | mind that you would like to respond to. |
| 11:44:04 | 23 | PROSPECTIVE JUROR:  There has been an experience |
| 11:44:06 | 24 | in one of my facilities where an alzheimer's patient was |
| 11:44:17 | 25 | yielding a gun in the facility.  He did not fire it, but |

11:44:22  1    under the conservatorship I said to dispose of -- I'm

11:44:24  2    sorry -- properly sell the firearms and the other firearms he

11:44:31  3    had, and the process was arduous, having to work through our

11:44:35  4    system to try and sell them.

11:44:36  5            THE COURT:  Any part of that experience that you

11:44:38  6    believe will influence your duties as a juror in this case if

11:44:41  7    you're selected.

11:44:42  8            PROSPECTIVE JUROR:  Yes.

11:44:43  9            THE COURT:  How will it influence you?

11:44:45  10           PROSPECTIVE JUROR:  I believe the process we have

11:44:47  11   to sell --

11:44:48  12               I'm a law abiding citizen, trying to take

11:44:51  13   care of this, this was arduous.  It was ridiculous.

11:44:53  14           THE COURT:  So, you feel that would bias you in

11:44:56  15   this case here.

11:44:57  16           PROSPECTIVE JUROR:  Yes.

11:44:58  17           THE COURT:  Okay.  And bias you against the

11:45:00  18   government or for the government?

11:45:02  19           PROSPECTIVE JUROR:  Probably against.

11:45:16  20           THE COURT:  Okay, thank you very much.

11:45:18  21               We go to Ms. Lizardi.  Would you pass the

11:45:20  22   microphone, please?

11:45:25  23           PROSPECTIVE JUROR:  Yes, I'm Lynnette Lizardi.

11:45:29  24               I live in Pomona.

11:45:30  25               I am married.

| | | |
|---|---|---|
| 11:45:31 | 1 | I'm an artist.  My husband is a high school |
| 11:45:36 | 2 | teacher. |
| 11:45:36 | 3 | I have five children.  One is a nurse, one is |
| 11:45:40 | 4 | a product designer, one is a foreman in a construction |
| 11:45:49 | 5 | company.  The youngest one is a student.  I have been on a -- |
| 11:45:59 | 6 | two juries, one in the superior court -- both in the superior |
| 11:46:04 | 7 | court.  One was civil, one was criminal. |
| 11:46:07 | 8 | THE COURT:  Can you be fair to the parties in this |
| 11:46:09 | 9 | case. |
| 11:46:09 | 10 | PROSPECTIVE JUROR:  Yes. |
| 11:46:10 | 11 | THE COURT:  And participate. |
| 11:46:11 | 12 | PROSPECTIVE JUROR:  Yes. |
| 11:46:12 | 13 | THE COURT:  Any of the questions I've asked so far |
| 11:46:14 | 14 | that you'd like to respond to today? |
| 11:46:17 | 15 | PROSPECTIVE JUROR:  Yes.  I have four brothers, |
| 11:46:19 | 16 | they all own guns and shoot guns.  My son as well.  He's |
| 11:46:25 | 17 | shown me how to use a gun.  I was robbed 30 years ago, and I |
| 11:46:32 | 18 | was working with a fellow who had a gun. |
| 11:46:38 | 19 | THE COURT:  Okay.  So, you have used a weapon |
| 11:46:40 | 20 | yourself. |
| 11:46:42 | 21 | PROSPECTIVE JUROR:  I hadn't discharged it.  We |
| 11:46:45 | 22 | haven't gun to the range yet, but my son was showing me how |
| 11:46:50 | 23 | to operate if. |
| 11:46:51 | 24 | THE COURT:  And you say you have four brothers who |
| 11:46:54 | 25 | are gun owners. |

11:46:55  1           PROSPECTIVE JUROR:  Yes, and my son and one

11:46:58  2   brother are members of the NRA.

11:47:00  3           THE COURT:  If any part of your discussion with

11:47:02  4   your brothers or family members who are owners or possess

11:47:06  5   weapons that would influence your decision-making here?

11:47:08  6           PROSPECTIVE JUROR:  No.

11:47:09  7           THE COURT:  Can you be fair to the government in

11:47:11  8   this case?

11:47:11  9           PROSPECTIVE JUROR:  Yes.

11:47:12  10          THE COURT:  And to the defense?

11:47:13  11          PROSPECTIVE JUROR:  Yes.

11:47:14  12          THE COURT:  Thank you very much.

11:47:15  13              Next, Mr. Martin.

11:47:18  14          PROSPECTIVE JUROR:  My name is Melvin Martin.

11:47:20  15              I live in Glendora.  I am widowed or widower,

11:47:25  16   whatever it's called.

11:47:27  17              I'm retired, but when I worked, I was a buyer

11:47:31  18   for electronics company.  My spouse was a homemaker.

11:47:35  19              I have two children, son owns his own cement

11:47:40  20   business in Idaho Falls, and my daughter is a teller with

11:47:45  21   Chase Bank.

11:47:45  22              And I was on one jury trial that was a

11:47:48  23   criminal.

11:47:51  24          THE COURT:  Did you reach a verdict in the case?

11:47:52  25          PROSPECTIVE JUROR:  Yes.

| | | |
|---|---|---|
| 11:47:58 | 1 | **THE COURT:**  Any charges similar to this one? |
| 11:48:00 | 2 | **PROSPECTIVE JUROR:**  No. |
| 11:48:01 | 3 | **THE COURT:**  Any part of that experience would |
| 11:48:03 | 4 | influence your decisionmaking here? |
| 11:48:06 | 5 | **PROSPECTIVE JUROR:**  No. |
| 11:48:07 | 6 | **THE COURT:**  Can you be fair to both parties in |
| 11:48:09 | 7 | this case. |
| 11:48:09 | 8 | **PROSPECTIVE JUROR:**  Yes. |
| 11:48:10 | 9 | **THE COURT:**  And participate. |
| 11:48:10 | 10 | **PROSPECTIVE JUROR:**  Yes, yes. |
| 11:48:11 | 11 | **THE COURT:**  Any information that you believe the |
| 11:48:13 | 12 | lawyers should know about determining whether you should be a |
| 11:48:17 | 13 | juror in this proceeding? |
| 11:48:19 | 14 | **PROSPECTIVE JUROR:**  No. |
| 11:48:20 | 15 | **THE COURT:**  Thank you, next. |
| 11:48:21 | 16 | **PROSPECTIVE JUROR:**  My name is Neil Cadman. |
| 11:48:23 | 17 | I live in El Segundo. |
| 11:48:25 | 18 | I'm married. |
| 11:48:26 | 19 | I own a commercial real estate property |
| 11:48:30 | 20 | management company. |
| 11:48:30 | 21 | My wife is retired kindergarten teacher in |
| 11:48:30 | 22 | Englewood Unified School District. |
| 11:48:33 | 23 | I have three children:  18, 14 and 12.  My |
| 11:48:38 | 24 | 18-year-old is still a senior in high school.  I've been on |
| 11:48:42 | 25 | one jury duty superior courts, criminal, and we reached a |

| | 1 | verdict. |

11:48:46  1    verdict.

11:48:46  2             THE COURT:  Any charges similar to this one here?

11:48:49  3             PROSPECTIVE JUROR:  No.

11:48:50  4             THE COURT:  Okay, any part of that process that

11:48:54  5    would influence your decision-making here?

11:48:55  6             PROSPECTIVE JUROR:  No.

11:48:56  7             THE COURT:  Can you be fair to the parties?

11:48:57  8             PROSPECTIVE JUROR:  Yes.

11:48:58  9             THE COURT:  And participate?

11:48:59  10            PROSPECTIVE JUROR:  Yes.

11:49:00  11            THE COURT:  And what area of the county do you

11:49:02  12   live in?

11:49:02  13            PROSPECTIVE JUROR:  El Segundo.  So, South Bay.

11:49:06  14            THE COURT:  Any additional information you believe

11:49:08  15   the lawyers should know about?

11:49:10  16            PROSPECTIVE JUROR:  My brother is the assistant

11:49:11  17   public defender for Kern County, handles capital cases.

11:49:16  18                 My wife's sister was a victim of gun

11:49:19  19   violence.  She's actually the regional -- I think she's the

11:49:23  20   regional director from Alford Moms Demand Action.

11:49:31  21            THE COURT:  Do you feel that any of those

11:49:33  22   relationships, any discussions you've had with those persons,

11:49:38  23   you feel that they would influence your decision-making here?

11:49:40  24            PROSPECTIVE JUROR:  No, they would not.

11:49:42  25            THE COURT:  You would be fair.

| | | |
|---|---|---|
| 11:49:43 | 1 | **PROSPECTIVE JUROR:**  Yes. |
| 11:49:43 | 2 | **THE COURT:**  Thank you. |
| 11:49:44 | 3 | Go to Mr. Simpson, I believe. |
| 11:49:47 | 4 | **PROSPECTIVE JUROR:**  Yes.  My name is Greg Simpson. |
| 11:49:50 | 5 | I am a film editor. |
| 11:49:52 | 6 | Married. |
| 11:49:54 | 7 | Oh, sorry, I'm doing this a little bit out of |
| 11:49:57 | 8 | order. |
| 11:49:58 | 9 | I live in Simi Valley, and my wife is a |
| 11:50:03 | 10 | fitness trainer and porn star.  No kids, no jury, no jury |
| 11:50:11 | 11 | service. |
| 11:50:13 | 12 | **THE COURT:**  Anything -- any questions I've asked |
| 11:50:15 | 13 | so far that you would like to respond to? |
| 11:50:18 | 14 | **PROSPECTIVE JUROR:**  Yeah, my dad and brothers are |
| 11:50:20 | 15 | hunters and members of the NRA. |
| 11:50:24 | 16 | **THE COURT:**  Are you a member? |
| 11:50:25 | 17 | **PROSPECTIVE JUROR:**  No. |
| 11:50:26 | 18 | **THE COURT:**  Any discussions that you've had with |
| 11:50:28 | 19 | those persons or family members that would influence your |
| 11:50:31 | 20 | decisionmaking in this case? |
| 11:50:33 | 21 | **PROSPECTIVE JUROR:**  No. |
| 11:50:35 | 22 | **THE COURT:**  Can you be fair to all the parties? |
| 11:50:37 | 23 | **PROSPECTIVE JUROR:**  Yeah. |
| 11:50:39 | 24 | **THE COURT:**  Any additional information to share? |
| 11:50:42 | 25 | **PROSPECTIVE JUROR:**  No, I don't think so. |

11:50:47  1           **THE COURT:**  Thank you very much.

11:50:53  2           **PROSPECTIVE JUROR:**  Hi.  My name Dalit Yadegaran.

11:50:56  3                I live in Santa Monica Friday nights to

11:51:00  4     Sundays, and then Pomona Sunday night to Thursday night.

11:51:03  5                I'm currently single.  I'm a fourth year

11:51:06  6     dental student at Western University in Pomona.

11:51:10  7                I have been called in for prior jury duty

11:51:14  8     service before, but they didn't put me on the jury because I

11:51:18  9     was starting dental school a week later.

11:51:21  10                I do have a letter from my school stating

11:51:24  11     that if I miss more than three days, I have to start the

11:51:28  12     semester all over.  So, I don't know if you want this.

11:51:31  13          **THE COURT:**  Not.  So, your significant conflict

11:51:38  14     has to do with your service here if called to serve, and then

11:51:41  15     with your school.

11:51:42  16          **PROSPECTIVE JUROR:**  Yes.

11:51:43  17          **THE COURT:**  Did you make efforts to try to put

11:51:45  18     your service over for another date?

11:51:48  19          **PROSPECTIVE JUROR:**  So, I tried last year and

11:51:51  20     then -- so, I postponed it for one year, and then I'm here

11:51:55  21     today.  But I'm also starting a rotation next Monday for

11:51:59  22     seven weeks.

11:52:01  23          **THE COURT:**  Okay, we'll see what we can do to try

11:52:04  24     to address that.

11:52:05  25          **PROSPECTIVE JUROR:**  Thank you.

```
11:52:06   1              THE COURT:  Next.

11:52:06   2              PROSPECTIVE JUROR:  Hi.  My name is Robert Prucha.

11:52:09   3                    I live in Arleta, California.

11:52:12   4                    I am divorced.

11:52:13   5                    My occupation is sales.

11:52:19   6                    I have one child.

11:52:20   7                    And I've never been on a jury.

11:52:23   8              THE COURT:  Can you be fair to the parties in this

11:52:24   9    case.

11:52:24  10              PROSPECTIVE JUROR:  Yes.

11:52:25  11              THE COURT:  And can you participate and serve as a

11:52:29  12    juror?

11:52:29  13              PROSPECTIVE JUROR:  Yes.

11:52:30  14              THE COURT:  Okay, please have a seat.

11:52:31  15                    I'm going to run through some specific

11:52:34  16    questions of the new panel, of the new group.  And if you

11:52:37  17    have any "yes" responses, please make sure you raise your

11:52:39  18    hand.  This applies only to the new group.

11:52:42  19                    Is there anyone who has ever been arrested,

11:52:45  20    charged or convicted of any type of criminal offense

11:52:47  21    involving yourself, family members or close friends?

11:52:51  22                    Okay, no hands are raised.

11:52:52  23                    Oh, we have one person with his hand raised,

11:52:55  24    and that was Mr. Simpson, I believe.

11:52:57  25                    Yes, sir, would you pass the mic to
```

| | | |
|---|---|---|
| 11:53:00 | 1 | Mr. Simpson? |
| 11:53:04 | 2 | **PROSPECTIVE JUROR:**  Yeah, I was arrested once. |
| 11:53:06 | 3 | **THE COURT:**  And how long ago was that? |
| 11:53:07 | 4 | **PROSPECTIVE JUROR:**  20 years. |
| 11:53:09 | 5 | **THE COURT:**  And the nature of the arrest? |
| 11:53:10 | 6 | **PROSPECTIVE JUROR:**  Umm -- |
| 11:53:11 | 7 | **THE COURT:**  If you prefer to discuss this at |
| 11:53:15 | 8 | sidebar feel free to make the request.  Otherwise it's up to |
| 11:53:18 | 9 | you. |
| 11:53:18 | 10 | **PROSPECTIVE JUROR:**  No, you know, I'm not really |
| 11:53:21 | 11 | sure what the charge was.  We were released the same night, |
| 11:53:25 | 12 | and it was -- we were looking for a friend of mine that we |
| 11:53:27 | 13 | thought was being held against her will and we were banging |
| 11:53:31 | 14 | on the door, neighbors called the police. |
| 11:53:34 | 15 | **THE COURT:**  So, were you taken to a police |
| 11:53:38 | 16 | station? |
| 11:53:38 | 17 | **PROSPECTIVE JUROR:**  Yeah. |
| 11:53:39 | 18 | **THE COURT:**  Held in a holding cell of some sort? |
| 11:53:40 | 19 | **PROSPECTIVE JUROR:**  Yeah. |
| 11:53:40 | 20 | **THE COURT:**  And then released. |
| 11:53:43 | 21 | **PROSPECTIVE JUROR:**  Yeah. |
| 11:53:44 | 22 | **THE COURT:**  Charges brought? |
| 11:53:45 | 23 | **PROSPECTIVE JUROR:**  No. |
| 11:53:46 | 24 | **THE COURT:**  Any part of that experience that would |
| 11:53:48 | 25 | influence your decisionmaking here? |

11:53:50  1          **PROSPECTIVE JUROR:**  No.

11:53:51  2          **THE COURT:**  Do you feel that you were treated

11:53:53  3   fairly and professionally by the officers involved?

11:53:56  4          **PROSPECTIVE JUROR:**  Yeah.

11:53:57  5          **THE COURT:**  Thank you, anyone else?

11:54:01  6          (No response.)

11:54:04  7          **THE COURT:**  Anyone else?

11:54:05  8          **PROSPECTIVE JUROR:**  Yes.

11:54:06  9          **THE COURT:**  Mr. Prucha.  Yes, go ahead.

11:54:09 10          **PROSPECTIVE JUROR:**  I have been arrested.

11:54:12 11          **THE COURT:**  And do you feel comfortable discussing

11:54:14 12   that in open court or --

11:54:16 13          **PROSPECTIVE JUROR:**  Yeah, no problem.

11:54:19 14          **THE COURT:**  Okay, go ahead.

11:54:20 15          **PROSPECTIVE JUROR:**  One was a DUI, and one for

11:54:24 16   vandalism and one was for drunk in public.

11:54:28 17          **THE COURT:**  Okay.  The last arrest, how long ago

11:54:31 18   did that occur?

11:54:32 19          **PROSPECTIVE JUROR:**  All of these are over 20 years

11:54:36 20   ago.

11:54:37 21          **THE COURT:**  And do you feel that you were treated

11:54:38 22   fairly by the law enforcement officers involved in those

11:54:41 23   proceedings?

11:54:47 24          **PROSPECTIVE JUROR:**  No.

11:54:50 25          **THE COURT:**  Which arrest or matter --

| | | |
|---|---|---|
| 11:54:55 | 1 | **PROSPECTIVE JUROR:**  It was when I was arrested for |
| 11:54:57 | 2 | vandalism.  I ran, and then was -- I kind of beat to the |
| 11:55:03 | 3 | floor.  I dont' know, it seemed excessive to me at the time, |
| 11:55:09 | 4 | but nothing was ever said or I never talked about it. |
| 11:55:14 | 5 | **THE COURT:**  Were you charged with any criminal |
| 11:55:16 | 6 | conduct? |
| 11:55:19 | 7 | **PROSPECTIVE JUROR:**  Yes. |
| 11:55:21 | 8 | **THE COURT:**  Do you feel you were treated fairly by |
| 11:55:22 | 9 | the judicial process? |
| 11:55:23 | 10 | **PROSPECTIVE JUROR:**  Yes. |
| 11:55:24 | 11 | **THE COURT:**  Do you feel that any of those matters |
| 11:55:25 | 12 | would influence your decisionmaking here? |
| 11:55:28 | 13 | **PROSPECTIVE JUROR:**  No. |
| 11:55:30 | 14 | **THE COURT:**  Did any of them involve the -- the |
| 11:55:33 | 15 | agency in this case, the Gardena Police Department? |
| 11:55:39 | 16 | **PROSPECTIVE JUROR:**  No. |
| 11:55:41 | 17 | **THE COURT:**  Anyone else put their hands -- okay. |
| 11:55:46 | 18 | Is there anyone who's ever been employed or |
| 11:55:49 | 19 | ever applied for employment with any law enforcement agency? |
| 11:55:55 | 20 | (No response.) |
| 11:55:56 | 21 | **THE COURT:**  Any other negative experiences with |
| 11:55:57 | 22 | any other law enforcement agencies? |
| 11:56:00 | 23 | (No response.) |
| 11:56:02 | 24 | **THE COURT:**  Is there anyone who personally takes |
| 11:56:04 | 25 | strong position or belongs to any organization that takes a |

| | | |
|---|---|---|
| 11:56:07 | 1 | strong positions involving the sales, use, possession of |
| 11:56:11 | 2 | firearms? |
| 11:56:16 | 3 | And we have Mr. Oneill with his hand up. |
| 11:56:18 | 4 | Mr. Oneill you've already indicated that you |
| 11:56:20 | 5 | could not be fair to the government.  I think that's your |
| 11:56:23 | 6 | statement; is that correct? |
| 11:56:24 | 7 | **PROSPECTIVE JUROR:**  Yes. |
| 11:56:24 | 8 | **THE COURT:**  So, I'm not going to ask you any |
| 11:56:26 | 9 | additional questions. |
| 11:56:39 | 10 | Is there any anyone who has a medical issue |
| 11:56:42 | 11 | that would make it difficult for you to be a juror in this |
| 11:56:45 | 12 | case, not otherwise disclosed? |
| 11:56:45 | 13 | (No response.) |
| 11:56:47 | 14 | **THE COURT:**  Any contact or, direct or indirect, |
| 11:56:52 | 15 | with the United States Department of Alcohol Tobacco and |
| 11:56:57 | 16 | Firearms, the agency involved here? |
| 11:56:58 | 17 | Okay, no hands. |
| 11:57:01 | 18 | Anyone who has any philosophical, personal, |
| 11:57:06 | 19 | religious conviction that would make it difficult for you to |
| 11:57:09 | 20 | be a juror in this case? |
| 11:57:13 | 21 | Okay.  No hands are raised. |
| 11:57:14 | 22 | With that, I'm going to see counsel at -- |
| 11:57:17 | 23 | Well, why don't we do this.  We'll take the |
| 11:57:22 | 24 | noon recess. |
| 11:57:24 | 25 | Please return at 1:00 o'clock, and we will |

| | | |
|---|---|---|
| 11:57:26 | 1 | continue with the trial. |
| 11:57:28 | 2 | During your absence, do not discuss the case |
| 11:57:31 | 3 | amongst yourself or anyone else. |
| 11:57:33 | 4 | There are some very stringent and important |
| 11:57:37 | 5 | rules to follow.  So, those of you who have access to the |
| 11:57:42 | 6 | Internet, please do not do any research during intermission |
| 11:57:46 | 7 | or lunch hour regarding any aspect of this case.  If you do |
| 11:57:50 | 8 | any type of research on the case involving the persons |
| 11:57:53 | 9 | involved, the case itself or any aspects of the case, and it |
| 11:57:57 | 10 | comes to the Court's attention, it could mean that the entire |
| 11:58:01 | 11 | process would have to start again.  We'll have to call a new |
| 11:58:05 | 12 | panel, and that will be very expensive for everyone.  So, |
| 11:58:09 | 13 | please make sure that you avoid any of that type of conduct. |
| 11:58:13 | 14 | If you see anyone in the hallway, they could |
| 11:58:15 | 15 | be a witness in this case or a party in this case, so no |
| 11:58:17 | 16 | contact between the lawyers and any of the prospective |
| 11:58:21 | 17 | jurors.  If they avoid having eye contact with you, it's not |
| 11:58:24 | 18 | because they're being discourteous.  So make sure that you |
| 11:58:28 | 19 | abide by those rules. |
| 11:58:30 | 20 | We have a cafeteria on the first floor. |
| 11:58:32 | 21 | Please return a little bit before 1:00 o'clock.  We're going |
| 11:58:37 | 22 | to have the jury selected this afternoon. |
| 11:58:39 | 23 | Any questions? |
| 11:58:40 | 24 | Please come back to courtroom tenth floor or |
| 11:58:43 | 25 | in Courtroom 10C. |

UNITED STATES DISTRICT COURT

11:58:45   1                 And with that, we'll take a recess.

11:58:48   2                 (Following proceedings held outside the presence

11:59:33   3     of the jury panel.)

11:59:34   4                 THE COURT:  We're in recess.

11:59:35   5                 (Noon recess taken.)

13:04:30   6                 THE COURT:  Okay, I think we have everyone

13:04:32   7     present, just checked with Mr. Cruz.  Everyone present?

13:04:36   8                 COURT CLERK:  We have the 18.  I'm not sure if all

13:04:39   9     the jurors in the audience are back yet, Judge.

13:04:43  10                 THE COURT:  Do you want to check the hallway?

13:04:50  11                 COURT CLERK:  Yep.

13:05:18  12                 THE COURT:  Okay, we're back on the record.

13:05:20  13                 Counsel are present.  We have the defendants

13:05:23  14     present, and the prospective jurors are present.

13:05:26  15                 So, I think I last left off with a question

13:05:30  16     as to whether anyone had any philosophical convictions that

13:05:35  17     would make it difficult for you to be a juror in the case.

13:05:38  18     No one had raised their hands in the new group.

13:05:42  19                 So, my final question, is there any other

13:05:45  20     additional information that you believe the lawyers should

13:05:47  21     know about whether or not you should be a juror in the case?

13:05:50  22     If no hands are raised, let's have counsel back at sidebar.

13:06:11  23                 (Sidebar conference.)

13:06:22  24                 THE COURT:  So, we have the new group of seven,

13:06:25  25     and Ms. Oneill has indicated he could not be a fair juror.

| | | |
|---|---|---|
| 13:06:36 | 1 | **MS. RYKKEN:**  No objection. |
| 13:06:37 | 2 | **MR. ROBINSON:**  No objection. |
| 13:06:39 | 3 | **MR. RODRIGUEZ:**  Certainly. |
| 13:06:40 | 4 | **THE COURT:**  The Court would determine that |
| 13:06:41 | 5 | Mr. Oneill had expressed bias against the government, and he |
| 13:06:48 | 6 | should be removed for cause.  So, Mr. Oneill is excused. |
| 13:06:52 | 7 | Are there any additional questions? |
| 13:06:54 | 8 | **MS. RYKKEN:**  We noticed that we haven't read a |
| 13:06:57 | 9 | witness list to anybody yet, so here is a copy. |
| 13:07:01 | 10 | **THE COURT:**  Good point.  But any additional |
| 13:07:03 | 11 | questions? |
| 13:07:03 | 12 | **MS. RYKKEN:**  No. |
| 13:07:04 | 13 | **THE COURT:**  Any additional questions? |
| 13:07:05 | 14 | **MR. RODRIGUEZ:**  No, Your Honor, thank you. |
| 13:07:14 | 15 | (In open court.) |
| 13:07:16 | 16 | **THE COURT:**  So, we're getting closer to the |
| 13:07:18 | 17 | selection of the jury.  But before we -- I inquire further, |
| 13:07:23 | 18 | we have a list of witnesses.  I just want to make sure that |
| 13:07:25 | 19 | none of the witnesses are familiar to any of the prospective |
| 13:07:29 | 20 | jurors. |
| 13:07:29 | 21 | We have Raul Cervantes Corona. |
| 13:07:34 | 22 | Mario Ramirez. |
| 13:07:38 | 23 | A federal agent, David Hamilton. |
| 13:07:41 | 24 | A -- looks like a California federal agent. |
| 13:07:46 | 25 | Blake Graham. |

| | | |
|---|---|---|
| 13:07:47 | 1 | Greg Estes. |
| 13:07:52 | 2 | Antancio Martinez. |
| 13:07:54 | 3 | Mr. Tolliver, the Special Agent, or case |
| 13:07:54 | 4 | agent. |
| 13:08:00 | 5 | We have Mr. Pelayo. |
| 13:08:04 | 6 | Bianca Ibara. |
| 13:08:07 | 7 | And we have Rafael Camacho Maravilla. |
| 13:08:11 | 8 | Any of those names familiar to anyone in the |
| 13:08:14 | 9 | courtroom?  If they are, please raise your hands. |
| 13:08:16 | 10 | No hands are raised. |
| 13:08:16 | 11 | (Sidebar conference.) |
| 13:08:24 | 12 | THE COURT:  So, any exercise for challenges for |
| 13:08:26 | 13 | cause?  Government? |
| 13:08:29 | 14 | MS. DRAGALIN:  Your Honor, Juror No. 17 she was |
| 13:08:32 | 15 | worried about missing school and having to restart the |
| 13:08:36 | 16 | semester. |
| 13:08:37 | 17 | THE COURT:  That's a good point. |
| 13:08:38 | 18 | MS. RYKKEN:  She's seated in No. 17. |
| 13:08:41 | 19 | THE COURT:  Again name? |
| 13:08:43 | 20 | MS. DRAGALIN:  Yadegaran. |
| 13:08:48 | 21 | MS. RYKKEN:  Juror No. 24. |
| 13:08:50 | 22 | THE COURT:  Agreed?  She should be excused? |
| 13:08:53 | 23 | MR. ROBINSON:  Yes. |
| 13:08:54 | 24 | MR. RODRIGUEZ:  Yes. |
| 13:08:55 | 25 | THE COURT:  So, Ms. Yadegaran. |

| | | |
|---|---|---|
| 13:08:57 | 1 | (In open court.) |
| 13:09:01 | 2 | **THE COURT:**  So, we have -- Ms. Yadegaran is |
| 13:09:03 | 3 | excused.  Yes, you're excused.  And Mr. Oneill, you're |
| 13:09:04 | 4 | excused. |
| 13:09:21 | 5 | (Sidebar conference.) |
| 13:09:21 | 6 | **MR. RODRIGUEZ:**  That leaves us with seat No. 8. |
| 13:09:23 | 7 | **THE COURT:**  Yes. |
| 13:09:25 | 8 | (In open court.) |
| 13:09:28 | 9 | **THE COURT:**  Ms. Lizardi, would you take that top |
| 13:09:32 | 10 | seat, please.  The top seat in the first row. |
| 13:10:02 | 11 | (Sidebar conference.) |
| 13:10:03 | 12 | **THE COURT:**  Any other motions for cause from the |
| 13:10:05 | 13 | government? |
| 13:10:05 | 14 | **MS. RYKKEN:**  No. |
| 13:10:06 | 15 | **MR. ROBINSON:**  No, Your Honor. |
| 13:10:07 | 16 | **THE COURT:**  Pass for cause. |
| 13:10:08 | 17 | **MR. ROBINSON:**  Pass for cause. |
| 13:10:09 | 18 | **THE COURT:**  Okay, we go to the exercise of |
| 13:10:12 | 19 | additional peremptory challenges, for the defense? |
| 13:10:29 | 20 | (Discussion off the record.) |
| 13:10:38 | 21 | **MR. ROBINSON:**  Your Honor, Juror No. 4. |
| 13:10:41 | 22 | **THE COURT:**  You have to provide a name, please. |
| 13:10:43 | 23 | **MR. RODRIGUEZ:**  I'm sorry, Your Honor.  My German |
| 13:10:46 | 24 | is very bad.  So, Schouweiler, John Schouweiler. |
| 13:11:01 | 25 | **THE COURT:**  Anything further? |

| | | |
|---|---|---|
| 13:11:02 | 1 | Next, from defense? |
| 13:11:06 | 2 | (Discussion off the record.) |
| 13:11:11 | 3 | **MR. ROBINSON:**  Your Honor, we would pass for |
| 13:11:13 | 4 | peremptory, accept this panel as constituted. |
| 13:11:16 | 5 | **THE COURT:**  Join? |
| 13:11:17 | 6 | **MR. RODRIGUEZ:**  Yes. |
| 13:11:18 | 7 | **THE COURT:**  Okay. |
| 13:11:21 | 8 | (In open court.) |
| 13:11:26 | 9 | **THE COURT:**  Let's see, Mr. Schouweiler is excused, |
| 13:11:30 | 10 | and Mr. Martin will take that seat, please.  If you'd just |
| 13:11:41 | 11 | come around. |
| 13:12:00 | 12 | (Sidebar conference.) |
| 13:12:00 | 13 | **MS. RYKKEN:**  No. 16, Greg -- he's No. 23 seated in |
| 13:12:09 | 14 | 16, Gregory Simpson. |
| 13:12:12 | 15 | **THE COURT:**  He's not the 12th. |
| 13:12:16 | 16 | **MS. RYKKEN:**  No. |
| 13:12:17 | 17 | **THE COURT:**  Pass.  Yes. |
| 13:12:19 | 18 | **MR. ROBINSON:**  Yes. |
| 13:12:21 | 19 | **THE COURT:**  Okay, pass. |
| 13:12:22 | 20 | Next two with the defense. |
| 13:12:24 | 21 | **MR. ROBINSON:**  We'll pass our peremptory, Your |
| 13:12:28 | 22 | Honor.  We'll accept the panel as constituted. |
| 13:12:31 | 23 | **THE COURT:**  Joined? |
| 13:12:31 | 24 | **MR. RODRIGUEZ:**  Joined. |
| 13:12:32 | 25 | **THE COURT:**  We have passes on both sides.  So we |

| | | |
|---|---|---|
| 13:12:35 | 1 | have a jury that's going to be selected.  Any final issues? |
| 13:12:39 | 2 | **MS. DRAGALIN:**  The alternates. |
| 13:12:40 | 3 | **THE COURT:**  We're going to move to the alternates. |
| 13:12:47 | 4 | (In open court.) |
| 13:12:49 | 5 | **THE COURT:**  We have a prospective jury panel has |
| 13:12:54 | 6 | been selected, it's the first 12, all in the back row, and |
| 13:12:56 | 7 | then the first three here. |
| 13:12:58 | 8 | Once you're selected, you're the jury in the |
| 13:13:01 | 9 | case until the case is concluded.  Are there final issues to |
| 13:13:04 | 10 | bring to the attention of the Court before the jury is sworn? |
| 13:13:04 | 11 | (No response.) |
| 13:13:08 | 12 | **THE COURT:**  Okay. |
| 13:13:08 | 13 | (Discussion off the record.) |
| 13:13:10 | 14 | **THE COURT:**  Okay, we're having a computer |
| 13:13:13 | 15 | malfunction.  So, one moment. |
| 13:14:19 | 16 | (Brief pause in the proceedings.) |
| 13:14:19 | 17 | **COURT CLERK:**  I'm ready, Your Honor. |
| 13:14:21 | 18 | **THE COURT:**  Okay, may I have everyone in the back |
| 13:14:23 | 19 | row, and first three in the front row stand to be sworn as |
| 13:14:28 | 20 | the jury in the case, please. |
| 13:14:31 | 21 | **COURT CLERK:**  Ladies and gentlemen of the jury, do |
| 13:14:33 | 22 | you solemnly swear that you will well and truly try the case |
| 13:14:36 | 23 | now pending before this Court and render a true verdict |
| 13:14:41 | 24 | according to the evidence, so help you God? |
| 13:14:43 | 25 | **THE JURY:**  I do. |

13:14:45  1           **COURT CLERK:**  Thank you.

13:14:46  2                (Sidebar conference.)

13:14:47  3           **THE COURT:**  Now, we'll go to the selection of

13:14:50  4   alternates.

13:14:56  5                How many alternates?

13:15:01  6                So, three alternates.  Everybody agrees?

13:15:09  7                We're going to call another -- what is it?

13:15:12  8   Three?

13:15:15  9           **MR. ROBINSON:**  Yeah.  We have one peremptory; is

13:15:19 10   that correct?  With the alternates?

13:15:21 11           **THE COURT:**  Do you want more?

13:15:22 12           **MR. ROBINSON:**  No.

13:15:23 13           **THE COURT:**  One peremptory each side?

13:15:27 14           **MS. DRAGALIN:**  Okay.

13:15:28 15           **THE COURT:**  One peremptory each side.  Agreed?

13:15:31 16                ALL IN UNISON:  Yes.

13:15:38 17                (In open court.)

13:15:58 18           **THE COURT:**  We're going to move to the selection

13:15:59 19   of alternates.

13:16:00 20                The function of an alternate is to remain

13:16:04 21   during the course of the trial, listen to all the evidence,

13:16:06 22   apply the law the Court instructs, with the understanding

13:16:09 23   that you may never be called upon to sit in the deliberation

13:16:14 24   room to reach a verdict in the case.

13:16:17 25                But if somebody is excused for good cause,

13:16:19  1   you'll have to be able to take the seat and deliberate as a

13:16:25  2   regular sitting juror.  Of the three that we have seated

13:16:29  3   currently, does everyone agree that they can perform those

13:16:34  4   duties?  Yes?

13:16:38  5            (Jurors nodding affirmatively.)

13:16:38  6            THE COURT:  Everybody is shaking their heads.  I

13:16:40  7   need a response.

13:16:50  8            All IN UNISON:  Yes.

13:16:51  9            COURT CLERK:  Juror 26, H-A-R-T-M-A-N-N.  Please.

13:17:04  10            Juror No. 27, Mikhail Kirik K-I-R-I-K.

13:17:11  11   Juror.

13:17:13  12            No. 28, Nicholas Smith, S-M-I-T-H.

13:17:29  13            THE COURT:  Okay, we'll start with the new group

13:17:33  14   of potential alternates that have been seated.  So, would you

13:17:37  15   start, sir?

13:17:39  16            PROSPECTIVE JUROR:  My name is David Hartmann.

13:17:41  17            I live in Valley Village, California.

13:17:44  18            I am single.

13:17:45  19            My occupation is musician.

13:17:50  20            No children, no spouse, obviously.

13:17:54  21            And no prior jury service.

13:17:56  22            THE COURT:  And can you be fair to the parties?

13:17:59  23            PROSPECTIVE JUROR:  I can.

13:18:00  24            THE COURT:  Can you participate?

13:18:01  25            PROSPECTIVE JUROR:  Yes.

| | | |
|---|---|---|
| 13:18:02 | 1 | **THE COURT:**  Of the questions I've asked this |
| 13:18:04 | 2 | morning and a little this afternoon, are there any questions |
| 13:18:06 | 3 | that stand out in your mind that you'd like to respond to? |
| 13:18:10 | 4 | **PROSPECTIVE JUROR:**  No. |
| 13:18:11 | 5 | **THE COURT:**  Thank you very much.  Would you pass |
| 13:18:13 | 6 | the mic to Mr. Kirik. |
| 13:18:15 | 7 | **PROSPECTIVE JUROR:**  My name is Mikhail Kirik. |
| 13:18:18 | 8 | I live in Northridge, California. |
| 13:18:20 | 9 | Married, three children. |
| 13:18:21 | 10 | I'm information security analyst. |
| 13:18:24 | 11 | My wife is nurse educator.  My oldest son is |
| 13:18:28 | 12 | corporate law attorney. |
| 13:18:30 | 13 | **THE COURT:**  And what do you do as a security |
| 13:18:33 | 14 | analyst? |
| 13:18:35 | 15 | **PROSPECTIVE JUROR:**  As a part of my duties not |
| 13:18:37 | 16 | essential but one of them is analyzing data traffic that goes |
| 13:18:42 | 17 | to our clients and finding the correlation between IP |
| 13:18:50 | 18 | addresses for the hackers that are trying to hack into the |
| 13:18:58 | 19 | systems. |
| 13:18:58 | 20 | **THE COURT:**  So, you work for a private sector? |
| 13:19:02 | 21 | **PROSPECTIVE JUROR:**  Yes. |
| 13:19:02 | 22 | **THE COURT:**  And have you ever worked for any |
| 13:19:06 | 23 | government entity? |
| 13:19:07 | 24 | **PROSPECTIVE JUROR:**  I did apply for a job with the |
| 13:19:09 | 25 | FBI once, many years ago. |

| | | |
|---|---|---|
| 13:19:11 | 1 | **THE COURT:** As a civilian or as a special agent? |
| 13:19:13 | 2 | **PROSPECTIVE JUROR:** As a civilian. |
| 13:19:17 | 3 | **THE COURT:** As a computer analyst? |
| 13:19:20 | 4 | **PROSPECTIVE JUROR:** Yes. |
| 13:19:23 | 5 | **THE COURT:** Have you ever worked with law |
| 13:19:25 | 6 | enforcement? |
| 13:19:25 | 7 | **PROSPECTIVE JUROR:** No particularly.  There was an |
| 13:19:27 | 8 | instance when my next door neighbor was interviewed with the |
| 13:19:33 | 9 | FBI, and the agent came to our apartment to interview us |
| 13:19:37 | 10 | about the character of the person. |
| 13:19:41 | 11 | **THE COURT:** And correct me if I'm wrong, I'm |
| 13:19:43 | 12 | assuming that had to do with your neighbor's employment with |
| 13:19:48 | 13 | the government agency or application to be employed with the |
| 13:19:50 | 14 | government agency. |
| 13:19:52 | 15 | **PROSPECTIVE JUROR:** That is correct, application |
| 13:19:53 | 16 | to be employed. |
| 13:19:54 | 17 | **THE COURT:** Of the questions I've asked, are there |
| 13:19:56 | 18 | any questions in your mind that you'd like to respond to? |
| 13:19:59 | 19 | **PROSPECTIVE JUROR:** My brother is retired United |
| 13:20:01 | 20 | States Marine Corps captain.  He's a card carrying member of |
| 13:20:07 | 21 | the NRA.  I have several friends who belong to NRA, and we do |
| 13:20:11 | 22 | possess several firearms, my wife and myself.  We did not |
| 13:20:15 | 23 | purchase them.  They were as part of inheritance from my |
| 13:20:20 | 24 | wife's late father. |
| 13:20:25 | 25 | I did have some issues with traffic instances |

| | |
|---|---|
| 13:20:29 | 1 |
| 13:20:33 | 2 |
| 13:20:38 | 3 |
| 13:20:43 | 4 |
| 13:20:47 | 5 |
| 13:20:50 | 6 |
| 13:21:00 | 7 |
| 13:21:02 | 8 |
| 13:21:06 | 9 |
| 13:21:08 | 10 |
| 13:21:09 | 11 |
| 13:21:11 | 12 |
| 13:21:13 | 13 |
| 13:21:15 | 14 |
| 13:21:17 | 15 |
| 13:21:19 | 16 |
| 13:21:21 | 17 |
| 13:21:25 | 18 |
| 13:21:28 | 19 |
| 13:21:30 | 20 |
| 13:21:32 | 21 |
| 13:21:32 | 22 |
| 13:21:34 | 23 |
| 13:21:38 | 24 |
| 13:21:40 | 25 |

1 when I was in the traffic court, and it was he said/she said

2 situation, in which the judge was partial to the officers in

3 place, not to myself.

4         I do have my views about the gun ownership as

5 well as everything else, however, I leave it to the

6 government to bear the burden of proving the accused guilty.

7         **THE COURT:**  So, the issue involving the traffic

8 situation in traffic court, is that a matter that will

9 influence your decision making here?

10         **PROSPECTIVE JUROR:**  Not necessarily.

11         **THE COURT:**  Okay, are you concerned about your

12 ability to be fair to any party?

13         **PROSPECTIVE JUROR:**  No.

14         **THE COURT:**  Can you be fair to all the parties?

15         **PROSPECTIVE JUROR:**  As I mentioned, I leave it up

16 to the government to bear the burden of proof.

17         **THE COURT:**  So, if the government proves to your

18 satisfaction the defendant or defendants are guilty beyond a

19 reasonable doubt to your behalf satisfaction, can you return

20 a verdict in favor of the government?

21         **PROSPECTIVE JUROR:**  Yes.

22         **THE COURT:**  And if they fail to do that, can you

23 return a verdict in favor of the defendant or defendants

24 where there is a failure of proof?

25         **PROSPECTIVE JUROR:**  Yes.

13:21:40   1          THE COURT:  Now, are you a member of the NRA
13:21:43   2     yourself?
13:21:44   3          PROSPECTIVE JUROR:  No.
13:21:45   4          THE COURT:  Are there any views expressed to you
13:21:49   5     by family members who are members of that organization that
13:21:54   6     you feel the lawyers should know about in determining whether
13:21:57   7     you should be a juror in this case?
13:21:59   8          PROSPECTIVE JUROR:  Can't say.
13:22:02   9          THE COURT:  Part of your duty is to follow the law
13:22:04   10    as the Court instructs.  At the conclusion of the case, I'm
13:22:07   11    going to give you a body of law that you must follow.  Do you
13:22:10   12    believe that you can accomplish that to the best of your
13:22:12   13    ability?
13:22:14   14         PROSPECTIVE JUROR:  Yes.
13:22:15   15         THE COURT:  Any other information, sir?
13:22:17   16         PROSPECTIVE JUROR:  No.
13:22:22   17         THE COURT:  Thank you, sir.
13:22:23   18              Mr. Smith.
13:22:24   19         PROSPECTIVE JUROR:  Good afternoon.  My name is
13:22:27   20    Nick Smith.
13:22:27   21              I live in Van Nuys, California.
13:22:30   22              I am currently engaged.
13:22:31   23              I am the grand partnerships director of an
13:22:36   24    advertising agency.
13:22:37   25              My fiance is a television producer.

13:22:39  1              We have no children.

13:22:40  2              And I've never served on any type of jury

13:22:43  3    duty.

13:22:46  4         **THE COURT:**  Your occupation again?

13:22:48  5         **PROSPECTIVE JUROR:**  Grand partnerships director at

13:22:51  6    an advertising agency.  I'm essentially the liaison between

13:22:56  7    two different brands connecting them with marketing

13:23:00  8    promotions and different types of advertising.

13:23:02  9         **THE COURT:**  Do you become involved in any type of

13:23:04  10   trademark or trade dress enforcement?

13:23:07  11        **PROSPECTIVE JUROR:**  No.

13:23:08  12        **THE COURT:**  Okay, the questions I've asked so far,

13:23:10  13   are there any questions that stand out in your mind that

13:23:11  14   you'd like to respond to.

13:23:13  15        **PROSPECTIVE JUROR:**  My younger sister was

13:23:14  16   convicted in a criminal court about three years ago.  The

13:23:19  17   case had nothing to do with firearms, but that was one of the

13:23:22  18   questions.

13:23:27  19        **THE COURT:**  And prior to being convicted, was she

13:23:29  20   arrested?

13:23:31  21        **PROSPECTIVE JUROR:**  She was present, yes.

13:23:32  22        **THE COURT:**  Were you present during the arrest?

13:23:34  23        **PROSPECTIVE JUROR:**  No.

13:23:36  24        **THE COURT:**  From what you heard about the case, do

13:23:37  25   you have any impressions or opinions whether she was or was

13:23:41  1    not treated fairly by law enforcement?

13:23:42  2             **PROSPECTIVE JUROR:**  I have no reason to believe

13:23:44  3    she wasn't.

13:23:45  4             **THE COURT:**  And do you have an opinion regarding

13:23:47  5    her treatment by the judicial system itself?

13:23:49  6             **PROSPECTIVE JUROR:**  No, I wasn't present for the

13:23:51  7    case.  This happened in Illinois.

13:23:54  8             **THE COURT:**  Any part of that matter that would

13:23:56  9    influence your decisionmaking here?

13:23:58  10            **PROSPECTIVE JUROR:**  I don't believe so.

13:23:59  11            **THE COURT:**  Can you be fair to the parties?

13:24:00  12            **PROSPECTIVE JUROR:**  Yes.

13:24:01  13            **THE COURT:**  And participate.

13:24:01  14            **PROSPECTIVE JUROR:**  Yes.

13:24:03  15            **THE COURT:**  Okay.  Thank you.

13:24:07  16            So, my questions are directed to the new

13:24:10  17    three that have taken a seat.  Any prior arrests, convictions

13:24:15  18    or charges by you or members of the close friend, please

13:24:19  19    raise your right hand.

13:24:19  20            No hands are raised.

13:24:21  21            We have Mr. Kirik who has indicated that one

13:24:24  22    time he applied for a position in FBI.  Is there anyone who

13:24:28  23    has family members yourself or close friends who are members

13:24:33  24    of law enforcement?

13:24:34  25            Okay, we have Mr. Hartmann.  Yes.

13:24:36  1          PROSPECTIVE JUROR:  My uncle is in the military.

13:24:42  2          THE COURT:  Currently in the military?

13:24:45  3          PROSPECTIVE JUROR:  One -- two are retired that I

13:24:48  4  know of, one is retired but still goes overseas sometimes.

13:24:53  5  He's in radio.

13:24:54  6          THE COURT:  Any part of your relationship that

13:24:57  7  would influence your decisionmaking here?

13:25:00  8          PROSPECTIVE JUROR:  No.

13:25:02  9          THE COURT:  Okay, is there anyone who has any --

13:25:04  10             We have a gentleman with his hand raised

13:25:09  11  Mr. Purcha.

13:25:09  12          PROSPECTIVE JUROR:  I was going to say my good

13:25:11  13  friend has his son who was just going into the sheriff's

13:25:15  14  department.

13:25:16  15          THE COURT:  Is this someone you're --

13:25:17  16          PROSPECTIVE JUROR:  I'm pretty close with, yes.

13:25:20  17          THE COURT:  With his son or --

13:25:22  18          PROSPECTIVE JUROR:  Friend and his son.

13:25:25  19          THE COURT:  Would that influence your

13:25:29  20  decisionmaking.

13:25:29  21          PROSPECTIVE JUROR:  No.

13:25:31  22          THE COURT:  What agency with the sheriff's

13:25:32  23  department?

13:25:32  24          PROSPECTIVE JUROR:  LA sheriffs.  I'm not sure

13:25:35  25  exactly what he's getting into.

| | | |
|---|---|---|
| 13:25:37 | 1 | **THE COURT:**  Okay.  And just one final question, is |
| 13:25:45 | 2 | there any additional information that anyone needs to |
| 13:25:47 | 3 | disclose to the lawyers to determine whether you should be an |
| 13:25:50 | 4 | alternate in the case? |
| 13:25:52 | 5 | Okay, no hands are raised. |
| 13:25:53 | 6 | We'll go back to counsel at sidebar again. |
| 13:26:16 | 7 | (Sidebar conference.) |
| 13:26:18 | 8 | **THE COURT:**  Okay, we have everyone at sidebar. |
| 13:26:21 | 9 | We go back to the issue of -- well, the issue |
| 13:26:26 | 10 | of selection of alternates.  Any motion for cause as to the |
| 13:26:30 | 11 | three? |
| 13:26:30 | 12 | **MS. RYKKEN:**  No, Your Honor. |
| 13:26:31 | 13 | **MR. ROBINSON:**  No, Your Honor. |
| 13:26:33 | 14 | **MR. RODRIGUEZ:**  No, Your Honor. |
| 13:26:34 | 15 | **THE COURT:**  Pass. |
| 13:26:36 | 16 | So, we have exercise of peremptory |
| 13:26:39 | 17 | challenges.  We have the alternates would be of Mr. Cadman, |
| 13:26:42 | 18 | Mr. Simpson, and Mr. Prucha.  And so the one peremptory each |
| 13:26:49 | 19 | sides. |
| 13:26:49 | 20 | **MS. RYKKEN:**  The government wants to strike |
| 13:26:51 | 21 | Mr. Simpson. |
| 13:26:54 | 22 | **THE COURT:**  Mr. Simpson. |
| 13:26:56 | 23 | So, we have Cadman, Prucha and Hartmann. |
| 13:27:01 | 24 | Defense? |
| 13:27:02 | 25 | **MR. RODRIGUEZ:**  May I have one moment, please. |

| | | |
|---|---|---|
| 13:27:05 | 1 | **THE COURT:** Sure. |
| 13:27:10 | 2 | (Discussion off the record.) |
| 13:27:43 | 3 | **MR. RODRIGUEZ:** Your Honor, we'd like to excuse |
| 13:27:45 | 4 | Mr. Neil Cadman. |
| 13:27:51 | 5 | **THE COURT:** Mr. Cadman? |
| 13:27:52 | 6 | **MR. RODRIGUEZ:** Yes. |
| 13:27:53 | 7 | **THE COURT:** So, we have Mr. Prucha, Mr. Hartmann |
| 13:27:57 | 8 | and Mr. Kirik will be the alternates. |
| 13:28:03 | 9 | **MR. RODRIGUEZ:** Yes. |
| 13:28:11 | 10 | **THE COURT:** Prucha, Hartmann and Kirik. All |
| 13:28:13 | 11 | onboard? |
| 13:28:14 | 12 | **MR. RODRIGUEZ:** Yes. |
| 13:28:17 | 13 | ALL IN UNISON: Yes. |
| 13:28:23 | 14 | (In open court.) |
| 13:28:27 | 15 | **THE COURT:** Okay, the alternates that have been |
| 13:28:29 | 16 | selected are Mr. Prucha, Mr. Hartmann and Mr. Kirik. Would |
| 13:28:32 | 17 | those three please stand? |
| 13:28:36 | 18 | And we're going to -- are there any other |
| 13:28:38 | 19 | final issues to address before you're sworn in as alternates? |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

13:28:44   1                    (No response.)

13:28:44   2            **COURT CLERK:**  Would you please raise your right

13:28:47   3    hand, gentlemen.

13:28:48   4                    Gentleman, do you solemnly swear that you

13:14:34   5    will well and truly try the case now pending before this

13:14:38   6    Court and render a true verdict according to the evidence, so

13:28:57   7    help you God?

13:28:57   8                    THE ALTERNATE JURORS:  Yes.

13:29:00   9            **THE COURT:**  With that, everyone else is excused.

13:29:03  10    Please remain, everyone else please remain.

13:29:07  11                    Everyone else in the courtroom, thank you for

13:29:08  12    being here.  Please return to the jury office for a possible

13:29:11  13    further assignment.

13:29:50  14                    (Courtroom cleared of spectators.)

13:29:53  15            **THE COURT:**  We're about to start with opening

13:29:55  16    statements and the evidence portion of the case.

13:29:57  17                    Before I do that, just some housekeeping

13:30:01  18    matters, and then we'll take a short recess to allow the

13:30:05  19    parties to set up for opening statements.

13:30:07  20                    Again, my name is Judge James Otero.  I want

13:30:11  21    to welcome everyone here to the district court.

13:30:15  22                    As I mentioned already, this is a case

13:30:18  23    involving the United States of America, the government in the

13:30:22  24    case, that brought various charges against the two

13:30:25  25    defendants, Carlos Fernandez and Mr. Edward Arao.

13:30:30  1        You're the jury in the case and the

13:30:34  2    alternates.  You have very important duties, and I'm going to

13:30:36  3    discuss some of those duties in more detail when you return

13:30:42  4    after our recess.

13:30:43  5        I want to make sure that you're very

13:30:45  6    comfortable during the course of the proceedings.  So feel

13:30:46  7    free -- we have a jury room back here.  There is water and

13:30:50  8    soft drinks back there.  So feel free to bring water with you

13:30:53  9    in the courtroom if you wish to do that in the afternoons or

13:30:56  10   coffee in the mornings or in the afternoons, it's up to you.

13:30:59  11       Please, during the course of the proceedings,

13:31:01  12   no gum or candy or food, unless you have a medical reason and

13:31:08  13   you need to eat.  And if you have a medical reason and you

13:31:12  14   need to have a snack at various times, just bring it to the

13:31:16  15   attention of the clerk, and we can certainly accommodate

13:31:18  16   that.

13:31:19  17       In terms of the hours going forward, so,

13:31:23  18   today we'll go to about 4:00, 4:15 today.  Tomorrow, remember

13:31:30  19   what I said, we will not be in session tomorrow afternoon.

13:31:34  20   So tomorrow we will not go beyond 12:00 o'clock.  So you'll

13:31:38  21   have the afternoon to handle personal matters of business.

13:31:43  22   And we will not be in session on Friday.  So, no trial at all

13:31:50  23   in this matter.

13:31:50  24       So, we'll have a full day on Thursday, and

13:31:51  25   then you'll be ordered back on Monday.  On Monday I have

| | |
|---|---|
| 13:31:55 | 1 |

another mix of cases to handle, so we'll start a little bit

later, and I'll discuss that with you on Thursday whenever I

have a feel for on what's on calendar for Monday.

And with that, I think we can take a short

recess.

We're going to keep hours from about -- other

than tomorrow and Friday, we're going to keep hours from 8:30

to 4:00 -- I'm sorry, 8:30 to 11:30.  We'll stop at 11:30 for

lunch, and you can return at 12:30, one hour for lunch, and

we will go to about 4:00 o'clock each day.

The trial should move relatively quickly, and

with that, we'll take a short recess.

The clerk will direct you into the jury room.

Feel free to get acquainted in the jury room.

We'll take a 20-minute recess.  So please

return ten to the hour.  Again, during your absence -- I'm

going to keep repeating this over and over again -- during

your absence, no discussion amongst yourself or any other

person regarding any aspect of the case.

And with that, Mr. Cruz will take charge.

**COURT CLERK:**  All rise for the jury.

Would the jury please follow me.

**THE COURT:**  We're in recess.

(Recess taken.)

(Following proceedings held outside the presence

13:50:51  1    of the jury.)

13:50:51  2              THE COURT:  Okay, we're back on the record.

13:50:53  3              The jury is not here.  The defendants are

13:50:57  4    with counsel.  I guess there is an item to address before the

13:51:00  5    jury is called in.

13:51:02  6         MS. DRAGALIN:  Yes, Your Honor.  The parties have

13:51:06  7    met and conferred about the judicial notice that was filed

13:51:09  8    yesterday evening by the government, and we have agreed, I

13:51:13  9    believe, that we can read the judicial notice to the jury at

13:51:19  10   the start of the government case, and that it will also be

13:51:23  11   included as an exhibit, admitted as an exhibit in this trial.

13:51:27  12   And I believe the defendants would like to reserve the right

13:51:31  13   to discuss any further instructions on the California law at

13:51:35  14   the time of jury instructions as well.

13:51:37  15        MR. ROBINSON:  Your Honor, that's correct.  On

13:51:39  16   behalf of Mr. Arao.

13:51:41  17        MR. RODRIGUEZ:  That's correct on behalf of Mr.

13:51:45  18   Fernandez, Your Honor.

13:51:46  19        THE COURT:  So, I have the government's request

13:51:49  20   for judicial notice No. 1.  And just to -- for more clarity,

13:51:55  21   it's a request to, let's see -- it reads:  "At all times

13:52:01  22   relevant to the indictment, between July 10, 2015 and

13:52:04  23   December 27, 2017, California law prohibited the

13:52:08  24   manufacturing, importing into the state for sale, keeping for

13:52:13  25   sale, offering or exposing for sale, giving or lending an

| | |
|---|---|
| 13:52:19 | 1 |
| 13:52:22 | 2 |
| 13:52:25 | 3 |
| 13:52:32 | 4 |
| 13:52:33 | 5 |
| 13:52:37 | 6 |
| 13:52:39 | 7 |
| 13:52:43 | 8 |
| 13:52:48 | 9 |
| 13:52:49 | 10 |
| 13:52:51 | 11 |
| 13:52:53 | 12 |
| 13:52:55 | 13 |
| 13:52:57 | 14 |
| 13:52:58 | 15 |
| 13:53:00 | 16 |
| 13:53:04 | 17 |
| 13:53:07 | 18 |
| 13:53:07 | 19 |
| 13:53:10 | 20 |
| 13:53:14 | 21 |
| 13:53:19 | 22 |
| 13:53:23 | 23 |
| 13:53:26 | 24 |
| 13:53:27 | 25 |

1  off-roster firearm to the general public.

2          Two:  California law permitted the seller of

3  the off-roster firearms to exempted parties, including sworn

4  members of the police department and other law enforcement

5  agencies for use in the discharge of their official duties.

6          And then three:  California law permitted the

7  selling of off-roster firearms through a private party

8  transfer.  A private party transfer occurs when the

9  transferor and the transferee of the firearms were not

10  licenses firearms dealers.

11          That's agreed to; is that correct?

12          **MR. RODRIGUEZ:**  It is, Your Honor, yes.

13          **MR. ROBINSON:**  Yes, Your Honor, it is.

14          **THE COURT:**  Are we ready to start?

15          **MS. DRAGALIN:**  One additional issue, Your Honor,

16  the government would move to exclude all defenses witnesses

17  in the courtroom to the extent there are any for the duration

18  of the trial.

19          **MR. RODRIGUEZ:**  Your Honor, if I may be heard,

20  there are two witnesses here that are character witness.

21  Officer John Baca and Detective Carmen Guttierez.  They're

22  not percipient witnesses, they'll be here as character

23  witnesses, and they'll be here to support my client at a

24  trial.

25          **THE COURT:**  Is there any objection to the

| | | |
|---|---|---|
| 13:53:28 | 1 | character witnesses? |
| 13:53:28 | 2 | **MS. DRAGALIN:**  Yes, Your Honor.  We wouldn't want |
| 13:53:31 | 3 | the character witnesses to revise their testimony based on |
| 13:53:34 | 4 | what they hear from other witnesses before they take the |
| 13:53:35 | 5 | stand to testify, and for that reason, we request that they |
| 13:53:39 | 6 | be excluded. |
| 13:53:39 | 7 | **THE COURT:**  Look, they're not percipient |
| 13:53:41 | 8 | witnesses, is that correct? |
| 13:53:43 | 9 | **MR. ROBINSON:**  Correct. |
| 13:53:43 | 10 | **THE COURT:**  Character only. |
| 13:53:43 | 11 | **MR. ROBINSON:**  Yes. |
| 13:53:44 | 12 | **THE COURT:**  So, the request to exclude them would |
| 13:53:46 | 13 | be denied. |
| 13:53:46 | 14 | And with that, we can bring the jury out. |
| 13:53:52 | 15 | **MS. DRAGALIN:**  And, Your Honor, I'll point to the |
| 13:53:54 | 16 | PowerPoint presentation during the opening.  I shared some of |
| 13:53:57 | 17 | those slides with the defense attorneys yesterday evening, |
| 13:54:00 | 18 | and I estimate that my opening will be approximately 20 |
| 13:54:03 | 19 | minutes. |
| 13:54:05 | 20 | **THE COURT:**  Okay. |
| 13:54:07 | 21 | Let's bring the jury out. |
| 13:54:09 | 22 | **COURT CLERK:**  Yes, Your Honor. |
| 13:58:34 | 23 | (Following proceedings were held in the presence |
| 13:58:53 | 24 | of the jury.) |
| 13:58:54 | 25 | **THE COURT:**  Okay, we have the jury assembled now. |

13:58:58  1    We have the alternates also present in the courtroom.

13:59:01  2              While the clerk passes out tablets and then

13:59:06  3    pencils or pens to take notes, I have some instructions to

13:59:10  4    provide the jury.

13:59:14  5              So, ladies and gentlemen of the jury, you're

13:59:18  6    now the jury in the case, and I want to take a few moments to

13:59:22  7    tell you something about your duties as jurors and to give

13:59:24  8    you some preliminary instructions.  At the end of the trial I

13:59:29  9    will give you more detailed instructions that will control

13:59:30 10    your deliberations.

13:59:32 11              When you deliberate, it will be your duty to

13:59:35 12    weigh and to evaluate all the evidence received in the case,

13:59:38 13    and that process to decide the facts, to the facts as you

13:59:43 14    find them.  You will apply the law as I give it to you

13:59:46 15    whether you agree with the law or not.  You must decide the

13:59:50 16    case solely on the evidence and on the law before you.

13:59:53 17    Perform these duties fairly and impartially.  Do not allow

13:59:58 18    personal likes or dislikes, sympathy, prejudice, fear or

14:00:02 19    public opinion to influence you.  You should also not be

14:00:06 20    influenced by a person's race, color, religion, ancestry or

14:00:11 21    gender.

14:00:11 22              Again, this is a criminal proceeding, a

14:00:14 23    criminal case brought by the United States Government.  The

14:00:18 24    government charges both the defendants with conspiracy to

14:00:19 25    engaged in and engaging in the business of dealing in

14:00:22   1   firearms without a license.

14:00:24   2              In addition, the government charges the

14:00:27   3   defendant Carlos Miguel Fernandez with disposing of a firearm

14:00:32   4   to a prohibited person and aiding and abetting, making a

14:00:36   5   false statement in a federal firearms licensee's records

14:00:41   6   during the purchase of the firearm.

14:00:43   7              The charges against the defendant are

14:00:44   8   contained in an indictment.  The indictment simply describes

14:00:48   9   the charges the government brings against the defendants.

14:00:51  10   The indictment is not evidence and does not prove anything.

14:00:54  11              Each defendant has entered a not guilty plea

14:00:58  12   to the charges and is presumed innocent unless and until the

14:01:03  13   government proves the defendant's guilty beyond a reasonable

14:01:07  14   doubt.

14:01:07  15              In addition, the defendant has the right to

14:01:10  16   remain silent, never has to prove innocence or to present any

14:01:18  17   witnesses.

14:01:19  18              So, we discussed what -- the evidence the

14:01:21  19   jury is to consider, and in deciding the case, you are to

14:01:25  20   consider the following.  The sworn testimony of any witness

14:01:27  21   called to testify, the exhibits which are received into

14:01:30  22   evidence, and any facts to which the parties agree or

14:01:33  23   stipulate to.

14:01:34  24              The following things are not evidence, and

14:01:39  25   you must not consider them as evidence in deciding the facts

14:01:41  1    of the case.  First the statements and the arguments of the

14:01:44  2    attorneys, not evidence in the case.  Questions and

14:01:47  3    objections of the attorneys, not evidence; testimony that I

14:01:52  4    instruct you to disregard, not evidence, and anything that

14:01:54  5    you may see or hear when the court is not in session, even if

14:01:58  6    what you see or hear is done or said by one of the parties or

14:02:02  7    by one of the witnesses.

14:02:04  8              There are two types of evidence.  Evidence

14:02:07  9    may be either direct or circumstantial.  Direct evidence is

14:02:14  10   direct proof of a fact, such as the testimony about a

14:02:14  11   witness, about what that witness personally saw or heard or

14:02:17  12   did.  Circumstantial evidence is indirect evidence, that is,

14:02:20  13   it is direct -- it is proof of one or more facts from which

14:02:24  14   you can find another fact.

14:02:25  15             You are to consider both direct and

14:02:28  16   circumstantial evidence.  Either can be used to prove any

14:02:32  17   fact.  The law makes no distinction between the weight to be

14:02:35  18   given to either direct or circumstantial evidence.  It is for

14:02:38  19   you to decide how much weight you are to give any evidence.

14:02:43  20             There are Rules of Evidence that control what

14:02:45  21   can be received in evidence.  When a lawyer asks a question

14:02:48  22   or offers an exhibit in evidence and the lawyer for the other

14:02:52  23   side thinks that it should not be permitted by the rules

14:02:57  24   evidence, that lawyer may object.  If I overrule the

14:03:02  25   objection, the question may be answered the exhibit received;

14:03:02   1    if I sustain the objection, the question cannot be answered

14:03:06   2    or the exhibit cannot be received.

14:03:08   3              Whenever I sustain an objection to a

14:03:12   4    question, you must ignore the question and must not guess

14:03:15   5    what the answer would have been.  Sometimes I may order that

14:03:19   6    evidence be stricken from the record, and that you are to

14:03:22   7    disregard it or ignore the evidence.  That means that when

14:03:26   8    you are deciding the case, you must not consider the evidence

14:03:29   9    that I told you to disregard.

14:03:32   10             In deciding the facts in this case, you may

14:03:37   11   have to decide which testimony to believe and which testimony

14:03:40   12   not to believe.  You may believe everything a witness says or

14:03:43   13   part of it or none of it.  In considering the witness's

14:03:46   14   testimony, you may take into account the following:  The

14:03:49   15   witness's opportunity and ability to see or hear or know the

14:03:53   16   things testified to, the witness's memory, the witness's

14:03:58   17   manner while testifying, the witness's interest in the

14:04:01   18   outcome of the case if any, the witness's bias or prejudice

14:04:06   19   if any, whether other evidence contradicted the witness's

14:04:10   20   testimony and in the reasonableness of the testimony in light

14:04:13   21   of all of the evidence.

14:04:14   22             Any other factors that bear upon

14:04:18   23   believability, the weight of the evidence as to a fact does

14:04:22   24   not necessarily depend on the number of witnesses who testify

14:04:24   25   about it.  What is important is how believable the witnesses

14:04:28  1    are and how much weight you think their testimony deserves.

14:04:31  2                    A few words about the conduct of the jurors.

14:04:36  3    First, keep an open mind throughout the trial, do not decide

14:04:40  4    what the verdict should be until you and your fellow jurors

14:04:44  5    have completed your deliberations at the end of the case.

14:04:50  6                    Second, because you must decide this case

14:04:55  7    based only on the evidence received in the case and my

14:04:57  8    instructions as to the law that applies, you must not be

14:05:03  9    exposed to any other information about the case or to the

14:05:05  10   issues it involves during the course of your jury duty.

14:05:09  11   Thus, until the end of the case or unless I tell you

14:05:13  12   otherwise.

14:05:13  13                   Do not communicate with anyone in any way and

14:05:17  14   don't let anyone else communicate with you in any way about

14:05:21  15   the merits of the case or anything to do with it by phone or

14:05:24  16   electronic means or in writing or in person, via text

14:05:30  17   messaging or any Internet chat room, blog, website or

14:05:34  18   application, including but not limited to facebook, YouTube,

14:05:39  19   Twitter, Instagram, LinkedIn, SnapChat or any other form of

14:05:44  20   social media.

14:05:45  21                   This applies to communicating with your

14:05:47  22   fellow jurors until I give the case to you for your

14:05:49  23   deliberation, and it applies to communicating with anyone

14:05:52  24   else, including family members, your employer, the press or

14:05:54  25   the media and the people involved in the trial.

14:05:57   1          Although you may notify your family and your

14:06:00   2   employer that you have been seated as a juror in the case and

14:06:03   3   how long you expect the trial to last, but if you are asked

14:06:06   4   or approached in any way about your service or anything about

14:06:10   5   the case, you must respond that you have been ordered not to

14:06:15   6   discuss the matter and then report the contact with the

14:06:18   7   Court.

14:06:18   8          Because you have received all the evidence

14:06:20   9   and legal instruction you properly may consider to return a

14:06:24   10  verdict, do not read, watch or listen to any news or media

14:06:28   11  accounts or commentary about the case or anything to do with

14:06:32   12  it.  Although I have no information that there will be news

14:06:35   13  reports about this case, do not do any research such as

14:06:38   14  consulting dictionaries, searching Internet, using other

14:06:42   15  reference materials, and do not make any investigation or in

14:06:47   16  any other way try to learn about the case on your own.

14:06:50   17          Do not visit or view any place discussed in

14:06:53   18  the case.  Do not use Internet programs or other devices to

14:06:57   19  search for a view of any place discussed during the trial.

14:07:03   20  Also, do not do any research about the case, the law, the

14:07:05   21  people involved, including the parties, the witnesses or

14:07:09   22  lawyers, until you have been excused as jurors.

14:07:13   23          If you happen to read or hear anything

14:07:17   24  touching on the case in the media, turn away and report it to

14:07:22   25  the Court as soon as possible.

UNITED STATES DISTRICT COURT

14:07:22  1    The rules protect each party's right to have
14:07:26  2    this case decided only on the evidence that has been
14:07:28  3    presented here in court.  Witnesses here in court take an
14:07:32  4    oath to tell the truth, and the accuracy of their testimony
14:07:34  5    is tested through the trial process.  If you do any research
14:07:40  6    or investigation outside the courtroom or gain information
14:07:44  7    through improper communications, then your verdict may be
14:07:49  8    influenced by inaccurate or misleading information that has
14:07:53  9    not been tested by the trial process.

14:07:55  10   Each of the parties is entitled to a fair
14:07:57  11   trial by an impartial jury.  If you decide the case based on
14:08:01  12   information not presented in the Court, you will have denied
14:08:04  13   the parties a fair trial.

14:08:06  14   Remember, you have taken an oath to follow
14:08:09  15   the rules, and it is very important that you follow the
14:08:12  16   rules.  A juror who violates these restrictions jeopardizes
14:08:16  17   the fairness of the entire proceedings, and a mistrial could
14:08:19  18   result that would require the entire trial process to start
14:08:23  19   from the beginning.

14:08:23  20   If any juror is exposed to any outside
14:08:26  21   information, please notify the clerk.

14:08:30  22   At the end of the case, you will have to
14:08:32  23   decide -- you'll have to make your decision based on what you
14:08:35  24   will recall of the evidence.  You will not have a written
14:08:38  25   transcript of the trial, so I urge you to pay close attention

UNITED STATES DISTRICT COURT

to the testimony of these witnesses.

If you wish, during the course of the trial, you may take notes to help you remember the evidence. If you do take notes, please keep them to yourself until you and your fellow jurors go into the jury room to decide the case.

Do not let note taking distract you from being attentive. When you leave the Court for recess, your notes should be left in the courtroom. No one will read your notes. Whether or not you take notes, you should rely on your own memory of the evidence. Notes are only to assist your memory. You should not be overly influenced by your notes or those of your fellow jurors.

The next phase of the trial will commence shortly. First, each side may have an opportunity -- does have an opportunity to make an opening statement. An opening statement is not evidence. It is simply an outline to help you understand what the parties expect the evidence will show.

A party is not required to make an opening statement. After opening statements, the government will present evidence, and counsel for the defendant may cross-examine. Then, if the defendant chooses to offer evidences, Counsel for the government may cross-examine. After all of the evidence is presented, I will instruct you on the law that applies to the case, and the attorneys will

14:10:05   1   then present closing arguments.  After that you will go into

14:10:08   2   the jury room to deliberate on your verdict.

14:10:11   3                  And with that, I'm going to turn it over to

14:10:19   4   the government to make opening statements.

14:10:22   5                  Which counsel will make the opening

14:10:25   6   statement?

14:10:25   7        **MS. DRAGALIN:**  I will, Your Honor.

14:10:27   8        **THE COURT:**  Okay.  Again, this is not evidence in

14:10:34   9   the case.  This is just statements of counsel.

14:10:45  10        **MS. DRAGALIN:**  May I proceed?

14:10:46  11        **THE COURT:**  Yes, please.

14:10:49  12            (Opening statements by Ms. Dragalin)

14:10:51  13        **MS. DRAGALIN:**  Ladies and gentlemen.  This is a

14:10:52  14   case about police officers using their status to break the

14:10:55  15   law.  The two defendants, Carlos Fernandez and Edward Arao

14:11:03  16   were police officers with the Gardena Police Department.

14:11:08  17                  They took advantage of their status as police

14:11:10  18   officers.  They used their badge to buy special types of guns

14:11:15  19   that only law enforcement officers can buy in a store.  They

14:11:21  20   did that so that they could then resell those guns at a

14:11:25  21   profit.  They did that together and repeatedly over the

14:11:32  22   course of two years.  For that, the defendants are charged

14:11:37  23   with two crimes:  Conspiracy to commit a crime, meaning an

14:11:47  24   agreement to commit a crime; and dealing in firearms without

14:11:50  25   a license.

| | |
|---|---|
| 14:11:54 | 1 |
| 14:11:57 | 2 |
| 14:12:00 | 3 |
| 14:12:03 | 4 |
| 14:12:06 | 5 |
| 14:12:08 | 6 |
| 14:12:10 | 7 |
| 14:12:15 | 8 |
| 14:12:19 | 9 |
| 14:12:23 | 10 |
| 14:12:31 | 11 |
| 14:12:31 | 12 |
| 14:12:34 | 13 |
| 14:12:38 | 14 |
| 14:12:40 | 15 |
| 14:12:47 | 16 |
| 14:12:48 | 17 |
| 14:12:51 | 18 |
| 14:12:56 | 19 |
| 14:13:03 | 20 |
| 14:13:06 | 21 |
| 14:13:11 | 22 |
| 14:13:14 | 23 |
| 14:13:17 | 24 |
| 14:13:25 | 25 |

1    Now, during this trial, you will hear from a

2  number of witnesses.  You will hear from buyers who bought

3  guns from these two defendants.  You will hear from a

4  firearms expert and from a case agent who investigated this

5  case.

6    During the course of this trial, the

7  government will prove to you the illegal sale through

8  firearms records, phone records, bank records.  The

9  government will prove the defendants' crime through their own

10  words in e-mail, Instagram posts, Instagram messages, text

11  messaging.

12    I'm going to walk you through what the

13  government expects the evidence will show at trial.

14    During the course of this trial, you will

15  learn that the ATF is the federal agency that enforces

16  federal gun laws.

17    Guns are inherently dangerous.  For that

18  reason, they are heavily regulated, and that's because of one

19  basic and fundamental concept making sure that guns don't get

20  into the hands of the wrong people.  But you'll hear there

21  are restrictions on who can buy guns, and there are

22  restrictions on who can sell guns.

23    In order to legally sell guns as a business,

24  the ATF requires a federal firearms license, a business that

25  can legally sell guns to the public is referred to as a

UNITED STATES DISTRICT COURT

14:13:30   1   Federal Firearms Licensee or FFL.  You'll hear about the

14:13:35   2   process of applying to become an FFL and about the rules and

14:13:39   3   regulations that FFL had to follow such as meticulously

14:13:43   4   keeping record of every single gun transaction that takes

14:13:46   5   place.

14:13:46   6          You'll learn during the course of this trial

14:13:56   7   that defendant Fernandez did not have a license to sell

14:13:59   8   firearms, yet, in a two-year period he, sold 45 guns.

14:14:06   9          You'll hear defendant Arao also does not have

14:14:09   10  a license to engage in the business of dealing in firearms as

14:14:13   11  an individual, yet in that same two-year period, defendant

14:14:18   12  Arao sold 41 guns.

14:14:27   13         At the end of this trial you'll be asked a

14:14:34   14  straightforward question:  Did the defendant engage in the

14:14:38   15  business of dealing without a license, that they agreed to

14:14:40   16  commit that crime together, and that they know what they were

14:14:43   17  doing was against the law.

14:14:48   18         During the course of the trial, you'll hear

14:14:51   19  certain terms.  Off-roster firearms is one of those terms.

14:14:58   20  To understand why defendants were able to illegally sell guns

14:15:01   21  the way they did, and why they were able to make money by

14:15:05   22  doing that, you have to understand some basic concepts about

14:15:09   23  these terms, and I'll walk you through.

14:15:12   24         Now, when it comes to the general public,

14:15:14   25  there are special types of guns called off-roster firearms

14:15:19  1    that FFL cannot sell to the general public.  We'll learn that

14:15:27  2    the Colt .38 Super pistol is one such off-roster firearm, a

14:15:34  3    handgun.

14:15:34  4              Now, an FFL can sell these types of guns to

14:15:40  5    law enforcement officers, like defendant Fernandez and

14:15:45  6    defendant Arao, to be used in the discharge of their official

14:15:49  7    duty.

14:15:50  8              Second, you'll learn about a term called

14:15:53  9    private party transfer.  Now, as a police officer, buying an

14:15:59  10   off-roster gun from a licensed dealer, and three years later

14:16:04  11   wants to get rid of it and get a new model, that police

14:16:09  12   officer can do that through private party transfer, and sell

14:16:12  13   that gun to a member of the general public.

14:16:16  14             This case is about illegally dealing in

14:16:20  15   firearms repeatedly.  This is not a case about an occasional

14:16:25  16   sale, about the sale of a -- through a private party transfer

14:16:31  17   on just a handful of occasions.

14:16:35  18             This case is about these defendants selling

14:16:39  19   86 guns together over the course of just two years.  They are

14:16:43  20   charged because they behaved like a business, like an FFL,

14:16:48  21   without having a license to engage in that conduct.

14:16:55  22             This case is also about law enforcement

14:16:58  23   officers exploiting their special privileges to circumvent

14:17:04  24   the law.  Their law enforcement status gave them an edge in

14:17:11  25   this business.  You will hear that the defendants controlled

14:17:14   1   two pieces of this supply chain.  Defendant Arao was the CEO

14:17:18   2   of a business entity called Ronin Tactical Group, a

14:17:23   3   corporation.  Ronin Tactical had a license to deal in

14:17:28   4   firearms.  It was an FFL.

14:17:32   5            The FFL could buy off-roster firearms.  It

14:17:37   6   could buy firearms in bulk from distributors and wholesalers,

14:17:42   7   and they could get them in good prices.  What these

14:17:47   8   defendants did is, buy off-roster firearms using their

14:17:51   9   special privilege as law enforcement from businesses like

14:17:54   10   Ronin Tactical and other FFLs.  They then resold those

14:17:59   11   firearms to other people.

14:18:08   12            You'll hear from one witness during the

14:18:11   13   course of this trial who bought a Colt .38 Super firearm from

14:18:14   14   the two defendants.  This buyer paid $1600 for one gun.

14:18:22   15   You'll see a receipt showing that the defendant Arao through

14:18:26   16   Ronin Tactical bought that very same gun just a month earlier

14:18:28   17   for $800.  A 100 percent markup.  You'll hear this was a very

14:18:35   18   profitable business, an illegal business.

14:18:40   19            Now, during the course of the trial, you'll

14:18:42   20   also hear about something called the ATF Form 4473.

14:18:48   21   Witnesses will explain to you that a buyer must complete this

14:18:51   22   form every single time when you buy a gun.  You'll hear that

14:18:57   23   the Form 4473 is a record that the FFLs have to maintain.

14:19:04   24            Again, the fundamental concept is that FFLs

14:19:07   25   and these regulations are there to make sure guns don't get

14:19:11  1    into the hands of the wrong people.

14:19:15  2              The top section of this form, Section A,

14:19:19  3    lists the information of the buyer.  It then asks the buyer a

14:19:26  4    series of very clear and very explicit questions that we will

14:19:31  5    go during the trial meant to ensure the legitimacy of the

14:19:36  6    sale, including what's highlighted here Question 11A:  Are

14:19:44  7    you the actual transferee/buyer of the firearm listed on this

14:19:50  8    form?  Warning:  You are not the actual buyer if you are

14:19:54  9    acquiring the firearm on behalf of another person."

14:19:58  10             On the next page of the form, the buyer has

14:20:01  11   to certify.  "I certify that my answers to Section A are

14:20:06  12   true, correct and complete.  I understand that answering

14:20:10  13   'yes' to Question 11A, if I am not the actual buyer, is a

14:20:16  14   crime punishable as a felony under federal law."

14:20:24  15             Before signing the certification, the buyer

14:20:25  16   is also warned:  "I further understand that the repetitive

14:20:30  17   purchase of firearms for the purpose of resale for livelihood

14:20:35  18   and profit without a federal firearms license is a violation

14:20:40  19   of law."

14:20:43  20             Defendant Fernandez had to sign this form

14:20:46  21   every time he bought a gun.  During the course of this trial

14:20:51  22   you'll hear about 45 guns that he bought and then resold to

14:20:56  23   other people.

14:21:00  24             Defendant Arao also filled out this form

14:21:03  25   every time he bought a gun.  He too was asked Question 11A.

14:21:12  1          **MR. ROBINSON:**  Your Honor, may I ask the Court --

14:21:15  2          If I may object to that reference in the

14:21:20  3   opening statement and ask the Court to instruct this jury

14:21:20  4   that Mr. Arao is not charged with false statements in this

14:21:25  5   case.

14:21:26  6          **THE COURT:**  Yeah.  And again, just to emphasize

14:21:29  7   what has already been said, arguments and statements of

14:21:32  8   counsel is not evidence.

14:21:34  9          **MS. DRAGALIN:**  Ladies and gentlemen, the evidence

14:21:37  10  will show that defendant Arao bought 41 guns, all of them

14:21:43  11  were Colt .38 Super handgun, an off-roster firearm.

14:21:49  12          On this form defendant Arao represented every

14:21:52  13  single time that he was buying that off-roster gun for

14:21:56  14  himself.  The evidence will show that he did not buy these

14:22:00  15  guns for himself, he bought them so he could resell them to

14:22:04  16  other people for a profit, to people who could not walk into

14:22:07  17  a store to buy the guns because they did not have the law

14:22:12  18  enforcement badge or privilege.

14:22:15  19          Now, on the next page of this form, in

14:22:20  20  Section C, you'll learn during the course of this trial that

14:22:24  21  in California there is a ten-day waiting period between when

14:22:29  22  you first fill out the form to buy a gun and when you come

14:22:33  23  back to pick up the gun from the licensed dealer.

14:22:35  24          When you come back to pick up the guns, you

14:22:38  25  again have to certify:  "I certify that my answers to the

1   questions in Section A of this form are still true, correct

2   and complete."

3           You'll see evidence during this trial that on

4   this very date that defendant Arao signed this form, May 14,

5   2016, he resold this gun, this very same gun to another

6   person.

7           Now, the evidence will show that the

8   defendants ran an illegal business together.  They got

9   customers by advertising and marketing on Instagram.

10          Defendant Fernandez had an Instagram account

11   called the.38Superman, the .38 Super referred to the caliber

12   of the handgun that he often sold, the Colt .38 Super

13   off-roster firearm.

14          Defendant Fernandez had a brand, the.38Super.

15   He had a logo.  You will learn during this trial that this

16   phrase means:  "Hide your gun.  There is a check point."

17   Defendant Fernandez used it repeatedly to advertise guns.

18          Defendant Arao had an Instagram account

19   called RoninTacticalGroup.  He used that account to advertise

20   the guns on sale like you see on the example on the screen.

21   And like an example on the screen, the two defendants often

22   promoted each other on Instagram.

23          There is another example, defendant Arao

24   posted:  "Just a few of the .38 Supers in our collection, all

25   available in California via party private transfer."

14:24:22  1        You'll hear evidence that the defendants

14:24:24  2    marketed their product together at gun shows, like the

14:24:28  3    photograph on the screen, the .38 Superman and Ronin

14:24:32  4    Tactical.  "Follow us on Instagram.  That same logo."

14:24:38  5        The defendant had special marketing

14:24:42  6    merchandise available at gun shows:  T-shirts, hats, all with

14:24:49  7    the .38Superman logo.

14:24:52  8        Ladies and gentlemen, the defendants's

14:24:57  9    actions in their own words will show that they were engaged

14:25:00  10   in the business of dealing in firearms without a license, and

14:25:03  11   that they knew that their conduct was against the law.

14:25:08  12       Now, as the Court mentioned, defendant

14:25:11  13   Fernandez is charged with additional crimes.

14:25:16  14       During this trial you'll hear from a witness

14:25:19  15   named Pelayo.  He will tell you that he met defendant

14:25:24  16   Fernandez through family friends.  In February 2016, Pelayo

14:25:29  17   attempted to buy a gun from a store but was denied because he

14:25:34  18   was prohibited from buying guns.  Over the course of the next

14:25:37  19   several months, he began talking to defendant Fernandez about

14:25:41  20   buying guns.

14:25:42  21       You'll hear testimony that Pelayo told

14:25:46  22   defendant Fernandez he was prohibited from guns; yet, on July

14:25:52  23   24, 2016, defendant Fernandez sold guns to Pelayo.

14:25:58  24       You will hear that Form 4473 was completed by

14:26:03  25   Pelayo's girlfriend and not Pelayo to conceal his

14:26:09  1   involvement.  You will hear that Pelayo was present for the

14:26:12  2   gun sale, and that Pelayo gave cash and a bank transfer to

14:26:17  3   defendant Fernandez as payment for the guns.

14:26:22  4           For this conduct the defendant Fernandez is

14:26:25  5   charged with aiding and abetting, in other words helping,

14:26:28  6   Pelayo and his girlfriend make false statements on the Form

14:26:32  7   4473.

14:26:33  8           Lastly, you'll hear that one of the customers

14:26:38  9   that defendant Fernandez dealt with was Oscar Camacho Jr.

14:26:44  10  The evidence will show that Camacho Jr. was a convicted felon

14:26:49  11  prohibited from possessing guns, prohibited from buying guns.

14:26:55  12          Over the course of about 14 months, defendant

14:26:58  13  Fernandez negotiated and arranged the sale of ten guns with

14:27:05  14  Camacho Jr.  They talked on the phone, they talked on

14:27:10  15  Instagram, they talked in text messages.  You'll see that

14:27:15  16  evidence during the course of this trial.

14:27:17  17          Camacho Jr. lived in northern California, but

14:27:21  18  he came down to Los Angeles on multiple separate occasions

14:27:25  19  just to buy off-roster firearms from defendant Fernandez.

14:27:29  20          And every single time Camacho Jr. had to

14:27:32  21  bring a family member with him to falsify the Form 4473.  Ten

14:27:38  22  guns, and every single time Camacho, Jr.'s brother or father

14:27:44  23  had to falsify and sign the Form 4473 because Camacho Jr. was

14:27:50  24  a convicted felon who could not buy guns.

14:27:53  25          The evidence will show that defendant knew

14:27:56  1    that these guns were actually for Camacho Jr.

14:28:02  2                    For this conduct, defendant Fernandez is

14:28:04  3    charged with conspiracy to sell firearms to a felon and to

14:28:08  4    make false statements on the Form 4473.

14:28:15  5                    Lastly, on July 29, 2019, defendant Fernandez

14:28:21  6    arranged the sale of this 10th gun to Camacho, Jr.  The

14:28:27  7    evidence will show that both defendant Fernandez and Camacho,

14:28:31  8    Jr. were there for the gun transactions.  Like before,

14:28:36  9    Camacho, Jr.'s father had to falsify the Form 4473 to buy the

14:28:41  10   gun for Camacho Jr.

14:28:44  11                   For that conduct, defendant Fernandez is

14:28:48  12   charged with one count of selling or otherwise disposing of

14:28:52  13   firearm to a felon and one county of aiding and abetting, the

14:28:56  14   making of false statements, in the Form 4473 during the

14:29:00  15   purchase of a firearm.

14:29:03  16                   Ladies and gentlemen, as you listen to the

14:29:07  17   evidence, the witnesses, the exhibits during the course of

14:29:10  18   this trial, pay attention to the defendants' own words, their

14:29:16  19   acknowledgement and representation on forms that they were

14:29:19  20   required to signed by law, their statements on Instagram, in

14:29:24  21   e-mails, in text messages.

14:29:27  22                   The defendants' own words and their actions

14:29:31  23   will give you insight into their knowledge and their intent.

14:29:36  24                   And as you consider the evidence during the

14:29:38  25   course of this trial, keep in mind that these defendants were

14:29:42  1    police officers.  Their job was to uphold the law.  Their job

14:29:51  2    was to keep communities safe.

14:29:53  3                At the conclusion of this trial the

14:29:56  4    government will ask you to return the only verdict consistent

14:30:00  5    with the evidence, guilty on all counts.

14:30:06  6                THE COURT:  Thank you Ms. Dragalin.

14:30:08  7                MR. ROBINSON:  May I have one moment?

14:30:10  8                THE COURT:  Yes.

14:30:11  9                MR. ROBINSON:  Your Honor, if I might, if I may

14:30:14 10    open first for Mr. Arao.

14:30:16 11                THE COURT:  Yes, please.

14:30:22 12                (Opening statements by Mr. Robinson)

14:30:26 13                MR. ROBINSON:  Good afternoon, ladies and

14:30:28 14    gentlemen.  As I told you when I introduced myself, my name

14:30:30 15    is Ed Robinson.  I'm here with Lisa Houle and Rachel

14:30:37 16    Robinson.  It is our honor to represent Officer Eddie Arao.

14:30:42 17                You heard the charges in this case summarized

14:30:44 18    by the Court that Officer Arao is charged in this indictment

14:30:48 19    only with dealing without a license.  That's the object of

14:30:51 20    the conspiracy charge that he's facing and as the, we call

14:30:56 21    them the substantive charges that he's facing.

14:31:01 22                Now, Mr. Fernandez, he's facing a different

14:31:03 23    set of charges.  You'll be instructed and told you cannot

14:31:06 24    consider those charges and the evidence against Mr. Fernandez

14:31:10 25    against Mr. Arao.  It is important, as you promised that you

14:31:14  1    would, to abide by your obligation to be able to separate

14:31:18  2    what you will hear.

14:31:20  3            So, what is an opening statement?  It's not

14:31:24  4    evidence.  Judge Otero told you that.  But it's a road map so

14:31:28  5    that you can see what we expect the evidence to show.  And

14:31:32  6    what we expect the evidence to show in this case has to be

14:31:36  7    looked at against the government's burden of proof.  You have

14:31:40  8    to prove every element beyond a reasonable doubt.

14:31:43  9            In this case with respect to the charges that

14:31:47  10   Officer Arao is facing, the government must prove beyond a

14:31:50  11   reasonable doubt that he acted willfully.

14:31:54  12            And what "willfully" means, and you'll be

14:31:56  13   instructed on the law, it means at a minimum that he knew he

14:31:59  14   was violating the law, and that has to be proven beyond a

14:32:03  15   reasonable doubt.

14:32:04  16            So, who is Officer Arao?  Well, Officer Arao

14:32:08  17   has been an officer with the Gardena police department for 17

14:32:12  18   years.  The evidence will establish that he's a good man.

14:32:15  19   He's a father of two young children, and he has dedicated his

14:32:19  20   life to protecting and serving you and me.

14:32:22  21            And so how did we end up in a criminal court?

14:32:26  22   Well, the government in an opening statement told you, and

14:32:30  23   they will show you that Officer Arao sold these .38 Super

14:32:38  24   handguns, and he did it through a corporation called Ronin

14:32:45  25   Tactical that he's set up in complete compliance with state,

14:32:49  1    federal and local laws.  There is nothing about -- that you

14:32:52  2    will hear, that even exists -- that there is anything wrong

14:32:56  3    with the manner in which Ronin Tactical, this firearms

14:33:00  4    business, was set up.

14:33:01  5              Officer Arao did what he had to do to follow

14:33:05  6    the law, you will hear.  He went out and he got a federal

14:33:10  7    firearm license for Ronin Tactical.  Now, he doesn't have an

14:33:16  8    individual FFL, that's shorthand for Federal Firearms

14:33:21  9    License, but Ronin Tactical did.

14:33:25  10             And so, in California, there are rules that

14:33:28  11   govern the manner in which firearms are sold, and Judge Otero

14:33:32  12   spoke very eloquently about how our system is one of many

14:33:38  13   different laws with different sovereignties.  Different

14:33:41  14   governments, we've got the federal government, the state

14:33:43  15   government and the local government.

14:33:44  16             The State of California regulates, rightfully

14:33:47  17   so, the manner in which firearms are sold as does the federal

14:33:54  18   government.  In California a .38 Super is deemed to be

14:33:58  19   off-roster, and you'll hear why it's off-roster, didn't pass

14:34:02  20   in functionality tests, didn't pass what's called the drop

14:34:08  21   test, and didn't pass -- the manufacturer didn't pay the

14:34:12  22   required fees which are hefty in order to sell, allow federal

14:34:17  23   firearm license holder to sell these off-roster handguns.

14:34:21  24   You'll see pictures of the guns, and the guns, in many

14:34:23  25   respects, they will speak for themselves.

14:34:25   1          But California has laws with respect to who

14:34:37   2     can purchase an off-roster firearms, and in this case, it's

14:34:40   3     certainly not a privilege, it's a law, a police officer can

14:34:44   4     possess and purchase an off-roster handgun for use in his

14:34:49   5     official duties.

14:34:51   6          Now, when the evidence is presented to you,

14:34:53   7     you will hear that there is tension between the fact that an

14:34:58   8     officer in the State of California can lawfully purchase an

14:35:03   9     off-roster handgun.  If you're not an officer, if you don't

14:35:14  10     fit in one of the exceptions, then you can't -- an FFL can't

14:35:16  11     sell you that handgun.

14:35:17  12          And so, where this case becomes tricky and

14:35:19  13     where the evidence will cause you to have to deliberate on

14:35:20  14     whether or not the prosecution has proven wilfulness is how

14:35:24  15     Mr. Arao sold these .38 Supers, these handguns to the public.

14:35:29  16          And what Officer Arao did, and you will see

14:35:33  17     this and you will hear about the way in which he sold these

14:35:37  18     .38 Supers to the public is through what is called a private

14:35:41  19     party transfer law.  It's not a suggestion.  It certainly is

14:35:46  20     not a privilege.  It's the law in the State of California on

14:35:50  21     how this type of handgun can be transferred.

14:35:56  22          And so we'll call it PPT again for

14:36:00  23     expediency's sake, but under this private party transfer law,

14:36:07  24     an officer, you, me, anyone who's qualified to do so, can

14:36:11  25     transfer the handgun to another person, and we do not need an

14:36:16  1    FFL.

14:36:20  2              And so when Officer Arao was working for the

14:36:25  3    Gardena Police Department, he received permission from his

14:36:30  4    chief to also -- excuse me, I've got a bit of a cold -- to

14:36:36  5    also work an Ronin Tactical, his FFL, handgun -- firearms

14:36:44  6    business, for one reason because Officer Arao was servicing

14:36:49  7    primarily law enforcement officers.

14:36:51  8              And so Officer Arao was getting these

14:36:58  9    handguns from Ronin Tactical, the FFL, under the police

14:37:04  10   officer law, the exception; and then, as he believed, he was

14:37:09  11   then lawfully selling these guns under the private party

14:37:13  12   transfer law in California.

14:37:15  13             Now, Ms. Dragalin said that the reason we

14:37:20  14   have so much regulation in firearms, both state and federal

14:37:23  15   is because -- it's obvious, I think it's right -- we want to

14:37:28  16   make sure that guns don't get into the hands of the wrong

14:37:30  17   people.

14:37:32  18             Well, remember, Officer Arao isn't charged

14:37:36  19   with selling to a prohibited person.  He's not charged with

14:37:42  20   lying on any form, particularly the federal Form 4473.  And

14:37:48  21   so, what Officer Arao did, and you will see this for

14:37:53  22   yourself, Officer Arao filled out every single proper federal

14:38:01  23   and California form to make sure that the handgun that he was

14:38:09  24   lawfully transferring in this private party transfer did not

14:38:13  25   get into the hands of the wrong person.

14:38:17  1            And it was only after the California

14:38:19  2  Department of Justice during this waiting period came back

14:38:24  3  and said:  The person that you're transferring this handgun

14:38:28  4  to is safe, not prohibited, not a drug addict, not living in

14:38:36  5  California, not -- doesn't have proper citizenship status.

14:38:40  6  Only after -- and you will hear this -- after the California

14:38:43  7  Department of Justice blessed this transfer to make sure that

14:38:48  8  the gun did not end up in the hands of the wrong person did

14:38:53  9  that transfer take place.

14:38:57  10           So, again, the evidence will show that

14:39:02  11  Officer Arao believed that he was following the law, because

14:39:05  12  under California law he was.

14:39:11  13           You will see from the way in which Officer

14:39:14  14  Arao speaks out of his own mouth that he did not know or

14:39:20  15  believe that he was violating the federal law or any law for

14:39:27  16  that matter.

14:39:29  17           So, and so when I stand up here at the end of

14:39:32  18  this case and make my closing statement to you, I will ask

14:39:35  19  you to please look at who Mr. -- Officer Arao is.

14:39:39  20           Please listen to what he said and the way

14:39:42  21  that he said it, and look at the way in which this

14:39:45  22  investigation took place, and my firm belief is that after

14:39:50  23  you hear and after you see this evidence, you'll realize the

14:39:54  24  government cannot prove beyond a reasonable doubt that

14:39:57  25  Officer Arao acted wilfully.  And for that reason, we'll ask

| | | |
|---|---|---|
| 14:40:01 | 1 | you to return the only verdict, and that's one of not guilty. |
| 14:40:04 | 2 | Thank you. |
| 14:40:05 | 3 | Thank you, Your Honor. |
| 14:40:06 | 4 | THE COURT:  Thank you, Mr. Robinson. |
| 14:40:08 | 5 | Mr. Rodriguez? |
| 14:40:10 | 6 | MR. RODRIGUEZ:  Your Honor, I'd like to reserve my |
| 14:40:15 | 7 | opening statements. |
| 14:40:15 | 8 | THE COURT:  Please.  So, Mr. Rodriguez has elected |
| 14:40:17 | 9 | to reserve his opening statement, and now my I have |
| 14:40:22 | 10 | government back at the counsel table, please. |
| 14:40:43 | 11 | Now, we go to the evidence portion of the |
| 14:40:45 | 12 | case. |
| 14:40:45 | 13 | The government may call their first witness, |
| 14:40:47 | 14 | please. |
| 14:40:48 | 15 | MS. DRAGALIN:  Yes, Your Honor, the government |
| 14:40:50 | 16 | calls Raul Cervantes Corona. |
| 14:41:40 | 17 | COURT CLERK:  Raise your right hand to be sworn. |
| 14:41:43 | 18 | Sir. |
| 14:41:43 | 19 | Do you swear or affirm that the testimony |
| 14:41:43 | 20 | you're about to give in the case now before this Court will |
| 14:41:43 | 21 | be the truth, the whole truth and nothing but the truth, so |
| 14:41:50 | 22 | help you God. |
| 14:41:50 | 23 | THE WITNESS:  Yes is it. |
| 14:41:51 | 24 | COURT CLERK:  Thank you, would you please be |
| 14:41:53 | 25 | seated. |

14:42:02   1          Sir, for the record, would you please state

14:42:05   2    your namely and spell your last name?

14:42:07   3          **THE WITNESS:**  Raul Cervantes, C-E-R-V-A-N-T-E-S.

14:42:15   4          **THE COURT:**  We have some offered jury

14:42:16   5    instructions, and the inquiry of the Court is, does counsel

14:42:22   6    for any of the defendants wish the Court to read Instruction

14:42:25   7    No. 29?  In the packet.

14:42:28   8          **MR. ROBINSON:**  May I have one moment, please, Your

14:43:09   9    Honor?

14:43:09  10          May I speak to Ms Dragalin.

14:43:32  11          (Discussion off the record.)

14:43:33  12          **MR. ROBINSON:**  Your Honor, on behalf of Officer

14:43:36  13    Arao, and I'll speak for Officer Fernandez as well if I may,

14:43:39  14    we would ask the Court to -- to take the Court up on that

14:43:42  15    offer and read that instruction.  Thank you.

14:43:43  16          **MR. RODRIGUEZ:**  Absolutely.

14:43:45  17          **THE COURT:**  So, let me just turn to the jury.

14:43:47  18          You're going to hear from various witnesses

14:43:51  19    who have -- who hope to receive, have received favored

14:43:55  20    treatment from the government in connection with the case.

14:43:58  21    Some of these witnesses admitted to being accomplices to one

14:44:02  22    or more of the crimes charged.  Mr. Raul Cervantes Corona is

14:44:07  23    one of the witnesses.

14:44:08  24          An accomplice is one who voluntarily and

14:44:12  25    intentionally joins with another person in committing a

| | | |
|---|---|---|
| 14:44:14 | 1 | crime.  Some of these witnesses have pleaded guilty to a |
| 14:44:17 | 2 | crime or crimes arising out of the same events for which the |
| 14:44:22 | 3 | defendants are on trial. |
| 14:44:24 | 4 | A cooperating witness's guilty plea is not |
| 14:44:26 | 5 | evidence against the defendants on trial, and you may |
| 14:44:30 | 6 | consider it only in determining the witness's believability. |
| 14:44:34 | 7 | Because of the status of these witnesses, in |
| 14:44:36 | 8 | evaluating their testimony, you should consider the extent to |
| 14:44:40 | 9 | which or whether their testimony may have been influenced by |
| 14:44:42 | 10 | any of these factors.  In addition, you should examine the |
| 14:44:47 | 11 | testimony of this witness with greater caution than other |
| 14:44:52 | 12 | witnesses. |
| 14:44:52 | 13 | And with that, the government may start. |
| 14:44:54 | 14 | MS. DRAGALIN:  And, Your Honor, before we proceed |
| 14:44:56 | 15 | with questioning of this witness, the government at this time |
| 14:44:58 | 16 | would move to admit exhibits pursuant to the stipulation that |
| 14:45:02 | 17 | has been filed, and I can note which specific exhibits those |
| 14:45:05 | 18 | are. |
| 14:45:06 | 19 | THE COURT:  Please, go ahead. |
| 14:45:06 | 20 | MS. DRAGALIN:  Exhibits 1 through 33, 35 through |
| 14:45:15 | 21 | 41, 53A, 53B, 54 through 59, 91, 92, 94 through 100, 103 |
| 14:45:35 | 22 | through 108, 108A, 109, 113 through 116, 118 through 123, 125 |
| 14:45:48 | 23 | through 134A, 134B, 135, 136A, 136B, 137, 138, 138A, 139 |
| 14:46:06 | 24 | through 143, 145A, 145B, 146, 148A, 148B, 149, 149B, 150, |
| 14:46:25 | 25 | 151, 151A, 152, 153, 154, 156, 157, 157A, 158, 160 through |

| | | |
|---|---|---|
| 14:46:41 | 1 | 163, 165, 167, 168, 169A, 169B, 171A, 171B, 172A, 172B, 173A, |
| 14:46:58 | 2 | 173B, 174A, 174B, 175A, 175B, 176A, 176B, 177, 178, 179. |
| 14:47:18 | 3 | 180A, 180B, 181, 182A, 182B, 183A, 183B, 185, 190, 195 and |
| 14:47:36 | 4 | 196. |
| 14:47:36 | 5 | THE COURT:  Any objection to the receipt of those |
| | 6 | exhibits? |
| | 7 | MR. ROBINSON:  On behalf of Officer Arao, no, Your |
| | 8 | Honor. |
| | 9 | MR. RODRIGUEZ:  On behalf of Officer Fernandez, |
| | 10 | no, Your Honor. |
| 14:47:44 | 11 | THE COURT:  Okay, those exhibits are now received. |
| 14:45:07 | 12 | (Exhibit No. Exhibits 1 through 33, 35 |
| 14:45:14 | 13 | through 41, 53A, 53B, 54 through 59, 91, 92, 94 through 100, |
| 14:45:31 | 14 | 103 through 108, 108A, 109, 113 through 116, 118 through 123, |
| 14:45:47 | 15 | 125 through 134A, 134B, 135, 136A, 136B, 137, 138, 138A, 139 |
| 14:46:06 | 16 | through 143, 145A, 145B, 146, 148A, 148B, 149, 149B, 150, |
| 14:46:25 | 17 | 151, 151A, 152, 153, 154, 156, 157, 157A, 158, 160 through |
| 14:46:42 | 18 | 163, 165, 167, 168, 169A, 169B, 171A, 171B, 172A, 172B, 173A, |
| 14:46:58 | 19 | 173B, 174A, 174B, 175A, 175B, 176A, 176B, 177, 178, 179. |
| 14:47:18 | 20 | 180A, 180B, 181, 182A, 182B, 183A, 183B, 185, 190, 195 and |
| 14:47:36 | 21 | 196 admitted into evidence.) |
| 14:47:37 | 22 | MS. DRAGALIN:  And, Your Honor, should we ask for |
| 14:47:50 | 23 | permission before publishing it to the jury or may we publish |
| 14:47:51 | 24 | the admitted exhibits? |
| 14:47:51 | 25 | THE COURT:  No, feel free to publish the admitted |

14:47:54  1    exhibits.

14:47:55  2             **MS. DRAGALIN:**  Thank you, Your Honor.

14:47:56  3             And lastly, we'd like at this time to have

14:48:00  4    the Court read Judicial Notice 1 to the jury.

14:48:10  5             **THE COURT:**  So, at all relevant times to the

14:48:13  6    indictment, specifically between July 10, 2015 and December

14:48:18  7    27, 2017:

14:48:20  8             One, California law prohibited the

14:48:22  9    manufacturing, importing into the state for sale, keeping for

14:48:28  10   sale, offering or exposing for sale, giving or lending an

14:48:31  11   off-roster firearm to the general public.

14:48:35  12            Two:  California law permitted the selling of

14:48:40  13   off-roster firearms to exempted parties, including sworn

14:48:45  14   members of police departments and other law enforcement

14:48:49  15   agencies for use in the discharge of their official duties.

14:48:53  16            Three:  California law permitted the selling

14:48:55  17   of off-roster firearms through a private party transfer.  A

14:49:02  18   private party transfer occurred when the transferrer and

14:49:05  19   transferee of the firearm were not licensed firearm dealers.

14:49:09  20            And with that, let's start.

14:49:11  21            **MS. DRAGALIN:**  Thank you, Your Honor.

14:49:13  22            WITNESS, **RAUL CERVANTEZ CORONA,** SWORN

14:49:13  23                 DIRECT EXAMINATION

14:49:13  24   BY MS. DRAGALIN:

14:49:15  25   Q.    Mr. Cervantes, how old are you?

| | | |
|---|---|---|
| 14:49:17 | 1 | A.      Thirty-one. |
| 14:49:18 | 2 | Q.      Where do you live?  What city? |
| 14:49:20 | 3 | A.      Norwalk. |
| 14:49:22 | 4 | Q.      What is your current occupation? |
| 14:49:24 | 5 | A.      I'm a salesman. |
| 14:49:26 | 6 | Q.      In around December 2016, did you become interested in |
| 14:49:29 | 7 | buying a specific type of gun? |
| 14:49:31 | 8 | A.      Yes. |
| 14:49:32 | 9 | Q.      What type of specific gun were you interested in |
| 14:49:35 | 10 | buying? |
| 14:49:35 | 11 | A.      .38 Colt Supers. |
| 14:49:39 | 12 | Q.      Was there a particular reason why you were interested |
| 14:49:41 | 13 | in buying a Colt .38 Super? |
| 14:49:43 | 14 | A.      I just wanted it for my collection. |
| 14:49:46 | 15 | Q.      Have you ever been to a gun store before? |
| 14:49:50 | 16 | A.      Yes. |
| 14:49:50 | 17 | Q.      And have you ever seen a Colt .38 Super available in a |
| 14:49:55 | 18 | gun store? |
| 14:49:57 | 19 | A.      No. |
| 14:49:57 | 20 | Q.      Have you ever searched for guns online? |
| 14:50:01 | 21 | A.      Yes. |
| 14:50:01 | 22 | Q.      And have you ever seen Colt .38 Supers available |
| 14:50:08 | 23 | online? |
| 14:50:09 | 24 | A.      Yes. |
| 14:50:09 | 25 | Q.      Are they expensive based on what you've seen? |

| | | |
|---|---|---|
| 14:50:14 | 1 | A.      Yes. |
| 14:50:15 | 2 | Q.      Have you ever been to gun shows? |
| 14:50:17 | 3 | A.      Yes. |
| 14:50:18 | 4 | Q.      In what area? |
| 14:50:24 | 5 | A.      Costa Mesa. |
| 14:50:26 | 6 | Q.      And have you ever seen any Colt .38 Supers for sale at |
| 14:50:31 | 7 | gun shows? |
| 14:50:32 | 8 | A.      Yes. |
| 14:50:32 | 9 | Q.      Can you describe to the jury what you saw and where? |
| 14:50:36 | 10 | A.      At the gun shows there is like a bunch of exhibition, |
| 14:50:40 | 11 | people selling different kinds of guns, pretty much having |
| 14:50:43 | 12 | like booths. |
| 14:50:44 | 13 | Q.      And in those booths, specifically, have you seen Colt |
| 14:50:51 | 14 | .38 Supers for sale? |
| 14:50:52 | 15 | A.      Yes. |
| 14:50:52 | 16 | Q.      If you remember, about how much were the asking prices |
| 14:50:57 | 17 | for those types of guns? |
| 14:50:58 | 18 | A.      At the gun show, I never asked. |
| 14:51:01 | 19 | Q.      When you've been to gun shows, did you ever see |
| 14:51:06 | 20 | advertisements for the .38 Superman? |
| 14:51:09 | 21 | A.      I don't recall. |
| 14:51:10 | 22 | Q.      Had you ever heard of the .38 Superman? |
| 14:51:15 | 23 | A.      Yes. |
| 14:51:15 | 24 | Q.      How? |
| 14:51:16 | 25 | A.      Word of mouth. |

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 14:51:21 | 1 | Q.    Did you know that .38 Superman had an Instagram |
| 14:51:26 | 2 | account? |
| 14:51:27 | 3 | A.    Yes. |
| 14:51:27 | 4 | Q.    Did you follow the .38 Superman on Instagram? |
| 14:51:30 | 5 | A.    I personally don't have an Instagram. |
| 14:51:31 | 6 | Q.    But you just knew that .38 Superman had an account? |
| 14:51:36 | 7 | A.    Yeah. |
| 14:51:37 | 8 | **MR. ROBINSON:**  Objection.  Leading. |
| 14:51:38 | 9 | **THE COURT:**  Overruled.  It's foundational. |
| 14:51:40 | 10 | BY MS. DRAGALIN: |
| 14:51:40 | 11 | Q.    Now, in December 2016, were you looking into buying a |
| 14:51:44 | 12 | gun only for yourself? |
| 14:51:46 | 13 | A.    No, for a friend also. |
| 14:51:48 | 14 | Q.    And who is this other friend? |
| 14:51:50 | 15 | A.    Mario Ramirez. |
| 14:51:54 | 16 | Q.    And I'll put up on the screen what's been admitted as |
| 14:51:57 | 17 | Exhibit 9, page 1. |
| 14:52:01 | 18 |          Do you recognize the person in this |
| 14:52:02 | 19 | photograph? |
| 14:52:03 | 20 | A.    Yeah. |
| 14:52:03 | 21 | Q.    Who is that? |
| 14:52:04 | 22 | A.    Mario Ramirez. |
| 14:52:07 | 23 | Q.    Now, did you agree to buy a gun for your friend, Mario |
| 14:52:12 | 24 | Ramirez? |
| 14:52:13 | 25 | A.    Yes. |

14:52:13   1   Q.     Why -- why did you do that?

14:52:17   2   A.     Because at the moment he had a some traffic ticket

14:52:22   3   violations so he had to carry out, and we just -- since I

14:52:27   4   found some, I wanted to buy them before we -- they didn't

14:52:31   5   have anymore.

14:52:31   6          MR. ROBINSON:   Your Honor, if I may, would the

14:52:33   7   Court instructs the jury that this testimony with respect to

14:52:38   8   the other count doesn't involve Officer Arao, only for the

14:52:39   9   purpose of Mr. Fernandez.

14:52:41  10          THE COURT:   Yeah.   Let me have counsel provide a

14:52:44  11   proposed written jury instructions that I can read at various

14:52:48  12   parts of the trial, so feel free to offer that.

14:52:51  13          MR. ROBINSON:   We'll do that.

14:52:52  14          THE COURT:   And that will be in the instruction of

14:52:53  15   the Court.

14:52:54  16          MS. DRAGALIN:   Your Honor, to clarify, this

14:52:55  17   particular gun transaction is actually charged against both

14:52:59  18   defendants Arao and defendant Fernandez.

14:53:01  19          THE COURT:   Let me have the lawyers

14:53:03  20   meet-and-confer regarding this, and then the appropriate

14:53:06  21   instruction could be read at the appropriate time.   Okay?

14:53:08  22          MS. DRAGALIN:   Thank you, Your Honor.

14:53:09  23   BY MS. DRAGALIN:

14:53:10  24   Q.     How did you go about finding a .38 Super back in

14:53:15  25   December 2016?

| | | |
|---|---|---|
| 14:53:15 | 1 | A.      I got his number through a friend. |
| 14:53:18 | 2 | Q.      Whose number did you get? |
| 14:53:21 | 3 | A.      Carlos. |
| 14:53:23 | 4 | Q.      And is that -- |
| 14:53:26 | 5 |          Do you know Carlos's last name? |
| 14:53:28 | 6 | A.      No, I don't. |
| 14:53:31 | 7 | Q.      Did you -- did you know his last name at the time? |
| 14:53:35 | 8 | A.      At the time that I purchased the gun?  Yes. |
| 14:53:38 | 9 | Q.      Have you just forgotten it here today? |
| 14:53:42 | 10 | A.      Yes. |
| 14:53:42 | 11 | Q.      You got Carlos -- we'll call him -- Carlos's phone |
| 14:53:48 | 12 | number.  Did you then call this person on the phone? |
| 14:53:51 | 13 | A.      Yes. |
| 14:53:52 | 14 | Q.      I'm showing you on the screen what's been admitted |
| 14:53:56 | 15 | into evidence as Exhibit 98.  And we'll zoom in on the first |
| 14:54:01 | 16 | highlighted row.  And I'll ask -- |
| 14:54:05 | 17 |          Can you read that?  Can you see those |
| 14:54:10 | 18 | numbers?  Are they big enough? |
| 14:54:12 | 19 | A.      1216 numbers? |
| 14:54:15 | 20 | Q.      Yes. |
| 14:54:18 | 21 | A.      Yes. |
| 14:54:18 | 22 | Q.      Do you recognize one of those numbers that's |
| 14:54:21 | 23 | highlighted as your phone number? |
| 14:54:23 | 24 | A.      Yes. |
| 14:54:24 | 25 | Q.      Which one is that? |

UNITED STATES DISTRICT COURT

14:54:25  1    A.      The 323 number.

14:54:28  2    Q.      323-787-0565.  Is that your number?

14:54:38  3    A.      Yes.

14:54:38  4    Q.      And did you have Carlos's phone number at the time

14:54:41  5    that you were interested in buying a gun?

14:54:43  6    A.      Yes.

14:54:43  7    Q.      I'm showing you what's been admitted as Exhibit 97.

14:54:51  8    And zooming in on this exhibit.  Does this chart show phone

14:55:02  9    calls between you and the other phone number in the records

14:55:05  10   we just looked at?

14:55:07  11   A.      Yes.

14:55:08  12   Q.      And what is the first phone call -- what is the date

14:55:11  13   of the first phone call between -- from you to the other

14:55:15  14   number?

14:55:16  15   A.      December 11, 2016.

14:55:19  16   Q.      And approximately how long was that call according to

14:55:22  17   phone records?

14:55:23  18   A.      Nine minutes and 43 seconds.

14:55:26  19   Q.      Does that sound about right in terms of when you spoke

14:55:29  20   to Carlos and about how long you spoke to him for?

14:55:32  21   A.      Yes.

14:55:37  22   Q.      Do you remember what you and Carlos talked about on

14:55:40  23   the phone during that first call?

14:55:44  24   A.      Just me being interested in purchasing the gun.

14:55:46  25   Q.      Did you tell him what type of gun specifically?

| | | |
|---|---|---|
| 14:55:48 | 1 | A.      Yes. |
| 14:55:49 | 2 | Q.      What did you tell him? |
| 14:55:50 | 3 | A.      I was looking for a .38 Super. |
| 14:55:52 | 4 | Q.      And what did he respond? |
| 14:55:54 | 5 | A.      That he had one. |
| 14:55:56 | 6 | Q.      Did he say he had one or more than one? |
| 14:55:59 | 7 | A.      More than one. |
| 14:56:00 | 8 | Q.      Do you remember how many? |
| 14:56:02 | 9 | A.      I'm not sure.  I was interested in buying two myself. |
| 14:56:09 | 10 | Q.      And you told him you wanted two? |
| 14:56:12 | 11 | A.      Yes. |
| 14:56:12 | 12 | Q.      Did you tell him that you're buying one for a friend? |
| 14:56:15 | 13 | A.      No. |
| 14:56:20 | 14 |         **MR. RODRIGUEZ:**  Objection.  Leading. |
| 14:56:21 | 15 |         **THE COURT:**  Sustained. |
| 14:56:22 | 16 |         **THE WITNESS:  No.** |
| 14:56:22 | 17 |         **MR. RODRIGUEZ:**  Move to strike. |
| 14:56:23 | 18 |         **THE COURT:**  The response counts. |
| 14:56:28 | 19 | BY MS. DRAGALIN: |
| 14:56:28 | 20 | Q.      Did you discuss prices with Carlos on the phone? |
| 14:56:31 | 21 | A.      Yes. |
| 14:56:31 | 22 | Q.      And do you remember what price you agreed on? |
| 14:56:34 | 23 | A.      Yes. |
| 14:56:34 | 24 | Q.      What was the price? |
| 14:56:36 | 25 | A.      1600 each. |

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 14:56:38 | 1 | Q. So, two guns for 1600 each? |
| 14:56:41 | 2 | A. Yes. |
| 14:56:42 | 3 | Q. And during the phone call, did you set a date and time |
| 14:56:47 | 4 | to meet for the gun transaction? |
| 14:56:49 | 5 | A. Yes. |
| 14:56:50 | 6 | Q. And did you agree on a place to meet? |
| 14:56:53 | 7 | A. Yes. |
| 14:56:54 | 8 | Q. Do you remember where you agreed to meet? |
| 14:56:57 | 9 | A. Yes. |
| 14:56:58 | 10 | Q. What -- do you remember what it was called or where it |
| 14:57:01 | 11 | was located. |
| 14:57:01 | 12 | A. I don't remember what it was called. |
| 14:57:03 | 13 | Q. Do you remember where it was located? |
| 14:57:05 | 14 | A. In Gardena. |
| 14:57:06 | 15 | Q. Do you remember the street name or anything like that? |
| 14:57:08 | 16 | A. On Artesia. |
| 14:57:10 | 17 | Q. Artesia? |
| 14:57:12 | 18 | A. I'm not sure the exact address, but Artesia. |
| 14:57:16 | 19 | Q. Now, on December 12, 2016, did you send photos of a |
| 14:57:20 | 20 | gun to your friend Ramirez by text message? |
| 14:57:25 | 21 | A. Yes. |
| 14:57:26 | 22 | Q. I'm showing you what's been admitted as Exhibit 113. |
| 14:57:31 | 23 | Do you recognize what this photograph shows? |
| 14:57:34 | 24 | A. Yes. |
| 14:57:34 | 25 | Q. What is that? |

| | | |
|---|---|---|
| 14:57:36 | 1 | A.      A picture of a .38 Super. |
| 14:57:38 | 2 | Q.      And we'll zoom in at the top section that shows the |
| 14:57:43 | 3 | date and the name.  Who is Buck? |
| 14:57:48 | 4 | A.      That's what he calls me. |
| 14:57:49 | 5 | Q.      Is that a nickname for you? |
| 14:57:51 | 6 | A.      Yes. |
| 14:57:51 | 7 | Q.      And what is the date on this text message? |
| 14:57:58 | 8 | A.      December 12, 2016. |
| 14:58:03 | 9 | Q.      And now turning to page -- |
| 14:58:04 | 10 | And showing the Exhibit, again, 113.  And |
| 14:58:09 | 11 | again, what are these photographs?  Why are you sending them |
| 14:58:13 | 12 | to your friend Ramirez? |
| 14:58:15 | 13 | A.      See if he liked it. |
| 14:58:16 | 14 | Q.      Was this gun intended for your friend Ramirez? |
| 14:58:20 | 15 | A.      Yes. |
| 14:58:24 | 16 | Q.      On December 12, 2016, did you meet Carlos to buy two |
| 14:58:28 | 17 | guns from him? |
| 14:58:30 | 18 | A.      Yes. |
| 14:58:31 | 19 | Q.      Who else was with you? |
| 14:58:33 | 20 | A.      I was alone. |
| 14:58:35 | 21 | Q.      Did you notice anything unusual when you first arrived |
| 14:58:39 | 22 | at the location? |
| 14:58:42 | 23 | A.      Like -- |
| 14:58:45 | 24 | Unusual? |
| 14:58:46 | 25 | Q.      Did anything surprise you at the time? |

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 14:58:50 | 1 | A.     That it was just a shop. |
| 14:58:52 | 2 | Q.     Were there any cars parked outside? |
| 14:58:56 | 3 | A.     Yes. |
| 14:58:56 | 4 | Q.     Do you remember what types of cars? |
| 14:59:00 | 5 | A.     There were several cars. |
| 14:59:02 | 6 | Q.     Are there any that stand out in your memory? |
| 14:59:07 | 7 | A.     Yes. |
| 14:59:08 | 8 | Q.     What is that? |
| 14:59:09 | 9 | A.     Gardena Police vehicle. |
| 14:59:16 | 10 | Q.     And what happened when you went inside?  Can you |
| 14:59:20 | 11 | describe to the jury what it looked like? |
| 14:59:23 | 12 | A.     Just looks like an office, regular office, like a |
| 14:59:30 | 13 | shop, office, a regular office, not an actual gun store. |
| 14:59:34 | 14 | Q.     And did you meet anyone inside? |
| 14:59:37 | 15 | A.     Yes. |
| 14:59:37 | 16 | Q.     Who? |
| 14:59:38 | 17 | A.     Carlos and -- I forgot the name. |
| 14:59:44 | 18 | Q.     And another person? |
| 14:59:45 | 19 | A.     Yes. |
| 14:59:45 | 20 | Q.     Do you remember what the two people were wearing? |
| 14:59:51 | 21 | A.     Yes. |
| 14:59:51 | 22 | Q.     What were they wearing? |
| 14:59:53 | 23 | A.     Police uniforms. |
| 14:59:56 | 24 | Q.     And what happened when you got there? |
| 15:00:00 | 25 | A.     I pretty much just went in to buy the .38 Supers, got |

| | | |
|---|---|---|
| 15:00:06 | 1 | the -- did the paperwork, got in, got out. |
| 15:00:12 | 2 | Q.    Did you see the guns in person at that time? |
| 15:00:14 | 3 | A.    Yes. |
| 15:00:14 | 4 | Q.    When you saw the guns that you were buying on December |
| 15:00:17 | 5 | 12, were they customized in any way? |
| 15:00:21 | 6 | A.    No. |
| 15:00:21 | 7 | Q.    Did you -- |
| 15:00:25 | 8 |           How did you pay for the guns? |
| 15:00:26 | 9 | A.    Cash. |
| 15:00:27 | 10 | Q.    And how much cash did you have with you? |
| 15:00:31 | 11 | A.    $3200. |
| 15:00:35 | 12 | Q.    And where did you get that cash? |
| 15:00:38 | 13 | A.    I saved up for it. |
| 15:00:40 | 14 | Q.    For the full 3200? |
| 15:00:44 | 15 | A.    No, just for my part. |
| 15:00:45 | 16 | Q.    And where did you -- |
| 15:00:47 | 17 |           Did you get the other part from somewhere |
| 15:00:52 | 18 | else? |
| 15:00:52 | 19 | A.    From Mario. |
| 15:00:53 | 20 | Q.    From your friend Mario Ramirez? |
| 15:00:56 | 21 | A.    Yes. |
| 15:00:56 | 22 | Q.    Do you remember paying at a register? |
| 15:00:59 | 23 | A.    No. |
| 15:00:59 | 24 | Q.    How did you pay? |
| 15:01:01 | 25 | A.    Just handed it to him. |

15:01:04  1    Q.    And you mentioned you filled out some paperwork.  Do

15:01:11  2    you remember that?

15:01:12  3    A.    Yes.

15:01:12  4    Q.    Did you also have to show a form of ID?

15:01:17  5    A.    Yes.

15:01:17  6    Q.    Did you have to clear a background check?

15:01:20  7    A.    Yes.

15:01:22  8    Q.    And the form you had to fill out, one of the forms you

15:01:29  9    had to fill out, was one of them the ATF Form 4473?

15:01:37  10   A.    I -- I don't know exact the form, but it was the form

15:01:42  11   when you purchase from them.

15:01:43  12   Q.    Would it help you to look at a copy of it?

15:01:46  13   A.    Yes.

15:01:47  14   Q.    Now, before we take a look at it, did you make any

15:01:51  15   false statements on the form when you bought it, bought the

15:01:54  16   two guns?

15:01:55  17   A.    Yes.

15:01:55  18   Q.    And, specifically, did you falsely state that both

15:02:00  19   guns were for you?

15:02:02  20   A.    Yes.

15:02:02  21   Q.    Was that true at the time?

15:02:06  22   A.    The --

15:02:07  23   Q.    That you were buying both guns for yourself?

15:02:10  24   A.    No, it wasn't true.

15:02:12  25   Q.    Why not?

15:02:12  1    A.      Because one was not for me.

15:02:14  2    Q.      And have you plead guilty to a crime?

15:02:16  3    A.      Yes.

15:02:17  4    Q.      For making those false statements on that day; is that

15:02:21  5    right?

15:02:21  6    A.      Yes.

15:02:24  7    Q.      And did you enter into a plea agreement with the

15:02:28  8    government?

15:02:30  9    A.      Yes.

15:02:32  10   Q.      And as part of that plea agreement, are you required

15:02:36  11   to testify here in trial?

15:02:38  12   A.      Yes.

15:02:42  13   Q.      Now, pulling up what's been admitted as page 114,

15:02:47  14   page 1, and zooming in on just the top section, Section A, is

15:02:54  15   this the form that you recall filling out when you bought a

15:02:57  16   gun, two guns, excuse me, on December 12, 2016?

15:03:01  17   A.      Yes.

15:03:02  18   Q.      Do you recognize this handwriting on this form?

15:03:07  19   A.      Yes.

15:03:07  20   Q.      Whose handwriting is that?

15:03:08  21   A.      Mine.

15:03:09  22   Q.      And is the information provided here your personal

15:03:13  23   information?

15:03:14  24   A.      Yes.

15:03:14  25   Q.      And zooming back out.  We'll zoom in on Question 11A.

15:03:26    1                   Is that big enough for you to read?

15:03:29    2    A.      Yes.

15:03:30    3    Q.      Can you read the portion that starts at 11A:  "Are

15:03:35    4    you" --

15:03:36    5                   Can you read that sentence please?

15:03:36    6    A.      "Are you the actual transferrer or buyer of firearm

15:03:41    7    listed on this form?  Warning:  You are not the actual buyer

15:03:43    8    if you are buying the firearm on behalf of another person.

15:03:47    9    If you are not the actual buyer, the dealer cannot transfer

15:03:51   10    the firearm."

15:03:52   11    Q.      Did you check "yes" on this form?

15:03:54   12    A.      Yes.

15:03:55   13    Q.      And was that answer true and correct?

15:04:02   14    A.      No.

15:04:02   15    Q.      Looking at page 2 of this form, zooming in on top

15:04:12   16    part, do you recognize this signature?

15:04:14   17    A.      Yes.

15:04:14   18    Q.      Whose signature is that?

15:04:15   19    A.      My signature.

15:04:16   20    Q.      And what's the date?

15:04:18   21    A.      12, 12 -- December 12, 2016.

15:04:23   22    Q.      Did you sign this form on December 12, 2016?

15:04:28   23    A.      Yes, I did.

15:04:28   24    Q.      And can you read just the first two sentences?

15:04:34   25    A.      "I certify that my answers to Section A are true and

15:04:38   1    correct and complete.  I have read and understand the

15:04:41   2    notices, instructions, definitions of ATF Form 4473.

15:04:45   3              "I understand that answering 'yes' to a

15:04:47   4    Question 11A if I'm not the actual buyer is a crime

15:04:52   5    punishable as a felony under federal law and may also violate

15:04:56   6    state or local law."

15:05:00   7    Q.    Thank you.  Now, showing you the bottom of page 2.

15:05:06   8    Were you able to just get the guns that same day when you

15:05:10   9    went to this location?

15:05:12  10    A.    No.

15:05:13  11    Q.    Why not?

15:05:14  12    A.    I had to get my background checked.

15:05:18  13    Q.    And was there a waiting period?

15:05:20  14    A.    Yes.

15:05:21  15    Q.    Did you then have to come back to pick up the gun?

15:05:24  16    A.    Yes.

15:05:24  17    Q.    Did you see --

15:05:27  18              What is the date listed on the

15:05:30  19    recertification date?

15:05:31  20    A.    December 23, 2016.

15:05:33  21    Q.    Does that sound approximately when you had to come

15:05:36  22    back to pick up the two guns?

15:05:37  23    A.    Yes.

15:05:37  24    Q.    And do you remember --

15:05:39  25              Do you recognize the signature?

15:05:41  1   A.     Yes.

15:05:41  2   Q.     Do you recall having to sign this form at that time?

15:05:46  3   A.     Yes.

15:05:46  4   Q.     And can you read the sentence that starts with:  "I

15:05:50  5   certify that"?

15:05:52  6   A.     "I certify that my answers to the question in Section

15:05:55  7   A of this form are still true, correct and complete."

15:06:01  8   Q.     Looking at page 3 of this document, zooming in on top

15:06:11  9   section, what does this section show?

15:06:22  10  A.     The serial number of the pistols that I purchased.

15:06:25  11  Q.     Are those the two guns that you purchased on December

15:06:29  12  12, 2016?

15:06:30  13  A.     Yes.

15:06:30  14  Q.     Zooming back out.  Zooming in on the middle section of

15:06:38  15  this document.

15:06:43  16             Do you see the trade corporation name listed

15:06:46  17  in Item 31?

15:06:48  18  A.     Yes.

15:06:48  19  Q.     Can you read that?

15:06:52  20  A.     Ronin Tactical.

15:06:55  21  Q.     Does that name sound familiar?

15:06:58  22  A.     Umm -- I wasn't really familiar with the name of that

15:07:03  23  company.

15:07:03  24  Q.     What about the address?

15:07:05  25  A.     Yes.

| | | |
|---|---|---|
| 15:07:05 | 1 | Q.    Does that address sound familiar? |
| 15:07:07 | 2 | A.    Yes. |
| 15:07:08 | 3 | Q.    Why does it sound familiar? |
| 15:07:11 | 4 | A.    Artesia, in the City of Gardena. |
| 15:07:14 | 5 | Q.    Is that the location where you went to buy the two |
| 15:07:16 | 6 | guns? |
| 15:07:17 | 7 | A.    Yes. |
| 15:07:17 | 8 | Q.    And looking at Item No. 33, under "transferrer," |
| 15:07:21 | 9 | seller's name.  Can you read that handwriting? |
| 15:07:25 | 10 | A.    Edward -- and I can't understand the last name. |
| 15:07:29 | 11 | Q.    Does that name sound at all familiar to you? |
| 15:07:33 | 12 | A.    Yes. |
| 15:07:34 | 13 | Q.    What do you recognize that name as? |
| 15:07:38 | 14 | A.    As the person -- the person I purchased the gun from. |
| 15:07:41 | 15 | Q.    Was this the other -- one of the people that was |
| 15:07:45 | 16 | wearing a uniform that you met on the day that you bought |
| 15:07:51 | 17 | this gun? |
| 15:07:51 | 18 | A.    Yes. |
| 15:07:51 | 19 | Q.    These two guns, excuse me. |
| 15:07:54 | 20 |           And showing you page 4 of this Exhibit 114, |
| 15:08:01 | 21 | 4.  And just enlarging their handwriting part. |
| 15:08:09 | 22 |           Do you recognize this number? |
| 15:08:11 | 23 | A.    No, I don't. |
| 15:08:12 | 24 | Q.    323-287-0565? |
| 15:08:22 | 25 | A.    No. |

15:08:22  1    Q.    And showing you Exhibit 115.  Have you seen this
15:08:30  2    photograph before?
15:08:32  3    A.    Yes.
15:08:32  4    Q.    What does this photograph show?
15:08:36  5    A.    A serial number of the gun.
15:08:39  6    Q.    And in particular, what gun is this showing?
15:08:41  7    A.    A .38 Super that I purchased.
15:08:44  8    Q.    Is it one of the guns you bought on December 12?
15:08:48  9    A.    Yes.
15:08:49  10   Q.    Now, I'm going to show you on the left side of the
15:08:52  11   screen, of this photograph, Exhibit 115, and on the right
15:09:01  12   side of the screen, Exhibit 114, page 3.
15:09:10  13          Does the serial number in the photographs
15:09:14  14   match one of the serial numbers on Form 4473?
15:09:18  15   A.    Yes.
15:09:18  16   Q.    Which one?
15:09:19  17   A.    The second.
15:09:21  18   Q.    2933158; is that right?
15:09:25  19   A.    Yes.
15:09:25  20   Q.    And this is the gun that you bought for yourself; is
15:09:28  21   that right?
15:09:28  22   A.    Yes.
15:09:34  23   Q.    Now I'm showing you what's been admitted as Exhibit
15:09:37  24   116.  Have you seen this photograph before?
15:09:39  25   A.    Yes.

| | | |
|---|---|---|
| 15:09:39 | 1 | Q.    What is this? |
| 15:09:40 | 2 | A.    A .38 Super. |
| 15:09:44 | 3 | Q.    And do you know anything about this particular .38 |
| 15:09:48 | 4 | Super? |
| 15:09:48 | 5 | A.    It's one of the guns I purchased also. |
| 15:09:50 | 6 | Q.    And is that the gun that you bought -- |
| 15:09:52 | 7 |              Who did you buy this gun for? |
| 15:09:55 | 8 | A.    For Mario Ramirez. |
| 15:09:56 | 9 | Q.    When you bought the guns, did you also get them |
| 15:10:01 | 10 | customized? |
| 15:10:01 | 11 | A.    After. |
| 15:10:02 | 12 | Q.    After? |
| 15:10:02 | 13 | A.    Yes. |
| 15:10:03 | 14 | Q.    How was your gun customized? |
| 15:10:06 | 15 | A.    Somewhat like that one there. |
| 15:10:12 | 16 | Q.    Did it say something in particular? |
| 15:10:14 | 17 | A.    Yes. |
| 15:10:14 | 18 | Q.    What does it say? |
| 15:10:15 | 19 | A.    It said "Buck." |
| 15:10:18 | 20 | Q.    Is that your nickname? |
| 15:10:20 | 21 | A.    Yeah. |
| 15:10:21 | 22 | **THE COURT:**  Is that a "yes." |
| 15:10:21 | 23 | **THE WITNESS:**  Yes. |
| 15:10:22 | 24 | BY MS. DRAGALIN: |
| 15:10:22 | 25 | Q.    The second gun, how was it customized? |

UNITED STATES DISTRICT COURT

15:10:25  1    A.     Pretty much whatever is -- silver -- on that one would

15:10:30  2    be like a shiny blue.

15:10:32  3    Q.     Did you get it customized to have a specific name on

15:10:35  4    it?

15:10:36  5    A.     Yes.

15:10:36  6    Q.     What name is that?

15:10:37  7    A.     Buck.

15:10:39  8    Q.     No, I'm sorry, I apologize, I'm talking about the one

15:10:42  9    that's on the screen right now, Exhibit 116?

15:10:45  10   A.     Oh, that one, Ramirez, Ramirez.

15:10:48  11   Q.     And showing you Exhibit 116 on the left side, and

15:10:57  12   Exhibit 114, page 3 on the right.  And we'll try zooming in

15:11:08  13   on the serial number.

15:11:11  14                  Can you read that number?

15:11:13  15   A.     385509149.  It's kind of blurry.

15:11:23  16   Q.     A little blurry.  Does it look like it matches the

15:11:28  17   serial number on page 3 of the Form 4473?

15:11:33  18   A.     Yes.

15:11:37  19   Q.     Now, again, what was the price you paid for each gun

15:11:41  20   on December 12, 2016?

15:11:43  21   A.     1600 each.

15:11:44  22   Q.     I'm going to show you what's been admitted as Exhibit

15:11:48  23   36 page 2, and zooming in so that the descriptor is visible

15:11:55  24   here.

15:12:00  25                  Can you read the description column?

| | | |
|---|---|---|
| 15:12:03 | 1 | A.     "Colt M1991, Government .38 Super, five stainless, |
| 15:12:14 | 2 | white DOT sights." |
| 15:12:16 | 3 | Q.    And can you read the second serial number listed |
| 15:12:19 | 4 | there? |
| 15:12:20 | 5 | A.     38SS0919. |
| 15:12:26 | 6 | Q.    09149?  Is that correct? |
| 15:12:29 | 7 | A.     Oh, sorry, 38SS09149. |
| 15:12:33 | 8 | Q.    And is that the same serial number of the gun we just |
| 15:12:39 | 9 | looked at with the gold engravings? |
| 15:12:41 | 10 | A.     Yes. |
| 15:12:41 | 11 | Q.    And in the "price" column, what's the price listed? |
| 15:12:48 | 12 | A.     789.99. |
| 15:12:53 | 13 | Q.    And zooming back out, what is the name of the business |
| 15:12:56 | 14 | at the top of this -- |
| 15:13:00 | 15 | Zooming back out, the name at the very top of |
| 15:13:03 | 16 | this chart, what is the name of that business? |
| 15:13:06 | 17 | A.     Gunarama Wholesale, Inc. |
| 15:13:12 | 18 | Q.    And then zooming in on the details of this invoice. |
| 15:13:18 | 19 | According to this receipt or invoice, who was this invoice |
| 15:13:23 | 20 | billed to? |
| 15:13:25 | 21 | MR. RODRIGUEZ:  Your Honor, I'm going to object as |
| 15:13:27 | 22 | to foundation. |
| 15:13:27 | 23 | THE COURT:  Please stand when you state your |
| 15:13:29 | 24 | objection. |
| 15:13:29 | 25 | MR. RODRIGUEZ:  My apologies.  Object as to |

15:13:32  1    foundation.

15:13:33  2              **THE COURT:**  Overruled.

15:13:34  3    BY MS. DRAGALIN:

15:13:35  4    Q.    Can you just read the "bill to" name?

15:13:40  5    A.    Ronin Tactical Group.

15:13:45  6    Q.    And the address?

15:13:46  7    A.    1931 West Artesia Boulevard; Unit A; Gardena,

15:13:53  8    California.

15:13:53  9    Q.    And can you read the date ordered?

15:13:55  10   A.    November 14, 2016.

15:13:58  11   Q.    And when did you purchase the two guns?

15:14:01  12   A.    December 12, 2016.

15:14:04  13             **MS. DRAGALIN:**  I have no further questions, Your

15:14:20  14   Honor.

15:14:20  15             **THE COURT:**  Okay, who's going to start?

15:14:26  16                    CROSS-EXAMINATION

15:14:27  17   BY MR. HANAGAN:

15:14:30  18   Q.    Good afternoon, Mr. Cervantes.

15:14:34  19   A.    Good afternoon.

15:14:35  20   Q.    Mr. Cervantes, you're here today because you've

15:14:38  21   entered into an agreement with the government, correct?

15:14:40  22   A.    Yes.

15:14:40  23   Q.    And pursuant to that agreement, you have to testify in

15:14:46  24   such a way that you can get the benefit of your bargain,

15:14:52  25   correct?

| | | |
|---|---|---|
| 15:14:53 | 1 | A.     Yes. |
| 15:14:53 | 2 | **THE COURT:**  I didn't hear you. |
| 15:14:55 | 3 | **THE WITNESS:**  Yes. |
| 15:14:57 | 4 | BY MR. HANAGAN: |
| 15:14:58 | 5 | Q.     And so it's very important for you to testify today in |
| 15:15:00 | 6 | a manner that is pleasing to the government, correct? |
| 15:15:04 | 7 | A.     Yes. |
| 15:15:05 | 8 | Q.     Otherwise you're facing some serious consequences, |
| 15:15:08 | 9 | yes? |
| 15:15:09 | 10 | A.     Yes. |
| 15:15:09 | 11 | Q.     How many times have you met with the prosecutors or |
| 15:15:14 | 12 | the federal agents in this case before your testimony today? |
| 15:15:19 | 13 | A.     Umm, like once or twice, like twice. |
| 15:15:31 | 14 | Q.     During those meetings they reviewed your testimony, |
| 15:15:36 | 15 | correct? |
| 15:15:36 | 16 | A.     Yes. |
| 15:15:36 | 17 | Q.     And they also showed you the exhibits that you've seen |
| 15:15:40 | 18 | today, yes? |
| 15:15:41 | 19 | A.     Yes. |
| 15:15:42 | 20 | Q.     So, this is not the first time you've seen these |
| 15:15:46 | 21 | exhibits? |
| 15:15:46 | 22 | A.     Correct. |
| 15:15:46 | 23 | Q.     Now, specifically with regard to that invoice that you |
| 15:15:49 | 24 | were just shown, when is the fist time that you saw that |
| 15:15:53 | 25 | invoice? |

15:15:53  1    A.      I can't remember.

15:15:54  2              THE COURT:  Which exhibit are you referring to?

15:15:57  3              MR. HANAGAN:  Is it 115?

15:16:01  4              THE COURT:  The last was 36.

15:16:03  5    BY MR. HANAGAN:

15:16:04  6    Q.      36, page 2, the ones you were just shown that had the

15:16:09  7    serial numbers and the prices on, when was the first time you

15:16:12  8    were shown that?

15:16:14  9    A.      I can't remember.

15:16:14  10   Q.      Was it during those two visits that you had prior to

15:16:18  11   your testimony?

15:16:19  12   A.      Yes.

15:16:19  13   Q.      Okay.  Do you have any reason to know whether or not

15:16:23  14   that is or is not an authentic document?

15:16:28  15   A.      I just seen -- I just seen a copy on the screen just

15:16:33  16   like I seen it today.

15:16:34  17   Q.      So, you don't know if the information on the document

15:16:38  18   is accurate or not?

15:16:39  19   A.      Correct.

15:16:39  20   Q.      You were just asked to testify about it.

15:16:42  21   A.      Well, I just seen to the serial number on the screen

15:16:44  22   that matched the firearm that I purchased that was it.

15:16:46  23   Q.      Right, but you don't know if the prices listed on that

15:16:48  24   document are accurate or not?

15:16:50  25   A.      Correct.

UNITED STATES DISTRICT COURT

15:16:50  1   Q.    Okay.  I want to go back to the time you came in

15:17:03  2   contact with Mr. Fernandez and Mr. Arao.

15:17:07  3            You had found out about -- you stated -- you

15:17:08  4   testified you had found out about them or about the sale of

15:17:14  5   .38 Super firearms through a friend of yours; is that

15:17:16  6   correct?

15:17:16  7   A.    Yes.

15:17:16  8   Q.    And had that friend purchased guns?

15:17:21  9   A.    No.

15:17:21  10  Q.    No.  Okay.  He had just heard about it?

15:17:26  11  A.    Yes.

15:17:26  12  Q.    Right.  And you also testified that you had seen other

15:17:31  13  .38 Supers for sale at gun shows; is that correct?

15:17:36  14  A.    Correct.

15:17:36  15  Q.    Not being sold by either Officer Fernandez or Officer

15:17:41  16  Arao, correct?

15:17:41  17  A.    From other people.  Yes.

15:17:42  18  Q.    From other people.

15:17:43  19  A.    Yes.

15:17:43  20  Q.    So, it's not an uncommon thing for .38 Super

15:17:48  21  semiautomatic pistols to be sold at gun shows.

15:17:51  22  A.    Correct.

15:17:51  23  Q.    Very well.  And your understanding was, was that it

15:17:59  24  was lawful for those guns to be sold, correct?

15:18:01  25  A.    I didn't even -- I didn't even know they were unlawful

UNITED STATES DISTRICT COURT

15:18:05  1    until I got into this problem.

15:18:07  2    Q.    Okay.  And in having seen other .38 Super firearms for

15:18:14  3    sale, what were the prices that you were normally seeing for

15:18:18  4    those guns?

15:18:18  5    A.    Like $2500.

15:18:22  6    Q.    $2500 per gun.  Correct?

15:18:27  7    A.    Yes.

15:18:27  8    Q.    And, again, you testified that you purchased two of

15:18:30  9    these guns for the total of $3200, correct?

15:18:36  10   A.    Correct.

15:18:36  11   Q.    In other words, what would be a discount of $900 per

15:18:40  12   gun on the price that you might get them elsewhere.

15:18:44  13   A.    Correct.

15:18:44  14   Q.    Okay.  And again, with regard to the firearms that you

15:18:46  15   purchased and you testified about them being customized, none

15:18:49  16   of that customization was done when you picked up these guns.

15:18:54  17   A.    No.

15:18:54  18   Q.    That was all done by you or Mr. Ramirez after the

15:18:58  19   fact.

15:18:59  20   A.    Correct.

15:18:59  21   Q.    So, the gun -- when you picked up the gun, it did not

15:19:02  22   say "Buck" on it?

15:19:03  23   A.    No.

15:19:03  24   Q.    And the other gun did not say "Ramirez" on it?

15:19:06  25   A.    No.

15:19:06   1    Q.      And they did not have those grips on them?

15:19:09   2    A.      No.

15:19:09   3    Q.      All that customization was done after.

15:19:13   4    A.      Yes.

15:19:13   5    Q.      Very well.  Would you classify .38 Supers as guns that

15:19:18   6    you take out to the range and plank rounds down the range

15:19:23   7    with?

15:19:23   8    A.      No.

15:19:24   9    Q.      They're collector firearms, correct?

15:19:27   10   A.      That's how I see it, myself.

15:19:28   11   Q.      And you have a fairly good understanding of how things

15:19:31   12   are in the firearm community.  You go to gun shows, you

15:19:35   13   understand how things are, correct?

15:19:36   14   A.      Yes.

15:19:36   15   Q.      And as to your understanding, as a general

15:19:40   16   proposition, these are collector firearms?

15:19:42   17            MS. DRAGALIN:  Objection.  Lacks foundation.

15:19:44   18            THE COURT:  Overruled.

15:19:44   19            THE WITNESS:  Well, to be -- a lot of people I

15:19:47   20   know -- they pretty much buy them just to collect them, not

15:19:51   21   to carry them around or anything, it's just a, like a

15:19:55   22   must-have.

15:19:55   23   BY MR. HANAGAN:

15:19:56   24   Q.      It's a display gun.  It's not a gun to be used?

15:19:59   25   A.      Correct.

15:20:00  1    Q.    And that's why you bought the one you bought.

15:20:02  2    A.    Yes.

15:20:02  3    Q.    All right.  Now, did you ever shoot that gun?

15:20:05  4    A.    Never.

15:20:06  5    Q.    All right.  I'm going to talk to you about now the

15:20:14  6    interactions that you had when you went to purchase this

15:20:17  7    gun -- these guns.  You stated that you had already spoken to

15:20:21  8    Mr. Ramirez about buying a gun for you and a gun for him; is

15:20:27  9    that right?

15:20:27  10   A.    I just told him that they were both for myself.

15:20:30  11   Q.    But when you -- when you spoke to Mr. Ramirez, you

15:20:34  12   told him you would buy a gun for him?

15:20:37  13   A.    Oh, Mr. Ramirez, yes.

15:20:38  14   Q.    But when you spoke with Officer Fernandez and Arao,

15:20:42  15   you did not tell them that you were buying gun for anybody

15:20:45  16   other than yourself.  Correct?

15:20:46  17   A.    Correct.

15:20:46  18   Q.    They never had any idea that you were purchasing

15:20:50  19   firearms for somebody other than you?

15:20:53  20   A.    No, they didn't.

15:20:54  21   Q.    And when you arrived at the shop, and you saw that it

15:20:59  22   was police officers that were selling the guns, did that make

15:21:02  23   you feel a particular way about this purchase?

15:21:05  24   A.    Yes.

15:21:05  25   Q.    How did it make you feel?

| | | |
|---|---|---|
| 15:21:08 | 1 | A.      Comfortable. |
| 15:21:09 | 2 | Q.      Comfortable? |
| 15:21:10 | 3 | A.      Yes. |
| 15:21:10 | 4 | Q.      And it made you feel comfortable because law |
| 15:21:14 | 5 | enforcement officers would not subvert the law to sell |
| 15:21:17 | 6 | firearms, in your mind, correct? |
| 15:21:18 | 7 | A.      Well, not just that, the fact that I was buying an |
| 15:21:22 | 8 | expensive firearm not just from a random person. |
| 15:21:25 | 9 | Q.      So, you felt it was safe to buy firearms from the |
| 15:21:29 | 10 | police? |
| 15:21:29 | 11 | A.      Yes. |
| 15:21:29 | 12 | Q.      And also because it would be a legal thing to do.  You |
| 15:21:34 | 13 | did not believe that the police would illegally sell |
| 15:21:38 | 14 | firearms, correct? |
| 15:21:38 | 15 | A.      Correct. |
| 15:21:39 | 16 | Q.      Okay.  And, in fact, the method that you had to go |
| 15:21:43 | 17 | through to purchase these firearms was consistent with your |
| 15:21:47 | 18 | experiences in buying firearms in the past; is that right? |
| 15:21:50 | 19 | A.      Yes. |
| 15:21:50 | 20 | Q.      And that includes filling out the Form 4473. |
| 15:21:55 | 21 | A.      Yes. |
| 15:21:56 | 22 | Q.      And making the declarations on there about your |
| 15:21:59 | 23 | personal use of the firearms. |
| 15:22:01 | 24 | A.      Correct. |
| 15:22:01 | 25 | Q.      And the fact that you had to wait ten days to pick up |

UNITED STATES DISTRICT COURT

15:22:04   1    the firearms.  Is that correct?

15:22:06   2    A.      Yes.

15:22:06   3    Q.      This is all normal process in a legal purchase of a

15:22:09   4    firearm?

15:22:11   5    A.      Correct.

15:22:11   6    Q.      Right.  And you had to do all of those things?

15:22:14   7    A.      Yes, I did.

15:22:15   8    Q.      When you made the untruthful declarations on the Form

15:22:21   9    4473, did Mr. -- did Officer Fernandez or Officer Arao tell

15:22:28   10   you to do that?

15:22:28   11   A.      No.

15:22:28   12   Q.      Did they have any idea that you were making a false

15:22:31   13   statement on that form?

15:22:32   14   A.      No.

15:22:32   15   Q.      And that's because you never told them what you were

15:22:36   16   doing.

15:22:37   17   A.      Correct.

15:23:01   18   Q.      Do you remember when the federal agents came to your

15:23:03   19   home to interview you about this transaction?

15:23:05   20   A.      Yes.

15:23:05   21   Q.      Okay.  Were you worried at that time when they came to

15:23:11   22   talk to you about it?

15:23:13   23   A.      Yes.

15:23:13   24   Q.      Okay.  And did the agents say anything to you that

15:23:19   25   caused you -- caused your mind to be put at ease about this

15:23:24   1    particular transaction, whether or not you'd be in trouble or

15:23:26   2    not?

15:23:28   3    A.     Umm, well, they had took one of the firearms away from

15:23:34   4    Mario Ramirez already.   So, I kind of knew that there was

15:23:38   5    going to be something else besides that visit.

15:23:40   6    Q.     Okay.   Do you remember that you asked the special

15:23:44   7    agents whether or not your purchase had been lawful?

15:23:51   8    A.     I don't remember.   It was like two years ago.

15:23:54   9    Q.     Do you remember if the special agents told you that --

15:23:58  10    **MS. DRAGALIN:**   Objection.   Calls for hearsay.

15:24:03  11    **THE COURT:**   Complete the question.

15:24:04  12    BY MR. HANAGAN:

15:24:06  13    Q.     Do you remember --

15:24:06  14    **MR. HANAGAN:**   And again, Your Honor, this is going

15:24:08  15    to his state of mind --

15:24:08  16    BY MR. HANAGAN:

15:24:10  17    Q.     -- that the special agents told you that that purchase

15:24:14  18    was lawful, that was a completely legal purchase?

15:24:17  19    A.     Umm, no, I don't remember, to be honest.

15:24:21  20    Q.     Okay.   Would it refresh your recollection to see the

15:24:27  21    notes of that interview or the transcript of that interview,

15:24:31  22    I should say?

15:24:33  23    A.     Yeah.

15:24:35  24    Q.     Okay.

15:24:38  25    **MR. HANAGAN:**   That is Bates No. 33094.

| | | |
|---|---|---|
| 15:24:48 | 1 | **THE COURT:**  You wish to show the witness the -- |
| 15:24:52 | 2 | **MR. HANAGAN:**  I do, Your Honor, but I think we |
| 15:24:54 | 3 | would need to be able to put it up on the screen. |
| 15:24:56 | 4 | **THE COURT:**  You mean for the witness only. |
| 15:24:58 | 5 | **MR. HANAGAN:**  For the witness only, yes.  Or I |
| 15:25:01 | 6 | could approach, Your Honor. |
| 15:25:03 | 7 | **THE COURT:**  Mr. Cruz, can you get that? |
| 15:25:07 | 8 | **COURT CLERK:**  Yes. |
| 15:25:07 | 9 | **THE COURT:**  So, this is for the witness only to |
| 15:25:10 | 10 | refresh his memory. |
| 15:26:42 | 11 | Mr. Hanagan, let's move it along, please. |
| 15:26:46 | 12 | **MR. HANAGAN:**  That's fine, Your Honor.  We can |
| 15:26:48 | 13 | move it along. |
| 15:27:08 | 14 | BY MR. HANAGAN: |
| 15:27:08 | 15 | Q.    And also, if you recall, Mr. Cervantes, at a certain |
| 15:27:10 | 16 | point in your conversations with Mr. Fernandez regarding |
| 15:27:13 | 17 | these guns, do you recall if he told you that you needed to |
| 15:27:17 | 18 | perhaps hurry up to make a purchase because they could be |
| 15:27:20 | 19 | illegal guns soon? |
| 15:27:22 | 20 | **MS. DRAGALIN:**  Objection.  Calls for hearsay. |
| 15:27:24 | 21 | **THE COURT:**  Sustained. |
| 15:27:28 | 22 | **THE WITNESS:**  Yes. |
| 15:27:30 | 23 | **THE COURT:**  The response is struck.  Jury is to |
| 15:27:34 | 24 | disregard it. |
| 15:27:38 | 25 | BY MR. HANAGAN: |

| | | |
|---|---|---|
| 15:27:38 | 1 | Q.    And then, just to reiterate, Mr. Cervantes, none of |
| 15:27:44 | 2 | the forms that you filled out with regard to these firearms |
| 15:27:47 | 3 | were filled out by anybody but you? |
| 15:27:50 | 4 | A.    Correct. |
| 15:27:50 | 5 | Q.    Signed by you? |
| 15:27:51 | 6 | A.    Yes. |
| 15:27:52 | 7 | Q.    Declarations made by you? |
| 15:27:53 | 8 | A.    Yes. |
| 15:27:53 | 9 | Q.    With only your knowledge as to whether or not they |
| 15:27:56 | 10 | were true? |
| 15:27:56 | 11 | A.    Yes. |
| 15:27:58 | 12 | MR. HANAGAN:  I have nothing further. |
| 15:28:06 | 13 | MR. ROBINSON:  Your Honor, thank you.  We've got |
| 15:28:10 | 14 | no questions for this witness. |
| 15:28:12 | 15 | THE COURT:  Thank you. |
| 15:28:13 | 16 | The government? |
| 15:28:19 | 17 | MS. DRAGALIN:  Just briefly, Your Honor. |
| 15:28:15 | 18 | REDIRECT EXAMINATION |
| 15:28:15 | 19 | BY MS. DRAGALIN: |
| 15:28:21 | 20 | Q.    Mr. Cervantes, you signed a plea agreement with the |
| 15:28:24 | 21 | government; is that right? |
| 15:28:25 | 22 | A.    Yes. |
| 15:28:26 | 23 | Q.    Does that plea agreement require you to tell the |
| 15:28:30 | 24 | truth? |
| 15:28:31 | 25 | A.    Yes. |

15:28:31   1    Q.      What happens if you don't tell the truth?

15:28:35   2    A.      I would be punished for not telling the truth.

15:28:47   3    Q.      Now, in that plea agreement, the government agreed to

15:28:50   4    recommend a lower sentence to you.  Is that your

15:28:54   5    understanding?

15:28:54   6    A.      Yes.

15:28:54   7    Q.      Is it your understanding that the government's

15:29:01   8    obligation depends on the outcome of this trial?

15:29:04   9    A.      Yes.

15:29:04  10    Q.      Can you explain that?

15:29:08  11    A.      What do you mean by "obligation"?

15:29:11  12    Q.      Is the government still going to make the same

15:29:14  13    recommendation regardless of how this trial turns out, based

15:29:18  14    on your understanding?

15:29:20  15    A.      I hope so.

15:29:21  16    Q.      Have you been sentenced yet?

15:29:23  17    A.      No.

15:29:24  18    Q.      And who is going to sentence you in this case?

15:29:27  19    A.      I believe the same judge we're here today with.

15:29:31  20    Q.      And as a reminder, you were asked about how many times

15:29:39  21    you've met with the government.  Do you remember that?

15:29:42  22    A.      I believe I met twice.

15:29:47  23    Q.      I believe you said twice.

15:29:51  24              Do you recall meeting with the government

15:29:52  25    several months ago for the first time?

| | | |
|---|---|---|
| 15:29:54 | 1 | A.      Yes. |
| 15:29:54 | 2 | Q.      And do you recall a more recent time last week and the |
| 15:30:00 | 3 | week before meeting with the government an additional two |
| 15:30:03 | 4 | times? |
| 15:30:03 | 5 | A.      Oh, yes, yes.  Total three. |
| 15:30:07 | 6 | Q.      Is that your best memory of how many times you've met |
| 15:30:10 | 7 | about the government? |
| 15:30:11 | 8 | A.      Because the time when they came to my house, does that |
| 15:30:15 | 9 | count as well or -- |
| 15:30:16 | 10 | Q.      So that would be an additional time when you were |
| 15:30:19 | 11 | interviewed by agents; is that right? |
| 15:30:21 | 12 | A.      Well, there was -- once they came to my house, I was |
| 15:30:27 | 13 | home.  Second time I wasn't home. |
| 15:30:29 | 14 | Q.      Okay.  Now, you were asked about whether these types |
| 15:30:37 | 15 | of guns are ever used.  Do you remember that? |
| 15:30:42 | 16 | A.      Yes. |
| 15:30:42 | 17 | Q.      And you mentioned during the cross-examination that |
| 15:30:49 | 18 | they took the firearm away from Mario Ramirez.  Do you |
| 15:30:55 | 19 | remember that? |
| 15:30:55 | 20 | A.      Yes. |
| 15:30:55 | 21 | Q.      Do you know why? |
| 15:30:57 | 22 | A.      No, I don't know why. |
| 15:31:01 | 23 |           MS. DRAGALIN:  I have no further questions, Your |
| 15:31:04 | 24 | Honor. |
| 15:31:05 | 25 |           THE COURT:  Mr. Hanagan? |

| | |
|---|---|
| 15:31:06 | 1 |
| 15:31:08 | 2 |
| 15:31:17 | 3 |
| 15:31:17 | 4 |
| 15:31:22 | 5 |
| 15:31:24 | 6 |
| 15:31:24 | 7 |
| 15:31:28 | 8 |
| 15:31:30 | 9 |
| 15:31:30 | 10 |
| 15:31:33 | 11 |
| 15:31:34 | 12 |
| 15:31:34 | 13 |
| 15:31:40 | 14 |
| 15:31:43 | 15 |
| 15:31:47 | 16 |
| 15:31:47 | 17 |
| 15:31:52 | 18 |
| 15:31:52 | 19 |
| 15:31:57 | 20 |
| 15:31:59 | 21 |
| 15:32:03 | 22 |
| 15:32:10 | 23 |
| 15:32:10 | 24 |
| 15:32:10 | 25 |

          **MR. HANAGAN:**  Thank you, Your Honor.

                    RECROSS EXAMINATION

BY MR. HANAGAN:

Q.     Mr. Cervantes, what is your understanding of the
maximum penalty you could face for the crimes for which you
plead guilty?

A.     To a year in prison, six months to a year in prison.

Q.     Do you remember signing your plea agreement?

A.     Yes.

Q.     And did you read that and have your attorney read it
to you before you signed it?

A.     Yes.

Q.     Okay.  And do you recall that the maximum penalty for
the crimes for which you plead guilty is actually five years'
imprisonment and a $250,000 fine?

A.     Yes.

Q.     So, that is, in fact, accurate, that that's what
you're facing?

A.     Yes.  But they said something about the -- I guess the
cooperation or something like that.

Q.     Correct.  So, the government has promised to make a
recommendation for a two-step downward departure; is that
correct?

A.     Yes.

Q.     You promised to testify truthfully in these

                    UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 15:32:13 | 1 | proceedings, correct? |
| 15:32:15 | 2 | A.    Yes. |
| 15:32:15 | 3 | Q.    And you have, correct? |
| 15:32:17 | 4 | A.    Yes, correct. |
| 15:32:18 | 5 | Q.    And that includes testifying truthfully? |
| 15:32:21 | 6 | A.    Correct. |
| 15:32:21 | 7 | Q.    That you never told Officer Fernandez and you never |
| 15:32:25 | 8 | told Officer Arao that you're engaging in a fraudulent |
| 15:32:28 | 9 | purchase of a firearm to give to somebody who was a |
| 15:32:32 | 10 | prohibited possessor of the same; is that correct? |
| 15:32:35 | 11 | A.    Correct. |
| 15:32:35 | 12 | Q.    Thank you. |
| 15:32:36 | 13 | THE COURT:  Mr. Robinson, any question? |
| 15:32:39 | 14 | MR. ROBINSON:  No, Your Honor. |
| 15:32:41 | 15 | THE COURT:  Government, any additional questions? |
| 15:32:42 | 16 | MS. DRAGALIN:  No, Your Honor. |
| 15:32:45 | 17 | THE COURT:  Okay, you're excused. |
| 15:32:47 | 18 | Next witness. |
| 15:32:48 | 19 | MS. DRAGALIN:  The government calls David |
| 15:32:50 | 20 | Hamilton. |
| 15:33:34 | 21 | COURT CLERK:  Please raise your right hand. |
| 15:33:35 | 22 | Do you swear or affirm that the testimony |
| 15:33:35 | 23 | you're about to give in the case now before this Court will |
| 15:33:35 | 24 | be the truth, the whole truth and nothing but the truth, so |
| 15:33:36 | 25 | help you God? |

| | | |
|---|---|---|
| 15:33:36 | 1 | **THE WITNESS:**  Yes, I do. |
| 15:33:37 | 2 | **COURT CLERK:**  Thank you, sir. |
| 15:33:39 | 3 | Would you please be seated. |
| 15:33:47 | 4 | Sir, for the record, would you state your |
| 15:33:50 | 5 | name and spell your last name. |
| 15:33:51 | 6 | **THE WITNESS:**  David Hamilton, H-A-M-I-L-T-O-N. |
| 15:33:58 | 7 | **THE COURT:**  Your witness. |
| 15:34:01 | 8 | WITNESS, **DAVID HAMILTON**, SWORN |
| 15:34:01 | 9 | DIRECT EXAMINATION |
| 15:34:01 | 10 | BY MS. DRAGALIN: |
| 15:34:02 | 11 | Q.    Good afternoon.  What is your current occupation? |
| 15:34:03 | 12 | A.    I'm a Senior Special Agent with the Bureau of Alcohol |
| 15:34:09 | 13 | Tobacco and Firearms and Explosives, or ATF. |
| 15:34:11 | 14 | Q.    What are the responsibilities of ATF?  Just generally. |
| 15:34:14 | 15 | A.    ATF is responsible for investigating federal firearms, |
| 15:34:20 | 16 | explosives laws, for violations of firearms explosives, arson |
| 15:34:26 | 17 | laws, some tobacco, some alcohol related violations as well. |
| 15:34:31 | 18 | Q.    Where specifically are you based, geographically? |
| 15:34:36 | 19 | A.    I'm assigned to the Los Angeles field division, which |
| 15:34:38 | 20 | is located in Glendale, California, and I am assigned to the |
| 15:34:41 | 21 | crime gun intelligence center -- or intelligence unit. |
| 15:34:44 | 22 | Q.    What are your primary responsibilities in that |
| 15:34:47 | 23 | position? |
| 15:34:47 | 24 | A.    My primary responsibilities are the investigation, |
| 15:34:51 | 25 | violations of state and federal firearms laws. |

15:34:54  1   Q.    How long have you been employed by ATF?

15:34:57  2   A.    Since 2000; 19 years.

15:34:59  3   Q.    And can you please tell the jury just briefly what

15:35:03  4   occupations you had before joining ATF?

15:35:06  5   A.    Immediately prior to ATF, I was a defense industry

15:35:06  6   analyst at the Central Intelligence Agency.  Prior to that I

15:35:11  7   was a Special Agent with the Immigration and Naturalization

15:35:15  8   Service, and before that I was a Russian cryptologic linguist

15:35:21  9   in the United States Marine Corps.

15:35:23  10  Q.    How many of those occupations involved in experience

15:35:26  11  with firearms?

15:35:27  12  A.    All of them, either dealing with the industry or

15:35:30  13  carrying firearms.  So, I have more than 28 years of

15:35:33  14  professional experience with firearms.

15:35:35  15  Q.    As part of your ATF training, did you receive

15:35:39  16  instructions and training regarding the identification of

15:35:42  17  firearms?

15:35:43  18  A.    Yes.

15:35:44  19  Q.    And can you please just briefly describe that training

15:35:47  20  to the jury?

15:35:48  21  A.    Well, there is the basic training that all ATF special

15:35:52  22  agents go through which is at our academy in Georgia, the

15:35:54  23  first couple of weeks of that is dedicated to learning the

15:35:58  24  basics of firearms, nomenclature, how they operate, things of

15:36:03  25  that nature.  Subsequently, I was selected to go to an

15:36:05  1    advanced program, called the Interstate Nexus Expert Program.

15:36:09  2                    So, with that I went through the basic

15:36:12  3    interstate nexus program for firearms and ammunition, and I

15:36:15  4    attended the Advanced Ammunition and Advanced Firearms

15:36:19  5    Interstate Nexus programs as well.

15:36:19  6    Q.    As part of your training and experience as an ATF

15:36:23  7    agent, are you familiar with firearms laws and regulations?

15:36:26  8    A.    Yes.

15:36:26  9    Q.    Have you received training on those subjects?

15:36:29  10   A.    Yes.

15:36:29  11   Q.    Are you familiar with the requirements for obtaining a

15:36:32  12   federal license to deal in firearms?

15:36:36  13   A.    Generally, yes.

15:36:37  14   Q.    Being located in Los Angeles, are you also familiar

15:36:43  15   with basic state laws and regulations regarding firearms?

15:36:47  16   A.    Yes.

15:36:49  17   Q.    Have you ever testified in court as an expert on

15:36:51  18   firearms?

15:36:52  19   A.    Yes, I have.

15:36:53  20   Q.    Can you approximate how many times?

15:36:56  21   A.    In federal court I believe I've been an expert 56

15:37:00  22   times, 56 separate trials, testimony, and in state court five

15:37:05  23   times as an expert.

15:37:07  24             **MS. DRAGALIN:**  Your Honor, the government requests

15:37:09  25   that the Court designate Special Agent Hamilton as an expert

15:37:12  1    in firearms.

15:37:13  2            THE COURT:  There is no objection, so, let's

15:37:15  3    proceed.

15:37:16  4            MR. RODRIGUEZ:  No objections, Your Honor.

15:37:17  5            MR. ROBINSON:  No objection, Your Honor.

15:37:19  6    BY MS. DRAGALIN:

15:37:20  7    Q.    I'd like to start with some basics of terminology when

15:37:23  8    it comes to guns.

15:37:25  9            And, Your Honor, can Special Agent Duncan

15:37:28  10   please approach the witness with a physical firearm that's

15:37:31  11   inside a box to be handed to the witness on the witness

15:37:35  12   stand?

15:37:36  13           THE COURT:  Exhibit number?

15:37:37  14           MS. DRAGALIN:  Exhibit No. 130.

15:37:41  15           THE COURT:  Yes, please.

15:37:57  16   BY MS. DRAGALIN:

15:37:57  17   Q.    And Special Agent Hamilton, let's start with:  What is

15:38:02  18   a handgun?

15:38:03  19   A.    A handgun is a type of firearm.  It is designed to be

15:38:06  20   held in one hand, such as the exhibit that I'm holding right

15:38:11  21   now.

15:38:11  22   Q.    And so what type of firearm specifically is this

15:38:14  23   exhibit that you're holding right now?

15:38:15  24   A.    This is a handgun, specifically it's a semi-automatic

15:38:19  25   pistol.  This is a Colt model, Government model, the caliber

15:38:24  1   is .38 Super; Serial Number, which is on the right side of

15:38:29  2   the frame, 38FS0944.

15:38:33  3   Q.    And let's break that down a little bit.  How do you

15:38:36  4   determine the make and model of a gun?

15:38:38  5   A.    Licensed manufacturers and importers are required to

15:38:46  6   stamp certain things on firearms that they make or import

15:38:46  7   that includes the manufacturer's --

15:38:46  8         **COURT REPORTER:**  Would you please speak right into

15:38:46  9   the microphone.

15:38:53  10        **THE WITNESS:**  Yes.

15:38:53  11             They're required to mark certain things on

15:38:57  12   the gun, that includes the manufacturer's name, the city and

15:39:00  13   state of the manufacturer, a model, a caliber and a serial

15:39:00  14   number.

15:39:03  15             For importers, they're required to mark the

15:39:06  16   manufacturer, the country of origin, the importer's name, the

15:39:11  17   importer's city and state, model and designated caliber and

15:39:16  18   serial number.

15:39:17  19   Q.    And what is a serial number?

15:39:18  20   A.    The serial number is a unique number applied to a

15:39:21  21   firearm.  Manufacturers and importers are not allowed to

15:39:25  22   repeat serial numbers.  So, even between models, you can only

15:39:28  23   have serial number 1234, sequentially it will go 1235, 1236

15:39:40  24   and so forth.

15:39:41  25   Q.    And how do you determine the serial number of a gun?

| | | |
|---|---|---|
| 15:39:42 | 1 | A.      How do I determine it or the manufacturers? |
| 15:39:44 | 2 | Q.      How do you determine it? |
| 15:39:45 | 3 | A.      By looking at the firearm in question and looking for |
| 15:39:49 | 4 | that requisite serial number.  It has to be marked on the |
| 15:39:52 | 5 | frame or receiver of the firearm.  This one is marked on the |
| 15:39:54 | 6 | right side of the frame. |
| 15:39:55 | 7 | Q.      And what is the purpose of requiring a serial number |
| 15:39:59 | 8 | on a gun? |
| 15:40:00 | 9 | A.      The unique serial number uniquely identifies that |
| 15:40:05 | 10 | firearms.  So, when it's recovered in a crime, it can be |
| 15:40:10 | 11 | traced from the manufacturer or importer through any |
| 15:40:14 | 12 | distributors or wholesalers through a retail store to |
| 15:40:17 | 13 | hopefully determine that it was sold to a specific |
| 15:40:20 | 14 | individual. |
| 15:40:20 | 15 | Q.      And what is the caliber of a gun, generally?  What |
| 15:40:26 | 16 | does "caliber" mean? |
| 15:40:27 | 17 | A.      Caliber relates to the type of ammunition, the |
| 15:40:30 | 18 | specific size of the ammunition that's designed to be fired |
| 15:40:33 | 19 | in that firearm. |
| 15:40:34 | 20 | Q.      And what is the caliber of this specific gun that |
| 15:40:36 | 21 | you're holding? |
| 15:40:37 | 22 | A.       .38 Super. |
| 15:40:38 | 23 | Q.      And how can you tell the caliber of a gun by looking |
| 15:40:42 | 24 | at it? |
| 15:40:42 | 25 | A.      It is marked on the slide of this firearm, and it |

208

15:40:46   1   should also be marked on the chamber.  Because of the plastic

15:40:51   2   strap through the gun, I can't see the markings on the

15:40:54   3   chamber.

15:40:54   4   Q.     And you mentioned a slide.  What is the slide?

15:40:57   5   A.     The slide is the upper portion of the semiautomatic

15:41:02   6   pistol which I'm holding right here, it reciprocates, it goes

15:41:06   7   back and forth.  When it's forward-most position, it's ready

15:41:09   8   to be fired.

15:41:09   9              Once the trigger is pulled, the gun goes

15:41:11   10  bang, the force of some of the energy of the round that was

15:41:15   11  just fired forces the slide to go backwards.  That ejects

15:41:17   12  what's left in the firearm, that spent shell, which will

15:41:22   13  eject the bullet out of the barrel and eject it out of the

15:41:23   14  gun.

15:41:24   15  Q.     What is a magazine when talking about guns?

15:41:27   16  A.     A magazine is the device used to contain the

15:41:31   17  ammunition for a specific firearm.

15:41:32   18  Q.     And where does it go in the gun?

15:41:34   19  A.     In this case, in the semiautomatic pistol, the 1911

15:41:40   20  type, it goes in the magazine well, which is within the grip,

15:41:44   21  the portion of this pistol is designed to be held by the

15:41:47   22  shooting hand, the hands of the trigger.

15:41:51   23              So it's inserted into the magazine well, and

15:41:57   24  it presents ammunition close to where this slide is.  So, if

15:41:58   25  the slide goes forward, it will pick up that top round of

UNITED STATES DISTRICT COURT

15:42:00  1    ammunition, chamber it; once it's fired, that round gets

15:42:03  2    ejected, a spring at the bottom of the magazine forces the

15:42:08  3    next round into position, readying it for firing.

15:42:09  4    Q.    When you mention a grip, can you point to the grip on

15:42:13  5    Exhibit 130?

15:42:14  6    A.    This portion is the entire grip.  The black portion

15:42:21  7    that you see here are the grip handles.

15:42:22  8    Q.    Based on your experience in seeing firearms, can the

15:42:26  9    grip panels be replaced?

15:42:27  10   A.    On this model yes.

15:42:29  11   Q.    Can they be customized and engraved, in your

15:42:32  12   experience?

15:42:33  13   A.    Yes.  They can be any of a number of materials:

15:42:36  14   Plastic, rubber, wood, laminates of -- or fabric in glue; for

15:42:44  15   metals, aluminium, pewter, silver.  I've seen some that have

15:42:50  16   been gold plated as well.

15:42:51  17   Q.    And what is the barrel of the gun?  Can you point to

15:42:53  18   that?

15:42:53  19   A.    The barrel is protruding right now because the slide

15:42:57  20   is slightly to the rear at the breach end that I'm pointing

15:43:00  21   to now is where the ammunition gets loaded.

15:43:03  22           The rear most portion of the barrel is the

15:43:06  23   chamber.  That's where the ammunition that's ready to be

15:43:08  24   fired sits until it's actually fired.

15:43:10  25           At that point it fires the bullet, the

15:43:14  1    projectile, the chunk of metal that goes out of the gun, down

15:43:15  2    the barrel, and out the muzzle end, which is the forward-most

15:43:19  3    portion.

15:43:19  4    Q.    And lastly, can you point for the jury where the --

15:43:23  5    and explain what the trigger and the safety are?

15:43:28  6    A.    On the 1911 model of which this is one, the trigger is

15:43:32  7    down below.  As I grab it with my shooting hand, which is

15:43:36  8    again, the trigger hand, the index finger is considered the

15:43:40  9    trigger finger, and it presses on.  On this model, it's

15:43:45  10   blocked, and it will go straight to the rear, and in pointing

15:43:48  11   the trigger to the rear, that the firing sequence.

15:43:49  12              So the trigger releases the sear, which

15:43:52  13   releases the hammer, the hammer hits the firing pin, the

15:43:56  14   firing pin hits the ammunition, it goes bang, and the gun

15:43:57  15   fires.

15:43:58  16              For the safety, this one has at least two,

15:44:02  17   this one actually has three safeties connected to it.  We

15:44:07  18   have the thumb safety, which is along the left side that is

15:44:10  19   manipulated by a thumb.  Up would be safe, prevents the

15:44:14  20   firearm from firing.

15:44:15  21              Also the grip safety at the rear.  When you

15:44:18  22   grasp the firearm, that grip safety is depressed.  If it's

15:44:23  23   not depressed, the gun can't fire.

15:44:24  24              And lastly there's an internal safety, which

15:44:28  25   is the firing pin safety.  As that trigger is pulled, there's

15:44:31    1    a little lever that pushes up on that button, on a plunger,

15:44:32    2    which allows the firing pin to move forward.  If that plunger

15:44:38    3    isn't depressed, the firing pin can't move forward, therefore

15:44:39    4    it can't reach the ammunition.

15:44:41    5            **MS. DRAGALIN:**  And, Your Honor, at this time may

15:44:43    6    Special Agent Duncan retrieve the exhibit from the witness?

15:44:48    7            **THE COURT:**  Please.

15:45:00    8    BY MS. DRAGALIN:

15:45:01    9    Q.    Special Agent Hamilton, what is the distinction

15:45:03    10   between a .38 caliber and a .38 Super caliber?

15:45:07    11   A.    A .38 caliber would be a general designation for a

15:45:11    12   nominal diameter of the bullet, that chunk of metal that goes

15:45:15    13   down.  And I say nominal because .38 is an approximation of

15:45:21    14   the diameter of the bullet.

15:45:22    15            A .38 Super is a specific caliber.  It has

15:45:26    16   certain dimensions that had been approved by the industry

15:45:28    17   within the United States and in Europe.  In the United

15:45:32    18   States, that standard is maintained by the sporting arms --

15:45:36    19   Sporting Arms and Ammunition Manufacturers Institute.  It's

15:45:39    20   not a government agency.  There are no marketing

15:45:42    21   requirements, there are no federal requirements on how to

15:45:45    22   create ammunition, but the industry regulates itself through

15:45:50    23   SAAMI.

15:45:52    24   Q.    And are you familiar with why the .38 Super

15:45:57    25   specifically was designed?  The .38 Super ammunition?

15:46:03  1    A.    The .38 Super ammunition evolved from the .38

15:46:07  2    automatic rounds.  So, it was designed to be used in

15:46:10  3    semiautomatic firearms.  The .38 automatic wasn't very

15:46:15  4    powerful.  So, they increased the power within the cartridge

15:46:21  5    case and developed the .38 Super automatic.

15:46:24  6    Q.    Now, I'd like to move on to the topic of selling

15:46:27  7    firearms.  Can any store just start selling firearms?

15:46:35  8    A.    No.

15:46:35  9    Q.    Are there any requirement to sell firearms?

15:46:39  10   A.    There are a number of requirements, yes.

15:46:41  11   Q.    Can you explain just some of the basic requirements?

15:46:41  12   A.    People who dictate time and attention to dealing in

15:46:45  13   firearms are required to be licensed both by the federal

15:46:48  14   government, ATF, also by the State of California.

15:46:51  15   Q.    And based on your experience working with the ATF, are

15:46:58  16   you familiar with the licensing -- the basic licensing

15:47:02  17   requirements?

15:47:02  18   A.    Yes.

15:47:03  19   Q.    And what is the purpose of requiring a license to

15:47:08  20   engage in the business of selling firearms?

15:47:12  21   A.    Or dealing or making more important firearms.

15:47:18  22              Firearms are inherently dangerous.  Most were

15:47:21  23   designed to kill either people or animals.  There are

15:47:24  24   firearms that were designed for recreational purposes, but

15:47:24  25   most with the intend to kill something.

15:47:28  1        Congress saw fit that this industry, because

15:47:31  2    of the danger of the products that it's making and selling,

15:47:34  3    should be regulated, which is where ATF comes in, to regulate

15:47:38  4    the industry.

15:47:39  5        We want to ensure that records are kept in

15:47:43  6    the case a firearm is ever recovered in a crime, we can

15:47:46  7    follow the history, the life of that firearm from the

15:47:49  8    manufacturer/importer all the way through who the first

15:47:52  9    purchaser was.

15:47:55  10   Q.    Are you familiar with the process for applying for a

15:47:58  11   license to deal in firearms, just generally?

15:48:02  12   A.    Yes.

15:48:02  13   Q.    What are some basic steps required?

15:48:04  14   A.    There is an application that needs to be filled out.

15:48:07  15   As part of that application, each person that's listed on

15:48:10  16   that license or anticipated to be listed on that license must

15:48:15  17   submit to a background investigator -- investigation,

15:48:18  18   providing their biographical information, so a criminal

15:48:21  19   background check can be done, because we will not license

15:48:26  20   someone who's prohibited from possessing firearms and

15:48:29  21   ammunition.

15:48:29  22   Q.    And is the applicant as part of that process also

15:48:32  23   required to become familiar with federal firearms

15:48:35  24   regulations?

15:48:35  25   A.    Yes.

15:48:36  1    Q.     What is the purpose of that requirement?

15:48:37  2    A.     It's an acknowledgement in the certification that

15:48:41  3    they're aware of what their requirements are, that includes

15:48:45  4    documents -- making documents, what's required when they are

15:48:48  5    selling a firearm to an individual, the forms that they must

15:48:52  6    fill out, the forms that they must maintain.

15:48:55  7    Q.     And going to show here on the screen what's been

15:48:59  8    admitted as Exhibit 25, page 1.  And before we look at the

15:49:05  9    details and zoom in, just generally what is this document?

15:49:10  10   A.     It is an application for a federal firearms license or

15:49:13  11   FFL.

15:49:14  12   Q.     And is that the title of this form at the top?

15:49:18  13   A.     Yes, it is.

15:49:18  14   Q.     Is this a specific ATF form?

15:49:23  15   A.     Yes, it's an ATF form, and the number is listed in the

15:49:26  16   bottom right corner.  33 -- sorry, I don't have my reading

15:49:32  17   glasses.  It could be 3310.12 or 5310.12.

15:49:37  18   Q.     We'll zoom in.

15:49:38  19   A.     Thank you.  ATFE Form 75310.12.

15:49:42  20   Q.     And zooming in on the top section of this form, what

15:49:52  21   is the information asked for in questions 1, 2, 3, 4, 5 and

15:49:58  22   6?

15:49:59  23   A.     Right.  Item 1 is the name or owner of the corporation

15:49:59  24   which is listed as Ronin Tactical Group.

15:50:08  25                  No. 2:  Trade or business name, if any?

15:50:11  1    Ronin Tactical Group.

15:50:13  2                    No. 3:   Employer identification number or

15:50:16  3    Social Security number.   In this case it's employment

15:50:19  4    identification number, 46-3084900.

15:50:23  5                    And you said 4 as well?

15:50:27  6    Q.    Yes.

15:50:27  7    A.    Four is the name of county in which the business is

15:50:30  8    located, and it's listed as Los Angeles.

15:50:32  9    Q.    And lastly, what is the business address listed on

15:50:35  10   this application?

15:50:35  11   A.    Business address, 1931 West Artesia Boulevard, Unit A,

15:50:42  12   Gardena, California, 90247.

15:50:45  13   Q.    And can you read the date that is stamped here?

15:50:48  14   A.    July 30, 2013.

15:50:56  15   Q.    And, just generally, does the rest of the form ask for

15:50:59  16   certain information to be provided?

15:51:01  17   A.    Yes.

15:51:02  18   Q.    And looking at page 2 of this document, what type of

15:51:13  19   information is provided here?   And let's zoom in on Section

15:51:22  20   22.

15:51:24  21   A.    Twenty-two asks for information, provide the

15:51:26  22   information required for each individual owner, partner or

15:51:29  23   other responsible persons for the business.

15:51:31  24   Q.    And can you read the full name of the first person

15:51:34  25   listed below?

15:51:35    1    A.       Edward Yasushiro Arao.

15:51:43    2    Q.       And the position according to this form?

15:51:43    3    A.       President.

15:51:45    4    Q.       And the name below that?

15:51:45    5    A.       John Scott Frances.

15:51:47    6    Q.       And the position of this person?

15:51:49    7    A.       Vice president.

15:51:50    8    Q.       Okay.  Looking at page 4, zooming in on the

15:51:59    9    Certification section, can you read the last sentence of

15:52:10   10    No. 28 that starts with "specifically"?

15:52:12   11    A.       The sentence reads:  "Specifically, I hereby authorize

15:52:16   12    the release of the following data or records to ATF military

15:52:20   13    information/records, medical information/records, police and

15:52:24   14    criminal records."

15:52:25   15    Q.       And based on your experience, why is that information

15:52:30   16    requested as part of the FFL application process?

15:52:34   17    A.       It would be part of the background investigation to

15:52:37   18    determine whether there have been any criminal history or

15:52:39   19    medical, the criminal history either on the civilian side or

15:52:43   20    the military side.  Medical information might relate to a

15:52:47   21    prohibition under a mental adjudication, someone who's not

15:52:52   22    capable of taking care of their own affairs because of a

15:52:55   23    mental issue.

15:52:55   24    Q.       And according to this form, what is the date of this

15:52:57   25    application and certification?

| | | |
|---|---|---|
| 15:52:58 | 1 | A.    7-16-13 or July 16, 2013. |
| 15:53:04 | 2 | Q.    And looking at page 5 of Exhibit 25, zooming in at the |
| 15:53:14 | 3 | top, what name and address is provided on page 5? |
| 15:53:19 | 4 | A.    Page 5 reads:  Edward Yasushiro Arao.  And the address |
| 15:53:25 | 5 | is Ronin Tactical Group, 1931 West Artesia Boulevard, |
| 15:53:31 | 6 | Gardena, California. |
| 15:53:32 | 7 | Q.    And looking at page 6, do you recognize this type of |
| 15:53:40 | 8 | document? |
| 15:53:42 | 9 | A.    It appears to be an Articles of Incorporation. |
| 15:53:46 | 10 | Q.    And is this type of document required to be submitted |
| 15:53:50 | 11 | as part of the application? |
| 15:53:53 | 12 | A.    Yes. |
| 15:53:53 | 13 | Q.    In what circumstances? |
| 15:53:56 | 14 | A.    In this case, the business, Ronin Tactical Group, is |
| 15:54:01 | 15 | set up, I believe it was a limited liability company, the |
| 15:54:03 | 16 | type of corporation, a separate business entity.  So, with |
| 15:54:07 | 17 | that ATF wants the articles of incorporation of that |
| 15:54:10 | 18 | business. |
| 15:54:11 | 19 | Q.    And looking at page 8 of Exhibit 25, let's first zoom |
| 15:54:25 | 20 | in on just the title of this form. |
| 15:54:29 | 21 | A.    The title is:  Acknowledgement of Federal Firearms |
| 15:54:32 | 22 | Regulations. |
| 15:54:32 | 23 | Q.    And then zooming back out and looking at topic 1? |
| 15:54:43 | 24 | A.    Topic 1 is:  Required records and reports. |
| 15:54:46 | 25 | Q.    And can you read the third line down? |

15:54:49   1    A.      "Transaction records/ATF, F4473."

15:54:55   2    Q.      And do you see two asterisk after that?

15:54:58   3    A.      Yes.

15:54:58   4    Q.      We'll zoom out and then zoom in on the two asterisk at

15:55:04   5    the bottom.  Can you read that sentence?

15:55:05   6    A.      The double asterisk says:  "Provided a copy of the

15:55:09   7    form or publication and explain the requirements for

15:55:12   8    completing the forms."

15:55:14   9    Q.      And zooming in on No. 2.

15:55:22   10   A.      No. 2 reads:  "Conduct of Business."

15:55:24   11   Q.      And can you please read the item that is four up from

15:55:29   12   the bottom?

15:55:31   13   A.      "Sales to law enforcement officers."

15:55:37   14   Q.      Okay.  And looking at Section 3, what is the title of

15:55:42   15   this section?

15:55:44   16   A.      "Licenses."

15:55:46   17   Q.      And what's the first item?

15:55:48   18   A.      "Engaged in the business."

15:55:49   19   Q.      And looking at Section 4.  The title of this section?

15:55:59   20   A.      "Miscellaneous Provisions."

15:56:01   21   Q.      What is -- can you please read the third item down?

15:56:05   22   A.      Straw Purchase.

15:56:08   23   Q.      Do you have an understanding of what "straw purchase"

15:56:11   24   refers to?

15:56:12   25   A.      Yes.

15:56:12   1    Q.    Can you explain just the basics of what a straw

15:56:15   2    purchase is for the jury?

15:56:16   3    A.    A straw purchase refers to someone who is purchasing

15:56:20   4    the firearm who doesn't have the intent to keep that firearm

15:56:23   5    for themselves, they're not the actual person who's buying

15:56:25   6    the firearm, somebody else.  It could be a prohibited person,

15:56:29   7    could be a family member, could be anybody else with whom

15:56:32   8    they've arranged previously to sell that firearm to or with

15:56:36   9    the intend to delivery that firearm to somebody else.

15:56:40   10   Q.    And, lastly, zooming in on Section 5 and 6.  What is

15:56:48   11   the title of Section 5?

15:56:50   12   A.    Section 5 is state laws and local ordinances.

15:56:57   13   Q.    Can you read the items of Section 5?

15:56:59   14   A.    "Review of basic requirements, including additional

15:57:02   15   licenses, waiting periods, concealed carry permits, and

15:57:06   16   firearms permits."

15:57:07   17   Q.    And let's turn to the next page of this exhibit, page

15:57:12   18   9.  Are there additional topics listed here on page 9?

15:57:18   19   A.    Yes.

15:57:18   20   Q.    And zooming in on the certification at the bottom, can

15:57:24   21   you please read that sentence?

15:57:25   22   A.    "Investigator Yasushiro explained this information to

15:57:30   23   me on 9-19-2013 and answered my questions regarding this

15:57:35   24   information.  I have received a copy of this for my records

15:57:38   25   as a reference.  I understand that this is only a general

15:57:41  1    overview of the regulations and that I will be responsible

15:57:44  2    for familiarizing myself with all of the laws and regulations

15:57:48  3    governing my licensed firearms business."

15:57:51  4    Q.     And do you see the -- an applicant licensee signature

15:57:56  5    and date?

15:57:57  6    A.     Yes.

15:57:57  7    Q.     What is the date?

15:57:58  8    A.     9-19-13.

15:58:01  9    Q.     And what is listed under the second signature?

15:58:06  10   A.     ATF investigator signature and date.  Well, it's not

15:58:11  11   dated.

15:58:11  12   Q.     In your experience when a person goes sort of the

15:58:16  13   process of applying for an FFL license, does an ATF

15:58:21  14   investigator go over this information with the applicant?

15:58:26  15   A.     Yes.  The investigators are required to go over that

15:58:29  16   information with the applicant to ensure that they are aware

15:58:29  17   of what their requirements are.

15:58:30  18   Q.     Now, next I'm going to show you on the screen what has

15:58:36  19   been admitted as Exhibit 26.  What is this type of record?

15:58:41  20   A.     That is a copy of a federal firearms license.

15:58:44  21   Q.     And is that the title of this document at the top?

15:58:47  22   A.     Yes.

15:58:48  23   Q.     And zooming in so we can read the top section -- top

15:58:54  24   half of this form.  What is the name of the licensee?

15:59:05  25   A.     The licensee is Ronin Tactical Group, Inc.

15:59:10  1    Q.      And the address?

15:59:11  2    A.      1931 West Artesia Boulevard, Unit A, Gardena,

15:59:16  3    California.

15:59:16  4    Q.      And what type of license is this?

15:59:17  5    A.      This is a dealer of licenses.  It's a Type 01:  Dealer

15:59:24  6    in firearms other than destructive devices.

15:59:28  7    Q.      And below do you see a printed name?

15:59:34  8    A.      I do.

15:59:34  9    Q.      What does that same?

15:59:35  10   A.      Edward Arao.

15:59:36  11   Q.      And above that, what is the title under the signature?

15:59:39  12   A.      Next to the signature, the position or title is listed

15:59:43  13   as CEO.

15:59:44  14   Q.      And under the signature, what does it say?

15:59:46  15   A.      "Licensee/responsible person signature."

15:59:50  16   Q.      And can you just briefly describe to the jury, are

15:59:53  17   there different types of licenses when it comes to guns?

15:59:56  18   A.      Yes.

15:59:56  19   Q.      What other ones are out there?

15:59:59  20   A.      You can have a Curio and Relic.  If you're a collector

16:00:05  21   of firearms, you could have a Curio and Relic's license.  It

16:00:08  22   would be a manufacturing license.  It will be manufacturer or

16:00:13  23   importer of ammunition.  It could just an importer

16:00:16  24   ammunition.  The two most common are dealer in firearms,

16:00:19  25   which is the type 01 that we just saw and the manufacturer of

16:00:23   1   firearms which would be type 07.

16:00:26   2   Q.     In your experience, if an FFL has an 07 type license

16:00:31   3   and manufacturing license, does that also allow them to also

16:00:33   4   deal in firearms?

16:00:34   5   A.     Yes.

16:00:35   6   Q.     Now, generally, how would a licensed dealer get

16:00:38   7   inventory of guns?

16:00:40   8   A.     They can do it from a number of methods.  Frequently,

16:00:44   9   they'll go to a firearms wholesaler or they could go directly

16:00:48   10  to the manufacturer, but most use wholesalers.

16:00:53   11  Clearinghouses that offer guns at a discount prices if you

16:00:56   12  buy in bulk.

16:00:57   13  Q.     What about getting guns from other dealers?  Is that

16:01:01   14  an option?

16:01:01   15  A.     Yes, they could be received in from other dealers,

16:01:04   16  they could be received from people coming in off the street

16:01:07   17  that no longer want a firearm or sell it and put it on

16:01:11   18  confinement with the firearms dealer.

16:01:14   19  Q.     Once a business is licensed to deal in firearms, does

16:01:17   20  it have certain recordkeeping requirements?

16:01:19   21  A.     Yes.

16:01:20   22  Q.     What are the basic ones?

16:01:21   23  A.     The basic ones are to maintain an Acquisition and

16:01:26   24  Disposition records, which is, you acquiring firearms, they

16:01:29   25  go in the book.  On the other side of the book is the

16:01:31  1    disposition:  What happened to that specific firearm.  If it

16:01:34  2    went to another licensee, their information is listed.  If it

16:01:38  3    was sold to a customer, their information is listed there.

16:01:41  4    Q.    And what is the purpose of requiring this

16:01:46  5    recordkeeping mechanism?

16:01:47  6    A.    The recordkeeping all comes back to ATF's ability to

16:01:50  7    trace firearms when they're recovering crimes.  As I said

16:01:53  8    before, tracing it from the manufacturer or the importer,

16:01:53  9    through any distributors, wholesalers, to a retailer and

16:01:58  10   finally that first purchaser which is an investigative lead.

16:02:03  11   Q.    I'm showing you what has been admitted as an exhibit

16:02:06  12   32, page 1.  Can you read the title of this document on the

16:02:11  13   left side?

16:02:13  14   A.    The title is:  Dealers BATF Required Format, Firearms

16:02:19  15   Acquisition and Disposition Record Book.

16:02:22  16   Q.    Is that the acquisition and disposition book that you

16:02:26  17   were just talking about?

16:02:27  18   A.    Yes, there are different formats, but this is one,

16:02:30  19   yes.

16:02:30  20   Q.    In particular, Exhibit 32, pertains to what dealer?

16:02:34  21   A.    It's listed in the box.  Ronin Tactical Group, and

16:02:38  22   again, lists the address of 1931, West Artesia Boulevard,

16:02:43  23   Unit A, Gardena.

16:02:45  24   Q.    And zooming in on the section titled "The Records You

16:02:51  25   Must Keep.  Firearms."  Can you please read No. 2 --

16:02:56    1               Can we try that again?

16:03:02    2               Can you please read No. 2?

16:03:05    3    A.    No. 2 reads:  "Prepare ATF Form 4473 firearms

16:03:09    4    transaction record.  Covering the transfer of each firearm to

16:03:12    5    a non-licensed person."

16:03:14    6               Continue?

16:03:16    7    Q.    Yes.

16:03:16    8    A.    "Because Form 4473 is the most important record that

16:03:21    9    you will keep, you should read the instructions carefully and

16:03:24   10    complete each form fully."

16:03:27   11    Q.    Thank you.  Zooming back out, zooming in on the bottom

16:03:31   12    section:  "Know Your Customer."  Can you read just No. 1?

16:03:36   13    A.    "No. 1.  Identify the buyer before transferring any

16:03:39   14    firearm or ammunition."

16:03:41   15    Q.    Based on your experience, why is that important?

16:03:46   16    A.    It confirms that you know who the actual purchaser of

16:03:53   17    that firearm is, verified their information and also initiate

16:03:58   18    the background information to ensure they're not prohibited

16:04:01   19    from possessing a firearms or ammunition.

16:04:01   20    Q.    And looking at page 2 of Exhibit 32.  What does page 2

16:04:06   21    show?

16:04:07   22    A.    Page 2 is the left side of an Acquisition and

16:04:11   23    Disposition book, or an A&D book.  That's the acquisition,

16:04:15   24    how those firearms came in to the licensee.

16:04:18   25    Q.    And let's just zoom in on row 1.  Can you just read

16:04:27   1   the headings of the type of information that must be

16:04:29   2   recorded?

16:04:30   3   A.     "Transaction Number. Optional. Next, manufacturer

16:04:35   4   and/or importer. Model. Serial number."

16:04:38   5   Q.     And pausing there. What is your understanding that

16:04:41   6   serial number refers to?

16:04:42   7   A.     Serial number is the unique number stamped on that

16:04:46   8   firearm by a manufacturer or an importer.

16:04:50   9   Q.     Okay. Continue.

16:04:51   10   A.     "Type, caliber or gauge. Date" --

16:04:56   11               This all goes under the "receipt."

16:04:57   12               "Date of receipt, name and address or name

16:05:00   13   and license number," and finally "New or used," which is an

16:05:05   14   optional section.

16:05:06   15   Q.     And looking at page 3 of this document of Exhibit 32.

16:05:12   16   And again, zooming in on row 1, can you read the headings

16:05:18   17   that are visible here?

16:05:19   18   A.     Yes, and this is on the disposition side of that, what

16:05:24   19   happened to it. "Date, name, address or license number if

16:05:29   20   licensee for Form 4473. Serial number if Form 4473 is filed

16:05:37   21   numerically."

16:05:38   22   Q.     And can you just explain what that last column means.

16:05:41   23   A.     You can either put the information specific to the

16:05:45   24   buyer or the licensee to whom that firearm was transferred,

16:05:48   25   or you can maintain those records by the number that's

| | | |
|---|---|---|
| 16:05:52 | 1 | stamped on the ATF Form 4473. |
| 16:05:58 | 2 | Q.    Now, I'd like to turn some questions about the process |
| 16:06:02 | 3 | of buying a firearm.  Can any person walk into a store and |
| 16:06:07 | 4 | buy a gun? |
| 16:06:09 | 5 | A.    No, not any person. |
| 16:06:11 | 6 | Q.    Why not? |
| 16:06:12 | 7 | A.    Certain people are prohibited by both state and |
| 16:06:16 | 8 | federal law from receiving, possessing or purchasing firearms |
| 16:06:20 | 9 | and ammunition. |
| 16:06:21 | 10 | Q.    Is there an age restriction? |
| 16:06:23 | 11 | A.    Yes. |
| 16:06:23 | 12 | Q.    What is the age restriction for handguns? |
| 16:06:27 | 13 | A.    Twenty-one years old. |
| 16:06:29 | 14 | Q.    And based on your experience, what is the most common |
| 16:06:32 | 15 | type of prohibited person that law enforcement encounters? |
| 16:06:38 | 16 | A.    A felon in possession of a firearm, or a felon that's |
| 16:06:42 | 17 | attempting to acquire a firearm. |
| 16:06:45 | 18 | Q.    And we've seen the word the Form 4473.  Can you |
| 16:06:50 | 19 | explain to the jury just basically what is that form? |
| 16:06:53 | 20 | A.    That is the firearms transaction record.  Is this a |
| 16:06:57 | 21 | form that is maintained by the firearms licensee, and the |
| 16:07:01 | 22 | first part of it is filled out by the customer for their |
| 16:07:04 | 23 | biographical information:  Name, date of birth.  Social |
| 16:07:07 | 24 | Security number is optional.  Then it lists a series of |
| 16:07:11 | 25 | questions to determine if that person is prohibited or not. |

UNITED STATES DISTRICT COURT

16:07:15  1                    "Question No. 2:  Are you the purchaser of

16:07:18  2     this firearm?"  And then it goes to the other potentially

16:07:20  3     prohibiting question.

16:07:20  4     Q.    And is the Form 4473 a record that a federal firearms

16:07:26  5     licensee is required to keep?

16:07:29  6     A.    Yes.

16:07:29  7     Q.    For how long?

16:07:31  8     A.    For 20 years unless they go out of business.  If it

16:07:35  9     they go out of business, they send all those records to ATF.

16:07:39  10    Q.    And so are FFLs required to keep these forms by law?

16:07:45  11    A.    Yes.

16:07:48  12    Q.    And what is the purpose of requiring FFLs to keep them

16:07:54  13    for up to 20 years?

16:07:55  14    A.    Again, to maintain a consistent record of the life of

16:08:00  15    that firearm, from manufacturer, to a distributor, to that

16:08:03  16    that licensee for many guns that may have been recovered in

16:08:08  17    crimes.

16:08:08  18    Q.    Now, I will show you on the screen what has been

16:08:11  19    admitted into evidence as Exhibit 27, specifically, starting

16:08:14  20    at page 6.

16:08:20  21                    Before we zoom in, just generally what is --

16:08:24  22                    Do you recognize this type of record?

16:08:25  23    A.    It is page 1 of Form 4473.

16:08:28  24    Q.    And let's zoom in on Section A, the top half of this

16:08:32  25    form.  What is the title of Section A?

16:08:38   1    A.     "Section A:  Must be completed personally by

16:08:41   2    transferee," parentheses, "(buyer.)"

16:08:46   3    Q.     And what is the transferee's name listed on this form?

16:08:50   4    A.     Last name is first, but Carlos Miguel Fernandez.

16:08:55   5    Q.     And does the form require the buyer to provide address

16:09:00   6    and other biographical information?

16:09:01   7    A.     Yes.

16:09:01   8    Q.     Zooming back out.  And now zooming in on the bottom

16:09:06   9    half of this form.

16:09:11   10                    Generally, what are these questions aimed at?

16:09:15   11   A.     These questions are aimed at determining whether this

16:09:19   12   person is the actual buyer of the firearm and whether they

16:09:23   13   are prohibited from receiving a firearm.

16:09:25   14   Q.     Does this form require the buyer to check "yes" or

16:09:30   15   "no" in these columns?

16:09:31   16   A.     Yes.  This section is filled out by the buyer, not by

16:09:35   17   the licensee.

16:09:36   18   Q.     And can you read just the first sentence of question

16:09:39   19   11A, the very top?

16:09:43   20   A.     It's cut off a little bit.  Okay, "11A:  "Are you the

16:09:46   21   actual transferee/buyer of the firearm listed on this form?"

16:09:53   22   Q.     And now looking at page 2, so, Exhibit 27, page 7.  Is

16:10:01   23   this the second full page of Form 4473?

16:10:05   24   A.     Yes, it is.

16:10:06   25   Q.     Zooming in at the top, what is this top section

| | | |
|---|---|---|
| 16:10:11 | 1 | generally? |
| 16:10:11 | 2 | A.     It's a certification that all the answers that the |
| 16:10:15 | 3 | customer provided on page 1 are true and correct. |
| 16:10:18 | 4 | Q.     And is the buyer required to sign this certification? |
| 16:10:22 | 5 | A.     Yes. |
| 16:10:23 | 6 | Q.     Is the buyer required to date the certification? |
| 16:10:26 | 7 | A.     Yes. |
| 16:10:27 | 8 | Q.     Can you read the first three sentences? |
| 16:10:35 | 9 | A.     "I certify that my answers to Section A are true, |
| 16:10:39 | 10 | correct and complete.  I have read and understand the notices |
| 16:10:44 | 11 | instructions and definitions for ATF Form 4473.  I understand |
| 16:10:49 | 12 | that answering 'yes' to question 11A if I am not the actual |
| 16:10:53 | 13 | buyer is a crime punishable as a felony under federal law and |
| 16:10:55 | 14 | may also violate state and/or local law." |
| 16:10:59 | 15 | Q.     And can you read the last sentence of this |
| 16:11:01 | 16 | certification? |
| 16:11:01 | 17 | A.     "I further understand that the repetitive purchase of |
| 16:11:05 | 18 | firearms for the purpose of resale for livelihood and profit |
| 16:11:07 | 19 | without a federal firearms license is a violation of law." |
| 16:11:11 | 20 | Q.     And is there a parentheses that follows that warning? |
| 16:11:14 | 21 | A.     Yes, parentheses:  "(See instructions for question |
| 16:11:18 | 22 | 16.)" |
| 16:11:18 | 23 | Q.     And turning to page -- Exhibit 27, page 10.  On the |
| 16:11:27 | 24 | left side let's zoom in on -- is this the instruction for |
| 16:11:33 | 25 | question 16? |

UNITED STATES DISTRICT COURT

16:11:36  1   A.      Yes, and this is all part of a packet of that ATF Form

16:11:41  2   4473.  So every purchaser gets this.

16:11:44  3   Q.      Can you please read the instruction to Question 16?

16:11:48  4   A.      Question 16:  "Certification.  Definition of Engaged

16:11:51  5   in the Business.  Under 18 U.S.C. Section 922(a)(1), it is

16:11:55  6   unlawful for a person to engage in the business of dealing in

16:11:58  7   firearms without a license.

16:11:59  8              "A person is engaged in the business of

16:12:01  9   dealing in firearms if he or she devotes time, attention and

16:12:05  10  labor to dealing in firearms as a regular course of trade or

16:12:09  11  business with the principal objective of livelihood and

16:12:14  12  profit through the repetitive purchase and resale of

16:12:18  13  firearms."

16:12:18  14              **THE COURT:**  With that, let's conclude for this

16:12:22  15  evening.  Let me check --

16:12:24  16              (Discussion off the record.)

16:12:25  17              **THE COURT:**  We'll resume tomorrow at 8:30.  Please

16:12:29  18  arrive a little bit earlier, so we could start at 8:30 again.

16:12:32  19              During your absence, do not discuss this case

16:12:34  20  amongst yourself and any other person, and have a good

16:12:35  21  evening.

16:12:35  22              **COURT CLERK:**  Would you all rise for the jury

16:12:37  23  please.

16:12:39  24              Ladies and gentlemen, would you leave your

16:12:43  25  notebooks on the seats and follow me.

| | | |
|---|---|---|
| 16:12:46 | 1 | (Following proceedings held outside the presence |
| 16:13:18 | 2 | of the jury.) |
| 16:13:18 | 3 | **THE COURT:**  Please have a seat.  We're in recess. |
| 16:13:20 | 4 | Anything to address before we start tomorrow? |
| 16:13:23 | 5 | **MS. DRAGALIN:**  Not from the government, Your |
| 16:13:25 | 6 | Honor. |
| 16:13:25 | 7 | **MR. ROBINSON:**  Yes, briefly, Your Honor. |
| 16:13:27 | 8 | **THE COURT:**  Please feel free to step down. |
| 16:13:42 | 9 | **MR. ROBINSON:**  Your Honor, thank you.  And this is |
| 16:13:43 | 10 | just to preserve the record. |
| 16:13:45 | 11 | We had filed on behalf of Officer Arao |
| 16:13:48 | 12 | motions to dismiss the charge against him in the indictment |
| 16:13:51 | 13 | because they were on their face and as applied to him |
| 16:13:56 | 14 | unconstitutionally vague, specifically with respect to the |
| 16:13:59 | 15 | definition of engaged in firearm under 18 U.S.C. 922(a)(1), |
| 16:14:04 | 16 | and that refers to a definitional section that we have in our |
| 16:14:09 | 17 | pleadings. |
| 16:14:09 | 18 | This witness testified to Exhibit 27, |
| 16:14:13 | 19 | particularly question 16, which is on page 10 of 212 page of |
| 16:14:20 | 20 | that exhibit, which mirrors the language that we objected to. |
| 16:14:23 | 21 | And what we want, for the record, Your Honor, is just that |
| 16:14:27 | 22 | this particular testimony, that the record reflect that we |
| 16:14:31 | 23 | object to this witness's testimony with respect to that |
| 16:14:35 | 24 | definition for the reasons we stated previously in our |
| 16:14:41 | 25 | motion, attacking the vagueness of the law.  And we'll submit |

16:14:45  1    it.

16:14:45  2              Thank you.

16:14:46  3         **THE COURT:**  Thank you.

16:14:47  4              Yes, sir.

16:14:48  5         **MR. RODRIGUEZ:**  Your Honor, I would just join in

16:14:52  6    that.

16:14:53  7         **THE COURT:**  So, there are portions of the evidence

16:14:55  8    offered by the government that apply to Mr. Fernandez, and

16:14:59  9    then portions that apply to Mr. Arao and portions that

16:15:05  10   applied to both.  So, please prepare a jury instruction so

16:15:08  11   that the Court can read at the appropriate time, and have

16:15:12  12   counsel meet and confer so that we can make it clear to the

16:15:15  13   jury that there are certain portions of evidence that are not

16:15:18  14   going to be received in reference to Mr. Arao.

16:15:23  15        **MS. ROBINSON:**  I've crossed it once, so I'll

16:15:25  16   discuss that with --

16:15:26  17        **THE COURT:**  Please, and then we'll discuss it

16:15:28  18   tomorrow.

16:15:29  19             Okay, we're in recess.

16:15:30  20        **MR. RODRIGUEZ:**  Your Honor, just briefly.  I

16:15:33  21   apologize for not standing up when I objected.  I got lost in

16:15:35  22   the moment.

16:15:36  23        **THE COURT:**  Don't worry about it.  It happens.

16:15:38  24   Thank you.

          25

1                    C E R T I F I C A T E

2    I hereby certify that the foregoing is a true and correct

3    transcript of the stenographically recorded proceedings in

4    the above matter.

5    Fees charged for this transcript, less any circuit fee

6    reduction and/or deposit, are in conformance with the

7    regulations of the judicial conference of the united states.

8

9

10   /S/Anne Kielwasser

11   _____        _11/22/2019_
     Anne Kielwasser, CSR, RPR          Date
12   Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$1600** [1] - 147:14
**$250,000** [1] - 200:15
**$2500** [2] - 190:5, 190:6
**$3200** [2] - 175:11, 190:9
**$44,000** [1] - 19:16
**$800** [1] - 147:17
**$900** [1] - 190:11

## '

**'yes'** [3] - 148:13, 179:3, 229:12

## /

**/S/Anne** [1] - 233:10

## 0

**01** [2] - 221:5, 221:25
**07** [2] - 222:1, 222:2
**09149** [1] - 185:6

## 1

**1** [32] - 3:11, 4:5, 4:8, 5:6, 11:19, 13:10, 20:14, 22:15, 22:16, 29:7, 31:13, 95:11, 95:12, 96:14, 132:20, 162:20, 163:12, 164:4, 167:17, 177:14, 214:8, 214:21, 214:23, 217:23, 217:24, 223:12, 224:12, 224:13, 224:25, 225:16, 227:23, 229:3
**10** [7] - 29:18, 76:7, 82:5, 132:22, 164:6, 229:23, 231:19
**100** [4] - 3:12, 147:17, 162:21, 163:13
**103** [3] - 3:12, 162:21, 163:14
**108** [3] - 3:12, 162:22, 163:14
**108A** [3] - 3:12, 162:22, 163:14
**109** [3] - 3:12, 162:22, 163:14
**10C** [1] - 111:25

**10th** [1] - 153:6
**11** [4] - 1:18, 4:1, 29:19, 170:15
**11/22/2019** [1] - 233:10
**113** [5] - 3:12, 162:22, 163:14, 172:22, 173:10
**114** [4] - 177:13, 181:20, 182:12, 184:12
**115** [3] - 182:1, 182:11, 188:3
**116** [6] - 3:12, 162:22, 163:14, 182:24, 184:9, 184:11
**118** [3] - 3:12, 162:22, 163:14
**11:30** [3] - 68:18, 131:8
**11A** [9] - 148:6, 148:13, 148:25, 177:25, 178:3, 179:4, 228:19, 228:20, 229:12
**12** [26] - 29:20, 46:13, 46:14, 82:5, 94:11, 94:14, 94:15, 94:21, 95:6, 95:7, 95:9, 102:23, 117:6, 172:19, 173:8, 173:16, 175:5, 177:16, 178:21, 178:22, 180:12, 182:8, 184:20, 186:12
**1200** [1] - 2:6
**1216** [1] - 169:19
**123** [3] - 3:12, 162:22, 163:14
**1230** [1] - 2:18
**1234** [1] - 206:23
**1235** [1] - 206:23
**1236** [1] - 206:23
**125** [3] - 3:12, 162:22, 163:15
**12:00** [3] - 22:11, 22:13, 130:20
**12:30** [1] - 131:9
**12th** [1] - 116:15
**13** [4] - 29:21, 94:9, 94:18, 94:19
**130** [2] - 205:14, 209:5
**134A** [3] - 3:12, 162:23, 163:15
**134B** [3] - 3:12, 162:23, 163:15
**135** [3] - 3:13, 162:23, 163:15
**136A** [3] - 3:13,

162:23, 163:15
**136B** [3] - 3:13, 162:23, 163:15
**137** [3] - 3:13, 162:23, 163:15
**138** [3] - 3:13, 162:23, 163:15
**138A** [3] - 3:13, 162:23, 163:15
**139** [3] - 3:13, 162:23, 163:15
**14** [8] - 29:23, 94:16, 94:18, 94:20, 102:23, 150:4, 152:12, 186:10
**143** [4] - 3:4, 3:13, 162:24, 163:16
**144** [3] - 18:10, 20:8, 20:11
**145A** [3] - 3:13, 162:24, 163:16
**145B** [3] - 3:13, 162:24, 163:16
**146** [3] - 3:13, 162:24, 163:16
**147** [3] - 18:10, 20:8, 20:11
**148A** [3] - 3:13, 162:24, 163:16
**148B** [3] - 3:13, 162:24, 163:16
**149** [3] - 3:13, 162:24, 163:16
**149B** [3] - 3:13, 162:24, 163:16
**15** [2] - 29:24, 94:17
**150** [3] - 3:14, 162:24, 163:16
**151** [3] - 3:14, 162:25, 163:17
**151A** [3] - 3:14, 162:25, 163:17
**152** [3] - 3:14, 162:25, 163:17
**153** [3] - 3:14, 162:25, 163:17
**154** [4] - 3:4, 3:14, 162:25, 163:17
**155** [2] - 18:10, 20:9
**156** [3] - 3:14, 162:25, 163:17
**157** [3] - 3:14, 162:25, 163:17
**157A** [3] - 3:14, 162:25, 163:17
**158** [3] - 3:14, 162:25, 163:17
**159** [2] - 18:10, 20:9
**16** [9] - 29:25, 116:13, 116:14, 217:1,

162:23, 229:25, 230:3, 230:4, 231:19
**160** [3] - 3:14, 162:25, 163:17
**1600** [3] - 171:25, 172:1, 184:21
**163** [4] - 3:14, 3:11, 163:1, 163:18
**164** [3] - 3:5, 3:5, 18:10
**165** [3] - 3:14, 163:1, 163:18
**167** [3] - 3:14, 163:1, 163:18
**168** [3] - 3:14, 163:1, 163:18
**169A** [3] - 3:14, 163:1, 163:18
**169B** [3] - 3:15, 163:1, 163:18
**17** [4] - 30:1, 114:14, 114:18, 155:17
**17-year-old** [1] - 36:5
**171** [2] - 15:16
**171A** [3] - 3:15, 163:1, 163:18
**171B** [3] - 3:15, 163:1, 163:18
**172A** [3] - 3:15, 163:1, 163:18
**172B** [3] - 3:15, 163:1, 163:18
**173A** [3] - 3:15, 163:1, 163:18
**173B** [3] - 3:15, 163:2, 163:19
**174A** [3] - 3:15, 163:2, 163:19
**174B** [3] - 3:15, 163:2, 163:19
**175A** [3] - 3:15, 163:2, 163:19
**175B** [3] - 3:15, 163:2, 163:19
**176A** [3] - 3:15, 163:2, 163:19
**176B** [3] - 3:15, 163:2, 163:19
**177** [3] - 3:15, 163:2, 163:19
**178** [3] - 3:15, 163:2, 163:19
**179** [3] - 3:15, 163:2, 163:19
**18** [16] - 24:20, 25:1, 25:4, 25:6, 27:21, 29:4, 30:2, 30:4, 38:24, 44:11, 47:5, 72:19, 102:23, 112:8, 230:5, 231:15

**18-00121SJO** [2] - 4:6, 22:16
**18-121SJO** [1] - 1:10
**18-year-old** [1] - 102:24
**180A** [3] - 3:16, 163:3, 163:20
**180B** [3] - 3:16, 163:3, 163:20
**181** [3] - 3:16, 163:3, 163:20
**182A** [3] - 3:16, 163:3, 163:20
**182B** [3] - 3:16, 163:3, 163:20
**183** [2] - 15:16, 15:17
**183A** [3] - 3:16, 163:3, 163:20
**183B** [3] - 3:16, 163:3, 163:20
**185** [3] - 3:16, 163:3, 163:20
**186** [1] - 3:6
**19** [1] - 203:2
**190** [3] - 3:16, 163:3, 163:20
**1911** [2] - 208:19, 210:6
**1931** [5] - 186:7, 215:11, 217:5, 221:2, 223:22
**195** [3] - 3:16, 163:3, 163:20
**196** [3] - 3:16, 163:4, 163:21
**197** [2] - 3:6, 18:10
**1980s** [1] - 86:11
**1:00** [4] - 22:10, 68:18, 110:25, 111:21
**1ST** [1] - 1:24

## 2

**2** [27] - 4:8, 15:17, 22:17, 25:7, 29:8, 95:24, 96:12, 96:23, 96:25, 97:4, 178:15, 179:7, 184:23, 188:6, 214:21, 214:25, 215:18, 218:9, 218:10, 223:25, 224:2, 224:3, 224:20, 224:22, 227:1, 228:22
**20** [7] - 62:23, 97:11, 107:4, 108:19, 134:18, 227:8, 227:13

**20-minute** [1] - 131:15
**200** [1] - 3:7
**2000** [1] - 203:2
**201** [1] - 18:10
**2013** [2] - 215:14, 217:1
**2015** [2] - 132:22, 164:6
**2016** [18] - 150:5, 151:16, 151:23, 165:6, 167:11, 168:25, 170:15, 172:19, 173:8, 173:16, 177:16, 178:21, 178:22, 179:20, 180:12, 184:20, 186:10, 186:12
**2017** [2] - 132:23, 164:7
**2019** [4] - 1:18, 4:1, 16:12, 153:5
**202** [2] - 3:7, 3:8
**20th** [1] - 70:23
**21** [1] - 97:12
**212** [1] - 231:19
**213** [1] - 1:25
**213-894-0141** [1] - 2:7
**213-894-3659** [1] - 2:7
**213-995-6767** [1] - 2:24
**21515** [1] - 2:14
**22** [5] - 3:3, 75:3, 75:5, 97:13, 215:20
**23** [3] - 97:14, 116:13, 179:20
**231** [1] - 17:15
**24** [3] - 97:15, 114:21, 151:23
**25** [4] - 97:16, 214:8, 217:2, 217:19
**26** [2] - 119:9, 220:19
**27** [7] - 119:10, 132:23, 164:7, 227:19, 228:22, 229:23, 231:18
**28** [3] - 119:12, 203:13, 216:10
**29** [2] - 153:5, 161:7
**2933158** [1] - 182:18
**29th** [2] - 15:2, 16:11

**3**

**3** [11] - 13:10, 15:17, 29:9, 180:8, 182:12, 184:12, 184:17, 214:21, 215:2, 218:14, 225:15

**30** [2] - 100:17, 215:14
**300** [1] - 2:18
**31** [1] - 180:17
**310-316-6442** [1] - 2:15
**310-9333** [1] - 2:15
**312** [1] - 2:6
**32** [5] - 45:22, 223:12, 223:20, 224:20, 225:15
**3200** [1] - 175:14
**323** [1] - 170:1
**323-287-0565** [1] - 181:24
**323-787-0565** [1] - 170:2
**33** [3] - 3:11, 162:20, 163:12, 181:8, 214:16
**33094** [1] - 195:25
**3310.12** [1] - 214:17
**34** [5] - 19:3, 19:6, 19:7, 19:24
**35** [12] - 3:11, 17:8, 17:25, 18:1, 18:2, 18:8, 18:9, 18:12, 19:3, 162:20, 163:12
**350** [1] - 1:24
**357** [1] - 75:15
**36** [3] - 184:23, 188:4, 188:6
**371** [2] - 24:20, 25:1
**38** [49] - 76:2, 146:2, 147:13, 149:11, 150:11, 150:12, 150:24, 151:3, 155:23, 156:18, 157:15, 157:18, 165:11, 165:13, 165:17, 165:22, 166:6, 166:14, 166:20, 166:22, 167:1, 167:4, 167:6, 168:24, 171:3, 173:1, 174:25, 182:7, 183:2, 183:3, 185:1, 189:5, 189:13, 189:20, 190:2, 191:5, 206:1, 207:22, 211:10, 211:11, 211:13, 211:15, 211:24, 211:25, 212:1, 212:3, 212:5
**385509149** [1] - 184:15
**38FS0944** [1] - 206:2
**38SS09149** [1] - 185:7
**38SS0919** [1] - 185:5

**38Superman** [1] - 151:7

**4**

**4** [8] - 29:10, 115:21, 181:20, 181:21, 214:21, 215:5, 216:8, 218:19
**41** [5] - 3:11, 145:12, 149:10, 162:21, 163:13
**424-332-9079** [1] - 2:19
**43** [1] - 170:18
**4455** [1] - 1:24
**4473** [27] - 147:20, 147:23, 151:24, 152:7, 152:21, 152:23, 153:4, 153:9, 153:14, 158:20, 176:9, 179:2, 182:14, 184:17, 193:20, 194:9, 224:3, 224:8, 225:20, 226:1, 226:18, 227:4, 227:23, 228:23, 229:11, 230:2
**45** [2] - 145:8, 148:22
**46-3084900** [1] - 215:4
**460** [1] - 2:23
**4:00** [4] - 68:18, 130:18, 131:8, 131:10
**4:15** [1] - 130:18

**5**

**5** [10] - 14:18, 29:12, 214:21, 217:2, 217:3, 217:4, 219:10, 219:11, 219:12, 219:13
**5310.12** [1] - 214:17
**53A** [3] - 3:11, 162:21, 163:13
**53B** [3] - 3:11, 162:21, 163:13
**54** [3] - 3:11, 162:21, 163:13
**56** [2] - 204:21, 204:22
**59** [3] - 3:11, 162:21, 163:13

**6**

**6** [6] - 14:19, 29:13,

214:22, 217:7, 219:10, 227:20
**626** [1] - 2:23

**7**

**7** [2] - 29:14, 228:22
**7-16-13** [1] - 217:1
**70** [1] - 60:13
**730** [1] - 2:14
**75310.12** [1] - 214:19
**77th** [1] - 63:1
**789.99** [1] - 185:12

**8**

**8** [5] - 14:19, 29:15, 47:13, 115:6, 217:19
**80** [1] - 60:13
**86** [1] - 146:19
**894-2969** [1] - 1:25
**8:30** [6] - 4:1, 68:17, 131:7, 131:8, 230:17, 230:18

**9**

**9** [16] - 14:19, 15:16, 29:16, 44:15, 92:21, 92:25, 94:1, 94:9, 94:10, 94:12, 96:14, 96:16, 97:19, 167:17, 219:18
**9-19-13** [1] - 220:8
**9-19-2013** [1] - 219:23
**90012** [2] - 1:24, 2:6
**90017** [1] - 2:24
**90211** [1] - 8:18
**90247** [1] - 215:12
**90266** [1] - 2:18
**90503** [1] - 2:14
**91** [3] - 3:11, 162:21, 163:13
**92** [3] - 3:11, 162:21, 163:13
**922(a)(1** [2] - 230:5, 231:15
**922(a)(1)(A)** [1] - 24:21
**922(d)(1** [1] - 25:5
**924(a)(1)(A)** [1] - 25:7
**94** [3] - 3:11, 162:21, 163:13
**97** [1] - 170:7
**98** [1] - 169:15

**A**

**A&D** [1] - 224:23
**A.M** [1] - 4:1
**abetting** [5] - 25:5, 41:5, 136:4, 152:5, 153:13
**abide** [4] - 57:8, 90:3, 111:19, 155:1
**abiding** [1] - 99:12
**abilities** [2] - 60:1, 68:9
**ability** [21] - 33:13, 35:1, 37:7, 38:25, 42:15, 44:9, 48:14, 56:6, 57:19, 65:7, 65:16, 69:5, 78:5, 81:5, 93:17, 94:3, 98:16, 122:12, 123:13, 138:15, 223:6
**able** [29] - 5:1, 32:6, 32:10, 32:12, 33:25, 34:25, 35:12, 45:12, 50:25, 56:8, 57:16, 60:3, 60:10, 60:18, 69:9, 69:13, 69:23, 75:15, 88:11, 88:18, 89:21, 92:17, 119:1, 145:20, 145:21, 155:1, 179:8, 196:3
**absence** [4] - 111:2, 131:16, 131:18, 230:19
**absolutely** [1] - 161:16
**academy** [1] - 203:22
**accept** [2] - 116:4, 116:22
**access** [2] - 5:2, 111:5
**accident** [1] - 5:2
**accidental** [1] - 86:24
**accommodate** [3] - 50:10, 68:15, 130:15
**accommodations** [1] - 50:11
**accomplice** [1] - 161:24
**accomplices** [1] - 161:21
**accomplish** [5] - 34:25, 35:7, 38:22, 57:18, 123:12
**accomplished** [1] - 12:25
**according** [6] - 117:24, 129:6, 170:16, 185:19, 216:2, 216:24

**account** [6] - 138:14, 150:10, 150:18, 150:19, 167:2, 167:6
**accountant** [3] - 31:18, 41:24, 98:6
**accounting** [1] - 59:19
**accounts** [1] - 140:11
**accuracy** [1] - 141:4
**accurate** [4] - 6:25, 188:18, 188:24, 200:17
**accused** [2] - 69:2, 122:6
**achiness** [1] - 68:3
**Acknowledgement** [1] - 217:21
**acknowledgement** [2] - 153:19, 214:2
**acquainted** [1] - 131:14
**acquire** [1] - 226:17
**acquired** [1] - 80:13
**acquiring** [2] - 148:9, 222:24
**Acquisition** [3] - 222:23, 223:15, 224:22
**acquisition** [2] - 223:16, 224:23
**act** [1] - 15:22
**acted** [2] - 155:11, 159:25
**Action** [1] - 103:20
**actions** [2] - 151:9, 153:22
**activities** [1] - 68:6
**activity** [1] - 54:20
**acts** [2] - 15:17, 16:5
**actual** [13] - 148:7, 148:8, 148:13, 174:13, 178:6, 178:7, 178:9, 179:4, 219:5, 224:16, 228:12, 228:21, 229:12
**adapt** [1] - 33:14
**add** [2] - 28:21, 76:24
**added** [1] - 19:15
**addict** [1] - 159:4
**addition** [4] - 24:22, 136:2, 136:15, 162:10
**additional** [22] - 72:4, 72:14, 81:3, 89:15, 90:17, 92:10, 103:14, 104:24, 110:9, 112:20, 113:7, 113:10, 113:13, 115:19, 127:2, 133:15,

151:13, 199:3, 199:10, 201:15, 219:14, 219:18
**address** [21] - 14:14, 16:22, 19:23, 67:19, 105:24, 128:19, 132:4, 172:18, 180:24, 181:1, 186:6, 215:9, 215:11, 217:3, 217:4, 221:1, 223:22, 225:12, 225:19, 228:5, 231:4
**addressed** [2] - 16:11, 20:17
**addresses** [1] - 120:18
**addressing** [1] - 77:17
**adjudication** [1] - 216:21
**administration** [1] - 55:2
**administrative** [1] - 37:18
**administrator** [1] - 98:4
**admissibility** [3] - 11:14, 11:17, 17:2
**admissible** [6] - 8:7, 8:9, 8:25, 9:1, 9:17, 11:10
**admissions** [1] - 9:17
**admit** [3] - 5:7, 10:23, 162:16
**admitted** [17] - 3:16, 132:11, 161:21, 163:21, 163:24, 163:25, 167:16, 169:14, 170:7, 172:22, 177:13, 182:23, 184:22, 214:8, 220:19, 223:11, 227:19
**adopted** [1] - 52:10
**adult** [2] - 63:23, 66:16
**adults** [1] - 41:24
**advanced** [1] - 204:1
**Advanced** [2] - 204:4
**advantage** [1] - 143:17
**advertise** [2] - 150:17, 150:19
**advertised** [4] - 19:12, 19:13, 19:18, 19:22
**advertisements** [1] - 166:20
**advertising** [4] - 123:24, 124:6, 124:8, 150:9

**aer@aerlawgroup. com** [1] - 2:25
**affairs** [1] - 216:22
**affirm** [2] - 160:19, 201:22
**affirmatively** [2] - 39:4, 88:20, 119:5
**afforded** [1] - 37:25
**African** [2] - 83:5
**afternoon** [14] - 21:18, 25:19, 68:19, 68:20, 111:22, 120:2, 123:19, 130:19, 130:21, 154:13, 186:18, 186:19, 202:11
**afternoons** [2] - 130:9, 130:10
**age** [2] - 226:10, 226:12
**agencies** [6] - 49:4, 49:19, 81:15, 109:22, 133:5, 164:15
**agency** [17] - 55:7, 81:16, 81:17, 81:20, 82:16, 84:10, 84:16, 109:15, 109:19, 110:16, 121:13, 121:14, 123:24, 124:6, 126:22, 144:15, 211:20
**Agency** [1] - 203:6
**agent** [11] - 59:18, 67:5, 81:19, 113:23, 113:24, 114:4, 121:1, 121:9, 144:4, 204:7
**AGENT** [1] - 12:22
**Agent** [16] - 2:9, 12:21, 12:23, 22:25, 26:23, 26:24, 26:25, 114:3, 202:12, 203:7, 204:25, 205:9, 205:17, 211:6, 211:9
**agents** [13] - 4:12, 5:14, 12:20, 26:23, 27:1, 187:12, 194:18, 194:24, 195:7, 195:9, 195:17, 199:11, 203:22
**ago** [14] - 31:21, 55:19, 76:2, 82:6, 82:14, 86:10, 100:17, 107:3, 108:17, 108:20, 120:25, 124:16, 195:8, 198:25

**agree** [9] - 44:6, 46:15, 65:14, 90:19, 119:3, 135:15, 136:22, 167:23, 172:6
**agreed** [14] - 11:10, 11:16, 12:1, 53:9, 92:18, 92:19, 114:22, 118:15, 132:8, 133:11, 145:15, 171:22, 172:8, 198:3
**agreement** [4] - 46:1, 92:15, 143:24, 177:7, 177:10, 186:21, 186:23, 197:20, 197:23, 198:3, 200:8
**agrees** [2] - 18:23, 118:6
**ahead** [5] - 5:24, 50:17, 108:9, 108:14, 162:19
**aiding** [5] - 25:5, 41:5, 136:4, 152:5, 153:13
**aimed** [2] - 228:10, 228:11
**air** [1] - 72:13
**alcohol** [1] - 202:17
**Alcohol** [5] - 27:1, 81:16, 84:16, 110:15, 202:12
**Alexis** [2] - 29:23, 61:25
**Alford** [1] - 103:20
**ALL** [4] - 91:6, 92:19, 118:16, 128:13
**allegation** [1] - 71:25
**allegations** [2] - 25:10
**alleged** [1] - 20:16
**allegedly** [1] - 20:11
**allow** [6] - 6:18, 17:5, 129:18, 135:17, 156:22, 222:3
**allowed** [1] - 206:21
**allows** [1] - 211:2
**almost** [1] - 13:16
**alone** [3] - 19:22, 72:13, 173:20
**ALTERNATE** [1] - 129:8
**alternate** [2] - 118:20, 127:4
**alternates** [15] - 117:2, 117:3, 118:4, 118:5, 118:6, 118:10, 118:19, 119:14, 127:10, 127:17, 128:8, 128:15, 128:19, 130:2, 135:1

**aluminium** [1] - 209:15
**alzheimer's** [1] - 98:24
**amazing** [1] - 66:25
**Amazon** [1] - 70:23
**Ambrosio** [5] - 2:22, 4:20, 4:23, 23:9, 27:14
**amendment** [1] - 15:8
**AMERICA** [1] - 1:8
**America** [4] - 4:7, 22:16, 58:6, 129:23
**American** [2] - 83:5, 83:6
**ammunition** [19] - 204:3, 207:17, 207:18, 208:17, 208:24, 209:1, 209:21, 209:23, 210:14, 211:4, 211:22, 211:25, 212:1, 213:21, 221:23, 221:24, 224:14, 224:19, 226:9
**Ammunition** [2] - 204:4, 211:19
**amount** [2] - 19:17, 19:18
**analogy** [1] - 42:5
**analysis** [1] - 48:24
**analyst** [4] - 43:6, 120:10, 120:14, 121:3, 203:6
**analyzing** [1] - 120:16
**ancestry** [1] - 135:20
**Angeles** [15] - 1:17, 1:24, 2:6, 2:24, 39:12, 49:15, 53:23, 58:19, 60:25, 62:19, 70:3, 152:18, 202:19, 204:14, 215:8
**animals** [1] - 212:23
**Anne** [2] - 1:23, 233:11
**anne.kielwasser@ gmail.com** [1] - 1:25
**answer** [4] - 31:13, 97:23, 138:5, 178:13
**answered** [3] - 137:25, 138:1, 219:23
**answering** [3] - 148:12, 179:3, 229:12
**answers** [8] - 26:7, 66:6, 148:11, 149:25, 178:25, 180:6, 229:2, 229:9

**Antancio** [1] - 114:2
**anti** [1] - 68:25
**anticipated** [1] - 213:16
**anxiety** [1] - 50:20
**apart** [4] - 7:22, 48:9, 55:14, 90:21
**apartment** [1] - 121:9
**APC** [1] - 2:17
**apologies** [3] - 17:21, 19:2, 185:25
**apologize** [5] - 9:4, 17:14, 18:14, 184:8, 232:21
**appeal** [2] - 16:2, 16:8
**appear** [2] - 9:16, 11:2
**appearances** [1] - 22:19
**applicant** [4] - 213:22, 220:4, 220:14, 220:16
**application** [10] - 121:13, 121:15, 139:18, 213:14, 213:15, 214:10, 215:10, 216:16, 216:25, 217:11
**applied** [5] - 109:19, 125:22, 206:20, 231:13, 232:10
**applies** [14] - 34:5, 38:7, 48:12, 78:25, 79:6, 84:1, 87:3, 91:9, 92:5, 106:18, 139:8, 139:21, 139:23, 142:25
**apply** [21] - 9:22, 10:11, 12:19, 13:4, 28:6, 37:20, 43:25, 48:11, 52:25, 53:16, 56:12, 78:1, 78:19, 90:22, 91:25, 92:1, 118:22, 120:24, 135:14, 232:8, 232:9
**applying** [3] - 145:2, 213:10, 220:13
**appreciate** [1] - 90:1
**approach** [2] - 196:6, 205:10
**approached** [1] - 140:4
**appropriate** [4] - 97:9, 168:20, 168:21, 232:11
**approved** [1] - 211:16
**approximate** [1] - 204:20
**approximation** [1] - 211:13
**apps** [1] - 70:24

**Arao** [89] - 4:9, 4:17, 5:16, 5:17, 6:8, 6:21, 6:24, 7:4, 8:10, 10:1, 10:5, 10:6, 12:7, 12:18, 13:10, 13:19, 14:8, 14:9, 14:25, 15:5, 15:12, 21:10, 22:18, 23:4, 24:14, 24:15, 25:9, 27:5, 27:6, 27:7, 27:9, 40:19, 40:22, 48:5, 48:9, 48:12, 76:21, 129:25, 132:16, 143:15, 145:9, 145:12, 146:6, 147:1, 147:15, 148:24, 149:4, 149:10, 149:12, 150:4, 150:18, 150:23, 154:10, 154:16, 154:18, 154:25, 155:10, 155:16, 155:23, 156:5, 157:15, 157:16, 158:2, 158:6, 158:8, 158:18, 158:21, 158:22, 159:11, 159:14, 159:19, 159:25, 161:13, 163:7, 168:8, 168:18, 189:2, 189:16, 192:14, 194:9, 201:8, 216:1, 217:4, 221:10, 231:11, 232:9, 232:14
**ARAO** [2] - 1:12, 2:11
**Arao's** [5] - 5:10, 5:13, 6:22, 9:21, 11:18
**arbitrations** [1] - 85:5
**arduous** [2] - 99:3, 99:13
**area** [4] - 62:11, 62:20, 103:11, 166:4
**argue** [1] - 16:1
**argued** [1] - 15:18
**argument** [2] - 5:23, 8:14
**arguments** [3] - 137:1, 143:1, 149:7
**arising** [1] - 162:2
**Arleta** [1] - 106:3
**arms** [1] - 211:18
**Arms** [1] - 211:19
**arranged** [3] - 152:13, 153:6, 219:8
**arrest** [4] - 107:5, 108:17, 108:25, 124:22

**arrested** [13] - 79:2, 79:5, 79:7, 79:14, 79:19, 80:4, 81:11, 82:21, 106:19, 107:2, 108:10, 109:1, 124:20
**arrests** [1] - 125:17
**arrive** [2] - 5:1, 230:18
**arrived** [2] - 173:21, 192:21
**arriving** [1] - 21:2
**arson** [1] - 202:16
**Artesia** [9] - 172:16, 172:17, 172:18, 181:4, 186:7, 215:11, 217:5, 221:2, 223:22
**Articles** [1] - 217:9
**articles** [1] - 217:17
**artist** [1] - 100:1
**aside** [4] - 58:4, 77:25, 83:13, 85:20
**aspect** [6] - 37:5, 40:3, 55:3, 56:19, 111:7, 131:19
**aspects** [1] - 111:9
**assaulted** [1] - 86:22
**assembled** [1] - 134:25
**assess** [4] - 34:4, 34:22, 56:9, 90:21
**assessing** [3] - 31:2, 34:20, 35:1
**assessment** [1] - 54:18
**assigned** [2] - 202:19, 202:20
**assignment** [1] - 129:13
**assist** [2] - 31:11, 142:10
**assistant** [5] - 26:21, 37:18, 41:25, 61:2, 103:16
**assistants** [1] - 54:17
**Association** [1] - 73:16
**assume** [3] - 56:14, 75:21, 89:12
**assuming** [6] - 6:19, 9:14, 9:15, 11:3, 51:12, 121:12
**asterisk** [3] - 218:2, 218:4, 218:6
**ATF** [30] - 4:12, 23:1, 144:15, 144:24, 147:20, 176:9, 179:2, 202:13, 202:14, 202:15, 203:1, 203:4, 203:5,

203:15, 203:21, 204:6, 212:14, 212:15, 213:3, 214:14, 214:15, 216:12, 217:17, 220:10, 220:13, 224:3, 226:1, 227:9, 229:11, 230:1
**ATF's** [1] - 223:6
**ATFE** [1] - 214:19
**attached** [1] - 7:13
**attacking** [1] - 231:25
**attempted** [1] - 151:17
**attempting** [1] - 226:17
**attended** [1] - 204:4
**attention** [8] - 16:4, 111:10, 117:10, 130:15, 141:25, 153:18, 212:12, 230:9
**attentive** [1] - 142:7
**attitude** [2] - 81:14, 90:11
**Attorney** [1] - 2:5
**attorney** [2] - 120:12, 200:10
**Attorney's** [1] - 26:16
**attorneys** [5] - 26:22, 134:17, 137:2, 137:3, 142:25
**audience** [1] - 112:9
**auditor** [2] - 37:7, 37:6
**AUSA** [1] - 2:5
**authentic** [1] - 188:14
**authentication** [1] - 11:4
**authenticity** [3] - 8:16, 11:13, 17:2
**authorize** [1] - 216:11
**automatic** [4] - 205:24, 212:2, 212:3, 212:5
**available** [4] - 150:25, 151:6, 165:17, 165:22
**avert** [1] - 6:12
**avoid** [3] - 12:23, 111:13, 111:17
**aware** [2] - 214:3, 220:16

**B**

**baby** [1] - 98:7
**Baca** [1] - 133:21
**background** [8] - 30:5, 55:1, 176:6, 179:12, 213:17,

213:19, 216:17, 224:18
**backwards** [1] - 208:11
**bad** [3] - 18:14, 51:6, 115:24
**badge** [2] - 143:18, 149:18
**bang** [2] - 208:10, 210:14
**banging** [1] - 107:13
**bank** [2] - 144:8, 152:2
**Bank** [1] - 101:21
**bargain** [1] - 186:24
**barrel** [5] - 208:13, 209:17, 209:19, 209:22, 210:2
**based** [27] - 8:12, 19:20, 31:23, 31:25, 55:25, 56:2, 57:17, 59:6, 59:10, 63:10, 80:11, 91:1, 93:22, 94:2, 134:3, 139:7, 141:11, 141:23, 165:25, 198:13, 202:18, 209:8, 212:15, 216:15, 224:15, 226:14
**basic** [11] - 144:19, 145:22, 203:21, 204:2, 204:15, 212:11, 212:16, 213:13, 219:14, 222:22, 222:23
**basics** [3] - 203:24, 205:7, 219:1
**Bates** [1] - 195:25
**BATF** [1] - 223:14
**Bay** [1] - 103:13
**BB** [3] - 78:10, 78:11, 78:13
**Beach** [3] - 2:18, 47:15, 61:13
**bear** [3] - 122:6, 122:16, 138:22
**beat** [1] - 109:2
**became** [3] - 44:7, 55:18, 79:22
**become** [5] - 61:15, 124:9, 145:2, 165:6, 213:23
**becomes** [1] - 157:12
**began** [1] - 151:19
**begin** [1] - 8:17
**beginning** [2] - 6:13, 141:19
**behalf** [19] - 4:11, 4:14, 4:16, 4:20, 14:25, 15:5, 22:22, 22:24, 23:4, 23:9,

122:19, 132:16, 132:17, 148:9, 161:12, 163:7, 163:9, 178:8, 231:11
**BEHALF** [3] - 2:3, 2:11, 2:21
**behaved** [1] - 146:20
**belief** [1] - 159:22
**believability** [2] - 138:23, 162:6
**believable** [1] - 138:25
**believes** [1] - 7:4
**belive** [1] - 13:17
**belong** [1] - 121:21
**belongs** [1] - 109:25
**below** [4] - 210:7, 215:25, 216:4, 221:7
**benefit** [1] - 186:24
**best** [15] - 35:1, 35:5, 35:8, 42:15, 44:9, 48:14, 57:18, 64:20, 65:16, 65:17, 68:24, 71:5, 98:16, 123:12, 199:6
**better** [1] - 68:8
**between** [17] - 19:9, 20:12, 21:3, 36:12, 71:4, 111:16, 120:17, 124:6, 132:22, 137:17, 149:21, 157:7, 164:6, 170:9, 170:13, 206:22, 211:10
**Beverly** [1] - 66:13
**beyond** [16] - 31:1, 36:15, 36:20, 38:2, 38:19, 53:5, 56:13, 90:9, 90:24, 122:18, 130:20, 136:13, 155:8, 155:10, 155:14, 159:24
**Bianca** [1] - 114:6
**bias** [5] - 57:10, 99:14, 99:17, 113:5, 138:18
**bifurcate** [1] - 12:20
**bifurcated** [1] - 15:10
**big** [3] - 11:15, 169:18, 178:1
**biggest** [1] - 9:25
**bill** [1] - 186:4
**billed** [1] - 185:20
**bioengineer** [1] - 98:7
**biographical** [3] - 213:18, 226:23, 228:6
**bird** [2] - 74:12, 75:5
**birth** [1] - 226:23
**bit** [27] - 21:19, 23:24, 25:21, 31:4, 32:8,

39:20, 42:3, 45:10, 58:22, 65:20, 67:17, 68:1, 68:21, 68:25, 69:16, 69:22, 70:21, 72:11, 73:2, 86:5, 104:7, 111:21, 131:1, 158:4, 206:3, 228:20, 230:18
**black** [1] - 209:6
**Blake** [1] - 113:25
**blessed** [1] - 159:7
**blocked** [1] - 210:10
**blog** [1] - 139:17
**blue** [1] - 184:2
**blurry** [2] - 184:15, 184:16
**body** [1] - 123:11
**book** [5] - 222:25, 223:16, 224:23
**Book** [1] - 223:15
**books** [2] - 33:7, 64:8
**booths** [2] - 166:12, 166:13
**bother** [1] - 47:7
**bottom** [10] - 27:23, 75:9, 179:7, 209:2, 214:16, 218:5, 218:12, 219:20, 224:11, 228:8
**bought** [18] - 144:2, 147:13, 147:16, 148:21, 148:22, 148:25, 149:10, 149:15, 176:15, 177:15, 181:16, 182:8, 182:20, 183:6, 183:9, 192:1
**Boulevard** [7] - 2:14, 2:23, 186:7, 215:11, 217:5, 221:2, 223:22
**box** [2] - 205:11, 223:21
**brand** [1] - 150:14
**brands** [1] - 124:7
**breach** [1] - 209:20
**break** [4] - 68:14, 68:21, 143:14, 206:3
**breaking** [1] - 15:22
**brief** [1] - 19:3
**Brief** [1] - 117:16
**briefly** [7] - 18:20, 197:17, 203:3, 203:19, 221:16, 231:7, 232:20
**bring** [7] - 16:3, 117:10, 130:8, 130:14, 134:14, 134:21, 152:21
**brings** [1] - 136:9
**broader** [1] - 86:6

**broker** [1] - 62:19
**brother** [8] - 58:17, 58:25, 59:1, 101:2, 103:16, 121:19, 152:22
**brothers** [4] - 100:15, 100:24, 101:4, 104:14
**brought** [7] - 23:14, 24:1, 26:15, 65:9, 107:22, 129:24, 135:23
**Buck** [3] - 173:3, 183:19, 190:22
**buck** [1] - 184:7
**budget** [2] - 42:7, 42:9
**build** [2] - 42:8, 70:23
**building** [6] - 5:1, 5:3, 42:6, 42:8, 45:24, 51:17
**bulk** [2] - 147:6, 222:12
**bullet** [4] - 208:13, 209:25, 211:12, 211:14
**bunch** [1] - 166:10
**burden** [8] - 36:12, 38:4, 38:12, 53:12, 92:1, 122:6, 122:16, 155:7
**Bureau** [2] - 27:1, 202:12
**burn** [1] - 54:21
**burn-up** [1] - 54:21
**business** [55] - 8:12, 8:17, 8:23, 9:1, 9:2, 9:4, 13:11, 14:1, 24:19, 31:11, 40:20, 45:6, 45:9, 45:10, 45:11, 54:24, 55:15, 64:8, 71:2, 101:20, 130:21, 135:25, 144:23, 144:24, 145:10, 145:15, 146:20, 146:25, 147:2, 147:18, 150:8, 151:10, 156:4, 158:6, 185:13, 185:16, 212:20, 214:25, 215:7, 215:9, 215:11, 215:23, 217:14, 217:16, 217:18, 218:18, 220:3, 222:19, 227:8, 227:9, 230:6, 230:8, 230:11
**Business** [2] - 218:10, 230:5
**businesses** [1] -

147:9
**button** [1] - 211:1
**buy** [25] - 143:18, 143:19, 144:21, 147:5, 147:6, 147:8, 147:22, 149:14, 149:17, 149:22, 151:17, 152:19, 152:24, 153:9, 167:23, 168:4, 173:16, 174:25, 181:5, 183:7, 191:20, 192:12, 193:9, 222:12, 226:4
**buyer** [24] - 61:15, 101:17, 147:14, 147:21, 148:3, 148:8, 148:10, 148:13, 148:15, 178:6, 178:7, 178:9, 179:4, 224:13, 225:24, 228:2, 228:5, 228:12, 228:14, 228:16, 229:4, 229:6, 229:13
**buyers** [1] - 144:2
**buying** [21] - 146:9, 149:13, 151:18, 151:20, 152:11, 165:7, 165:10, 165:13, 167:11, 170:5, 171:9, 171:12, 175:4, 176:23, 178:8, 192:8, 192:15, 193:7, 193:18, 219:5, 226:3
**BY** [23] - 3:6, 3:7, 3:8, 164:24, 167:10, 168:23, 171:19, 183:24, 186:3, 186:17, 187:4, 188:5, 191:23, 195:12, 195:16, 196:14, 196:25, 197:19, 200:3, 202:10, 205:6, 205:16, 211:8

---

## C

**C-A-D-M-A-N** [1] - 97:13
**C-E-R-V-A-N-T-E-S** [1] - 161:3
**C-H-E-N** [1] - 29:20
**CA** [4] - 2:6, 2:14, 2:18, 2:24
**Cadman** [6] - 97:13, 102:16, 127:17,

127:23, 128:4, 128:5
**cafeteria** [1] - 111:20
**calendar** [2] - 25:17, 131:3
**Cali** [1] - 61:12
**caliber** [14] - 150:11, 205:25, 206:13, 206:17, 207:15, 207:16, 207:17, 207:20, 207:23, 211:10, 211:11, 211:15, 225:10
**CALIFORNIA** [1] - 1:2
**California** [42] - 1:17, 1:24, 10:24, 31:15, 31:21, 36:4, 36:23, 37:6, 39:14, 106:3, 113:24, 119:17, 120:8, 123:21, 132:13, 132:23, 133:2, 133:6, 149:21, 150:25, 152:17, 156:10, 156:16, 156:18, 157:1, 157:8, 157:20, 158:12, 158:23, 159:1, 159:5, 159:6, 159:12, 164:8, 164:12, 164:16, 186:8, 202:20, 212:14, 215:12, 217:6, 221:3
**Camacho** [14] - 20:12, 114:7, 152:9, 152:10, 152:14, 152:17, 152:20, 152:22, 152:23, 153:1, 153:6, 153:7, 153:9, 153:10
**candy** [1] - 130:12
**cannot** [11] - 6:5, 14:8, 28:9, 28:11, 92:22, 138:1, 138:2, 146:1, 154:23, 159:24, 178:9
**capable** [1] - 216:22
**capacity** [5] - 14:12, 36:25, 54:12, 84:4
**capital** [1] - 103:17
**captain** [1] - 121:20
**car** [4] - 66:17, 82:6, 82:7, 82:8
**card** [1] - 121:20
**care** [2] - 99:13, 216:22
**career** [2] - 61:14, 62:13
**carefully** [5] - 28:5, 46:19, 56:11, 91:25,

224:9
**CARLOS** [2] - 1:12, 2:21
**Carlos** [16] - 4:8, 4:20, 22:17, 24:3, 24:10, 129:25, 136:3, 143:15, 169:3, 169:11, 170:20, 170:22, 171:20, 173:16, 174:17, 228:4
**Carlos's** [3] - 169:5, 169:11, 170:4
**Carmen** [1] - 133:21
**carry** [3] - 168:3, 191:21, 219:15
**carrying** [2] - 121:20, 203:13
**cars** [3] - 174:2, 174:4, 174:5
**Carson** [1] - 53:21
**cartridge** [1] - 212:4
**case** [199] - 9:8, 11:16, 12:1, 21:12, 23:19, 23:22, 23:23, 23:24, 25:12, 25:14, 25:15, 25:23, 26:9, 26:14, 26:22, 27:25, 28:16, 30:14, 30:18, 31:1, 31:6, 34:3, 35:17, 36:19, 37:8, 37:11, 38:1, 38:8, 38:13, 38:14, 38:19, 39:19, 39:22, 40:1, 40:15, 41:7, 42:16, 42:21, 43:7, 43:8, 43:10, 43:22, 43:24, 45:18, 46:1, 46:17, 48:2, 48:7, 48:9, 48:11, 48:18, 50:10, 51:1, 51:14, 52:18, 53:5, 54:3, 55:23, 55:24, 56:7, 56:11, 56:13, 56:20, 57:6, 57:13, 65:4, 65:8, 66:2, 68:13, 70:9, 70:18, 71:24, 72:12, 72:13, 74:1, 76:8, 78:5, 80:6, 81:3, 81:16, 84:8, 84:17, 86:16, 87:3, 87:16, 87:17, 87:21, 87:25, 88:8, 88:13, 89:6, 90:23, 91:9, 91:13, 91:14, 91:19, 92:2, 92:4, 92:8, 98:16, 99:6, 99:15, 100:9, 101:8, 101:24, 102:7, 104:20, 106:9, 109:15, 110:12,
110:20, 111:2, 111:7, 111:8, 111:9, 111:15, 112:17, 112:21, 114:3, 117:9, 117:20, 117:22, 118:24, 123:7, 123:10, 124:17, 124:24, 125:7, 127:4, 129:5, 129:16, 129:22, 129:24, 130:1, 131:19, 132:10, 135:6, 135:12, 135:16, 135:23, 136:19, 137:1, 137:2, 138:8, 138:10, 138:18, 139:5, 139:6, 139:7, 139:9, 139:11, 139:15, 139:22, 140:2, 140:5, 140:11, 140:13, 140:16, 140:18, 140:20, 140:24, 141:2, 141:11, 141:22, 142:5, 142:25, 143:9, 143:14, 144:4, 144:5, 146:14, 146:15, 146:18, 146:22, 149:5, 154:17, 155:6, 155:9, 157:2, 157:12, 159:18, 160:12, 160:20, 161:20, 187:12, 198:18, 201:23, 208:19, 212:5, 213:6, 215:3, 217:14, 230:19
**Case** [2] - 4:5, 22:15
**cases** [4] - 40:13, 51:16, 51:20, 91:22, 103:17, 131:1
**cash** [4] - 152:2, 175:9, 175:10, 175:12
**categories** [4] - 5:7, 5:9, 5:16, 10:19
**category** [2] - 6:1, 67:7
**caused** [2] - 194:25
**causes** [4] - 67:24, 67:25, 69:22
**caution** [2] - 30:15, 162:11
**cell** [1] - 107:18
**cement** [1] - 101:19
**center** [2] - 52:13, 202:21

**CENTRAL** [1] - 1:2
**Central** [1] - 203:6
**Century** [1] - 70:23
**CEO** [3] - 13:21, 147:1, 221:13
**certain** [26] - 5:5, 5:18, 7:3, 7:5, 11:24, 13:3, 30:12, 34:15, 57:12, 60:9, 64:15, 71:18, 71:19, 72:17, 78:17, 85:17, 94:7, 145:19, 196:15, 206:6, 206:11, 211:16, 215:16, 222:20, 226:7, 232:13
**certainly** [6] - 57:20, 86:19, 113:3, 130:15, 157:3, 157:19
**certainty** [1] - 69:12
**Certification** [1] - 216:9
**certification** [9] - 148:15, 214:2, 216:25, 219:20, 229:2, 229:4, 229:6, 229:16, 230:4
**certify** [9] - 148:11, 149:25, 178:25, 180:5, 180:6, 229:9, 233:2
**Cervantes** [11] - 113:21, 160:16, 161:3, 161:22, 164:25, 186:18, 186:20, 196:15, 197:1, 197:20, 200:4
**CERVANTEZ** [2] - 3:5, 164:22
**chain** [1] - 147:1
**challenges** [6] - 92:13, 93:19, 93:20, 114:12, 115:19, 127:17
**chamber** [4] - 208:1, 208:3, 209:1, 209:23
**change** [3] - 46:21, 91:1, 91:3
**changed** [1] - 89:25
**character** [7] - 17:5, 121:10, 133:20, 133:22, 134:1, 134:3, 134:10
**characterized** [1] - 89:25
**charge** [10] - 13:10, 24:5, 40:15, 43:10, 43:11, 91:17, 107:11, 131:20, 154:20, 231:12

**charged** [26] - 24:2, 24:9, 24:22, 40:18, 40:21, 72:17, 79:2, 79:5, 79:19, 81:11, 90:13, 106:20, 109:5, 143:22, 146:20, 149:4, 151:13, 152:5, 153:3, 153:12, 154:18, 158:18, 158:19, 161:22, 168:17, 233:5
**charges** [24] - 15:11, 25:2, 41:3, 41:8, 43:11, 56:20, 65:8, 72:11, 72:13, 102:1, 103:2, 107:22, 125:18, 129:24, 135:24, 136:2, 136:7, 136:9, 136:12, 154:17, 154:21, 154:23, 154:24, 155:9
**Charles** [2] - 29:19, 53:20
**chart** [3] - 19:8, 170:8, 185:16
**charts** [1] - 10:25
**Chase** [1] - 101:21
**chat** [1] - 139:17
**check** [8] - 88:17, 112:10, 150:16, 176:6, 178:11, 213:19, 228:14, 230:15
**checked** [2] - 112:7, 179:12
**Chen** [9] - 29:20, 59:15, 60:20, 88:10, 88:13, 92:16, 92:20, 93:23, 93:24
**chief** [2] - 45:24, 158:4
**child** [2] - 59:21, 106:6
**children** [20] - 31:19, 36:5, 39:16, 41:23, 43:7, 45:2, 47:19, 52:10, 61:4, 66:16, 70:8, 98:6, 100:3, 101:19, 102:23, 119:20, 120:9, 124:1, 155:19
**chip** [1] - 66:18
**chooses** [1] - 142:22
**chunk** [2] - 210:1, 211:12
**circuit** [1] - 233:5
**circumstances** [1] - 217:13
**circumstantial** [4] - 137:9, 137:12,

137:16, 137:18
**circumvent** [1] - 146:23
**citizen** [3] - 58:5, 63:20, 99:12
**citizenship** [1] - 159:5
**City** [7] - 41:22, 45:23, 53:21, 59:16, 62:1, 84:11, 181:4
**city** [4] - 44:3, 165:2, 206:12, 206:17
**civil** [12] - 36:9, 36:10, 36:13, 39:22, 40:10, 46:1, 47:18, 70:9, 84:24, 85:5, 98:13, 100:7
**civilian** [4] - 84:4, 121:1, 121:2, 216:19
**claim** [1] - 8:22
**claims** [1] - 30:23
**clarification** [1] - 13:9
**clarify** [1] - 168:16
**clarity** [2] - 12:5, 132:20
**class** [1] - 75:15
**classify** [1] - 191:5
**clear** [8] - 7:20, 9:5, 16:1, 18:25, 60:9, 148:4, 176:6, 232:12
**cleared** [2] - 9:7, 129:14
**clearing** [1] - 67:6
**clearinghouses** [1] - 222:11
**clearly** [1] - 93:17
**clerk** [11] - 26:1, 28:23, 29:3, 31:17, 45:24, 76:12, 94:6, 130:15, 131:13, 135:2, 141:21
**CLERK** [31] - 4:5, 13:7, 18:18, 22:15, 26:2, 26:12, 29:5, 76:17, 94:9, 94:14, 94:19, 94:22, 96:22, 96:25, 97:6, 97:8, 112:8, 112:11, 117:17, 117:21, 118:1, 119:9, 129:2, 131:21, 134:22, 160:17, 160:24, 196:8, 201:21, 202:2, 230:22
**clerks** [1] - 31:10
**client** [2] - 19:10, 133:23
**clients** [1] - 120:17
**clip** [1] - 6:11
**clips** [3] - 6:7, 6:9, 7:12

**close** [21] - 63:8, 78:20, 78:23, 79:1, 79:6, 81:10, 81:11, 81:23, 81:24, 84:2, 84:15, 86:6, 86:7, 106:21, 125:18, 125:23, 126:16, 141:25, 208:24
**closer** [1] - 113:16
**closing** [2] - 143:1, 159:18
**co** [1] - 9:8
**co-conspirator** [1] - 9:8
**coconspirator** [3] - 8:10, 9:18, 20:15
**Coconspirator** [1] - 20:14
**cocounsel** [1] - 4:21
**Code** [4] - 24:20, 25:1, 25:4, 25:7
**coffee** [1] - 130:10
**cold** [1] - 158:4
**collect** [1] - 191:20
**collection** [2] - 150:24, 165:14
**collector** [3] - 191:9, 191:16, 221:20
**collision** [1] - 52:12
**color** [1] - 135:20
**Colt** [12] - 146:2, 147:13, 149:11, 150:12, 165:11, 165:13, 165:17, 165:22, 166:6, 166:13, 185:1, 205:25
**column** [3] - 184:25, 185:11, 225:22
**columns** [1] - 228:15
**comfortable** [13] - 34:22, 34:23, 46:13, 46:25, 47:3, 51:19, 67:18, 67:21, 108:11, 130:6, 193:1, 193:2, 193:4
**coming** [4] - 69:20, 69:21, 89:25, 222:16
**commence** [1] - 142:13
**commentary** [1] - 140:11
**commercial** [1] - 102:19
**Commission** [2] - 49:7, 49:18
**commit** [3] - 143:23, 143:24, 145:16
**committing** [1] - 161:25

**common** [4] - 46:22, 91:1, 221:24, 226:14
**communicate** [2] - 139:13, 139:14
**communicating** [2] - 139:21, 139:23
**communications** [2] - 48:22, 141:7
**communities** [1] - 154:2
**community** [1] - 191:12
**company** [15] - 13:20, 14:1, 14:5, 14:7, 41:25, 44:24, 45:1, 59:20, 66:18, 67:11, 100:5, 101:18, 102:20, 180:23, 217:15
**complaint** [1] - 83:2
**complete** [10] - 6:25, 147:21, 148:12, 150:2, 155:25, 179:1, 180:7, 195:11, 224:10, 229:10
**completed** [3] - 139:5, 151:24, 228:1
**completely** [1] - 195:18
**completing** [1] - 218:8
**complex** [2] - 34:15, 44:1
**compliance** [2] - 49:1, 155:25
**composed** [1] - 68:10
**comprehend** [1] - 33:10
**Comptroller** [1] - 49:19
**computer** [2] - 117:14, 121:3
**conceal** [1] - 151:25
**concealed** [1] - 219:15
**concept** [2] - 144:19, 147:24
**concepts** [1] - 145:22
**concern** [1] - 9:25
**concerned** [8] - 33:13, 56:6, 65:7, 65:21, 69:4, 81:5, 94:3, 122:11
**concerning** [1] - 51:7
**concerns** [4] - 38:25, 71:24, 72:2, 78:4
**conclude** [5] - 25:24, 38:18, 46:17, 88:18, 230:14
**concluded** [2] - 31:6,

117:9
**conclusion** [5] - 38:8, 38:14, 43:23, 123:10, 154:3
**concurrence** [1] - 16:7
**condition** [1] - 67:23
**Conduct** [1] - 218:10
**conduct** [11] - 22:1, 79:9, 81:12, 109:6, 111:13, 139:2, 146:21, 151:11, 152:4, 153:2, 153:11
**confer** [3] - 96:5, 168:20, 232:12
**conference** [13] - 89:9, 92:9, 94:23, 95:21, 96:21, 112:23, 114:11, 115:5, 115:11, 116:12, 118:2, 127:7, 233:7
**conferred** [1] - 132:7
**confidential** [1] - 20:12
**confinement** [1] - 222:18
**confirm** [2] - 20:21, 22:8
**confirms** [1] - 224:16
**conflict** [2] - 87:10, 105:13
**conflicts** [4] - 31:3, 87:4, 87:11, 87:15
**conformance** [1] - 233:6
**confused** [1] - 18:11
**confusion** [1] - 12:24
**Congress** [1] - 213:1
**connected** [1] - 210:17
**connecting** [1] - 124:7
**connection** [2] - 84:16, 161:20
**consequences** [1] - 187:8
**conservatorship** [1] - 99:1
**consider** [15] - 7:5, 7:18, 34:20, 56:11, 89:20, 136:19, 136:20, 136:25, 137:15, 138:8, 140:9, 153:24, 154:24, 162:6, 162:8
**considered** [1] - 210:8
**considering** [1] - 138:13
**consistent** [3] - 154:4, 193:17, 227:14
**conspiracy** [12] - 8:9,

13:11, 15:7, 15:19, 24:18, 24:23, 40:19, 40:23, 135:24, 143:23, 153:3, 154:20
**conspirator** [1] - 9:8
**constituted** [3] - 96:9, 116:4, 116:22
**constitutes** [1] - 8:22
**Constitution** [4] - 37:22, 37:24
**construction** [1] - 100:4
**constructive** [1] - 15:8
**consultant** [1] - 47:18
**consulting** [1] - 140:14
**contact** [9] - 21:3, 54:7, 55:5, 79:25, 110:14, 111:16, 111:17, 140:6, 189:2
**contain** [1] - 208:16
**contained** [3] - 9:5, 9:7, 136:8
**context** [1] - 49:11
**continue** [5] - 18:21, 76:22, 111:1, 224:6, 225:9
**continuing** [1] - 15:14
**contractor** [1] - 42:6
**contradicted** [1] - 138:19
**contrary** [3] - 25:11, 38:6, 53:15
**control** [2] - 135:9, 137:20
**controlled** [1] - 146:25
**conversations** [1] - 196:16
**convicted** [9] - 79:2, 79:5, 79:20, 81:11, 106:20, 124:16, 124:19, 152:10, 152:24
**conviction** [8] - 44:12, 44:13, 46:24, 87:24, 90:25, 92:7, 110:19
**convictions** [2] - 112:16, 125:17
**convince** [2] - 46:20, 46:22
**convinced** [1] - 90:23
**cooperating** [1] - 162:4
**cooperation** [1] - 200:20
**copies** [1] - 17:22
**copy** [9] - 11:7, 17:17, 17:22, 113:9, 176:12, 188:15,

218:6, 219:24, 220:20
**copyright** [1] - 71:6
**corner** [1] - 214:16
**CORONA** [2] - 3:5, 164:22
**Corona** [3] - 113:21, 160:16, 161:22
**corporate** [2] - 49:13, 120:12
**corporation** [6] - 13:21, 147:3, 155:24, 180:16, 214:23, 217:16
**Corporation** [1] - 2:13
**Corps** [2] - 121:20, 203:9
**correct** [74] - 8:13, 11:22, 12:2, 13:20, 13:24, 14:3, 18:12, 20:13, 22:8, 36:23, 36:24, 40:11, 48:25, 63:16, 63:17, 75:23, 81:6, 110:6, 118:10, 121:11, 121:15, 132:15, 132:17, 133:11, 134:8, 134:9, 142:12, 150:1, 178:13, 179:1, 180:7, 185:6, 186:21, 186:25, 187:6, 187:15, 187:22, 188:19, 188:25, 189:6, 189:13, 189:14, 189:16, 189:22, 189:24, 190:6, 190:9, 190:10, 190:13, 190:20, 191:9, 191:13, 191:25, 192:16, 192:17, 193:6, 193:14, 193:15, 193:24, 194:1, 194:5, 194:17, 197:4, 200:21, 200:23, 201:1, 201:3, 201:4, 201:6, 201:10, 201:11, 229:3, 229:10, 233:2
**correlation** [1] - 120:17
**Costa** [1] - 166:5
**Counsel** [2] - 22:19, 142:23
**counsel** [30] - 7:3, 9:10, 9:23, 10:13, 19:1, 19:25, 21:21, 22:25, 23:10, 27:18, 38:15, 76:22, 85:9,

85:18, 89:7, 92:24,
110:22, 112:13,
112:22, 127:6,
132:4, 142:21,
143:5, 143:9, 149:8,
160:10, 161:5,
168:10, 232:12
**Count** [2] - 15:6, 15:25
**count** [4] - 15:7,
153:12, 168:8, 199:9
**country** [1] - 206:16
**counts** [7] - 12:18,
13:10, 13:12, 13:14,
14:18, 154:5, 171:18
**county** [7] - 44:3,
50:7, 54:9, 59:2,
103:11, 153:13,
215:7
**County** [5] - 50:2,
53:23, 63:20, 98:2,
103:17
**couple** [7] - 25:17,
37:19, 49:25, 50:14,
54:5, 72:22, 203:23
**course** [32] - 11:15,
15:24, 16:16, 28:19,
33:18, 34:9, 35:11,
38:7, 57:11, 74:24,
87:5, 118:21, 130:6,
130:11, 139:10,
142:2, 143:22,
144:6, 144:14,
145:6, 145:18,
146:19, 147:13,
147:19, 148:21,
149:20, 151:18,
152:12, 152:16,
153:17, 153:25,
230:10
**COURT** [619] - 1:1,
4:5, 4:22, 4:24, 5:24,
6:16, 7:20, 8:3, 8:11,
8:14, 8:20, 9:2, 9:10,
9:13, 9:20, 9:25,
10:18, 11:18, 11:23,
12:5, 12:14, 12:23,
13:7, 13:9, 13:19,
13:23, 13:25, 14:4,
14:13, 14:16, 14:22,
15:2, 16:10, 16:18,
16:24, 17:10, 17:16,
17:20, 17:23, 18:6,
18:11, 18:17, 18:18,
19:5, 19:23, 20:6,
20:10, 20:15, 20:17,
20:23, 21:7, 21:9,
21:14, 21:17, 21:24,
22:5, 22:9, 22:11,
22:13, 22:15, 23:2,
23:7, 23:11, 24:8,

26:2, 26:12, 26:13,
29:5, 30:4, 31:23,
32:2, 32:5, 32:9,
32:12, 32:15, 32:17,
32:20, 32:22, 32:24,
33:1, 33:3, 33:6,
33:11, 33:22, 34:3,
35:4, 35:7, 35:9,
35:15, 35:17, 35:19,
35:22, 36:8, 36:11,
36:22, 36:25, 37:2,
37:5, 37:10, 37:13,
37:16, 37:19, 38:24,
39:5, 39:9, 39:19,
39:25, 40:3, 40:7,
40:10, 40:12, 40:15,
40:17, 41:10, 41:13,
41:16, 41:20, 42:2,
42:11, 42:15, 42:18,
42:21, 43:2, 43:8,
43:10, 43:13, 43:16,
43:18, 43:20, 44:11,
44:20, 45:3, 45:8,
45:12, 45:15, 45:18,
45:20, 46:2, 46:5,
46:7, 46:10, 46:12,
46:17, 47:5, 47:12,
47:22, 48:2, 48:4,
48:16, 48:20, 48:24,
49:3, 49:6, 49:10,
49:17, 49:23, 50:5,
50:7, 50:9, 50:14,
50:17, 50:21, 50:24,
51:3, 51:6, 51:9,
51:12, 51:16, 51:19,
51:22, 51:24, 52:3,
52:15, 52:18, 52:20,
52:24, 53:11, 53:14,
53:18, 54:4, 54:9,
54:12, 54:19, 54:22,
55:4, 55:11, 55:14,
55:18, 55:20, 56:5,
56:10, 56:16, 56:19,
57:2, 57:5, 57:11,
57:21, 57:24, 58:2,
58:15, 58:19, 58:21,
59:3, 59:6, 59:14,
59:23, 60:2, 60:6,
60:15, 60:20, 60:22,
61:7, 61:10, 61:14,
61:16, 61:20, 61:24,
62:7, 62:9, 62:11,
62:13, 62:16, 62:25,
63:3, 63:7, 63:10,
63:14, 63:16, 63:18,
64:1, 64:5, 64:9,
64:11, 64:15, 64:19,
64:22, 65:1, 65:3,
65:12, 65:19, 65:24,
66:1, 66:5, 66:20,
67:2, 67:8, 67:14,

67:18, 67:22, 68:8,
69:3, 69:7, 69:12,
69:17, 69:20, 69:25,
70:11, 70:14, 70:16,
70:18, 70:20, 71:1,
71:6, 71:12, 71:15,
71:23, 73:4, 73:7,
73:10, 73:15, 73:18,
73:21, 73:24, 74:4,
74:10, 74:13, 74:16,
74:18, 74:23, 75:1,
75:4, 75:7, 75:9,
75:12, 75:17, 75:20,
75:24, 76:3, 76:6,
76:17, 76:19, 77:1,
77:11, 77:18, 77:24,
78:4, 78:7, 78:11,
78:13, 78:16, 79:15,
80:6, 80:8, 80:11,
80:17, 80:20, 80:23,
81:9, 82:12, 82:16,
82:18, 82:21, 82:23,
83:2, 83:7, 83:10,
83:17, 83:19, 83:22,
85:6, 85:10, 85:13,
85:17, 85:20, 85:23,
86:5, 86:10, 86:13,
86:20, 86:25, 88:15,
88:17, 88:21, 88:24,
89:10, 89:18, 90:16,
91:7, 92:10, 92:13,
92:20, 93:4, 93:11,
93:16, 93:22, 94:9,
94:12, 94:14, 94:15,
94:19, 94:21, 94:22,
94:24, 95:2, 95:4,
95:12, 95:14, 95:17,
95:22, 95:25, 96:6,
96:10, 96:12, 96:15,
96:17, 96:19, 96:22,
96:24, 96:25, 97:3,
97:6, 97:8, 97:20,
98:12, 98:15, 98:18,
98:20, 99:5, 99:9,
99:14, 99:17, 99:20,
100:8, 100:11,
100:13, 100:19,
100:24, 101:3,
101:7, 101:10,
101:12, 101:24,
102:1, 102:3, 102:6,
102:9, 102:11,
102:15, 103:2,
103:4, 103:7, 103:9,
103:11, 103:14,
103:21, 103:25,
104:2, 104:12,
104:16, 104:18,
104:22, 104:24,
105:1, 105:13,
105:17, 105:23,

106:1, 106:8,
106:11, 106:14,
107:3, 107:5, 107:7,
107:15, 107:18,
107:20, 107:22,
107:24, 108:2,
108:5, 108:7, 108:9,
108:11, 108:14,
108:17, 108:21,
108:25, 109:5,
109:8, 109:11,
109:14, 109:17,
109:21, 109:24,
110:8, 110:14,
112:4, 112:6, 112:8,
112:10, 112:11,
112:12, 112:24,
113:4, 113:10,
113:13, 113:16,
114:12, 114:17,
114:19, 114:22,
114:25, 115:2,
115:7, 115:9,
115:12, 115:16,
115:18, 115:22,
115:25, 116:5,
116:7, 116:9,
116:15, 116:17,
116:19, 116:23,
116:25, 117:3,
117:5, 117:12,
117:14, 117:17,
117:18, 117:21,
118:1, 118:3,
118:11, 118:13,
118:15, 118:18,
119:6, 119:9,
119:13, 119:22,
119:24, 120:1,
120:5, 120:13,
120:20, 120:22,
121:1, 121:3, 121:5,
121:11, 121:17,
122:7, 122:11,
122:14, 122:17,
122:22, 123:1,
123:4, 123:9,
123:15, 123:17,
124:4, 124:9,
124:12, 124:19,
124:22, 124:24,
125:4, 125:8,
125:11, 125:13,
125:15, 126:2,
126:6, 126:9,
126:15, 126:17,
126:19, 126:22,
127:1, 127:8,
127:15, 127:22,
128:1, 128:5, 128:7,
128:10, 128:15,

129:2, 129:9,
129:15, 131:21,
131:23, 132:2,
132:19, 133:14,
133:25, 134:7,
134:10, 134:12,
134:20, 134:22,
134:25, 143:8,
143:11, 149:6,
154:6, 154:8,
154:11, 160:4,
160:8, 160:17,
160:24, 161:4,
161:17, 162:19,
163:5, 163:11,
163:25, 164:5,
167:9, 168:10,
168:14, 168:19,
171:15, 171:18,
183:22, 185:23,
186:2, 186:15,
187:2, 188:2, 188:4,
191:18, 195:11,
196:1, 196:4, 196:7,
196:8, 196:9,
196:21, 196:23,
197:15, 199:25,
201:13, 201:15,
201:17, 201:21,
202:2, 202:7, 205:2,
205:13, 205:15,
206:8, 211:7,
230:14, 230:17,
230:22, 231:3,
231:8, 232:3, 232:7,
232:17, 232:23
**court** [44] - 4:17, 6:5,
23:4, 31:7, 31:11,
32:7, 39:18, 39:20,
39:21, 39:22, 58:7,
58:10, 60:16, 69:21,
70:10, 90:15, 91:11,
93:21, 95:16, 96:18,
97:2, 97:7, 100:6,
100:7, 108:12,
113:15, 115:1,
115:8, 116:8, 117:4,
118:17, 122:1,
122:8, 124:16,
128:14, 129:21,
137:5, 141:3,
155:21, 204:17,
204:21, 204:22
**Court** [53] - 1:23, 5:2,
6:18, 7:2, 7:4, 8:3,
12:16, 13:1, 15:1,
15:18, 16:11, 17:17,
18:4, 19:4, 19:23,
26:10, 41:13, 43:23,
44:14, 76:7, 76:10,
78:1, 89:20, 90:4,

90:7, 90:10, 91:23,
113:4, 117:10,
117:23, 118:22,
123:10, 129:6,
140:7, 140:25,
141:12, 142:7,
149:1, 149:3,
151:12, 154:18,
160:20, 161:5,
161:6, 161:14,
164:4, 168:7,
168:15, 201:23,
204:25, 232:11,
233:11
**Court's** [4] - 7:8,
13:13, 16:4, 111:10
**courthouse** [1] -
79:18
**courtroom** [17] -
26:17, 30:20, 31:6,
31:10, 33:12, 36:16,
53:3, 69:21, 111:24,
114:9, 129:11,
129:14, 130:9,
133:17, 135:1,
141:6, 142:8
**Courtroom** [1] -
111:25
**courts** [3] - 54:2,
58:18, 102:25
**cover** [2] - 72:7, 77:19
**covered** [1] - 10:19
**covering** [1] - 224:4
**CR** [3] - 1:10, 4:5,
22:15
**create** [1] - 211:22
**created** [1] - 19:8
**credibility** [7] - 31:2,
34:4, 34:13, 34:14,
34:20, 34:22, 35:1
**crew** [2] - 42:8, 42:9
**crime** [15] - 84:20,
90:13, 143:23,
143:24, 144:9,
145:16, 148:14,
162:1, 162:2, 177:2,
179:4, 202:21,
207:10, 213:6,
229:13
**crimes** [8] - 143:23,
151:13, 161:22,
162:2, 200:5,
200:14, 223:7,
227:17
**Crimes** [1] - 2:5
**criminal** [37] - 23:15,
23:21, 24:1, 36:9,
36:11, 36:14, 36:15,
37:20, 39:23, 39:24,
40:10, 43:7, 49:8,

53:1, 54:2, 54:3,
58:18, 79:3, 79:5,
79:9, 81:12, 91:9,
91:10, 98:13, 100:7,
101:23, 102:25,
106:20, 109:5,
124:16, 135:22,
135:23, 155:21,
213:18, 216:14,
216:18, 216:19
**crisis** [1] - 54:15
**critical** [2] - 56:2, 56:5
**cross** [3] - 142:22,
142:23, 199:17
**CROSS** [2] - 3:6,
186:16
**cross-examination** [1]
- 199:17
**CROSS-
EXAMINATION** [2] -
3:6, 186:16
**cross-examine** [2] -
142:22, 142:23
**crossed** [1] - 232:15
**CRR** [1] - 1:23
**cruise** [4] - 66:14,
66:22, 66:24
**Cruz** [4] - 22:1, 112:7,
131:20, 196:7
**cryptologic** [1] - 203:8
**CSR** [2] - 1:23, 233:11
**Curio** [2] - 221:20,
221:21
**current** [2] - 165:4,
202:11
**custody** [1] - 4:18
**customer** [3] - 223:3,
226:22, 229:3
**Customer** [1] - 224:12
**customers** [2] - 150:9,
152:8
**customization** [2] -
190:16, 191:3
**customized** [7] -
175:5, 183:10,
183:14, 183:25,
184:3, 190:15,
209:11
**cut** [1] - 228:20

# D

**dad** [1] - 104:14
**daily** [3] - 31:11,
67:24, 68:23
**Dalit** [2] - 97:15, 105:2
**danger** [1] - 213:2
**dangerous** [2] -
144:17, 212:22

**data** [2] - 120:16,
216:12
**Date** [1] - 233:11
**date** [22] - 18:21,
21:20, 105:18,
150:4, 170:12,
172:3, 173:3, 173:7,
178:20, 179:18,
179:19, 186:9,
215:13, 216:24,
220:5, 220:7,
220:10, 225:10,
225:12, 225:19,
226:23, 229:6
**dated** [1] - 220:11
**daughter** [6] - 41:25,
52:11, 53:25, 63:23,
66:17, 101:20
**David** [4] - 113:23,
119:16, 201:19,
202:6
**DAVID** [2] - 3:7, 202:8
**DAY** [2] - 1:17, 4:3
**days** [5] - 21:13,
25:15, 54:19,
105:11, 193:25
**deal** [6] - 68:2, 147:3,
204:12, 213:11,
222:4, 222:19
**dealer** [11] - 14:7,
146:10, 149:23,
178:9, 221:5,
221:24, 222:6,
222:18, 223:20
**dealers** [4] - 133:10,
164:19, 222:13,
222:15
**Dealers** [1] - 223:14
**dealership** [1] - 66:17
**dealing** [17] - 13:11,
15:11, 24:19, 40:20,
135:25, 143:24,
145:10, 145:15,
146:14, 151:10,
154:19, 203:12,
212:12, 212:21,
230:6, 230:9, 230:10
**dealt** [3] - 55:8, 55:11,
152:9
**death** [1] - 64:23
**deceased** [1] - 64:3
**December** [18] -
132:23, 164:6,
165:6, 167:11,
168:25, 170:15,
172:19, 173:8,
173:16, 175:4,
177:16, 178:21,
178:22, 179:20,
180:11, 182:8,

184:20, 186:12
**decide** [10] - 81:18,
135:13, 135:15,
137:19, 138:11,
139:3, 139:6,
141:11, 141:23,
142:5
**decided** [1] - 141:2
**deciding** [4] - 136:19,
136:25, 138:8,
138:10
**decision** [12] - 43:14,
54:2, 58:12, 80:21,
83:13, 85:11, 87:14,
101:5, 103:5,
103:23, 122:9,
141:23
**decision-making** [7] -
43:14, 80:21, 83:13,
85:11, 101:5, 103:5,
103:23
**decisionmaking** [8] -
40:4, 102:4, 104:20,
107:25, 109:12,
125:9, 126:7, 126:20
**declarations** [4] -
8:18, 193:22, 194:8,
197:7
**dedicated** [2] -
155:19, 203:23
**deemed** [2] - 22:3,
156:18
**defendant** [71] - 4:7,
4:8, 6:4, 6:8, 6:15,
7:17, 8:7, 8:9, 9:9,
10:11, 12:24, 14:8,
14:9, 14:10, 14:11,
18:23, 20:21, 22:16,
22:17, 24:5, 25:2,
38:14, 40:18, 40:19,
53:7, 55:6, 84:25,
122:18, 122:23,
136:3, 136:7,
136:11, 136:15,
142:21, 142:22,
145:7, 145:9,
145:11, 145:14,
146:5, 146:6, 147:1,
147:15, 148:20,
148:24, 149:10,
149:12, 150:4,
150:10, 150:14,
150:17, 150:18,
150:23, 151:5,
151:12, 151:15,
151:19, 151:22,
151:23, 152:3,
152:4, 152:9,
152:12, 152:19,
152:25, 153:2,

153:5, 153:7,
153:11, 168:18
**DEFENDANT** [2] -
2:11, 2:21
**defendant's** [2] -
16:12, 136:13
**defendants** [70] -
1:14, 6:6, 7:14, 8:19,
10:13, 11:16, 21:4,
24:3, 24:4, 25:8,
27:3, 28:8, 30:10,
30:22, 38:1, 38:5,
38:10, 38:20, 42:12,
48:4, 51:1, 51:2,
53:3, 53:6, 53:14,
55:23, 56:6, 57:6,
65:4, 65:8, 66:1,
69:5, 71:24, 76:21,
81:6, 83:14, 84:7,
89:11, 89:12, 91:16,
91:17, 92:4, 92:22,
112:13, 122:18,
122:23, 129:25,
132:3, 132:12,
135:24, 136:9,
143:15, 143:22,
144:3, 145:20,
146:18, 146:25,
147:8, 147:14,
150:8, 150:21,
151:1, 153:25,
161:6, 162:3, 162:5,
168:18
**defendants'** [4] - 5:7,
144:9, 153:18,
153:22
**defendants's** [1] -
151:8
**defender** [1] - 103:17
**defense** [16] - 10:16,
21:14, 38:15, 89:18,
92:24, 93:6, 95:2,
96:2, 96:3, 101:10,
115:19, 116:1,
116:20, 127:24,
134:17, 203:5
**defenses** [2] - 30:23,
133:16
**definition** [3] - 230:4,
231:15, 231:24
**definitional** [1] -
231:16
**definitions** [2] - 179:2,
229:11
**deliberate** [6] - 38:9,
90:2, 119:1, 135:11,
143:2, 157:13
**deliberation** [4] -
46:18, 89:22,
118:23, 139:23

deliberations [2] - 135:10, 139:5
delivery [1] - 219:9
Demand [1] - 103:20
denied [5] - 6:23, 7:6, 134:13, 141:12, 151:17
dental [2] - 105:6, 105:9
denying [3] - 16:12, 16:13, 25:10
Department [12] - 10:24, 24:5, 24:9, 26:15, 55:7, 84:8, 109:15, 110:15, 143:16, 158:3, 159:2, 159:7
department [10] - 36:4, 49:21, 53:23, 54:10, 55:21, 84:10, 126:14, 126:23, 133:4, 155:17
departments [2] - 49:20, 164:14
departure [1] - 200:22
deposed [1] - 85:15
deposit [1] - 233:6
deposition [1] - 85:14
depressed [3] - 210:22, 210:23, 211:3
describe [4] - 166:9, 174:11, 203:19, 221:16
describes [1] - 136:8
description [2] - 19:4, 184:25
descriptor [1] - 184:23
deserve [1] - 81:21
deserves [1] - 139:1
designate [1] - 204:25
designated [1] - 206:17
designation [1] - 211:11
designed [8] - 53:2, 205:19, 207:18, 208:21, 211:25, 212:2, 212:23, 212:24
designer [1] - 100:4
destructive [1] - 221:6
detail [6] - 23:25, 31:4, 42:4, 63:4, 77:20, 130:3
detailed [1] - 135:9
details [4] - 25:13, 62:25, 185:18, 214:9
Detective [1] - 133:21
determination [4] -

30:25, 34:13, 34:14, 90:3
determinations [2] - 91:21, 91:23
determine [11] - 48:17, 56:12, 113:4, 127:3, 206:4, 206:25, 207:1, 207:2, 207:13, 216:18, 226:25
determined [1] - 89:5
determining [12] - 28:16, 30:13, 41:17, 52:21, 61:21, 74:1, 74:20, 86:15, 102:12, 123:6, 162:6, 228:11
developed [1] - 212:5
development [1] - 45:6
device [1] - 208:16
devices [2] - 140:18, 221:6
devotes [1] - 230:9
diameter [2] - 211:12, 211:14
dictate [1] - 212:12
dictionaries [1] - 140:14
differences [1] - 36:12
different [17] - 39:20, 54:18, 56:23, 56:24, 64:18, 72:11, 87:9, 87:12, 124:7, 124:8, 154:22, 156:13, 166:11, 221:17, 223:18
differently [1] - 65:20
difficult [11] - 44:13, 55:22, 56:21, 57:7, 60:14, 87:20, 87:25, 88:7, 110:11, 110:19, 112:17
digital [1] - 70:5
dimensions [1] - 211:16
dire [3] - 12:6, 12:9, 30:7
DIRECT [4] - 3:5, 3:8, 164:23, 202:9
direct [9] - 71:10, 110:14, 131:13, 137:9, 137:10, 137:13, 137:15, 138:18
directed [1] - 125:16
directions [1] - 76:12
directly [7] - 7:11, 7:14, 49:9, 49:10, 49:13, 76:10, 222:9

director [3] - 103:20, 123:23, 124:5
disagree [3] - 44:5, 65:14, 90:25
disagrees [1] - 7:2
discharge [3] - 133:5, 146:6, 164:15
discharged [1] - 100:21
disclose [1] - 127:3
disclosed [10] - 37:7, 42:22, 72:2, 72:14, 74:2, 88:1, 88:6, 89:5, 110:12
disclosing [2] - 36:8, 39:25
discount [2] - 190:11, 222:11
discourteous [1] - 111:18
discuss [13] - 76:8, 80:6, 90:7, 107:7, 111:2, 130:3, 131:2, 132:13, 140:6, 171:20, 230:19, 232:16, 232:17
discussed [4] - 15:3, 136:18, 140:17, 140:19
discussing [1] - 108:11
Discussion [7] - 96:7, 115:20, 116:2, 117:13, 128:2, 161:11, 230:16
discussion [2] - 101:3, 131:18
discussions [5] - 57:17, 59:11, 63:11, 103:22, 104:18
dislikes [1] - 135:18
dismiss [6] - 14:17, 14:18, 14:25, 15:15, 16:12, 231:12
dispense [1] - 14:5
display [1] - 191:24
dispose [3] - 24:24, 40:23, 99:1
disposing [4] - 25:3, 41:4, 136:3, 153:12
Disposition [3] - 222:24, 223:15, 224:23
disposition [3] - 223:1, 223:16, 225:18
disregard [4] - 137:4, 138:7, 138:9, 196:24
disrupt [1] - 15:5
distinction [2] -

137:17, 211:9
distract [1] - 142:6
distributor [1] - 227:15
distributors [3] - 147:6, 207:12, 223:9
District [1] - 102:22
district [2] - 62:20, 129:21
DISTRICT [2] - 1:1, 1:2
division [1] - 202:19
Division [1] - 63:1
divorced [2] - 63:21, 70:4, 106:4
Docket [1] - 17:15
document [16] - 15:16, 15:17, 180:8, 180:15, 188:14, 188:17, 188:24, 214:9, 215:18, 217:8, 217:10, 220:21, 223:12, 225:15
documents [3] - 11:24, 214:4
done [8] - 15:9, 15:21, 68:7, 137:6, 190:16, 190:18, 191:3, 213:19
dont' [1] - 109:3
door [2] - 107:14, 121:8
dormant [1] - 67:23
DOT [1] - 185:2
double [1] - 218:6
doubt [15] - 31:1, 36:15, 36:20, 38:3, 38:19, 53:5, 56:13, 90:9, 90:24, 122:19, 136:14, 155:8, 155:11, 155:15, 159:24
down [15] - 15:22, 20:10, 52:1, 52:3, 72:25, 97:19, 152:18, 191:6, 206:3, 210:1, 210:7, 211:13, 217:25, 218:21, 231:8
downtown [2] - 50:12, 63:2
downward [1] - 200:22
dragalin [1] - 143:12
Dragalin [9] - 2:4, 3:4, 4:14, 15:4, 22:22, 26:20, 154:6, 158:13, 161:10
DRAGALIN [73] - 3:6, 3:8, 4:13, 5:22, 5:25,

7:12, 8:1, 8:4, 8:13, 8:15, 8:24, 9:4, 9:19, 10:15, 11:5, 11:22, 13:16, 13:21, 13:24, 14:3, 14:7, 17:15, 18:3, 18:9, 18:20, 20:14, 20:16, 20:20, 21:12, 22:21, 114:14, 114:20, 117:2, 118:14, 132:6, 133:15, 134:2, 134:15, 143:7, 143:10, 143:13, 149:9, 160:15, 162:14, 162:20, 163:22, 164:2, 164:21, 164:24, 167:10, 168:16, 168:22, 168:23, 171:19, 183:24, 186:3, 186:13, 191:17, 195:10, 196:20, 197:17, 197:19, 199:23, 201:16, 201:19, 202:10, 204:24, 205:6, 205:14, 205:16, 211:5, 211:8, 231:5
dress [3] - 67:17, 71:7, 124:10
dresser [1] - 52:8
drinks [1] - 130:8
drive [2] - 50:5, 50:11
driver [2] - 82:6, 83:5
driver's [2] - 33:1, 33:3
driving [2] - 79:7, 79:14
drop [1] - 156:20
drug [1] - 159:4
drunk [1] - 108:16
DUI [1] - 108:15
Duncan [5] - 4:12, 22:25, 26:25, 205:9, 211:6
duplicitous [1] - 15:25
duplicity [1] - 15:7
duration [1] - 133:17
during [52] - 11:14, 16:16, 24:25, 25:5, 28:10, 28:19, 33:17, 34:9, 35:10, 41:1, 41:6, 54:7, 57:11, 76:8, 87:5, 111:2, 111:6, 118:21, 124:22, 130:6, 130:11, 131:16, 131:17, 134:16, 136:6, 139:10,

140:19, 142:2,
144:1, 144:6,
144:14, 145:6,
145:18, 147:12,
147:19, 148:5,
148:21, 149:20,
150:3, 150:15,
151:14, 152:16,
153:14, 153:17,
153:24, 159:2,
170:23, 172:3,
187:14, 188:10,
199:17, 230:19
**duties** [17] - 31:2,
43:21, 43:22, 57:8,
87:2, 87:11, 91:4,
99:6, 119:4, 120:15,
130:2, 130:3, 133:5,
135:7, 135:17,
157:5, 164:15
**duty** [21] - 28:24,
30:21, 31:20, 34:3,
34:21, 38:21, 44:6,
46:18, 46:21, 46:23,
54:1, 58:5, 69:19,
91:2, 102:25, 105:7,
123:9, 124:3,
135:11, 139:10,
146:7

## E

**e-mail** [2] - 5:12,
144:10
**e-mails** [3] - 8:6,
10:20, 153:21
**E-R-I-C-K-S-O-N** [1] -
30:3
**ease** [2] - 79:17,
194:25
**easy** [1] - 16:9
**eat** [1] - 130:13
**economics** [1] - 48:20
**Ed** [1] - 154:15
**Eddie** [1] - 154:16
**edge** [1] - 146:24
**editor** [1] - 104:5
**Eduardo** [1] - 2:22
**educator** [1] - 120:11
**EDWARD** [2] - 1:12,
2:11
**Edward** [15] - 2:12,
2:13, 4:8, 4:15, 4:17,
22:17, 23:3, 24:14,
27:8, 129:25,
143:15, 181:10,
216:1, 217:4, 221:10
**effect** [1] - 10:17
**efforts** [1] - 105:17

**eight** [1] - 19:9
**either** [10] - 7:11, 7:17,
137:9, 137:16,
137:18, 189:15,
203:12, 212:23,
216:19, 225:23
**eject** [2] - 208:13
**ejected** [1] - 209:2
**ejects** [1] - 208:11
**El** [3] - 59:16, 102:17,
103:13
**elected** [1] - 160:8
**electronic** [2] - 17:22,
139:16
**electronics** [1] -
101:18
**element** [2] - 90:9,
155:8
**eloquently** [1] -
156:12
**elsewhere** [1] - 190:12
**Email** [4] - 2:8, 2:8,
2:16, 2:25
**emergency** [2] -
53:23, 54:15
**emotional** [2] - 82:11,
86:20
**empaneled** [1] - 42:1
**emphasis** [1] - 52:24
**emphasize** [1] - 149:6
**employed** [7] - 66:15,
67:9, 70:5, 109:18,
121:13, 121:16,
203:1
**employer** [4] - 85:4,
139:24, 140:2, 215:2
**employment** [3] -
109:19, 121:12,
215:3
**encounters** [1] -
226:15
**end** [14] - 6:13, 31:10,
58:10, 68:18, 135:8,
139:5, 139:11,
141:22, 145:13,
155:21, 159:8,
159:17, 209:20,
210:2
**ended** [1] - 55:2
**energy** [2] - 68:3,
208:10
**enforcement** [45] -
37:2, 49:8, 54:6,
54:8, 54:17, 55:5,
55:12, 55:15, 55:22,
57:6, 58:22, 59:5,
59:8, 59:9, 79:21,
79:25, 80:15, 81:15,
81:19, 81:20, 83:15,
83:20, 83:23, 84:3,

84:4, 108:22,
109:19, 109:22,
121:6, 124:10,
125:1, 125:24,
133:4, 143:19,
146:5, 146:22,
146:24, 147:9,
149:18, 158:7,
164:14, 193:5,
218:13, 226:15
**enforces** [1] - 144:15
**engage** [10] - 13:11,
14:1, 24:18, 40:19,
40:20, 145:10,
145:14, 146:21,
212:20, 230:6
**engaged** [6] - 123:22,
135:25, 151:9,
218:18, 230:8,
231:15
**Engaged** [1] - 230:4
**engaging** [3] - 24:18,
135:25, 201:8
**engineer** [2] - 39:14,
47:18
**Englewood** [1] -
102:22
**English** [6] - 32:22,
33:5, 33:6, 33:7,
33:14, 60:1
**English'** [1] - 33:4
**engraved** [1] - 209:11
**engravings** [1] - 185:9
**enlarging** [1] - 181:21
**ensure** [4] - 148:5,
213:5, 220:16,
224:18
**enter** [1] - 177:7
**entered** [3] - 25:9,
136:11, 186:21
**entertain** [1] - 13:1
**entertainment** [1] -
70:5
**entire** [10] - 5:19, 6:13,
6:22, 7:1, 13:18,
27:16, 111:10,
141:17, 141:18,
209:6
**entitled** [1] - 141:10
**entity** [3] - 120:23,
147:2, 217:16
**entrepreneur** [1] -
64:7
**Erickson** [12] - 30:2,
70:1, 70:2, 77:5,
77:7, 82:2, 94:17,
94:20, 95:25, 96:23,
97:1, 97:4
**eroblaw@gmail.com**
[1] - 2:16

**err** [2] - 28:17, 30:15
**escalated** [1] - 66:23
**essential** [1] - 120:16
**essentially** [1] - 124:6
**establish** [1] - 155:18
**established** [1] - 38:6
**estate** [3] - 59:18,
59:19, 102:19
**Estes** [1] - 114:1
**estimate** [1] - 134:18
**estimated** [1] - 21:11
**Europe** [1] - 211:17
**evaluate** [1] - 135:12
**evaluating** [1] - 162:8
**evaluations** [1] -
54:15
**evening** [4] - 132:8,
134:17, 230:15,
230:21
**event** [2] - 22:13,
34:15
**events** [1] - 162:2
**evidence** [103] - 3:16,
5:20, 6:19, 6:20,
8:21, 10:10, 11:3,
13:3, 15:12, 16:4,
19:17, 19:21, 28:6,
28:7, 36:14, 38:12,
46:23, 48:11, 48:12,
53:9, 56:11, 56:12,
57:17, 87:4, 87:10,
87:15, 90:21, 91:2,
91:18, 92:1, 117:24,
118:21, 129:6,
129:16, 135:12,
135:16, 136:10,
136:18, 136:22,
136:24, 136:25,
137:2, 137:3, 137:4,
137:8, 137:9,
137:12, 137:16,
137:18, 137:19,
137:21, 137:22,
137:24, 138:6,
138:7, 138:8,
138:19, 138:21,
138:23, 139:7,
140:8, 141:2,
141:24, 142:3,
142:10, 142:16,
142:17, 142:21,
142:24, 143:8,
144:13, 149:8,
149:9, 149:14,
150:3, 150:7, 151:1,
152:10, 152:16,
152:25, 153:7,
153:17, 153:24,
154:5, 154:24,
155:4, 155:5, 155:6,

155:18, 157:6,
157:13, 159:10,
159:23, 160:11,
162:5, 163:21,
169:15, 227:19,
232:7, 232:13
**Evidence** [1] - 137:20
**evidences** [2] - 31:3,
142:23
**evolved** [1] - 212:1
**ex** [1] - 70:7
**exact** [2] - 172:18,
176:10
**exactly** [1] - 126:25
**examination** [1] -
199:17
**EXAMINATION** [10] -
3:5, 3:6, 3:6, 3:7,
3:8, 164:23, 186:16,
197:18, 200:2, 202:9
**examine** [3] - 142:22,
142:23, 162:10
**example** [5] - 67:2,
79:8, 150:20,
150:21, 150:23
**exception** [2] - 14:10,
158:10
**exceptions** [1] -
157:10
**excessive** [1] - 109:3
**Exchange** [2] - 49:7,
49:18
**exclude** [3] - 11:19,
133:16, 134:12
**excluded** [1] - 134:6
**exclusively** [1] - 13:16
**excuse** [9] - 89:19,
92:25, 93:7, 93:18,
95:23, 128:3, 158:4,
177:16, 181:19
**excused** [24] - 92:20,
93:4, 93:11, 93:23,
94:2, 94:4, 94:5,
95:17, 95:19, 95:25,
96:19, 96:22, 96:25,
97:3, 113:6, 114:22,
115:3, 115:4, 116:9,
118:25, 129:9,
140:22, 201:17
**executives** [1] - 41:25
**exempted** [2] - 133:3,
164:13
**exercise** [4] - 95:6,
114:12, 115:18,
127:16
**exercises** [1] - 93:19
**exhibit** [20] - 15:20,
15:22, 17:8, 17:9,
18:7, 20:4, 20:6,
132:11, 137:22,

137:25, 138:2, 170:8, 188:2, 205:20, 205:23, 211:6, 219:17, 223:11, 231:20
**Exhibit** [39] - 3:11, 17:25, 18:1, 18:2, 18:8, 18:12, 19:3, 19:6, 19:7, 20:8, 163:12, 167:17, 169:15, 170:7, 172:22, 173:10, 181:20, 182:1, 182:11, 182:12, 182:23, 184:9, 184:11, 184:12, 184:22, 205:13, 205:14, 209:5, 214:8, 217:2, 217:19, 220:19, 223:20, 224:20, 225:15, 227:19, 228:22, 229:23, 231:18
**exhibition** [1] - 166:10
**EXHIBITS** [1] - 3:10
**exhibits** [24] - 3:11, 7:13, 11:7, 11:9, 11:11, 11:17, 15:21, 16:20, 16:25, 17:2, 18:3, 20:4, 136:21, 153:17, 162:16, 162:17, 162:20, 163:6, 163:11, 163:12, 163:24, 164:1, 187:17, 187:21
**exists** [1] - 156:2
**expect** [4] - 140:3, 142:17, 155:5, 155:6
**expects** [1] - 144:13
**expediency's** [1] - 157:23
**expensive** [3] - 111:12, 165:25, 193:8
**experience** [35] - 33:11, 33:12, 39:18, 43:13, 54:7, 56:17, 74:18, 77:2, 77:9, 80:8, 81:14, 81:18, 81:19, 82:13, 83:10, 83:12, 84:9, 86:13, 98:9, 98:12, 98:23, 99:5, 102:3, 107:24, 203:10, 203:14, 204:6, 209:8, 209:12, 212:15, 216:15, 220:12, 222:2, 224:15,

226:14
**experiences** [12] - 49:17, 49:20, 51:6, 81:23, 81:24, 82:1, 83:19, 83:22, 85:10, 98:10, 109:21, 193:18
**Expert** [1] - 204:1
**expert** [7] - 11:20, 57:14, 144:4, 204:17, 204:21, 204:23, 204:25
**expertise** [2] - 57:15, 57:16
**explain** [13] - 23:23, 31:4, 42:3, 43:20, 50:17, 147:21, 198:10, 210:5, 212:11, 218:7, 219:1, 225:22, 226:19
**explained** [4] - 23:25, 25:13, 40:25, 219:22
**explanation** [1] - 82:23
**explicit** [1] - 148:4
**exploiting** [1] - 146:23
**Explosives** [1] - 202:13
**explosives** [2] - 202:16
**exposed** [2] - 139:9, 141:20
**exposing** [2] - 132:25, 164:10
**expressed** [2] - 113:5, 123:4
**extended** [1] - 79:23
**extent** [4] - 7:14, 7:16, 133:17, 162:8
**externs** [1] - 31:10
**extremely** [1] - 66:7
**eye** [1] - 111:17

**F**

**F4473** [1] - 218:1
**fabric** [1] - 209:14
**face** [2] - 200:5, 231:13
**facebook** [1] - 139:18
**facilities** [1] - 98:24
**facility** [1] - 98:25
**facing** [6] - 154:20, 154:21, 154:22, 155:10, 187:8, 200:18
**fact** [17] - 12:18, 19:17, 34:12, 90:12,

91:15, 91:16, 91:17, 137:10, 137:14, 137:17, 138:23, 157:7, 190:19, 193:7, 193:16, 193:25, 200:17
**factors** [2] - 138:22, 162:10
**facts** [7] - 23:24, 135:13, 136:22, 136:25, 137:13, 138:10
**fail** [2] - 53:6, 122:22
**failed** [1] - 92:3
**failure** [3] - 38:17, 53:7, 122:24
**fair** [67] - 28:2, 28:7, 28:8, 28:9, 28:22, 30:9, 30:22, 31:24, 35:19, 37:10, 39:7, 41:10, 42:12, 43:16, 44:18, 45:15, 46:10, 47:25, 50:19, 50:25, 52:16, 55:11, 55:23, 56:6, 57:21, 59:12, 60:2, 60:11, 61:7, 62:9, 63:11, 64:19, 65:4, 65:5, 65:7, 66:9, 67:14, 69:5, 70:16, 71:12, 71:24, 78:5, 81:2, 81:5, 83:14, 85:20, 92:22, 93:13, 93:17, 94:3, 98:15, 100:8, 101:7, 102:6, 103:7, 103:25, 104:22, 106:8, 110:5, 112:25, 119:22, 122:12, 122:14, 125:11, 141:10, 141:13
**fairly** [12] - 80:15, 80:16, 80:18, 80:19, 85:6, 85:18, 108:3, 108:22, 109:8, 125:1, 135:17, 191:11
**fairness** [1] - 141:17
**Falls** [1] - 101:20
**false** [12] - 24:24, 25:5, 41:1, 41:5, 136:5, 149:4, 152:6, 153:4, 153:14, 176:15, 177:4, 194:12
**falsely** [1] - 176:18
**falsify** [3] - 152:21, 152:23, 153:9
**familiar** [14] - 113:19, 114:8, 180:21,

180:22, 181:1, 181:3, 181:11, 204:7, 204:11, 204:14, 211:24, 212:16, 213:10, 213:23
**familiarizing** [1] - 220:2
**family** [25] - 54:6, 54:16, 58:22, 59:7, 77:8, 78:20, 79:18, 79:19, 79:23, 81:10, 81:24, 84:2, 84:15, 86:6, 101:4, 104:19, 106:21, 123:5, 125:23, 139:24, 140:1, 151:16, 151:21, 219:7
**far** [18] - 31:24, 31:25, 32:7, 32:13, 33:24, 33:25, 45:13, 50:11, 60:4, 60:17, 69:10, 81:21, 88:19, 93:23, 98:20, 100:13, 104:13, 124:12
**fashion** [1] - 61:12
**faster** [1] - 39:21
**father** [5] - 62:23, 121:24, 152:22, 153:9, 155:19
**father-in-law** [1] - 62:23
**fatigue** [2] - 67:25, 68:2
**favor** [5] - 38:22, 53:6, 92:4, 122:20, 122:23
**favored** [1] - 161:19
**Fax** [2] - 2:7, 2:15
**FBI** [3] - 120:25, 121:9, 125:22
**fear** [1] - 135:18
**February** [1] - 151:16
**Federal** [4] - 1:23, 145:1, 156:8, 217:21
**federal** [46] - 13:25, 39:17, 39:19, 39:20, 39:22, 44:2, 54:1, 54:3, 56:17, 69:20, 70:11, 81:17, 98:9, 113:23, 113:24, 136:5, 144:15, 144:16, 144:24, 148:14, 148:18, 156:1, 156:6, 156:14, 156:17, 156:22, 158:14, 158:20, 158:22, 159:15, 179:5, 187:12, 194:18, 202:15, 202:25,

204:12, 204:21, 211:21, 212:13, 213:23, 214:10, 220:20, 226:8, 227:4, 229:13, 229:19
**fee** [1] - 233:5
**feelings** [1] - 86:18
**fees** [2] - 156:22, 233:5
**fellow** [6] - 46:19, 100:18, 139:4, 139:22, 142:5, 142:12
**felon** [6] - 152:10, 152:24, 153:3, 153:13, 226:16
**felony** [3] - 148:14, 179:5, 229:13
**felt** [2] - 94:2, 193:9
**fence** [1] - 71:4
**Fernandez** [79] - 4:8, 4:20, 5:9, 5:12, 5:13, 5:17, 6:15, 6:20, 8:7, 9:14, 10:1, 10:5, 10:7, 12:12, 12:17, 12:24, 13:10, 14:10, 14:11, 14:19, 15:11, 21:10, 22:17, 23:9, 24:3, 24:10, 24:11, 24:23, 25:3, 25:8, 27:12, 27:13, 40:19, 40:22, 40:23, 41:4, 48:6, 48:10, 48:13, 76:21, 129:25, 132:18, 136:3, 143:15, 145:7, 146:5, 148:20, 150:10, 150:14, 150:17, 151:13, 151:16, 151:19, 151:22, 151:23, 152:3, 152:4, 152:9, 152:13, 152:19, 153:2, 153:5, 153:7, 153:11, 154:22, 154:24, 161:13, 163:9, 168:9, 168:18, 189:2, 189:15, 192:14, 194:9, 196:16, 201:7, 228:4, 232:8
**FERNANDEZ** [2] - 1:12, 2:21
**Fernandez's** [6] - 5:10, 5:11, 8:21, 9:9, 9:21, 17:4
**few** [7] - 18:18, 64:22, 73:2, 79:16, 135:6, 139:2, 150:24

13

**FFL** [17] - 145:1,
145:2, 145:3, 146:1,
146:4, 146:20,
147:4, 147:5, 156:8,
157:10, 158:1,
158:5, 158:9,
214:11, 216:16,
220:13, 222:2
**FFLs** [5] - 147:10,
147:23, 147:24,
227:10, 227:12
**fiance** [1] - 123:25
**fibromyalgia** [1] - 68:2
**field** [3] - 57:14, 79:22,
202:19
**file** [1] - 83:2
**filed** [16] - 5:5, 11:25,
14:17, 14:24, 16:20,
17:1, 17:3, 17:6,
17:7, 17:12, 18:22,
91:12, 132:7,
162:17, 225:20,
231:11
**Filipino** [1] - 32:19
**fill** [5] - 76:3, 149:22,
176:8, 176:9, 214:6
**filled** [11] - 54:19,
76:4, 95:7, 148:24,
158:22, 176:1,
197:2, 197:3,
213:14, 226:22,
228:16
**filling** [2] - 177:15,
193:20
**film** [1] - 104:5
**final** [5] - 112:19,
117:1, 117:9, 127:1,
128:19
**finally** [2] - 223:10,
225:13
**finance** [2] - 43:6,
48:21
**financial** [2] - 47:17,
48:22
**fine** [3] - 96:8, 196:12,
200:15
**finger** [2] - 210:8,
210:9
**fire** [2] - 98:25, 210:23
**firearm** [76] - 14:8,
24:24, 24:25, 25:3,
25:6, 40:24, 41:2,
41:4, 41:6, 72:17,
73:18, 73:21, 75:1,
78:14, 133:1, 136:3,
136:6, 146:2,
147:13, 148:7,
148:9, 149:11,
150:13, 153:13,
153:15, 156:7,

156:23, 164:11,
164:19, 178:6,
178:8, 178:10,
188:22, 191:12,
193:8, 194:4,
199:18, 201:9,
205:10, 205:19,
205:22, 206:21,
207:3, 207:5,
207:19, 207:25,
208:12, 208:17,
210:20, 210:22,
213:6, 213:7, 214:5,
219:4, 219:6, 219:8,
219:9, 222:17,
223:1, 224:4,
224:14, 224:17,
225:8, 225:24,
226:3, 226:16,
226:17, 227:2,
227:15, 228:12,
228:13, 228:21,
**firearms** [135] - 10:23,
11:20, 13:11, 13:17,
14:9, 24:19, 40:20,
51:4, 51:7, 51:13,
64:25, 65:1, 65:11,
65:13, 65:24, 72:17,
72:21, 73:5, 73:8,
73:12, 73:13, 74:5,
74:11, 77:3, 77:14,
99:2, 110:2, 121:22,
124:17, 133:3,
133:7, 133:9,
133:10, 136:1,
136:5, 143:24,
144:4, 144:8,
144:24, 145:8,
145:10, 145:19,
145:25, 146:15,
147:4, 147:5, 147:6,
147:8, 147:11,
148:17, 148:18,
151:10, 152:19,
153:3, 156:3,
156:11, 156:17,
157:2, 158:5,
158:14, 164:13,
164:17, 189:5,
190:2, 190:14,
191:9, 191:16,
192:19, 193:6,
193:9, 193:14,
193:17, 193:18,
193:23, 194:1,
195:3, 197:2,
202:15, 202:16,
202:25, 203:11,
203:13, 203:14,
203:17, 203:24,

204:3, 204:7,
204:12, 204:15,
204:18, 205:1,
206:6, 207:10,
209:8, 212:3, 212:7,
212:9, 212:13,
212:20, 212:21,
212:22, 212:24,
213:11, 213:20,
213:23, 214:10,
219:16, 220:3,
220:20, 221:6,
221:21, 221:24,
222:1, 222:4, 222:9,
222:18, 222:19,
222:24, 223:7,
223:25, 224:3,
224:19, 224:24,
226:8, 226:20,
226:21, 227:4,
229:18, 229:19,
230:7, 230:9,
230:10, 230:13
**Firearms** [10] - 27:2,
81:17, 84:16,
110:16, 145:1,
156:8, 202:13,
204:4, 217:21,
223:14
**fired** [6] - 207:18,
208:8, 208:11,
209:1, 209:24
**fires** [2] - 209:25,
210:15
**firing** [8] - 209:3,
210:11, 210:13,
210:14, 210:20,
210:25, 211:2, 211:3
**firm** [1] - 159:22
**first** [47] - 4:22, 5:21,
16:12, 23:16, 27:4,
27:16, 27:20, 27:22,
30:6, 30:19, 69:16,
72:8, 87:8, 95:5,
95:7, 95:8, 95:9,
111:20, 115:10,
117:6, 117:7,
117:19, 137:1,
139:3, 142:14,
149:22, 154:10,
160:13, 169:15,
170:12, 170:13,
170:23, 173:21,
178:24, 187:20,
188:7, 198:25,
203:23, 213:8,
215:24, 217:19,
218:17, 223:10,
226:22, 228:4,
228:18, 229:8

**fist** [1] - 187:24
**fit** [2] - 157:10, 213:1
**fitness** [1] - 104:10
**five** [6] - 5:7, 98:6,
100:3, 185:1,
200:14, 204:22
**floor** [4] - 76:9, 109:3,
111:20, 111:24
**folks** [1] - 49:13
**follow** [24] - 30:21,
38:25, 41:13, 43:22,
44:6, 44:8, 44:14,
65:16, 66:8, 87:20,
90:16, 92:10, 111:5,
123:9, 123:11,
131:22, 141:14,
141:15, 145:3,
151:4, 156:5, 167:4,
213:7, 230:25
**follow-up** [1] - 92:10
**following** [6] - 69:4,
136:20, 136:24,
138:14, 159:11,
216:12
**Following** [5] - 76:14,
112:2, 131:25,
134:23, 231:1
**follows** [1] - 229:20
**food** [1] - 130:12
**force** [1] - 208:10
**forces** [2] - 208:11,
209:2
**foregoing** [1] - 233:2
**foreman** [1] - 100:4
**forgot** [1] - 174:17
**forgotten** [1] - 169:9
**Form** [28] - 147:20,
147:23, 151:24,
152:6, 152:21,
152:23, 153:4,
153:9, 153:14,
158:20, 176:9,
179:2, 182:14,
184:17, 193:20,
194:8, 214:19,
224:3, 224:8,
225:20, 226:1,
226:18, 227:4,
227:23, 228:23,
229:11, 230:1
**form** [48] - 72:11,
139:19, 147:22,
148:2, 148:8,
148:10, 148:20,
148:24, 149:12,
149:19, 149:22,
150:1, 150:4,
158:20, 158:23,
176:4, 176:8,
176:10, 176:15,

177:15, 177:18,
178:7, 178:11,
178:15, 178:22,
180:2, 180:7,
194:13, 214:12,
214:14, 214:15,
214:20, 215:15,
216:2, 216:24,
217:20, 218:7,
220:24, 224:10,
226:19, 226:21,
227:25, 228:3,
228:5, 228:9,
228:14, 228:21
**formal** [1] - 17:11
**Format** [1] - 223:14
**formats** [1] - 223:18
**former** [1] - 64:1
**forms** [9] - 76:3, 76:4,
153:19, 176:8,
197:2, 214:5, 214:6,
218:8, 227:10
**forth** [5] - 11:9, 44:4,
56:4, 206:24, 208:7
**forward** [10] - 19:1,
23:25, 35:11, 97:9,
130:17, 208:7,
208:25, 210:2,
211:2, 211:3
**forward-most** [2] -
208:7, 210:2
**forwards** [2] - 25:13,
29:6
**foundation** [11] - 6:19,
8:15, 9:15, 11:12,
11:4, 11:12, 19:25,
34:16, 185:22,
186:1, 191:17
**foundational** [1] -
167:9
**four** [5] - 21:13,
100:15, 100:24,
215:7, 218:11
**fourth** [1] - 105:5
**Fox** [3] - 70:23, 70:24
**frame** [3] - 206:2,
207:5, 207:6
**Frances** [1] - 216:5
**Frank** [2] - 29:20,
59:15
**fraud** [1] - 59:2
**fraudulent** [1] - 201:8
**free** [9] - 28:21, 42:24,
107:8, 130:7, 130:8,
131:14, 163:25,
168:12, 231:8
**frequently** [1] - 222:8
**Friday** [7] - 21:18,
25:22, 25:23, 68:20,
105:3, 130:22, 131:7

14

**friend** [16] - 81:11, 107:12, 125:18, 126:13, 126:18, 167:13, 167:14, 167:23, 169:1, 171:12, 172:20, 173:12, 173:14, 175:20, 189:5, 189:8
**friends** [14] - 55:18, 78:20, 78:23, 79:1, 79:7, 81:24, 84:2, 84:15, 86:7, 106:21, 121:21, 125:23, 151:16
**front** [7] - 17:16, 38:16, 79:11, 80:2, 82:1, 84:5, 117:19
**fruition** [1] - 83:9
**full** [5] - 62:4, 130:24, 175:14, 215:24, 228:23
**full-time** [1] - 62:4
**fully** [2] - 28:25, 224:10
**function** [1] - 118:20
**functionality** [1] - 156:20
**fundamental** [2] - 144:19, 147:24
**furniture** [2] - 46:4, 46:5
**furtherance** [2] - 8:8, 15:19
**FX** [1] - 70:24

## G

**G-R-E-E-N-E** [1] - 29:13
**gain** [1] - 141:6
**Gardena** [17] - 24:7, 24:8, 55:7, 84:8, 84:11, 109:15, 143:16, 155:17, 158:3, 172:14, 174:9, 181:4, 186:7, 215:12, 217:6, 221:2, 223:23
**gauge** [1] - 225:10
**gender** [1] - 135:21
**General** [1] - 2:5
**general** [10] - 42:6, 51:10, 133:1, 145:24, 146:1, 146:13, 164:11, 191:15, 211:11, 219:25
**generally** [14] - 33:14, 51:4, 65:21, 84:13,

202:14, 204:13, 207:15, 213:11, 214:9, 215:15, 222:6, 227:21, 228:10, 229:1
**gentleman** [2] - 126:10, 129:4
**gentlemen** [11] - 26:3, 26:6, 117:21, 129:3, 135:5, 143:13, 149:9, 151:8, 153:16, 154:14, 230:24
**geographically** [1] - 202:18
**Georgia** [1] - 203:22
**German** [1] - 115:23
**girlfriend** [2] - 151:25, 152:6
**given** [4] - 21:20, 75:22, 82:23, 137:18
**glasses** [1] - 214:17
**Glendale** [2] - 43:5, 202:20
**Glendora** [1] - 101:15
**glue** [1] - 209:14
**goal** [6] - 28:4, 30:8, 35:7, 61:14, 62:13, 87:16
**God** [5] - 26:10, 117:24, 129:7, 160:22, 201:25
**gold** [2] - 185:9, 209:16
**govern** [2] - 65:12, 156:11
**governing** [1] - 220:3
**Government** [4] - 24:2, 135:23, 185:1, 205:25
**government** [134] - 5:5, 5:8, 5:22, 6:7, 6:12, 6:18, 7:9, 7:13, 7:17, 8:11, 10:7, 11:1, 12:7, 12:19, 15:9, 16:7, 16:21, 17:1, 17:3, 19:8, 19:16, 19:25, 24:2, 24:22, 25:2, 26:17, 26:22, 27:2, 28:7, 30:9, 30:22, 30:25, 34:7, 34:8, 36:19, 38:1, 38:3, 38:8, 38:13, 38:18, 40:18, 41:3, 42:13, 49:3, 49:21, 51:1, 53:4, 53:11, 55:23, 56:13, 65:5, 65:9, 72:17, 83:17, 89:10, 89:15, 90:8, 90:23, 91:12,

91:15, 92:2, 92:3, 92:7, 92:11, 92:23, 94:24, 95:9, 95:10, 96:12, 96:13, 99:18, 101:7, 110:5, 113:5, 114:13, 115:13, 120:23, 121:13, 121:14, 122:6, 122:16, 122:17, 122:20, 127:20, 129:23, 132:8, 132:10, 133:16, 135:24, 136:2, 136:9, 136:13, 142:20, 142:23, 143:4, 144:7, 144:9, 144:13, 154:4, 155:10, 155:22, 156:14, 156:15, 156:18, 159:24, 160:10, 160:13, 160:15, 161:20, 162:13, 162:15, 177:8, 186:21, 187:6, 197:16, 197:21, 198:3, 198:12, 198:21, 198:24, 199:3, 199:7, 200:21, 201:15, 201:19, 204:24, 211:20, 212:14, 231:5, 232:8
**government's** [13] - 5:6, 6:3, 8:6, 10:22, 11:20, 12:15, 14:18, 15:20, 21:12, 96:12, 132:19, 155:7, 198:7
**governments** [1] - 156:14
**grab** [1] - 210:7
**grade** [1] - 64:15
**Graham** [1] - 113:25
**grand** [2] - 123:23, 124:5
**granddaughter** [1] - 52:11
**granted** [1] - 14:22
**graph** [1] - 19:11
**grasp** [1] - 210:22
**great** [1] - 81:25
**greater** [1] - 162:11
**green** [1] - 44:21
**Greene** [3] - 29:13, 44:23, 78:7
**Greg** [4] - 97:14, 104:4, 114:1, 116:13
**Gregory** [1] - 116:14
**grew** [2] - 77:8, 79:18
**grip** [8] - 208:20, 209:4, 209:6, 209:7,

209:9, 210:21, 210:22
**grips** [1] - 191:1
**grounds** [2] - 8:19, 11:14
**group** [2] - 27:16, 46:13, 47:1, 47:6, 72:6, 73:11, 97:21, 106:16, 106:18, 112:18, 112:24, 119:13
**Group** [10] - 2:23, 10:25, 147:2, 186:5, 214:24, 215:1, 217:5, 217:14, 220:25, 223:21
**grown** [1] - 52:10
**guarantee** [1] - 64:21
**guarantees** [1] - 64:22
**guess** [5] - 14:17, 50:21, 132:4, 138:4, 200:19
**guidance** [1] - 77:16
**guilty** [14] - 25:9, 38:17, 90:14, 122:6, 122:18, 136:11, 136:13, 154:5, 160:1, 162:1, 162:4, 177:2, 200:6, 200:14
**gum** [1] - 130:12
**gun** [104] - 68:25, 69:2, 75:16, 78:11, 78:13, 83:1, 86:8, 86:23, 98:25, 100:17, 100:18, 100:22, 100:25, 103:18, 122:4, 144:16, 145:4, 146:10, 146:13, 147:14, 147:16, 147:22, 148:21, 148:25, 149:13, 149:22, 149:23, 150:5, 150:16, 151:2, 151:6, 151:17, 152:2, 153:6, 153:8, 153:10, 159:8, 165:7, 165:9, 165:15, 165:18, 166:2, 166:7, 166:10, 166:18, 166:19, 167:12, 167:23, 168:17, 169:8, 170:5, 170:24, 170:25, 172:4, 172:20, 173:14, 174:13, 177:16, 179:15, 181:14, 181:17,

209:9, 210:21, 210:22

182:5, 182:6, 182:20, 183:6, 183:7, 183:14, 183:25, 184:19, 185:8, 189:13, 189:21, 190:6, 190:12, 190:21, 190:24, 191:12, 191:24, 192:3, 192:7, 192:8, 192:12, 192:15, 202:21, 206:4, 206:12, 206:25, 207:8, 207:15, 207:20, 207:23, 208:2, 208:9, 208:14, 208:18, 209:17, 210:1, 210:14, 210:23, 226:4
**Gunarama** [1] - 185:17
**gunpoint** [1] - 86:3
**guns** [92] - 19:10, 19:13, 19:17, 19:21, 50:18, 50:22, 68:24, 68:25, 69:2, 73:3, 78:9, 78:10, 82:8, 100:16, 143:18, 143:20, 144:3, 144:17, 144:19, 144:21, 144:22, 144:23, 144:25, 145:8, 145:12, 145:20, 145:25, 146:4, 146:19, 147:25, 148:22, 149:10, 149:15, 149:17, 149:24, 150:17, 150:20, 151:18, 151:20, 151:22, 151:23, 152:3, 152:11, 152:13, 152:22, 152:24, 153:1, 156:24, 158:11, 158:16, 165:20, 166:11, 166:17, 172:1, 173:17, 175:2, 175:4, 175:8, 176:16, 176:19, 176:23, 177:16, 179:8, 179:22, 180:11, 181:6, 181:19, 182:8, 183:5, 183:9, 186:11, 189:8, 189:24, 190:4, 190:9, 190:16, 191:5, 192:7, 192:22, 196:17,

196:19, 199:15,
205:8, 208:15,
221:17, 222:7,
222:11, 222:13,
227:16
**Guttierez** [1] - 133:21

# H

**H-A-M-I-L-T-O-N** [1] -
202:6
**H-A-N-N-A** [1] - 29:15
**H-A-R-T-M-A-N-N** [1] -
119:9
**hack** [1] - 120:18
**hackers** [1] - 120:18
**hair** [2] - 50:3, 52:7
**half** [5] - 21:16, 22:8,
220:24, 227:24,
228:9
**hallway** [2] - 111:14,
112:10
**HAMILTON** [2] - 3:7,
202:8
**Hamilton** [7] - 2:9,
113:23, 201:20,
202:6, 204:25,
205:17, 211:9
**hammer** [2] - 210:13
**Hana** [1] - 74:6
**HANAGAN** [18] - 3:7,
186:17, 187:4,
188:3, 188:5,
191:23, 195:12,
195:14, 195:16,
195:25, 196:2,
196:5, 196:12,
196:14, 196:25,
197:12, 200:1, 200:3
**Hanagan** [6] - 2:22,
4:21, 23:10, 27:14,
196:11, 199:25
**hand** [27] - 27:18,
33:19, 34:11, 35:12,
39:3, 44:16, 49:24,
50:14, 72:7, 74:7,
75:10, 77:4, 79:17,
81:1, 87:1, 106:18,
106:23, 110:3,
125:19, 126:10,
129:3, 160:17,
201:21, 205:20,
208:22, 210:7, 210:8
**handed** [2] - 175:25,
205:11
**handful** [1] - 146:17
**handgun** [14] - 146:3,
149:11, 150:12,
157:4, 157:9,

157:11, 157:21,
157:25, 158:5,
158:23, 159:3,
205:18, 205:19,
205:24
**handguns** [6] - 74:24,
155:24, 156:23,
157:15, 158:9,
226:12
**handle** [6] - 5:5,
21:20, 66:23, 66:25,
130:21, 131:1
**handled** [1] - 89:14
**handles** [3] - 71:10,
103:17, 209:7
**handling** [1] - 74:19
**hands** [34] - 26:5,
27:19, 44:14, 47:8,
72:4, 72:15, 78:24,
79:10, 80:1, 80:25,
84:6, 84:12, 84:18,
84:22, 85:25, 87:13,
87:22, 88:2, 106:22,
109:17, 110:17,
110:21, 112:18,
112:22, 114:9,
114:10, 125:20,
127:5, 144:20,
148:1, 158:16,
158:25, 159:8,
208:22
**handwriting** [4] -
177:18, 177:20,
181:9, 181:21
**handy** [2] - 67:11,
67:12
**Hanna** [3] - 29:15,
47:15, 85:2
**hard** [8] - 17:22,
30:25, 32:3, 64:24,
65:1, 68:4, 68:5,
87:20
**hardest** [1] - 64:25
**HART** [1] - 12:22
**Hart** [7] - 2:9, 4:12,
12:21, 12:23, 22:25,
26:23, 26:24
**Hartmann** [6] -
119:16, 125:25,
127:23, 128:7,
128:10, 128:16
**hats** [1] - 151:6
**Hawthorn** [1] - 24:4
**Hawthorne** [1] - 2:14
**head** [3] - 39:4, 83:21,
88:20
**headaches** [1] - 67:24
**headings** [2] - 225:1,
225:16
**heads** [2] - 82:8, 119:6

**health** [6] - 53:23,
54:10, 55:21, 67:17,
88:4, 88:6
**healthcare** [2] - 37:17,
54:1
**hear** [41] - 38:20,
38:21, 45:12, 53:19,
87:6, 87:7, 134:4,
137:5, 137:6,
138:15, 140:23,
144:1, 144:2, 144:3,
144:20, 145:1,
145:9, 145:18,
146:25, 147:12,
147:17, 147:20,
147:22, 148:22,
151:1, 151:14,
151:21, 151:24,
152:1, 152:8, 155:2,
156:2, 156:6,
156:19, 157:7,
157:17, 159:6,
159:23, 161:18,
187:2
**heard** [13] - 5:21, 9:10,
9:23, 20:23, 31:23,
31:25, 34:18,
124:24, 133:19,
137:11, 154:17,
166:22, 189:10
**hearing** [3] - 27:25,
80:7, 87:12
**hearsay** [5] - 6:5, 9:6,
9:7, 195:10, 196:20
**heavily** [1] - 144:18
**hefty** [1] - 156:22
**held** [11] - 76:14, 86:3,
86:8, 107:13,
107:18, 112:2,
131:25, 134:23,
205:20, 208:21,
231:1
**hello** [1] - 44:22
**help** [8] - 26:10,
117:24, 129:7,
142:3, 142:16,
160:22, 176:12,
201:25
**helpful** [1] - 18:5
**helping** [2] - 13:7,
152:5
**hereby** [2] - 216:11,
233:2
**Hermosa** [1] - 47:15
**Hi** [3] - 43:4, 105:2,
106:2
**hide** [1] - 150:16
**high** [2] - 100:1,
102:24
**highest** [2] - 36:16,

38:2
**highlighted** [3] -
148:6, 169:16,
169:23
**Hills** [2] - 44:23, 66:13
**himself** [3] - 67:13,
149:14, 149:15
**hire** [1] - 42:9
**hiring** [1] - 42:7
**history** [3] - 213:7,
216:18, 216:19
**hits** [2] - 210:13,
210:14
**hold** [4] - 36:18, 38:3,
53:11, 81:8
**holder** [1] - 156:23
**holding** [5] - 107:18,
205:20, 205:23,
207:21, 208:6
**home** [5] - 68:5, 98:4,
194:19, 199:13
**homemaker** [2] -
52:12, 101:18
**honest** [1] - 195:19
**honestly** [1] - 66:4
**Honor** [117] - 4:10,
4:13, 4:15, 4:19,
5:22, 6:14, 7:12, 8:1,
8:4, 8:25, 9:12, 9:19,
9:24, 10:15, 11:5,
11:22, 12:11, 12:22,
13:22, 14:15, 14:21,
14:24, 15:13, 16:17,
16:19, 16:23, 17:12,
17:15, 17:21, 18:3,
18:14, 18:20, 19:2,
19:7, 20:2, 20:8,
20:19, 20:20, 21:6,
21:16, 21:23, 22:7,
22:12, 22:21, 22:23,
23:3, 23:6, 23:8,
24:6, 26:2, 76:17,
90:6, 92:12, 93:14,
95:23, 113:14,
114:14, 115:15,
115:21, 115:23,
116:3, 116:22,
117:17, 127:12,
127:13, 127:14,
128:3, 132:6,
132:15, 132:18,
133:12, 133:13,
133:15, 133:19,
134:2, 134:15,
134:22, 143:7,
149:1, 154:9, 160:3,
160:6, 160:15,
161:9, 161:12,
162:14, 163:8,
163:10, 163:22,

164:2, 164:21,
168:6, 168:16,
168:22, 185:21,
186:14, 195:14,
196:2, 196:6,
196:12, 197:13,
197:17, 199:24,
200:1, 201:14,
201:16, 204:24,
205:4, 205:5, 205:9,
211:5, 231:6, 231:7,
231:9, 231:21,
232:5, 232:20
**honor** [1] - 154:16
**HONORABLE** [1] - 1:4
**Hope** [2] - 29:25,
63:20
**hope** [3] - 41:15,
161:19, 198:15
**hopefully** [3] - 4:25,
58:9, 207:13
**hospital** [1] - 98:5
**hotel** [1] - 67:6
**Houle** [6] - 2:17, 2:17,
4:16, 23:5, 27:9,
154:15
**hour** [7] - 6:3, 76:7,
76:8, 76:11, 111:7,
131:9, 131:16
**hours** [3] - 130:17,
131:6, 131:7
**house** [2] - 199:8,
199:12
**housekeeping** [3] -
5:4, 89:10, 129:17
**human** [2] - 35:4, 35:5
**hunted** [1] - 77:9
**hunter** [1] - 74:12
**hunters** [1] - 104:15
**hunts** [1] - 74:14
**hurry** [1] - 196:18
**husband** [7] - 36:22,
44:25, 52:7, 66:15,
67:8, 70:7, 100:1
**hydrocephalus** [1] -
67:24

# I

**Ibara** [1] - 114:6
**ID** [1] - 176:4
**Idaho** [1] - 101:20
**idea** [2] - 192:18,
194:12
**identification** [3] -
203:16, 215:2, 215:4
**identified** [2] - 6:8,
15:15, 16:5
**identifies** [1] - 207:9

identify [2] - 7:19, 224:13
ignore [2] - 138:4, 138:7
illegal [4] - 144:7, 147:18, 150:8, 196:19
illegally [3] - 145:20, 146:14, 193:13
Illinois [1] - 125:7
imagine [1] - 58:2
immediately [3] - 6:10, 6:11, 203:5
Immigration [1] - 203:7
impact [1] - 37:7
impacted [1] - 5:2
impartial [2] - 28:3, 141:11
impartially [1] - 135:17
imply [2] - 10:5, 10:7
import [1] - 206:6
important [12] - 66:7, 66:8, 68:10, 111:4, 130:2, 138:25, 141:15, 154:25, 187:5, 212:21, 224:8, 224:15
importantly [1] - 12:16
importer [6] - 207:11, 221:23, 223:8, 225:4, 225:8
importer's [2] - 206:16, 206:17
importers [3] - 206:5, 206:15, 206:21
importing [2] - 132:24, 164:9
imposed [1] - 36:16
impressions [1] - 124:25
imprisonment [1] - 200:15
improper [1] - 141:7
IN [5] - 91:6, 92:19, 118:16, 119:8, 128:13
inaccurate [1] - 141:8
Inc [2] - 185:17, 220:25
include [2] - 13:14, 13:16
included [3] - 10:23, 18:24, 132:11
includes [5] - 193:20, 201:5, 206:7, 206:12, 214:3
including [8] - 37:25, 133:3, 139:18,

139:24, 140:21, 148:6, 164:13, 219:14
Incorporation [1] - 217:9
incorporation [1] - 217:17
incorrect [1] - 46:21
increased [1] - 212:4
independent [1] - 91:21
index [1] - 210:8
INDEX [1] - 3:1
indicated [13] - 36:22, 71:23, 81:2, 88:3, 88:11, 92:16, 92:22, 93:5, 93:12, 93:17, 110:4, 112:25, 125:21
indicted [1] - 91:15
indictment [11] - 16:13, 20:16, 91:12, 91:13, 132:22, 136:8, 136:10, 154:18, 164:6, 231:12
indirect [2] - 110:14, 137:12
indirectly [1] - 7:11
individual [7] - 89:22, 90:3, 145:11, 156:8, 207:14, 214:5, 215:22
individuals [1] - 54:18
industry [6] - 203:5, 203:12, 211:16, 211:22, 213:1, 213:4
influence [21] - 40:4, 43:14, 79:8, 79:14, 80:21, 83:13, 85:11, 99:6, 99:9, 101:5, 102:4, 103:5, 103:23, 104:19, 107:25, 109:12, 122:9, 125:9, 126:7, 126:19, 135:19
influenced [4] - 141:8, 142:11, 162:9
inform [1] - 21:21
informant [1] - 20:13
information [68] - 25:21, 28:15, 28:17, 28:18, 30:6, 30:12, 30:14, 30:16, 41:16, 42:18, 42:22, 42:23, 42:25, 47:9, 48:16, 52:20, 56:1, 56:9, 57:1, 57:3, 57:12, 58:15, 61:20, 71:9,

73:24, 80:12, 80:13, 86:25, 89:3, 93:22, 94:2, 102:11, 103:14, 104:24, 112:20, 120:10, 123:15, 127:2, 139:9, 140:12, 141:6, 141:8, 141:12, 141:21, 148:3, 177:22, 177:23, 188:17, 213:18, 214:21, 215:16, 215:19, 215:21, 215:22, 216:15, 216:20, 219:22, 219:24, 220:14, 220:16, 223:2, 223:3, 224:17, 224:18, 225:1, 225:23, 226:23, 228:6
information/records [2] - 216:13
informed [1] - 50:12
inherently [2] - 144:17, 212:22
inheritance [1] - 121:23
initiate [1] - 224:17
injured [1] - 86:24
innocence [5] - 90:8, 90:12, 91:8, 92:5, 136:16
innocent [5] - 25:11, 38:5, 53:14, 90:10, 136:12
inquire [5] - 21:23, 22:7, 90:4, 90:7, 113:17
inquiry [1] - 49:16, 161:5
inserted [1] - 208:23
inside [3] - 174:10, 174:14, 205:11
insight [1] - 153:23
Instagram [21] - 5:10, 5:11, 8:5, 8:22, 9:14, 9:22, 10:21, 19:13, 139:19, 144:10, 150:9, 150:10, 150:18, 150:22, 151:4, 152:15, 153:20, 167:1, 167:4, 167:5
instance [1] - 121:8
instances [1] - 121:25
Institute [1] - 211:19
institution [1] - 47:17
instruct [6] - 44:6, 65:15, 89:21, 137:4,

142:24, 149:3
instructed [2] - 154:23, 155:13
instruction [9] - 10:14, 10:16, 140:9, 161:15, 168:14, 168:21, 229:24, 230:3, 232:10
Instruction [1] - 161:6
instructions [15] - 13:2, 43:24, 132:13, 132:14, 135:3, 135:8, 135:9, 139:8, 161:5, 168:11, 179:2, 203:16, 224:9, 229:11, 229:21
instructs [7] - 41:14, 43:23, 44:14, 78:1, 118:22, 123:10, 168:7
insurance [4] - 36:4, 37:1, 62:18, 64:8
intelligence [1] - 202:21
Intelligence [1] - 203:6
intend [2] - 212:25, 219:9
intended [1] - 173:14
intends [1] - 12:19
intent [2] - 153:23, 219:4
intentionally [1] - 161:25
interact [1] - 49:12
interactions [1] - 192:6
interest [2] - 6:25, 138:17
interested [6] - 165:6, 165:9, 165:12, 170:5, 170:24, 171:9
intermission [1] - 111:6
internal [1] - 210:24
Internet [4] - 111:6, 139:17, 140:14, 140:18
Interstate [2] - 204:1, 204:5
interstate [1] - 204:3
intervention [1] - 54:16
interview [9] - 5:19, 5:20, 6:2, 6:13, 121:9, 194:19, 195:21
interviewed [2] - 121:8, 199:11

interviews [1] - 10:22
introduce [6] - 5:8, 6:4, 6:12, 8:17, 16:21, 26:13
introduced [4] - 6:6, 11:7, 31:8, 154:14
introduction [1] - 5:18
inventory [1] - 222:7
investigated [1] - 144:4
investigating [1] - 202:15
investigation [6] - 140:15, 141:6, 159:22, 202:24, 213:17, 216:17
investigative [1] - 223:10
investigator [4] - 213:17, 219:22, 220:10, 220:14
investigators [1] - 220:15
invoice [6] - 67:4, 185:18, 185:19, 187:23, 187:25
involve [3] - 51:13, 109:14, 168:8
involved [19] - 7:25, 10:4, 10:6, 41:7, 54:15, 55:3, 71:6, 75:2, 80:15, 81:16, 82:16, 108:3, 108:22, 110:16, 111:9, 124:9, 139:25, 140:21, 203:10
involvement [1] - 152:1
involves [2] - 71:25, 139:10
involving [11] - 7:7, 12:17, 72:16, 81:19, 84:20, 98:13, 106:21, 110:1, 111:8, 122:7, 129:23
IP [1] - 120:17
irrespective [2] - 44:5, 53:8
issue [15] - 16:15, 19:24, 32:5, 69:3, 69:4, 80:20, 88:3, 91:7, 92:13, 110:10, 122:7, 127:9, 133:15, 216:23
issued [1] - 28:23
issues [16] - 7:7, 7:18, 11:21, 12:17, 16:11, 16:14, 67:17, 71:19, 72:16, 88:4, 88:6,

117:1, 117:9,
121:25, 128:19,
139:10
**IT** [1] - 62:20
**Item** [4] - 4:5, 22:15,
180:17, 181:8
**item** [5] - 132:4,
214:23, 218:11,
218:17, 218:21
**items** [1] - 219:13
**itself** [3] - 111:9,
125:5, 211:22

---

**J**

**Jacqueline** [4] - 29:8,
30:2, 35:24, 70:2
**JAMES** [1] - 1:4
**James** [4] - 23:13,
29:9, 39:11, 129:20
**jeopardizes** [1] -
141:16
**Jessica** [2] - 29:13,
44:22
**job** [6] - 15:9, 15:22,
89:25, 120:24, 154:1
**John** [5] - 29:10,
41:21, 115:24,
133:21, 216:5
**join** [4] - 93:9, 96:10,
116:5, 232:5
**joined** [3] - 12:7,
116:23, 116:24
**joining** [1] - 203:4
**joins** [1] - 161:25
**joint** [3] - 11:25,
23:22, 89:13
**journalist** [1] - 98:7
**Jr** [12] - 20:12, 97:16,
152:9, 152:10,
152:14, 152:17,
152:20, 152:23,
153:1, 153:6, 153:8,
153:10
**Jr.'s** [2] - 152:22,
153:9
**Judge** [7] - 23:13,
30:21, 63:19, 112:9,
129:20, 155:4,
156:11
**JUDGE** [1] - 1:4
**judge** [10] - 13:8, 44:7,
58:18, 58:25, 59:7,
59:8, 68:9, 79:22,
122:2, 198:19
**Judicial** [1] - 164:4
**judicial** [8] - 17:3,
80:18, 109:9, 125:5,
132:7, 132:9,

132:20, 233:7
**July** [6] - 132:22,
151:22, 153:5,
164:6, 215:14, 217:1
**juries** [1] - 100:6
**JUROR** [373] - 31:14,
32:1, 32:3, 32:8,
32:11, 32:14, 32:16,
32:19, 32:21, 32:23,
32:25, 33:2, 33:5,
33:8, 33:21, 34:2,
35:3, 35:6, 35:8,
35:14, 35:16, 35:18,
35:21, 35:24, 36:10,
36:21, 36:24, 37:1,
37:4, 37:9, 37:12,
37:14, 37:17, 38:23,
39:4, 39:8, 39:11,
39:24, 40:2, 40:6,
40:9, 40:11, 40:14,
40:16, 41:9, 41:12,
41:15, 41:19, 41:21,
42:5, 42:14, 42:17,
42:20, 43:1, 43:4,
43:9, 43:12, 43:15,
43:17, 43:19, 44:10,
44:19, 44:22, 45:5,
45:10, 45:14, 45:17,
45:19, 45:21, 46:4,
46:6, 46:9, 46:11,
46:16, 47:4, 47:11,
47:14, 48:1, 48:3,
48:15, 48:19, 48:22,
49:1, 49:5, 49:9,
49:12, 49:22, 50:1,
50:6, 50:8, 50:13,
50:16, 50:18, 50:23,
51:2, 51:5, 51:8,
51:10, 51:15, 51:18,
51:21, 51:23, 52:2,
52:5, 52:17, 52:19,
52:23, 53:10, 53:13,
53:17, 53:20, 54:5,
54:11, 54:14, 54:21,
54:25, 55:9, 55:13,
55:17, 55:19, 55:25,
56:8, 56:15, 56:18,
56:24, 57:3, 57:9,
57:20, 57:23, 57:25,
58:14, 58:17, 58:20,
58:24, 59:4, 59:13,
59:15, 59:25, 60:5,
60:12, 60:19, 60:21,
60:23, 61:9, 61:12,
61:15, 61:19, 61:23,
61:25, 62:8, 62:10,
62:12, 62:15, 62:17,
63:1, 63:5, 63:9,
63:13, 63:15, 63:17,
63:19, 64:3, 64:7,
64:10, 64:13, 64:17,

64:20, 64:24, 65:2,
65:10, 65:17, 65:23,
65:25, 66:4, 66:12,
66:23, 67:4, 67:10,
67:16, 67:20, 67:23,
68:23, 69:6, 69:11,
69:15, 69:18, 69:24,
70:2, 70:12, 70:15,
70:17, 70:19, 70:22,
71:3, 71:9, 71:14,
71:22, 73:1, 73:6,
73:9, 73:14, 73:17,
73:20, 73:23, 74:3,
74:8, 74:12, 74:15,
74:17, 74:22, 74:25,
75:3, 75:6, 75:8,
75:11, 75:14, 75:19,
75:23, 76:1, 76:5,
76:25, 77:7, 77:15,
77:23, 78:3, 78:6,
78:8, 78:12, 78:15,
79:13, 80:5, 80:7,
80:10, 80:16, 80:19,
80:22, 81:7, 82:5,
82:15, 82:17, 82:20,
82:22, 82:25, 83:4,
83:9, 83:16, 83:18,
83:21, 85:4, 85:8,
85:12, 85:15, 85:19,
85:22, 86:2, 86:9,
86:11, 86:17, 86:23,
88:14, 88:16, 88:20,
88:23, 97:25, 98:14,
98:17, 98:19, 98:23,
99:8, 99:10, 99:16,
99:19, 99:23,
100:10, 100:12,
100:15, 100:21,
101:1, 101:6, 101:9,
101:11, 101:14,
101:25, 102:2,
102:5, 102:8,
102:10, 102:14,
102:16, 103:3,
103:6, 103:8,
103:10, 103:13,
103:16, 103:24,
104:1, 104:4,
104:14, 104:17,
104:21, 104:23,
104:25, 105:2,
105:16, 105:19,
105:25, 106:2,
106:10, 106:13,
107:2, 107:4, 107:6,
107:10, 107:17,
107:19, 107:21,
107:23, 108:1,
108:4, 108:8,
108:10, 108:13,
108:15, 108:19,

108:24, 109:1,
109:7, 109:10,
109:13, 109:16,
110:7, 119:16,
119:23, 119:25,
120:4, 120:7,
120:15, 120:21,
120:24, 121:2,
121:4, 121:7,
121:15, 121:19,
122:10, 122:13,
122:15, 122:21,
122:25, 123:3,
123:8, 123:14,
123:16, 123:19,
124:5, 124:11,
124:15, 124:21,
124:23, 125:2,
125:6, 125:10,
125:12, 125:14,
126:1, 126:3, 126:8,
126:12, 126:16,
126:18, 126:21,
126:24
**Juror** [36] - 29:7, 29:8,
29:9, 29:10, 29:12,
29:13, 29:14, 29:15,
29:16, 29:18, 29:19,
29:20, 29:21, 29:23,
29:24, 29:25, 30:1,
30:2, 31:13, 47:13,
92:21, 92:25, 94:9,
95:24, 97:11, 97:12,
97:13, 97:14, 97:15,
97:16, 97:19,
114:14, 114:21,
115:21, 119:10,
119:11
**juror** [53] - 28:2,
28:16, 30:13, 30:18,
34:5, 34:21, 35:17,
37:8, 40:8, 41:18,
42:16, 46:12, 48:10,
48:18, 50:9, 52:22,
56:17, 56:21, 57:8,
57:13, 57:14, 58:5,
58:7, 59:23, 61:22,
68:12, 68:22, 72:13,
74:1, 77:4, 86:15,
87:2, 87:11, 87:25,
88:7, 89:6, 91:5,
92:18, 99:6, 102:13,
106:12, 110:11,
110:20, 112:17,
112:21, 112:25,
119:2, 119:9, 123:7,
140:2, 141:16,
141:20
**jurors** [38] - 5:1, 21:4,
23:13, 26:4, 26:9,
27:22, 27:23, 29:4,

30:4, 30:6, 38:24,
42:22, 42:23, 43:21,
44:11, 46:13, 46:14,
46:19, 47:5, 47:24,
71:19, 72:19, 89:3,
89:20, 93:23,
111:17, 112:9,
112:14, 113:20,
119:5, 135:7, 139:2,
139:4, 139:22,
140:22, 142:5,
142:12
**Jurors** [1] - 94:1
**JURORS** [1] - 129:8
**jury** [139] - 7:1, 10:12,
10:14, 12:23, 13:1,
13:2, 13:5, 18:17,
19:20, 20:25, 21:2,
21:25, 22:14, 23:16,
25:16, 25:18, 25:20,
27:20, 28:2, 28:5,
28:7, 28:8, 28:10,
28:21, 30:7, 30:9,
30:19, 30:24, 31:20,
34:12, 36:6, 38:16,
39:17, 40:3, 41:7,
42:1, 42:2, 44:8,
45:2, 45:25, 46:7,
46:18, 47:20, 47:22,
50:4, 52:14, 54:1,
59:22, 62:5, 62:22,
63:25, 65:3, 65:5,
66:3, 66:8, 66:19,
66:20, 68:10, 69:19,
74:21, 76:11, 76:15,
76:22, 87:14, 90:7,
91:24, 91:25, 93:18,
93:25, 94:7, 95:5,
95:19, 98:9, 98:11,
98:12, 101:22,
102:25, 104:10,
105:7, 105:8, 106:7,
111:22, 112:3,
113:17, 117:1,
117:5, 117:8,
117:10, 117:20,
117:21, 119:21,
124:2, 129:12,
130:1, 130:7,
131:13, 131:14,
131:21, 131:22,
132:1, 132:3, 132:5,
132:9, 132:14,
134:14, 134:21,
134:24, 134:25,
135:4, 135:5, 135:6,
136:19, 139:10,
141:11, 142:5,
143:2, 149:3, 161:4,
161:17, 163:23,
164:4, 166:9, 168:7,

168:11, 174:11, 196:23, 203:3, 203:20, 210:4, 219:2, 221:16, 226:19, 230:22, 231:2, 232:10, 232:13
**JURY** [5] - 1:17, 3:3, 4:3, 26:11, 117:25
**jury's** [1] - 31:1
**Justice** [4] - 10:24, 26:15, 159:2, 159:7
**Juvenal** [1] - 45:21
**Juvenile** [1] - 29:14

## K

**K-A-Y-A-N-O** [1] - 29:7
**K-I-R-I-K** [1] - 119:10
**Katherine** [4] - 2:4, 4:10, 22:23, 26:18
**Katherine.rykken@ usdoj.gov** [1] - 2:8
**Kayano** [8] - 29:7, 31:14, 69:8, 69:9, 88:17, 95:12, 95:17, 95:19
**keep** [15] - 25:17, 28:23, 48:11, 131:6, 131:7, 131:17, 139:3, 142:4, 153:25, 154:2, 219:4, 224:9, 227:5, 227:10, 227:12
**Keep** [1] - 223:25
**keeping** [3] - 132:24, 145:4, 164:9
**kept** [1] - 213:5
**Kern** [1] - 103:17
**kid** [1] - 78:10
**kids** [6] - 45:23, 45:24, 50:4, 62:5, 62:21, 104:10
**Kielwasser** [3] - 1:23, 233:10, 233:11
**kill** [2] - 212:23, 212:25
**kind** [4] - 55:1, 109:2, 184:15, 195:4
**kindergarten** [1] - 102:21
**kinds** [1] - 166:11
**Kirik** [7] - 119:10, 120:6, 120:7, 125:21, 128:8, 128:10, 128:16
**knowledge** [2] - 153:23, 197:9
**Kyle** [2] - 4:12, 22:25

## L

**L-E-V-I** [1] - 30:1
**L-I-Z-A-R-D-I** [1] - 97:11
**L-O-P-E-Z** [1] - 29:8
**L-Y-O-N-S** [1] - 29:24
**LA** [3] - 45:1, 45:23, 126:24
**labor** [1] - 230:10
**lacks** [1] - 191:17
**ladies** [10] - 26:3, 26:6, 117:21, 135:5, 143:13, 149:9, 151:8, 153:16, 154:13, 230:24
**laid** [3] - 6:19, 9:15, 19:25
**laminates** [1] - 209:14
**language** [3] - 32:17, 32:18, 231:20
**LAPD** [4] - 62:23, 63:16, 82:17, 82:18
**large** [3] - 11:17, 79:18, 79:23
**last** [20] - 6:1, 17:13, 23:19, 25:14, 58:9, 105:19, 108:17, 112:15, 140:3, 161:2, 169:5, 169:7, 181:10, 188:4, 199:2, 202:5, 216:9, 225:22, 228:4, 229:15
**lastly** [7] - 152:8, 153:5, 164:3, 210:4, 210:24, 215:9, 219:10
**late** [1] - 121:24
**laugh** [1] - 54:22
**Law** [3] - 2:13, 2:17, 2:23
**law** [118] - 28:6, 30:21, 31:10, 37:2, 37:20, 37:21, 38:10, 39:1, 41:13, 43:23, 43:24, 44:4, 44:6, 44:7, 44:9, 44:14, 52:25, 53:2, 54:6, 54:8, 54:17, 55:5, 55:12, 55:15, 55:22, 57:6, 58:22, 59:4, 59:8, 62:23, 65:15, 65:18, 66:8, 69:4, 78:1, 79:20, 79:25, 80:15, 81:15, 81:19, 83:14, 83:19, 83:23, 84:3, 84:4, 90:22, 91:8, 91:25, 99:12,
108:22, 109:19, 109:22, 118:22, 120:12, 121:5, 123:9, 123:11, 125:1, 125:24, 132:13, 132:23, 133:2, 133:4, 133:6, 135:14, 135:15, 135:16, 137:17, 139:8, 140:20, 142:25, 143:15, 143:19, 145:17, 146:5, 146:22, 146:24, 147:9, 148:14, 148:19, 149:17, 151:11, 153:20, 154:1, 155:13, 155:14, 156:6, 157:3, 157:19, 157:20, 157:23, 158:7, 158:10, 158:12, 159:11, 159:12, 159:15, 164:8, 164:12, 164:14, 164:16, 179:5, 179:6, 193:4, 193:5, 218:13, 226:8, 226:15, 227:10, 229:13, 229:14, 229:19, 231:25
**law.com** [1] - 2:19
**lawful** [3] - 189:24, 195:7, 195:18
**lawfully** [3] - 157:8, 158:11, 158:24
**laws** [19] - 44:2, 44:3, 65:12, 65:14, 77:12, 77:16, 77:21, 144:16, 156:1, 156:13, 157:1, 202:16, 202:17, 202:25, 204:7, 204:15, 219:12, 220:2
**lawyer** [4] - 41:17, 137:21, 137:22, 137:24
**lawyers** [26] - 21:3, 26:14, 26:16, 28:15, 28:18, 30:12, 31:9, 42:24, 48:17, 52:21, 58:16, 61:21, 73:25, 74:20, 86:14, 89:1, 89:4, 91:17, 102:12, 103:15, 111:16, 112:20, 123:6, 127:3, 140:22, 168:19
**lay** [1] - 11:1
**lead** [1] - 223:10
**leading** [1] - 167:8
**Leading** [1] - 171:14
**learn** [7] - 140:16, 144:15, 145:6, 146:1, 146:8, 149:20, 150:15
**learning** [1] - 203:23
**least** [1] - 210:16
**leave** [5] - 76:9, 122:5, 122:15, 142:7, 230:24
**leaves** [1] - 115:6
**left** [11] - 26:17, 76:23, 112:15, 142:8, 182:10, 184:11, 208:12, 210:18, 223:13, 224:22, 229:24
**legal** [6] - 49:13, 71:10, 140:9, 193:12, 194:3, 195:18
**legally** [2] - 144:23, 144:25
**legitimacy** [1] - 148:5
**lending** [2] - 132:25, 164:10
**less** [1] - 233:5
**letter** [1] - 105:10
**letting** [1] - 33:19
**level** [2] - 68:3, 68:24
**lever** [1] - 211:1
**Levi** [8] - 30:1, 66:11, 66:12, 71:21, 71:23, 93:12, 94:4
**liability** [1] - 217:15
**liaison** [1] - 124:6
**license** [38] - 13:12, 13:25, 14:11, 24:19, 33:1, 33:4, 40:21, 136:1, 143:25, 144:24, 145:7, 145:10, 145:15, 146:21, 147:3, 148:18, 151:10, 154:19, 156:7, 156:23, 204:12, 212:19, 213:11, 213:16, 213:19, 214:10, 220:13, 220:20, 221:4, 221:21, 221:22, 222:2, 222:3, 225:13, 225:19, 229:19, 230:7
**License** [1] - 156:9
**licensed** [9] - 146:10, 149:23, 164:19, 206:5, 212:13,
lead [1] - 223:10
220:3, 222:6, 222:19, 224:5
**licensee** [11] - 220:4, 220:24, 220:25, 223:2, 224:24, 225:20, 225:24, 226:21, 227:5, 227:16, 228:17
**Licensee** [1] - 145:1
**licensee's** [1] - 136:5
**licensee/responsible** [1] - 221:15
**licenses** [5] - 133:10, 218:16, 219:15, 221:5, 221:17
**licensing** [2] - 212:16
**life** [7] - 33:11, 51:6, 64:23, 83:11, 155:20, 213:7, 227:14
**light** [3] - 5:1, 12:18, 138:20
**like..** [1] - 50:20
**limine** [1] - 10:22, 17:5
**Limine** [2] - 5:6, 11:19
**limit** [1] - 11:19
**limited** [2] - 139:18, 217:15
**limiting** [1] - 10:16
**line** [5] - 41:22, 42:4, 66:14, 66:22, 217:25
**linguist** [1] - 203:8
**LinkedIn** [1] - 139:19
**Lisa** [4] - 4:16, 23:5, 27:9, 154:15
**lisa** [1] - 2:17
**lisa@houle** [1] - 2:19
**lisa@houle-law.com** [1] - 2:19
**list** [6] - 11:11, 13:18, 15:20, 18:7, 113:9, 113:18
**listed** [22] - 148:7, 178:7, 179:18, 180:16, 185:3, 185:11, 188:23, 213:15, 213:16, 214:15, 214:24, 215:8, 215:9, 215:25, 219:18, 220:9, 221:12, 223:2, 223:3, 223:21, 228:3, 228:21
**listen** [8] - 28:5, 46:19, 90:2, 91:25, 118:21, 140:10, 153:16, 159:20
**lists** [5] - 20:3, 93:16, 148:3, 223:22,

226:24
**literally** [1] - 91:13
**litigation** [1] - 71:8
**live** [26] - 28:12, 31:15,
35:25, 39:12, 41:22,
43:5, 44:1, 44:23,
52:6, 53:21, 60:25,
62:1, 62:17, 66:13,
70:3, 99:24, 101:15,
102:17, 103:12,
104:9, 105:3, 106:3,
119:17, 120:8,
123:21, 165:2
**lived** [2] - 84:11,
152:17
**livelihood** [3] -
148:17, 229:18,
230:11
**liver** [1] - 45:22
**living** [2] - 59:15,
159:4
**Lizardi** [4] - 97:11,
99:21, 99:23, 115:9
**Lizet** [1] - 50:1
**Lizette** [3] - 29:12,
29:16, 43:4
**loaded** [1] - 209:21
**lobbying** [1] - 73:12
**local** [8] - 98:5, 98:10,
156:1, 156:15,
179:6, 219:12,
229:14
**located** [5] - 172:11,
172:13, 202:20,
204:14, 215:8
**location** [4] - 87:8,
173:22, 179:9, 181:5
**lodged** [1] - 11:25
**lodging** [1] - 11:8
**logic** [2] - 46:22, 91:2
**logo** [3] - 150:15,
151:4, 151:7
**look** [10] - 10:13, 65:3,
68:9, 134:7, 159:19,
159:21, 176:12,
176:14, 184:16,
214:8
**looked** [5] - 15:21,
155:7, 170:10,
174:11, 185:9
**looking** [22] - 69:12,
91:2, 107:12,
167:11, 171:3,
178:15, 180:8,
181:8, 207:3,
207:23, 215:18,
216:8, 217:2, 217:7,
217:19, 217:23,
218:14, 218:19,
224:20, 225:15,

228:22
**looks** [3] - 20:12,
113:24, 174:12
**Lopez** [8] - 29:8,
35:23, 35:24, 95:24,
95:25, 96:22, 96:25,
97:3
**Los** [15] - 1:17, 1:24,
2:6, 2:24, 39:12,
49:15, 53:23, 58:19,
60:25, 62:19, 70:3,
152:18, 202:19,
204:14, 215:8
**loss** [1] - 68:1
**lost** [1] - 232:21
**low** [1] - 68:3
**lower** [1] - 198:4
**lunch** [3] - 111:7,
131:9
**lying** [1] - 158:20
**Lynnette** [1] - 99:23
**Lyons** [7] - 29:24,
62:16, 62:17, 94:16,
94:19, 95:14, 95:18

## M

**M-A-R-T-I-N** [1] -
97:12
**M-O-R-E-N-O** [1] -
29:23
**M1991** [1] - 185:1
**magazine** [5] - 208:15,
208:16, 208:20,
208:23, 209:2
**magazines** [1] - 33:7
**mail** [2] - 5:12, 144:10
**mails** [3] - 8:6, 10:20,
153:21
**maintain** [5] - 147:23,
214:6, 222:23,
225:25, 227:14
**maintained** [3] -
42:10, 211:18,
226:21
**major** [3] - 5:2, 36:12,
37:20
**majority** [1] - 11:6
**malfunction** [1] -
117:15
**man** [2] - 67:12,
155:18
**managed** [1] - 70:24
**management** [2] -
67:11, 102:20
**manager** [5] - 36:2,
37:15, 49:2, 52:12,
61:2
**Manhattan** [1] - 2:18

**manipulated** [1] -
210:19
**manner** [5] - 138:17,
156:3, 156:11,
156:17, 187:6
**manufacturer** [13] -
46:4, 46:5, 156:21,
206:13, 206:16,
207:11, 221:22,
221:25, 222:10,
223:8, 225:3, 225:8,
227:15
**manufacturer's** [2] -
206:7, 206:12
**manufacturer/**
**importer** [1] - 213:8
**manufacturers** [3] -
206:5, 206:21, 207:1
**Manufacturers** [1] -
211:19
**manufacturing** [4] -
132:24, 164:9,
221:22, 222:3
**map** [1] - 155:4
**Maravilla** [1] - 114:7
**Marine** [2] - 121:20,
203:9
**Mario** [9] - 113:22,
167:15, 167:22,
167:23, 175:19,
175:20, 183:8,
195:4, 199:18
**mark** [2] - 206:11,
206:15
**marked** [4] - 207:4,
207:5, 207:25, 208:1
**marketed** [1] - 151:2
**marketing** [6] - 45:7,
66:18, 124:7, 150:9,
151:5, 211:20
**markings** [1] - 208:2
**markup** [1] - 147:17
**married** [16] - 31:16,
39:13, 41:22, 44:25,
45:22, 47:16, 52:7,
59:17, 61:1, 62:18,
66:13, 98:3, 99:25,
102:18, 104:6, 120:9
**Martin** [4] - 97:12,
101:13, 101:14,
116:10
**Martinez** [1] - 114:2
**match** [1] - 182:14
**matched** [1] - 188:22
**matches** [1] - 184:16
**materials** [2] - 140:15,
209:13
**matter** [12] - 4:25,
15:4, 15:10, 23:5,
23:24, 108:25,

122:8, 125:8,
130:23, 140:6,
159:16, 233:4
**matters** [11] - 5:4,
21:21, 25:17, 71:7,
85:17, 89:3, 98:13,
109:11, 129:18,
130:21
**maximum** [2] - 200:5,
200:13
**mean** [12] - 27:25,
30:18, 34:12, 54:22,
57:9, 86:18, 86:19,
93:19, 111:10,
196:4, 198:11,
207:16
**meaning** [1] - 143:23
**means** [8] - 46:15,
91:18, 138:7,
139:16, 150:16,
155:12, 155:13,
225:22
**meant** [1] - 148:5
**mechanism** [3] -
91:14, 91:19, 223:5
**media** [5] - 70:5,
139:20, 139:25,
140:10, 140:24
**mediations** [1] - 85:5
**medical** [8] - 54:23,
79:21, 110:10,
130:12, 130:13,
216:13, 216:19,
216:20
**medication** [1] - 68:14
**meet** [7] - 168:20,
172:4, 172:6, 172:8,
173:16, 174:14,
232:12
**meet-and-confer** [1] -
168:20
**meeting** [2] - 198:24,
199:3
**meetings** [1] - 187:14
**Melvin** [2] - 97:12,
101:14
**member** [12] - 73:10,
77:20, 78:19, 78:21,
81:10, 84:2, 104:16,
121:20, 123:1,
146:13, 152:21,
219:7
**members** [33] - 54:6,
55:7, 57:6, 58:22,
59:7, 78:18, 78:20,
78:23, 79:1, 79:6,
79:19, 79:20, 79:21,
81:24, 83:14, 84:8,
84:15, 86:6, 94:7,
101:2, 101:4,

104:15, 104:19,
106:21, 123:5,
125:18, 125:23,
133:4, 139:24,
164:14
**memorandum** [1] -
12:15
**memory** [9] - 40:18,
68:1, 83:11, 138:16,
142:10, 142:11,
174:6, 196:10, 199:6
**mental** [4] - 53:23,
54:10, 216:21,
216:23
**mention** [3] - 7:14,
7:21, 209:4
**mentioned** [11] - 48:5,
52:25, 55:4, 58:21,
84:7, 122:15,
129:22, 151:12,
176:1, 199:17, 208:4
**mentor** [4] - 63:22,
63:24, 64:9, 64:13
**mentorship** [1] -
64:11
**merchandise** [1] -
151:6
**merchandising** [1] -
61:12
**merits** [1] - 139:15
**Mesa** [1] - 166:5
**message** [2] - 172:20,
173:7
**messages** [8] - 6:14,
6:17, 10:21, 20:11,
144:10, 152:15,
153:21
**messaging** [2] -
139:17, 144:11
**met** [7] - 132:7,
151:15, 181:16,
187:11, 198:21,
198:22, 199:6
**metal** [2] - 210:1,
211:12
**metals** [1] - 209:15
**method** [1] - 193:16
**methods** [1] - 222:8
**meticulously** [1] -
145:3
**mic** [2] - 106:25, 120:6
**Michael** [6] - 2:22,
4:21, 23:10, 27:14,
97:10, 97:25
**Michele** [1] - 47:15
**Michelle** [1] - 29:15
**microphone** [14] -
39:9, 51:25, 53:19,
59:14, 72:24, 74:6,
75:12, 77:6, 79:12,

82:4, 85:3, 97:18,
99:22, 206:9
**middle** [2] - 52:9,
180:14
**might** [6] - 46:2,
49:14, 56:1, 154:9,
190:12, 216:20
**Miguel** [4] - 4:8, 22:17,
136:3, 228:4
**MIGUEL** [1] - 1:12
**Mikhail** [2] - 119:10,
120:7
**miles** [1] - 79:18
**military** [4] - 126:1,
126:2, 216:12,
216:20
**mind** [12] - 23:18,
25:17, 28:23, 98:22,
120:3, 121:18,
124:13, 139:3,
153:25, 193:6,
194:25, 195:15
**mindful** [1] - 63:24
**mindset** [1] - 66:2
**mine** [2] - 107:12,
177:21
**minimum** [1] - 155:13
**minutes** [3] - 18:19,
134:19, 170:18
**mirrors** [1] - 231:20
**miscellaneous** [1] -
218:20
**misconstrues** [1] - 6:9
**misdemeanor** [1] -
91:10
**misleading** [2] -
19:20, 141:8
**miss** [1] - 105:11
**missed** [1] - 46:3
**missing** [1] - 114:15
**misstate** [1] - 81:4
**mistaken** [1] - 34:17
**mistrial** [1] - 141:17
**mix** [1] - 131:1
**mobile** [1] - 54:16
**model** [10] - 146:11,
205:25, 206:4,
206:13, 206:17,
209:10, 210:6,
210:9, 225:4
**models** [1] - 206:22
**moment** [10] - 17:13,
17:19, 19:5, 96:4,
117:15, 127:25,
154:7, 161:8, 168:2,
232:22
**moments** [1] - 135:6
**Moms** [1] - 103:20
**Monday** [9] - 21:19,
21:20, 21:22, 25:23,

105:21, 130:25,
131:3
**money** [1] - 145:21
**Monica** [1] - 105:3
**monitors** [1] - 31:13
**Monte** [1] - 59:16
**month** [1] - 147:16
**months** [4] - 151:19,
152:12, 198:25,
200:7
**Moreno** [4] - 29:23,
61:25, 94:13, 94:21
**morning** [20] - 4:10,
4:13, 4:15, 4:19,
11:8, 22:21, 22:23,
23:3, 23:6, 23:7,
23:8, 23:11, 47:14,
52:5, 60:16, 63:19,
68:17, 69:10, 98:21,
120:2
**morning's** [1] - 23:18
**mornings** [1] - 130:10
**most** [12] - 34:22,
45:12, 69:22, 208:7,
209:22, 210:2,
212:22, 212:25,
221:24, 222:10,
224:8, 226:14
**mostly** [1] - 45:11
**Motion** [2] - 5:6, 11:18
**motion** [21] - 8:6,
10:22, 14:22, 15:15,
16:2, 16:3, 16:6,
16:12, 16:13, 16:16,
17:4, 17:7, 17:23,
18:21, 18:25, 41:22,
41:24, 42:4, 93:6,
127:10, 231:25
**motions** [7] - 5:5,
14:16, 14:18, 14:25,
15:1, 115:12, 231:12
**mouth** [3] - 65:6,
159:14, 166:25
**move** [18] - 6:17, 6:18,
29:3, 43:2, 93:7,
95:10, 96:13, 117:3,
118:18, 131:11,
133:16, 162:16,
171:17, 196:11,
196:13, 211:2,
211:3, 212:6
**moved** [2] - 8:11, 94:8
**moves** [4] - 5:8, 23:25,
39:21, 42:22
**moving** [4] - 8:20,
91:14, 92:25, 93:13
**MR** [123] - 3:7, 4:15,
4:19, 4:23, 9:12,
9:24, 12:3, 12:4,
12:11, 12:13, 14:15,

14:21, 14:24, 15:3,
16:17, 16:19, 17:7,
17:12, 17:18, 17:21,
18:1, 18:13, 19:2,
19:7, 20:2, 20:7,
20:19, 21:6, 21:15,
21:16, 21:23, 21:25,
22:6, 22:7, 22:10,
22:12, 23:3, 23:8,
89:19, 90:6, 93:1,
93:2, 93:7, 93:9,
93:14, 95:3, 95:23,
96:4, 96:8, 96:11,
113:2, 113:3,
113:14, 114:23,
114:24, 115:6,
115:15, 115:17,
115:21, 115:23,
116:3, 116:6,
116:18, 116:21,
116:24, 118:9,
118:12, 127:13,
127:14, 127:25,
128:3, 128:6, 128:9,
128:12, 132:15,
132:17, 133:12,
133:13, 133:19,
134:9, 134:11,
149:1, 154:7, 154:9,
154:13, 160:6,
161:8, 161:12,
161:16, 163:7,
163:9, 167:8, 168:6,
168:13, 171:14,
171:17, 185:21,
185:25, 186:17,
187:4, 188:3, 188:5,
191:23, 195:12,
195:14, 195:16,
195:25, 196:2,
196:5, 196:12,
196:14, 196:25,
197:12, 197:13,
200:1, 200:3,
201:14, 205:4,
205:5, 231:7, 231:9,
232:5, 232:20
**MS** [98] - 3:6, 3:8,
4:10, 4:13, 5:22,
5:25, 7:12, 8:1, 8:4,
8:13, 8:15, 8:24, 9:4,
9:19, 10:15, 11:5,
11:22, 13:16, 13:21,
13:24, 14:3, 14:7,
17:15, 18:3, 18:9,
18:20, 20:14, 20:16,
20:20, 21:12, 22:21,
22:23, 24:6, 89:17,
92:11, 93:3, 93:10,
93:15, 94:18, 95:1,
95:10, 95:13, 96:13,

96:16, 113:1, 113:8,
113:12, 114:14,
114:18, 114:20,
114:21, 115:14,
116:13, 116:16,
117:2, 118:14,
127:12, 127:20,
132:6, 133:15,
134:2, 134:15,
143:7, 143:10,
143:13, 149:9,
160:15, 162:14,
162:20, 163:22,
164:2, 164:21,
164:24, 167:10,
168:16, 168:22,
168:23, 171:19,
183:24, 186:3,
186:13, 191:17,
195:10, 196:20,
197:17, 197:19,
199:23, 201:16,
201:19, 202:10,
204:24, 205:6,
205:14, 205:16,
211:5, 211:8, 231:5,
232:15
**multiple** [3] - 67:25,
98:10, 152:18
**municipal** [1] - 39:18
**music** [1] - 41:25
**musician** [2] - 70:7,
119:19
**Must** [1] - 223:25
**must** [22] - 43:25,
46:15, 54:19, 90:20,
90:21, 123:11,
135:15, 136:25,
138:4, 138:8, 139:6,
139:8, 140:5,
147:21, 155:10,
191:22, 213:16,
214:5, 214:6, 225:1,
228:1
**must-have** [1] -
191:22
**muzzle** [1] - 210:2

# N

**N-U-N-O** [1] - 29:12
**name** [72] - 4:22, 7:15,
27:24, 29:5, 31:14,
35:24, 39:11, 41:21,
43:4, 44:22, 45:21,
47:14, 50:1, 52:5,
53:20, 60:23, 61:25,
62:17, 63:19, 66:12,
96:15, 97:8, 97:25,
101:14, 102:16,

104:4, 105:2, 106:2,
114:19, 115:22,
119:16, 120:7,
123:19, 129:20,
154:14, 161:2,
169:5, 169:7,
172:15, 173:3,
174:17, 180:16,
180:21, 180:22,
181:9, 181:10,
181:11, 181:13,
184:3, 184:6,
185:13, 185:15,
185:16, 186:4,
202:5, 206:12,
206:16, 214:23,
214:25, 215:7,
215:24, 216:4,
217:3, 220:24,
221:7, 225:12,
225:19, 226:23,
228:3, 228:4
**named** [1] - 151:15
**namely** [1] - 161:2
**names** [3] - 34:7,
39:11, 114:8
**National** [1] - 73:15
**Naturalization** [1] -
203:7
**nature** [3] - 15:25,
107:5, 203:25
**Neal** [1] - 97:13
**necessarily** [2] -
122:10, 138:24
**necessary** [3] - 7:1,
16:2, 16:8
**need** [19] - 12:5, 13:9,
16:3, 28:10, 35:12,
47:23, 65:3, 67:6,
67:7, 68:6, 68:13,
68:14, 72:24, 88:21,
119:7, 130:13,
130:14, 157:25,
196:3
**needed** [1] - 196:17
**needs** [3] - 23:16,
127:2, 213:14
**negative** [10] - 49:17,
49:20, 81:18, 81:23,
81:24, 82:1, 83:19,
83:22, 109:21
**negatively** [1] - 83:21
**negotiated** [1] -
152:13
**neighbor** [1] - 121:8
**neighbor's** [1] -
121:12
**neighbors** [1] - 107:14
**Neil** [2] - 102:16,
128:4

**nervous** [2] - 69:16, 69:23
**net** [1] - 70:22
**Netflix** [1] - 70:22
**never** [17] - 42:1, 63:25, 66:19, 69:18, 83:9, 98:10, 106:7, 109:4, 118:23, 124:2, 136:16, 166:18, 192:4, 192:18, 194:15, 201:7
**new** [12] - 16:14, 16:15, 97:21, 106:16, 106:18, 111:11, 112:18, 112:24, 119:13, 125:16, 146:11
**New** [2] - 49:14, 225:13
**News** [1] - 70:24
**news** [2] - 140:10, 140:12
**newspapers** [1] - 33:7
**next** [24] - 13:8, 25:24, 43:3, 66:11, 95:7, 95:22, 96:2, 101:13, 102:15, 105:21, 106:1, 116:1, 116:20, 121:8, 142:13, 148:10, 149:19, 151:18, 201:18, 209:3, 219:17, 220:18, 221:12, 225:3
**Nexus** [2] - 204:1, 204:5
**nexus** [1] - 204:3
**nice** [1] - 15:21
**Nicholas** [1] - 119:12
**Nick** [1] - 123:20
**nickname** [2] - 173:5, 183:20
**night** [4] - 17:13, 105:4, 107:11
**nights** [1] - 105:3
**nine** [4] - 27:22, 27:23, 64:18, 170:18
**nomenclature** [1] - 203:24
**nominal** [2] - 211:12, 211:13
**non** [1] - 224:5
**non-licensed** [1] - 224:5
**none** [6] - 79:5, 81:13, 113:19, 138:13, 190:15, 197:1
**noon** [2] - 22:10, 110:24

**Noon** [1] - 112:5
**normal** [1] - 194:3
**normally** [2] - 60:12, 190:3
**North** [1] - 2:6
**northern** [1] - 152:17
**Northridge** [1] - 120:8
**Norwalk** [1] - 165:3
**note** [3] - 28:23, 142:6, 162:17
**notebooks** [1] - 230:25
**notes** [9] - 135:3, 142:3, 142:4, 142:8, 142:9, 142:10, 142:12, 195:21
**nothing** [8] - 91:18, 92:11, 109:4, 124:17, 156:1, 160:21, 197:12, 201:24
**notice** [6] - 17:3, 17:11, 132:7, 132:9, 132:20, 173:21
**Notice** [1] - 164:4
**noticed** [1] - 113:8
**notices** [2] - 179:2, 229:10
**notify** [2] - 140:1, 141:21
**NOVEMBER** [2] - 1:18, 4:1
**November** [1] - 186:10
**NRA** [5] - 101:2, 104:15, 121:21, 123:1
**number** [57] - 11:17, 18:13, 19:16, 20:6, 28:1, 30:8, 39:21, 61:16, 79:24, 138:24, 144:2, 169:1, 169:2, 169:12, 169:23, 170:1, 170:2, 170:4, 170:9, 170:14, 180:10, 181:22, 182:5, 182:13, 184:13, 184:14, 184:17, 185:3, 185:8, 188:21, 205:13, 206:14, 206:18, 206:19, 206:20, 206:23, 206:25, 207:4, 207:7, 207:9, 209:13, 212:10, 214:15, 215:2, 215:3, 215:4, 222:8, 225:4, 225:6, 225:7, 225:13, 225:19,

225:20, 225:25, 226:24
**Number** [2] - 206:1, 225:3
**numbering** [1] - 15:22
**numbers** [8] - 18:14, 20:7, 169:18, 169:19, 169:22, 182:14, 188:7, 206:22
**numerically** [1] - 225:21
**numerous** [1] - 39:18
**Nuno** [3] - 29:12, 43:4, 44:19
**nurse** [3] - 98:6, 100:3, 120:11
**nursing** [1] - 98:4
**Nuys** [1] - 123:20

## O

**o'clock** [6] - 22:10, 22:11, 110:25, 111:21, 130:20, 131:10
**O-N-E-I-L-L** [1] - 97:10
**Oaks** [1] - 62:18
**oath** [3] - 28:24, 141:4, 141:14
**object** [12] - 5:18, 11:13, 15:19, 19:19, 20:1, 28:4, 137:24, 149:2, 154:19, 185:21, 185:25, 231:23
**objected** [2] - 231:20, 232:21
**objecting** [1] - 15:6
**objection** [33] - 5:15, 6:24, 8:19, 9:16, 11:12, 14:19, 14:21, 15:14, 15:25, 17:8, 17:9, 17:23, 18:12, 20:3, 93:3, 93:4, 93:10, 93:15, 113:1, 113:2, 133:25, 137:25, 138:1, 138:3, 163:5, 167:8, 171:14, 185:24, 191:17, 195:10, 196:20, 205:2, 205:5
**objections** [4] - 16:20, 20:17, 137:3, 205:4
**objective** [1] - 230:11
**objects** [1] - 6:12
**obligation** [3] - 155:1, 198:8, 198:11
**observed** [1] - 34:18

**obtained** [1] - 8:16
**obtaining** [1] - 204:11
**obvious** [1] - 158:15
**obviously** [2] - 32:22, 119:20
**occasional** [1] - 146:15
**occasions** [2] - 146:17, 152:18
**occupation** [16] - 31:17, 31:18, 34:23, 36:3, 37:13, 45:4, 46:3, 47:16, 64:1, 64:6, 70:21, 106:5, 119:19, 124:4, 165:4, 202:11
**occupational** [1] - 98:7
**occupations** [2] - 203:4, 203:10
**occur** [2] - 87:10, 108:18
**occurred** [4] - 34:16, 74:19, 80:9, 164:18
**occurs** [1] - 133:8
**October** [2] - 15:2, 16:11
**OF** [5] - 1:2, 1:8, 2:3, 2:11, 2:21
**off-roster** [28] - 13:14, 13:17, 13:18, 14:6, 14:8, 14:9, 133:1, 133:3, 133:7, 145:19, 145:25, 146:2, 146:10, 147:5, 147:8, 149:11, 149:13, 150:13, 152:19, 156:19, 156:23, 157:2, 157:4, 157:9, 164:11, 164:13, 164:17
**offense** [3] - 79:3, 79:5, 106:20
**offer** [9] - 6:19, 10:14, 16:10, 57:16, 58:11, 142:22, 161:15, 168:12, 222:11
**offered** [6] - 12:7, 12:10, 19:24, 23:23, 161:4, 232:8
**offering** [2] - 132:25, 164:10
**offers** [1] - 137:22
**office** [9] - 17:13, 26:16, 49:13, 93:25, 129:12, 174:12, 174:13
**Office** [2] - 2:5, 49:19
**Officer** [82] - 4:17,

5:11, 5:13, 5:16, 5:17, 6:20, 6:21, 6:22, 6:24, 7:4, 9:13, 11:18, 12:7, 12:17, 12:18, 13:19, 14:19, 14:25, 15:5, 15:11, 15:12, 17:4, 23:4, 23:9, 24:3, 24:11, 24:14, 24:15, 24:23, 25:8, 27:5, 27:6, 27:7, 27:9, 27:12, 27:13, 40:18, 40:21, 40:22, 41:3, 48:5, 48:9, 48:10, 48:11, 48:12, 154:16, 154:18, 155:10, 155:16, 155:23, 156:5, 157:16, 158:2, 158:6, 158:8, 158:18, 158:21, 158:22, 159:11, 159:13, 159:19, 159:25, 161:12, 161:13, 163:7, 163:9, 168:8, 189:15, 192:14, 194:9, 201:7, 201:8, 231:11
**officer** [17] - 5:9, 5:10, 7:11, 7:22, 27:10, 27:11, 47:16, 49:1, 133:21, 146:9, 146:12, 155:17, 157:3, 157:8, 157:9, 157:24, 158:10
**officer's** [1] - 7:21
**Officers** [1] - 24:10
**officers** [26] - 7:10, 12:19, 24:4, 37:3, 55:6, 55:12, 55:15, 55:16, 80:15, 81:15, 82:7, 108:3, 108:22, 122:2, 143:14, 143:16, 143:18, 143:19, 146:5, 146:23, 154:1, 158:7, 192:22, 193:5, 218:13
**Official** [1] - 1:23
**official** [5] - 133:5, 146:6, 157:5, 164:15, 233:11
**often** [2] - 150:12, 150:21
**old** [3] - 64:18, 164:25, 226:13
**older** [1] - 52:11
**oldest** [1] - 120:11
**ON** [3] - 2:3, 2:11, 2:21
**onboard** [1] - 128:11

**once** [15] - 25:20, 30:24, 39:17, 68:16, 86:3, 91:24, 107:2, 117:8, 120:25, 187:13, 199:12, 208:9, 209:1, 222:19, 232:15

**one** [131] - 5:16, 7:21, 10:10, 12:20, 13:3, 17:18, 18:9, 18:15, 18:16, 19:5, 21:15, 23:18, 26:2, 27:10, 33:8, 36:12, 38:1, 39:2, 39:19, 41:24, 43:22, 50:10, 52:12, 52:13, 53:25, 58:24, 59:7, 59:21, 60:17, 62:13, 70:12, 72:19, 76:1, 77:4, 77:12, 79:13, 83:11, 85:2, 85:25, 86:18, 87:1, 87:2, 87:7, 87:10, 88:3, 89:25, 96:4, 98:24, 100:3, 100:4, 100:5, 100:6, 100:7, 101:1, 101:22, 102:1, 102:25, 103:2, 105:20, 106:6, 106:23, 108:15, 108:16, 112:18, 117:15, 118:9, 118:13, 118:15, 120:16, 124:17, 125:21, 126:3, 126:4, 127:1, 127:18, 127:25, 131:9, 133:15, 137:6, 137:7, 137:13, 142:8, 144:18, 145:19, 146:2, 147:12, 147:14, 152:8, 153:12, 153:13, 154:7, 156:12, 157:10, 158:6, 160:1, 161:8, 161:21, 161:23, 161:24, 165:1, 169:22, 169:25, 171:5, 171:6, 171:7, 171:12, 176:8, 176:9, 177:1, 181:15, 182:8, 182:14, 182:16, 183:5, 183:15, 184:1, 184:8, 184:10, 192:1, 195:3, 205:20, 207:5, 210:6, 210:16, 210:17, 223:18, 226:13

**One** [3] - 15:6, 15:25, 164:8
**ONE** [2] - 1:17, 4:3
**Oneill** [10] - 97:10, 97:22, 97:23, 98:1, 110:3, 110:4, 112:25, 113:5, 113:6, 115:3
**ones** [4] - 188:6, 221:19, 222:22, 222:23
**online** [3] - 64:17, 165:20, 165:23
**open** [16] - 90:15, 93:21, 95:16, 96:18, 97:2, 97:7, 108:12, 113:15, 115:1, 115:8, 116:8, 117:4, 118:17, 128:14, 139:3, 154:10
**Opening** [2] - 3:4, 3:4
**opening** [17] - 129:15, 129:19, 134:16, 134:18, 142:15, 142:19, 142:20, 143:4, 143:5, 143:12, 149:3, 154:12, 155:3, 155:22, 160:7, 160:9
**operate** [2] - 100:23, 203:24
**operational** [1] - 55:3
**operations** [2] - 45:1, 54:24
**opinion** [3] - 57:16, 125:4, 135:19
**opinions** [5] - 77:12, 77:15, 77:25, 80:14, 124:25
**opportunity** [5] - 23:12, 30:23, 138:15, 142:14, 142:15
**opposed** [1] - 56:21
**opposing** [2] - 85:8, 85:18
**option** [1] - 222:14
**optional** [3] - 225:3, 225:14, 226:24
**order** [10] - 7:9, 8:3, 16:12, 52:4, 72:7, 95:7, 104:8, 138:5, 144:23, 156:22
**ordered** [3] - 130:25, 140:5, 186:9
**ordinances** [2] - 44:3, 219:12
**organization** [5] - 73:11, 77:20, 78:21, 109:25, 123:5

**origin** [1] - 206:16
**Oscar** [1] - 152:9
**Otero** [4] - 23:14, 129:20, 155:4, 156:11
**OTERO** [1] - 1:4
**otherwise** [19] - 20:23, 24:23, 25:3, 38:8, 40:23, 41:4, 66:9, 72:14, 74:2, 86:21, 88:1, 89:5, 89:13, 92:6, 107:8, 110:12, 139:12, 153:12, 187:8
**ought** [2] - 44:7, 44:8
**out-of-court** [1] - 6:5
**outcome** [3] - 34:19, 138:18, 198:8
**outline** [1] - 142:16
**outside** [8] - 76:14, 95:8, 112:2, 131:25, 141:6, 141:20, 174:2, 231:1
**outstanding** [1] - 5:6
**overly** [1] - 142:11
**overrule** [1] - 137:24
**overruled** [3] - 167:9, 186:2, 191:18
**overseas** [1] - 126:4
**oversee** [1] - 42:7
**overt** [3] - 15:17, 15:22, 16:5
**overview** [2] - 22:1, 220:1
**own** [17] - 9:9, 57:16, 73:2, 73:7, 77:7, 78:9, 100:16, 101:19, 102:19, 140:16, 142:10, 144:9, 151:9, 153:18, 153:22, 159:14, 216:22
**owner** [2] - 214:23, 215:22
**owners** [2] - 100:25, 101:4
**ownership** [2] - 78:22, 122:4
**owns** [2] - 72:20, 101:19

## P

**P-R-U-C-H-A** [1] - 97:17
**packet** [2] - 161:7, 230:1
**page** [43] - 15:16, 19:13, 148:10,
149:19, 167:17, 173:9, 177:13, 177:14, 178:15, 179:7, 180:8, 181:20, 182:12, 184:12, 184:17, 184:23, 188:6, 214:8, 215:18, 216:8, 217:2, 217:3, 217:4, 217:7, 217:19, 219:17, 219:18, 223:12, 224:20, 224:22, 225:15, 227:20, 227:23, 228:22, 228:23, 229:3, 229:23, 231:19
**PAGE** [1] - 3:2
**pages** [1] - 15:17
**paid** [3] - 19:10, 147:14, 184:19
**pain** [1] - 68:2
**painting** [1] - 67:12
**Palmdale** [1] - 52:6
**PANEL** [1] - 26:11
**panel** [11] - 21:2, 26:1, 61:5, 94:8, 96:8, 106:16, 111:12, 112:3, 116:4, 116:22, 117:5
**panels** [1] - 209:9
**paper** [1] - 91:13
**paperwork** [2] - 175:1, 176:1
**parade** [1] - 34:6
**paraphrasing** [1] - 89:24
**parentheses** [1] - 228:2, 229:20, 229:21
**parked** [1] - 174:2
**part** [38] - 11:15, 27:20, 30:6, 34:3, 43:13, 46:14, 55:20, 58:5, 69:13, 74:18, 80:20, 86:13, 98:13, 99:5, 101:3, 102:3, 103:4, 107:24, 120:15, 121:23, 123:9, 125:8, 126:6, 138:13, 175:15, 175:17, 177:10, 178:16, 181:21, 203:15, 204:6, 213:15, 213:22, 216:16, 216:17, 217:11, 226:22, 230:1
**partial** [1] - 122:2
**participants** [1] - 85:7

**participate** [19] - 43:18, 44:18, 45:18, 48:2, 52:18, 57:24, 58:1, 61:8, 62:7, 63:14, 67:15, 70:18, 98:18, 100:11, 102:9, 103:9, 106:11, 119:24, 125:13
**participating** [1] - 56:22
**particular** [13] - 54:3, 57:14, 57:15, 73:4, 165:12, 168:17, 182:6, 183:3, 183:16, 192:23, 195:1, 223:20, 231:22
**particularly** [3] - 121:7, 158:20, 231:19
**parties** [47] - 11:5, 11:10, 11:12, 12:1, 21:4, 23:23, 26:14, 27:15, 28:18, 31:8, 31:24, 35:20, 37:10, 41:10, 43:16, 45:16, 46:1, 46:10, 47:25, 52:16, 57:22, 62:9, 63:11, 64:19, 66:9, 67:14, 70:16, 78:5, 98:15, 100:8, 102:6, 103:7, 104:22, 106:8, 119:22, 122:14, 125:11, 129:19, 132:6, 133:3, 136:22, 137:6, 140:21, 141:10, 141:13, 142:17, 164:13
**partner** [1] - 215:22
**partnership** [1] - 45:6
**partnerships** [3] - 44:23, 123:23, 124:5
**parts** [1] - 168:12
**party** [18] - 9:17, 84:23, 84:24, 111:15, 122:12, 133:7, 133:8, 142:19, 146:9, 146:12, 146:16, 150:25, 157:19, 157:23, 158:11, 158:24, 164:17, 164:18
**party's** [1] - 141:1
**Pasadena** [1] - 45:22
**pass** [29] - 22:2, 39:9, 51:25, 53:19, 59:14, 72:25, 74:6, 75:12,

77:6, 79:12, 82:4, 85:3, 94:25, 95:3, 95:4, 97:18, 99:21, 106:25, 115:16, 115:17, 116:3, 116:17, 116:19, 116:21, 120:5, 127:15, 156:19, 156:20, 156:21
**passed** [1] - 72:24
**passenger** [1] - 83:4
**passes** [2] - 116:25, 135:2
**past** [3] - 72:20, 77:4, 193:18
**patent** [1] - 71:7
**patient** [1] - 98:24
**pause** [1] - 117:16
**pausing** [1] - 225:5
**pay** [5] - 141:25, 153:18, 156:21, 175:8, 175:24
**paying** [1] - 175:22
**payment** [1] - 152:3
**payroll** [1] - 31:17
**Pelayo** [9] - 114:5, 151:15, 151:16, 151:21, 151:23, 151:25, 152:1, 152:2, 152:6
**Pelayo's** [1] - 151:25
**penalty** [2] - 200:5, 200:13
**pencils** [1] - 135:3
**pending** [3] - 26:9, 117:23, 129:5
**pens** [1] - 135:3
**people** [33] - 16:21, 34:15, 34:17, 34:22, 34:23, 34:24, 36:19, 47:1, 47:3, 69:1, 69:2, 69:22, 79:16, 79:24, 139:25, 140:21, 144:20, 147:11, 148:1, 148:23, 149:16, 158:17, 166:11, 174:20, 181:15, 189:17, 189:18, 191:19, 212:12, 212:23, 222:16, 226:7
**per** [2] - 190:6, 190:11
**percent** [2] - 60:13, 147:17
**percipient** [2] - 133:22, 134:7
**peremptories** [3] - 89:11, 95:6
**peremptory** [14] -

22:3, 89:12, 93:19, 95:8, 96:2, 115:19, 116:4, 116:21, 118:9, 118:13, 118:15, 127:16, 127:18
**perfect** [1] - 28:12
**perform** [2] - 119:3, 135:17
**perhaps** [1] - 196:18
**period** [5] - 145:8, 145:11, 149:21, 159:2, 179:13
**periods** [1] - 219:15
**permission** [3] - 15:23, 158:3, 163:23
**permits** [2] - 219:15, 219:16
**permitted** [5] - 133:2, 133:6, 137:23, 164:12, 164:16
**person** [55] - 7:25, 10:4, 24:24, 25:4, 34:19, 39:2, 40:24, 40:25, 41:5, 63:8, 66:2, 76:9, 82:13, 82:19, 85:2, 85:25, 88:3, 106:23, 121:10, 131:19, 136:4, 139:16, 148:9, 150:6, 157:25, 158:19, 158:25, 159:3, 159:8, 161:25, 167:18, 169:12, 174:18, 175:2, 178:8, 181:14, 193:8, 213:15, 215:24, 216:6, 219:5, 219:6, 220:12, 221:15, 224:5, 226:3, 226:5, 226:15, 226:25, 228:12, 230:6, 230:8, 230:20
**person's** [2] - 34:20, 135:20
**personal** [8] - 44:13, 78:1, 87:24, 110:18, 130:21, 135:18, 177:22, 193:23
**personally** [7] - 58:11, 74:8, 90:22, 109:24, 137:11, 167:5, 228:1
**persons** [15] - 27:17, 30:20, 31:9, 33:13, 47:2, 49:7, 50:10, 59:11, 68:10, 87:12, 93:16, 103:22, 104:19, 111:8,

215:23
**perspective** [1] - 51:3
**pertains** [1] - 223:20
**pewter** [1] - 209:15
**phase** [1] - 142:13
**philosophical** [4] - 44:12, 87:23, 110:18, 112:16
**phone** [15] - 139:15, 144:8, 152:14, 169:11, 169:12, 169:23, 170:4, 170:8, 170:9, 170:12, 170:13, 170:17, 170:23, 171:20, 172:3
**photograph** [7] - 151:3, 167:19, 172:23, 182:2, 182:4, 182:11, 182:24
**photographs** [2] - 173:11, 182:13
**photos** [1] - 172:19
**phrase** [1] - 150:16
**physical** [2] - 68:9, 205:10
**physically** [1] - 86:22
**pick** [6] - 149:23, 149:24, 179:15, 179:22, 193:25, 208:25
**picked** [2] - 190:16, 190:21
**picture** [3] - 41:24, 42:4, 173:1
**pictures** [1] - 156:24
**piece** [1] - 91:13
**pieces** [1] - 147:1
**pin** [5] - 210:13, 210:14, 210:25, 211:2, 211:3
**pistol** [6] - 73:2, 146:2, 205:25, 208:6, 208:19, 208:21
**pistols** [2] - 180:10, 189:21
**place** [9] - 37:22, 87:8, 122:3, 140:17, 140:19, 145:5, 159:9, 159:22, 172:6
**placed** [2] - 46:18
**plaintiff** [2] - 1:10, 84:25
**PLAINTIFF** [1] - 2:3
**plan** [1] - 9:21
**plank** [1] - 191:6
**plans** [1] - 42:7
**plastic** [2] - 208:1,

209:14
**plated** [1] - 209:16
**platform** [1] - 45:7
**platforms** [1] - 70:6
**play** [1] - 7:1
**played** [2] - 6:25, 7:6
**plea** [9] - 25:9, 136:11, 162:4, 177:7, 177:10, 197:20, 197:23, 198:3, 200:8
**plead** [3] - 177:2, 200:6, 200:14
**pleaded** [1] - 162:1
**pleading** [1] - 17:16
**pleadings** [1] - 231:17
**pleasing** [1] - 187:6
**plunger** [2] - 211:1, 211:2
**point** [27] - 15:14, 15:24, 19:18, 28:14, 28:21, 33:15, 34:21, 44:5, 48:8, 59:9, 60:15, 65:3, 65:15, 68:14, 77:25, 80:11, 86:2, 86:8, 113:10, 114:17, 134:15, 150:16, 196:16, 209:4, 209:17, 209:25, 210:4
**pointed** [1] - 82:12
**pointing** [4] - 46:22, 82:24, 209:20, 210:10
**points** [1] - 10:10
**Police** [9] - 24:4, 24:7, 24:8, 55:7, 84:8, 109:15, 143:16, 158:3, 174:9
**police** [22] - 10:21, 24:4, 82:7, 84:10, 107:14, 107:15, 133:4, 143:14, 143:16, 143:17, 146:9, 146:11, 154:1, 155:17, 157:3, 158:9, 164:14, 174:23, 192:22, 193:10, 193:13, 216:13
**political** [2] - 73:11, 87:24
**Pomona** [3] - 99:24, 105:4, 105:6
**pool** [2] - 98:11, 98:13
**porn** [1] - 104:10
**portion** [10] - 7:17, 129:16, 160:11, 178:3, 208:5, 208:21, 209:6, 209:22, 210:3

**portions** [7] - 5:18, 7:3, 7:5, 232:7, 232:9, 232:13
**position** [12] - 6:3, 9:6, 15:6, 73:12, 109:25, 125:22, 202:23, 208:7, 209:3, 216:2, 216:6, 221:12
**positions** [5] - 37:18, 73:12, 77:21, 78:21, 110:1
**possess** [5] - 77:8, 78:9, 101:4, 121:22, 157:4
**possesses** [2] - 72:20, 74:11
**possessing** [4] - 152:11, 213:20, 224:19, 226:8
**possession** [6] - 65:13, 77:3, 77:13, 78:22, 110:1, 226:16
**possessor** [1] - 201:10
**possible** [2] - 129:12, 140:25
**possibly** [3] - 23:15, 23:16, 51:15
**posted** [1] - 150:24
**postponed** [1] - 105:20
**posts** [1] - 144:10
**potential** [1] - 119:14
**potentially** [1] - 227:2
**power** [1] - 212:4
**powerful** [1] - 212:4
**PowerPoint** [1] - 134:16
**PPT** [1] - 157:22
**pre** [2] - 66:23, 66:24
**pre-cruise** [1] - 66:24
**pre-escalated** [1] - 66:23
**Precilla** [1] - 29:21
**prefer** [2] - 47:2, 107:7
**prejudice** [2] - 135:18, 138:18
**preliminary** [1] - 135:8
**prepare** [2] - 224:3, 232:10
**prepared** [2] - 18:23, 19:1
**preponderance** [1] - 36:13
**presence** [5] - 76:14, 112:2, 131:25, 134:23, 231:1
**present** [20] - 4:17, 23:4, 30:23, 38:13,

76:21, 80:4, 87:10, 112:7, 112:13, 112:14, 124:21, 124:22, 125:6, 135:1, 136:16, 142:21, 143:1, 152:1
**Present** [1] - 2:9
**presentation** [1] - 134:16
**presented** [6] - 15:12, 16:4, 141:3, 141:12, 142:24, 157:6
**presents** [1] - 208:24
**preserve** [2] - 15:6, 231:10
**preserved** [1] - 16:14
**preside** [2] - 23:15
**president** [2] - 216:3, 216:7
**PRESIDING** [1] - 1:4
**press** [1] - 139:24
**presses** [1] - 210:9
**presumed** [4] - 25:10, 38:5, 53:14, 136:12
**presumption** [5] - 38:7, 90:7, 90:12, 91:8, 92:5
**presumptive** [1] - 95:5
**pretty** [7] - 33:14, 75:4, 126:16, 166:11, 174:25, 184:1, 191:20
**prevents** [1] - 210:19
**previously** [4] - 36:6, 60:3, 219:8, 231:24
**price** [13] - 19:10, 19:12, 19:14, 19:15, 19:22, 45:6, 171:22, 171:24, 184:19, 185:11, 190:12
**prices** [5] - 147:7, 166:16, 171:20, 188:7, 188:23, 190:3, 222:11
**primarily** [2] - 56:2, 158:7
**primary** [3] - 32:17, 202:22, 202:24
**principal** [1] - 230:11
**principals** [1] - 37:23
**principle** [3] - 38:10, 53:16, 91:8
**principles** [5] - 37:20, 37:21, 39:1, 52:25, 53:1
**printed** [2] - 33:7, 221:7
**Priscilla** [2] - 60:23, 96:16
**prison** [2] - 200:7

**private** [13] - 120:20, 133:7, 133:8, 146:9, 146:12, 146:16, 150:25, 157:18, 157:23, 158:11, 158:24, 164:17, 164:18
**privilege** [4] - 147:9, 149:18, 157:3, 157:20
**privileges** [1] - 146:23
**pro** [1] - 69:2
**probation** [1] - 59:1
**problem** [7] - 67:5, 68:24, 68:25, 69:1, 69:15, 108:13, 190:1
**problems** [4] - 60:1, 66:24, 67:1, 67:3
**procedures** [1] - 56:3
**proceed** [4] - 5:23, 143:10, 162:14, 205:3
**proceeding** [26] - 23:15, 23:21, 24:1, 36:9, 36:11, 36:13, 36:14, 36:15, 37:21, 38:7, 40:5, 41:18, 46:7, 52:22, 56:17, 56:21, 57:8, 59:24, 61:22, 80:12, 84:24, 91:9, 91:10, 102:13, 135:22
**Proceedings** [1] - 1:16
**proceedings** [18] - 23:18, 35:11, 51:22, 53:1, 76:14, 85:7, 92:6, 108:23, 112:2, 117:16, 130:6, 130:11, 131:25, 134:23, 141:17, 201:1, 231:1, 233:3
**process** [27] - 8:24, 28:11, 30:7, 30:19, 31:12, 42:6, 56:25, 66:7, 76:22, 80:18, 97:20, 99:3, 99:10, 103:4, 109:9, 111:11, 135:13, 141:5, 141:9, 141:18, 145:2, 194:3, 213:10, 213:22, 216:16, 220:13, 226:2
**produce** [2] - 38:12, 53:8
**produced** [1] - 8:18
**producer** [3] - 41:23, 42:4, 123:25
**product** [2] - 100:4,

151:2
**production** [1] - 41:24
**products** [1] - 213:2
**professional** [1] - 203:14
**Professional** [1] - 2:13
**professionally** [1] - 108:3
**proffer** [1] - 67:19
**profiling** [1] - 82:7
**profit** [5] - 143:21, 148:18, 149:16, 229:18, 230:12
**profitable** [1] - 147:18
**Program** [1] - 204:1
**program** [3] - 54:15, 204:1, 204:3
**programs** [2] - 140:18, 204:5
**prohibited** [22] - 24:24, 25:4, 40:24, 40:25, 41:5, 132:23, 136:4, 151:18, 151:22, 152:11, 158:19, 159:4, 164:8, 201:10, 213:20, 219:6, 224:18, 226:7, 226:15, 226:25, 228:13
**prohibiting** [1] - 227:3
**prohibition** [1] - 216:21
**projectile** [1] - 210:1
**promised** [3] - 154:25, 200:21, 200:25
**promoted** [1] - 150:22
**promotions** [1] - 124:8
**proof** [14] - 19:16, 19:21, 36:13, 36:15, 38:2, 38:4, 38:17, 53:7, 122:16, 122:24, 137:10, 137:13, 155:7
**proper** [3] - 11:3, 158:22, 159:5
**properly** [2] - 99:2, 140:9
**property** [2] - 67:10, 102:19
**proposed** [6] - 6:7, 7:13, 10:16, 12:6, 12:9, 168:11
**proposes** [1] - 16:21
**proposition** [1] - 191:16
**prosecution** [2] - 27:2, 157:14

**prosecutors** [1] - 187:11
**prospective** [16] - 21:4, 23:13, 26:4, 27:21, 29:4, 30:4, 38:24, 44:11, 47:5, 47:24, 72:19, 94:7, 111:16, 112:14, 113:19, 117:5
**PROSPECTIVE** [373] - 31:14, 32:1, 32:3, 32:8, 32:11, 32:14, 32:16, 32:19, 32:21, 32:23, 32:25, 33:2, 33:5, 33:8, 33:21, 34:2, 35:3, 35:6, 35:8, 35:14, 35:16, 35:18, 35:21, 35:24, 36:10, 36:21, 36:24, 37:1, 37:4, 37:9, 37:12, 37:14, 37:17, 38:23, 39:4, 39:8, 39:11, 39:24, 40:2, 40:6, 40:9, 40:11, 40:14, 40:16, 41:9, 41:12, 41:15, 41:19, 41:21, 42:5, 42:14, 42:17, 42:20, 43:1, 43:4, 43:9, 43:12, 43:15, 43:17, 43:19, 44:10, 44:19, 44:22, 45:5, 45:10, 45:14, 45:17, 45:19, 45:21, 46:4, 46:6, 46:9, 46:11, 46:16, 47:4, 47:11, 47:14, 48:1, 48:3, 48:15, 48:19, 48:22, 49:1, 49:5, 49:9, 49:12, 49:22, 50:1, 50:6, 50:8, 50:13, 50:16, 50:18, 50:23, 51:2, 51:5, 51:8, 51:10, 51:15, 51:18, 51:21, 51:23, 52:2, 52:5, 52:17, 52:19, 52:23, 53:10, 53:13, 53:17, 53:20, 54:5, 54:11, 54:14, 54:21, 54:25, 55:9, 55:13, 55:17, 55:19, 55:25, 56:8, 56:15, 56:18, 56:24, 57:3, 57:9, 57:20, 57:23, 57:25, 58:14, 58:17, 58:20, 58:24, 59:4, 59:13, 59:15, 59:25, 60:5, 60:12, 60:19, 60:21, 60:23, 61:9, 61:12, 61:15, 61:19, 61:23, 61:25, 62:8, 62:10, 62:12, 62:15,

62:17, 63:1, 63:5, 63:9, 63:13, 63:15, 63:17, 63:19, 64:3, 64:7, 64:10, 64:13, 64:17, 64:20, 64:24, 65:2, 65:10, 65:17, 65:23, 65:25, 66:4, 66:12, 66:23, 67:4, 67:10, 67:16, 67:20, 67:23, 68:23, 69:6, 69:11, 69:15, 69:18, 69:24, 70:2, 70:12, 70:15, 70:17, 70:19, 70:22, 71:3, 71:9, 71:14, 71:22, 73:1, 73:6, 73:9, 73:14, 73:17, 73:20, 73:23, 74:3, 74:8, 74:12, 74:15, 74:17, 74:22, 74:25, 75:3, 75:6, 75:8, 75:11, 75:14, 75:19, 75:23, 76:1, 76:5, 76:25, 77:7, 77:15, 77:23, 78:3, 78:6, 78:8, 78:12, 78:15, 79:13, 80:5, 80:7, 80:10, 80:16, 80:19, 80:22, 81:7, 82:5, 82:15, 82:17, 82:20, 82:22, 82:25, 83:4, 83:9, 83:16, 83:18, 83:21, 85:4, 85:8, 85:12, 85:15, 85:19, 85:22, 86:2, 86:9, 86:11, 86:17, 86:23, 88:14, 88:16, 88:20, 88:23, 97:25, 98:14, 98:17, 98:19, 98:23, 99:8, 99:10, 99:16, 99:19, 99:23, 100:10, 100:12, 100:15, 100:21, 101:1, 101:6, 101:9, 101:11, 101:14, 101:25, 102:2, 102:5, 102:8, 102:10, 102:14, 102:16, 103:3, 103:6, 103:8, 103:10, 103:13, 103:16, 103:24, 104:1, 104:4, 104:14, 104:17, 104:21, 104:23, 104:25, 105:2, 105:16, 105:19, 105:25, 106:2, 106:10, 106:13, 107:2, 107:4, 107:6, 107:10, 107:17, 107:19, 107:21,

107:23, 108:1,
108:4, 108:8,
108:10, 108:13,
108:15, 108:19,
108:24, 109:1,
109:7, 109:10,
109:13, 109:16,
110:7, 119:16,
119:23, 119:25,
120:4, 120:7,
120:15, 120:21,
120:24, 121:2,
121:4, 121:7,
121:15, 121:19,
122:10, 122:13,
122:15, 122:21,
122:25, 123:3,
123:8, 123:14,
123:16, 123:19,
124:5, 124:11,
124:15, 124:21,
124:23, 125:2,
125:6, 125:10,
125:12, 125:14,
126:1, 126:3, 126:8,
126:12, 126:16,
126:18, 126:21,
126:24
**protect** [2] - 53:2,
141:1
**protecting** [1] -
155:20
**protections** [1] -
37:25
**protocols** [1] - 56:3
**protruding** [1] -
209:19
**prove** [12] - 53:4, 90:8,
92:2, 92:4, 136:10,
136:16, 137:16,
144:7, 144:9, 155:8,
155:10, 159:24
**proved** [5] - 25:11,
38:19, 53:15, 56:13,
92:7
**proven** [5] - 31:1,
90:23, 92:7, 155:14,
157:14
**proves** [5] - 38:8,
122:17, 136:13
**provide** [8] - 30:5,
49:11, 80:9, 115:22,
135:4, 168:10,
215:21, 228:5
**provided** [9] - 56:1,
57:1, 57:4, 177:22,
215:16, 215:19,
217:3, 218:6, 229:3
**providing** [2] - 28:18,
213:18

**proving** [2] - 36:19,
122:6
**Provisions** [1] -
218:20
**Prucha** [8] - 97:16,
106:2, 108:9,
127:18, 127:23,
128:7, 128:10,
128:16
**psychiatric** [2] -
54:24, 55:1
**public** [12] - 39:15,
103:17, 108:16,
133:1, 135:19,
144:25, 145:24,
146:1, 146:13,
157:15, 157:18,
164:11
**publication** [1] - 218:7
**publish** [2] - 163:23,
163:25
**publishing** [1] -
163:23
**Puente** [1] - 35:25
**pull** [1] - 18:4
**pulled** [4] - 82:6,
98:10, 208:9, 210:25
**pulling** [1] - 177:13
**punishable** [3] -
148:14, 179:5,
229:13
**punished** [1] - 198:2
**Purcha** [1] - 126:11
**Purchase** [1] - 218:22
**purchase** [29] - 19:10,
24:25, 25:6, 41:1,
41:6, 75:16, 121:23,
136:6, 148:17,
153:15, 157:2,
157:4, 157:8,
176:11, 186:11,
192:6, 192:23,
193:17, 194:3,
195:7, 195:17,
195:18, 196:18,
201:9, 218:23,
219:2, 219:3,
229:17, 230:12
**purchased** [12] -
73:18, 75:21, 169:8,
180:10, 180:11,
181:14, 182:7,
183:5, 188:22,
189:8, 190:8, 190:15
**purchaser** [5] - 213:9,
223:10, 224:16,
227:1, 230:2
**purchasing** [4] -
170:24, 192:18,
219:3, 226:8

**purpose** [9] - 11:10,
148:17, 168:9,
207:7, 212:19,
214:1, 223:4,
227:12, 229:18
**purposes** [2] - 52:24,
212:24
**pursuant** [3] - 8:17,
162:16, 186:23
**push** [1] - 68:4
**pushes** [1] - 211:1
**put** [16] - 26:8, 37:21,
64:14, 65:6, 71:5,
79:17, 82:8, 85:20,
105:8, 105:17,
109:17, 167:16,
194:25, 196:3,
222:17, 225:23

## Q

**qualifications** [1] -
26:8
**qualified** [1] - 157:24
**qualify** [1] - 92:18
**questioning** [2] -
28:19, 162:15
**questions** [55] - 12:6,
19:10, 23:17, 26:7,
28:1, 28:11, 28:25,
30:8, 31:13, 45:13,
47:23, 47:24, 52:16,
60:10, 61:16, 61:17,
72:5, 78:19, 81:3,
82:9, 86:5, 89:15,
90:17, 97:23, 98:20,
98:21, 100:13,
104:12, 106:16,
110:9, 111:23,
113:7, 113:11,
113:13, 120:1,
120:2, 121:17,
121:18, 124:12,
124:13, 124:18,
125:16, 137:2,
148:4, 150:1,
186:13, 197:14,
199:23, 201:15,
214:21, 219:23,
226:2, 226:25,
228:10, 228:11
**quickly** [3] - 29:3,
89:2, 131:11
**quit** [1] - 73:1
**quite** [1] - 73:3

## R

**R-A-M-I-R-E-Z** [1] -

29:14
**R-O-B-E-R-T-S** [1] -
29:25
**R-O-D-R-I-G-U-E-Z** [1]
- 29:17
**race** [1] - 135:20
**Rachel** [5] - 2:13,
4:16, 23:5, 27:8,
154:15
**radio** [1] - 126:5
**Rafael** [1] - 114:7
**raise** [11] - 26:4,
27:18, 35:12, 72:7,
79:17, 106:17,
114:9, 125:19,
129:2, 160:17,
201:21
**raised** [25] - 16:11,
27:19, 39:3, 47:8,
71:19, 72:15, 74:7,
78:24, 80:25, 81:1,
84:6, 84:12, 84:22,
87:1, 87:22, 88:2,
106:22, 106:23,
110:21, 112:18,
112:22, 114:10,
125:20, 126:10,
127:5
**raises** [1] - 34:11
**raising** [1] - 33:19
**Ramirez** [20] - 29:14,
45:21, 113:22,
167:15, 167:22,
167:24, 172:20,
173:12, 173:14,
175:20, 183:8,
184:10, 190:18,
190:24, 192:8,
192:11, 192:13,
195:4, 199:18
**ran** [4] - 54:14, 109:2,
150:8
**random** [1] - 193:8
**range** [3] - 100:22,
191:6
**RAUL** [2] - 3:5, 164:22
**Raul** [4] - 113:21,
160:16, 161:3,
161:22
**reach** [10] - 36:7, 40:1,
40:12, 43:8, 87:15,
87:16, 87:21,
101:24, 118:24,
211:4
**reached** [4] - 54:2,
87:17, 102:25
**reaching** [1] - 90:19
**read** [51] - 33:6, 34:7,
113:8, 132:9,
140:10, 140:23,

142:8, 161:6,
161:15, 164:4,
168:11, 168:21,
169:17, 178:1,
178:3, 178:5,
178:24, 179:1,
180:4, 180:19,
181:9, 184:14,
184:25, 185:3,
186:4, 186:9,
200:10, 215:13,
215:24, 216:9,
217:25, 218:5,
218:11, 218:21,
219:13, 219:21,
220:23, 223:12,
223:25, 224:2,
224:9, 224:12,
224:25, 225:16,
228:18, 229:8,
229:10, 229:15,
230:3, 232:11
**reading** [1] - 214:16
**reads** [5] - 132:21,
216:11, 217:4,
218:10, 224:3
**ready** [6] - 5:22, 20:21,
117:17, 133:14,
208:7, 209:23
**readying** [1] - 209:3
**real** [3] - 59:18, 59:19,
102:19
**realize** [1] - 159:23
**really** [4] - 60:13,
86:18, 107:10,
180:22
**rear** [5] - 209:20,
209:22, 210:10,
210:11, 210:21
**reason** [14] - 6:11,
28:9, 32:2, 39:21,
125:2, 130:12,
130:13, 134:5,
144:18, 158:6,
158:13, 159:25,
165:12, 188:13
**reasonable** [16] - 31:1,
36:15, 36:20, 38:3,
38:19, 53:5, 56:13,
90:4, 90:9, 90:24,
122:19, 136:13,
155:8, 155:11,
155:15, 159:24
**reasonableness** [1] -
138:20
**reasons** [3] - 94:5,
94:6, 231:24
**receipt** [5] - 147:15,
163:5, 185:19,
225:11, 225:12

**receive** [3] - 71:9, 161:19, 203:15
**received** [25] - 5:20, 6:23, 7:4, 8:12, 8:20, 10:10, 11:3, 13:3, 57:12, 81:20, 135:12, 136:21, 137:21, 137:25, 138:2, 139:7, 140:8, 158:3, 161:19, 163:11, 204:9, 219:24, 222:15, 222:16, 232:14
**receiver** [1] - 207:5
**receiving** [2] - 226:8, 228:13
**recent** [1] - 199:2
**recently** [2] - 14:17, 17:2
**recertification** [1] - 179:19
**recess** [17] - 20:24, 21:1, 76:7, 76:11, 110:24, 112:1, 112:4, 112:5, 129:18, 130:4, 131:5, 131:12, 131:15, 131:23, 142:7, 231:3, 232:19
**Recess** [4] - 21:8, 76:13, 76:16, 131:24
**reciprocates** [1] - 208:6
**recognize** [12] - 27:17, 82:13, 167:18, 169:22, 172:23, 177:18, 178:16, 179:25, 181:13, 181:22, 217:7, 227:22
**recollection** [1] - 195:20
**recommend** [1] - 198:4
**recommendation** [2] - 198:13, 200:22
**record** [32] - 8:23, 12:5, 15:13, 16:1, 18:21, 18:23, 22:20, 76:20, 96:7, 112:12, 115:20, 116:2, 117:13, 128:2, 132:2, 138:6, 145:4, 147:23, 161:1, 161:11, 202:4, 220:19, 224:4, 224:8, 226:20, 227:4, 227:14, 227:22, 230:16, 231:10, 231:21,

231:22
**Record** [1] - 223:15
**recorded** [11] - 5:13, 5:19, 6:20, 6:23, 7:1, 7:8, 7:9, 10:1, 88:24, 225:2, 233:3
**recording** [1] - 6:13
**recordkeeping** [3] - 222:20, 223:5, 223:6
**records** [27] - 8:5, 8:12, 8:16, 8:17, 8:25, 9:3, 9:4, 9:7, 10:23, 10:24, 10:25, 11:2, 136:5, 144:8, 170:9, 170:17, 213:5, 216:12, 216:14, 217:24, 219:24, 222:24, 225:25, 227:9
**Records** [1] - 223:24
**records/ATF** [1] - 218:1
**recovered** [3] - 207:10, 213:6, 227:16
**recovering** [1] - 223:7
**recreational** [1] - 212:24
**RECROSS** [2] - 3:7, 200:2
**recruiting** [3] - 36:2, 37:14, 37:16
**redact** [5] - 7:9, 7:17, 7:18, 7:21, 10:7
**redacted** [1] - 10:2
**redaction** [1] - 7:23
**REDIRECT** [2] - 3:6, 197:18
**reduction** [1] - 233:6
**refer** [2] - 8:2, 59:8
**reference** [11] - 7:10, 7:23, 7:24, 10:3, 18:11, 23:22, 76:4, 140:15, 149:2, 219:25, 232:14
**referenced** [2] - 10:20, 60:3
**referred** [2] - 144:25, 150:11
**referring** [1] - 188:2
**refers** [4] - 218:24, 219:3, 225:6, 231:16
**reflect** [1] - 231:22
**refresh** [3] - 40:17, 195:20, 196:10
**regard** [4] - 57:10, 187:23, 190:14, 197:2
**regarding** [21] - 5:16, 9:14, 11:6, 12:20,

16:25, 17:1, 39:6, 73:12, 73:13, 77:12, 77:21, 78:22, 88:4, 111:7, 125:4, 131:19, 168:20, 196:16, 203:16, 204:15, 219:23
**regardless** [1] - 198:13
**regional** [2] - 103:19, 103:20
**register** [1] - 175:22
**regular** [4] - 119:2, 174:12, 174:13, 230:10
**regularly** [2] - 33:6, 75:17
**regulate** [2] - 77:22, 213:3
**regulated** [3] - 78:13, 144:18, 213:3
**regulates** [2] - 156:16, 211:22
**regulation** [1] - 158:14
**regulations** [10] - 44:2, 145:3, 147:25, 204:7, 204:15, 213:24, 220:1, 220:2, 233:7
**Regulations** [1] - 217:22
**regulatory** [1] - 49:19
**reiterate** [1] - 197:1
**relate** [1] - 216:20
**related** [2] - 13:12, 202:17
**relates** [1] - 207:17
**relations** [1] - 55:15
**relationship** [5] - 55:21, 63:10, 64:11, 84:15, 126:6
**relationships** [3] - 59:6, 59:10, 103:22
**relatively** [2] - 29:3, 131:11
**release** [1] - 216:12
**released** [2] - 107:11, 107:20
**releases** [2] - 210:12, 210:13
**relevance** [1] - 11:14
**relevant** [3] - 42:20, 132:22, 164:5
**Relic** [1] - 221:20
**Relic's** [1] - 221:21
**religion** [1] - 135:20
**religious** [3] - 44:12, 87:24, 110:19
**reluctant** [1] - 72:12
**rely** [1] - 142:9

**remain** [6] - 5:5, 93:20, 118:20, 129:10, 136:16
**remember** [31] - 28:20, 130:18, 141:14, 142:3, 158:18, 166:16, 170:22, 171:8, 171:22, 172:8, 172:10, 172:12, 172:13, 172:15, 174:4, 174:20, 175:22, 176:2, 179:24, 188:1, 188:9, 194:18, 195:6, 195:8, 195:9, 195:13, 195:19, 198:21, 199:15, 199:19, 200:8
**reminder** [1] - 198:20
**remodeling** [1] - 67:12
**removed** [1] - 113:6
**render** [4] - 42:7, 117:23, 129:6
**renew** [2] - 15:24, 16:2
**reorder** [2] - 93:18, 94:6
**repeat** [3] - 35:9, 61:17, 206:22
**repeatedly** [3] - 143:21, 146:15, 150:17
**repeating** [1] - 131:17
**repetitive** [3] - 148:16, 229:17, 230:12
**rephrase** [1] - 60:8
**replace** [1] - 97:1
**replaced** [1] - 209:9
**reply** [1] - 15:15
**report** [2] - 140:6, 140:24
**reported** [1] - 31:6
**Reporter** [2] - 1:23, 233:11
**reporter** [2] - 31:7, 88:25
**REPORTER** [1] - 206:8
**Reporter's** [1] - 1:16
**reports** [2] - 140:13, 217:24
**represent** [1] - 154:16
**representation** [1] - 153:19
**represented** [2] - 27:7, 149:12
**representing** [4] - 26:16, 26:22, 27:9, 27:13
**request** [11] - 5:19,

6:12, 6:22, 7:5, 7:16, 17:3, 107:8, 132:19, 132:21, 134:5, 134:12
**requested** [1] - 216:16
**requests** [2] - 54:16, 204:24
**require** [5] - 87:14, 141:18, 197:23, 228:5, 228:14
**required** [21] - 56:10, 58:13, 142:19, 153:20, 156:22, 177:10, 206:5, 206:11, 206:15, 212:13, 213:13, 213:23, 214:4, 215:22, 217:10, 217:24, 220:15, 227:5, 227:10, 229:4, 229:6
**Required** [1] - 223:14
**requirement** [2] - 212:9, 214:1
**requirements** [11] - 204:11, 211:21, 212:10, 212:11, 212:17, 214:3, 218:7, 219:14, 220:17, 222:20
**requires** [3] - 46:12, 90:19, 144:24
**requiring** [4] - 207:7, 212:19, 223:4, 227:12
**requisite** [1] - 207:4
**resale** [3] - 148:17, 229:18, 230:12
**research** [5] - 111:6, 111:8, 140:13, 140:20, 141:5
**researching** [1] - 49:15
**resell** [2] - 143:20, 149:15
**reservation** [1] - 67:5
**reserve** [6] - 11:13, 22:4, 22:5, 132:12, 160:6, 160:9
**resident** [1] - 47:15
**resold** [3] - 147:10, 148:22, 150:5
**resolution** [2] - 66:13, 66:22
**resolve** [3] - 87:4, 87:11, 87:15
**resolved** [3] - 11:21, 66:24, 70:14
**resolving** [1] - 31:3
**respect** [11] - 5:25,

6:14, 8:5, 12:24,
16:5, 21:25, 155:9,
157:1, 168:7,
231:14, 231:23
**respects** [1] - 156:25
**respond** [2] - 61:18,
88:21, 98:22,
100:14, 104:13,
120:3, 121:18,
124:14, 140:5, 171:4
**response** [15] - 54:16,
72:3, 72:6, 83:24,
88:9, 90:11, 108:6,
109:20, 109:23,
110:13, 117:11,
119:7, 129:1,
171:18, 196:23
**responses** [1] -
106:17
**responsibilities** [3] -
202:14, 202:22,
202:24
**responsible** [3] -
202:15, 215:23,
220:1
**rest** [1] - 215:15
**restart** [1] - 114:15
**restricting** [1] - 77:13
**restriction** [2] -
226:10, 226:12
**restrictions** [3] -
141:16, 144:21,
144:22
**result** [2] - 83:7,
141:18
**resume** [1] - 230:17
**retail** [2] - 61:2,
207:12
**retailer** [1] - 223:9
**retired** [12] - 39:15,
52:7, 53:22, 59:1,
62:18, 62:19, 64:4,
101:17, 102:21,
121:19, 126:3, 126:4
**retrieve** [1] - 211:6
**return** [15] - 38:16,
38:21, 76:7, 95:19,
110:25, 111:21,
122:19, 122:23,
129:12, 130:3,
131:9, 131:16,
140:9, 154:4, 160:1
**review** [1] - 219:14
**reviewed** [2] - 12:16,
187:14
**revise** [1] - 134:3
**rid** [1] - 146:11
**ride** [1] - 71:3
**ridiculous** [1] - 99:13
**Rifle** [1] - 73:15

**rifles** [2] - 73:2, 77:10
**rightfully** [1] - 156:16
**rise** [3] - 26:4, 131:21,
230:22
**risk** [3] - 47:16, 48:24,
49:1
**road** [1] - 155:4
**robbed** [1] - 100:17
**Robert** [2] - 97:16,
106:2
**Roberts** [9] - 29:25,
63:20, 66:6, 71:20,
81:1, 81:2, 93:5,
93:7, 94:5
**Ronin** [22] - 10:24,
13:23, 13:25, 147:2,
147:3, 147:10,
147:16, 151:3,
155:24, 156:3,
156:7, 156:9, 158:5,
158:9, 180:20,
186:5, 214:24,
215:1, 217:5,
217:14, 220:25,
223:21
**RoninTacticalGroup**
[1] - 150:19
**room** [9] - 46:18,
95:20, 118:24,
130:7, 131:13,
131:14, 139:17,
142:5, 143:2
**Room** [1] - 1:24
**Rosecrans** [1] - 2:18
**roster** [29] - 13:14,
13:17, 13:18, 14:6,
14:8, 14:9, 133:1,
133:3, 133:7,
145:19, 145:25,
146:2, 146:10,
147:5, 147:8,
149:11, 149:13,
150:13, 152:19,
156:19, 156:23,
157:2, 157:4, 157:9,
164:11, 164:13,
164:17
**rotation** [1] - 105:21
**round** [4] - 208:10,
208:25, 209:1, 209:3
**rounds** [2] - 191:6,
212:2
**row** [21] - 27:22,
27:23, 72:7, 74:5,
75:10, 79:4, 79:10,
79:11, 80:2, 82:1,
84:5, 84:21, 96:14,
115:10, 117:6,
117:19, 169:16,
224:25, 225:16
**Roy** [2] - 29:24, 62:17
**RPR** [2] - 1:23, 233:11

113:14, 114:24,
115:6, 115:23,
116:6, 116:24,
127:14, 127:25,
128:3, 128:6, 128:9,
128:12, 132:17,
133:12, 133:19,
160:6, 161:16,
163:9, 171:14,
171:17, 185:21,
185:25, 205:4,
232:5, 232:20
**rubber** [1] - 209:14
**rule** [2] - 87:20, 89:24
**ruled** [2] - 15:1, 15:18
**rules** [8] - 111:5,
111:19, 137:23,
141:1, 141:15,
141:16, 145:2,
156:10
**Rules** [1] - 137:20
**run** [3] - 44:23, 45:5,
106:15
**runs** [1] - 44:25
**Russian** [1] - 203:8
**RYKKEN** [24] - 4:10,
22:23, 24:6, 89:17,
92:11, 93:3, 93:10,
93:15, 94:18, 95:1,
95:10, 95:13, 96:13,
96:16, 113:1, 113:8,
113:12, 114:18,
114:21, 115:14,
116:13, 116:16,
127:12, 127:20
**Rykken** [6] - 2:4, 4:11,
15:4, 22:24, 26:18,
26:19

45:6, 77:3, 77:13,
106:5, 110:1, 218:13
**salesman** [1] - 165:5
**Santa** [1] - 105:3
**sates** [1] - 26:21
**satisfaction** [7] - 31:2,
36:20, 38:20, 53:5,
53:15, 122:18,
122:19
**saved** [1] - 175:13
**saw** [8] - 34:18,
137:11, 166:9,
175:4, 187:24,
192:21, 213:1,
221:25
**schedule** [1] - 42:10
**School** [1] - 102:22
**school** [11] - 39:15,
52:9, 52:13, 62:19,
98:8, 100:1, 102:24,
105:9, 105:10,
105:15, 114:15
**Schouweiler** [4] -
29:10, 115:24, 116:9
**Schouwieler** [1] -
41:21
**Scott** [1] - 216:5
**screen** [15] - 97:24,
150:20, 150:21,
151:3, 167:16,
169:14, 182:11,
182:12, 184:9,
188:15, 188:21,
196:3, 214:7,
220:18, 227:18
**script** [1] - 42:9
**sear** [1] - 210:12
**search** [1] - 140:19
**searched** [1] - 165:20
**searching** [1] - 140:14
**seat** [32] - 4:24, 23:11,
24:17, 27:25, 30:17,
71:17, 76:19, 94:10,
94:16, 94:17, 94:19,
94:20, 94:21, 95:15,
95:18, 96:1, 96:14,
96:16, 96:23, 97:4,
97:9, 97:21, 106:14,
115:6, 115:10,
116:10, 119:1,
125:17, 231:3
**Seat** [1] - 44:15
**seated** [9] - 26:12,
76:18, 114:18,
116:13, 119:2,
119:14, 140:2,
160:25, 202:3
**seats** [2] - 95:7,
230:25
**SEC** [2] - 49:4, 49:5

**S**

**S-C-H-O-U-W-E-I-L-E
-R** [1] - 29:11
**S-I-M-P-S-O-N** [1] -
97:14
**S-M-I-T-H** [2] - 29:9,
119:12
**SAAMI** [1] - 211:23
**Sacramento** [1] -
44:24
**safe** [4] - 154:2, 159:4,
193:9, 210:19
**safeties** [1] - 210:17
**safety** [8] - 45:24,
210:5, 210:16,
210:18, 210:21,
210:22, 210:24,
210:25
**said/she** [1] - 122:1
**sake** [1] - 157:23
**sale** [22] - 19:14,
19:15, 65:13,
132:24, 132:25,
144:7, 146:16,
148:6, 150:20,
152:2, 152:13,
153:6, 164:9,
164:10, 166:6,
166:14, 189:4,
189:13, 190:3
**sales** [8] - 14:1, 44:25,

**robinson** [1] - 154:12
**Rodriguez** [17] - 2:22,
2:23, 4:20, 23:9,
27:14, 29:16, 39:2,
44:15, 44:16, 49:24,
50:1, 71:20, 92:21,
92:25, 94:1, 160:5,
160:8
**RODRIGUEZ** [55] -
4:19, 4:23, 9:24,
12:3, 12:11, 14:21,
16:19, 17:7, 17:12,
17:18, 17:21, 18:1,
18:13, 19:2, 19:7,
20:2, 20:7, 20:19,
21:6, 21:15, 22:7,
22:10, 22:12, 23:8,
90:6, 93:2, 93:9,
95:23, 96:11, 113:3,

**Robinson** [15] - 2:12,
2:13, 2:13, 3:4, 4:16,
23:4, 23:6, 27:8,
154:15, 154:16,
160:4, 201:13
**ROBINSON** [51] -
4:15, 9:12, 12:4,
12:13, 14:15, 14:24,
15:3, 16:17, 21:16,
21:23, 21:25, 22:6,
23:3, 89:19, 93:1,
93:7, 93:14, 95:3,
96:4, 96:8, 113:2,
114:23, 115:15,
115:17, 115:21,
116:3, 116:18,
116:21, 118:9,
118:12, 127:13,
132:15, 133:13,
134:9, 134:11,
149:1, 154:7, 154:9,
154:13, 161:8,
161:12, 163:7,
167:8, 168:6,
168:13, 197:13,
201:14, 205:5,
231:7, 231:9, 232:15

**second** [12] - 20:3, 23:19, 26:2, 27:11, 139:6, 146:8, 182:17, 183:25, 185:3, 199:13, 220:9, 228:23
**secondarily** [1] - 15:11
**seconds** [2] - 18:15, 170:18
**secretary** [1] - 52:9
**Section** [23] - 2:5, 24:20, 25:1, 25:4, 25:7, 148:2, 148:11, 149:20, 150:1, 177:14, 178:25, 180:6, 215:19, 218:14, 218:19, 219:10, 219:11, 219:12, 219:13, 227:24, 227:25, 229:9, 230:5
**section** [18] - 148:2, 173:2, 177:14, 180:9, 180:14, 214:20, 216:9, 218:15, 218:19, 220:23, 223:24, 224:12, 225:14, 228:1, 228:16, 228:25, 231:16
**sector** [1] - 120:20
**sectors** [1] - 68:11
**Securities** [2] - 49:7, 49:18
**Security** [2] - 215:3, 226:24
**security** [2] - 120:10, 120:13
**see** [42] - 9:20, 11:24, 16:24, 18:7, 21:18, 42:9, 55:10, 82:10, 90:22, 105:23, 110:22, 111:14, 116:9, 132:21, 137:5, 137:6, 138:15, 147:15, 150:3, 150:20, 152:15, 155:5, 156:24, 157:16, 158:21, 159:13, 159:23, 166:19, 169:17, 173:13, 175:2, 179:17, 180:16, 191:10, 195:20, 208:2, 209:7, 218:2, 220:4, 221:7, 229:21
**seeing** [2] - 190:3, 209:8

**Segundo** [2] - 102:17, 103:13
**select** [1] - 26:1
**selected** [24] - 23:16, 25:16, 25:18, 25:20, 30:24, 34:4, 34:6, 47:20, 48:10, 50:9, 57:13, 58:4, 59:21, 61:5, 76:11, 87:3, 91:25, 99:7, 111:22, 117:1, 117:6, 117:8, 128:16, 203:25
**SELECTION** [2] - 3:3, 22:14
**selection** [10] - 21:25, 27:21, 28:10, 30:7, 30:19, 76:22, 113:17, 118:3, 118:18, 127:10
**self** [2] - 66:15, 67:9
**self-employed** [2] - 66:15, 67:9
**sell** [24] - 14:5, 14:8, 24:23, 40:23, 99:2, 99:4, 99:11, 144:22, 144:23, 144:25, 145:7, 145:20, 146:1, 146:4, 146:12, 153:3, 156:22, 156:23, 157:11, 193:5, 193:13, 212:9, 219:8, 222:17
**seller** [1] - 133:2
**seller's** [1] - 181:9
**selling** [16] - 25:3, 41:4, 133:7, 146:18, 153:12, 158:11, 158:19, 164:12, 164:16, 166:11, 192:22, 212:6, 212:7, 212:20, 213:2, 214:5
**semester** [2] - 105:12, 114:16
**semi** [1] - 205:24
**semi-automatic** [1] - 205:24
**semiautomatic** [4] - 189:21, 208:5, 208:19, 212:3
**send** [2] - 172:19, 227:9
**sending** [1] - 173:11
**Senior** [2] - 102:12, 102:13
**senior** [1] - 102:24
**sense** [4] - 20:4, 46:22, 83:12, 91:2
**sentence** [10] - 178:5, 180:4, 198:4,

198:18, 216:9, 216:11, 218:5, 219:21, 228:18, 229:15
**sentenced** [1] - 198:16
**sentences** [2] - 178:24, 229:8
**separate** [12] - 7:22, 32:5, 40:22, 48:9, 48:12, 55:14, 69:3, 90:20, 152:18, 155:1, 204:22, 217:16
**separately** [1] - 11:11
**sequence** [1] - 210:11
**sequentially** [1] - 206:23
**sergeant** [1] - 63:5
**serial** [24] - 180:10, 182:5, 182:13, 182:14, 184:13, 184:17, 185:3, 185:8, 188:7, 188:21, 206:13, 206:18, 206:19, 206:20, 206:22, 206:23, 206:25, 207:4, 207:7, 207:9, 225:4, 225:6, 225:7, 225:20
**Serial** [1] - 206:1
**series** [5] - 47:23, 47:24, 52:15, 148:4, 226:24
**serious** [4] - 53:1, 54:23, 81:22, 187:8
**serve** [4] - 26:8, 58:12, 105:14, 106:11
**served** [11] - 36:6, 43:7, 45:2, 52:14, 62:5, 62:22, 63:25, 66:19, 69:18, 70:9, 124:2
**service** [16] - 31:20, 39:17, 40:4, 40:8, 42:2, 47:22, 50:4, 54:15, 59:22, 66:20, 104:11, 105:8, 105:14, 105:18, 119:21, 140:4
**Service** [1] - 203:8
**services** [3] - 48:23, 53:24, 55:21
**servicing** [1] - 158:6
**serving** [1] - 155:20
**session** [9] - 21:17, 25:19, 25:20, 25:22, 68:17, 68:19, 130:19, 130:22,

137:5
**set** [12] - 4:25, 8:6, 11:9, 77:25, 83:13, 89:12, 129:19, 154:23, 155:25, 156:4, 172:3, 217:15
**setting** [3] - 46:13, 47:1, 47:6
**settled** [1] - 70:10
**seven** [4] - 25:15, 97:6, 105:22, 112:24
**sever** [3] - 15:1, 16:2, 16:13
**several** [9] - 20:4, 34:8, 55:12, 82:9, 121:21, 121:22, 151:19, 174:5, 198:25
**Shakes** [1] - 83:21
**shaking** [1] - 119:6
**share** [2] - 80:8, 104:24
**shared** [5] - 42:23, 80:13, 86:14, 93:23, 134:16
**shares** [1] - 72:2
**shell** [1] - 208:12
**sheriff's** [2] - 126:13, 126:22
**sheriffs** [1] - 126:24
**Sherman** [1] - 62:18
**shiny** [1] - 184:2
**shirts** [1] - 151:6
**shoot** [3] - 75:17, 100:16, 192:3
**shooting** [3] - 73:2, 208:22, 210:7
**shop** [3] - 174:1, 174:13, 192:21
**short** [9] - 20:24, 21:1, 68:1, 68:14, 76:6, 76:11, 129:18, 131:4, 131:12
**short-term** [1] - 68:1
**shorthand** [1] - 156:8
**shortly** [2] - 21:2, 142:14
**shot** [4] - 73:3, 75:4, 77:8, 78:10
**shotgun** [4] - 75:3, 75:7, 75:8, 75:15
**show** [25] - 142:18, 144:13, 149:10, 149:14, 150:7, 151:9, 152:10, 152:25, 153:7, 155:5, 155:6, 155:23, 159:10, 166:18, 170:8, 176:4, 180:9, 182:4,

182:10, 184:22, 196:1, 214:7, 220:18, 224:21, 227:18
**showed** [1] - 187:17
**showing** [13] - 100:22, 147:15, 169:14, 170:7, 172:22, 173:10, 179:7, 181:20, 182:1, 182:6, 182:23, 184:11, 223:11
**shown** [4] - 100:17, 187:24, 188:6, 188:8
**shows** [13] - 19:8, 19:9, 151:2, 151:6, 166:2, 166:7, 166:10, 166:19, 172:23, 173:2, 189:13, 189:21, 191:12
**side** [26] - 28:17, 30:15, 45:9, 49:8, 54:24, 69:1, 71:1, 71:2, 118:13, 118:15, 137:23, 142:14, 182:10, 182:12, 184:11, 206:1, 207:6, 210:18, 216:19, 216:20, 222:25, 223:13, 224:22, 225:18, 229:24
**sidebar** [8] - 67:19, 89:2, 89:8, 89:14, 107:8, 112:22, 127:6, 127:8
**Sidebar** [12] - 89:9, 92:9, 94:23, 95:21, 96:21, 112:23, 114:11, 115:5, 115:11, 116:12, 118:2, 127:7
**sides** [5] - 28:22, 57:22, 116:25, 127:19
**sights** [1] - 185:2
**sign** [6] - 83:1, 148:20, 152:23, 178:22, 180:2, 229:4
**signature** [12] - 18:24, 178:16, 178:18, 178:19, 179:25, 220:4, 220:9, 220:10, 221:11, 221:12, 221:14, 221:15
**signed** [6] - 11:7, 150:4, 153:20, 197:5, 197:20,

200:11
**significant** [6] - 37:19,
55:5, 82:13, 83:10,
86:21, 105:13
**signing** [2] - 148:15,
200:8
**silent** [1] - 136:16
**silver** [2] - 184:1,
209:15
**Simi** [1] - 104:9
**similar** [5] - 40:15,
41:8, 43:10, 102:1,
103:2
**simply** [8] - 28:12,
33:19, 34:16, 38:15,
65:8, 91:19, 136:8,
142:16
**Simpson** [8] - 104:3,
104:4, 106:24,
107:1, 116:14,
127:18, 127:21,
127:22
**single** [13] - 36:1,
43:6, 50:3, 53:22,
62:2, 105:5, 119:18,
145:4, 147:22,
149:13, 152:20,
152:22, 158:22
**sister** [2] - 103:18,
124:15
**sit** [5] - 51:13, 57:13,
90:9, 118:23
**sits** [1] - 209:24
**sitting** [2] - 66:2,
119:2
**situation** [2] - 122:2,
122:8
**six** [3] - 25:15, 89:11,
200:7
**size** [1] - 207:18
**slide** [8] - 207:25,
208:4, 208:5,
208:11, 208:24,
208:25, 209:19
**slides** [1] - 134:17
**slightly** [1] - 209:20
**slow** [1] - 20:10
**Smith** [9] - 29:9,
39:10, 39:11, 72:23,
72:24, 86:1, 119:12,
123:18, 123:20
**snack** [1] - 130:14
**SnapChat** [1] - 139:19
**social** [3] - 55:1,
62:15, 139:20
**Social** [2] - 215:3,
226:23
**socialize** [1] - 55:16
**society** [1] - 68:11
**sociology** [1] - 62:12

**soft** [1] - 130:8
**sold** [20] - 14:9, 19:17,
19:22, 73:21, 75:24,
145:8, 145:12,
150:12, 151:23,
155:23, 156:11,
156:17, 157:15,
157:17, 189:15,
189:21, 189:24,
207:13, 223:3
**sole** [1] - 15:19
**solely** [1] - 135:16
**solemnly** [3] - 26:6,
117:22, 129:4
**someone** [5] - 46:12,
126:15, 213:20,
216:21, 219:3
**sometime** [1] - 21:21
**sometimes** [14] - 32:3,
33:9, 33:10, 34:15,
34:17, 34:24, 58:6,
58:9, 68:3, 79:16,
87:12, 126:4, 138:5
**somewhat** [2] - 69:11,
183:15
**somewhere** [2] - 19:9,
175:17
**son** [10] - 66:17, 80:4,
100:16, 100:22,
101:1, 101:19,
120:11, 126:13,
126:17, 126:18
**sons** [2] - 52:12, 79:14
**soon** [2] - 140:25,
196:19
**sorry** [11] - 24:6, 24:8,
83:5, 94:22, 99:2,
104:7, 115:23,
131:8, 184:8, 185:7,
214:16
**sort** [2] - 107:18,
220:12
**sound** [6] - 170:19,
179:21, 180:21,
181:1, 181:3, 181:11
**South** [1] - 103:13
**sovereignties** [1] -
156:13
**Spanish** [1] - 16:25
**speaks** [1] - 159:14
**special** [16] - 4:11,
10:12, 12:20, 26:23,
27:1, 60:13, 121:1,
143:18, 145:25,
146:23, 147:9,
151:5, 195:6, 195:9,
195:17, 203:21
**Special** [4] - 12:21,
12:23, 22:25, 26:23,
26:24, 26:25, 114:3,

202:12, 203:7,
204:25, 205:9,
205:17, 211:6, 211:9
**SPECIAL** [1] - 12:22
**specialist** [2] - 66:14,
66:22
**specific** [16] - 7:16,
7:18, 18:3, 106:15,
162:17, 165:7,
165:9, 184:3,
207:13, 207:18,
207:20, 208:17,
211:15, 214:14,
223:1, 225:23
**specifically** [14] -
84:14, 164:6,
166:13, 170:25,
176:18, 187:23,
202:18, 205:22,
205:24, 211:25,
216:10, 216:11,
227:19, 231:14
**specificity** [1] - 77:16
**spectators** [1] -
129:14
**speculation** [1] -
19:20
**spell** [2] - 161:2, 202:5
**spent** [1] - 208:12
**spoken** [1] - 192:7
**sporting** [1] - 211:18
**Sporting** [1] - 211:19
**Sports** [1] - 70:25
**spouse** [7] - 47:18,
64:2, 74:9, 74:10,
98:5, 101:18, 119:20
**spouse's** [2] - 31:17,
36:3
**Spring** [1] - 2:6
**spring** [1] - 209:2
**staff** [1] - 37:17
**staffing** [1] - 37:14
**stainless** [1] - 185:1
**stake** [1] - 34:19
**stamp** [1] - 206:6
**stamped** [3] - 215:13,
225:7, 226:1
**stance** [2] - 77:21
**stand** [20] - 24:11,
24:15, 26:20, 26:24,
27:5, 27:12, 34:10,
46:23, 90:24, 91:17,
98:21, 117:19,
120:3, 124:13,
128:17, 134:5,
159:17, 174:6,
185:23, 205:12
**standard** [3] - 36:16,
38:2, 211:18
**standing** [1] - 232:21

**stands** [2] - 26:19,
83:11
**star** [1] - 104:10
**start** [33] - 6:1, 21:19,
21:22, 23:18, 25:23,
27:21, 29:3, 31:12,
52:2, 68:16, 68:18,
72:22, 79:4, 89:14,
97:20, 97:21,
105:11, 111:11,
119:13, 119:15,
129:15, 131:1,
132:10, 133:14,
141:18, 162:13,
164:20, 186:15,
205:7, 205:17,
212:7, 230:18, 231:4
**starting** [4] - 33:24,
105:9, 105:21,
227:19
**starts** [3] - 178:3,
180:4, 216:10
**state** [28] - 22:19,
37:23, 39:20, 40:7,
44:2, 58:7, 70:11,
70:12, 70:13,
132:24, 155:25,
156:14, 158:14,
161:1, 164:9,
176:18, 179:6,
185:23, 195:15,
202:4, 202:25,
204:15, 204:22,
206:13, 206:17,
219:12, 226:7,
229:14
**State** [9] - 36:4, 36:23,
37:6, 39:14, 61:13,
156:16, 157:8,
157:20, 212:14
**statement** [23] - 5:10,
6:23, 6:25, 9:6, 10:5,
10:6, 11:25, 23:22,
25:5, 41:1, 41:6,
110:6, 136:5,
142:15, 142:16,
142:20, 143:6,
149:3, 155:3,
155:22, 159:18,
160:9, 194:13
**statements** [53] - 3:4,
5:7, 5:9, 5:11, 5:12,
5:13, 5:17, 6:4, 6:5,
6:20, 7:2, 7:8, 7:10,
7:24, 8:7, 8:8, 8:10,
8:21, 9:1, 9:2, 9:5,
9:8, 9:9, 9:13, 9:14,
9:16, 9:17, 9:21,
9:22, 10:1, 10:2,
10:20, 24:25,

129:16, 129:19,
137:1, 142:20,
143:4, 143:9,
143:12, 149:4,
149:7, 152:6, 153:4,
153:14, 153:20,
154:12, 160:7,
176:15, 177:4
**Statements** [1] - 3:4
**states** [1] - 233:7
**STATES** [2] - 1:1, 1:8
**States** [25] - 4:7, 4:11,
4:14, 21:9, 22:16,
22:22, 22:24, 24:2,
24:20, 25:1, 25:7,
26:15, 26:16, 36:17,
37:22, 58:6, 76:20,
91:11, 110:15,
121:20, 129:23,
135:23, 203:9,
211:17, 211:18
**stating** [1] - 105:10
**station** [1] - 107:16
**status** [6] - 57:5,
143:14, 143:17,
146:24, 159:5, 162:7
**stay** [1] - 50:11
**stenographically** [1] -
233:3
**step** [3] - 8:24, 200:22,
231:8
**Stephanie** [2] - 29:18,
52:6
**steps** [1] - 213:13
**still** [8] - 73:2, 82:10,
88:13, 102:24,
126:4, 150:1, 180:7,
198:12
**stipulate** [1] - 136:23
**stipulated** [1] - 11:16
**stipulation** [4] - 11:6,
16:25, 17:1, 162:16
**stop** [3] - 68:18, 83:1,
131:8
**store** [10] - 61:2,
143:19, 149:17,
151:17, 165:15,
165:18, 174:13,
207:12, 212:7, 226:3
**story** [3] - 33:10, 87:9,
87:13
**straight** [1] - 210:10
**straightforward** [1] -
145:14
**strap** [1] - 208:2
**strategic** [1] - 45:5
**straw** [4] - 218:22,
218:23, 219:1, 219:3
**streaming** [1] - 70:5
**streamline** [1] - 11:15

Street [2] - 1:24, 2:6
street [4] - 58:8, 70:13, 172:15, 222:16
stricken [1] - 138:6
strike [4] - 95:10, 96:13, 127:20, 171:17
stringent [1] - 111:4
strong [6] - 77:11, 77:15, 77:24, 82:10, 109:25, 110:1
struck [1] - 196:23
student [5] - 61:3, 61:10, 62:4, 100:5, 105:6
Studio [1] - 41:22
study [1] - 62:11
studying [1] - 61:11
stylist [1] - 50:3
subjects [3] - 64:16, 64:18, 204:9
submit [3] - 16:3, 213:17, 231:25
submitted [2] - 16:1, 217:10
subsequently [1] - 203:25
substantive [3] - 13:12, 14:25, 154:21
subvert [1] - 193:5
suffers [1] - 15:7
suggest [1] - 7:24
suggesting [1] - 15:10
suggestion [2] - 10:3, 157:19
Suite [4] - 2:6, 2:14, 2:18, 2:23
summarized [1] - 154:17
summary [1] - 10:25
summoned [1] - 23:14
Sunday [1] - 105:4
Sundays [1] - 105:4
Super [27] - 146:2, 147:13, 149:11, 150:11, 150:12, 155:23, 156:18, 165:13, 165:17, 168:24, 171:3, 173:1, 182:7, 183:2, 183:4, 185:1, 189:5, 189:20, 190:2, 206:1, 207:22, 211:10, 211:15, 211:24, 211:25, 212:1, 212:5
superior [5] - 39:18, 58:19, 100:6, 102:25
Superman [6] - 151:3,

166:20, 166:22, 167:1, 167:4, 167:6
Supers [10] - 150:24, 157:15, 157:18, 165:11, 165:22, 166:6, 166:14, 174:25, 189:13, 191:5
superseding [1] - 16:13
supply [1] - 147:1
support [2] - 34:16, 133:23
surprise [1] - 173:25
surprised [1] - 79:16
sustain [2] - 138:1, 138:3
sustained [1] - 196:21
Sustained [1] - 171:15
swear [6] - 26:6, 34:11, 117:22, 129:4, 160:19, 201:22
SWORN [4] - 3:5, 3:7, 164:22, 202:8
sworn [10] - 26:5, 28:24, 44:8, 117:10, 117:19, 128:19, 133:3, 136:20, 160:17, 164:13
Sylvia [2] - 30:1, 66:12
sympathies [1] - 86:19
sympathy [1] - 135:18
system [8] - 39:20, 46:14, 66:9, 69:21, 80:18, 99:4, 125:5, 156:12
systems [1] - 120:19

**T**

T-O-P-E [1] - 29:18
T-R-U-J-I-L-L-O [1] - 29:22
T-shirts [1] - 151:6
table [4] - 22:25, 23:10, 27:18, 160:10
tablets [1] - 135:2
Tactical [20] - 10:24, 147:2, 147:3, 147:10, 147:16, 151:4, 155:25, 156:3, 156:7, 156:9, 158:5, 158:9, 180:20, 186:5, 214:24, 215:1, 217:5, 217:14, 220:25, 223:21

Tagalog [2] - 32:20, 33:4
target [1] - 73:2
taught [1] - 33:12
taxes [1] - 64:23
teach [4] - 64:15, 64:17, 64:18
teacher [5] - 39:15, 63:22, 64:9, 100:2, 102:21
teachers [2] - 64:13, 64:14
teaching [1] - 64:12
team [2] - 27:2, 71:10
teams [1] - 71:4
technical [2] - 45:8, 71:1
technique [1] - 45:1
technology [1] - 44:24
telephone [1] - 1:25
television [2] - 41:23, 123:25
teller [1] - 101:20
Temple [1] - 62:1
ten [9] - 19:9, 76:11, 82:14, 89:11, 131:16, 149:21, 152:13, 152:21, 193:25
ten-day [1] - 149:21
tension [1] - 157:7
tentative [1] - 6:18
tenth [1] - 111:24
term [4] - 40:25, 68:1, 82:10, 146:8
terminology [1] - 205:7
terms [16] - 6:2, 6:10, 8:15, 25:14, 30:20, 34:17, 45:3, 54:17, 56:25, 60:13, 91:18, 130:17, 145:19, 145:23, 170:19
Terry [2] - 29:7, 31:14
test [2] - 33:4, 156:21
tested [2] - 141:5, 141:9
testified [10] - 85:13, 85:15, 87:9, 138:16, 189:4, 189:12, 190:8, 190:15, 204:17, 231:18
testify [10] - 38:11, 53:9, 134:5, 136:21, 138:24, 177:11, 186:23, 187:5, 188:20, 200:25
testifying [2] - 138:17, 201:5
testimony [27] - 11:19,

12:20, 134:3, 136:20, 137:3, 137:10, 138:11, 138:14, 138:20, 139:1, 141:4, 142:1, 151:21, 160:19, 162:8, 162:9, 162:11, 168:7, 187:12, 187:14, 188:11, 201:22, 204:22, 231:22, 231:23
tests [1] - 156:20
text [10] - 6:14, 6:17, 10:20, 20:11, 139:16, 144:10, 152:15, 153:21, 172:20, 173:7
THE [602] - 2:3, 2:11, 2:21, 4:22, 4:24, 5:24, 6:16, 7:20, 8:3, 8:11, 8:14, 8:20, 9:2, 9:10, 9:13, 9:20, 9:25, 10:18, 11:18, 11:23, 12:5, 12:14, 12:23, 13:9, 13:19, 13:23, 13:25, 14:4, 14:13, 14:16, 14:22, 15:2, 16:10, 16:18, 16:24, 17:10, 17:16, 17:20, 17:23, 18:6, 18:11, 18:17, 19:5, 19:23, 20:6, 20:10, 20:15, 20:17, 20:23, 21:7, 21:9, 21:14, 21:17, 21:24, 22:5, 22:9, 22:11, 22:13, 23:2, 23:7, 23:11, 24:8, 26:11, 26:13, 30:4, 31:23, 32:2, 32:5, 32:9, 32:12, 32:15, 32:17, 32:20, 32:22, 32:24, 33:1, 33:3, 33:6, 33:11, 33:22, 34:3, 35:4, 35:7, 35:9, 35:15, 35:17, 35:19, 35:22, 36:8, 36:11, 36:22, 36:25, 37:2, 37:5, 37:10, 37:13, 37:16, 37:19, 38:24, 39:5, 39:9, 39:19, 39:25, 40:3, 40:7, 40:10, 40:12, 40:15, 40:17, 41:10, 41:13, 41:16, 41:20, 42:2, 42:11, 42:15, 42:18, 42:21, 43:2, 43:8, 43:10, 43:13, 43:16, 43:18, 43:20, 44:11, 44:20, 45:3, 45:8, 45:12,

45:15, 45:18, 45:20, 46:2, 46:5, 46:7, 46:10, 46:12, 46:17, 47:5, 47:12, 47:22, 48:2, 48:4, 48:16, 48:20, 48:24, 49:3, 49:6, 49:10, 49:17, 49:23, 50:5, 50:7, 50:9, 50:14, 50:17, 50:21, 50:24, 51:3, 51:6, 51:9, 51:12, 51:16, 51:19, 51:22, 51:24, 52:3, 52:15, 52:18, 52:20, 52:24, 53:11, 53:14, 53:18, 54:4, 54:9, 54:12, 54:19, 54:22, 55:4, 55:11, 55:14, 55:18, 55:20, 56:5, 56:10, 56:16, 56:19, 57:2, 57:5, 57:11, 57:21, 57:24, 58:2, 58:15, 58:19, 58:21, 59:3, 59:6, 59:14, 59:23, 60:2, 60:6, 60:15, 60:20, 60:22, 61:7, 61:10, 61:14, 61:16, 61:20, 61:24, 62:7, 62:9, 62:11, 62:13, 62:16, 62:25, 63:3, 63:7, 63:10, 63:14, 63:16, 63:18, 64:1, 64:5, 64:9, 64:11, 64:15, 64:19, 64:22, 65:1, 65:3, 65:12, 65:19, 65:24, 66:1, 66:5, 66:20, 67:2, 67:8, 67:14, 67:18, 67:22, 68:8, 69:3, 69:7, 69:12, 69:17, 69:20, 69:25, 70:11, 70:14, 70:16, 70:18, 70:20, 71:1, 71:6, 71:12, 71:15, 71:23, 73:4, 73:7, 73:10, 73:15, 73:18, 73:21, 73:24, 74:4, 74:10, 74:13, 74:16, 74:18, 74:23, 75:1, 75:4, 75:7, 75:9, 75:12, 75:17, 75:20, 75:24, 76:3, 76:6, 76:19, 77:1, 77:11, 77:18, 77:24, 78:4, 78:7, 78:11, 78:13, 78:16, 79:15, 80:6, 80:8, 80:11, 80:17, 80:20, 80:23, 81:9, 82:12, 82:16, 82:18, 82:21, 82:23, 83:2, 83:7, 83:10, 83:17, 83:19,

83:22, 85:6, 85:10,
85:13, 85:17, 85:20,
85:23, 86:5, 86:10,
86:13, 86:20, 86:25,
88:15, 88:17, 88:21,
88:24, 89:10, 89:18,
90:16, 91:7, 92:10,
92:13, 92:20, 93:4,
93:11, 93:16, 93:22,
94:12, 94:15, 94:21,
94:24, 95:2, 95:4,
95:12, 95:14, 95:17,
95:22, 95:25, 96:6,
96:10, 96:12, 96:15,
96:17, 96:19, 96:24,
97:3, 97:20, 98:12,
98:15, 98:18, 98:20,
99:5, 99:9, 99:14,
99:17, 99:20, 100:8,
100:11, 100:13,
100:19, 100:24,
101:3, 101:7,
101:10, 101:12,
101:24, 102:1,
102:3, 102:6, 102:9,
102:11, 102:15,
103:2, 103:4, 103:7,
103:9, 103:11,
103:14, 103:21,
103:25, 104:2,
104:12, 104:16,
104:18, 104:22,
104:24, 105:1,
105:13, 105:17,
105:23, 106:1,
106:8, 106:11,
106:14, 107:3,
107:5, 107:7,
107:15, 107:18,
107:20, 107:22,
107:24, 108:2,
108:5, 108:7, 108:9,
108:11, 108:14,
108:17, 108:21,
108:25, 109:5,
109:8, 109:11,
109:14, 109:17,
109:21, 109:24,
110:8, 110:14,
112:4, 112:6,
112:10, 112:12,
112:24, 113:4,
113:10, 113:13,
113:16, 114:12,
114:17, 114:19,
114:22, 114:25,
115:2, 115:7, 115:9,
115:12, 115:16,
115:18, 115:22,
115:25, 116:5,
116:7, 116:9,

116:15, 116:17,
116:19, 116:23,
116:25, 117:3,
117:5, 117:12,
117:14, 117:18,
117:25, 118:3,
118:11, 118:13,
118:15, 118:18,
119:6, 119:13,
119:22, 119:24,
120:1, 120:5,
120:13, 120:20,
120:22, 121:1,
121:3, 121:5,
121:11, 121:17,
122:7, 122:11,
122:14, 122:17,
122:22, 123:1,
123:4, 123:9,
123:15, 123:17,
124:4, 124:9,
124:12, 124:19,
124:22, 124:24,
125:4, 125:8,
125:11, 125:13,
125:15, 126:2,
126:6, 126:9,
126:15, 126:17,
126:19, 126:22,
127:1, 127:8,
127:15, 127:22,
128:1, 128:5, 128:7,
128:10, 128:15,
129:8, 129:9,
129:15, 131:23,
132:2, 132:19,
133:14, 133:25,
134:7, 134:10,
134:12, 134:20,
134:25, 143:8,
143:11, 149:6,
154:6, 154:8,
154:11, 160:4,
160:8, 160:23,
161:3, 161:4,
161:17, 162:19,
163:5, 163:11,
163:25, 164:5,
167:9, 168:10,
168:14, 168:19,
171:15, 171:16,
171:18, 183:22,
183:23, 185:23,
186:2, 186:15,
187:2, 187:3, 188:2,
188:4, 191:18,
191:19, 195:11,
196:1, 196:4, 196:7,
196:9, 196:21,
196:22, 196:23,
197:15, 199:25,

201:13, 201:15,
201:17, 202:1,
202:6, 202:7, 205:2,
205:13, 205:15,
206:10, 211:7,
230:14, 230:17,
231:3, 231:8, 232:3,
232:7, 232:17,
232:23
**the.38Super** [1] -
150:14
**the.38Superman** [1] -
150:11
**themselves** [4] - 8:25,
47:2, 156:25, 219:5
**therapy** [1] - 98:8
**therefore** [2] - 8:9,
211:3
**they've** [2] - 15:21,
219:8
**thinks** [1] - 87:19,
137:23
**third** [2] - 217:25,
218:21
**Thirty** [1] - 165:1
**Thirty-one** [1] - 165:1
**three** [25] - 5:16,
10:23, 21:13, 36:5,
52:10, 64:18, 85:16,
102:23, 105:11,
117:7, 117:19,
118:6, 118:8, 119:2,
120:9, 124:16,
125:17, 127:11,
128:17, 133:6,
146:10, 164:16,
199:5, 210:17, 229:8
**threshold** [2] - 9:6, 9:7
**throughout** [2] - 92:6,
139:3
**throw** [1] - 87:13
**thumb** [2] - 210:18,
210:19
**Thursday** [4] - 21:22,
105:4, 130:24, 131:2
**ticket** [2] - 81:20,
168:2
**title** [12] - 214:12,
217:20, 217:21,
218:14, 218:19,
219:11, 220:21,
221:11, 221:12,
223:12, 223:14,
227:25
**Title** [4] - 24:20, 25:1,
25:4, 25:6
**titled** [1] - 223:24
**Tobacco** [5] - 27:1,
81:16, 84:16,
110:15, 202:13

**tobacco** [1] - 202:17
**today** [21] - 19:1,
20:21, 23:14, 25:16,
25:18, 60:16, 76:11,
83:11, 90:10, 91:18,
100:14, 105:21,
130:18, 169:9,
186:20, 187:5,
187:12, 187:18,
188:16, 198:19
**together** [8] - 48:7,
48:9, 90:1, 143:21,
145:16, 146:19,
150:8, 151:2
**Tolliver** [3] - 4:12,
22:25, 114:3
**tomorrow** [13] - 21:18,
22:8, 25:19, 25:22,
68:19, 130:18,
130:19, 130:20,
131:7, 230:17,
231:4, 232:18
**took** [6] - 33:3, 44:7,
143:17, 159:22,
195:3, 199:18
**top** [21] - 27:22, 115:9,
115:10, 148:2,
173:2, 177:14,
178:15, 180:8,
185:14, 185:15,
208:25, 214:12,
214:20, 217:3,
220:21, 220:23,
227:24, 228:19,
228:25
**Tope** [4] - 29:18, 52:6,
79:11, 80:3
**topic** [3] - 212:6,
217:23, 217:24
**topics** [1] - 219:18
**Torrance** [3] - 2:14,
31:15, 31:21
**total** [3] - 71:11,
190:9, 199:5
**touched** [1] - 90:10
**touching** [2] - 26:8,
140:24
**towards** [1] - 90:12
**town** [1] - 58:10
**trace** [1] - 223:7
**traced** [1] - 207:11
**tracing** [1] - 223:8
**track** [1] - 16:9
**trade** [6] - 14:5, 71:7,
124:10, 180:16,
214:25, 230:10
**trademark** [2] - 71:7,
124:10
**traffic** [7] - 58:9,
120:16, 121:25,

122:1, 122:7, 122:8,
168:2
**trained** [2] - 45:8,
54:23
**trainer** [1] - 104:10
**training** [10] - 48:20,
64:14, 73:5, 74:24,
203:15, 203:16,
203:19, 203:21,
204:6, 204:9
**transaction** [9] -
145:4, 168:17,
172:4, 194:19,
195:1, 218:1, 224:4,
225:3, 226:20
**transactions** [1] -
153:8
**Transcript** [1] - 1:16
**transcript** [4] - 141:25,
195:21, 233:3, 233:5
**transfer** [18] - 133:8,
146:9, 146:12,
146:16, 150:25,
152:2, 157:19,
157:23, 157:25,
158:12, 158:24,
159:7, 159:9,
164:17, 164:18,
178:9, 224:4
**transferee** [3] - 133:9,
164:19, 228:2
**transferee's** [1] -
228:3
**transferee/buyer** [2] -
148:7, 228:21
**transferor** [1] - 133:9
**transferred** [2] -
157:21, 225:24
**transferrer** [3] -
164:18, 178:6, 181:8
**transferring** [3] -
158:24, 159:3,
224:13
**translation** [1] - 16:25
**translator** [1] - 71:4
**transportation** [3] -
65:13, 77:3, 77:13
**trauma** [1] - 86:20
**traumatized** [1] -
86:18
**travel** [1] - 67:5
**Treasury** [1] - 49:20
**treated** [10] - 80:15,
80:16, 80:18, 80:19,
85:6, 85:18, 108:2,
108:21, 109:8, 125:1
**treatment** [2] - 125:5,
161:20
**trial** [75] - 4:25, 11:7,
11:11, 11:15, 12:15,

15:5, 15:25, 16:16,
16:25, 17:2, 18:21,
18:24, 19:1, 20:18,
20:21, 21:11, 23:25,
26:9, 27:20, 27:21,
30:7, 33:18, 33:24,
34:10, 35:10, 50:19,
51:13, 57:12, 87:5,
101:22, 111:1,
118:21, 130:22,
131:11, 132:11,
133:18, 133:24,
135:8, 139:3,
139:25, 140:3,
140:19, 141:5,
141:9, 141:11,
141:13, 141:18,
141:25, 142:2,
142:13, 144:1,
144:6, 144:13,
144:14, 145:6,
145:13, 145:18,
147:13, 147:19,
148:5, 148:21,
149:20, 150:3,
150:15, 151:14,
152:16, 153:18,
153:25, 154:3,
162:3, 162:5,
168:12, 177:11,
198:8, 198:13
**TRIAL** [2] - 1:17, 4:3
**trials** [1] - 204:22
**tricky** [1] - 157:12
**tried** [6] - 6:4, 48:7,
48:8, 87:17, 91:22,
105:19
**trigger** [9] - 208:9,
208:22, 210:5,
210:6, 210:8, 210:9,
210:11, 210:12,
210:25
**tropical** [1] - 66:25
**trouble** [1] - 195:1
**true** [17] - 26:7, 34:1,
34:2, 60:11, 117:23,
129:6, 148:12,
150:1, 176:21,
176:24, 178:13,
178:25, 180:7,
197:10, 229:3,
229:9, 233:2
**Trujillo** [8] - 29:21,
60:22, 60:24, 94:12,
96:14, 96:16, 96:17,
96:19
**truly** [3] - 34:17,
117:22, 129:5
**truth** [13] - 28:25,
34:11, 34:12, 141:4,

160:21, 197:24,
198:1, 198:2, 201:24
**truthfully** [2] - 200:25,
201:5
**try** [16] - 25:15, 35:3,
57:20, 59:25, 64:25,
68:15, 87:14, 99:4,
105:17, 105:23,
117:22, 129:5,
140:16, 184:12,
224:1
**trying** [2] - 99:12,
120:18
**TUESDAY** [2] - 1:18,
4:1
**turn** [5] - 140:24,
143:3, 161:17,
219:17, 226:2
**turning** [2] - 173:9,
229:23
**turns** [1] - 198:13
**twenty** [1] - 226:13
**Twenty** [1] - 215:21
**twenty-one** [1] -
226:13
**Twenty-two** [1] -
215:21
**twice** [5] - 85:15,
187:13, 198:22,
198:23
**Twitter** [1] - 139:19
**Two** [1] - 164:12
**two** [71] - 6:7, 8:24,
13:17, 14:10, 21:15,
23:17, 24:3, 26:21,
30:10, 31:19, 31:20,
36:5, 36:12, 38:5,
41:23, 45:22, 45:24,
47:19, 48:4, 58:8,
66:16, 79:18, 84:7,
85:16, 87:12, 95:22,
96:3, 100:6, 101:19,
116:20, 124:7,
126:3, 129:24,
133:2, 133:20,
137:8, 143:15,
143:22, 143:23,
144:3, 145:8,
145:11, 146:19,
147:1, 147:14,
150:21, 155:19,
171:9, 171:10,
172:1, 173:16,
174:20, 176:16,
177:16, 178:24,
179:22, 180:11,
181:5, 181:19,
186:11, 188:10,
190:8, 195:8, 199:3,
200:22, 210:16,

215:21, 218:2,
218:4, 221:24
**two-step** [2] - 8:24,
200:22
**two-year** [2] - 145:8,
145:11
**type** [43] - 37:16,
38:12, 51:14, 51:20,
63:3, 67:3, 73:12,
74:23, 75:1, 78:14,
79:2, 79:8, 81:11,
83:2, 84:19, 84:23,
91:10, 106:20,
111:8, 111:13,
124:2, 124:9,
157:21, 165:7,
165:9, 170:25,
205:19, 205:22,
207:17, 208:20,
215:18, 217:7,
217:10, 217:16,
220:19, 221:4,
221:25, 222:1,
222:2, 225:1,
225:10, 226:15,
227:22
**Type** [1] - 221:5
**types** [10] - 10:23,
124:8, 137:8,
143:18, 145:25,
146:4, 166:17,
174:4, 199:14,
221:17

**U**

**U.S** [1] - 25:4
**U.S.C** [2] - 230:5,
231:15
**umm** [5] - 107:6,
180:22, 187:13,
195:3, 195:19
**umm..** [1] - 32:11
**unanimous** [3] -
46:15, 90:1, 90:20
**uncle** [2] - 76:2, 126:1
**uncomfortable** [3] -
33:19, 34:24, 47:6
**uncommon** [1] -
189:20
**unconstitutionally** [1]
- 231:14
**under** [20] - 28:24,
79:8, 79:14, 82:7,
99:1, 148:14,
157:23, 158:9,
158:11, 159:12,
179:5, 181:8,
216:21, 220:9,
221:11, 221:14,

225:11, 229:13,
230:5, 231:15
**understood** [2] - 8:4,
35:15
**unemployed** [2] -
62:3, 70:4
**unfortunately** [1] -
79:13
**Unified** [1] - 102:22
**unified** [1] - 62:19
**uniform** [1] - 181:16
**uniforms** [1] - 174:23
**unique** [3] - 206:20,
207:9, 225:7
**uniquely** [1] - 207:9
**UNISON** [5] - 91:6,
92:19, 118:16,
119:8, 128:13
**unit** [1] - 202:21
**Unit** [4] - 186:7,
215:11, 221:2,
223:23
**United** [25] - 4:7, 4:11,
4:14, 21:9, 22:16,
22:22, 22:24, 24:2,
24:20, 25:1, 25:6,
26:15, 26:16, 36:17,
37:22, 58:6, 76:20,
91:11, 110:15,
121:19, 129:23,
135:23, 203:9,
211:17
**united** [2] - 26:21,
233:7
**UNITED** [2] - 1:1, 1:8
**University** [1] - 105:6
**unlawful** [2] - 189:25,
230:6
**unless** [8] - 38:6, 38:7,
89:13, 92:6, 130:12,
136:12, 139:11,
227:8
**unpleasant** [1] - 82:9
**untruthful** [1] - 194:8
**unusual** [2] - 173:21,
173:24
**unwilling** [1] - 72:12
**up** [58] - 18:4, 18:17,
19:15, 19:16, 24:11,
24:15, 26:19, 26:20,
26:24, 27:5, 27:12,
34:12, 38:15, 44:16,
50:14, 54:21, 55:2,
75:10, 77:5, 77:8,
79:18, 80:1, 82:7,
86:3, 86:8, 87:13,
90:16, 92:10, 107:8,
110:3, 122:15,
129:19, 130:10,
149:23, 149:24,

155:21, 155:25,
156:4, 159:8,
159:17, 161:14,
167:16, 175:13,
177:13, 179:15,
179:22, 190:16,
190:21, 193:25,
196:3, 196:18,
208:25, 210:19,
211:1, 217:15,
218:11, 227:13,
232:21
**uphold** [1] - 154:1
**upper** [1] - 208:5
**urge** [1] - 141:25
**US** [2] - 2:5, 37:24
**uses** [2] - 72:20, 74:10

**V**

**V-E-A-L-S** [1] - 29:19
**vacation** [1] - 66:25
**vague** [1] - 231:14
**vagueness** [1] -
231:25
**Valley** [2] - 104:9,
119:17
**value** [1] - 91:19
**Van** [1] - 123:21
**vandalism** [2] -
108:16, 109:2
**various** [9] - 5:8, 10:9,
37:24, 68:11, 87:6,
129:24, 130:14,
161:18, 168:11
**veals** [1] - 76:23
**Veals** [6] - 29:19,
53:19, 53:20, 75:10,
75:14, 76:24
**vehicle** [1] - 174:9
**Venice** [2] - 82:17,
82:18
**Ventura** [4] - 50:2,
50:7, 63:20, 98:2
**verdict** [32] - 36:7,
38:16, 38:21, 39:25,
40:1, 43:8, 46:15,
53:6, 87:15, 87:16,
87:17, 87:21, 89:23,
90:1, 90:19, 90:20,
90:24, 92:2, 92:4,
101:24, 103:1,
117:23, 118:24,
122:20, 122:23,
129:6, 139:4,
140:10, 141:7,
143:2, 154:4, 160:1
**verdicts** [1] - 40:12
**verified** [1] - 224:17

**Veronica** [2] - 2:4, 4:13
**veronica** [1] - 22:21
**veronica.dragalin @ usdoj.gov** [1] - 2:8
**versa** [1] - 48:13
**versions** [1] - 87:13
**versus** [4] - 4:7, 21:10, 22:16, 76:21
**via** [2] - 139:16, 150:25
**vice** [2] - 63:6, 216:7
**victim** [3] - 84:19, 86:4, 103:18
**victims** [1] - 84:20
**Victoria** [1] - 2:17
**view** [3] - 46:20, 140:17, 140:19
**views** [10] - 46:19, 57:16, 77:12, 78:1, 80:9, 80:17, 91:1, 91:3, 122:4, 123:4
**Village** [1] - 119:17
**violate** [2] - 179:5, 229:14
**violates** [1] - 141:16
**violating** [2] - 155:14, 159:15
**violation** [7] - 14:4, 24:20, 24:25, 25:4, 25:6, 148:18, 229:19
**violations** [6] - 71:25, 72:18, 168:3, 202:16, 202:17, 202:25
**violence** [1] - 103:19
**visa** [1] - 48:13
**visible** [2] - 184:23, 225:17
**visit** [2] - 140:17, 195:5
**visits** [1] - 188:10
**voir** [2] - 12:6, 12:9, 30:7
**voluntarily** [1] - 161:24
**voluntary** [1] - 6:2
**volunteer** [4] - 30:14, 42:19, 42:24, 47:10
**volunteering** [2] - 28:17, 30:15
**vote** [2] - 46:20, 46:21
**VS** [1] - 1:11

**W**

**wait** [3] - 20:10, 20:24, 193:25
**waiting** [4] - 149:21, 159:2, 179:13, 219:15
**walk** [5] - 58:8, 144:12, 145:23, 149:16, 226:3
**wants** [3] - 127:20, 146:11, 217:17
**warned** [1] - 148:16
**warning** [4] - 54:17, 148:8, 178:7, 229:20
**watch** [1] - 140:10
**water** [2] - 130:7, 130:8
**weapon** [5] - 74:16, 77:8, 82:12, 84:20, 100:19
**weapons** [15] - 13:15, 13:17, 14:2, 14:5, 65:21, 71:25, 74:19, 75:18, 75:21, 75:25, 77:9, 77:22, 78:22, 82:24, 101:5
**wearing** [4] - 174:20, 174:22, 181:16
**website** [1] - 139:17
**websites** [1] - 70:24
**Wednesday** [1] - 68:19
**week** [5] - 25:24, 67:25, 105:9, 199:2, 199:3
**weeks** [2] - 105:22, 203:23
**weigh** [1] - 135:12
**weight** [6] - 91:19, 92:1, 137:17, 137:19, 138:23, 139:1
**welcome** [6] - 23:13, 42:2, 47:22, 52:15, 66:20, 129:21
**welfare** [1] - 59:2
**WEST** [1] - 1:24
**West** [5] - 186:7, 215:11, 217:5, 221:2, 223:22
**Western** [1] - 105:6
**whatsoever** [1] - 14:11
**whereas** [1] - 42:6
**white** [1] - 185:2
**whole** [4] - 33:10, 72:6, 160:21, 201:24
**Wholesale** [1] - 185:17
**wholesaler** [1] - 222:9
**wholesalers** [4] - 147:6, 207:12, 222:10, 223:9
**widowed** [1] - 101:15

**widower** [1] - 101:15
**wife** [12] - 39:15, 41:23, 45:23, 59:19, 62:19, 86:3, 86:4, 86:8, 102:21, 104:9, 120:11, 121:24
**wife's** [2] - 103:18, 121:24
**wilfully** [1] - 159:25
**wilfulness** [1] - 157:14
**willfully** [2] - 155:11, 155:12
**willing** [1] - 7:18
**Wilshire** [1] - 2:23
**windows** [1] - 82:8
**wish** [6] - 9:10, 9:23, 130:9, 142:2, 161:6, 196:1
**wishes** [1] - 5:21
**withdraw** [1] - 18:25
**withdrawn** [1] - 18:22
**witness** [30] - 53:8, 84:24, 85:5, 87:7, 87:8, 111:15, 113:9, 133:20, 136:20, 137:11, 138:12, 147:12, 151:14, 160:13, 162:11, 162:15, 196:1, 196:4, 196:5, 196:9, 197:14, 201:18, 202:7, 205:10, 205:11, 211:6, 231:18
**WITNESS** [15] - 3:2, 3:5, 3:7, 160:23, 161:3, 164:22, 171:16, 183:23, 187:3, 191:19, 196:22, 202:1, 202:6, 202:8, 206:10
**witness's** [10] - 138:13, 138:15, 138:16, 138:17, 138:18, 138:19, 162:4, 162:6, 231:23
**witnesses** [36] - 17:5, 31:3, 34:4, 34:6, 34:8, 34:9, 35:2, 38:11, 38:21, 87:6, 113:18, 113:19, 133:16, 133:20, 133:22, 133:23, 134:1, 134:3, 134:4, 134:8, 136:17, 137:7, 138:24, 138:25, 140:21, 141:3, 142:1, 144:2, 147:21, 153:17, 161:18, 161:21,

161:23, 162:1, 162:7, 162:12
**wood** [1] - 209:14
**Woodland** [1] - 44:23
**word** [3] - 89:24, 166:25, 226:18
**words** [8] - 65:6, 139:2, 144:10, 151:9, 152:5, 153:18, 153:22, 190:11
**worker** [1] - 55:1
**works** [7] - 36:3, 45:23, 53:25, 66:17, 98:5
**workshops** [1] - 64:14
**world** [2] - 28:13, 44:1
**worried** [2] - 114:15, 194:21
**worry** [1] - 232:23
**wrinkle** [1] - 16:15
**writer** [1] - 41:23
**writing** [1] - 139:16
**written** [3] - 17:10, 141:24, 168:11
**wrote** [1] - 64:8

**Y**

**Y-A-D-E-G-A-R-A-N** [1] - 97:15
**Yadegaran** [4] - 105:2, 114:20, 114:25, 115:2
**Yasushiro** [5] - 4:9, 22:18, 216:1, 217:4, 219:22
**YASUSHIRO** [1] - 1:12
**year** [8] - 55:19, 105:5, 105:19, 105:20, 145:8, 145:11, 200:7
**years** [25] - 31:20, 45:22, 55:19, 58:8, 62:24, 64:18, 76:2, 82:5, 82:14, 86:10, 100:17, 107:4, 108:19, 120:25, 124:16, 143:22, 146:10, 146:19, 155:18, 195:8, 203:2, 203:13, 226:13, 227:8, 227:13
**years'** [1] - 200:14
**yesterday** [3] - 17:7, 132:8, 134:17
**yielding** [1] - 98:25
**York** [1] - 49:14
**young** [1] - 155:19

**younger** [2] - 73:1, 124:15
**youngest** [2] - 52:13, 100:5
**yourself** [25] - 55:16, 73:19, 73:22, 74:16, 78:20, 79:1, 79:6, 81:10, 81:23, 84:2, 84:15, 86:6, 100:20, 106:21, 111:3, 123:2, 125:23, 131:18, 142:4, 158:22, 167:12, 176:23, 182:20, 192:16, 230:20
**yourselves** [2] - 76:8, 78:23
**YouTube** [1] - 139:18

**Z**

**zoom** [13] - 169:15, 173:2, 177:25, 214:9, 214:18, 215:19, 217:19, 218:4, 224:25, 227:21, 227:24, 229:24
**zooming** [27] - 170:8, 177:14, 177:25, 178:15, 180:8, 180:14, 184:12, 184:23, 185:13, 185:15, 185:18, 214:20, 216:8, 217:2, 217:23, 218:9, 219:10, 219:20, 220:23, 223:24, 224:11, 225:16, 228:8, 228:25