1            UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3                     ---

4        HONORABLE S. JAMES OTERO, JUDGE PRESIDING

5                     ---

6

7

8    **UNITED STATES OF AMERICA,**        )
                                           )
9                                          )
                                           )
10            Plaintiff;                   )
                                           )No. CR **18-121SJO**
11            VS                           )
                                           )
12   **CARLOS MIGUEL FERNANDEZ,**          **)**
     **EDWARD YASUSHIRO ARAO,**            )
13                                         )
                                           )
14            Defendants.                  )
     _____    )

15

16

17            Reporter's Transcript of Proceedings
                   **JURY TRIAL - DAY THREE**
                     Los Angeles, California
18             **THURSDAY, NOVEMBER 14, 2019**

19

20

21

22

23            Anne Kielwasser, CRR, RPR, CSR
              Federal Official Court Reporter
24            350 WEST 1ST Street, Room 4455
              Los Angeles, California 90012
25             Telephone: (213) 894-2969
               anne.kielwasser@gmail.com

UNITED STATES DISTRICT COURT

```
 1                    A P P E A R A N C E S

 2

 3    ON BEHALF OF THE PLAINTIFF:

 4    Katherine A Rykken
      Veronica Dragalin
 5    AUSA - Office of US Attorney
      General Crimes Section
 6    312 North Spring Street Suite 1200
      Los Angeles, CA 90012
 7    213-894-3659
      Fax: 213-894-0141
 8    Email: Katherine.rykken@usdoj.gov
      Email: Veronica.dragalin@usdoj.gov
 9
      Also Present:  Agent Tolliver Hart
10                   Agent David Hamilton

11
      ON BEHALF OF THE DEFENDANT EDWARD Y. ARAO:
12

13    Edward M Robinson
      Rachel Robinson
14    Edward M. Robinson A Professional Law Corporation
      21515 Hawthorne Boulevard Suite 730
15    Torrance, CA 90503
      310-316-9333
16    Fax: 310-316-6442
      Email: Eroblaw@gmail.com
17
      Lisa Victoria Houle
18    Houle Law APC
      1230 Rosecrans, Suite 300
19    Manhattan Beach, CA 90266
      424-332-9079
20    Lisa@houle-law.com

21
      ON BEHALF OF THE DEFENDANT CARLOS M. FERNANDEZ:
22

23    Ambrosio Eduardo Rodriguez
      Michael J Hanagan
24    The Rodriguez Law Group
      626 Wilshire Boulevard Suite 460
25    Los Angeles, CA 90017
      213-995-6767
      Email: Aer@aerlawgroup.com
```



UNITED STATES DISTRICT COURT

1

## INDEX

2

**WITNESS:**                                                        **PAGE:**

3

WITNESS, **TOLLIVER HART,** PREVIOUSLY SWORN          14
DIRECT EXAMINATION (RESUMED) BY MS. RYKKEN           14
CROSS-EXAMINATION BY MR. ROBINSON                   105
CROSS-EXAMINATION BY MR. RODRIGUEZ                  149
REDIRECT EXAMINATION. BY MS. RYKKEN                 176
RECROSS EXAMINATION BY MR. ROBINSON                 183
WITNESS, **ADALBERTO PELAYO,** SWORN                187
DIRECT EXAMINATION BY MS. RYKKEN                    187
CROSS-EXAMINATION BY MR. RODRIGUEZ                  213

4

5

6

7

8

* * * * *

9

## EXHIBITS

10

Exhibit No. 76 through 86, 87A, 87(b), 89A, 89B     25
and 90 received in evidence
Exhibit Nos. 80A and 80B received into             31
evidence
Exhibit Nos. 85A and 85B received in evidence      36

Exhibit Nos. 102and 102B received into             86
evidence
Exhibit No. 34 received into evidence              89

11

12

13

14

15

* * * * * *

16

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| 1 | THURSDAY, NOVEMBER 14, 2019                    8:30 A.M. |
| 2 | ~ ~ ~ |
| 3 | JURY TRIAL - DAY THREE |
| 08:38:49  4 | ~ ~ ~ |
| 08:38:50  5 | **THE COURT:**  Okay, we're back on the record.  We |
| 08:38:52  6 | have counsel.  The jury is not here. |
| 08:38:54  7 | Juror No. 10, Ms. Tope, has called in |
| 08:38:57  8 | yesterday after we took our evening adjournment and left the |
| 08:39:03  9 | message that she was feeling extremely ill.  She called in |
| 08:39:07 10 | again today indicating that she's very ill and cannot be here |
| 08:39:11 11 | today.  I think the clerk has shared this with counsel, and |
| 08:39:14 12 | so I need your input. |
| 08:39:19 13 | **MS. DRAGALIN:**  I think, Your Honor, it sounds like |
| 08:39:22 14 | our options would be either not to go forward today and wait |
| 08:39:26 15 | for this juror to get better and start again on Monday or |
| 08:39:28 16 | excuse this juror for good cause and proceed. |
| 08:39:30 17 | We've talked about it, and I think the |
| 08:39:33 18 | parties are willing to defer to the Court's judgment on that, |
| 08:39:38 19 | in terms of whether we could -- |
| 08:39:40 20 | **THE COURT:**  Well, if the decision is the Court's, |
| 08:39:43 21 | then I would excuse her, and we would put into her position |
| 08:39:50 22 | next -- next in order -- |
| 08:39:54 23 | Before we do that, you know, Mr. Prucha had |
| 08:39:59 24 | been excused already, yesterday.  So, next in order would be |
| 08:40:02 25 | David Hartmann.  Stipulate? |

6

08:40:10   1          MR. RODRIGUEZ:  Yes, Your Honor.

08:40:11   2          MR. ROBINSON:  We do, Your Honor, but just so the

08:40:14   3   record is clear, my understanding from Mr. Cruz and from the

08:40:19   4   Court has said is that this juror has told the Court she got

08:40:22   5   ill last night and that she's so ill today that she cannot be

08:40:25   6   here because she has the flu.  Is that correct?

08:40:29   7          THE COURT:  Yeah, I'm not sure what condition she

08:40:31   8   has, other than that she is -- she believes she cannot be

08:40:35   9   here today.

08:40:38  10          MS. DRAGALIN:  And, Your Honor, I think we would

08:40:40  11   request, given that we're now down to just one alternate,

08:40:45  12   we'd request that the Court just sort of admonish the jury

08:40:49  13   and remind them how important it is to be here every day just

08:40:53  14   so that we're not sending the message you know that jurors

08:40:57  15   can be excused.  We excused one yesterday, we're excusing one

08:41:01  16   today.  We don't want to find ourselves --

08:41:02  17          THE COURT:  No, I think from the information I

08:41:04  18   have from Mr. Cruz is that what jurors -- Ms. Tope is

08:41:10  19   genuinely ill.

08:41:11  20          MS. DRAGALIN:  No, I understand that.  We have no

08:41:13  21   reason to believe that she's not.  We just want to remind the

08:41:17  22   jury it is important to be here, so that we send the message

08:41:21  23   that they cannot just be excused going forward.

08:41:24  24          THE COURT:  The only issue that has caused me to

08:41:26  25   have any concern is the issue with Mr. Prucha, but Mr. Veals

UNITED STATES DISTRICT COURT

08:41:35  1    was delayed for a number of reasons including traffic and the

08:41:39  2    fact that he got lost.  I think he's done his best to -- to

08:41:45  3    be here when called, and he was here today.

08:41:51  4              Through the clerk's office we offered him a

08:41:57  5    parking spot in the building because of his physical issues,

08:42:00  6    and we offered the opportunity for him to be kept at a hotel

08:42:03  7    or stay at a hotel, and he's declined both, because he

08:42:07  8    doesn't want to burden the court.  That was just his

08:42:10  9    response.  So, I think Mr. Veals is a very solid person.

08:42:14  10             And then Ms. Tope today is ill.

08:42:18  11        **MS. DRAGALIN:**  Yeah, we have no reason to question

08:42:20  12   that, Your Honor.  Thank you.

08:42:22  13        **THE COURT:**  So, if the question is whether I

08:42:24  14   believe she's seriously ill, I think she's ill to the point

08:42:30  15   where she can't be in court today.

08:42:32  16        **MR. ROBINSON:**  Which would constitute a good cause

08:42:35  17   necessary to excuse her.

08:42:37  18        **THE COURT:**  Yes.

08:42:37  19        **MR. ROBINSON:**  We would defer to the Court, thank

08:42:39  20   you.

08:42:39  21        **THE COURT:**  Okay, we'll bring the jury in.

08:42:42  22        **MR. ROBINSON:**  Something we brought up with Mr.

08:42:45  23   Cruz.  It will take one minute to address.

08:42:47  24        **THE COURT:**  Sure.

08:42:47  25        **MR. ROBINSON:**  We've discussed this issue with the

08:42:49  1    government, and we are in agreement.  Two things:  Yesterday,

08:42:52  2    Exhibit 185, which is the letter that was issued by ATF to

08:42:57  3    the local police departments is -- that's in evidence.

08:43:03  4                    Agent Hart testified that in his interview of

08:43:06  5    Mr. Fernandez, which is not a coconspirator statement, Agent

08:43:11  6    Hart showed the letter to Mr. Fernandez, and Mr. Fernandez

08:43:15  7    acknowledged having seen the letter.

08:43:17  8                    That acknowledgement by Mr. Fernandez is a

08:43:20  9    statement that should not be admissible against Mr. Arao, the

08:43:25  10   parties agree.  We're asking the Court to instruct the jury

08:43:29  11   they may consider that statement only against Mr. Fernandez.

08:43:33  12   And maybe --

08:43:35  13         THE COURT:  Yes, but the requirement is to place

08:43:37  14   it in writing so that I have a clear statement of the

08:43:44  15   directive you want me to give to the jury.

08:43:46  16         MR. ROBINSON:  We will do that, Your Honor.

08:43:48  17         MS. RYKKEN:  Before we get there, I just want to

08:43:50  18   clean up the record.  Agent Hart didn't testify that he

08:43:56  19   showed him the letter itself, only that they talked about the

08:44:00  20   letter.

08:44:00  21         THE COURT:  Yes, and I think Officer Fernandez

08:44:04  22   indicated that he recalls hearing about the letter.  I'm not

08:44:06  23   sure he actually read the letter.

08:44:08  24         MR. ROBINSON:  So, I'll stand corrected on my

08:44:10  25   recollection of what the record is.

08:44:12  1          Secondly, the prosecution is going to

08:44:15  2   introduce the tapes that were the subject of the in limine

08:44:19  3   motion.  Those are the post conspiracy statements by both

08:44:23  4   defendants, and my understanding is the prosecution is going

08:44:26  5   to ask the jury to be instructed at that point in time that

08:44:28  6   they may consider those statements as against this

08:44:31  7   declarant -- the defendant, and not the other.

08:44:33  8          And so that probably takes care of the issue

08:44:36  9   that we have, but we'll draft something for the Court with

08:44:40  10  respect to Exhibit 185.

08:44:43  11         Finally, Your Honor, we've spoken about ways

08:44:47  12  in which we can accelerate the presentation of this case, and

08:44:50  13  I think we've come to an agreement with respect to the

08:44:55  14  introduction of exhibits that have already been ruled on with

08:44:58  15  respect to admissibility and also have a foundation laid.  So

08:45:00  16  we can speed this up.

08:45:02  17         And I just want to make it clear that when

08:45:05  18  the Court asked if there is any objection and I stand mute on

08:45:09  19  behalf of Mr. Arao that there will be no construction by a

08:45:12  20  later court that I had waived the constitutional issues that

08:45:16  21  were raised in the substantive motions, and the issues that

08:45:19  22  were raised in the in limine motions that this Court has

08:45:23  23  ruled on.

08:45:24  24         THE COURT:  Okay.

08:45:24  25         Yes.

08:45:25  1          **MR. RODRIGUEZ:**  Thank you, Your Honor.  I would

08:45:28  2    joint in that as to Mr. Fernandez.

08:45:30  3               And then the --

08:45:32  4               There are exhibits that I filed in opposition

08:45:36  5    to.  They are all very similar, that is, both -- the two

08:45:41  6    issues are both objections and the context of those text

08:45:46  7    messages between Mr. Oscar Camacho Jr. and one of the

08:45:52  8    unindicted coconspirators.

08:45:55  9               It's my understanding that the government

08:45:56  10   will try to get into that later on today, and I'm --

08:46:03  11              My question is, does court want me to object

08:46:07  12   as they try to introduce those items and hear them one by

08:46:11  13   one?

08:46:12  14         **THE COURT:**  Yes.  So, as I understand it, the --

08:46:15  15   you objected to, I think, the exhibits at issue that you're

08:46:18  16   referring to, are 144, 147 and 155, 159 and 164.  Yes?

08:46:26  17         **MR. RODRIGUEZ:**  Yes.  And I believe 197 --

08:46:29  18         **THE COURT:**  And 197A through 201A.

08:46:33  19         **MR. RODRIGUEZ:**  Yes.

08:46:34  20         **THE COURT:**  Yes.  Yes, you should object at that

08:46:37  21   time.

08:46:37  22         **MR. RODRIGUEZ:**  Okay.  One by one.

08:46:38  23         **THE COURT:**  Well, let's --

08:46:40  24              When the government offers the first exhibit,

08:46:44  25   and you've entered your objections, and if the -- if -- if I

| | | |
|---|---|---|
| 08:46:48 | 1 | have determined -- if I make the determination that the |
| 08:46:50 | 2 | foundation has been laid for the government to offer them as |
| 08:46:52 | 3 | coconspirator statements or other exceptions to hearsay rule |
| 08:46:55 | 4 | apply, then we may be able to avoid you having to enter |
| 08:47:00 | 5 | objections to all of them.  Okay? |
| 08:47:02 | 6 | So we'll decide at that time -- I'll decide |
| 08:47:06 | 7 | at that time. |
| 08:47:06 | 8 | **MR. RODRIGUEZ:**  Yes, Your Honor.  Thank you. |
| 08:47:19 | 9 | (Discussion off the record.) |
| 08:47:19 | 10 | **THE COURT:**  And when it's -- when we're in court |
| 08:47:22 | 11 | here, it's "Mr. Cruz," please. |
| 08:47:25 | 12 | **MS. DRAGALIN:**  I apologize. |
| 08:47:42 | 13 | **THE COURT:**  And I think it probably -- |
| 08:47:44 | 14 | Let's see.  I think it will probably be |
| 08:47:55 | 15 | helpful for me to reread the jury instructions that I read |
| 08:47:59 | 16 | yesterday before we start again with the special agent's |
| 08:48:01 | 17 | testimony this morning. |
| 08:48:02 | 18 | **MS. DRAGALIN:**  Your Honor, the joint proposed |
| 08:48:04 | 19 | instructions that the parties proposed, Proposed Instruction |
| 08:48:07 | 20 | No. 17 is the model instruction on evidence for a limited |
| 08:48:11 | 21 | purpose.  So, that's the language that we would ask the Court |
| 08:48:13 | 22 | to read in terms of the statements of the defendants and |
| 08:48:19 | 23 | interviews.  It's -- if -- |
| 08:48:24 | 24 | **MS. RYKKEN:**  And we have no objection to rereading |
| 08:48:27 | 25 | the limiting instruction from yesterday. |

| | | |
|---|---|---|
| 08:48:39 | 1 | **THE COURT:**  Okay, I think we're ready to proceed. |
| 08:48:41 | 2 | Anything further? |
| 08:48:41 | 3 | **MR. ROBINSON:**  No, thank you, Your Honor. |
| 08:48:44 | 4 | COURT CLERK:  All rise for the jury, please. |
| 08:49:17 | 5 | (Following proceedings were held in the presence |
| 08:49:17 | 6 | of the jury.) |
| 08:49:18 | 7 | **THE COURT:**  Okay, we have the jury assembled with |
| 08:49:21 | 8 | the alternates.  I think everybody is here.  We have the |
| 08:49:23 | 9 | defendants with counsel. |
| 08:49:24 | 10 | Just a couple of housekeeping matters. |
| 08:49:26 | 11 | Yesterday Mr. Prucha was excused.  He was one of the |
| 08:49:31 | 12 | alternates.  We have Jr. No. 10 who is -- has been excused. |
| 08:49:36 | 13 | She's ill and is not able to attend today's proceeding.  So, |
| 08:49:41 | 14 | Mr. Hartmann is next in order.  Mr. Hartmann would take seat |
| 08:49:47 | 15 | No. 10. |
| 08:49:49 | 16 | May I have you take seat No. 10, please. |
| 08:49:54 | 17 | So, Mr. Hartmann, you're now a regular |
| 08:49:58 | 18 | sitting juror. |
| 08:50:01 | 19 | And with that, the government may proceed. |
| 08:50:04 | 20 | So, let me have the clerk -- |
| 08:50:08 | 21 | COURT CLERK:  Sir, once again, you're reminded you |
| 08:50:11 | 22 | are still under oath. |
| 08:50:12 | 23 | For the record, would you please restate your |
| 08:50:14 | 24 | name and spell your last name. |
| 08:50:17 | 25 | **THE WITNESS:**  Tolliver Hart, H-A-R-T. |

| | | |
|---|---|---|
| 08:50:21 | 1 | COURT CLERK:  Thank you, sir. |
| 08:50:22 | 2 | **THE COURT:**  Before we start, I just want to remind |
| 08:50:24 | 3 | the jury of an instruction I gave yesterday.  The testimony |
| 08:50:27 | 4 | that's been offered by Special Agent Hart at this time is |
| 08:50:31 | 5 | received for a limited purpose, and it's received only in |
| 08:50:35 | 6 | reference to one of the defendants, and that is defendant Mr. |
| 08:50:39 | 7 | Fernandez. |
| 08:50:40 | 8 | Yesterday I read an instruction to you |
| 08:50:42 | 9 | regarding how the jury is to treat the testimony of a Special |
| 08:50:48 | 10 | Agent Hart, and I'll reread that instruction. |
| 08:50:50 | 11 | Again, you will hear the testimony of Special |
| 08:50:57 | 12 | Agent Hart.  The evidence is received or admitted only for a |
| 08:51:00 | 13 | limited purpose. |
| 08:51:02 | 14 | Again, defendant Fernandez is charged with |
| 08:51:06 | 15 | making a false statement in the federal firearms license |
| 08:51:10 | 16 | record and disposing of a firearm to a prohibited person. |
| 08:51:13 | 17 | You will hear evidence regarding his and others' concerning |
| 08:51:17 | 18 | these allegations. |
| 08:51:18 | 19 | The defendant in this case, defendant Arao is |
| 08:51:20 | 20 | not charged in these two crimes.  He's only charged with a |
| 08:51:25 | 21 | conspiracy to deal with -- deal in and the unlawful dealing |
| 08:51:30 | 22 | in firearms without a license. |
| 08:51:32 | 23 | To the extent you hear any evidence regarding |
| 08:51:35 | 24 | defendant Arao during this witnesses' testimony, you're only |
| 08:51:39 | 25 | to consider it for the limited purpose of the two crimes |

08:51:41  1    charged against defendant Arao and not for any other purpose.

08:51:45  2                    And with that, we will proceed.

08:51:49  3            **MS. RYKKEN:**  Thank you, Your Honor.  To expedite

08:51:52  4    the admission of the exhibits, the parties have also agreed

08:51:55  5    to the following exhibits that will be admitted.  That is

08:51:58  6    Exhibit 44, 45B, 47B, 48B, 49B, 50B, 51B, 52B and Exhibit 63

08:52:13  7    through 73 all of which are Instagram records.

08:52:17  8            **THE COURT:**  So stipulated?  Agreed?

08:52:20  9            **MR. RODRIGUEZ:**  Yes, Your Honor, on behalf of

08:52:22  10   Officer Fernandez.

08:52:23  11           **MR. ROBINSON:**  On behalf of Officer Arao, yes,

08:52:26  12   consistent with that understanding.

08:52:28  13           **THE COURT:**  Thank you, go ahead.

08:52:29  14           **MS. RYKKEN:**  Thank you, Your Honor.

08:52:29  15           <u>WITNESS, **TOLLIVER HART,** PREVIOUSLY SWORN</u>

08:52:29  16                   DIRECT EXAMINATION (RESUMED)

08:52:29  17   BY MS. RYKKEN:

08:52:30  18   Q.    All right.  So, we are going to go back to some

08:52:33  19   Instagram direct messages.  I'm going to show you what's been

08:52:38  20   admitted as Exhibit 63, page 1.  Do you see this?

08:52:43  21   A.    Yes.

08:52:43  22   Q.    Can you tell the jury what this is?

08:52:45  23   A.    This is a page from the Instagram business records

08:52:48  24   that I received.

08:52:50  25   Q.    And does it show a direct message?

| | | |
|---|---|---|
| 08:53:02 | 1 | A.      I believe so. |
| 08:53:03 | 2 | Q.      And is this in reverse chronological order so that the |
| 08:53:07 | 3 | last page is actually the earliest conversation? |
| 08:53:10 | 4 | A.      Yes. |
| 08:53:10 | 5 | Q.      Turn to page 3 of this exhibit.  What is the date on |
| 08:53:16 | 6 | this post? |
| 08:53:19 | 7 | A.      Can you go to the -- |
| 08:53:24 | 8 | Q.      Can you explain how this works?  And what's the top |
| 08:53:26 | 9 | post so that the jury understands what you're doing? |
| 08:53:29 | 10 | A.      So, for Instagram records, how we receive them, they |
| 08:53:34 | 11 | separate them by ID first.  So, the ID is the -- at the top |
| 08:53:40 | 12 | of the post, and then it will have the time, and then it says |
| 08:53:46 | 13 | URI, item type, and then thread ID.  So basically I know at |
| 08:53:54 | 14 | the top it's the ID. |
| 08:53:56 | 15 | Q.      So, what's the date then on top of this post? |
| 08:54:00 | 16 | A.      July 29, 2019. |
| 08:54:02 | 17 | Q.      And then on the page 3 of this exhibit, what is this? |
| 08:54:05 | 18 | A.      It's a picture of Colt pistol. |
| 08:54:09 | 19 | Q.      And let's go back to page 2.  And can read the |
| 08:54:11 | 20 | conversation starting from the bottom up? |
| 08:54:14 | 21 | A.      "I'm thinking about something like this piece." |
| 08:54:17 | 22 | Q.      And who's the author?  That's not 38 Superman, that's |
| 08:54:22 | 23 | another user? |
| 08:54:23 | 24 | A.      Correct. |
| 08:54:23 | 25 | Q.      And go ahead and read the next two messages. |

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 08:54:26 | 1 | A.    "I was thinking something like this pics piece." |
| 08:54:32 | 2 | Q.    And then can you just zoom in on top three messages? |
| 08:54:36 | 3 | We won't do this with everyone, but I just want to understand |
| 08:54:40 | 4 | how you're saying who's the author.  So, this particular |
| 08:54:44 | 5 | post, the ID starts at -- |
| 08:54:44 | 6 |                Can you go through the text and the author? |
| 08:54:50 | 7 | A.    "I can POS get you something like that for about 3000 |
| 08:54:56 | 8 | to 3200." |
| 08:54:58 | 9 |                The author of that message was 38 Superman. |
| 08:55:01 | 10 | Q.    And then the next one up? |
| 08:55:03 | 11 | A.    "Like that one." |
| 08:55:04 | 12 | Q.    And the author again is? |
| 08:55:06 | 13 | A.    The38superman. |
| 08:55:08 | 14 | Q.    And what is the response from the other user, mark.21? |
| 08:55:17 | 15 | A.    "Okay, thank you.  Do you guys have a shop in |
| 08:55:18 | 16 | California?  " |
| 08:55:18 | 17 | Q.    And California is CA -- |
| 08:55:18 | 18 | A.    Yes. |
| 08:55:20 | 19 | Q.    -- do understand that to be California? |
| 08:55:22 | 20 | A.    Yes. |
| 08:55:22 | 21 | Q.    And then page 1.  And then the response from |
| 08:55:26 | 22 | the38superman? |
| 08:55:27 | 23 | A.    "We work out of Gardena, California from a friend's |
| 08:55:32 | 24 | auto shop." |
| 08:55:32 | 25 | Q.    I'm going to show you from Exhibit 64, which is four |

| | | |
|---|---|---|
| 08:55:38 | 1 | pages.  Let's start on page 4. |
| 08:55:44 | 2 | Can you read the first message from |
| 08:55:48 | 3 | Adrian93suelo? |
| 08:55:50 | 4 | A.    "Can I get a pic of what the 2000 and 3200 one looks |
| 08:55:58 | 5 | like?" |
| 08:55:58 | 6 | Q.    And what does the image show? |
| 08:56:00 | 7 | A.    It's a Colt pistol on the table. |
| 08:56:02 | 8 | Q.    And page 3, the text from the38superman? |
| 08:56:06 | 9 | A.    2000. |
| 08:56:07 | 10 | Q.    And then the text from Adrien93suelo? |
| 08:56:12 | 11 | A.    "How do you work?  All cash upfront, or can I do |
| 08:56:17 | 12 | payments then pick up after?" |
| 08:56:20 | 13 | Q.    Then page 2.  The next text from Adrien93? |
| 08:56:24 | 14 | A.    "Or how is it with you?" |
| 08:56:26 | 15 | Q.    And then what's the image? |
| 08:56:28 | 16 | A.    It's another image of a Colt pistol. |
| 08:56:32 | 17 | Q.    And then page 1, can you tell from this who sent the |
| 08:56:35 | 18 | picture? |
| 08:56:37 | 19 | A.    The38superman. |
| 08:56:38 | 20 | Q.    And then go ahead and read the next three. |
| 08:56:42 | 21 | A.    "All cash, bro.  These are PPT sales." |
| 08:56:51 | 22 | Q.    And that's from the38superman? |
| 08:56:53 | 23 | A.    Yes. |
| 08:56:53 | 24 | Q.    And then the next? |
| 08:56:54 | 25 | A.    "All right, cool.  What's the lowest you'll go on that |

| | | |
|---|---|---|
| 08:56:59 | 1 | first one?  I like that one better." |
| 08:57:01 | 2 | Q.     And then the38superman responds? |
| 08:57:05 | 3 | A.     "Yes, sir.  That's the lowest.  That's a Colt 45MKIV |
| 08:57:13 | 4 | series 70." |
| 08:57:14 | 5 | Q.     And the Colt 45 is the reference to one of the guns |
| 08:57:18 | 6 | that we saw? |
| 08:57:19 | 7 | A.     Yes. |
| 08:57:19 | 8 | Q.     And then PPT, that's a reference to private party |
| 08:57:24 | 9 | sale? |
| 08:57:24 | 10 | A.     Private party transfer. |
| 08:57:26 | 11 | Q.     Private party transfer.  Thank you. |
| 08:57:28 | 12 |             And then I'm going to show you Exhibit 65, |
| 08:57:32 | 13 | page 2.  The bottom message from the38superman reads? |
| 08:57:36 | 14 | A.     "Do you have WhatsApp? |
| 08:57:38 | 15 | Q.     What is WhatsApp? |
| 08:57:40 | 16 | A.     It's a messaging application used on cell phones.  You |
| 08:57:48 | 17 | can send texts, text messages, and you can also make phone |
| 08:57:51 | 18 | calls. |
| 08:57:51 | 19 | Q.     And you testified about that yesterday that it's an |
| 08:57:54 | 20 | encrypted application? |
| 08:57:55 | 21 | A.     Yes. |
| 08:57:56 | 22 | Q.     And then RobChevy@4545SS responds? |
| 08:58:01 | 23 | A.     "No, I have Samsung." |
| 08:58:03 | 24 | Q.     What does the38superman say? |
| 08:58:07 | 25 | A.     "Got to your App store and download WhatsApp.  This is |

| | | |
|---|---|---|
| 08:58:12 | 1 | a text pic way of communicating a bunch of -- your contacts |
| 08:58:21 | 2 | have it.  Plus, it's encrypted." |
| 08:58:22 | 3 | Q.     And page 1, please. |
| 08:58:24 | 4 | And then a text from the38superman? |
| 08:58:27 | 5 | A.     "LOL." |
| 08:58:28 | 6 | Q.     And what does the image show? |
| 08:58:30 | 7 | A.     A screen shot of a cell phone, some apps on someone's |
| 08:58:37 | 8 | cell phone. |
| 08:58:37 | 9 | Q.     Does that include the WhatsApp's icon? |
| 08:58:41 | 10 | A.     Yes. |
| 08:58:42 | 11 | Q.     And where is that?  Is that in top row, second in from |
| 08:58:49 | 12 | the left? |
| 08:58:49 | 13 | A.     Yes, it is. |
| 08:58:49 | 14 | Q.     I'm going to show you Exhibit 66, which is one page. |
| 08:58:53 | 15 | Can you start at the bottom and read the text from another |
| 08:58:55 | 16 | user, Hidalgo1030. |
| 08:58:58 | 17 | A.     "Hey bro, thinking about letting go of a clean pre70 |
| 08:59:04 | 18 | 38 super, and the 45 commemorative we talked about earlier." |
| 08:59:10 | 19 | Q.     Okay, and then the next two together? |
| 08:59:13 | 20 | A.     "You enter -- interested." |
| 08:59:16 | 21 | Q.     And then he also writes? |
| 08:59:18 | 22 | A.     "The super is a 1968." |
| 08:59:21 | 23 | Q.     And the38superman asks? |
| 08:59:23 | 24 | A.     "Are you in Cali?" |
| 08:59:26 | 25 | Q.     And then the next one after that? |

| | | |
|---|---|---|
| 08:59:29 | 1 | A.      "I clear my conversations." |
| 08:59:31 | 2 | Q.      And then one above that? |
| 08:59:33 | 3 | A.      "Yes, sir.  In Victorville." |
| 08:59:38 | 4 | Q.      I'm going to show you Exhibit 69, and can I have page |
| 08:59:47 | 5 | 2.  What does the image on page 2 show? |
| 08:59:50 | 6 | A.      It's a Colt pistol. |
| 08:59:52 | 7 | Q.      And is this a second conversation with Hidalgo1030? |
| 08:59:59 | 8 | A.      Yes. |
| 08:59:59 | 9 | Q.      Page 1.  Okay, what is the -- |
| 09:00:04 | 10 |            Let's go to the top of the page so you can |
| 09:00:06 | 11 | see the author.  The author is the38superman? |
| 09:00:09 | 12 | A.      Yes. |
| 09:00:09 | 13 | Q.      And then page 1, what is the text? |
| 09:00:12 | 14 | A.      "I just got this one for 200." |
| 09:00:14 | 15 | Q.      And then what does Hidalgo1030 respond? |
| 09:00:18 | 16 | A.      "That's clean?  200?  That's almost free." |
| 09:00:22 | 17 | Q.      And the38superman? |
| 09:00:24 | 18 | A.      "Has some light scratches that can be removed." |
| 09:00:27 | 19 | Q.      And then the next thing from the38superman? |
| 09:00:30 | 20 | A.      "LOL.  2000." |
| 09:00:32 | 21 | Q.      Hidalgo1030 says? |
| 09:00:36 | 22 | A.      "Oh, okay, still that's great price for the box and |
| 09:00:40 | 23 | all." |
| 09:00:40 | 24 | Q.      And what does defendant Fernandez say in response? |
| 09:00:44 | 25 | A.      "Yeah, bro, I can get them into Cali so I get them |

09:00:49   1   cheap."

09:00:50   2   Q.     I'm going to show you Exhibit 67, just two pages.

09:00:58   3   Here is the second page.

09:01:01   4            Can you read the first text from a different

09:01:03   5   user, KMP_760?

09:01:08   6   A.     "Hey, bro, I wanted to know what Colts you have

09:01:11   7   available."

09:01:11   8   Q.     And what does Fernandez say in response?

09:01:14   9   A.     "I have several.  About 12."

09:01:16   10   Q.     And page 1.  Is this an image of a gun on page 1?

09:01:20   11   A.     It's a Colt pistol.

09:01:24   12   Q.     I'm going to show you Exhibit 71.  And then this is

09:01:33   13   also with user KMC760?

09:01:36   14   A.     Yes.

09:01:36   15   Q.     Okay, and what does defendant Fernandez say to him?

09:01:40   16   A.     "Colt 38 super, MKIV, enhanced model 80, originally

09:01:49   17   going for 2300 but only for this weekend I'm dropping it down

09:01:53   18   for 2K."

09:01:55   19   Q.     And then the image is one of the Colt?

09:01:59   20   A.     Yes.

09:01:59   21   Q.     I'm going to show you Exhibit 68, which is one page.

09:02:05   22            What is the first message from the38superman

09:02:09   23   at the bottom?

09:02:10   24   A.     "I really want a nickel one."

09:02:15   25   Q.     And then the next one from defendant Fernandez?

| | | |
|---|---|---|
| 09:02:16 | 1 | A.    "New in box." |
| 09:02:18 | 2 | Q.    And then the user tow.nee.rc.ga says to defendant |
| 09:02:27 | 3 | Fernandez? |
| 09:02:27 | 4 | A.    "I saw one on gun broker, but it's going to be a bitch |
| 09:02:32 | 5 | to bring into Cali." |
| 09:02:34 | 6 | Q.    And the defendant Fernandez's response? |
| 09:02:36 | 7 | A.    "Yeah, they can't come into the state.  They are |
| 09:02:41 | 8 | off-roster guns." |
| 09:02:42 | 9 | Q.    And again he says? |
| 09:02:43 | 10 | A.    "So the ones that are already here get pricey." |
| 09:02:48 | 11 | Q.    I'm going to Exhibit 70, which is one page.  Can you |
| 09:02:53 | 12 | read the text from the38superman? |
| 09:02:56 | 13 | A.    "Look at the IG page and send me pics of the ones you |
| 09:03:02 | 14 | like, and I can give you prices." |
| 09:03:04 | 15 | Q.    What do you understand "IG page" to mean? |
| 09:03:07 | 16 | A.    Instagram page. |
| 09:03:09 | 17 | Q.    And what does the image show? |
| 09:03:19 | 18 | A.    Looks to be eight pistols on a shelf, and next to an |
| 09:03:27 | 19 | elf on the shelf. |
| 09:03:28 | 20 | Q.    I'm going to show you Exhibit 72, page 5. |
| 09:03:38 | 21 |            There is a picture, this is a picture of what |
| 09:03:40 | 22 | appears to be two guns? |
| 09:03:42 | 23 | A.    Yes. |
| 09:03:42 | 24 | Q.    Can you read what the other user okcruz31 says? |
| 09:03:48 | 25 | A.    "You have PIC." |

| | | |
|---|---|---|
| 09:03:50 | 1 | Q.    And then can you go to page 6. |
| 09:03:55 | 2 | Should have done this first, but what does |
| 09:03:58 | 3 | the38superman say? |
| 09:04:01 | 4 | A.    "I have maybe three left.  Price range 2200, 2400 and |
| 09:04:09 | 5 | 3300." |
| 09:04:12 | 6 | Q.    Okay, and back to page 4, and this is picture of |
| 09:04:15 | 7 | another firearm? |
| 09:04:16 | 8 | A.    Yes. |
| 09:04:16 | 9 | Q.    Okay, and page 3.  Another firearm? |
| 09:04:21 | 10 | A.    Yes. |
| 09:04:21 | 11 | Q.    Page 2? |
| 09:04:23 | 12 | A.    Yes. |
| 09:04:23 | 13 | Q.    Another firearm?  And finally page 1 is another |
| 09:04:28 | 14 | firearm. |
| 09:04:29 | 15 | A.    Yes. |
| 09:04:31 | 16 | Q.    I'm going to show you Exhibit 73.  Which is one page. |
| 09:04:42 | 17 | What does the38superman say? |
| 09:04:45 | 18 | A.    I am out of 380.  The next one I got coming is a |
| 09:04:49 | 19 | Browning BDA.  New in on box." |
| 09:04:52 | 20 | Q.    And what is this picture? |
| 09:04:53 | 21 | A.    Of a Browning pistol. |
| 09:04:57 | 22 | Q.    All right, you testified earlier that the Instagram |
| 09:05:00 | 23 | record you received was approximately 5- to 6,000 pagers? |
| 09:05:04 | 24 | A.    Yes. |
| 09:05:04 | 25 | Q.    Is it fair to say that the messages that you testified |

09:05:06   1   about this morning and yesterday are a sample of the

09:05:09   2   information you received?

09:05:12   3   A.     Yes.

09:05:12   4   Q.     You mentioned earlier that defendant Fernandez also

09:05:15   5   had an e-mail account that was called lafusca1911@hotmail; is

09:05:20   6   that right?

09:05:20   7   A.     Yes.

09:05:21   8   Q.     And did you obtain a search warrant for that?

09:05:23   9   A.     Yes.

09:05:23   10   Q.     And the content was from Microsoft?

09:05:27   11   A.     Yes.

09:05:27   12   Q.     What did you receive back?

09:05:29   13   A.     E-mails and some other subscriber related documents.

09:05:36   14   Q.     Approximately how many e-mail records did you receive

09:05:39   15   back that were relevant to this case?

09:05:41   16   A.     Maybe around 130.

09:05:49   17   Q.     Okay.  To expedite I'm also going to move to admit

09:05:56   18   several e-mail exhibits that would be Exhibit 76 through 86,

09:06:01   19   87A, 87(b), 89A, 89B and 90.

09:06:10   20            **THE COURT:**  Any objection?

09:06:12   21            **MR. ROBINSON:**  On behalf of Officer Arao, no, Your

09:06:15   22   Honor subject to our understanding.

09:06:17   23            **MR. RODRIGUEZ:**  On behalf of Officer Fernandez, no

09:06:21   24   subject to our understanding.

09:06:22   25            **THE COURT:**  Thank you.

09:06:23  1          (Exhibit No. 76 through 86, 87A, 87(b), 89A, 89B

09:06:07  2   and 90 received in evidence.)

09:06:24  3   BY MS. RYKKEN:

09:06:24  4   Q.    Okay, I'm going to show you Exhibit 76.  Now let's go

09:06:28  5   to --

09:06:29  6               And like you testified before, this is sort

09:06:32  7   of in reverse order, so page 4 is actually the first thing

09:06:36  8   you would see in time order; is that right?

09:06:38  9   A.    Yes.

09:06:38  10  Q.    Okay.  Let's go to page 4.  So, on page 4, what is

09:06:43  11  this?

09:06:44  12  A.    Two pictures of a Colt pistol.

09:06:50  13  Q.    And then on page 3.  And who is that sent from?

09:06:54  14  A.    Carlos M Fernandez.

09:06:58  15  Q.    And then page 3?  There's two more guns?

09:07:02  16  A.    Yes.

09:07:02  17  Q.    Page 2, two more guns?

09:07:06  18  A.    Yes.

09:07:06  19  Q.    Two more pictures of guns?

09:07:08  20  A.    Yes.

09:07:09  21  Q.    And then a final picture on page 1, which I'm going to

09:07:16  22  blow up.  It's quite small.  And the forwarded message with

09:07:20  23  the pictures of the guns, who is that from?

09:07:21  24  A.    Lafusca1911@hotmail.com.

09:07:28  25  Q.    And the date?

| | | |
|---|---|---|
| 09:07:29 | 1 | A.      June 6, 2016. |
| 09:07:31 | 2 | Q.      Okay.  And then let's go up to the very top e-mail. |
| 09:07:35 | 3 | Blow that up. |
| 09:07:39 | 4 |             I'm sorry, to whom was this e-mail sent? |
| 09:07:42 | 5 | A.      "Carlos Fernandez.  CFernandez@gardenaPD.org." |
| 09:07:51 | 6 | Q.      And do you understand Gardena PD to mean anything to |
| 09:07:55 | 7 | you? |
| 09:07:56 | 8 | A.      The Gardena police department. |
| 09:07:58 | 9 | Q.      Okay.  Can you read that.  All right, this one, who is |
| 09:08:09 | 10 | it from? |
| 09:08:09 | 11 | A.      Lafusca1911@hotmail.com. |
| 09:08:18 | 12 | Q.      And that's the second line from the top? |
| 09:08:21 | 13 | A.      Yes. |
| 09:08:21 | 14 | Q.      And top line which is "subject"? |
| 09:08:22 | 15 | A.      "Forward, gun, scanned, spam score, 10 percent." |
| 09:08:28 | 16 | Q.      Okay, and then the text of the e-mail, can you read |
| 09:08:30 | 17 | that? |
| 09:08:31 | 18 | A.      Yes. |
| 09:08:31 | 19 | Q.      Go ahead. |
| 09:08:35 | 20 | A.      "Hello, my name is Carlos.  I recent purchased a used |
| 09:08:40 | 21 | 1911 that is depicted below.  It has a several scratches.  I |
| 09:08:47 | 22 | was wondering" -- parentheses -- "(from what you can see |
| 09:08:50 | 23 | these pics, are these removable?  I'm a full-time police |
| 09:09:00 | 24 | officer in California and have no proble [sic] sending or |
| 09:09:07 | 25 | receiving the handgun. |

09:09:09    1    "You can reach me at CFernandez@gardenaPD.org

09:09:15    2    or lafusca1911@hotmail.com, or even better, I can be reached

09:09:23    3    directly at 310-946-7538.  Want to know how much it would be

09:09:31    4    to get a good polish job done on her.  Thx.  Hope to hear

09:09:38    5    from you soon."

09:09:38    6    Q.    That's fine.  The phone number that he leaves, is that

09:09:41    7    the correct phone number for Carlos Fernandez?

09:09:44    8    A.    No.

09:09:45    9    Q.    How do you know that?

09:09:46    10   A.    The last digits should be a 9.

09:09:50    11   Q.    And who is this sent from?

09:09:52    12   A.    Carlos M Fernandez.

09:09:55    13   Q.    Going to show you Exhibit 77, page 2.  Let's do the

09:10:03    14   bottom part of the message from Gun Broker.

09:10:12    15           Okay, so, do you know the number for that

09:10:16    16   comment?

09:10:17    17   A.    Yes.

09:10:17    18   Q.    What is it?

09:10:18    19   A.    It's a website where users can advertise firearms for

09:10:26    20   sale and buy firearms from other users, often private party

09:10:35    21   sales.

09:10:36    22   Q.    Do you see the text box that says:  "Begin message

09:10:40    23   from user" and then there is text below that.

09:10:43    24   A.    Yes.

09:10:44    25   Q.    Okay, can you read the text in there?

09:10:46  1   A.     "Hi, I'm a full-time police officer in the State of
09:10:52  2   California.  I have exempt status and an FFL holder willing
09:10:56  3   to receive the handgun for me.  My question to you is:  Will
09:11:02  4   you ship to California?"
09:11:04  5   Q.     Okay.  And then the phone number there is
09:11:08  6   310-217-9615?
09:11:11  7   A.     Yes.
09:11:11  8   Q.     Do you recognize that?
09:11:12  9   A.     Yes.
09:11:12  10  Q.     What is it?
09:11:13  11  A.     That at one point was defendant Fernandez's desk phone
09:11:21  12  number.
09:11:21  13  Q.     And his desk phone number at the Gardena police
09:11:26  14  department?
09:11:26  15  A.     Yes.
09:11:28  16  Q.     Okay.  Go to the top of this page.  We can zoom out.
09:11:34  17            And who is this e-mail from?  In the top
09:11:42  18  line, is it John G Russell?
09:11:45  19  A.     Oh, yes.  This one.  Yes.  I apologize.
09:11:54  20  Jgssemn@gmail.com.
09:11:55  21  Q.     Okay, can you read just the first two lines of this
09:11:58  22  e-mail after "high Carlos."
09:12:03  23  A.     "Yes, I have shipped to California.  However, the last
09:12:06  24  transaction came back to me as the S & W 617, did not have
09:12:15  25  the "A" required by California.

| | | |
|---|---|---|
| 09:12:19 | 1 | "I do not see the BDA on the roster." |
| 09:12:24 | 2 | Q.    Okay.  Can you go to page 1?  And then we'll read the |
| 09:12:33 | 3 | bottom e-mail from Carlos Hernandez. |
| 09:12:37 | 4 | Okay, can you read the text? |
| 09:12:38 | 5 | A.    "Yes, I've never had a prob when it comes to receiving |
| 09:12:43 | 6 | them on our end but have gotten turned down by the buyer" -- |
| 09:12:48 | 7 | parentheses -- "(as soon as I say I'm from CALI." |
| 09:12:55 | 8 | "LOL.  Due to our great gun laws.  I know my |
| 09:13:01 | 9 | exemption is go on off-roster guns, and I'm also exempt on |
| 09:13:07 | 10 | the HICAP, MAGS.  And as long as it's an FFL to FFL, it's |
| 09:13:18 | 11 | always been good." |
| 09:13:19 | 12 | Q.    And from whom was it sent? |
| 09:13:22 | 13 | A.    Lafusca -- I apologize.  Carlos M Fernandez. |
| 09:13:30 | 14 | Q.    And "LOL" again means? |
| 09:13:31 | 15 | A.    "Laugh out loud" or "laughing out loud." |
| 09:13:35 | 16 | Q.    Go ahead and zoom out.  Go ahead and highlight the |
| 09:13:41 | 17 | next e-mail. |
| 09:13:43 | 18 | And this one is again from John G. Russell JG |
| 09:13:49 | 19 | SS EMN? |
| 09:13:51 | 20 | A.    Yes. |
| 09:13:51 | 21 | Q.    Okay.  Can you just read the very last line?  It |
| 09:13:55 | 22 | starts with:  "I am okay." |
| 09:13:56 | 23 | A.    "I am okay with this for you but would like to talk to |
| 09:14:00 | 24 | your FFL.  So, can you supply name/phone number?" |
| 09:14:06 | 25 | Q.    Thank you.  And then zooming in on top e-mail, what |

| | | |
|---|---|---|
| 09:14:12 | 1 | does this say?  Can you just read that? |
| 09:14:13 | 2 | A.     "Okay.  Name, Eddie Arao, ed@roninTacticalgroup.com. |
| 09:14:22 | 3 | Let me know if he responds." |
| 09:14:24 | 4 | Q.     And that was sent from whom? |
| 09:14:26 | 5 | A.     Carlos M. Fernandez. |
| 09:14:28 | 6 | Q.     I'm going to show you Exhibit 78, page 3.  Or page 2. |
| 09:14:39 | 7 | Can you please zoom in on the top box? |
| 09:14:41 | 8 | And is this another message that was sent on |
| 09:14:45 | 9 | gunbroker.com? |
| 09:14:47 | 10 | A.     Yes. |
| 09:14:47 | 11 | Q.     Can you please read that? |
| 09:14:49 | 12 | A.     "What is the final price on this nice Colt 9 |
| 09:14:54 | 13 | millimeter?  I'm a full-time police officer in the State of |
| 09:14:58 | 14 | California and have exempt status when it comes to buying |
| 09:15:02 | 15 | pistols.  I also have access to an FFL that is willing to |
| 09:15:08 | 16 | receive the gun-pistol for me.  I can be reached at |
| 09:15:17 | 17 | 310-946-7539 or cfernandez@gardenaPD.org." |
| 09:15:25 | 18 | Q.     And can you highlight the top of the e-mail?  And then |
| 09:15:26 | 19 | go to page 1, please. |
| 09:15:33 | 20 | And can you just read the final response here |
| 09:15:36 | 21 | from Carlos Fernandez? |
| 09:15:39 | 22 | A.     "And just to touch up on this, sir, I want to buy this |
| 09:15:43 | 23 | gun, but I'm in Cali; however, I'm a full-time police officer |
| 09:15:51 | 24 | with exempt status and have an FFL ready to receive it for |
| 09:15:55 | 25 | me." |

UNITED STATES DISTRICT COURT

09:15:56  1    Q.    Thank you.  I'm going to show you Exhibit 79.  At the

09:16:05  2    very top of the second line down, who is this e-mail from?

09:16:08  3    A.    Lafusca1911@hotmail.com.

09:16:13  4    Q.    And the subject?

09:16:14  5    A.    Colt .38 Super.

09:16:16  6    Q.    We're going to zoom in on the e-mail.  And can you

09:16:19  7    read that?

09:16:21  8    A.    "Hi.  I read your descriptor and saw that you won't

09:16:26  9    sell to Cali," parentheses, "(I'm aware of the restrictions,

09:16:31  10   and I hate them too.  However, I'm a full-time police officer

09:16:37  11   in the State of California with exempt status.  I also have

09:16:42  12   an FFL holder that is willing to receive the handgun for me.

09:16:48  13   If I win the auction, would you be willing to ship?"  Emoji,

09:16:59  14   parentheses, "(I hope so.)  I can also be reached at

09:17:05  15   310-946-7539.  Hope to hear from you, sir."

09:17:09  16   Q.    And that's sent from defendant Fernandez?

09:17:13  17   A.    Yes.

09:17:13  18   Q.    We'd move to admit Exhibit 80A and 80B, and I

09:17:18  19   apologize the government moves to admit exhibits 80A and 80B.

09:17:25  20   None?

09:17:26  21          **MR. ROBINSON:**  None, Your Honor.  Thank you.

09:17:29  22          **MR. RODRIGUEZ:**  None.

09:17:30  23          **THE COURT:**  Received.

09:17:31  24          (Exhibit Nos. 80A and 80B received into evidence.)

09:17:31  25   BY MS. RYKKEN:

| | | |
|---|---|---|
| 09:17:32 | 1 | Q.    I'm going to show you Exhibit 80B, and this is an |
| 09:17:35 | 2 | e-mail from the lafusca1911 account? |
| 09:17:38 | 3 | A.    Yes. |
| 09:17:38 | 4 | Q.    Okay.  And it appears to be in Spanish below that; is |
| 09:17:38 | 5 | that right? |
| 09:17:43 | 6 | A.    Yes. |
| 09:17:43 | 7 | Q.    And I'm going to show you 80A which is a translation |
| 09:17:46 | 8 | of this e-mail.  And who is this e-mail between? |
| 09:17:49 | 9 | A.    Lafusca1911@hotmail.com and elchenio57@gmail.com. |
| 09:18:01 | 10 | Q.    Okay, can you read the first e-mail from El Chenio 57? |
| 09:18:07 | 11 | A.    "How much is the Champ pistol friend for the gold?" |
| 09:18:10 | 12 | Q.    Okay, and can you read the response from lafusca1911? |
| 09:18:14 | 13 | A.    "The Champ it is new in the box with all the papers |
| 09:18:17 | 14 | and gunlock.  6500.  The gold is 4800 used.  These are rare |
| 09:18:24 | 15 | collector, very hard to get, especially in California." |
| 09:18:28 | 16 | Q.    Okay, from whom was it sent? |
| 09:18:31 | 17 | A.    Carl M Fernandez. |
| 09:18:33 | 18 | Q.    I'm going to show you Exhibit 81.  And this is another |
| 09:18:38 | 19 | e-mail from the lafusca1911 e-mail account? |
| 09:18:42 | 20 | A.    Yes. |
| 09:18:42 | 21 | Q.    And what does the first e-mail say at the bottom? |
| 09:18:47 | 22 | A.    "How much for something like those?" |
| 09:18:49 | 23 | Q.    And then can you please zoom in on the content of the |
| 09:18:53 | 24 | first e-mail?  And can you read that into the record? |
| 09:18:57 | 25 | A.    "These are all off-roster Colts that can't be sold |

09:19:02   1   here in Cali.  This will be a PPT sale.  The one gray one you

09:19:07   2   circled is a Mustang .380 plus two within extra mag box and

09:19:20   3   all its paperwork.  Asking 1800.  The next Colt is Mustang

09:19:25   4   .380.  This one has its box but used with a bit of handling

09:19:29   5   marks.  1400.  I'm in Norwalk."

09:19:32   6   Q.     Next I'm going to show you Exhibit 82, page 4.  At the

09:19:40   7   bottom it says -- it's sent from Carlos Fernandez; is that

09:19:44   8   right?

09:19:44   9   A.     Yes.

09:19:44  10   Q.     And then, that's a picture of a handgun?

09:19:47  11   A.     Yes.

09:19:47  12   Q.     Page 3.  Is another image of a gun?

09:19:52  13   A.     Yes.

09:19:52  14   Q.     And the same on page 2?

09:19:54  15   A.     Yes.

09:19:54  16   Q.     On page 1.  Can you read at the top who the subject

09:20:02  17   please?

09:20:03  18   A.     "Colt MKIV commander."

09:20:06  19   Q.     And who is it from?

09:20:07  20   A.     Lafusca1911@hotmail.com.

09:20:11  21   Q.     And the text of the e-mail reads?

09:20:13  22   A.     "Remember, these are all off off-roster guns PPT

09:20:18  23   sales."

09:20:19  24   Q.     And PPT means private party transfer?

09:20:22  25   A.     Yes.

09:20:22   1   Q.      And I'm going to show you Exhibit 83, page 2.

09:20:28   2                   Can you zoom in and read the bottom e-mail.

09:20:36   3   A.      "Hey, Boss, I got the pic you sent to my friend.  What

09:20:42   4   would be the price on her?  By the way, can you send me a pic

09:20:48   5   of the there [sic] side?"

09:20:51   6   Q.      And that's sent from Carlos Fernandez?

09:20:54   7   A.      Yes.

09:20:54   8   Q.      And page 1, please.  And what is the response from the

09:21:00   9   person he was e-mailing?

09:21:01   10  A.      "Make me an offer."

09:21:03   11  Q.      And then the top e-mail.  Can you read that into the

09:21:09   12  record?

09:21:10   13  A.      "It's hard to do it without looking at it, and I don't

09:21:14   14  want to lowball you.  Like I said, I get those pretty cheap

09:21:19   15  because I got exempt status in Cali and can get off-roster

09:21:24   16  guns.  There is a guy selling me one for 1,000, and to be

09:21:28   17  honest it's in mint condition with box.  You tell me what you

09:21:32   18  would be willing to let it go for, and we can talk about

09:21:36   19  prices."

09:21:37   20  Q.      And who signs the e-mail?

09:21:40   21  A.      Carlos M Fernandez.

09:21:42   22  Q.      I'm going to show you Exhibit 84, page 2.  We'll start

09:21:50   23  at the bottom.  And can you just highlight the top half?

09:21:58   24  Reading from the bottom upward, what is AlejandroPerez3807

09:22:04   25  say?

09:22:04  1    A.    "Any nickel 1911s that you're going to take to the

09:22:08  2    show?"

09:22:09  3    Q.    And the response from Carlos Fernandez?

09:22:11  4    A.    "Several high polished stainless, both in .35 and .38

09:22:18  5    Super."

09:22:18  6    Q.    And the other person responds?

09:22:20  7    A.    "PPT, right?  Also what are the prices ranges [sic].

09:22:26  8    I'm from Bakersfield, and I want to know ball park prices

09:22:31  9    before I make the drive."

09:22:33  10   Q.    And then page 1.  And what does defendant Fernandez

09:22:41  11   say?

09:22:41  12   A.    "Look, I got a few .45, not nickel, but our high

09:22:49  13   polish SS finish.  I have one a 45MKIV Commander early 80

09:22:56  14   model, new in box, and a 1969 full size.  The Commander 2700,

09:23:05  15   and the 1969 model 3K.  I have a few 38 Supers in the bright

09:23:13  16   stainless finish" parentheses, "(the look nickel.)"

09:23:19  17   Q.    And the next response from the other person?

09:23:25  18   A.    "How much are the .38 Supers going for?  I want the

09:23:30  19   nickel look.  I have a big polish stainless steel .45 already

09:23:37  20   and want to add a nickel looking one."

09:23:43  21   Q.    And the final response from Carlos Fernandez?

09:23:47  22   A.    "Price range are different.  From each gun I have

09:23:53  23   plain SS and plain BLK ones.  SS are 2400, and BLK 2300."

09:24:04  24   Q.    And do you know what SS means?

09:24:06  25   A.    I believe it means stainless steel.

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 09:24:08 | 1  | Q.      And BLK means?                                        |
| 09:24:11 | 2  | A.      I believe it means black.                            |
| 09:24:13 | 3  | **MS. RYKKEN:**  I only have just one more, Your             |
| 09:24:14 | 4  | Honor, I want to move to admit exhibits 855A and 85B?        |
| 09:24:20 | 5  | **THE COURT:**  Any objection?                               |
| 09:24:21 | 6  | **MR. ROBINSON:**  No, Your Honor.                           |
| 09:24:22 | 7  | **MR. RODRIGUEZ:**  No, Your Honor.                          |
| 09:24:23 | 8  | **THE COURT:**  Okay, received.                              |
| 09:24:25 | 9  | (Exhibit Nos. 85A and 85B received in evidence.)             |
| 09:24:25 | 10 | BY MS. RYKKEN:                                                |
| 09:24:26 | 11 | Q.      I'm going to show you Exhibit will 85B.  Can you tell |
| 09:24:30 | 12 | me what this is?                                              |
| 09:24:31 | 13 | A.      It's another e-mail that we received from Microsoft.  |
| 09:24:38 | 14 | Q.      And this one is in Spanish?                           |
| 09:24:41 | 15 | A.      Yes.                                                  |
| 09:24:43 | 16 | Q.      I'm going to show you 85A which is a translation of   |
| 09:24:47 | 17 | the e-mail.  And who are the participants in the e-mail?      |
| 09:24:50 | 18 | A.      Lafusca1911@hotmail.com and xavier9871@icloud.com.    |
| 09:25:04 | 19 | Q.      What is the first e-mail from xavier9871?             |
| 09:25:06 | 20 | A.      "I'm looking for Super plain without any work done to |
| 09:25:10 | 21 | it, just normal.  Do you have any?  And how much?  Here in    |
| 09:25:14 | 22 | California."                                                  |
| 09:25:15 | 23 | Q.      And what is the response from defendant Fernandez?    |
| 09:25:17 | 24 | A.      "I have more than 10 new ones in the box.  They are   |
| 09:25:23 | 25 | black or stainless steel.  They go for 2000 to 2300."         |

| | | |
|---|---|---|
| 09:25:30 | 1 | Q.    And it's signed from Carlos M Fernandez? |
| 09:25:32 | 2 | A.    Yes. |
| 09:25:33 | 3 | Q.    I'm going to show you Exhibit 87B.  And this is |
| 09:25:37 | 4 | another Spanish language e-mail from the Lafusca account? |
| 09:25:42 | 5 | A.    Yes. |
| 09:25:42 | 6 | Q.    I'm going to show you 87A, which is the translation. |
| 09:25:52 | 7 | And can you read the top e-mail? |
| 09:25:56 | 8 | A.    The message? |
| 09:25:57 | 9 | Q.    Yes. |
| 09:25:58 | 10 | A.    "The stainless steel are 2200.  The black ones are |
| 09:26:03 | 11 | 2000." |
| 09:26:04 | 12 | Q.    And what does the first image show? |
| 09:26:08 | 13 | A.    Four Colt pistols in pistol boxes. |
| 09:26:13 | 14 | Q.    And the second image? |
| 09:26:19 | 15 | A.    Four additional Colt pistols. |
| 09:26:23 | 16 | Q.    Okay.  And I'm going to show you Exhibit 88.  At the |
| 09:26:29 | 17 | bottom can you just please highlight both of the e-mails? |
| 09:26:36 | 18 | What is the first e-mail from Jorgerio90810? |
| 09:26:41 | 19 | A.    "How would I purchase a 1911 .38 Super, if you have |
| 09:26:46 | 20 | any available, and could you please give price ranges.  Thank |
| 09:26:49 | 21 | you." |
| 09:26:49 | 22 | Q.    What is the response from defendant Fernandez? |
| 09:26:52 | 23 | A.    "I have several new in box and available," |
| 09:26:57 | 24 | parentheses, "(California legal) on a PPT sale.  I'm located |
| 09:27:03 | 25 | in Gardena.  Prices range from 2000 to 2200 up to 10,500." |

| | | |
|---|---|---|
| 09:27:13 | 1 | Q.    Next I'm going to show you Exhibit 89B, and this is |
| 09:27:18 | 2 | another Spanish language e-mail from the lafusca1911 account? |
| 09:27:23 | 3 | A.    Yes. |
| 09:27:24 | 4 | Q.    87 -- I'm sorry, 89A.  Okay, and who is this between? |
| 09:27:35 | 5 | A.    Lafusca1911@hotmail.com and Bryan Zavalla |
| 09:27:42 | 6 | 88@gmail.com. |
| 09:27:45 | 7 | Q.    What does BryanZavalla88 say first? |
| 09:27:47 | 8 | A.    "What's up cousin?  Do you have a firearm for sale? |
| 09:27:51 | 9 | They are bad ass." |
| 09:27:52 | 10 | Q.    And what is defendant Fernandez's response? |
| 09:27:55 | 11 | A.    "Of course, old friend.  You say which one you like. |
| 09:27:59 | 12 | Prices are between 1900, 2000, 2200, 2300, 3300, 3800 and |
| 09:28:12 | 13 | 10,500." |
| 09:28:12 | 14 | Q.    And it's signed from Carlos Fernandez? |
| 09:28:14 | 15 | A.    Yes. |
| 09:28:14 | 16 | Q.    And the final e-mail you're going to look at Exhibit |
| 09:28:18 | 17 | 90, page 1.  And can you just highlight the e-mail?  Can you |
| 09:28:27 | 18 | read the first e-mail from Jr@777 exotic? |
| 09:28:31 | 19 | A.    "I follow you on Instagram.  I am looking to buy a |
| 09:28:35 | 20 | Colt.  I'm not sure whether I want a .38 Super yet or a 45. |
| 09:28:41 | 21 | How can I get pricing and see what you have available?" |
| 09:28:45 | 22 | Q.    And the response from defendant Fernandez? |
| 09:28:49 | 23 | A.    "Well, 45 are much cheaper.  The 38 although you will |
| 09:28:56 | 24 | pay a higher price.  You will prob get what you paid for or |
| 09:29:01 | 25 | more when you sell if you keep her looking nice.  But for |

09:29:05    1    example on 45, the cheapest one I got is 2200, and the

09:29:11    2    cheapest Super is 4200."

09:29:17    3    Q.    Okay, the e-mails we've just discussed, they're not

09:29:21    4    the only e-mails that you reviewed from the lafusca1911

09:29:25    5    account?

09:29:25    6    A.    No.

09:29:25    7    Q.    Is it fair to say the e-mail you just testified about

09:29:28    8    are representative of the other e-mails from that account

09:29:32    9    that are related to purchase and sales of guns?

09:29:35   10    A.    Yes.

09:29:35   11    Q.    So, in addition to the Instagram and e-mail warrant,

09:29:37   12    did you investigate whether the defendants actually sold

09:29:40   13    guns?

09:29:41   14    A.    Yes.

09:29:41   15    Q.    How did you go about investigating whether they sold

09:29:44   16    them?

09:29:44   17    A.    We reviewed California AFS records as well as

09:29:52   18    obtaining various ATF form 4473.

09:29:56   19    Q.    And based on your knowledge and this investigation,

09:29:59   20    what is an AFS record?

09:30:01   21    A.    It's the automated firearm systems record maintained

09:30:05   22    by California.

09:30:06   23    Q.    Did you obtain AFS records from defendant Fernandez?

09:30:09   24    A.    Yes.

09:30:09   25    Q.    I'm going to show you what's been previously admitted

09:30:12  1    as Exhibit 29, page 1.  Okay, is this the AFS records for

09:30:20  2    defendant Fernandez?

09:30:21  3    A.    It's a summary chart of those them, yes.

09:30:27  4    Q.    And so some of the columns that you received back from

09:30:31  5    AFS for example are not on this chart?

09:30:32  6    A.    Correct.

09:30:32  7    Q.    And what kinds of other information did AFS provide to

09:30:37  8    you?

09:30:37  9    A.    Home address, various transaction, ID numbers.  I

09:30:51  10   believe date of births are also on there.

09:30:56  11   Q.    Okay, can you walk through the columns up at the top

09:30:59  12   and tell us what each one of those means?

09:31:02  13   A.    Serial number is the serial number of the particular

09:31:06  14   firearm.  Make is the make or manufacturer of the firearm.

09:31:14  15   Q.    And with respect to make, CLT refers to?

09:31:18  16   A.    Colt.

09:31:18  17   Q.    And then below there's also BER.  Do you know what

09:31:23  18   that refers to?

09:31:24  19   A.    Berretta.

09:31:24  20   Q.    And then the model column?

09:31:27  21   A.    Model is the particular model made by that

09:31:31  22   manufacturer.

09:31:31  23   Q.    Okay, and then the caliber?

09:31:33  24   A.    The caliber for the firearm.

09:31:36  25   Q.    And date of transaction?

| | | |
|---|---|---|
| 09:31:39 | 1 | A.      The date that the firearm was transferred. |
| 09:31:45 | 2 | Q.      Okay, and this includes both purchases and sales, so |
| 09:31:50 | 3 | it's a record of all the guns that this person has |
| 09:31:52 | 4 | transacted? |
| 09:31:55 | 5 | A.      Yes.  It will be for Fernandez.  It's showing the |
| 09:32:00 | 6 | names of -- for the person name who's the recipient.  So, the |
| 09:32:06 | 7 | ones where it's his name, it's where he's the purchase, where |
| 09:32:10 | 8 | it's another person's name, that's a firearm that was |
| 09:32:13 | 9 | transferred from Fernandez to another person. |
| 09:32:15 | 10 | Q.      Okay.  Let's first go to page 1.  You just mentioned |
| 09:32:19 | 11 | you recognized defendant Fernandez's name.  Do you recognize |
| 09:32:23 | 12 | anyone else's on this page? |
| 09:32:26 | 13 | A.      Yes. |
| 09:32:26 | 14 | Q.      Okay.  Who is that? |
| 09:32:27 | 15 | A.      Lawrence Baez. |
| 09:32:32 | 16 | Q.      And based on your investigation, is Lawrence Baez a |
| 09:32:37 | 17 | member of law enforcement? |
| 09:32:38 | 18 | A.      No. |
| 09:32:38 | 19 | Q.      Page 2.  Same thing.  Can you take a look at the names |
| 09:32:41 | 20 | and tell me if you recognize any of them? |
| 09:32:44 | 21 | A.      Jose Del Villar. |
| 09:32:52 | 22 | Q.      And what do you know about him?  Is he a member of law |
| 09:32:56 | 23 | enforcement? |
| 09:32:56 | 24 | A.      To the best of my knowledge, he's not. |
| 09:32:58 | 25 | Q.      Is there anyone else? |

| | | |
|---|---|---|
| 09:33:04 | 1 | A.      Lawrence Baez is again listed on that page. |
| 09:33:09 | 2 | Q.      Okay.  Anyone else? |
| 09:33:11 | 3 | A.      Caesar Palario Vasquez. |
| 09:33:18 | 4 | Q.      To your knowledge, is he a member of the law |
| 09:33:20 | 5 | enforcement? |
| 09:33:20 | 6 | A.      No. |
| 09:33:21 | 7 | Q.      Anyone else on this page? |
| 09:33:25 | 8 | A.      Not that I recognize. |
| 09:33:26 | 9 | Q.      Okay.  On page 3.  Is there anyone else on this list |
| 09:33:30 | 10 | that you recognize? |
| 09:33:32 | 11 | A.      Yes, Natally Cruz. |
| 09:33:35 | 12 | Q.      And is she a member of law enforcement? |
| 09:33:38 | 13 | A.      No. |
| 09:33:42 | 14 | Q.      Anyone else? |
| 09:33:44 | 15 | A.      Del Villar is listed again, Lawrence Baez is listed |
| 09:33:51 | 16 | again, in addition Oscar Morales Camacho. |
| 09:33:55 | 17 | Q.      Okay, and based on your knowledge of this |
| 09:34:00 | 18 | investigation, is Oscar Morales Camacho a member of law |
| 09:34:03 | 19 | enforcement? |
| 09:34:03 | 20 | A.      No. |
| 09:34:04 | 21 | Q.      Anyone else on this page? |
| 09:34:06 | 22 | A.      Not that I recognize. |
| 09:34:07 | 23 | Q.      Page 4.  Is there anyone on this list that you |
| 09:34:11 | 24 | recognize? |
| 09:34:12 | 25 | A.      Liberio Portillo. |

```
09:34:23   1    Q.     And who's that?  Is he a member of law enforcement
09:34:24   2    that you know of?
09:34:25   3    A.     Not that I know of, no.
09:34:27   4    Q.     Okay.  Anyone else?
09:34:29   5    A.     Bianca Ibarria.
09:34:36   6    Q.     And she's not a member of law enforcement that you
09:34:39   7    know of?
09:34:39   8    A.     No.
09:34:39   9    Q.     Anyone else?
09:34:40   10   A.     Jesus Valasquez.
09:34:42   11   Q.     And again, he's not a member of law enforcement?
09:34:45   12   A.     Correct.
09:34:45   13   Q.     Anyone else on this page?  We've already discussed
09:34:49   14   Oscar Morales Camacho on the bottom.
09:34:50   15   A.     Rudy Fernandez.
09:34:52   16   Q.     And based on what you know, Rudy Fernandez is not a
09:34:55   17   member of law enforcement?
09:34:56   18   A.     As far as I know, no.
09:34:58   19   Q.     Okay.  On page 5, anyone new on this page?
09:35:02   20   A.     Rafael Camacho Maravilla.
09:35:07   21   Q.     And based on your investigation, is he a member of law
09:35:10   22   enforcement?
09:35:10   23   A.     No.
09:35:10   24   Q.     Anyone else?
09:35:21   25   A.     No one else I haven't already mentioned.
```

| | | |
|---|---|---|
| 09:35:24 | 1 | Q.    And similarly, did you obtain these records for |
| 09:35:27 | 2 | defendant Arao? |
| 09:35:28 | 3 | A.    Yes. |
| 09:35:28 | 4 | Q.    Okay, I'm going to show you Exhibit 31.  So, this |
| 09:35:33 | 5 | shows similar information, a serial number, make, model, |
| 09:35:37 | 6 | caliber, date of transaction and then the person's name that |
| 09:35:40 | 7 | was receiving the gun; is that right? |
| 09:35:41 | 8 | A.    Yes. |
| 09:35:42 | 9 | Q.    Okay.  So, we're going to go through similar |
| 09:35:46 | 10 | exercises.  Is there anyone on this page that you recognize |
| 09:35:49 | 11 | other than defendant Arao? |
| 09:35:52 | 12 | A.    Jesus Valasquez, again. |
| 09:35:54 | 13 | Q.    And he's also not a member of law enforcement that you |
| 09:35:57 | 14 | know of? |
| 09:35:58 | 15 | A.    Correct. |
| 09:35:58 | 16 | Q.    And page 2? |
| 09:36:05 | 17 | A.    Del Villar, Joseph Angel Del V-I-L-L-A-R. |
| 09:36:12 | 18 | Q.    And you already testified that you don't believe he's |
| 09:36:15 | 19 | a member of law enforcement? |
| 09:36:16 | 20 | A.    Correct. |
| 09:36:17 | 21 | Q.    And on page 3? |
| 09:36:22 | 22 | A.    Samuel Trides (phonetically spelled). |
| 09:36:25 | 23 | Q.    And based on what you know, he's not a member of law |
| 09:36:28 | 24 | enforcement either? |
| 09:36:29 | 25 | A.    Correct. |

09:36:29  1    Q.    On page 4, anyone here?

09:36:38  2    A.    Raul Cervantes Corona.

09:36:39  3    Q.    And that is the person that testified the other day,

09:36:42  4    correct?

09:36:42  5    A.    Yes.

09:36:42  6    Q.    Anyone else that you haven't already discussed?

09:36:48  7    A.    No.

09:36:49  8    Q.    And on page 5, anyone here that we haven't already

09:36:53  9    discussed?

09:36:54  10   A.    No.

09:36:54  11   Q.    So, is it fair to say that there is no name on here

09:36:57  12   that you recognize as being a member of law enforcement?

09:37:00  13   A.    It's possible there are some of the ones that I did

09:37:04  14   not recognize.  But as far as the ones I recognize, no.

09:37:12  15   Q.    Okay.  So, once you reviewed the AFS records from the

09:37:16  16   State of the California, did you obtain any additional

09:37:18  17   firearms records?

09:37:19  18   A.    Yes.

09:37:19  19   Q.    And what records did you obtain?

09:37:23  20   A.    ATF Form 4473.

09:37:26  21   Q.    Okay.  And how did you get those forms?

09:37:28  22   A.    I -- or we -- oftentimes, it's myself -- I contacted

09:37:36  23   various FFLs directly and requested the documents.

09:37:43  24   Q.    All right, we talked about the Form 4473, but can you

09:37:48  25   remind the jury what it is?

09:37:50   1    A.     ATF form 4473 is the ATF firearms transaction record

09:37:57   2    that needs to be completed when a firearm is purchased from

09:38:03   3    an FFL.

09:38:04   4    Q.     Okay.  I'm going to show you Exhibit 27.  And you can

09:38:14   5    see on the bottom.  This is an exhibit, has 212 pages; is

09:38:20   6    that right?

09:38:20   7    A.     Yes.

09:38:21   8    Q.     Okay.  And so, what is in this Exhibit?  If you need

09:38:31   9    to, you can take a look at the binder?

09:38:33   10   A.     I'm familiar with what 12 is.  It's a lot of firearms.

09:38:37   11   Q.     This is for overt act 12, Exhibit 27, is a collection

09:38:40   12   of the forms; is that right?

09:38:42   13   A.     Yes.

09:38:42   14   Q.     Feel free to look at it if you need to, it's Exhibit

09:38:45   15   27.

09:38:50   16          THE COURT:  I have 27 as already been received.

09:38:52   17          MS. RYKKEN:  It has, I just want him to

09:38:55   18   familiarize himself with it so that he knows what he's

09:38:56   19   talking about, Your Honor.

09:38:57   20          THE COURT:  We can put it up on the screen if it's

09:38:58   21   received.

09:38:59   22          MS. RYKKEN:  It is, it's up here.  This is just

09:39:00   23   the first page.  It's organized by overt act number in the

09:39:04   24   indictment, that's all.  So, you can show page 2.  So,

09:39:07   25   because it's 212 pages, I didn't want to display every one on

| | | |
|---|---|---|
| 09:39:13 | 1 | the screen. |
| 09:39:21 | 2 | BY MS. RYKKEN: |
| 09:39:21 | 3 | Q.    Are you familiar with the Exhibit now? |
| 09:39:23 | 4 | A.    Yes. |
| 09:39:23 | 5 | Q.    Okay, let's turn to page 6.  And you can see this is a |
| 09:39:31 | 6 | Form 4473? |
| 09:39:33 | 7 | A.    Yes. |
| 09:39:33 | 8 | Q.    Okay, and can you just zoom in please on the section |
| 09:39:38 | 9 | A. |
| 09:39:41 | 10 | And who is this form filled out by? |
| 09:39:45 | 11 | A.    Defendant Fernandez. |
| 09:39:46 | 12 | Q.    And so, Exhibit 27 is a collection of the 4473 forms |
| 09:39:51 | 13 | for defendant Fernandez; is that right? |
| 09:40:00 | 14 | A.    Yes. |
| 09:40:01 | 15 | Q.    Okay.  I'm going to highlight Question 11A. |
| 09:40:05 | 16 | Can you read 11A into the record? |
| 09:40:13 | 17 | A.    "Are you the actual transferee/buyer of the firearm, |
| 09:40:19 | 18 | firearms, listed on this form?  Warning, you are not the |
| 09:40:23 | 19 | actual buyer if you are acquiring the firearm -- firearms, on |
| 09:40:27 | 20 | behalf of another person.  If you are not the actual buyer, |
| 09:40:31 | 21 | the dealer cannot transfer/firearm to you." |
| 09:40:35 | 22 | Q.    And is there a box to the right that says "yes"? |
| 09:40:39 | 23 | A.    Yes. |
| 09:40:39 | 24 | Q.    Is there a checkmark there indicating "yes"? |
| 09:40:42 | 25 | A.    Yes. |

| | | |
|---|---|---|
| 09:40:42 | 1 | Q.    Go to page 7 of this particular form, 4473, and there |
| 09:40:47 | 2 | is a certification at the top. |
| 09:40:50 | 3 | Can you please zoom in on the certification? |
| 09:40:55 | 4 | And can you read the certification? |
| 09:41:01 | 5 | A.    "I certify that my answers to Section A are true, |
| 09:41:07 | 6 | correct and complete.  I have read and understand the |
| 09:41:11 | 7 | notices, instructions and definitions on ATF Form 4473.  I |
| 09:41:17 | 8 | understand that answering yes to Question 11A, if I am not |
| 09:41:21 | 9 | the actual buyer, is a crime punishable as a felony under |
| 09:41:26 | 10 | federal law, and may also violate state and/or local law.  I |
| 09:41:32 | 11 | understand that a person who answers "yes" to any of the |
| 09:41:36 | 12 | questions 11B through 11K is prohibited from purchasing or |
| 09:41:42 | 13 | receiving a firearm. |
| 09:41:43 | 14 | "I understand that a person who answers "yes" |
| 09:41:47 | 15 | to question 11.I" -- "L," excuse me -- "11L, is prohibited |
| 09:41:59 | 16 | from purchasing or receiving a firearm, unless the person |
| 09:42:02 | 17 | also answers 'yes' to question 12. |
| 09:42:05 | 18 | "I also understand that making any false, |
| 09:42:08 | 19 | oral or written, statement or exhibiting any false or |
| 09:42:11 | 20 | misrepresented identification with respect to this |
| 09:42:15 | 21 | transaction is a crime punishable as a felony under federal |
| 09:42:19 | 22 | law, and may also violate state and/or local law. |
| 09:42:25 | 23 | "I further understand that the repetitive |
| 09:42:28 | 24 | purchases of firearms for the purpose of resale for |
| 09:42:32 | 25 | livelihood and profit without a federal firearms license is a |

09:42:37   1    violation of law."

09:42:37   2    Q.      And there is a signature below that?

09:42:39   3    A.      Yes.

09:42:40   4    Q.      And the date?

09:42:42   5    A.      October 30th, 2015.

09:42:45   6    Q.      And so every time that the defendant Fernandez or Arao

09:42:48   7    transferred a gun, they would have had to certify that?

09:42:52   8    A.      Yes.

09:42:52   9    Q.      Go to page 8, 27-8.

09:42:56   10              On this particular form, it's highlighted two

09:43:01   11   guns that were transferred.  Section D it says:  "Must be

09:43:06   12   completed by the transferor."  Is that the seller?

09:43:10   13   A.      Yes.

09:43:10   14   Q.      And there are two guns listed here.  Can you just read

09:43:14   15   the make, model and serial number?

09:43:17   16   A.      It's a Colt, first model is 02575ELR.  Serial number

09:43:26   17   is ELR016.

09:43:30   18   Q.      And the second one is also a Colt.  And what's the

09:43:33   19   serial number on that?

09:43:34   20   A.      0159EZS.

09:43:40   21   Q.      And they're both 30 Supers?

09:43:43   22   A.      Yes.

09:43:43   23   Q.      Let's go to questions 31 to 33.  And can you see on

09:43:53   24   the person that was the seller?  The entity.

09:43:53   25   A.      Yes.

```
09:43:57   1    Q.    What is the entity?

09:43:58   2    A.    Ronin Tactical Group.

09:44:01   3    Q.    And that's in Gardena, California?

09:44:03   4    A.    Yes.

09:44:03   5    Q.    And there is also someone listed under the seller's

09:44:07   6    name, No. 33, who is that?

09:44:09   7    A.    Defendant Arao.

09:44:11   8    Q.    And the date of transfer is November 10, 2015.

09:44:17   9    A.    Yes.

09:44:18   10   Q.    And then at the bottom, can you highlight this

09:44:20   11   certification?

09:44:28   12              And this is the section that has to be

09:44:31   13   completed ten days after the initial form, right?

09:44:34   14   A.    Yes.

09:44:35   15   Q.    And there is a signature there and a date that's about

09:44:38   16   ten days later?

09:44:40   17   A.    Yes.

09:44:40   18   Q.    And can you read those certification, the one-line

09:44:45   19   certification?

09:44:47   20   A.    "I certify that my answers to the questions in Section

09:44:50   21   A of this form are still true, correct and complete."

09:44:56   22   Q.    Thank you.  So, you also went through a similar

09:45:04   23   process for the Form 4473 for defendant Arao and through and

09:45:08   24   collected that; is that correct?

09:45:08   25   A.    Yes.
```

09:45:08   1   Q.    I'm going to show you Exhibit 30 page 23.  And this is

09:45:15   2   again a longer exhibit.  It's approximately 287 pages.  Do

09:45:21   3   you see that?

09:45:21   4   A.    Yes.

09:45:22   5   Q.    Okay, and so, this is just a collection of all the

09:45:25   6   forms that would support each of the sales?

09:45:31   7   A.    Yes.

09:45:31   8   Q.    This is a form from defendant Arao.  So, let's go

09:45:37   9   ahead and highlight the top section.  And the name here.  Who

09:45:43  10   is that?

09:45:43  11   A.    Edward Arao.  The defendant.

09:45:49  12   Q.    Okay.  Zoom out.

09:45:50  13              And I'm not going to have you read this

09:45:53  14   again, but I'm going to show you this is the same

09:45:57  15   certification that you read earlier from Question 11A, right?

09:46:00  16   A.    Yes.

09:46:00  17   Q.    And it's also check marked yes, correct?

09:46:04  18   A.    Yes.

09:46:04  19   Q.    And let's go to page 24, and highlight the top.  Again

09:46:08  20   we won't reread the certification, but this is signed October

09:46:13  21   20th, 2015 by defendant Arao; is that right?

09:46:16  22   A.    Yes.

09:46:19  23   Q.    And then let's go to page 27 of this.

09:46:24  24              Okay, we're going to zoom in on Question 16

09:46:27  25   on the bottom, and this is tied to Question 16 on the form,

| | | |
|---|---|---|
| 09:46:34 | 1 | it's a further definition, a certification definition of |
| 09:46:38 | 2 | "engaged in the business"; is that right? |
| 09:46:40 | 3 | A.    Yes. |
| 09:46:40 | 4 | Q.    Okay.  Can you please read that into the record? |
| 09:46:44 | 5 | A.    "Under 18 U.S.C., Section 922(a)(1), it is unlawful |
| 09:46:51 | 6 | for a person to engage in the business of dealing in firearms |
| 09:46:54 | 7 | without a license.  A person is engaged in the business of |
| 09:46:59 | 8 | dealing in firearms if he or she devotes time, attention, and |
| 09:47:04 | 9 | labor to dealing in firearms as a regular course of trade or |
| 09:47:09 | 10 | business with the principal objective of livelihood and |
| 09:47:12 | 11 | profit through the repetitive purchase and resale of |
| 09:47:16 | 12 | firearms. |
| 09:47:16 | 13 | A license is not required of a person who |
| 09:47:20 | 14 | only makes occasional sales, exchanges or purchases of |
| 09:47:27 | 15 | firearms of a personal collection or for a hobby or who sells |
| 09:47:31 | 16 | all or part of his or her personal collection of firearms." |
| 09:47:34 | 17 | Q.    And so every time that one of the defendants had to |
| 09:47:37 | 18 | sign Form 4470, they were certifying that this was true, that |
| 09:47:40 | 19 | they understood this.  Is that your understanding? |
| 09:47:42 | 20 | A.    Yes. |
| 09:47:42 | 21 | Q.    So, let's go to page 25.  And then one more time at |
| 09:47:56 | 22 | the bottom, this is the certification that has to be |
| 09:47:58 | 23 | completed ten days later? |
| 09:48:00 | 24 | A.    Yes. |
| 09:48:00 | 25 | Q.    Okay, and then that was signed on 11-7-2015? |

| | | |
|---|---|---|
| 09:48:09 | 1 | A.      Yes. |
| 09:48:15 | 2 | Q.      Okay, go ahead and take this off the screen. |
| 09:48:18 | 3 | I'm going to show you what's been previously |
| 09:48:20 | 4 | admitted as Exhibit 10.  And what is this document? |
| 09:48:26 | 5 | A.      This is a summary chart of purchases and resales of |
| 09:48:36 | 6 | firearms made by defendant Fernandez. |
| 09:48:41 | 7 | Q.      I'm just going to show you every page so you can see |
| 09:48:47 | 8 | the whole thing.  This is page 1, 2, 3 and 4.  Do you see all |
| 09:48:54 | 9 | of those?  Are these the guns that are charged in this case |
| 09:48:56 | 10 | in counts one and two against defendant Fernandez? |
| 09:49:01 | 11 | A.      Yes. |
| 09:49:02 | 12 | Q.      And it also lists the particular overt acts in count |
| 09:49:04 | 13 | one at the which is 12 to 57; is that right? |
| 09:49:07 | 14 | A.      Yes. |
| 09:49:08 | 15 | **MR. RODRIGUEZ:**  Objection.  Leading. |
| 09:49:09 | 16 | **THE COURT:**  It's overruled. |
| 09:49:14 | 17 | **THE WITNESS:**  Yes. |
| 09:49:15 | 18 | BY MS. RYKKEN: |
| 09:49:16 | 19 | Q.      So, let's go through each of the columns at the top. |
| 09:49:20 | 20 | Can you explain what they mean?  The one on the left, N-O, |
| 09:49:27 | 21 | what is that? |
| 09:49:28 | 22 | A.      That's just the numbering and the list.  Appears to be |
| 09:49:37 | 23 | in order of when it was resold. |
| 09:49:40 | 24 | Q.      And then the column with overt act number? |
| 09:49:44 | 25 | A.      That's the overt act from the indictment. |

| 09:49:50 | 1 | Q.     And then the firearm serial number.  Where did you |
| 09:49:54 | 2 | find that information to put in the summary chart? |
| 09:49:58 | 3 | A.     Most of that is from AFS, also reviewed 4473. |
| 09:50:06 | 4 | Q.     And is the same true of the firearm make and model? |
| 09:50:10 | 5 | A.     Yes. |
| 09:50:10 | 6 | Q.     How about the off-roster status?  How did you go about |
| 09:50:16 | 7 | finding the information? |
| 09:50:17 | 8 | A.     I went to the California Department of Justice website |
| 09:50:19 | 9 | where it lists current roster -- current list of firearms |
| 09:50:25 | 10 | that are on the roster. |
| 09:50:28 | 11 | Q.     And so you determined which ones were not on the list? |
| 09:50:31 | 12 | A.     Yes. |
| 09:50:31 | 13 | Q.     And I see on the bottom for a Remington on No. 11, it |
| 09:50:37 | 14 | says "NA."  Why is it "NA"? |
| 09:50:39 | 15 | A.     Because the Remington 870 is a shotgun, and the |
| 09:50:47 | 16 | roster, the California handgun roster is for handguns and not |
| 09:50:51 | 17 | long guns. |
| 09:50:52 | 18 | Q.     Okay.  And then the last two columns are purchase date |
| 09:50:56 | 19 | and resale date by defendant Fernandez. |
| 09:51:01 | 20 | A.     Yes. |
| 09:51:01 | 21 | Q.     And where did you find that information? |
| 09:51:08 | 22 | A.     Once again, it's from AFS records and Form 4473. |
| 09:51:14 | 23 | Q.     Okay.  And in this exhibit, we have a one NA for No. |
| 09:51:21 | 24 | 11.  Just take a look and see if there is anything else.  Do |
| 09:51:25 | 25 | you see on line No. 33, what is that? |

| | | |
|---|---|---|
| 09:51:27 | 1 | A.    That's an AM1556 caliber. |
| 09:51:36 | 2 | Q.    Okay, and that's not on the -- it's NA because it's |
| 09:51:39 | 3 | not part of the roster system? |
| 09:51:42 | 4 | A.    Correct. |
| 09:51:43 | 5 | THE COURT:  Can you go back to page 1 of the |
| 09:51:45 | 6 | exhibit? |
| 09:51:47 | 7 | So, we're heard a lot about the Super 38 |
| 09:51:51 | 8 | being off-roster and the reasons.  So, if you look at column |
| 09:51:55 | 9 | No. 3, the firearm listed in No. 3.  Century firearms DRACO, |
| 09:52:05 | 10 | 762.  Do you see that? |
| 09:52:07 | 11 | THE WITNESS:  Yes. |
| 09:52:07 | 12 | THE COURT:  What qualifies that as an off-roster |
| 09:52:10 | 13 | weapon? |
| 09:52:11 | 14 | THE WITNESS:  It's also considered a handgun. |
| 09:52:13 | 15 | THE COURT:  I know, but why is it an off-roster |
| 09:52:15 | 16 | weapon? |
| 09:52:15 | 17 | THE WITNESS:  Oh, it's -- I'm not too familiar |
| 09:52:19 | 18 | with California's various rules that they use to put things |
| 09:52:26 | 19 | on the roster and off the roster.  I just know that I |
| 09:52:31 | 20 | reviewed the roster and compare all the firearms to see. |
| 09:52:34 | 21 | THE COURT:  Okay, thank you. |
| 09:52:42 | 22 | BY MS. RYKKEN: |
| 09:52:42 | 23 | Q.    Okay, I'm going to show you Exhibit 11, which has been |
| 09:52:46 | 24 | previously admitted.  Okay.  And this is -- |
| 09:52:48 | 25 | What is this? |

09:52:54  1   A.     It's the same type of summary chart but for defendant

09:52:58  2   Arao.

09:52:58  3   Q.     And can you read the overt acts listed in the second

09:53:02  4   line of the header?

09:53:05  5   A.     You want me to read all the numbers?

09:53:07  6   Q.     Just read the line right there?

09:53:09  7   A.     I'm sorry, I apologize.  "Count One Overt Act 61

09:53:15  8   through 101 and Count Three."

09:53:16  9   Q.     And for this exhibit, you filled out the information

09:53:24  10  the same way you pulled it from AFS and Form 4473?

09:53:28  11  A.     Yes.

09:53:28  12  Q.     And for the off-roster column, let's just go through,

09:53:32  13  and you can tell me if you see anything other than "yes."

09:53:34  14  So, page 1, 2, 3 and 4.  Are all the firearms in here

09:53:42  15  off-roster?

09:53:43  16  A.     Yes.

09:53:45  17  Q.     I'm going to show you Exhibit --

09:53:54  18                And then on the firearm make and model.

09:53:57  19  They're all the same make and model or similar, Colt .38?

09:54:11  20  Page 1.  Page 2.  Did you see those?

09:54:17  21  A.     Yes.

09:54:17  22  Q.     And they were all Colt .38s?

09:54:20  23  A.     Yes.

09:54:20  24  Q.     I'm going to next show you Exhibit 16.  What is this?

09:54:33  25  A.     This is a summary chart for Arao, and it's utilizing

| | | |
|---|---|---|
| 09:54:41 | 1 | similar information.  It's organized by the days from |
| 09:54:46 | 2 | delivery to resale. |
| 09:54:48 | 3 | Q.    So, is it fair to say it's similar to the exhibit we |
| 09:54:51 | 4 | just saw for defendant Arao, but it adds some information on |
| 09:54:55 | 5 | the right side? |
| 09:54:55 | 6 | A.    Yes. |
| 09:54:56 | 7 | Q.    And in particular, the column on the right that says: |
| 09:54:59 | 8 | "Days from delivery to resale," what does that represent? |
| 09:55:05 | 9 | A.    That's the amount of days that defendant Arao |
| 09:55:11 | 10 | possessed the firearm before it was transferred to another |
| 09:55:16 | 11 | person. |
| 09:55:17 | 12 | Q.    So, for row one, we're going to go through the |
| 09:55:24 | 13 | information on that and compare it to the underlying record. |
| 09:55:27 | 14 | So, I'm going to show you first exhibit 30, page 113.  Okay, |
| 09:55:34 | 15 | this is for overt act 77.  Let's go to the next page.  Thank |
| 09:55:40 | 16 | you. |
| 09:55:40 | 17 |                    Okay, this is -- |
| 09:55:42 | 18 |                    What is this? |
| 09:55:43 | 19 | A.    It's an ATF Form 4473. |
| 09:55:46 | 20 | Q.    And what's the transfer name? |
| 09:55:50 | 21 | A.    Defendant Arao. |
| 09:55:51 | 22 | Q.    And for Question 11A on that page, is that check |
| 09:56:00 | 23 | marked yes? |
| 09:56:01 | 24 | A.    Yes. |
| 09:56:01 | 25 | Q.    And that's certifying that the gun is being |

| | |
|---|---|
| 09:56:03 | 1 |

transferred to the person listed?

A.     Yes.

Q.     Let's go to page 115.  This is page 2 of the same form.

                    And there is a certification at the top.  Do you see that?

A.     Yes.

Q.     Is that signed?

A.     Yes, it is.

Q.     And dated?

A.     Yes.

Q.     Okay.  What is the date?

A.     May 3rd, 2016.

Q.     And then the 10 days, approximately, 10 days later certification at the bottom.  Can you read the date on that?

A.     May 14th, 2016.

Q.     Okay.  So, we're going to compare this with the chart so we can see them side by side.  So, on the left let's go to Exhibit 16, page 1, and on the right Exhibit 30, page 113.

                    Okay.  Okay, so, you can see it's for overt act 77.  Do you see that?

A.     Yes.

Q.     Okay.  So, on the left you will have 16, page 1; and on the right Exhibit 30, page 115.  Got that.  Okay.

                    And on 115 do you see the signature on the

| | | |
|---|---|---|
| 09:57:20 | 1 | right? |
| 09:57:20 | 2 | A.    Yes. |
| 09:57:20 | 3 | Q.    Okay, and then the date? |
| 09:57:23 | 4 | A.    May 14, 2016. |
| 09:57:26 | 5 | Q.    That's the date for pick up, and that's the date that |
| 09:57:31 | 6 | were delivered to Arao for line 1, the first row there; is |
| 09:57:35 | 7 | that right? |
| 09:57:35 | 8 | A.    Yes. |
| 09:57:35 | 9 | Q.    And then the date of purchase on the left it's |
| 09:57:42 | 10 | 5-3-2016.  And can you read the same date on the right-hand |
| 09:57:47 | 11 | side? |
| 09:57:47 | 12 | A.    Yes. |
| 09:57:50 | 13 | Q.    Okay.  And then we'll just do the serial number to |
| 09:57:54 | 14 | confirm.  On the left 16-1, and on the right 30-116. |
| 09:58:02 | 15 |               Okay, so, can you read the serial number for |
| 09:58:06 | 16 | No. 1 on the left? |
| 09:58:10 | 17 | A.    38SS05782. |
| 09:58:15 | 18 | Q.    And then on the right? |
| 09:58:18 | 19 | A.    38 -- |
| 09:58:19 | 20 | Q.    Under Form 4473 can you read the serial number |
| 09:58:24 | 21 | highlighted? |
| 09:58:24 | 22 | A.    38SS05782. |
| 09:58:26 | 23 | Q.    Are those the same serial number? |
| 09:58:28 | 24 | A.    Yes. |
| 09:58:28 | 25 | Q.    And then below, can you see the -- and in Question 31, |

09:58:34  1  who is the entity?

09:58:36  2  A.     Ronin Tactical Group.

09:58:38  3  Q.     So, Ronin Tactical Group is selling the gun to

09:58:42  4  defendant Arao?

09:58:44  5  A.     Yes.

09:58:45  6            THE COURT:  Before you go on.  I'm still

09:58:47  7  interested in this off-roster issue.  So, if you -- if you'll

09:58:53  8  take a look at the exhibit, please, on the monitor.  So, if

09:58:56  9  you look at Exhibit 60.  It identifies several .38 caliber

09:59:04  10 revolvers; is that correct?

09:59:06  11           THE WITNESS:  They're pistols.

09:59:08  12           THE COURT:  They're pistols.  Are they revolvers

09:59:10  13 or semiautomatics.

09:59:13  14           THE WITNESS:  Semiautomatics.

09:59:14  15           THE COURT:  So, we have several models here.  One

09:59:15  16 is a model 02991 in that second column, and then if you go

09:59:21  17 down further, you have a model 0299 -- is that 1T?

09:59:30  18           THE WITNESS:  Yes.

09:59:33  19           THE COURT:  And these are all semiautomatics.

09:59:36  20           THE WITNESS:  Yes.

09:59:36  21           THE COURT:  And how do you know that?

09:59:39  22           THE WITNESS:  How do I know that?

09:59:42  23           THE COURT:  Yes.

09:59:44  24           THE WITNESS:  Based on the fact that during this

09:59:48  25 case, all these -- the Colt .38s Supers were all based on

| | | |
|---|---|---|
| 09:59:56 | 1 | 1911 style pistols. |
| 09:59:58 | 2 | **THE COURT:**  Did you look at or examine each of |
| 10:00:00 | 3 | these -- |
| 10:00:01 | 4 | Are you familiar with each of these models, |
| 10:00:05 | 5 | yourself? |
| 10:00:06 | 6 | **THE WITNESS:**  Many of them through either seeing |
| 10:00:08 | 7 | pictures or through the many that we recovered during this |
| 10:00:12 | 8 | investigation. |
| 10:00:14 | 9 | **THE COURT:**  Going back to the off-roster issue, so |
| 10:00:16 | 10 | you know that California has placed certain weapons or |
| 10:00:22 | 11 | revolvers off-roster. |
| 10:00:23 | 12 | **THE WITNESS:**  Handguns. |
| 10:00:24 | 13 | **THE COURT:**  Handguns.  Do you know why? |
| 10:00:26 | 14 | **THE WITNESS:**  They do multiple different tests to |
| 10:00:28 | 15 | determine if they're safe.  The one I'm most familiar with is |
| 10:00:33 | 16 | drop test, but they do various tests and it changes from year |
| 10:00:36 | 17 | to year to determine the necessary safety requirements for |
| 10:00:41 | 18 | those handguns.  So, if those -- if firearms come in and |
| 10:00:47 | 19 | don't meet those requirements, they do not get approved on |
| 10:00:52 | 20 | this list. |
| 10:00:52 | 21 | **THE COURT:**  And what are the requirements? |
| 10:00:55 | 22 | **THE WITNESS:**  Other than the very safety tests? |
| 10:00:58 | 23 | **THE COURT:**  Other than the drop tests, what other |
| 10:01:00 | 24 | requirements. |
| 10:01:01 | 25 | **THE WITNESS:**  I believe there is a fee that |

10:01:02  1    manufacturers have to pay as well.

10:01:09  2                THE COURT:  Is that it?

10:01:10  3                THE WITNESS:  I know there are some other

10:01:12  4    requirements, but those are the ones I'm most familiar with.

10:01:13  5                THE COURT:  Is California interested in the fees,

10:01:16  6    or is California interested in the safety issue involving

10:01:19  7    certain weapons.

10:01:23  8                THE WITNESS:  I think the priority is the safety,

10:01:24  9    is making sure that they have various safety components to

10:01:29  10   prevent them from accidentally being discharged and then

10:01:33  11   also -- I think that's --

10:01:35  12               THE COURT:  So, each of the weapons on Exhibit

10:01:38  13   No. 16 have failed to comply with the drop test?

10:01:41  14               MR. ROBINSON:  Your Honor, I object to the Court's

10:01:45  15   question.  May we approach?

10:01:47  16               THE COURT:  Yes.

10:01:57  17                    (Sidebar conference.)

10:01:59  18               MR. ROBINSON:  Please excuse me, Your Honor.  My

10:02:01  19   understanding is -- this is he had Robinson on behalf Officer

10:02:05  20   Arao, is that the reason that these are off-roster is because

10:02:07  21   the manufacturer would not pay the lab fees.  I don't know

10:02:10  22   that these have been tested.

10:02:13  23               THE COURT:  Yeah, I don't know if this witness is

10:02:15  24   qualified to offer these opinions.

10:02:19  25               MS. DRAGALIN:  Our position is that he should

10:02:20  1    not -- David Hamilton is our expert.

10:02:24  2              MS. RYKKEN:  He's not an expert on this.  He can

10:02:24  3    say that he went, the roster checked -- if it's on the roster

10:02:29  4    or not, and that's how he got the information.

10:02:29  5              THE COURT:  He didn't say that he's not familiar

10:02:31  6    with this.

10:02:32  7              MS. DRAGALIN:  I think he said he's only familiar

10:02:34  8    with some of the requirements.  I think he's right now talked

10:02:37  9    about --

10:02:38  10             THE COURT:  Let me make it clearer.

10:02:40  11             MR. ROBINSON:  Thank you, Your Honor.

10:02:42  12             Your Honor, can we take a restroom breaks?

10:02:45  13             THE COURT:  Yes, we'll all take one.

10:02:49  14             MR. RODRIGUEZ:  Thank you.

10:02:50  15             (In open court.)

10:02:58  16             THE COURT:  Clarify quickly, and then we're going

10:02:59  17    to it take a restroom break.

10:03:01  18             MS. RYKKEN:  Thank you.

10:03:02  19    BY MS. RYKKEN:

10:03:02  20    Q.    So, you we were discussing the off-roster components.

10:03:03  21    You aren't an expert in how firearms are determined on or

10:03:06  22    off-roster; is that right?

10:03:08  23    A.    I am not.

10:03:09  24    Q.    And so, what you did here is simply check against the

10:03:13  25    California roster or not?

| | | |
|---|---|---|
| 10:03:14 | 1 | A.      Yes, I just went to the California Department of |
| 10:03:16 | 2 | Justice website that lists the firearm roster. |
| 10:03:19 | 3 | Q.      Okay.  Thank you. |
| 10:03:19 | 4 | **THE COURT:**  And with that, we'll take a morning |
| 10:03:22 | 5 | recess.  Please return to the court at 20 after the hour. |
| 10:03:29 | 6 | During our absence, please do not discuss the case with |
| 10:03:31 | 7 | anyone or amongst yourselves.  Thank you. |
| 10:03:34 | 8 | (Recess taken.) |
| 10:03:34 | 9 | (Following proceedings held outside the presence |
| 10:26:46 | 10 | of the jury.) |
| 10:26:46 | 11 | **THE COURT:**  We're back on the record.  The jury is |
| 10:26:49 | 12 | about to be called back into court.  Any additional issues to |
| 10:26:51 | 13 | address? |
| 10:26:51 | 14 | **MR. ROBINSON:**  Your Honor, I think, if I may?  Ed |
| 10:26:53 | 15 | Robinson. |
| 10:26:55 | 16 | **THE COURT:**  Please. |
| 10:26:55 | 17 | **MR. ROBINSON:**  We had some good discussion about |
| 10:26:58 | 18 | our concerns, concerning the Court's questions of this |
| 10:27:01 | 19 | witness, and I've spoken with the government, and they're |
| 10:27:06 | 20 | going to ask some clarifying questions of this officer -- |
| 10:27:10 | 21 | excuse me, this agent. |
| 10:27:12 | 22 | My understanding is those questions are going |
| 10:27:14 | 23 | to be that he does not know the reason why the .38 Supers |
| 10:27:20 | 24 | that are the subject of this criminal case are off-roster.  I |
| 10:27:28 | 25 | would parenthetically add this is not a dangerous weapons |

UNITED STATES DISTRICT COURT

10:27:32  1    case.  It wasn't charged that way, and I think the parties

10:27:32  2    agreed.

10:27:35  3            For instance, if I were to examine this agent

10:27:37  4    or the government's expert about:  Isn't it true -- and I'm

10:27:42  5    using this as a hypothetical, I'm not vouching for the

10:27:45  6    accuracy of what I'm saying -- but isn't it true that the .38

10:27:49  7    Super is off-roster because Colt decided it didn't want to

10:27:53  8    pay the manufacturing fees -- excuse me -- the testing fees

10:27:56  9    purely of economic reasons?

10:27:56  10           That would be a legally irrelevant question,

10:27:59  11   because Officers Arao and Fernandez are only charged with

10:28:04  12   dealing without a license and then a prohibited persons

10:28:08  13   charges for Fernandez.

10:28:09  14           There is nothing about the reason why these

10:28:13  15   guns are off-roster that has any legal relevance to the

10:28:17  16   charges that these officers are facing, and I think the

10:28:21  17   government would agree with me on that.

10:28:24  18           **THE COURT:**  Yes, and then on another note, it was

10:28:26  19   my understanding that in reference to the witness that we

10:28:29  20   have here, that the government was going to bifurcate the

10:28:32  21   questioning, and the first part of the questioning was

10:28:34  22   concerned -- was going to concern only Officer Fernandez and

10:28:39  23   not Officer Arao.  And so the exhibit that we have up

10:28:44  24   here is -- now is an exhibit that concerns -- or is relevant

10:28:49  25   to Officer Arao.

10:28:50  1          **MS. RYKKEN:**  Not quite, Your Honor.  The parties

10:28:52  2   have agreed that we would bifurcate as to counts 1, 2, and 3,

10:28:52  3   which are the dealing counts that they are jointly charged

10:28:57  4   with, and then the second half would be the testimony related

10:29:00  5   to counts 4, 7, 10 and 11.  And those are the counts that

10:29:05  6   relate to straw purchasers and disposing of a firearms to a

10:29:10  7   felon.

10:29:10  8          **THE COURT:**  Are you going to call the officer --

10:29:12  9   or special agent again?

10:29:13  10         **MS. RYKKEN:**  Yes.

10:29:14  11         **THE COURT:**  Okay.

10:29:15  12         **MR. ROBINSON:**  Thank you, Government, for that

10:29:17  13   because it solves to a large degree the severance issue that

10:29:22  14   we had raised pretrial.

10:29:24  15              If the Court is inclined --

10:29:26  16              I objected to your question because I felt

10:29:28  17   like I had to, because I --

10:29:31  18         **THE COURT:**  Look, you don't have to apologize for

10:29:34  19   objecting.

10:29:34  20         **MR. ROBINSON:**  I know, but, respectfully, Your

10:29:35  21   Honor, I think it was soliciting interesting information but

10:29:39  22   information that was legally irrelevant.

10:29:39  23         **THE COURT:**  Okay.

10:29:41  24         **MR. RODRIGUEZ:**  And so it might --

10:29:42  25              I propose this to the government.  I have not

| | | |
|---|---|---|
| 10:29:44 | 1 | given them a chance to speak on this, I'll defer to them |
| 10:29:46 | 2 | obviously, but I think it would be better if you just asked |
| 10:29:49 | 3 | this jury to disregard your questioning of agent and his |
| 10:29:54 | 4 | answers to your questions, because they were questions of |
| 10:29:57 | 5 | interest but are not legally relevant to this case.  I think |
| 10:30:00 | 6 | that would be the better way to do it. |
| 10:30:00 | 7 | **THE COURT:**  Yes, and then the government will |
| 10:30:02 | 8 | clarify. |
| 10:30:03 | 9 | **MS. RYKKEN:**  I would clarify.  And we'd just like |
| 10:30:05 | 10 | to note for the record that the off-roster portion of this |
| 10:30:07 | 11 | case explains how this came unfolded, and that's why we |
| 10:30:13 | 12 | talked about it. |
| 10:30:14 | 13 | **THE COURT:**  Okay.  Let's bring the jury in. |
| 10:30:18 | 14 | (Following proceedings were held in the presence |
| 10:30:37 | 15 | of the jury.) |
| 10:30:38 | 16 | **THE COURT:**  Our jury is reassembling. |
| 10:30:50 | 17 | So, we have our jury assembled with the |
| 10:30:53 | 18 | alternates.  Please have a seat. |
| 10:30:55 | 19 | The government is going to clarify certain |
| 10:30:58 | 20 | issues with this witness based on questions I asked the |
| 10:31:01 | 21 | witness before we took the recess.  In reference to the |
| 10:31:04 | 22 | questions I asked the witness, you should disregard the |
| 10:31:07 | 23 | Court's questions.  They were questions of personal interest. |
| 10:31:11 | 24 | Have nothing to do with -- the responses of the questions |
| 10:31:16 | 25 | have nothing to do with the charges in this case here. |

```
10:31:18   1              And with that, please continue.

10:31:19   2              And how much more do you have of this

10:31:21   3    witness?

10:31:22   4         MS. RYKKEN:  For this portion of the witness, I

10:31:25   5    believe we're probably 75 percent of the way done.

10:31:28   6         THE COURT:  About how much more time?

10:31:33   7         MS. RYKKEN:  About another hour.

10:31:36   8         THE COURT:  Okay, thank you.

10:31:37   9    BY MS. RYKKEN:

10:31:37   10   Q.    So, to clarify the earlier testimony before the break,

10:31:40   11   is the roster of guns the same every year?

10:31:47   12   A.    No, they modified it every year, to the best of my

10:31:50   13   understanding.

10:31:50   14   Q.    And you reviewed the roster from 2015 to 2017?

10:31:54   15   A.    Yes.

10:31:54   16   Q.    And looking at Exhibit 16, those are all Colt .38

10:32:00   17   Supers listed in the off-roster column but different models

10:32:03   18   in the firearm, make and model; is that right?

10:32:07   19   A.    Yes.

10:32:07   20   Q.    And based on your review, have any Colt .38 supers,

10:32:11   21   been on the roster from the time period that you reviewed

10:32:12   22   from 2015 to 2017?

10:32:15   23   A.    I reviewed it farther back than that, but as far as I

10:32:20   24   checked, I did not find a .38 Super that was listed.

10:32:23   25   Q.    And you don't know why the .38 Supers are not on the
```

| | | |
|---|---|---|
| 10:32:27 | 1 | roster, right? |
| 10:32:27 | 2 | A.     I do not. |
| 10:32:28 | 3 | Q.     All right, so, I'd like to go back to this comparison |
| 10:32:30 | 4 | that we have been doing.  On the left is the summary chart of |
| 10:32:36 | 5 | the defendant Arao's purchases and resales, right? |
| 10:32:38 | 6 | A.     Yes. |
| 10:32:38 | 7 | Q.     And on the right is the Form 4473 for one of those |
| 10:32:44 | 8 | purchases, correct? |
| 10:32:44 | 9 | A.     Yes. |
| 10:32:44 | 10 | Q.     So, I just want to highlight the two different serial |
| 10:32:51 | 11 | numbers, and the serial number on the left, right here, |
| 10:32:54 | 12 | that's one -- over here. |
| 10:32:56 | 13 | A.     Yes. |
| 10:32:56 | 14 | Q.     Okay.  And we have already compared the date of |
| 10:33:00 | 15 | purchase and delivery to the defendant Arao, but let's go |
| 10:33:03 | 16 | ahead and -- |
| 10:33:10 | 17 |         So, here for delivery we have 5-14-2016. |
| 10:33:30 | 18 | Okay, and so the purchase date on the first column, it says |
| 10:33:35 | 19 | 5-3-2016, on both documents; is that right? |
| 10:33:39 | 20 | A.     Yes. |
| 10:33:40 | 21 | Q.     And then for the delivery date on the left, what is |
| 10:33:45 | 22 | that? |
| 10:33:48 | 23 | A.     5 -- May 14, 2016. |
| 10:33:52 | 24 | Q.     And on the right in the Form 4473? |
| 10:33:56 | 25 | A.     May 14, 2016. |

| | | |
|---|---|---|
| 10:33:58 | 1 | Q.    And then we will check the resale date.  So, on the |
| 10:34:02 | 2 | left you can keep Exhibit 16, page 1; and on the right |
| 10:34:06 | 3 | Exhibit 31 page 3. |
| 10:34:14 | 4 | On the left is our summary chart; is that |
| 10:34:18 | 5 | right? |
| 10:34:18 | 6 | A.    Yes. |
| 10:34:19 | 7 | Q.    And on the right, what is that document? |
| 10:34:21 | 8 | A.    That's also a chart -- this chart is just listing the |
| 10:34:31 | 9 | AFS records, the transaction records for defendant Arao. |
| 10:34:34 | 10 | Q.    Okay, we have a serial number on the left, that's |
| 10:34:36 | 11 | right -- correct?  Do you see that? |
| 10:34:39 | 12 | A.    Yes. |
| 10:34:39 | 13 | Q.    And that's 38SS05782, and you see the same serial |
| 10:34:46 | 14 | number on the right, in the FFS record? |
| 10:34:49 | 15 | A.    Yes. |
| 10:34:53 | 16 | Q.    And then the resale date, do you see that on the |
| 10:34:56 | 17 | summary chart? |
| 10:34:57 | 18 | A.    Yes. |
| 10:34:57 | 19 | Q.    And what's the date? |
| 10:34:58 | 20 | A.    May 14th, 2016. |
| 10:35:00 | 21 | Q.    And then based on the AFS record, what is the date of |
| 10:35:07 | 22 | resale? |
| 10:35:09 | 23 | A.    May 14th. |
| 10:35:11 | 24 | Q.    And those match? |
| 10:35:12 | 25 | A.    Yes. |

| | | |
|---|---|---|
| 10:35:13 | 1 | Q.    Okay.  So, the date of delivery to Arao on the left, |
| 10:35:18 | 2 | you will highlight that, right there.  Do you see that that's |
| 10:35:23 | 3 | May 14, 2016? |
| 10:35:24 | 4 | A.    Yes. |
| 10:35:25 | 5 | Q.    That's the same as date of resale by defendant Arao on |
| 10:35:29 | 6 | May 14, 2016? |
| 10:35:31 | 7 | A.    Yes. |
| 10:35:31 | 8 | Q.    And so did you go through a similar process for each |
| 10:35:34 | 9 | of the firearms listed in the summary chart at Exhibit 16? |
| 10:35:37 | 10 | A.    Yes. |
| 10:35:38 | 11 | Q.    Can we please pull up Exhibit 12, page 1.  All right, |
| 10:35:57 | 12 | what is this document? |
| 10:35:59 | 13 | A.    This is a similar chart documenting defendant |
| 10:36:06 | 14 | Fernandez's purchases and resales, utilizing same AFS and |
| 10:36:17 | 15 | form 4473 information. |
| 10:36:20 | 16 | Q.    Okay.  And the columns on here are similar to the |
| 10:36:23 | 17 | Exhibit 16 that we just looked at.  And can you just read the |
| 10:36:27 | 18 | columns for the record? |
| 10:36:29 | 19 | A.    "Number overt act, firearm serial number, firearm |
| 10:36:40 | 20 | make/model off-roster, purchased by Fernandez, delivered to |
| 10:36:47 | 21 | Fernandez, resold by Fernandez, dates from delivery to |
| 10:36:54 | 22 | resale." |
| 10:36:54 | 23 | Q.    And do you see that two of the boxes are highlight in |
| 10:36:59 | 24 | the gray? |
| 10:36:59 | 25 | A.    Yes. |

10:36:59  1    Q.    What does that mean?

10:37:03  2    A.    It means there is an absence of records for the

10:37:07  3    delivery date.

10:37:10  4    Q.    And so you couldn't find -- it was in the Form 4473?

10:37:14  5    A.    Correct.  We just -- we did not find the 4473.

10:37:19  6    Q.    Okay.  And so, instead -- can you just read below what

10:37:23  7    that means?

10:37:24  8    A.    "Days in gray signify absence of records showing the

10:37:28  9    delivery date and instead use 10 days after the purchase

10:37:32  10   date, the minimum waiting period."

10:37:36  11   Q.    Thank you.  Okay, so, we will go just through one of

10:37:43  12   the of these transactions, like we did with defendant Arao,

10:37:48  13   to explain how we got all of this information.

10:37:51  14               Let's go to page -- Exhibit 27, page 19.  And

10:37:56  15   you testified earlier that Exhibit 27 is the collection of

10:38:00  16   the Form 4473 for defendant Fernandez?

10:38:04  17   A.    Yes.

10:38:08  18   Q.    Okay, and this is one of those forms, 4473?

10:38:17  19   A.    Yes.

10:38:17  20   Q.    Can you just highlight the name and Question 11?

10:38:24  21               And who is the name of the transferee?

10:38:26  22   A.    Defendant Fernandez.

10:38:28  23   Q.    And question 11A, which is the certification about

10:38:31  24   being the actual purchaser, is that check marked "yes"?

10:38:34  25   A.    Yes.

| | | |
|---|---|---|
| 10:38:34 | 1 | Q.      Can you go to page 21? |
| 10:38:39 | 2 | This is page 2 of the form 4473? |
| 10:38:42 | 3 | A.      Yes. |
| 10:38:42 | 4 | Q.      And do you see the similar certification at the top, |
| 10:38:46 | 5 | certifying that their answers to Section A are true and |
| 10:38:49 | 6 | correct.  Do you see that? |
| 10:38:49 | 7 | A.      Yes. |
| 10:38:50 | 8 | Q.      And is that signed? |
| 10:38:51 | 9 | A.      Yes. |
| 10:38:51 | 10 | Q.      And dated? |
| 10:38:53 | 11 | A.      Yes, it is. |
| 10:38:54 | 12 | Q.      What is the date? |
| 10:38:55 | 13 | A.      January 20th, 2016. |
| 10:38:57 | 14 | Q.      And at the bottom, do you see the second signature? |
| 10:39:01 | 15 | A.      Yes. |
| 10:39:02 | 16 | Q.      And is this the signature for pickup of the firearm |
| 10:39:06 | 17 | approximately 10 days later? |
| 10:39:08 | 18 | A.      Yes. |
| 10:39:09 | 19 | Q.      And what is the date? |
| 10:39:11 | 20 | A.      January 31, 2016. |
| 10:39:14 | 21 | Q.      So, let's compare the Form 4473 to the summary chart. |
| 10:39:20 | 22 | So, on the left, on Exhibit 12, page 1, and Exhibit 27 page |
| 10:39:26 | 23 | 21 on the right. |
| 10:39:29 | 24 | Okay.  So, we're doing the first one that's |
| 10:39:44 | 25 | listed here.  So, the date of purchase here on the left, can |

10:39:51  1    you see that?

10:39:51  2    A.     Yes.

10:39:51  3    Q.     What's the date of purchase in the summary chart?

10:39:54  4    A.     January 20th, 2016.

10:39:56  5    Q.     And on the right on the Form 4473, does that match?

10:40:00  6    A.     Yes.

10:40:01  7    Q.     Okay, and then the date of delivery to defendant

10:40:05  8    Fernandez on the left, can you read that, in the summary

10:40:08  9    chart?

10:40:08  10   A.     Yes.

10:40:08  11   Q.     What is that?

10:40:09  12   A.     January 31, 2016.

10:40:13  13   Q.     And does that match the date that's highlighted in

10:40:16  14   yellow on the bottom right, on the Form 4473?

10:40:19  15   A.     Yes.

10:40:23  16   Q.     We'll continue to keep Exhibit 12-1 on the right and

10:40:28  17   27, page 22 on the right.  Okay, so, let's compare the serial

10:40:35  18   number.  So, on the left in the summary chart, can you read

10:40:42  19   the serial number?

10:40:44  20   A.     CSC034.

10:40:47  21   Q.     Okay, and on the right on the Form 4473, it's been

10:40:51  22   highlighted, is that the same serial number?

10:40:53  23   A.     Yes.

10:40:54  24   Q.     Okay.  And on the form -- I'm sorry -- the make and

10:41:03  25   model on this firearm on the summary chart, what is that?

10:41:07  1    A.     Colt Commander .38.

10:41:09  2    Q.     Okay, and then on the right in the Form 4473, is that

10:41:14  3    the same make and model?

10:41:17  4    A.     Commander.

10:41:18  5    Q.     And the caliber is the .38 Super?

10:41:21  6    A.     Yes.

10:41:27  7    Q.     And then finally, let's go through the person that is

10:41:32  8    transferring the gun.  What is the entity that completed the

10:41:36  9    paperwork on the right side of the Form 4473?

10:41:39  10   A.     Ronin Tactical Group.

10:41:42  11   Q.     Okay.  And who signed on behalf of Ronin Tactical

10:41:45  12   Group?

10:41:45  13   A.     Defendant Arao.

10:41:47  14   Q.     Okay, and then our last column, resold by defendant

10:41:50  15   Fernandez.  Let's go ahead and clear the highlighting.  On

10:41:57  16   the left we'll have Exhibit 12, page 1, and on the right

10:42:00  17   Exhibit 29, page 2.

10:42:04  18            So, on the left we have the summary chart,

10:42:07  19   and on the right, what is that?

10:42:09  20   A.     On the right are -- it's for the AFS records for

10:42:15  21   defendant Fernandez.

10:42:16  22   Q.     Okay.  And then --

10:42:24  23            Okay, so, do you see the serial number on the

10:42:28  24   left?

10:42:28  25   A.     Yes.

10:42:29  1    Q.    Okay, CFP034.  And on the right, do you see the two
10:42:34  2    places it says "AFS records"?
10:42:38  3    A.    Yes, I do so.
10:42:38  4    Q.    And so the first one is date of purchase, what is
10:42:41  5    that?
10:42:41  6    A.    January 20, 2016.
10:42:43  7    Q.    And does that match the summary chart from the left?
10:42:47  8    A.    Yes.
10:42:47  9    Q.    Okay.  And then finally, the date of resale in the
10:42:50  10   summary chart, what is that?
10:42:52  11   A.    February 4th, 2016.
10:42:55  12   Q.    And then to compare to the AFS record, what is the
10:42:59  13   date of resale?
10:43:03  14   A.    February 4, 2016.
10:43:04  15   Q.    And those dates are the same?
10:43:08  16   A.    Yes.
10:43:08  17   Q.    Next I'm going to show you what's been admitted as
10:43:24  18   Exhibit 13.  What is this document?
10:43:29  19   A.    This is a chart for Fernandez displaying the days from
10:43:38  20   delivery to resale.  It's a bar graph.
10:43:41  21   Q.    And then let's look at the chart at the top first.
10:43:48  22   Was this information taken from the summary charts, the AFS
10:43:52  23   records and the Form 4473s?
10:43:55  24   A.    Yes, it is.
10:43:55  25   Q.    Okay.  So, the first column on the left, what does

| | | |
|---|---|---|
| 10:43:58 | 1 | that say? |
| 10:43:59 | 2 | A.    "Time in Fernandez's possession." |
| 10:44:04 | 3 | Q.    And it lists the different time frames.  Can you read |
| 10:44:08 | 4 | those? |
| 10:44:08 | 5 | A.    "30 days or less, 60 days or less, six months or less, |
| 10:44:15 | 6 | one year or less, more than one year." |
| 10:44:19 | 7 | Q.    And then column No. 2 is the number of firearms? |
| 10:44:22 | 8 | A.    Yes. |
| 10:44:22 | 9 | Q.    And then the far right column says:  Percentage of |
| 10:44:26 | 10 | total firearms. |
| 10:44:27 | 11 | A.    Yes. |
| 10:44:28 | 12 | Q.    Percentage of -- |
| 10:44:30 | 13 |       Okay, how many firearms did defendant |
| 10:44:33 | 14 | Fernandez have for 30 days or less? |
| 10:44:35 | 15 | A.    Ten. |
| 10:44:36 | 16 | Q.    How many does he have for less than 60 days? |
| 10:44:41 | 17 | A.    Twenty. |
| 10:44:42 | 18 | Q.    And how many firearms for six months or less? |
| 10:44:45 | 19 | A.    Twenty-eight. |
| 10:44:46 | 20 | Q.    And how many for a year or less? |
| 10:44:48 | 21 | A.    Thirty-two. |
| 10:44:49 | 22 | Q.    And so on the right the total number of firearms he |
| 10:44:52 | 23 | has for year or less 71 percent? |
| 10:45:01 | 24 | A.    Yes. |
| 10:45:01 | 25 | Q.    Okay.  Go ahead and zoom back out. |

10:45:03  1          This is the same information you just

10:45:05  2   testified about, the display and the bar graph form; is that

10:45:10  3   right?

10:45:10  4   A.     Yes.

10:45:10  5   Q.     Okay.  Next one to show you is exhibit 14 which has

10:45:20  6   been previously admitted.  Okay, what is this?

10:45:24  7   A.     This is the -- whether the firearms for defendant

10:45:30  8   Fernandez -- that's the graph showing, whether they're on or

10:45:35  9   off-roster firearms.

10:45:36  10  Q.     Okay, and how many total firearms did defendant

10:45:38  11  Fernandez sell?

10:45:40  12  A.     Forty-five.

10:45:41  13  Q.     And of that 45, how many were off-roster?

10:45:45  14  A.     Ninety-six percent.

10:45:46  15  Q.     And of those, how many were on roster or NA?

10:45:52  16  A.     Two.

10:45:56  17  Q.     I'm going to show you Exhibit 16.  Can you read the

10:46:04  18  title?

10:46:04  19  A.     "Fernandez purchases and resales, organized by firearm

10:46:10  20  make/model."

10:46:13  21  Q.     So, the information here, is this the same information

10:46:18  22  that was in some of the previous summary charts?

10:46:24  23  A.     Yes.

10:46:24  24  Q.     Okay.  And this was different because this was

10:46:27  25  organized a little bit differently.  Is that right?

| | | |
|---|---|---|
| 10:46:28 | 1 | A.      Yes, just organized by make/model. |
| 10:46:33 | 2 | Q.      Okay.  So, the first appears six firearms, those are |
| 10:46:35 | 3 | not Colt firearms, correct? |
| 10:46:37 | 4 | A.      Yes. |
| 10:46:37 | 5 | Q.      What about the next 7 through 12?  Are those -- |
| 10:46:44 | 6 | What kind of firearm are those? |
| 10:46:46 | 7 | A.      Those are Colt .38 pistols. |
| 10:46:52 | 8 | Q.      Of various makes and models? |
| 10:46:54 | 9 | A.      Yes. |
| 10:46:54 | 10 | Q.      On page 2, what kind of firearm is it for numbers 13 |
| 10:47:00 | 11 | through 24? |
| 10:47:02 | 12 | A.      Colt .38 pistols. |
| 10:47:04 | 13 | Q.      And it appears these are all similar version of 1911? |
| 10:47:10 | 14 | A.      Yes. |
| 10:47:10 | 15 | Q.      And in the middle, just to clarify, 18, 19 and 24 |
| 10:47:13 | 16 | appear to be Colt .35s and not .38s. |
| 10:47:17 | 17 | A.      Oh.  Apologize.  Yes. |
| 10:47:19 | 18 | Q.      Page 3.  Items 25 through 36, are these various makes |
| 10:47:28 | 19 | and models of Colt firearms? |
| 10:47:30 | 20 | A.      Yes. |
| 10:47:30 | 21 | Q.      And finally on page 4, items 37 through 43, are those |
| 10:47:36 | 22 | also various Colt models? |
| 10:47:40 | 23 | A.      Yes. |
| 10:47:40 | 24 | Q.      And the final 244 and 45, are -- what are those? |
| 10:47:48 | 25 | A.      Those are -- |

```
10:47:49   1                    Which two?
10:47:50   2    Q.    44 and 45?
10:47:53   3    A.    A Remington 870 shotgun, and then I believe a SIG
10:48:05   4    Sauer handgun.
10:48:05   5    Q.    Let's go to defendant Arao.  I'm going to show you
10:48:08   6    Exhibit 17.  Can you read the title?
10:48:16   7    A.    "Arao days from delivery to resale."
10:48:21   8    Q.    And the column on the left, what does that read?
10:48:23   9    A.    "Time in Arao's possession."
10:48:25   10   Q.    And there is 14 days or less.  How many firearms did
10:48:30   11   defendant Arao have more than 14 days?
10:48:33   12   A.    Twelve.
10:48:34   13   Q.    For fewer than 30 days?
10:48:36   14   A.    Eighteen.
10:48:38   15   Q.    Fewer than 60 days?
10:48:40   16   A.    Twenty-two.
10:48:42   17   Q.    Six months or less?
10:48:44   18   A.    Thirty-eight.
10:48:45   19   Q.    One year or less?
10:48:47   20   A.    Forty-one.
10:48:47   21   Q.    What percentage?
10:48:47   22   A.    100 percent.
10:48:55   23   Q.    And the bottom half is the bar graph displaying
10:48:58   24   similar information; is that right?
10:49:00   25   A.    Yes.
```

UNITED STATES DISTRICT COURT

10:49:01  1    Q.    Next I'm going to show you Exhibit 18, and what is

10:49:07  2    that?  Can you read the title?

10:49:09  3    A.    "Arao roster status."

10:49:12  4    Q.    And what does the chart show?

10:49:17  5    A.    It lists the firearms that were sold by Arao,

10:49:26  6    distinguishing which ones were on roster and off-roster.

10:49:29  7    Q.    And how many were off roster?

10:49:31  8    A.    A hundred percent.

10:49:40  9    Q.    I'm going to show you next what's been previously

10:49:42  10   admitted as Exhibit 19.  What is this?  Can you read the

10:49:48  11   title?

10:49:54  12   A.    This is for defendant Arao:  "Multiple firearms

10:49:58  13   purchased on the same day."

10:49:58  14   Q.    So, there are three columns, the first column on the

10:50:01  15   left?

10:50:02  16   A.    Date.

10:50:03  17   Q.    And the second column?

10:50:04  18   A.    Number of firearms.

10:50:07  19   Q.    And on the right the make and model?

10:50:09  20   A.    Yes.

10:50:25  21   Q.    So, the information here is from Form 4473s that

10:50:30  22   were -- that had more than one firearm on the same day?

10:50:34  23   A.    Yes.

10:50:34  24   Q.    So, for example, on the first one, the date of May 28,

10:50:39  25   2015, how many firearms are listed?

| | | |
|---|---|---|
| 10:50:44 | 1 | A.    Two. |
| 10:50:44 | 2 | Q.    And on the second day, on the October 22, 2015? |
| 10:50:50 | 3 | A.    Five. |
| 10:50:51 | 4 | Q.    Okay.  And similar information is contained in the |
| 10:50:53 | 5 | column. |
| 10:50:54 | 6 | A.    Yes. |
| 10:50:54 | 7 | Q.    I'm going to show you Exhibit 33, which has been |
| 10:51:01 | 8 | previously admitted.  Can you read the title? |
| 10:51:06 | 9 | A.    "Fernandez transfers through Ronin Tactical." |
| 10:51:12 | 10 | Q.    And as to the three columns, what are the three |
| 10:51:15 | 11 | columns? |
| 10:51:15 | 12 | A.    "Off-roster status, number of firearms, percentage of |
| 10:51:21 | 13 | total." |
| 10:51:21 | 14 | Q.    It appears in the exhibit that the first column, the |
| 10:51:38 | 15 | off-roster status -- it should be "purchase or transfers," is |
| 10:51:43 | 16 | that right? |
| 10:51:43 | 17 | **MR. RODRIGUEZ:**  Objection.  Leading. |
| 10:51:45 | 18 | **THE COURT:**  It's clarification. |
| 10:51:48 | 19 | BY MS. RYKKEN: |
| 10:51:48 | 20 | Q.    Do you see that column No. 1 is called off-roster |
| 10:51:52 | 21 | status -- |
| 10:51:53 | 22 | A.    Yes. |
| 10:51:53 | 23 | Q.    That's inaccurate? |
| 10:51:54 | 24 | A.    Yes. |
| 10:51:54 | 25 | Q.    It should instead say -- |

| | | |
|---|---|---|
| 10:51:57 | 1 | **THE COURT:**  Ask him:  What should it say? |
| 10:52:00 | 2 | BY MS. RYKKEN: |
| 10:52:00 | 3 | Q.    Yeah, what should it instead state? |
| 10:52:04 | 4 | A.    It's listing whether the purchases and/or sales of |
| 10:52:13 | 5 | firearms by Mr. -- by defendant Fernandez were through Ronin |
| 10:52:23 | 6 | Tactical or -- were through Ronin Tactical. |
| 10:52:26 | 7 | Q.    So, the first row, what does that read? |
| 10:52:28 | 8 | A.    "Purchase through Ronin Tactical." |
| 10:52:31 | 9 | Q.    And the second? |
| 10:52:33 | 10 | A.    "Sales through Ronin Tactical." |
| 10:52:36 | 11 | Q.    And then the third? |
| 10:52:39 | 12 | A.    "Purchase or sales through Ronin Tactical." |
| 10:52:42 | 13 | Q.    So the third row, is that a combination of the first |
| 10:52:46 | 14 | two? |
| 10:52:47 | 15 | A.    Yes. |
| 10:52:47 | 16 | Q.    And how many firearms were purchased or sold through |
| 10:52:53 | 17 | Ronin Tactical from defendant Fernandez? |
| 10:52:57 | 18 | A.    Sorry, that's for the number or the percentage? |
| 10:53:00 | 19 | Q.    The number? |
| 10:53:01 | 20 | A.    Twenty-six. |
| 10:53:02 | 21 | Q.    And what's the percentage? |
| 10:53:04 | 22 | A.    Fifty-eight percent. |
| 10:53:14 | 23 | Q.    Did you investigate the pricing of the firearms |
| 10:53:18 | 24 | charged in this case? |
| 10:53:20 | 25 | A.    Yes. |

10:53:20  1    Q.    I think at this time the government would request the

10:53:25  2    Court to read Jury Instruction No. 17 which is the limiting

10:53:29  3    instruction on evidence for a limited purpose, counsel for

10:53:33  4    Defendant Arao was is to modify that.

10:53:39  5              MR. ROBINSON:  May we have a moment, please.

10:53:55  6              (Discussion off the record.)

10:54:09  7              MS. RYKKEN:  Okay, with respect to the following

10:54:10  8    exhibits, Your Honor, exhibits 102A and 102B, could you read

10:54:15  9    proposed Jury Instruction No. 17?

10:54:17  10             THE COURT:  It hasn't been modified.

10:54:19  11             (Discussion off the record.)

10:54:20  12             THE COURT:  I don't have a modified version.

10:54:26  13             (Discussion off the record.)

10:54:30  14             MS. RYKKEN:  The proposed jury instruction would

10:54:32  15   be that these recordings were only to be admitted against

10:54:35  16   defendant Arao and not against defendant Fernandez.

10:54:38  17             MR. ROBINSON:  And we would agree with that, Your

10:54:40  18   Honor.

10:54:40  19             MR. RODRIGUEZ:  As would I, Your Honor.

10:54:42  20             THE COURT:  So, this is Exhibit 10 --

10:54:45  21             MS. RYKKEN:  102A and 102B.

10:54:51  22             THE COURT:  That would be the instruction of the

10:54:52  23   Court.  Go ahead.

10:54:54  24   BY MS. RYKKEN:

10:54:55  25   Q.    So, during the course of your investigation, did you

| | | |
|---|---|---|
| 10:54:58 | 1 | then interview Defendant Arao? |
| 10:55:01 | 2 | A.    Yes. |
| 10:55:01 | 3 | Q.    When? |
| 10:55:03 | 4 | A.    I believe it was September 25th, 2017. |
| 10:55:09 | 5 | Q.    And was that interview recorded? |
| 10:55:11 | 6 | A.    Yes. |
| 10:55:11 | 7 | Q.    In preparation for this trial did you review the audio |
| 10:55:16 | 8 | clips that have been marked as exhibits 102A and 102B? |
| 10:55:20 | 9 | A.    Yes. |
| 10:55:20 | 10 | Q.    And what are those? |
| 10:55:23 | 11 | I'm sorry, I will take that back. |
| 10:55:25 | 12 | Did you participate in this interview? |
| 10:55:26 | 13 | A.    Yes. |
| 10:55:26 | 14 | Q.    And are the clips accurate reflections of that |
| 10:55:30 | 15 | interview? |
| 10:55:30 | 16 | A.    Yes. |
| 10:55:30 | 17 | **MS. RYKKEN:**  Okay, the government moves to admit |
| 10:55:34 | 18 | exhibits 102 and 102B. |
| 10:55:36 | 19 | **MR. ROBINSON:**  No objection. |
| 10:55:38 | 20 | **MR. RODRIGUEZ:**  No objection. |
| 10:55:39 | 21 | **THE COURT:**  One moment. |
| 10:55:39 | 22 | BY MS. RYKKEN: |
| 10:55:46 | 23 | Q.    All right -- |
| 10:55:47 | 24 | **THE COURT:**  Yeah, are you going to play the |
| 10:55:49 | 25 | recording. |

| | |
|---|---|
| 10:55:50 | 1 |
| 10:55:52 | 2 |
| 10:55:57 | 3 |
| 10:55:34 | 4 |
| 10:56:04 | 5 |
| 10:56:06 | 6 |
| 10:56:06 | 7 |
| 10:56:14 | 8 |
| 10:56:16 | 9 |
| 10:56:18 | 10 |
| 10:56:20 | 11 |
| 10:56:22 | 12 |
| 10:56:25 | 13 |
| 10:56:29 | 14 |
| 10:56:31 | 15 |
| 10:56:34 | 16 |
| 10:56:39 | 17 |
| 10:56:39 | 18 |
| 10:56:41 | 19 |
| 10:56:44 | 20 |
| 10:57:55 | 21 |
| 10:57:55 | 22 |
| 10:58:05 | 23 |
| 10:58:07 | 24 |
| 10:58:09 | 25 |

1    The exhibits are received.  No objection.

2    And again just to repeat for emphasis, these -- this exhibit

3    is only received and limited to defendant, Officer Arao.

4         (Exhibit Nos. 102 and 102B received into evidence.)

5         **MS. RYKKEN:**  Okay.  I'm going to play for you

6    Exhibit 102A.

7         (Discussion held off the record.)

8         **MS. RYKKEN:**  Okay, the government also asks the

9    Court to instruct the jury --

10        **THE COURT:**  Yes, I'll do that.

11        So, is we have a recording, and we have a

12   transcript.  The evidence is the recording itself.  The

13   transcript is offered or given to you to assist you in

14   understanding what's on the recording.  If there is a

15   difference in what you hear between the recording and the

16   transcript, the recording controls, the recording is the

17   evidence.

18   BY MS. RYKKEN:

19   Q.    Go ahead and play Exhibit 102A.

20        (Audio CD played.)

21   BY MS. RYKKEN:

22   Q.    And then we can also play the second clip, exhibit.

23        All right, in this clip that you just heard

24   is that defendant Arao speaking?

25   A.    Yes.

10:58:11    1            **MS. RYKKEN:**  We'll play 102B.

10:58:16    2                 (Audio CD played.)

10:59:23    3    BY MS. RYKKEN:

10:59:23    4    Q.    Again, is that defendant Arao's voice, throughout the

10:59:28    5    audio clip?

10:59:29    6    A.    As well as myself.

10:59:30    7    Q.    And with Special Agent Duncan there as well?

10:59:33    8    A.    Yes.

10:59:34    9    Q.    All right.  So, to investigate the pricing of the

10:59:38   10    various arms charge in this case, what kind of records did

10:59:40   11    you obtain?

10:59:41   12    A.    I contacted various FFLs that sold the defendants

10:59:52   13    firearms, got some receipts.  I also obtained gun broker

11:00:00   14    records which had some pricing information.

11:00:03   15    Q.    And on that exhibit, 35 through 39 and 106 which had

11:00:09   16    previously been admitted; is that right?

11:00:12   17    A.    Yes.

11:00:13   18    Q.    Did you also look at any advertised prices?

11:00:19   19    A.    Yes.  I -- I looked through the Instagram records we

11:00:24   20    received for defendants Fernandez's Instagram accounts and

11:00:31   21    went through how much firearms were being advertised for.

11:00:35   22    Q.    And that's in Exhibit 53 through 59 which have also

11:00:38   23    been previously admitted?

11:00:42   24    A.    Yes.

11:00:42   25    Q.    Is that right?

| | | |
|---|---|---|
| 11:00:43 | 1 | A.      Yes. |
| 11:00:43 | 2 | Q.      Okay.  Can you turn to Tab 34 in your binder? |
| 11:01:07 | 3 | Okay, I'm sorry, on the record we have given |
| 11:01:09 | 4 | the defendants an updated copy of this exhibit, and the Court |
| 11:01:12 | 5 | as well? |
| 11:01:13 | 6 | THE COURT:  What number again? |
| 11:01:15 | 7 | MS. RYKKEN:  Exhibit 34. |
| 11:01:17 | 8 | THE COURT:  No. 34? |
| 11:01:18 | 9 | MS. RYKKEN:  Yeah. |
| 11:01:19 | 10 | MR. ROBINSON:  That's correct, Your Honor.  Thank |
| 11:01:21 | 11 | you. |
| 11:01:25 | 12 | MR. RODRIGUEZ:  May I have one moment, Your Honor? |
| 11:01:28 | 13 | THE COURT:  Yes. |
| 11:01:34 | 14 | (Discussion off the record.) |
| 11:01:35 | 15 | MR. RODRIGUEZ:  I have it. |
| 11:01:43 | 16 | BY MS. RYKKEN: |
| 11:01:44 | 17 | Q.      Do you see the document in front of you, Agent Hart? |
| 11:01:47 | 18 | A.      Yes. |
| 11:01:47 | 19 | Q.      What is the document? |
| 11:01:49 | 20 | A.      This is a summary chart that was firearm -- firearm |
| 11:02:04 | 21 | transfers or purchases of firearms made by defendants Arao |
| 11:02:10 | 22 | and Fernandez.  It lists the serial numbers and the make and |
| 11:02:17 | 23 | model for the firearms purchased, and then also shows the |
| 11:02:23 | 24 | purchase price that was paid based on records I received as |
| 11:02:33 | 25 | well as the advertised price that I located on Instagram. |

11:02:39   1          **MS. RYKKEN:**  The government moves to admit Exhibit

11:02:42   2    34.

11:02:42   3          **THE COURT:**  Any objection?

11:02:43   4          **MR. ROBINSON:**  On behalf of Officer Arao, no, Your

11:02:47   5    Honor.

11:02:47   6          **MR. RODRIGUEZ:**  On behalf of Officer Fernandez

11:02:50   7    yes, Your Honor, I do -- I filed my objection previously.

11:02:54   8          **THE COURT:**  Objection will be overruled.  But let

11:02:57   9    me read an instruction to the jury.

11:02:58   10         This evidence is a summary chart which has

11:03:01   11   been received into evidence.  Charts are only as good as

11:03:05   12   their underlying supporting material.  You should give them

11:03:08   13   only such weight as you think the underlying material

11:03:12   14   deserves.

11:03:12   15         With that, you can proceed.

11:03:14   16         (Exhibit No. 34 received into evidence.)

11:03:14   17   BY MS. RYKKEN:

11:03:15   18   Q.    Okay.

11:03:15   19         Can you display Exhibit 34 on the screen?

11:03:16   20         Is this the exhibit 33 [sic] on the screen,

11:03:18   21   is that what you were testifying about?

11:03:23   22   A.    Yes.

11:03:29   23   Q.    So, let's go through the -- just the first two rows,

11:03:32   24   so we can show the jury how we put this together.  So, can

11:03:37   25   you read the first two serial numbers?

| | | |
|---|---|---|
| 11:03:40 | 1 | A.     AZC0111.  CMX0090. |
| 11:03:51 | 2 | Q.     I'm going to show you what's previously been admitted |
| 11:03:55 | 3 | as Exhibit 35, page 9. |
| 11:04:05 | 4 |                   Okay, what is this record? |
| 11:04:07 | 5 | A.     That's a bill of sale from an FFL Kirkpatrick |
| 11:04:17 | 6 | Collector of Arms in Prescott, Arizona. |
| 11:04:22 | 7 | Q.     And who is the customer? |
| 11:04:25 | 8 | A.     Eddie Arao. |
| 11:04:27 | 9 | Q.     And it has two guns it looks like in the description. |
| 11:04:31 | 10 | Can you read those? |
| 11:04:33 | 11 | A.     AZC011, CMX0090. |
| 11:04:41 | 12 | Q.     And what was the purchase price for the first gun? |
| 11:04:46 | 13 | A.     $4,950. |
| 11:04:49 | 14 | Q.     And for CMX, what is the purchase price? |
| 11:04:53 | 15 | A.     4500. |
| 11:04:54 | 16 | Q.     So, on the left screen, can you put up Exhibit 34-1, |
| 11:05:00 | 17 | and on the left, Exhibit 35 page 9. |
| 11:05:07 | 18 |                   So I want to confirm that these are the same |
| 11:05:10 | 19 | guns and this is how you obtained the information.  So on the |
| 11:05:13 | 20 | left screen on the summary chart, do you see the first serial |
| 11:05:17 | 21 | number? |
| 11:05:17 | 22 | A.     Yes. |
| 11:05:18 | 23 | Q.     Okay, and on the -- on the right, the serial number, |
| 11:05:23 | 24 | do those match? |
| 11:05:24 | 25 | A.     Yes. |

11:05:24  1    Q.    And it's the same for the second serial number,

11:05:31  2    CMX0090, does that also appear in the invoice on the

11:05:34  3    right-hand side?

11:05:35  4    A.    Yes.

11:05:37  5    Q.    Okay.  And let's do the purchase price.  So, on the

11:05:45  6    left for the first firearm, for the AZC0111, it lists the

11:05:48  7    price of 4950, and on the right-hand side an invoice, does

11:05:53  8    that amount match?

11:05:54  9    A.    Yes.

11:05:55  10   Q.    Okay.  For the second firearm, CMX0090, the purchase

11:06:03  11   price in your summary chart 4500.  Did that match the amount

11:06:07  12   on the voice you received?

11:06:08  13   A.    Yes.

11:06:08  14   Q.    On the right.  And based on your knowledge of this

11:06:14  15   investigation, what kinds of guns are these two?

11:06:17  16   A.    My understanding is they're Colt .30 Super Azteca

11:06:24  17   pistols.

11:06:31  18   Q.    Next, let's go through the advertised price on the, on

11:06:36  19   the left we can keep 34-1, and on the right 53A. On the right

11:06:58  20   could you do 53-1?

11:07:14  21              Okay, so, on the right side, what is the --

11:07:16  22   what is that document?

11:07:18  23   A.    It's a record from Instagram.

11:07:22  24   Q.    Okay.  And what does the image show?

11:07:26  25   A.    Two pistols.

11:07:28  1    Q.    Okay.  Can you tell from the photo what kind of

11:07:31  2    pistols those are?

11:07:34  3    A.    I believe they're .38 Super Aztecas.

11:07:43  4          **MR. RODRIGUEZ:**  I'm sorry, counsel, can you go

11:07:47  5    back.

11:07:49  6          (Discussion off the record.)

11:07:51  7          **MR. RODRIGUEZ:**  Thank you.

11:07:53  8    BY MS. RYKKEN:

11:07:53  9    Q.    And then on the right hand --

11:07:54  10          It appears -- that's on page 2, is in

11:07:57  11   Spanish; is that right?

11:08:03  12   A.    Yes.

11:08:04  13   Q.    Okay.  So, we will put the translation of this, which

11:08:08  14   has been previously admitted.  It is Exhibit 53A.  So on the

11:08:13  15   left it will be 34-1 and on the right 53-A.

11:08:19  16          So, on the right, can you read the date?

11:08:26  17   A.    March 16, 2016.

11:08:29  18   Q.    And does the date from Instagram record March 16, 2016

11:08:34  19   match the date in your chart?

11:08:37  20   A.    Yes.

11:08:37  21   Q.    Okay.  And then can you read the message -- the two

11:08:41  22   messages that are listed in the translation?

11:08:44  23   A.    "Friend, how much for the Aztecas?"

11:08:48  24   Q.    And what is the response from the38superman?

11:08:51  25   A.    14,000.  They're being sold only as a pair.

11:08:55  1   Q.    And so the amount that appears, the advertised price,

11:08:58  2   in your summary chart of 14,000, is that taken from the

11:09:02  3   Instagram record on the right?

11:09:04  4   A.    Yes.

11:09:08  5   Q.    And based on your investigation, were you able to

11:09:11  6   match the guns that we saw on the photo?

11:09:13  7            MR. RODRIGUEZ:  I apologize, Your Honor.  I'm

11:09:15  8   going to object to the last question.

11:09:16  9            Counsel said "sold for" as opposed to

11:09:20  10  "advertised."  There is no evidence that they were sold.

11:09:23  11           THE COURT:  You can clarify, please.

11:09:25  12           MS. RYKKEN:  Okay.  I apologize.

11:09:26  13  BY MS. RYKKEN:

11:09:26  14  Q.    The amounts listed in the chart on the left in 34-1 is

11:09:32  15  that the advertised price?

11:09:33  16  A.    Yes.

11:09:33  17  Q.    The 14,000?

11:09:34  18  A.    Yes.

11:09:35  19  Q.    Okay.  And on the right in the translation $14,000 is

11:09:38  20  also an advertised price?

11:09:41  21  A.    Yes.

11:09:43  22  Q.    And then based on your investigation, were you able to

11:09:46  23  identify the guns in the photo that we saw in 53B to the

11:09:51  24  guns, the Azteca C0111 and CMX0090?

11:09:59  25  A.    I didn't base it on the photo, I based it on the model

11:10:04  1    type, the Azteca.  I went through AFS records to see which

11:10:11  2    Aztecas were, if any, were in possession of either defendant

11:10:18  3    during -- on this date.

11:10:20  4    Q.    And did the defendant Fernandez have any Aztecas in

11:10:25  5    his possession according to the AFS records?  At this time?

11:10:30  6    A.    Umm -- I -- I don't believe so.

11:10:32  7    Q.    And did the defendant Arao have any Aztecas on his

11:10:35  8    possession, according to the AFS records?

11:10:37  9    A.    I believe so.

11:10:38  10   Q.    And was it these two firearms listed in the chart on

11:10:46  11   341AC C0111 CMX0090?

11:10:53  12   A.    Yes.

11:10:54  13   Q.    Okay, next I'm going to show you Exhibit 31, page 2.

11:11:10  14                  And you previously testified that this is the

11:11:12  15   AFS record listing all of the firearm sales by defendant

11:11:17  16   Arao, purchases and sales?

11:11:18  17   A.    Yes.

11:11:19  18   Q.    So, highlighted here are two serial numbers.  Can you

11:11:27  19   read those two serial numbers?

11:11:28  20   A.    CMX0090.

11:11:33  21   Q.    And the second one?

11:11:34  22   A.    AZC0111.

11:11:39  23   Q.    And so this is the purchase date for these two

11:11:42  24   firearms.  I'm sorry, this is the serial number.  And then

11:11:45  25   can you read the purchase date?

| | | |
|---|---|---|
| 11:11:49 | 1 | A.     March 10th, 2016. |
| 11:11:51 | 2 | Q.     And that matches the purchase date in the summary |
| 11:11:53 | 3 | chart that we just looked at? |
| 11:11:56 | 4 | A.     Yes. |
| 11:11:56 | 5 | Q.     Can you see page 3 of Exhibit 31? |
| 11:12:03 | 6 | And then -- can you read the serial number? |
| 11:12:13 | 7 | A.     CMX0090. |
| 11:12:16 | 8 | Q.     And what is the date of transaction? |
| 11:12:20 | 9 | A.     May 26, 2016. |
| 11:12:22 | 10 | Q.     And to whom was the gun transferred according to the |
| 11:12:25 | 11 | AFS records? |
| 11:12:26 | 12 | A.     Samuel Chaidez. |
| 11:12:36 | 13 | Q.     Please go back to page 2, 31 page 2, and then |
| 11:12:44 | 14 | highlight the bottom. |
| 11:12:45 | 15 | Do you see that what's highlighted?  Can you |
| 11:12:48 | 16 | read the serial number? |
| 11:12:49 | 17 | A.     AZC0111. |
| 11:12:53 | 18 | Q.     And what's the date of traction? |
| 11:12:54 | 19 | A.     April 23, 2016. |
| 11:12:58 | 20 | Q.     To whom was it sold? |
| 11:13:00 | 21 | A.     Jose Villar. |
| 11:13:03 | 22 | Q.     And this is sold by defendant Arao? |
| 11:13:07 | 23 | A.     Yes. |
| 11:13:13 | 24 | Q.     We'll go back very briefly to Exhibit 34, page 1, and |
| 11:13:17 | 25 | just to confirm, the dates that we just talked about for the |

```
11:13:20   1   first two firearms, can you highlight those?
11:13:25   2                   The date of purchase is listed here, did
11:13:28   3   you --
11:13:29   4                   Where did you take that from?
11:13:31   5   A.      The -- the purchase date?
11:13:34   6   Q.      Yes.
11:13:38   7   A.      That should be from -- should be from AFS, I believe.
11:13:53   8   Q.      Could it have been --
11:13:55   9   A.      I apologize, yeah, that's why I was confusing the
11:13:57  10   charts.  Yeah, this is from the underlying the business
11:14:03  11   records that I got the receipt.
11:14:04  12   Q.      Okay.  And is that also an AFS record that we just
11:14:07  13   looked at?
11:14:08  14   A.      Yes.
11:14:08  15   Q.      And then on the -- okay.
11:14:15  16                   Nothing further on this exhibit.  You can go
11:14:18  17   ahead and take that down.
11:14:20  18                   Did you do this for every single firearm
11:14:22  19   that's listed here?  Did you pull up different records and
11:14:25  20   compare them to put this information into the chart?
11:14:29  21   A.      Yes.
11:14:37  22   Q.      Okay.  As part of your investigation, did you obtain
11:14:40  23   the bank records for defendant Fernandez?
11:14:44  24   A.      Yes.
11:14:44  25   Q.      I'm going to show you the parties have agreed is an
```

11:14:50  1   authentic business record and previously admitted as 91.  Can

11:14:59  2   you go ahead and zoom in on the --

11:15:12  3              Okay, what is this?

11:15:13  4   A.    This is a page of records from Chase Bank.

11:15:23  5   Q.    Okay, and at the bottom, can you highlight for me

11:15:28  6   the -- thank you.

11:15:31  7              Can you tell from this page who the account

11:15:33  8   belonged?

11:15:34  9   A.    Cynthia M Portillo-Lugo or Carlos M Fernandez.

11:15:44  10  Q.    Okay.  And what's the date of the account on top

11:15:47  11  right?

11:15:50  12  A.    August 7, 2015, through September 4, 2015.

11:15:56  13  Q.    Okay.  Next I'm going to show you what's been

11:15:58  14  previously admitted as Exhibit 92.  What is this?

11:16:08  15  A.    This is a summary chart of ATM cash deposits taken

11:16:14  16  from those records.

11:16:16  17  Q.    And is it from more than one account?  Does it have

11:16:19  18  checking, savings?

11:16:20  19  A.    Yes, there is both checking account and a savings

11:16:23  20  account.

11:16:23  21  Q.    Okay.  Did the bank provide this information to you?

11:16:25  22  A.    Yeah.

11:16:25  23  Q.    In what format did it come in?

11:16:29  24  A.    In the spreadsheets.

11:16:33  25  Q.    And so, this summary chart is the combination of

| | | |
|---|---|---|
| 11:16:37 | 1 | information from a spreadsheet? |
| 11:16:38 | 2 | A.    I'm sorry, spreadsheets, and they also gave me the |
| 11:16:48 | 3 | full printouts as well. |
| 11:16:50 | 4 | Q.    Can you read the columns at the top? |
| 11:16:55 | 5 | A.    "Date, deposit, type, payor, account." |
| 11:17:08 | 6 | Q.    And for "type" does it read "cash" throughout page 1? |
| 11:17:12 | 7 | A.    Yes. |
| 11:17:12 | 8 | Q.    And what is the first date of deposit on top left? |
| 11:17:19 | 9 | Can you highlight that? |
| 11:17:30 | 10 | A.    August 11, 2015. |
| 11:17:35 | 11 | Q.    And I was going to show you every page briefly. |
| 11:17:40 | 12 |         Page 2, is that all cash in the "type" |
| 11:17:43 | 13 | column? |
| 11:17:45 | 14 | A.    Yes. |
| 11:17:45 | 15 | Q.    And page 3, the same thing? |
| 11:17:49 | 16 | A.    Yes. |
| 11:17:49 | 17 | Q.    And page 4, what's the total amount of cash deposits |
| 11:17:56 | 18 | according to this? |
| 11:17:58 | 19 | A.    41,954. |
| 11:18:01 | 20 | Q.    And what's the date of the last deposit? |
| 11:18:04 | 21 | A.    December 6, 2017. |
| 11:18:12 | 22 |      **MS. RYKKEN:**  May I just have one moment with my |
| 11:18:14 | 23 | cocounsel?  Thank you. |
| 11:19:04 | 24 |      (Discussion held off the record.) |
| 11:19:04 | 25 | BY MS. RYKKEN: |

11:19:04  1    Q.    Okay, and this is from defendant Fernandez's bank
11:19:08  2    records?
11:19:08  3    A.    Yes.
11:19:09  4          MS. RYKKEN:  The government has nothing further at
11:19:11  5    this time, Your Honor.
11:19:12  6          THE COURT:  All right, we'll stop a little bit
11:19:14  7    earlier today, and then there will be cross this afternoon.
11:19:18  8              So, please return back to the courtroom at
11:19:20  9    12:30.  In your absence do not discuss the case with
11:19:24  10   yourselves or any other person.  12:30.
11:19:28  11         (Following proceedings held outside the presence
11:20:01  12   of the jury.)
11:20:01  13         THE COURT:  Please have a seat.  Jury has been
11:20:03  14   excused.
11:20:04  15             It looks like we're ahead of schedule; is
11:20:06  16   that correct?
11:20:06  17         MS. RYKKEN:  Yes, Your Honor.
11:20:08  18         THE COURT:  Okay, and do you anticipate concluding
11:20:11  19   with the government's case in chief today or on Monday?
11:20:15  20         MS. RYKKEN:  That depends entirely on how long the
11:20:17  21   cross takes.  We could finish today.
11:20:21  22         THE COURT:  And then the defense portion of the
11:20:23  23   case, how long will that take, approximately?
11:20:27  24         MR. RODRIGUEZ:  Well, Your Honor, I have -- and
11:20:32  25   this is on behalf of Fernandez, four or five character

11:20:35  1   witnesses and then there is obviously the possibility of

11:20:38  2   whether or not my client testifies.

11:20:40  3        **THE COURT:**  Sure.

11:20:41  4        **MR. ROBINSON:**  And, Your Honor, the witness that

11:20:43  5   we have would be Officer Arao should he choose to testify.

11:20:47  6   Should Officer Arao choose to testify, I would imagine that

11:20:49  7   his direct examination may take two hours.

11:20:53  8        **THE COURT:**  Okay, and in reference to the

11:20:54  9   character witnesses, my suggestion is that you pick your best

11:20:58  10  three to start.  The Court may preclude you from calling

11:21:03  11  additional character witnesses because they would be

11:21:05  12  cumulative.  I haven't made that determination, but I would

11:21:09  13  suggest that you -- that the first three are your best.

11:21:12  14       **MR. RODRIGUEZ:**  Yes, Your Honor, I'll have them

11:21:14  15  scheduled for Monday morning.

11:21:17  16       **THE COURT:**  Okay, thank you.  We're in recess.

12:29:50  17       (Noon recess taken.)

12:32:13  18       (Following proceedings held outside the presence

12:32:21  19  of the jury.)

12:32:21  20       **THE COURT:**  Okay, we're back on the record on the

12:32:23  21  United States versus Fernandez.

12:32:27  22       **MR. ROBINSON:**  Good afternoon, Your Honor.

12:32:29  23       Your Honor, I was discussing with the

12:32:30  24  government some of the areas of cross-examination that I wish

12:32:33  25  to get into with Agent Hart, and as the Court is aware, based

12:32:39  1    upon all of the filings and my opening statement, the only

12:32:42  2    issue for this jury to decide is whether or not the

12:32:46  3    government has proven that Officer Arao acted willfully.

12:32:50  4    We --

12:32:51  5              The government introduced clips of a

12:32:55  6    statement that was made by Officer Arao to agents Duncan and

12:33:01  7    Hart, and that's Exhibit 102 and -- 102A and 102B, I believe.

12:33:08  8              We had in response to the government's giving

12:33:12  9    us notice that they intended to offer those clips of the

12:33:15  10   interview.  We filed a motion with this Court asking that the

12:33:19  11   entirety of the -- of the recorded statement be admitted

12:33:24  12   under Rule 106.  We've attached that transcript as an exhibit

12:33:30  13   to -- to our position.

12:33:32  14        **THE COURT:**  Yes, and I think it's 52 pages long,

12:33:34  15   and the Court has considered that, and I think I indicated in

12:33:37  16   the order, the response, that the entire transcript would not

12:33:39  17   be received.  If there's certain portions that you would want

12:33:43  18   to offer to make sure that statements of your client were

12:33:49  19   properly presented to the jury in terms of the context, such

12:33:53  20   as they're full and complete, the Court would consider

12:33:56  21   certain parts.

12:33:57  22        **MR. ROBINSON:**  Thank you, Your Honor.  And that's

12:34:00  23   what I'm going to do, with your permission, in

12:34:02  24   cross-examining Agent Hart, and I've identified certain areas

12:34:05  25   of that transcript that I wish to question Agent Hart about,

12:34:09  1   and they deal mostly with discussions between Agent Hart,

12:34:14  2   Agent Duncan and Officer Arao concerning whether or not

12:34:21  3   Officer Arao understood that in this two-part transaction,

12:34:27  4   that he was violating the law.

12:34:29  5              And there is some, as you've seen in the

12:34:32  6   exhibit, there is some back-and-forth with respect to that

12:34:35  7   issue, and I think it's clearly the subject of fair

12:34:39  8   cross-examination under the principle behind Rule 106 of the

12:34:45  9   Evidence Code, but also given the fact that officer Arao's

12:34:50  10  mental state is the only issue in this case, and the

12:34:52  11  government's presentation on direct examination through Agent

12:34:56  12  Hart is designed to establish that he violated the one charge

12:35:01  13  that he's facing.

12:35:02  14             I have excerpted clips that I have available

12:35:06  15  to file as a court exhibit if necessary, but what I would

12:35:10  16  like to do to expedite this matter is make reference through

12:35:15  17  my questioning to certain questions and answers between the

12:35:19  18  agents and Officer Arao.

12:35:22  19             It's not long, but it goes directly to the

12:35:25  20  only issue in this case, and that is whether the government

12:35:28  21  can prove that the officer acted willfully.

12:35:32  22       **THE COURT:**  So, look, if you're seeking permission

12:35:35  23  to question the witness regarding testimonies provided to the

12:35:41  24  jury, you're free to do that, and if there is a government

12:35:44  25  objection, then the Court will entertain the objection at

| | | |
|---|---|---|
| 12:35:47 | 1 | that time. |
| 12:35:47 | 2 | If you're asking the Court to allow you to |
| 12:35:52 | 3 | receive certain parts of the -- certain other parts of the -- |
| 12:35:56 | 4 | of the transcript of the interview, then I need you to |
| 12:35:59 | 5 | identify those parts. |
| 12:36:01 | 6 | MR. ROBINSON:  I can do that, Your Honor.  I'm |
| 12:36:03 | 7 | asking permission to cross-examine Agent Hart with respect to |
| 12:36:07 | 8 | certain portions of that exhibit, and we have -- and we have |
| 12:36:10 | 9 | for the government and we have for you excerpted portions of |
| 12:36:15 | 10 | transcripts. |
| 12:36:15 | 11 | Now, I don't intend to ask every -- ask |
| 12:36:21 | 12 | questions about all of what's in these excerpted portions, |
| 12:36:24 | 13 | but there are six of them.  They're short.  And I can direct |
| 12:36:27 | 14 | the Court to what I think are the most relevant portions |
| 12:36:30 | 15 | going towards the willfulness issue. |
| 12:36:33 | 16 | THE COURT:  Okay. |
| 12:36:34 | 17 | MR. ROBINSON:  And if Ms. Houle may approach, Mr. |
| 12:36:39 | 18 | Cruz, Your Honor. |
| 12:36:39 | 19 | THE COURT:  And we have Ms. Rykken who, I guess, |
| 12:36:42 | 20 | who has -- stands here in the court and assume she has a |
| 12:36:49 | 21 | response. |
| 12:36:49 | 22 | MS. RYKKEN:  Yes, Your Honor, thank you.  The |
| 12:36:49 | 23 | government would object.  This is the first time I've ever |
| 12:36:52 | 24 | seen this particular excerpt, but based on our conversation, |
| 12:36:55 | 25 | this doesn't affect the rule of completeness based on the two |

12:36:59  1    excerpts that were admitted, and these appear to be hearsay.

12:37:05  2         THE COURT:  Well, look, I've been given a copy for

12:37:08  3    the first time this afternoon of the racketed portion.  So,

12:37:11  4    I'm not sure precisely how they fit in reference to the

12:37:14  5    direct testimony of the witness.

12:37:17  6              I will review the excerpts that have been

12:37:23  7    provided, and hopefully I'll be able to understand them in

12:37:26  8    reference to the -- to the direct testimony.

12:37:29  9              But let's start with the jury, and you can

12:37:32  10   start cross-examination.

12:37:34  11        MR. ROBINSON:  And for the Court's -- for the

12:37:36  12   Court's convenience, I'm going to get into these very quickly

12:37:42  13   because I don't have a lot of questions for this agent.  I'm

12:37:47  14   going to try to focus on the only issue here.  So --

12:37:51  15        THE COURT:  So, I guess the issue is timeliness.

12:37:54  16   It would appear that you should have alerted the Court sooner

12:37:58  17   so that I would have the opportunity to review the parts of

12:38:03  18   the recordings or interview that you would want to offer at

12:38:06  19   this time.

12:38:06  20        MR. ROBINSON:  And if I may address that, Your

12:38:09  21   Honor, most of these, if not all of these excerpts, are

12:38:13  22   referenced in the motion in limine.  Rule 106 is not the

12:38:16  23   theory under which I'm seeking to introduce these statements.

12:38:19  24   This is cross-examination.  And --

12:38:21  25        THE COURT:  So, again, let's start with

12:38:23  1   cross-examination.  If there is a government objection, the

12:38:27  2   Court will entertain the objection, and then we'll move on

12:38:29  3   from there.

12:38:32  4          MR. ROBINSON:  Thank you.

12:38:33  5          THE COURT:  I'm going to allow full and complete

12:38:35  6   vigorous cross-examination of the witness.  You can go into

12:38:38  7   any area regarding his testimony, and if there -- if the

12:38:46  8   government believes that you're moving into an area that

12:38:48  9   involves hearsay, then I'll entertain that objection, and

12:38:52  10  the -- as you start, I'll review the portions that you've

12:38:55  11  offered here.

12:38:56  12          Let's go.  Let's start.

12:39:00  13          (Following proceedings were held in the presence

12:39:19  14  of the jury.)

12:39:35  15          THE COURT:  Okay, the jury is reassembled with the

12:39:38  16  alternates, and we'll continue with the testimony of the

12:39:39  17  agent.  And this is now cross-examination.

12:39:41  18          MR. ROBINSON:  Your Honor, thank you.

12:39:43  19          THE COURT:  Please have a seat.

12:39:47  20                 CROSS-EXAMINATION

12:39:47  21  BY MR. ROBINSON:

12:39:49  22  Q.   **Agent Hart, good afternoon.**

12:39:50  23  A.   Good afternoon.

12:39:51  24  Q.   I'm Ed Robinson, and my questions to you today relate

12:39:56  25  to my client, Officer Arao.

12:40:01  1            Agent, you've been with, if I may abbreviate,

12:40:06  2    the ATF, since 2010; is that correct?

12:40:09  3    A.    Yes, sir.

12:40:09  4    Q.    And you testified on direct examination that there

12:40:13  5    were generally two different branches of the AT&T, one was a

12:40:20  6    criminal investigation branch, correct?

12:40:21  7    A.    Yes.

12:40:22  8    Q.    And that's what you're a member of.  And you also made

12:40:25  9    reference to the branch that is an -- abbreviated into IOI;

12:40:25  10   is that right?

12:40:33  11   A.    The Industry Operations section, yes.

12:40:35  12   Q.    And the Industry Operations section, they're the ones

12:40:39  13   that conduct audits for regulatory purposes for people who

12:40:44  14   hold FFLs; is that right?

12:40:48  15   A.    Yes.

12:40:48  16   Q.    Now, as far as you understand, and if I may, I'll call

12:40:54  17   them the IOI, the IOI auditors, they are tasked by rule or

12:41:01  18   regulation to conduct audits of FFL holders that are routine

12:41:08  19   but part of the recordkeeping check; is that correct?

12:41:10  20   A.    Yes.

12:41:10  21   Q.    And the mere fact that an IOI auditor conducts an

12:41:16  22   audit of an FFL, that doesn't mean that there is something

12:41:20  23   gone wrong or anything like that, it's purely routine and

12:41:26  24   obligatory on the FFL holder's part; is that correct?

12:41:29  25   A.    Correct.

12:41:29  1    Q.    Now, as far as you understand, based upon your getting

12:41:35  2    prepared to investigate this case, IOI auditors, Collon and

12:41:40  3    Berent, they did an audit of Ronin Tactical back in February

12:41:44  4    of 2017, correct?

12:41:45  5    A.    Yes.

12:41:46  6    Q.    And you testified on -- in your direct examination

12:41:52  7    that the auditors either spoke with you or you reviewed that

12:41:58  8    audit report in determining how to proceed with your

12:42:01  9    investigation of Officer Arao; is that fair?

12:42:05  10   A.    There were two IOIs from the previous investigator

12:42:10  11   that were drafted prior to me being assigned to the case.

12:42:14  12   Q.    And so you testified on direct examination that you

12:42:17  13   briefly reviewed the audit report and came to some

12:42:27  14   conclusions that guided the matter in which you investigated

12:42:28  15   this case; is that right?

12:42:28  16   A.    I reviewed the report a little bit, but I really

12:42:31  17   utilized the -- what was taken out of that by the previous

12:42:35  18   case agent.

12:42:36  19   Q.    Okay.  So, the case agent, as far as you understand

12:42:39  20   it, that you took over from, that agent had reviewed the

12:42:43  21   audio reports, and maybe even spoke with the auditors and

12:42:44  22   said:  Here are two things that stick out to us.

12:42:50  23                    Is that right?

12:42:52  24   A.    I can't speak to what exactly she did, but I did

12:42:54  25   review her reports, yes.

12:42:56  1   Q.    I understand.  And you testified on direct examination

12:42:59  2   that based upon your reviewing this information that came

12:43:07  3   from the auditors, there were concerns about some of the

12:43:11  4   buyers who had dealt with Ronin Tactical, correct?

12:43:17  5   A.    That's from my review of those investigative reports.

12:43:21  6   So, I don't know if that stems specifically from inspection

12:43:25  7   report or from later information obtained by the original

12:43:31  8   case agent.

12:43:31  9   Q.    I appreciate that.  So, when I ask this question,

12:43:34  10  assume I'm talking about the audio report and whatever other

12:43:38  11  information you received from your predecessor, if you may.

12:43:38  12  A.    Okay.

12:43:41  13  Q.    Thank you.  And the second area that concerned you

12:43:45  14  was -- that you took up from your predecessor -- was that

12:43:51  15  there were some sales to -- to Mr. Fernandez, and that

12:43:54  16  triggered your agency's interests, correct?

12:43:59  17  A.    Yes.

12:43:59  18  Q.    Now, you when you became the case agent in June, I

12:44:04  19  believe you said June 27th of 2017, did you have any prior

12:44:10  20  understanding of this investigation?

12:44:13  21  A.    No.

12:44:14  22  Q.    Now, are you considered the case agent on this

12:44:17  23  investigation?

12:44:19  24  A.    Technically, no, it would be Special Agent Duncan that

12:44:23  25  I'm a co-case agent.

12:44:27  1    Q.     And so Special Agent Duncan is the gentleman who's

12:44:32  2    seated at the counsel table for the government and has been

12:44:32  3    here throughout this trial, correct?

12:44:33  4    A.     Yes.

12:44:34  5    Q.     And as co-agents, the two of you direct this

12:44:38  6    investigation; is that fair?

12:44:42  7    A.     Yes.

12:44:43  8    Q.     Now, you testified today on direct examination to a

12:44:50  9    series of charts that have been prepared to illustrate some

12:44:54  10   points for the jury, correct?

12:44:55  11   A.     Yes.

12:44:56  12   Q.     And did you assist in the preparation of those charts?

12:44:58  13   A.     Yes.

12:44:59  14   Q.     And by --

12:45:00  15          How did you assist in the preparation of

12:45:02  16   those charts?

12:45:05  17   A.     Many of them, they -- they were taken from, for

12:45:09  18   instance, the AFS ones, were taken from AFS records that I

12:45:15  19   provided, and then they were trimmed down, and then I was

12:45:18  20   asked to review them to see if they were -- they still

12:45:21  21   matched the AFS records.

12:45:22  22   Q.     And so things like the AFS records, the -- the 4473

12:45:28  23   forms, you relied on those to prepare the charts; is that

12:45:31  24   right?

12:45:31  25   A.     Yes.

12:45:31  1    Q.    And the dealer records of sale that are also known as

12:45:34  2    the DROS forms, you took those forms into consideration; is

12:45:40  3    that right?

12:45:40  4    A.    I only had a few of those.  I mostly had just AFS and

12:45:44  5    the 4473s.

12:45:45  6    Q.    You were here when Agent Hamilton testified that

12:45:52  7    the -- we'll call it the California DROS form, it is the

12:45:54  8    equivalent of the federal 4473 Form, correct?

12:45:57  9    A.    Yes.

12:45:57  10   Q.    And so the information that you relied on in assisting

12:46:00  11   the prosecution and putting those charts together came

12:46:06  12   primarily from the public records that the federal and state,

12:46:10  13   United States and the State of California require an FFL to

12:46:14  14   maintain, correct?

12:46:15  15   A.    Yes.

12:46:15  16   Q.    And those records that both the State of California

12:46:21  17   and the federal government require be maintained are done for

12:46:24  18   the reasons that Agent Hamilton testified to, so the guns

12:46:27  19   could be tracked, purchases could have background checks,

12:46:32  20   things like that, correct?

12:46:34  21   A.    Correct.

12:46:34  22   Q.    Now, this is a little bit off key, but you testified

12:46:41  23   to a series of Instagram posts from Ronin Tactical that you

12:46:48  24   had procured through use of a search warrant; is that right?

12:46:52  25   A.    Yes.

| | |
|---|---|
| 12:46:52 | 1 |
| 12:46:54 | 2 |
| 12:46:57 | 3 |
| 12:46:57 | 4 |
| 12:46:59 | 5 |
| 12:46:59 | 6 |
| 12:47:02 | 7 |
| 12:47:04 | 8 |
| 12:47:07 | 9 |
| 12:47:09 | 10 |
| 12:47:11 | 11 |
| 12:47:14 | 12 |
| 12:47:17 | 13 |
| 12:47:20 | 14 |
| 12:47:22 | 15 |
| 12:47:26 | 16 |
| 12:47:32 | 17 |
| 12:47:36 | 18 |
| 12:47:43 | 19 |
| 12:47:46 | 20 |
| 12:47:50 | 21 |
| 12:47:55 | 22 |
| 12:47:58 | 23 |
| 12:48:02 | 24 |
| 12:48:04 | 25 |

Q.     And those Instagram --

        **MS. RYKKEN:**  Objection.  That misstates the

record.

        **MR. ROBINSON:**  Well, let me --

BY MR. ROBINSON:

Q.     How did you get the Instagram posts from --

        **THE COURT:**  The witness has answered in the

affirmative.  So, let's move on.

        **MR. ROBINSON:**  Thank you.

BY MR. ROBINSON:

Q.     Instagram is --

            I'm not familiar with Instagram.  But -- so,

I'm going to ask you questions about Instagram posts and

direct messages, if I may.

            If I have an Instagram account, and I post

pictures on the Instagram account, my followers, all of them,

can see those postings; is that right?

A.     Yes.  But also if you have a public viewable account,

then the general public can also view it, not just followers.

Q.     I see.  So that's for the advertising purposes,

correct?  If I have a publically viewable account, I may use

it for advertising purposes?  So the general public can see

what I'm trying to sell.

A.     Yes.

Q.     Bear with me.  A DM, a direct message, what's the

1   difference between a posting that the public can see and a DM

2   or a direct message, as you understand it?

3   A.      Well, there are posts such as the photos, videos or

4   other content that the user puts up, and then that user or

5   other users can comment on that post, and if it's public

6   posts, anyone can read those comments, or if it's a

7   private -- private account, then just followers will read

8   that, but DMs or direct messages, the only people that can

9   view those messages would be the users involved in the

10  conversation.

11  Q.      Okay.  And so a DM is private as opposed to the public

12  nature of a posting, correct?

13  A.      Yes.

14  Q.      Now, there was a question about Exhibit 42 from the

15  government.  I don't need it presented to the jury, but it

16  talked about a Brian Powley edition of a .38 Super.  Do you

17  recall that?

18  A.      A little bit, yes.

19  Q.      Okay.  Do you know what a Brian Powley edition is?

20  A.      Just a little bit.  It's a special edition, but I

21  don't know much of the specifics about it.  I just heard

22  about it being referenced in this investigation.

23  Q.      Now, after you received this information from the

24  auditors and your predecessor case agent back at the end of

25  June in 2017, you decided with your co-agent, Duncan, to

| | | |
|---|---|---|
| 12:49:59 | 1 | begin an investigation of Ronin Tactical, correct? |
| 12:50:03 | 2 | A.     Yes. |
| 12:50:03 | 3 | Q.     And in your decision to begin this investigation of |
| 12:50:08 | 4 | Ronin Tactical, it's true, isn't it, that you felt that you |
| 12:50:12 | 5 | needed to get more information from Officer Arao particularly |
| 12:50:17 | 6 | with respect to what he understood he was doing in these |
| 12:50:20 | 7 | private party transfers, right? |
| 12:50:22 | 8 | A.     Yes. |
| 12:50:22 | 9 | Q.     And in order to do that, you and Agent Duncan, you |
| 12:50:29 | 10 | conducted an undercover attempts to purchase a handgun from |
| 12:50:35 | 11 | Officer Arao, correct? |
| 12:50:37 | 12 | A.     Yes. |
| 12:50:37 | 13 | Q.     And that undercover attempt to purchase a handgun from |
| 12:50:45 | 14 | Officer Arao took place July 24, 2017, about a month after |
| 12:50:50 | 15 | you took over the case? |
| 12:50:51 | 16 | A.     I remember it was in July.  I don't remember the exact |
| 12:50:56 | 17 | date. |
| 12:50:56 | 18 | Q.     And Agent Duncan is the agent that was undercover and |
| 12:51:01 | 19 | went and had the interface or talked to about -- talked to |
| 12:51:07 | 20 | Officer Arao about buying the gun, right? |
| 12:51:09 | 21 | A.     Yes. |
| 12:51:09 | 22 | Q.     And you weren't in the shop at Ronin Tactical when |
| 12:51:13 | 23 | that took place, were you? |
| 12:51:14 | 24 | A.     I was not. |
| 12:51:15 | 25 | Q.     Now, when that type of operation takes place, there is |

| | | |
|---|---|---|
| 12:51:19 | 1 | a surveillance team of agents who monitor what's going on |
| 12:51:24 | 2 | from a remote location, right? |
| 12:51:26 | 3 | A.    Yes. |
| 12:51:26 | 4 | Q.    Okay.  Were you part of that surveillance team? |
| 12:51:29 | 5 | A.    I was. |
| 12:51:30 | 6 | Q.    And as part of that surveillance team, did you have |
| 12:51:34 | 7 | any audio or any video ability to see what was happening or |
| 12:51:41 | 8 | hear what's being said? |
| 12:51:43 | 9 | A.    We wouldn't have had video.  We most likely had audio. |
| 12:51:50 | 10 | Q.    Do you remember as it took -- as this attempted |
| 12:51:54 | 11 | purchase took place, do you remember listening to the |
| 12:51:56 | 12 | conversation between Officer Arao and Agent Duncan? |
| 12:52:06 | 13 | A.    Probably small bits, just to make that Special Agent |
| 12:52:10 | 14 | Duncan was safe. |
| 12:52:11 | 15 | Q.    Right.  Of course, after Agent Duncan left Ronin |
| 12:52:14 | 16 | Tactical, he came in and presented to you the recording |
| 12:52:18 | 17 | device, and you had an opportunity to listen to what was said |
| 12:52:21 | 18 | and also watch what occurred; is that right? |
| 12:52:28 | 19 | A.    I probably saw some of it, but I think I relied mostly |
| 12:52:35 | 20 | on Special Agent Duncan's report documenting the interaction. |
| 12:52:41 | 21 | Q.    And -- |
| 12:52:41 | 22 | THE COURT:  I'm not -- I'm not clear on this. |
| 12:52:43 | 23 | Was there a video also or an audio? |
| 12:52:47 | 24 | THE WITNESS:  There was audio, live audio and then |
| 12:52:51 | 25 | there was video that was recorded that we had later on. |

| | | |
|---|---|---|
| 12:52:55 | 1 | **THE COURT:**  Thank you. |
| 12:52:57 | 2 | BY MR. ROBINSON: |
| 12:52:57 | 3 | Q.    And so knowing what you know about -- about that |
| 12:53:00 | 4 | attempted undercover purchase, it's fair to say that Officer |
| 12:53:05 | 5 | Arao was wearing his police uniform at the time this |
| 12:53:08 | 6 | attempted purchase took place? |
| 12:53:12 | 7 | A.    Based on screen shots I viewed, yes. |
| 12:53:15 | 8 | Q.    And Officer Arao, he just didn't hand over one of |
| 12:53:23 | 9 | these .38 Supers to Agent Duncan when he was acting |
| 12:53:28 | 10 | undercover, did he? |
| 12:53:31 | 11 | A.    To the best of my knowledge -- |
| 12:53:35 | 12 | Well, he handed it to him to -- to view. |
| 12:53:40 | 13 | Q.    Of course.  I'm talking -- |
| 12:53:45 | 14 | Excuse the way I asked that question. |
| 12:53:47 | 15 | Do you have any indication at all that |
| 12:53:49 | 16 | Officer Arao either transferred or sold that .38 Super to |
| 12:53:55 | 17 | Agent Duncan in that attempted undercover purchase? |
| 12:53:59 | 18 | A.    He did not. |
| 12:53:59 | 19 | Q.    And it's fair to say that based upon your |
| 12:54:02 | 20 | understanding of what occurred at that meeting, Officer Arao |
| 12:54:08 | 21 | told Agent Duncan that he couldn't hand him the gun, he had |
| 12:54:13 | 22 | to fill out certain forms, correct? |
| 12:54:15 | 23 | **MS. RYKKEN:**  Objection, Your Honor.  Calls for |
| 12:54:17 | 24 | hearsay. |
| 12:54:17 | 25 | **THE COURT:**  Sustained. |

12:54:21   1   BY MR. ROBINSON:

12:54:22   2   Q.     Did you see anything at all in your review of the

12:54:26   3   attempted undercover purchase of this .38 Super by Agent

12:54:32   4   Duncan from Officer Arao that caused you to believe there was

12:54:35   5   any effort not to fill out the necessary paperwork to make

12:54:39   6   this transaction recordable either under state or federal

12:54:43   7   law?

12:54:44   8              **MS. RYKKEN:**  Objection.  Calls for hearsay.

12:54:45   9              **THE COURT:**  Overruled.

12:54:49   10             **THE WITNESS:**  I can't really answer that just

12:54:52   11  because I wasn't present there, but -- I can't answer that

12:54:59   12  either way.

12:55:00   13  BY MR. ROBINSON:

12:55:00   14  Q.     You're the case agent, correct?

12:55:02   15  A.     Yes.

12:55:02   16  Q.     And an attempted undercover purchase from somebody

12:55:06   17  that you're investigating is -- is critical, is it not?

12:55:11   18  A.     Yes.

12:55:12   19  Q.     And you have a 12-minute video recording of what

12:55:20   20  occurred, yes?

12:55:21   21  A.     Yes.

12:55:21   22  Q.     And you have transcripts that have been prepared and

12:55:23   23  produced to all parties in this case, yes?

12:55:27   24  A.     Yes.

12:55:27   25  Q.     And in your preparation to testify here today, you

12:55:31  1  didn't review the videotape?

12:55:35  2  A.    I did not.

12:55:36  3  Q.    Did you -- did you at a minimum read the transcript

12:55:40  4  of -- of that encounter?

12:55:43  5  A.    No, I'm pretty sure I limited my review to Special

12:55:48  6  Agent Duncan's report.

12:55:49  7  Q.    Okay.  So, was there anything that Special Agent

12:55:58  8  Duncan said to you, either told you -- and this is a "yes" or

12:56:02  9  "no" answer, please -- or had in his report that caused you

12:56:08  10  to say:  All right, we have an effort here to sell a gun

12:56:13  11  illegally, in the sense that the forms aren't being filled

12:56:17  12  out, that the -- there is an effort to hide the fact that

12:56:25  13  this purchase was taking place.  Was there anything like that

12:56:29  14  that you saw?

12:56:31  15          MS. RYKKEN:  Objection.  Confusing, compound,

12:56:34  16  calls for hearsay.

12:56:35  17          THE COURT:  Did you understand the question?

12:56:38  18              Why don't you rephrase.

12:56:40  19          MR. ROBINSON:  Thank you, Your Honor.

12:56:42  20  BY MR. ROBINSON:

12:56:42  21  Q.    Based upon your talking with your Co-Case Agent

12:56:48  22  Duncan, reviewing the report that you prepared of that

12:56:51  23  meeting between Agent Duncan and Officer Arao, did you have

12:56:57  24  any belief that Officer Arao had done -- made any effort not

12:57:05  25  to fill out the proper forms with respect to this

```
12:57:10   1    transaction?

12:57:12   2    A.     It did not appear so.  Sorry.

12:57:19   3    Q.     That's okay.  Because if it -- if it had appeared

12:57:24   4    like -- like that, if there had been something that you were

12:57:27   5    told that you read or that you saw that caused you to believe

12:57:30   6    that Agent [sic] Arao was somehow trying to hide the fact

12:57:34   7    that this handgun was for sale or for purchase by Undercover

12:57:41   8    Agent Duncan, that would have left out to you, correct?

12:57:47   9    A.     Yes.

12:57:47  10    Q.     Because that's a violation, a clear violation of law,

12:57:52  11    correct?

12:57:52  12    A.     Yes.

12:57:52  13    Q.     Not to beat a dead horse, I'll end with this:  You

12:57:57  14    never saw anything like that, did you?

12:57:59  15    A.     No.

12:57:59  16    Q.     And so in light of where you were in the investigation

12:58:02  17    as of the end of July of 2017, your investigation took a

12:58:08  18    different tact, correct?

12:58:11  19    A.     Yes.

12:58:11  20    Q.     And the tact that your investigation took was, you

12:58:16  21    wanted to see whether or not there was evidence that Officer

12:58:20  22    Arao was dealing in firearms without a licensed, yes?

12:58:34  23    A.     Yes.

12:58:34  24    Q.     Now, the government has introduced in Exhibit 30 --

12:58:39  25                    You testified to Exhibit 30 --
```

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 12:59:01 | 1 | **THE COURT:** So, this is page -- |
| 12:59:03 | 2 | **MR. ROBINSON:** Your Honor, it's page 6 of Exhibit |
| 12:59:06 | 3 | 30, and this is what Agent Hart testified to on direct |
| 12:59:11 | 4 | examination. |
| 12:59:11 | 5 | **THE COURT:** Proceed. |
| 12:59:12 | 6 | **MR. RODRIGUEZ:** Thank you. |
| 12:59:15 | 7 | BY THE COURT |
| 12:59:15 | 8 | Q.    You were asked by the prosecution to testify to |
| 12:59:18 | 9 | Question 6, that's on the 4473 forms, and it sets out a |
| 12:59:23 | 10 | definition from the United States Code about engaging in |
| 12:59:26 | 11 | business.  Yes? |
| 12:59:28 | 12 | A.    Yes. |
| 12:59:28 | 13 | Q.    Okay, and you were asked to read this section of the |
| 12:59:36 | 14 | United States Code to provided the definition into the |
| 12:59:39 | 15 | record, correct? |
| 12:59:40 | 16 | A.    Yes. |
| 12:59:40 | 17 | Q.    Now, you went to law school at Brooklyn Law School; is |
| 12:59:48 | 18 | that correct? |
| 12:59:48 | 19 | A.    Yeah, a while ago. |
| 12:59:51 | 20 | Q.    And -- and I'm smiling, I love Brooklyn.  And you got |
| 12:59:56 | 21 | your juris doctorate.  You graduated from law school; is that |
| 13:00:04 | 22 | right? |
| 13:00:04 | 23 | A.    Yes, sir. |
| 13:00:07 | 24 | (Audio interference.) |
| 13:00:24 | 25 | **THE COURT:** I don't know where that interference |

13:00:25  1   is coming from.

13:00:33  2              (Brief pause in the proceedings.)

13:00:33  3   BY MR. ROBINSON:

13:00:35  4   Q.   So, clearly, as a criminal investigator for ATF,

13:00:37  5   you're well versed with what the elements of a criminal

13:00:40  6   offense are, correct?

13:00:44  7   A.   Per most of the ones I enforced, I'd like to review

13:00:48  8   the statute during an investigation.

13:00:49  9   Q.   And with respect to dealing in firearms without a

13:00:53 10   license under federal law, you understand the elements of

13:00:57 11   that crime, the one that Officer Arao has been charged with

13:01:00 12   here, correct?

13:01:01 13              **MS. RYKKEN:**  Objection.  Calls for a legal

13:01:03 14   conclusion.

13:01:04 15              **THE COURT:**  Overruled.

13:01:04 16              **THE WITNESS:**  I have a general understanding.  I

13:01:07 17   wouldn't say that I could word-for-word read it out.

13:01:13 18   BY MR. ROBINSON:

13:01:14 19   Q.   I appreciate that.  Question 16 in Exhibit 30 on the

13:01:17 20   4473 Form, this gives a definition of what engaging in the

13:01:22 21   business of dealing in firearms without a license is, yes?

13:01:29 22   A.   Yes.

13:01:29 23   Q.   But this definition, as you understand it, based on

13:01:33 24   your law school training and being an ATF criminal

13:01:37 25   investigator, this definition does not contain the mental

13:01:41  1  state, necessary, the wilfulness, does it?  And if you'd like

13:01:50  2  some time to read it again --

13:01:53  3  A.     No, I don't see it.

13:01:55  4  Q.     And so while that question defines what course of

13:02:05  5  conduct may be dealing in firearms, that doesn't say that you

13:02:12  6  need to specifically and willfully intend to deal in

13:02:19  7  firearms, does it?

13:02:21  8  A.     Correct.

13:02:23  9  Q.     Now, I'd like to thank the government for helping me

13:02:27  10 with this, if you could have Exhibit 185 on the screen,

13:02:31  11 please.

13:02:34  12            Now, Agent, I'm going to ask you to direct

13:02:37  13 your attention to what's been marked and admitted as

13:02:40  14 Government Exhibit 181.  You testified to this on your direct

13:02:44  15 examination.

13:02:44  16            THE COURT:  And this is page 1.

13:02:44  17            MR. ROBINSON:  This is page 1, yes.  Thank you,

13:02:47  18 Your Honor.

13:02:47  19 A.     Yes.

13:02:47  20 Q.     All right, now, if you look at the first paragraph on

13:02:52  21 the third line down, Erik Harden, who's the special agent in

13:03:00  22 charge, writes to law enforcement partners that ATF has a

13:03:05  23 concern about "some possible violations of federal law."

13:03:09  24 Correct?

13:03:10  25 A.     Yes.

13:03:11  1    Q.     And then if you go down to the second paragraph, four

13:03:15  2    lines up from the bottom, there is a sentence that begins:

13:03:19  3    "Such transactions."  Do you see that?

13:03:25  4    A.     Sorry, which paragraph?

13:03:26  5    Q.     It's the second paragraph, four lines up from the

13:03:28  6    bottom, beginning with:  "Such transactions."

13:03:31  7    A.     Oh, okay, yes.

13:03:33  8    Q.     And the transactions -- we'll get to in a second --

13:03:38  9    "Potentially constitute a violations of federal firearm laws

13:03:41  10   to include dealing firearms without an FFL."  You see that,

13:03:52  11   right?

13:03:52  12   A.     Yes.

13:03:52  13   Q.     Now, one of the circumstances that's outlined in this

13:03:56  14   cautionary letter are the private party transfers that are

13:04:00  15   the subject of this prosecution, correct?

13:04:01  16   A.     Yes.

13:04:02  17   Q.     And as the investigator of this case, the co-case

13:04:08  18   agent, you understood that merely engaging in the private

13:04:15  19   party transfers as an exempt police officer doesn't by itself

13:04:22  20   mean that there has been a violation of federal law, correct?

13:04:25  21          MS. RYKKEN:  Objection.  Calls for a legal

13:04:26  22   conclusion.

13:04:27  23          THE COURT:  Overruled.  This is cross-examination.

13:04:32  24          THE WITNESS:  You mean one sale or --

13:04:33  25   BY MR. ROBINSON:

13:04:34  1   Q.     Well, regardless of the number of sales, that alone,

13:04:40  2   if it fits the definition that we just looked at, that alone

13:04:45  3   may possibly be a violation, correct?

13:04:51  4   A.     Multiple sales by an unlicensed person?

13:04:55  5   Q.     Yes.

13:04:55  6   A.     It might possibly be a violation, yes.

13:04:58  7   Q.     And to use the ATF line, it potentially could be a

13:05:05  8   violation, yes?

13:05:05  9   A.     Yes.

13:05:06  10  Q.     But as the investigator, the agents in the case, along

13:05:09  11  with Agent Duncan, you understood that you needed to try to

13:05:13  12  establish so there is a violation of the law that agent --

13:05:16  13  excuse me, that Officer Arao acted willfully, correct?

13:05:22  14  A.     That is a requirement of the statute.

13:05:25  15  Q.     Right.  And that requirement of the statute is also an

13:05:27  16  element of the offense, correct?

13:05:28  17  A.     Yes.

13:05:29  18  Q.     And based upon your training both as a law student and

13:05:32  19  as a case agent for the ATF, you understand that the

13:05:36  20  government bears that burden to prove it beyond a reasonable

13:05:38  21  doubt, correct?

13:05:39  22  A.     Yes.

13:05:40  23  Q.     Okay.  So, after you had, and when I say "you" I'm

13:05:46  24  speaking about you and your Co-Agent Duncan, after you had

13:05:49  25  this attempted purchase of the -- of the off-roster handgun

13:05:55  1    at the end of July, you decided then to question Officer

13:06:01  2    Arao; is that right?

13:06:04  3    A.    Yes, we interviewed her.

13:06:07  4    Q.    And when you interviewed Officer Arao, you tape

13:06:11  5    recorded that interview, correct?

13:06:12  6    A.    Yes.

13:06:12  7    Q.    And a transcript of that recorded interview has been

13:06:19  8    produced, correct?

13:06:20  9    A.    Yes.

13:06:21  10   Q.    And you testified on direct examination today about

13:06:25  11   two excerpts of that conversation that you had with Officer

13:06:31  12   Arao; is that right?

13:06:33  13   A.    Yes.

13:06:33  14   Q.    And those are Government Exhibits 102A and B, yes?

13:06:42  15   A.    I believe so.

13:06:42  16   Q.    I believe so as well.  I think I'm right on that one.

13:06:46  17              And those excerpts that you testified to,

13:06:48  18   about your interview with Officer Arao, those excerpts only

13:06:55  19   talk about how Officer Arao was selling these guns and

13:07:00  20   transferring these off-roster guns because it was profitable.

13:07:04  21   Yes?

13:07:07  22   A.    Yes.

13:07:08  23   Q.    Now, did you assist the prosecution in selecting those

13:07:16  24   excerpts?

13:07:17  25   A.    I did not.

13:07:18  1    Q.    Did you defer to them in deciding which portion of

13:07:25  2    that recorded interview to excerpt?

13:07:28  3    A.    Yes.

13:07:29  4    Q.    And, now, I'm not good with time, but would you agree

13:07:37  5    with me, sir, that those excerpts amount to maybe -- maybe a

13:07:40  6    minute of -- of the interview?

13:07:42  7    A.    That's fair.

13:07:43  8    Q.    And that the interview itself took 58 minutes, yes?

13:07:47  9    A.    Yes.

13:07:47  10   Q.    And a transcript of that interview was produced and

13:07:54  11   turned over in discovery to the parties, correct?

13:07:57  12   A.    Yes.

13:07:57  13   Q.    And you have had an opportunity in preparation for

13:08:01  14   your testimony today to review that transcript, correct?

13:08:05  15   A.    I have.

13:08:06  16   Q.    You testified on direct examination that the

13:08:10  17   transcripts that was shown to this jury was an accurate and

13:08:16  18   direct reflection of what was actually said between Agent

13:08:20  19   Duncan, you and Officer Arao at that meeting.  Yes?

13:08:23  20   A.    Yes.

13:08:24  21   Q.    Now, you had -- when you went to see Officer Arao for

13:08:31  22   this interview, he wasn't in custody or anything like that,

13:08:35  23   was he?

13:08:36  24   A.    No.

13:08:36  25   Q.    And it was -- it was a cordial interview for lack of a

| | | |
|---|---|---|
| 13:08:40 | 1 | better term, yes? |
| 13:08:41 | 2 | A.    Yes. |
| 13:08:42 | 3 | Q.    And when you talked to Officer Arao, you made it clear |
| 13:08:47 | 4 | that you were there for the purpose of discussing these |
| 13:08:51 | 5 | private party transfers, and some of the information that you |
| 13:08:56 | 6 | had received that came from the audit, back in February of |
| 13:09:00 | 7 | 2017, yes? |
| 13:09:05 | 8 | A.    Additional information, yes. |
| 13:09:07 | 9 | Q.    And the other information that you wanted to discuss |
| 13:09:13 | 10 | with Officer Arao involved the 4473 Form, talking about the |
| 13:09:20 | 11 | straw sales and purchases?  Yes? |
| 13:09:27 | 12 | A.    Yes, and to ask him about the -- the various privative |
| 13:09:30 | 13 | people and other suspects in the investigation. |
| 13:09:34 | 14 | Q.    Right.  And, again, not to beat a dead horse, but |
| 13:09:37 | 15 | Officer Arao is not charged with any of that conduct, is he? |
| 13:09:40 | 16 | A.    No. |
| 13:09:40 | 17 | Q.    And Officer Arao was very helpful and responsive to |
| 13:09:45 | 18 | your questions, correct? |
| 13:09:48 | 19 | **MS. RYKKEN:**  Objection.  Hearsay. |
| 13:09:49 | 20 | **THE COURT:**  Overruled. |
| 13:09:51 | 21 | **THE WITNESS:**  To the best of my knowledge, yes. |
| 13:09:54 | 22 | BY MR. ROBINSON: |
| 13:09:54 | 23 | Q.    Well, you were there.  Officer Arao didn't take the |
| 13:09:58 | 24 | Fifth or say:  Get the heck out of here, or anything like |
| 13:10:00 | 25 | that, did he? |

13:10:03  1    A.      He didn't, but I can't speak to his actual

13:10:07  2    truthfulness, whether he was actually being truly helpful or

13:10:11  3    not.  He appeared helpful, yes.

13:10:13  4    Q.      Well -- so you had to hear what he had to say to

13:10:15  5    determine, you know, what -- what was going on and how he was

13:10:19  6    cooperative with you, correct?

13:10:21  7    A.      Yes, he was cooperative.

13:10:23  8    Q.      Okay.  Now, one of the things that you talked to

13:10:32  9    Officer Arao about, was as you just testified to, the

13:10:35  10   prohibited person concern, yes?

13:10:39  11   A.      Yes.

13:10:39  12   Q.      Now, on your direct examination, agent, the

13:10:47  13   government -- Ms. Rykken showed you exhibit, my goodness, I

13:10:55  14   think it's Exhibit 27, and that has in it -- a portion that

13:11:00  15   says:  Know your customer.  Correct?  It's from the Form 4473

13:11:07  16   Form?

13:11:08  17   A.      Can I --

13:11:10  18   Q.      Yes, please.

13:11:11  19   A.      Which exhibit was it?

13:11:12  20   Q.      Twenty-seven?

13:11:14  21           **THE COURT:**  Can we go ahead and put it up, please?

13:11:17  22   Yes.

13:11:22  23   BY MR. ROBINSON:

13:11:23  24   Q.      While we're finding it, do you recall your testimony

13:11:26  25   concerning --

13:11:30  1          **MR. ROBINSON:**  Your Honor, it's in front of the

13:11:31  2     jury and the witness.  Thank you.

13:11:35  3     BY MR. ROBINSON:

13:11:36  4     Q.     Agent, I'm asking you to look at what's been admitted

13:11:39  5     into evidence as Government Exhibit 32, and it's page 190.

13:11:43  6     Do you see it in front of you?

13:11:44  7     A.     Yes, I do.

13:11:45  8     Q.     And at the bottom there is a box, excuse me, some

13:11:48  9     paragraphs that are headed with the bald titled, "know your

13:11:53  10    customer" yes?

13:11:56  11    A.     Yes.

13:11:56  12    Q.     Now, that "know your customer" is putting some

13:12:00  13    obligation on the FFL holder to make orientations about --

13:12:05  14    about the person who's seeking to purchase a handgun from

13:12:08  15    them, correct?

13:12:09  16    A.     Yes.

13:12:09  17    Q.     And, again, as Agent Hudson [sic] said, the reason for

13:12:17  18    the 4473 Form is to give the government an opportunity prior

13:12:23  19    to the actual transfer of the handgun to do the background

13:12:28  20    check on the person receiving the gun, yes?

13:12:31  21    A.     Yes.

13:12:32  22    Q.     And the California DROS form, again, is a parallel

13:12:38  23    form, correct?

13:12:39  24    A.     Yes.

13:12:39  25    Q.     You were questioning Officer Arao about your interest

| | |
|---|---|
| 13:12:45 | 1 |

in -- in some of the purchasers of handguns from Ronin

13:12:49  2   Tactical, correct?

13:12:50  3   A.    Yes.

13:12:51  4   Q.    Now, you did an examination of Ronin Tactical sales

13:12:57  5   and transfers of handguns, yes?

13:13:00  6   A.    Yes.

13:13:00  7   Q.    And Ronin Tactical was in existence for how long?

13:13:09  8   A.    Since early 2014 to around October 2017.

13:13:15  9   Q.    And at your suggestion, Officer Arao and his partner

13:13:21  10  John Frances, they surrendered the FFL after the interview,

13:13:26  11  didn't they?

13:13:27  12  A.    Yes.

13:13:27  13  Q.    Okay.  John Frances is a -- is a police officer with

13:13:30  14  the City of Gardena as well, correct?

13:13:32  15  A.    Yes.

13:13:32  16  Q.    Now, looking at the number of transfers and sales that

13:13:38  17  Ronin Tactical conducted, you determined there were about 690

13:13:43  18  sales or transfers, yes?

13:13:45  19  A.    I didn't look at all the transfers made, but that

13:13:52  20  sounds accurate.

13:13:53  21  Q.    And in your conversation with Officer Arao, you talked

13:13:56  22  about the fact that the guns that had been sold or

13:14:00  23  transferred by Ronin Tactical had been DROS'd, yes?

13:14:04  24          **MS. RYKKEN:**  Objection.  Hearsay.

13:14:07  25          **THE COURT:**  I'm not familiar with the term.

13:14:08  1          MR. ROBINSON:  Excuse me, Your Honor, that's the

13:14:10  2    dealer record of sales testified to.

13:14:12  3          THE COURT:  Ask the question again.

13:14:13  4          MR. ROBINSON:  Thank you.

13:14:14  5    BY MR. ROBINSON:

13:14:14  6    Q.    You were discussing with -- and this is a "yes" or

13:14:18  7    "no," please -- you were discussing with Officer Arao the

13:14:21  8    fact that the Ronin Tactical guns that had been transferred

13:14:27  9    or sold had the information of the purchaser or the receiver

13:14:31  10   of the gun, had to send it to Cal Department of Justice on

13:14:37  11   that DROS form, yes?

13:14:41  12   A.    Yes.

13:14:42  13   Q.    And the reason that you were asking Officer Arao about

13:14:45  14   that is because you wanted to see whether or not he was

13:14:48  15   selling to prohibited people, correct?

13:14:50  16   A.    Yes.

13:14:50  17   Q.    And you wanted to see whether or not Agent Arao --

13:14:56  18   excuse me, Officer Arao was selling, engaged in these straw

13:15:00  19   sales, yes?

13:15:01  20   A.    Yes.

13:15:01  21   Q.    And Officer Arao told you that twice --

13:15:08  22          MS. RYKKEN:  Objection.  Hearsay.

13:15:09  23          THE COURT:  It will be sustained.

13:15:11  24          MR. ROBINSON:  I'm offering it not for the truth,

13:15:13  25   Your Honor.

13:15:14  1          **THE COURT:**  Sustained.

13:15:14  2          **MS. RYKKEN:**  Objection hearsay.

13:15:15  3          **THE COURT:**  Sustained.

13:15:22  4   BY MR. ROBINSON:

13:15:22  5   Q.    In your investigation of the manner in which Officer

13:15:26  6   Arao was conducting business as the CEO and the president of

13:15:31  7   Ronin Tactical, with respect to his filling out those 4473

13:15:38  8   Forms, the DROS forms for the background check purposes, did

13:15:45  9   you ever see a situation where Officer Arao intentionally or

13:15:48  10  wilfully did not properly record his statement or the sale?

13:15:54  11  A.    There were -- there was at least one I could think of

13:16:05  12  that was concerning.

13:16:06  13  Q.    Right, but is it concerning for reasons that are

13:16:10  14  unrelated to Officer Arao filling out the forms, submitting

13:16:15  15  them to the federal and the state government, yes?

13:16:19  16  A.    There is one time that other evidence we received

13:16:25  17  seemed to contradict the records that -- a record that he

13:16:28  18  filled out.

13:16:29  19  Q.    I understand that.  I'm not asking you that question.

13:16:32  20  I'm asking you:  Did you see any effort --

13:16:36  21          Let me put it to you this way:  Did you see

13:16:39  22  any effort at all that Officer Arao made any effort to hide

13:16:43  23  the fact that he was selling a gun or transferring a gun to a

13:16:46  24  particular person based upon the forms that he filed with the

13:16:49  25  state and the federal government?

13:16:58  1    A.     I'm trying to answer the question.  I'm sorry, you

13:17:01  2    mean while we conducted the interview or right now, after

13:17:05  3    reviewing the records with all the information we have?  I'm

13:17:08  4    sorry, I'm trying to --

13:17:10  5    Q.     I understand.  You understand that Officer Arao was

13:17:13  6    not charged with anything other than the dealing without a

13:17:15  7    license charge, yes?

13:17:17  8    A.     I know.  That's what I'm trying to limit my -- my

13:17:20  9    answer, sir.

13:17:28  10   Q.     Okay.  When you were questioning Officer Arao, did you

13:17:32  11   explain to him what the law was with respect to transferring

13:17:39  12   guns without a license under federal law?

13:17:43  13   A.     I'm not sure if it was myself or Special Agent Duncan,

13:17:46  14   but we've discussed it.

13:17:48  15   Q.     Okay.  And when you did that with Officer Arao,

13:17:54  16   Officer Arao told you about his understanding --

13:17:58  17            **MS. RYKKEN:**  Objection.

13:17:58  18            **MR. RODRIGUEZ:**  Goes to his state of mind, Your

13:18:01  19   Honor.

13:18:02  20            **THE COURT:**  The objection is going to be

13:18:04  21   sustained.

13:18:11  22   BY MR. ROBINSON:

13:18:12  23   Q.     So, when you were with the government, and you

13:18:19  24   selected -- or they selected the two excerpts of -- of that

13:18:24  25   58 minute interview, did you discuss with -- with them any

| | | |
|---|---|---|
| 13:18:33 | 1 | parts that -- that were left out of those excerpts? |
| 13:18:41 | 2 | A.     I don't remember.  I don't recall discussing any other |
| 13:18:44 | 3 | excerpts. |
| 13:18:44 | 4 | Q.     Not the reason why certain parts were not presented in |
| 13:18:47 | 5 | their case? |
| 13:18:52 | 6 | A.     No. |
| 13:18:55 | 7 | Q.     Did it concern you in any way? |
| 13:18:59 | 8 | A.     In preparation for this trial, I was given a lot of |
| 13:19:03 | 9 | tasks. |
| 13:19:03 | 10 | Q.     The answer is:  No, it didn't concern you? |
| 13:19:07 | 11 | A.     It's not something on my mind, yes, sir. |
| 13:19:11 | 12 | Q.     Now, you testified on direct examination, that you |
| 13:19:23 | 13 | were -- one second, please -- that you were not familiar |
| 13:19:39 | 14 | with -- you were not familiar with Cal DOJ's rules and |
| 13:19:44 | 15 | regulations with respect to on and off-roster guns, correct? |
| 13:19:50 | 16 | A.     Correct. |
| 13:19:51 | 17 | Q.     And for the purpose of this trial, it doesn't make a |
| 13:19:53 | 18 | lick of difference, we agree, all of us, that the guns that |
| 13:19:57 | 19 | were the subject of this case were off-roster, for whatever |
| 13:20:00 | 20 | reason, yes? |
| 13:20:02 | 21 | A.     Yes. |
| 13:20:02 | 22 | Q.     Okay.  Prior to your going with Agent Duncan to |
| 13:20:07 | 23 | interview Officer Arao, did you familiarize yourself with |
| 13:20:13 | 24 | California law with respect to transferring handguns? |
| 13:20:18 | 25 | A.     Just in what had come up in various conversations |

13:20:23  1    after I -- after I arrived at the division.

13:20:28  2    Q.    Was that before or after your interview?

13:20:31  3    A.    Prior to.

13:20:32  4    Q.    Prior to.  Did you break out the California Penal Code

13:20:38  5    Section to see what the rules were with respect to

13:20:43  6    transferring off-roster firearms in California?

13:20:54  7    A.    I may have, I may have, but I think I also spoke to

13:20:58  8    other agents and other members of my agency.

13:21:03  9    Q.    And that's a federal agency, correct?

13:21:07  10   A.    Yes.

13:21:08  11   Q.    Did you speak with anyone from any local or state

13:21:12  12   police agency to get an understanding of what the California

13:21:18  13   laws were with respect to transferring these off-roster

13:21:22  14   firearms?

13:21:22  15   A.    I don't believe so.

13:21:24  16   Q.    You had -- and this is a "yes" or "no," please -- you

13:21:31  17   had conversation with Officer Arao in that interview about

13:21:40  18   transferring firearms without a license under federal law,

13:21:44  19   yes?

13:21:45  20   A.    Yes.

13:21:46  21   Q.    "Yes" or "no," please.  Did you also have conversation

13:21:51  22   with Officer Arao about the California State laws that apply

13:21:57  23   to the transfer of off-roster handguns?

13:22:03  24   A.    I believe we did.

13:22:04  25   Q.    Would it refresh your recollection to look at your

13:22:09   1   conversations?

13:22:10   2   A.     Yes.

13:22:13   3         **MR. ROBINSON:**  Your Honor, I placed in front of

13:22:15   4   this witness and provided the government and the Court

13:22:18   5   certain -- certain excerpts.

13:22:18   6   BY RM. ROBINSON:

13:22:24   7   Q.     Sir, if you would please, they're numbered, they're

13:22:27   8   labeled on top, should be on top -- excuse me.  It should be

13:22:31   9   in front of you.  Excuse me, Mr. Cruz has them.

13:22:43   10                  And, sir, I'm going to ask you, to yourself,

13:22:45   11   please, read -- read the last entry on -- the only entry on

13:22:53   12   the first page and the next few pages, would you read them

13:22:57   13   please, and let know when you're finished?

13:23:02   14                  This is excerpt five, Agent, excuse me.

13:24:51   15   A.     Maybe I missed it.  I don't see much about

13:24:55   16   California --

13:24:55   17   Q.     I didn't ask you the question.  So, forgive me.

13:25:02   18                  Having read Excerpt 5, does it refresh your

13:25:08   19   recollection about what was talked about at a minimum in this

13:25:11   20   conversation with Officer Arao?

13:25:16   21   A.     I apologize, I read everything except for 5.

13:25:21   22   Q.     Sorry, sir.  Please read 5.  My mistake.

13:25:55   23   A.     Yes.

13:25:57   24   Q.     And does that excerpt that's in 5, Exhibit 5, does

13:26:02   25   that refresh your recollection about the discussions that you

| | | |
|---|---|---|
| 13:26:09 | 1 | and your partner Agent Duncan had with Officer Arao, at least |
| 13:26:13 | 2 | that they occurred, the conversation, yes? |
| 13:26:15 | 3 | A.    Yes. |
| 13:26:15 | 4 | Q.    Now, I'm going to quickly go back to the question -- |
| 13:26:27 | 5 | the question about the definitional section of dealing in |
| 13:26:30 | 6 | firearms, that we started this examination with, and you |
| 13:26:33 | 7 | recall that, yes? |
| 13:26:34 | 8 | A.    Yes. |
| 13:26:34 | 9 | Q.    And you testified that based on your law school |
| 13:26:39 | 10 | training and your training as a federal officer, that that |
| 13:26:43 | 11 | definition does not include anything about the mental state |
| 13:26:47 | 12 | necessary to be guilty of that crime dealing without a |
| 13:26:54 | 13 | license, yes? |
| 13:26:54 | 14 | A.    Yes. |
| 13:26:55 | 15 | Q.    And so when you were questioning Officer Arao, again, |
| 13:26:59 | 16 | this is "yes" or "no," you talked and your partner officer |
| 13:27:05 | 17 | talked about the California laws with Officer Arao, yes? |
| 13:27:12 | 18 | A.    Yes. |
| 13:27:12 | 19 | Q.    And did it appear to you that Officer Arao appeared |
| 13:27:20 | 20 | confused about that relationship between the California law |
| 13:27:26 | 21 | and the federal law? |
| 13:27:28 | 22 | **MS. RYKKEN:**  Objection.  Calls for hearsay. |
| 13:27:32 | 23 | **THE COURT:**  You'll have to rephrase the question. |
| 13:27:37 | 24 | **MR. ROBINSON:**  This is offered for the effect on |
| 13:27:39 | 25 | the listener, Your Honor, for non-hearsay purpose. |

13:27:42  1          THE COURT:  The objection is sustained.

13:27:43  2          MR. ROBINSON:  Let me rephrase the question.  I

13:27:46  3  think I can do that.

13:27:48  4          THE COURT:  Yes.

13:27:49  5  BY MR. ROBINSON:

13:27:49  6  Q.    You purposely identified in this interview with

13:27:54  7  Officer Arao, you identified your concerns about dealing with

13:28:00  8  a federal license, yes?

13:28:03  9  A.    We did, yes.

13:28:04  10 Q.    And that is, particularly, with respect to that

13:28:08  11 secondary transaction that the ATF expert talked about the

13:28:12  12 private party transfer, yes?

13:28:14  13 A.    Yes.

13:28:14  14 Q.    And, "yes" or "no," Officer Arao didn't confess to

13:28:24  15 wilfully violate a statute?

13:28:26  16         MS. RYKKEN:  Objection.  Hearsay.

13:28:28  17         THE COURT:  I didn't hear the objection.

13:28:29  18         MS. RYKKEN:  I said objection.  Hearsay.

13:28:32  19         THE COURT:  Sustained.

13:28:36  20 BY MR. ROBINSON:

13:28:36  21 Q.    "Yes" or "no," sir, did Officer Arao mention the

13:28:41  22 California laws with respect to private party transfers?

13:28:44  23         MS. RYKKEN:  Objection.  Hearsay.

13:28:46  24         MR. ROBINSON:  Just mentioning it, Your Honor.

13:28:49  25 We're not getting into the text.

|   |   |
|---|---|
| 13:28:51 | 1 |
| 13:28:52 | 2 |
| 13:28:57 | 3 |
| 13:28:59 | 4 |
| 13:28:59 | 5 |
| 13:29:01 | 6 |
| 13:29:16 | 7 |
| 13:29:18 | 8 |
| 13:29:29 | 9 |
| 13:29:36 | 10 |
| 13:29:41 | 11 |
| 13:29:49 | 12 |
| 13:29:49 | 13 |
| 13:29:57 | 14 |
| 13:30:00 | 15 |
| 13:30:06 | 16 |
| 13:30:09 | 17 |
| 13:30:15 | 18 |
| 13:30:20 | 19 |
| 13:30:21 | 20 |
| 13:30:26 | 21 |
| 13:30:27 | 22 |
| 13:30:32 | 23 |
| 13:30:35 | 24 |
| 13:30:38 | 25 |

1    **THE COURT:**  Overruled.

2         Did he mention it?  "Yes" or "no."

3    **THE WITNESS:**  I believe he did.

4    BY MR. ROBINSON:

5    Q.    You just refreshed your recollection, is it "yes" or

6    "no," not that you believe."  Yes" or "no," please?

7    A.    As I recall, yes.

8    Q.    So, the answer is yes.  And were there responses by

9    either you or officer -- your -- agent partner, Duncan, about

10   when Officer Arao talked about these California private party

11   transfer laws, did you -- did the two of you respond to him?

12   A.    Yes.

13   Q.    And you've testified earlier here today that you had

14   not broken up the California Penal Code and studied the law

15   on private party transfers, right?  Prior to this interview,

16   you had not done that.

17   A.    If I -- I -- I thought I said I might have.

18   Q.    Well, I guess I'll ask you again.  Did you or didn't

19   you?

20   A.    I don't recall if it was prior to or after the

21   interview.

22   Q.    You said under -- on -- in this examination, that

23   prior to the interview of Officer Arao you had spoken with

24   some of your partner, agents, at the ATF, yes?

25   A.    Yes, that's where I obtained most of my information.

13:30:41  1    Q.    And you also testified that you had never, prior to

13:30:44  2    this interview, spoken to anyone from a local or California

13:30:49  3    agency with respect to the law in California on private party

13:30:52  4    transfers, had you?

13:30:53  5    A.    Yes.

13:30:54  6    Q.    That was a double negative.  You didn't, right?

13:30:58  7    A.    Correct.

13:30:59  8    Q.    Okay, thank you.

13:31:05  9          Now, you never lied to Officer Arao in this

13:31:08  10   interview, did you?

13:31:12  11   A.    No, I don't -- I don't think I lied.

13:31:15  12   Q.    And your partner officer never lied to Officer Arao in

13:31:22  13   this interview, did he?

13:31:28  14   A.    Not that I recall, no.

13:31:30  15   Q.    And with respect to your understanding of the

13:31:35  16   California law with respect to private party transfers, you

13:31:42  17   were truthful --

13:31:44  18         **MS. RYKKEN:**  Objection.  Calls for hearsay.

13:31:50  19         **THE COURT:**  The Court will sustain the objection

13:31:52  20   on 403.

13:31:56  21         And you can rephrase.

13:31:57  22         **MR. ROBINSON:**  Thank you.

13:31:59  23   BY MR. ROBINSON:

13:32:09  24   Q.    At any point in time in your interview of Officer Arao

13:32:14  25   did either you or your partner, Agent Duncan, ever explained

UNITED STATES DISTRICT COURT

13:32:19   1   to him the California law with respect to private party

13:32:24   2   transfers?

13:32:37   3   A.     I don't believe so.

13:32:38   4   Q.     You don't --

13:32:39   5   A.     I don't believe so, but I don't recall.

13:32:43   6   Q.     But is it fair to say that a portion of this interview

13:32:49   7   that is greater than what this jury heard with respect to the

13:32:52   8   government excerpts, and this is "yes" or "no," dealt with

13:33:00   9   the relationship between the California private party law and

13:33:04   10  the federal law?

13:33:07   11  A.     Yes.

13:33:07   12  Q.     And "yes" or "no," sir, it wasn't just you and your

13:33:14   13  partner agent that were speaking to Officer Arao about the

13:33:19   14  California law with respect to private party transfers, was

13:33:22   15  it?

13:33:26   16  A.     At that time or --

13:33:29   17  Q.     Just in this interview.  And -- I'm sorry.  You never

13:33:35   18  talked to Officer Arao any other time than in this interview,

13:33:39   19  right?

13:33:42   20  A.     Umm, yeah.  Me, personally, yes.  That was the only

13:33:46   21  time.

13:33:46   22  Q.     Right.  Other than the undercover, did your partner

13:33:51   23  agent ever talk to Officer Arao?

13:33:53   24         **MS. RYKKEN:**  Objection.  Calls for -- calls for

13:33:58   25  speculation.

13:33:58   1              THE COURT:  If he knows he can answer.

13:34:01   2              THE WITNESS:  I'm not sure if they coordinated

13:34:04   3    after the fact with the license.

13:34:06   4    BY MR. ROBINSON:

13:34:06   5    Q.     That's fair, and I appreciate that.  I'm talking about

13:34:11   6    a sit-down interview like the one that you had in September

13:34:15   7    of 2017, based upon being the case agent, you know that the

13:34:21   8    only time that the two of you ever spoke with Officer Arao

13:34:25   9    was September 25th of 2017, yes?

13:34:29  10    A.     Yes.

13:34:29  11    Q.     Okay.  Officer Arao talked to you, "yes" or "no,"

13:34:34  12    please, about his understanding of the California private

13:34:38  13    party transfer law, didn't he?

13:34:40  14              MS. RYKKEN:  Objection.  Hearsay.

13:34:42  15              THE COURT:  It will be sustained.  And on 403,

13:34:54  16    also.

13:35:18  17              MR. ROBINSON:  Your Honor, may I have one moment,

13:35:20  18    please?

13:35:21  19              THE COURT:  Yes.

13:35:37  20              (Discussion held off the record.)

13:35:37  21              THE COURT:  We're going to take a short recess.

13:35:40  22    Why don't you return back to the courtroom at 10 to the hour.

13:35:44  23    During your absence do not discuss this case with yourselves

13:35:46  24    or any other persons.

13:35:49  25              COURT CLERK:  All rise, please.

13:35:57  1        (Following proceedings held outside the presence

13:36:21  2   of the jury.)

13:36:21  3        THE COURT:  Okay, we have the jury excused.  Feel

13:36:23  4   free to step down if it's more comfortable below.

13:36:27  5            So, I just want to make sure, I want to make

13:36:31  6   sure that we have a complete record.

13:36:32  7            So, I have Exhibit A attached to the

13:36:35  8   defendant's opposition to the government's motion in limine

13:36:39  9   to admit defendant's statement.  We have Exhibit A which is

13:36:45  10  the entire, I believe, looks like 57 pages of the interview,

13:36:50  11  that's been filed with the Court.

13:36:55  12            There is certain excerpts now that have been

13:36:59  13  provided to the Court in terms of a copy, I want to make sure

13:37:01  14  that those have been filed so we have a complete record or

13:37:05  15  otherwise made part of the record, so that any appellate

13:37:08  16  review would have the excerpts also, as part of the record.

13:37:12  17       MR. ROBINSON:  Your Honor, thank you.  In

13:37:14  18  anticipation of the situation, we have prepared as a court

13:37:20  19  exhibit, the 57 page ATF interview of the audio recording of

13:37:28  20  that interview.  And so, if we could ask, if I could give

13:37:33  21  this to Mr. Cruz and ask that it be marked as be court

13:37:37  22  Exhibit -- maybe -- mark it as Defense Exhibit 10, if we can,

13:37:42  23  for appellate purposes.

13:37:44  24       THE COURT:  And that -- Exhibit 10 includes what,

13:37:48  25  it includes --

13:37:50   1          **MR. ROBINSON:**  It includes the audio recording of

13:37:53   2   the interview that we have been talking about in this

13:37:54   3   examination, and it contains on a thumb drive the -- the

13:37:59   4   transcript that's also part of the record in Exhibit a in the

13:38:03   5   documents.

13:38:04   6          **THE COURT:**  Yes.  And so, just for clarity, I

13:38:06   7   denied defendant's request to have the entire recording and

13:38:10   8   transcript received, or the recording received, for the

13:38:17   9   reasons already articulated.

13:38:19   10          You have offered several excerpts, and I've

13:38:23   11   indicated that I would consider certain portions.  Do you

13:38:27   12   wish the excerpts to be separately identified?

13:38:30   13          **MR. ROBINSON:**  Yes, Your Honor, thank you.

13:38:32   14          **THE COURT:**  So, we have excerpts one through six

13:38:35   15   that have been -- that have been offered, and they should be

13:38:39   16   part of the record also.

13:38:40   17          **MR. ROBINSON:**  Yes, Your Honor.  And if I may

13:38:42   18   complete my record just so that I don't miss something.

13:38:45   19          Your Honor, the government introduced -- the

13:38:51   20   government introduced exhibits 102A and B, and those are

13:38:57   21   brief snippets of Officer Arao talking to these agents about

13:39:05   22   selling the super -- .38 Supers for money.  Which he did, and

13:39:11   23   we are not contesting that.

13:39:14   24          We're not asking under Rule 106 to introduce

13:39:18   25   that entire transcript.  We have preserved our record, I

13:39:22   1    believe, in that area.  What we're talking about now is my

13:39:27   2    ability to cross-examine Agent Hart about the actual

13:39:34   3    conversation that was had from which the government's

13:39:39   4    excerpts were taken.

13:39:41   5              As you've seen -- in the excerpts that I've

13:39:44   6    provided to the Court -- there is a very clear back-and-forth

13:39:47   7    between Officer Arao, Agent Duncan and Agent Hart about how

13:39:58   8    Officer Arao was acting, and it's clear that there is enough

13:40:04   9    evidence to get over a relevancy hump that Officer Arao was

13:40:09   10   telling Officer Hart that he thought he was abiding by the

13:40:17   11   California law, and that if he knew that what he was doing

13:40:20   12   violated the federal law, and I'm quoting him:  He never

13:40:26   13   would have done that shit.

13:40:28   14             And the officers in response -- excuse me,

13:40:33   15   the agents in response to those types of statements by

13:40:36   16   Officer Arao, they say, we don't -- and I'm paraphrasing --

13:40:42   17   we don't know the California law.  That's why we have counsel

13:40:45   18   back in D.C., but we believe that under federal law, you may

13:40:53   19   be dealing without a license.

13:40:57   20             The only issue in this case is whether or not

13:41:00   21   the government can prove beyond a reasonable doubt that

13:41:02   22   Officer Arao knew -- acted wilfully, knew that he was

13:41:08   23   violating the law.

13:41:10   24             All the circumstances in this case tend to

13:41:12   25   show, I think rather, rather strongly, that he was confused.

13:41:17    1    He did not know that he was violating the law.  And this

13:41:21    2    case, like the cases in ^ Cheek and ^ Ratslaff which deal

13:41:31    3    with heavily regulated conduct, the supreme court, at least

13:41:35    4    in Bryan has said:  In order to be convicted of this type of

13:41:38    5    concurrent, the government has to prove that the defendant

13:41:40    6    acted willfully, and that means that he knew he was violating

13:41:44    7    the law.

13:41:45    8              Officer Arao did not know he was violating

13:41:49    9    the law, based upon what's in this transcript.

13:41:51   10              Now, when the government presents their case

13:41:54   11    to the jury, they have excerpted what amounts to a

13:42:04   12    confession, and is introduced through Agent Hart.  In order

13:42:07   13    for me to cross-examine Agent Hart to exercise Officer Arao's

13:42:12   14    Sixth Amendment right to confrontation and cross-examination

13:42:15   15    as well as his Fifth and Sixth Amendment rights to a fair

13:42:21   16    trial and due process, I should be able to ask the questions

13:42:26   17    that are in those excerpts.

13:42:28   18              And I have a theory, Your Honor, that I

13:42:30   19    think -- I think laws for the admission of these -- these

13:42:34   20    answers.

13:42:35   21              Whether or not Officer Arao is right about

13:42:40   22    the California law doesn't matter, and therefore the truth of

13:42:43   23    what he is saying doesn't matter.  But Officer Arao's

13:42:50   24    expression of surprise and statement that he believed he was

13:42:53   25    following the law, that is evidence of his state of mind, and

| | | |
|---|---|---|
| 13:43:01 | 1 | we have cited cases, and so has the government in their |
| 13:43:05 | 2 | pleadings pretrial, that offer this type of information, just |
| 13:43:10 | 3 | like the Instagram posts, not necessarily for the truth but |
| 13:43:15 | 4 | to show the state of mind. |
| 13:43:17 | 5 | Now, the government is going to argue that |
| 13:43:19 | 6 | the Instagram posts, whether they're -- the actual text is |
| 13:43:23 | 7 | truthful or not -- |
| 13:43:25 | 8 | THE COURT:  Mr. Robinson, look, the general rule |
| 13:43:29 | 9 | is that statements made by a defendant offered by the |
| 13:43:31 | 10 | government against him at trial or admissions are received. |
| 13:43:35 | 11 | Statements made by the defendant offered by |
| 13:43:38 | 12 | the defendant in support of a defense generally hearsay, |
| 13:43:43 | 13 | hearsay, there is a way to address all of this.  You can call |
| 13:43:46 | 14 | your client, and if you call your client, then the door is |
| 13:43:49 | 15 | open to further cross-examination of the special agent. |
| 13:43:53 | 16 | The Court has ruled.  The Court has sustained |
| 13:43:57 | 17 | the objections. |
| 13:43:58 | 18 | And we're going to take a recess. |
| 13:44:02 | 19 | MR. ROBINSON:  May I make one last point and I'll |
| 13:44:04 | 20 | stop? |
| 13:44:04 | 21 | THE COURT:  You can have -- you can have |
| 13:44:06 | 22 | additional time this afternoon, once we conclude with the |
| 13:44:09 | 23 | case, to make an additional record, if you so choose, and |
| 13:44:14 | 24 | please feel free to offer supplemental pleading. |
| 13:44:19 | 25 | MR. ROBINSON:  I will.  Thank you, Your Honor. |

13:44:19  1          **THE COURT:**  Thank you.

13:44:19  2               (Recess taken.)

13:59:56  3          **THE COURT:**  We're about to resume.

13:59:57  4               Mr. Robinson, at the end of the day, you'll

13:59:59  5  have additional time to make an additional record regarding

14:00:01  6  the rulings of the Court.

14:00:01  7          **MR. ROBINSON:**  I appreciate that.  I think we'll

14:00:03  8  take the Court up on its suggestion to file a pleading, so

14:00:08  9  we'll do that as well.  I appreciate that.  But --

14:00:09  10         **THE COURT:**  Okay.

14:00:10  11         **MS. RYKKEN:**  Counsel for defense is not here yet.

14:00:15  12         **THE COURT:**  Yes, yes, we need counsel.  Mr.

14:00:20  13  Rodriguez is not here.  He's probably in the restroom.

14:00:27  14         **MR. ROBINSON:**  Your Honor, we discussed the

14:00:28  15  marking of the exhibits with respect to the audiotape

14:00:32  16  transcript and the excerpts with Mr. Cruz.  And so at the end

14:00:35  17  of the day we'll present that to you as well.  We don't need

14:00:38  18  to do that in front of the jury obviously.

14:00:41  19         **THE COURT:**  Thank you.

14:00:53  20              Okay, we are we have everyone present, and

14:00:55  21  we're going to bring the jury in.

14:01:25  22              Mr. Rodriguez, you're going to conduct

14:01:28  23  cross-examination?

14:01:29  24         **MR. RODRIGUEZ:**  Your Honor, we spoke about that.

14:01:31  25  I was going to ask for permission to reserve my

14:01:34  1    cross-examination until Agent Hart testifies as to the second

14:01:37  2    part, that way I can do it all at once.

14:01:40  3              THE COURT:  Is that agreeable?

14:01:41  4              MS. RYKKEN:  We have since spoken about this, and

14:01:43  5    I'm sorry we didn't speak about it to you before.  I think

14:01:47  6    that might lead to a little bit of confusion and maybe defeat

14:01:49  7    the purpose for bifurcating the testimony.  So, we have some

14:01:52  8    concerns, but we would defer to the Court.

14:01:55  9              THE COURT:  So, I'd be -- I would encourage you to

14:01:57  10   conduct cross at this time.

14:02:03  11             MR. RODRIGUEZ:  Or else lose my ability to

14:02:05  12   cross --

14:02:05  13             THE COURT:  No, you won't lose it.

14:02:14  14             (Following proceedings were held in the presence

14:02:14  15   of the jury.)

14:02:15  16             THE COURT:  So we have our jury reassembling, and

14:02:18  17   the alternates, and all the parties are present with counsel.

14:02:39  18                    With that -- please have a seat.  And we'll

14:02:40  19   continue with the cross-examination of Agent Hart.

14:02:43  20             MR. ROBINSON:  Thank you, Your Honor.

14:02:45  21   BY MR. ROBINSON:

14:02:46  22   Q.   Agent Hart, good afternoon, again.  I only have one

14:02:49  23   question, and it's a reiteration, if I will.

14:02:52  24                    The interview of Officer Arao on September

14:02:57  25   25th of 2017, that interview which was recorded, lasted 28

| | | |
|---|---|---|
| 14:03:04 | 1 | minutes, correct? |
| 14:03:05 | 2 | A.    Yes. |
| 14:03:06 | 3 | **MR. ROBINSON:**  Thank you. |
| 14:03:07 | 4 | No further questions, Your Honor. |
| 14:03:09 | 5 | **THE COURT:**  Thank you. |
| 14:03:09 | 6 | And we have Mr. Rodriguez. |
| 14:03:12 | 7 | **MR. RODRIGUEZ:**  Thank you, Your Honor. |
| 14:03:12 | 8 | CROSS-EXAMINATION |
| 14:03:12 | 9 | BY MR. RODRIGUEZ: |
| 14:03:55 | 10 | Q.    Good afternoon, Agent Hart. |
| 14:03:56 | 11 | A.    Good afternoon. |
| 14:03:56 | 12 | Q.    Let's go back in time a little bit.  I want to ask you |
| 14:04:02 | 13 | some questions about your training and experience, okay? |
| 14:04:05 | 14 | A.    Okay. |
| 14:04:06 | 15 | Q.    Now, you testified, I don't remember -- it was |
| 14:04:09 | 16 | yesterday, that you received a bachelors from George |
| 14:04:13 | 17 | Washington University, right? |
| 14:04:14 | 18 | A.    Yes. |
| 14:04:14 | 19 | Q.    Okay.  Great school.  What year did you graduate? |
| 14:04:17 | 20 | A.    2005. |
| 14:04:18 | 21 | Q.    And then you immediately went into Brooklyn Law? |
| 14:04:22 | 22 | A.    Yes. |
| 14:04:22 | 23 | Q.    After you graduated from Brooklyn Law, did you take |
| 14:04:26 | 24 | the bar in any state? |
| 14:04:27 | 25 | A.    Yes, in New York State. |

14:04:28  1    Q.    New York State.  Did you practice as an attorney?

14:04:30  2    A.    No.

14:04:31  3    Q.    Went straight to find honest work?

14:04:34  4    A.    Yes.  My first job was as a park ranger.

14:04:37  5    Q.    Okay.  You really didn't like law school.

14:04:39  6                And after that, did you begin applying for

14:04:44  7    the ATF?

14:04:44  8    A.    I applied to the ATF September of my third year in law

14:04:50  9    school.

14:04:51  10   Q.    Okay.  So, right away you knew you wanted to go into

14:04:54  11   law enforcement but not necessarily practice law?

14:04:57  12   A.    Correct.

14:04:57  13   Q.    Having a law degree, obviously, gave you certain

14:05:05  14   advantages when it comes to being a law enforcement officer,

14:05:08  15   correct?

14:05:11  16   A.    I guess, yes.

14:05:12  17   Q.    You have three years of training in how to read law,

14:05:17  18   interpret law, and argue the law, correct?

14:05:19  19   A.    Yes.

14:05:19  20   Q.    And you had a great education.  Brooklyn Law is a

14:05:24  21   great school, right?

14:05:25  22   A.    It's no Georgetown, but --

14:05:29  23   Q.    Oh, you looked me up.

14:05:33  24   A.    Until this morning.

14:05:34  25   Q.    All right.  So, after you graduated from law school

14:05:41  1    and you took the bar that summer, did you then go into

14:05:45  2    training for the ATF?

14:05:46  3    A.      No.

14:05:46  4    Q.      Okay.  When did you go into training with ATF?

14:05:51  5    A.      In January of 2010.

14:05:53  6    Q.      And how long did that training last?

14:05:56  7    A.      Six and a half months.

14:05:57  8    Q.      And the -- I take it there is an academy?

14:06:01  9    A.      Yes.

14:06:02  10   Q.      And where is that academy?

14:06:03  11   A.      In Georgia.

14:06:05  12   Q.      And the -- is one of the primary duties of -- or

14:06:13  13   missions of the ATF is dealing with the issues regarding

14:06:17  14   firearms?

14:06:18  15   A.      Yes.

14:06:18  16   Q.      Because, let's be honest, tobacco is already regulated

14:06:26  17   and it's not -- neither alcohol or tobacco cause the issues

14:06:31  18   that produce the kind of the policy matters that you have

14:06:33  19   with firearms, correct?

14:06:35  20   A.      Yes.

14:06:35  21   Q.      Now, as part of your training, were you trained on how

14:06:40  22   to go undercover?

14:06:46  23   A.      Yes.

14:06:46  24   Q.      And when you're trained on going undercover, you're

14:06:50  25   basically, there's kind of a mock undercover operations that

14:06:52   1   you do at the academy, right?

14:06:54   2   A.    Yes.

14:06:56   3   Q.    And you are taught a lot about firearms, obviously, at

14:07:01   4   the academy, right?

14:07:03   5   A.    Yes.

14:07:03   6   Q.    And part of firearms, is that there's a lot of

14:07:07   7   cultural behind it, right?

14:07:11   8   A.    Yes.

14:07:11   9   Q.    I mean guns have a long-standing --

14:07:17   10                  Let me rephrase that.

14:07:18   11                  Guns are really part of American cultural,

14:07:21   12   right?

14:07:21   13   A.    Yes.

14:07:21   14   Q.    And different groups, either ethnic -- let's just say

14:07:26   15   either ethnic or -- no, I'm sorry -- ethnic or regional

14:07:31   16   groups have affinity for certain guns in America?

14:07:34   17           **MS. RYKKEN:**  Objection.  Lack of foundation.

14:07:35   18           **THE COURT:**  Overruled.

14:07:36   19           **THE WITNESS:**  Yes.

14:07:36   20   BY MR. RODRIGUEZ:

14:07:38   21   Q.    So, some guns that are popular in the south are not

14:07:42   22   popular in California and vice versa?

14:07:46   23   A.    Yes.

14:07:46   24   Q.    And some guns that are popular in the Latino community

14:07:51   25   are not as popular in the African American community, and

14:07:56  1    vice versa?

14:07:57  2    A.      Yes.

14:07:58  3    Q.      Now, part of that gun cultural is that there are a lot

14:08:08  4    of people that love to collect guns.

14:08:12  5    A.      Yes.

14:08:12  6    Q.      And there are, I'm sure that in part of your training,

14:08:17  7    you spoke with a lot of gun collectors?

14:08:21  8    A.      In my experience, I have, yes.

14:08:23  9    Q.      In your experience.  Not at the academy but

14:08:26  10   afterwards.

14:08:27  11   A.      Correct.

14:08:27  12   Q.      Do you go to gun shows as part of your training?

14:08:31  13   A.      No.

14:08:31  14   Q.      As part of now as a sworn agent, do you go to gun

14:08:38  15   shows?

14:08:38  16   A.      I haven't in the State of California, but I did prior.

14:08:43  17   Q.      Well, how long have you been stationed in California?

14:08:46  18   A.      Since April, 2017.

14:08:48  19   Q.      And before that, where were you stationed?

14:08:53  20   A.      Most recently in Washington, D.C.

14:08:56  21   Q.      How many gun shows have you been to since becoming an

14:08:59  22   agent with ATF?

14:09:03  23   A.      Maybe four or five.

14:09:08  24   Q.      So, in about ten years of service, you have gone to

14:09:11  25   four or five gun shows?

| | | |
|---|---|---|
| 14:09:15 | 1 | A.    It's -- to do an investigation involving a gun show |
| 14:09:21 | 2 | takes a lot of approval.  So, we rarely go on an official |
| 14:09:27 | 3 | capacity to gun shows. |
| 14:09:28 | 4 | Q.    Okay.  How about you as just -- on your own? |
| 14:09:33 | 5 | A.    I've never gone. |
| 14:09:35 | 6 | Q.    Are you a gun collector? |
| 14:09:37 | 7 | A.    I am not. |
| 14:09:38 | 8 | Q.    Other than the gun issued to you by the federal |
| 14:09:41 | 9 | government, do you own any guns? |
| 14:09:43 | 10 | **MS. RYKKEN:**  Objection.  Relevance. |
| 14:09:45 | 11 | **THE COURT:**  Overruled. |
| 14:09:45 | 12 | **THE WITNESS:**  I do not. |
| 14:09:45 | 13 | BY MR. RODRIGUEZ: |
| 14:09:52 | 14 | Q.    Now, part of this investigation involved Instagram, |
| 14:09:58 | 15 | correct? |
| 14:09:58 | 16 | A.    Yes. |
| 14:09:59 | 17 | Q.    And, now, when you began this investigation, both -- |
| 14:10:02 | 18 | and we'll focus right now on the38superman -- that account |
| 14:10:07 | 19 | was public, correct? |
| 14:10:09 | 20 | A.    Yes. |
| 14:10:09 | 21 | Q.    Meaning, anyone who had an Instagram account could |
| 14:10:13 | 22 | look at it. |
| 14:10:14 | 23 | A.    Yes. |
| 14:10:14 | 24 | Q.    Now, there are -- |
| 14:10:18 | 25 | In Instagram, there are a lot of people that |

UNITED STATES DISTRICT COURT

14:10:21  1   are selling products, correct?

14:10:23  2   A.     Yes.

14:10:23  3   Q.     All right, and the -- when a person sets up a profile

14:10:32  4   on Instagram, they -- they will sometimes put certain

14:10:38  5   hashtags, correct?

14:10:41  6   A.     Yes.

14:10:41  7   Q.     And the purpose of that hashtag is that when you go on

14:10:49  8   Instagram, and let's say you're looking for a product, you

14:10:52  9   can put in that hashtag, and that would lead you to vendors

14:10:56  10  of that product?

14:10:57  11  A.     Yes.

14:10:57  12  Q.     It is a way for someone who's interested in looking

14:11:01  13  for a product on Instagram to be able to search Instagram in

14:11:05  14  a more succinct and efficient manner.

14:11:09  15  A.     Yes.

14:11:18  16  Q.     And it doesn't take a fee or anything other than

14:11:22  17  really a phone or a computer to have an account on Instagram,

14:11:24  18  right?

14:11:24  19  A.     Yes.

14:11:24  20  Q.     It's open to the world.  Literally.

14:11:27  21  A.     Yes.

14:11:29  22  Q.     The account for the super 38 -- the38superman and for

14:11:34  23  Ronin Tactical were both public accounts.

14:11:38  24  A.     Yes.

14:11:38  25  Q.     And by "public account" means a person would then have

| | | |
|---|---|---|
| 14:11:41 | 1 | to accept you in order to let you in, correct? |
| 14:11:46 | 2 | A.    Yes. |
| 14:11:48 | 3 | Q.    We have seen a lot of exhibits that are printouts of |
| 14:11:54 | 4 | comments that are -- were left on the38superman Instagram |
| 14:12:04 | 5 | page, right? |
| 14:12:05 | 6 | A.    Yes. |
| 14:12:05 | 7 | Q.    And those -- |
| 14:12:07 | 8 |                Before you applied and received a search |
| 14:12:11 | 9 | warrant or a subpoena for those documents, did you just get a |
| 14:12:15 | 10 | chance to go on Instagram and just look -- look them up? |
| 14:12:21 | 11 | A.    Yeah, I took a screen shots of all the posts I saw. |
| 14:12:26 | 12 | Q.    It was easy, right? |
| 14:12:27 | 13 | A.    Yes. |
| 14:12:27 | 14 | Q.    It took you just, like, what?  Less than 30 seconds to |
| 14:12:32 | 15 | find both Instagram accounts, look them up, and see pictures |
| 14:12:36 | 16 | of guns, the comments, all those things, right? |
| 14:12:39 | 17 | A.    Took a little more than 30 seconds to go through the |
| 14:12:42 | 18 | post, but, yes.  Using it as an expression, okay. |
| 14:12:55 | 19 | Q.    Now, are you familiar with the Super .38s, 1911 Super |
| 14:12:55 | 20 | .38s? |
| 14:13:00 | 21 | A.    Generally, yes. |
| 14:13:03 | 22 | Q.    Okay.  And -- Well, let me back up a little bit. |
| 14:13:06 | 23 | Before this case, were you familiar with them? |
| 14:13:10 | 24 | A.    No. |
| 14:13:15 | 25 | Q.    And through the course of your investigation, you came |

14:13:18  1   to find out that these guns, the 1911 Super .38s are very

14:13:24  2   popular within the Hispanic cultural, correct?

14:13:26  3   A.    Yes.

14:13:26  4   Q.    Okay.  And in fact Colt markets to the Hispanic

14:13:31  5   market, right?

14:13:32  6   A.    Yes.

14:13:32  7   Q.    And it names its guns in Spanish?

14:13:35  8   A.    Yes.

14:13:36  9   Q.    Like ^ El Egrito or, you know, El ^ Senador.  Right?

14:13:46  10  These are all Spanish words used to market guns, right?

14:13:46  11  A.    Yes.

14:13:47  12  Q.    I wanted to go over some of the exhibits with you,

14:13:51  13  please.  If I could pull Exhibit 50A.

14:14:09  14           And we're looking at Exhibit 50A, which is a

14:14:14  15  translation -- Well, it's partly in English, partly in

14:14:21  16  Spanish, of a conversation between elvis_gomez22 and

14:14:26  17  the38superman.  Do you see that?

14:14:28  18  A.    Yes.

14:14:28  19  Q.    Okay, at the bottom it states "with paperwork and

14:14:34  20  everything," by elvis_gomez22?  Do you see that?

14:14:39  21  A.    Yes.

14:14:39  22  Q.    And then the38superman responds, quote:  You pay for

14:14:44  23  the name change.  I believe it is 25 to 35?

14:14:47  24  A.    Yes.

14:14:48  25  Q.    The 25 to 35, is that in reference to the fee that has

14:14:51   1   to be paid when you make the exchange or the purchase at,

14:14:57   2   like, a Turner's or something like that?

14:14:59   3   A.    Yes.

14:14:59   4   Q.    Okay.  Now, before I go to the next exhibits, is

14:15:12   5   customizing guns something that collectors usually do?

14:15:20   6   A.    I believe so.

14:15:20   7   Q.    Okay.  Well, I'm asking you in your capacity, in your

14:15:24   8   experience as an ATF agent with ten years of experience, do

14:15:30   9   collectors of guns customize their guns?

14:15:35   10  A.    Yes.

14:15:35   11  Q.    Okay.  And the --

14:15:44   12              And when gun collectors customize their guns,

14:15:49   13  they do it in order to, one, enhance the value of the gun,

14:15:52   14  correct?

14:15:52   15          MS. RYKKEN:   Objection.  Lacks foundation.

14:15:56   16          THE COURT:   Overruled.  If he knows, he can

14:15:59   17  respond.

14:16:00   18          THE WITNESS:   I believe so.  Like I said, I

14:16:03   19  haven't gone to many gun shows.

14:16:03   20  BY MR. RODRIGUEZ:

14:16:07   21  Q.    But you say you spoke with collectors, right?

14:16:10   22  A.    I have spoken to collectors in my career, but most of

14:16:20   23  my career wasn't investigating collectors.

14:16:22   24  Q.    Okay.  But collectors are part of the entire gun

14:16:26   25  cultural, right?

14:16:27  1   A.      Yes.

14:16:27  2   Q.      Right.  They kind of make up the kind of body politic

14:16:33  3   of people that you have to deal with in terms of, you know,

14:16:38  4   regulating firearms in the United States, right?

14:16:41  5   A.      Yes.

14:16:41  6   Q.      And it's not uncommon for serious collectors to

14:16:46  7   have -- a large number of firearms, right?

14:16:51  8   A.      Yes.

14:16:51  9   Q.      Right.  They will collect guns from as far back as the

14:16:57  10  Revolutionary War to now?

14:16:59  11  A.      Yes.

14:17:00  12  Q.      Okay.  What's the largest collection --

14:17:03  13              Well, of all -- of the collectors you've

14:17:06  14  spoken with, who has the largest collection?

14:17:18  15  A.      Sorry, I have to go back to my first duty station.

14:17:30  16  It's in the hundreds.

14:17:33  17  Q.      Right.  Hundreds of guns, correct?

14:17:36  18  A.      Yeah.

14:17:36  19  Q.      So, it's not uncommon for a serious collector to have

14:17:41  20  50, 100, 150 guns, right?

14:17:46  21  A.      Correct.

14:17:47  22  Q.      Now, as you testified in your cross-examination while

14:18:13  23  Mr. Robinson was asking you questions, you were asked about

14:18:17  24  being part of the government team in this case, right?

14:18:19  25  A.      Yes.

14:18:19  1    Q.     And you began investigating work on this case back in
14:18:22  2    April of 2017?
14:18:23  3    A.     No, I began in June.
14:18:24  4    Q.     June.  My apologies.  And throughout this case, you
14:18:30  5    and your partner, Special Agent Duncan, had interviewed
14:18:35  6    numerous witnesses, correct?
14:18:37  7    A.     A lot, yes.
14:18:38  8    Q.     You have spent many -- forget hours, what really adds
14:18:45  9    up to months working with the prosecutors in this case,
14:18:49  10   correct?
14:18:49  11   A.     Yes.
14:18:50  12   Q.     Both in putting the case together for presenting to
14:18:56  13   the Court and preparing for trial, right?
14:18:59  14   A.     Yes.
14:18:59  15   Q.     And you obviously spent a lot of time, hours if it not
14:19:05  16   days, preparing for your testimony today?
14:19:08  17   A.     Yes.
14:19:08  18   Q.     And part of that is going through the exhibits that
14:19:14  19   were shown to you, right?
14:19:15  20   A.     Yes.
14:19:15  21   Q.     And you're training both as an agent, and your
14:19:22  22   knowledge as an attorney is that attorneys will present their
14:19:26  23   witnesses exhibits in order to convey information to the
14:19:32  24   jury.  Right?
14:19:32  25   A.     Yes.

14:19:33   1    Q.    And the information that you are trying to convey to

14:19:37   2    the jury is one that my client is guilty as charged, right?

14:19:44   3    A.    Yes.

14:19:45   4    Q.    And in doing that, it is important for you to try to

14:19:48   5    show all of the evidence possible, right?

14:19:53   6    A.    Yes.

14:19:54   7    Q.    And -- but of course you are -- you want to be careful

14:19:59   8    that in no way -- that -- sorry -- strike that.

14:20:06   9                 As a special agent, a federal law enforcement

14:20:11   10   official, you also have a duty to make sure that you do not

14:20:16   11   mislead the jury in any way, correct?

14:20:18   12   A.    Yes.

14:20:18   13   Q.    All right, and you had -- you were part of the team

14:20:29   14   that put together these graphs, correct?

14:20:31   15   A.    Yes.

14:20:31   16   Q.    Now, let's go to Exhibit 34, please.  Thank you so

14:20:39   17   much.

14:20:42   18                 Now, Exhibit 34, which had already been shown

14:20:46   19   to the jury, has 8 columns, right?

14:20:54   20   A.    Yes.

14:20:54   21   Q.    And those columns are -- have the firearm serial

14:21:02   22   number, right?

14:21:03   23   A.    Yes.

14:21:03   24   Q.    Firearm make and model?

14:21:05   25   A.    Yes.

14:21:06   1    Q.    Who purchased it and when?

14:21:07   2    A.    Uh-huh.

14:21:08   3    Q.    And the purchase price?

14:21:11   4    A.    Yes.

14:21:11   5    Q.    And the -- you know the purchase price from the

14:21:15   6    receipts that you received as part of your investigation,

14:21:19   7    right?

14:21:19   8    A.    Yes.

14:21:19   9    Q.    And then the source of that information.

14:21:24   10   A.    Yes.

14:21:24   11   Q.    The day that it was advertised by my client, right?

14:21:29   12   A.    Yes.

14:21:29   13   Q.    And the information on that graph is based on what you

14:21:34   14   saw on Instagram, correct?

14:21:36   15   A.    Yes.

14:21:36   16   Q.    Because if you scroll through someone's Instagram

14:21:40   17   feed, it will give a date as to when that picture was posted.

14:21:46   18   A.    Yes.

14:21:46   19   Q.    Right.  So, for example, if you and I take a selfie

14:21:51   20   today, and I post it on an Instagram account -- that I don't

14:21:56   21   have, because I'm almost 50 -- then it will show today's

14:22:00   22   date, right?  November 14, 2019?

14:22:06   23   A.    Yes.

14:22:06   24   Q.    And it would have that as long as I have that picture

14:22:08   25   up.  So, if you scrolled through my Instagram feed three

14:22:11   1    years from now, it will show that on today's date you and I

14:22:17   2    took a selfie together.  Hypothetically speaking.  Right?

14:22:19   3    A.    Yes.

14:22:20   4    Q.    And the advertised price is the price that was

14:22:24   5    advertised on those pictures, correct?

14:22:25   6    A.    No, I was looking through the texts, not the pictures.

14:22:28   7    Q.    Okay.  So, that's based on the texts in the comments

14:22:33   8    or the DMs?

14:22:35   9    A.    I believe it -- it may be both, and then I think

14:22:39   10   sometimes there were also photos of -- photos as well that I

14:22:44   11   utilized to -- in conjunction with the text.

14:22:48   12   Q.    Okay.  So, this wasn't a situation --

14:22:51   13               Well, I don't want to assume anything.

14:22:55   14               So, for each advertised price, the

14:22:59   15   information that you put on that -- on those columns, came

14:23:03   16   either from a statement made in the comment section by the

14:23:10   17   Superman 38, that's one -- that's one way you got that

14:23:15   18   information, right?

14:23:17   19   A.    I -- I believe so.  I -- I can't recall.  I'd have to

14:23:22   20   look at the underlying records, but I remember there were

14:23:25   21   comments made by the38superman.  I don't remember if there

14:23:29   22   were comments on posts or direct messages.

14:23:37   23   Q.    Okay.  We'll go one by one in order -- that way you

14:23:41   24   don't have to guess or try not to speculate.  Okay.  So,

14:23:45   25   we'll go with the first one, which has the two guns that were

14:23:48  1   sold at pair, and in the graph it says $14,000 for a pair?

14:23:54  2   A.    Uh-huh.

14:23:55  3   Q.    You can't say uh-huh, you have to say --

14:23:58  4   A.    Yes.

14:24:00  5   Q.    Okay.  This is your graph, right?

14:24:03  6   A.    Yes.

14:24:03  7   Q.    You made this, right?

14:24:05  8   A.    I put in the prices and yeah, dates, yes, I got that

14:24:10  9   information.

14:24:11  10  Q.    And you wanted to make sure that before you testified

14:24:14  11  in this Court under oath, that you had the most correct

14:24:18  12  information possible, right?

14:24:20  13  A.    I went through it a couple of times, to the best of my

14:24:24  14  ability, yes.

14:24:24  15  Q.    No, my question --

14:24:26  16              I'll re-ask my question.

14:24:28  17              My question was that before you came to court

14:24:32  18  and testified under oath as a federal agent, you wanted to

14:24:36  19  make sure that the information that you're giving to this

14:24:38  20  jury is accurate, correct?

14:24:40  21  A.    Yes.

14:24:40  22  Q.    Okay.  And so based on that, the $14,000 for a pair,

14:24:47  23  do you remember where you got that information?

14:24:49  24  A.    Yes, from a, I believe it was a direct message

14:24:53  25  conversation.

UNITED STATES DISTRICT COURT

14:24:53  1   Q.    Okay, the next one, which is for the Colt -- I'm

14:24:59  2   sorry, I'll just read the firearm serial number for the

14:25:02  3   record, MNS0258 which was advertised for 8,500.  Do you know

14:25:12  4   where you got the 8,500?

14:25:16  5   A.    It was from the Instagram record.

14:25:19  6   Q.    Meaning comments, DMs, did the Superman 38 just say:

14:25:28  7   This gun is for sale for $8500?

14:25:32  8   A.    I'd have to review the underlying post to tell you for

14:25:35  9   sure if this was a comment on post or if it was direct

14:25:39  10  message.

14:25:39  11  Q.    Okay.  In order to not belabor the point, would it be

14:25:46  12  fair to say that for all of the other guns listed, and that

14:25:50  13  for the record, would be Champ 0283, then Elcen, E-L-C-E-N,

14:26:01  14  8536, followed by EP064, then CPR076, then 9905, and then

14:26:12  15  finally, ELR016, for all of those other -- two, four, six

14:26:20  16  firearms -- is that right?  Six firearms, the price

14:26:25  17  advertised, is it your testimony that all that information

14:26:29  18  came from either DMs comments?

14:26:51  19  A.    I believe so, but we also had -- there are a couple of

14:26:54  20  screen shots I remember as well from another, some other

14:27:00  21  documents.  So, there might need -- the underlying documents

14:27:06  22  -- but the majority -- actually, yeah, most of them are --

14:27:11  23  are -- are Instagram, but I'd have to see the underlying

14:27:14  24  documents to -- to be certain.  I want to be truthful.

14:27:16  25  Q.    Now, the --

14:27:26  1              And then the final one is obviously, there's

14:27:28  2   -- the final column markup, and at the bottom there is a

14:27:31  3   total of $39,975, right?

14:27:36  4   A.     Yes.

14:27:43  5   Q.     Following your question -- following the questioning

14:27:45  6   on this exhibit by the prosecution, you were then shown

14:27:57  7   exhibit number -- I don't remember.  My apologies.

14:27:59  8              It was a graph of cash deposits made to a

14:28:04  9   Chase Bank account were the holders were my client and his

14:28:11  10  wife, correct?

14:28:12  11  A.     Yes.

14:28:12  12  Q.     And do you remember that exhibit?

14:28:13  13  A.     Yes, I do.

14:28:14  14  Q.     And those were cash deposits that were done over the

14:28:17  15  period of two years, correct?

14:28:19  16  A.     Yes.

14:28:19  17  Q.     And that -- and the -- that period coincides with a

14:28:27  18  two-year period that's shown in the graph in Exhibit 34 that

14:28:31  19  we see here to do, correct?

14:28:32  20  A.     Yes.

14:28:33  21  Q.     Okay.  Now, as a federal law enforcement agent, you

14:28:38  22  have a lot of resources, don't you, when you investigate

14:28:41  23  someone?

14:28:42  24  A.     Yes.

14:28:42  25  Q.     All right, you have databases that are available only

14:28:49  1   to you as an agent of the federal government, right?

14:28:52  2   A.    Yes.

14:28:52  3   Q.    So, and it's through those agencies or those --

14:28:58  4   through your agency and through those resources that you were

14:29:01  5   able to find out that my client had a bank account at Chase,

14:29:05  6   correct?

14:29:05  7   A.    Yes.

14:29:05  8   Q.    All right, and it was very relevant for you to find

14:29:09  9   out that he had a bank account in Chase because this -- part

14:29:14  10  of this case involves profiting from the sales of firearms,

14:29:18  11  right?

14:29:19  12  A.    Yeah.

14:29:19  13  Q.    Right?  You were following the money.

14:29:25  14  A.    Yes.

14:29:25  15  Q.    Okay.  And when you, as an agent, as an investigator,

14:29:31  16  when you follow the money, you want to make sure you follow

14:29:34  17  all the money.

14:29:36  18  A.    Yes.

14:29:36  19  Q.    Right?  And you saw that in this case, this was a

14:29:41  20  joint account between a husband and a wife.

14:29:43  21  A.    Yes.

14:29:43  22  Q.    And did you -- and so you had access to the

14:29:47  23  information of my client's wife, correct?  Well, you had her

14:29:52  24  name, right?

14:29:53  25  A.    Yes.

| | | |
|---|---|---|
| 14:29:53 | 1 | Q.    And you had her bank records, right? |
| 14:29:57 | 2 | A.    Yes. |
| 14:29:58 | 3 | Q.    And from those bank records, you could get other |
| 14:30:00 | 4 | information about her as well, right? |
| 14:30:03 | 5 | A.    Yeah. |
| 14:30:03 | 6 | Q.    Now, did you subpoena the bank records from my |
| 14:30:13 | 7 | client's credit union account? |
| 14:30:16 | 8 | A.    Yes. |
| 14:30:17 | 9 | Q.    Okay, did you subpoena the bank records from the |
| 14:30:22 | 10 | credit union account of his wife? |
| 14:30:26 | 11 | A.    I don't believe so. |
| 14:30:28 | 12 | Q.    Okay.  Did you ever look as to what financial |
| 14:30:32 | 13 | resources my client's wife had? |
| 14:30:34 | 14 | A.    No. |
| 14:30:34 | 15 | Q.    And did you ever compare -- while you didn't have her |
| 14:30:40 | 16 | financial accounts, but did you ever compare his credit union |
| 14:30:45 | 17 | account to the activity in the Chase account? |
| 14:30:49 | 18 | A.    I didn't. |
| 14:30:50 | 19 | Q.    And did you ever interview or ask either my client or |
| 14:30:57 | 20 | his wife about the activity at Chase Bank account? |
| 14:31:00 | 21 | A.    No. |
| 14:31:06 | 22 | Q.    You had no idea who made those deposits that you |
| 14:31:09 | 23 | testified to, do you? |
| 14:31:10 | 24 | A.    Yes. |
| 14:31:10 | 25 | Q.    Who? |

14:31:11  1    A.    I don't, I'm sorry, I do not know.  That's accurate.

14:31:15  2    Q.    Right.  You just know that cash deposits were made.

14:31:18  3    A.    Yes.

14:31:18  4    Q.    You don't know who made them.

14:31:20  5    A.    Yes.

14:31:20  6    Q.    All right.

14:31:22  7    A.    Correct.

14:31:23  8    Q.    Was that a double -- that was a double negative,

14:31:27  9    sorry.

14:31:30  10                   And yet you were part of a prosecution team

14:31:33  11   that showed cash deposits in a joint bank account with an

14:31:43  12   amount that was almost equal to the amount shown in this

14:31:50  13   Exhibit 34, right?

14:31:52  14   A.    Yes.

14:31:52  15   Q.    I believe there is a difference of about $2000?

14:31:57  16   A.    Yes.

14:31:57  17   Q.    And that was done with a purpose, right?

14:32:03  18   A.    Umm, I honestly -- honestly that's the first time I

14:32:09  19   noticed that, to be honest with you.

14:32:13  20   Q.    So, is your testimony to this jury that after two

14:32:18  21   years of this case and the months of preparation and you

14:32:26  22   coming into this court to testify, you're telling this jury

14:32:30  23   that the presentation of evidence of Exhibit 34, and the

14:32:39  24   almost identical financial amount deposited into a joint

14:32:43  25   Chase account was -- that was by accident, or that there was

UNITED STATES DISTRICT COURT

14:32:47  1    no reason for it?

14:32:50  2    A.      No, there is a reason for -- for both.

14:32:54  3    Q.      What's that reason?

14:32:57  4    A.      I'm -- assuming just showing money coming in and --

14:33:03  5    Q.      Well, you -- I'm not asking -- sir, I'm not asking you

14:33:06  6    to assume.  You're a federal agent, you're a part of this

14:33:12  7    prosecution team.  I'm not asking you to assume why that was

14:33:14  8    done.  I'm asking you why was it presented that way?

14:33:18  9    A.      Honestly, I -- I provided the -- the records, and I

14:33:25  10   went through it.

14:33:27  11   Q.      You're not suggesting that you're a passive

14:33:32  12   participant in these proceedings, are you, Agent Hart?

14:33:35  13   A.      No, I'm not.  I'm sorry.

14:33:36  14   Q.      Right.  You are way more than --

14:33:40  15           You sit at this table, correct?

14:33:42  16   A.      Yes.

14:33:43  17   Q.      Okay.  You -- every time you interviewed a witness,

14:33:47  18   you took notes and wrote reports, right?

14:33:50  19   A.      Yes, sir.

14:33:50  20   Q.      We've killed a small forest in paper in this case,

14:33:54  21   haven't we?

14:33:55  22   A.      Yes, sir.

14:33:55  23   Q.      All right.  And so you have read those reports, and

14:33:58  24   you have prepared for this moment to testify, right?

14:34:01  25   A.      Yes, sir.

14:34:01  1    Q.    And part of the reason that at the end of your direct

14:34:05  2    examination by the prosecution is to give this jury the

14:34:09  3    impression that my client made $39,000 selling guns, and then

14:34:16  4    $41,000 were deposited into a Chase Bank account in small

14:34:22  5    cash deposits, right?  You wanted the jury to link those two

14:34:25  6    together, correct?

14:34:26  7    A.    Well, not completely, because in one of the summary

14:34:33  8    charts involved the codefendant as well.

14:34:34  9    Q.    In Exhibit 34, I remind you, Exhibit 34, which I'm

14:34:38  10   holding in my hand, it only has -- it has Fernandez and Arao,

14:34:44  11   correct?

14:34:45  12   A.    Yes.

14:34:46  13   Q.    Okay.  And so, you never showed anybody else's bank

14:34:51  14   account other than my client's, correct?

14:34:55  15   A.    Yes.

14:34:55  16   Q.    Okay.  Now, and one of the reasons for Exhibit 34 is

14:35:03  17   to give the impression that there was a profit of $39,975,

14:35:09  18   correct?

14:35:10  19   A.    Yes.

14:35:10  20   Q.    And that would be pure profit, right?

14:35:18  21   A.    That's the markup.

14:35:19  22   Q.    Right.  So, they would be -- they would be the sale

14:35:23  23   price -- the purchase price and the sale price and then the

14:35:26  24   markup price, right?

14:35:28  25   A.    Yes.

14:35:28  1    Q.    And that, again, goes back to:  Hey, jury, they made

14:35:36  2    $39,000.  Right?  Almost 40.  Let's just say 40, we'll round

14:35:42  3    it up.  From the sale of these guns, they made $40,000.

14:35:48  4    A.    But there were also statements where they --

14:35:52  5    Q.    I'm asking -- sir, I'm asking that the purpose of this

14:35:55  6    graph is to convey to the jury the idea that my client and in

14:36:02  7    part Mr. Arao made $40,000 from the sale of these firearms,

14:36:06  8    correct?

14:36:07  9    A.    Yes.

14:36:10  10   Q.    Okay.  And that's why immediately after this, you

14:36:13  11   showed them the graph over the $41,000 deposit with Chase,

14:36:18  12   correct?  For them to make a causal connection between the

14:36:24  13   two.

14:36:25  14   A.    I'm answering questions over the charts that they're

14:36:28  15   putting in front of me.

14:36:31  16   Q.    Are we going back to you being a passive participant,

14:36:36  17   sir?

14:36:36  18   A.    No.  I apologize.  I apologize.

14:36:37  19         **MS. RYKKEN:**  Objection.  This has been asked and

14:36:39  20   answered several times.

14:36:40  21         **THE COURT:**  Overruled.

14:36:41  22   BY **MR. RODRIGUEZ:**

14:36:43  23   Q.    So, let me move on.  Now, as an ATF agent, you have

14:36:50  24   the ability to find out when a gun had been sold or bought,

14:36:54  25   right?  As long as people follow the procedures.

14:36:57  1    A.    Yes.

14:36:57  2    Q.    And there -- and with these guns that were in Exhibit

14:37:04  3    34, you were able to see when they were purchased, and when

14:37:08  4    they were advertising, put up for sale, right?

14:37:15  5    A.    Yes.

14:37:15  6    Q.    Okay.  Let's talk about NMS0258, Special Agent Hart,

14:37:27  7    isn't it true that that gun was never sold by my client?

14:37:32  8    A.    I'd have to look at the AFS records, but to -- there

14:37:40  9    are firearms on there that were never sold.

14:37:46  10   Q.    Right.  Champ 0283 was never sold, correct?

14:37:54  11   A.    I'd have to look at the underlying record.

14:37:58  12   Q.    EP064 was never sold, right?

14:38:04  13   A.    Once again, I'd have to look at the underlying record.

14:38:07  14   Q.    9905 was never sold, correct?

14:38:14  15   A.    I'd have to look at the underlying record.

14:38:16  16   Q.    ELR016 was never sold, correct?

14:38:27  17   A.    I'd have to look at the underlying records.

14:38:31  18   Q.    Okay.  So, you and the prosecution spent all this time

14:38:34  19   preparing to come to federal court, in this special place, in

14:38:44  20   front of this jury, and take their time to show them a graph

14:38:48  21   with a markup of $40,000 then follow that up with showing

14:38:55  22   cash deposits into a joint account in order for them to make

14:39:01  23   a connection, and you don't know whether the guns that you

14:39:06  24   put in a graph were even ever sold?

14:39:09  25   A.    I could quickly determine by looking at the AFS

14:39:13  1    records.

14:39:13  2    Q.     Okay, that wasn't my question.  Well, you had the

14:39:17  3    opportunity to do that before you put this graph together,

14:39:20  4    right?

14:39:20  5    A.     Yes.

14:39:20  6    Q.     Okay.  And so it's your testimony now that you put a

14:39:23  7    graph together without making sure that these guns had

14:39:26  8    actually been sold?

14:39:28  9    A.     I think we went through it.  Yes, we went through it.

14:39:38  10   Q.     What do you mean you went through it?

14:39:41  11   A.     To see which ones -- one of these were transferred.

14:39:46  12   Q.     By transferred, do you mean sold for profit?  Right?

14:39:55  13   Because "transferred" is different than "sold for profit,"

14:39:59  14   right?  It has a different legal meaning, right?

14:40:04  15   A.     These firearms were -- these were cash transactions.

14:40:08  16   So, I can't speak to whether they were sold.  I only have the

14:40:12  17   AFS records which show me that the firearm was transferred

14:40:16  18   from one person to another.

14:40:17  19   Q.     "Transfer" can mean -- my question was that as a legal

14:40:23  20   matter, "transferred" can mean something different than --

14:40:27  21            It means something different than "sold for

14:40:30  22   profit," correct?

14:40:32  23            MS. RYKKEN:  Objection.  Calls for a legal

14:40:34  24   conclusion.

14:40:34  25            THE COURT:  Overruled.

14:40:34    1    BY MR. RODRIGUEZ:

14:40:39    2    Q.    Sir, my question has nothing to do with the graph.

14:40:43    3    A.    Okay.

14:40:44    4    Q.    It's a very straightforward question.  The definition,

14:40:47    5    the legal definition of "transfer" is different than "selling

14:40:53    6    for a profit," correct?

14:40:55    7    A.    Yes.

14:40:56    8    Q.    All right.  I can transfer a gun to you without making

14:41:00    9    any money.

14:41:02   10    A.    Yes.

14:41:02   11    Q.    Right?  That's very different than selling you a gun

14:41:06   12    for profit, right?

14:41:08   13    A.    Yes.

14:41:08   14    Q.    And so my original question wasn't whether you checked

14:41:11   15    to see if these guns were transferred.  My question was

14:41:15   16    whether or not these guns were sold, correct?

14:41:17   17    A.    Yes.

14:41:17   18    Q.    Ok, and you know which guns we're talking about

14:41:19   19    because you helped pick out which guns to show, right?

14:41:27   20    A.    Would you repeat?

14:41:27   21    Q.    You were part of the team making the -- the

14:41:32   22    decision-making team as to what guns to put in this graph,

14:41:36   23    correct?  This is not here by accident.

14:41:39   24    A.    No, these are ones where we definitely had the

14:41:43   25    purchase price from the business records and that I was

UNITED STATES DISTRICT COURT

14:41:46  1   comfortable enough to link to an advertised price on

14:41:50  2   Instagram.

14:41:50  3   Q.    But you never -- you cannot testify here that you know

14:41:53  4   for sure that the guns that I asked you about were sold for

14:41:59  5   profit.

14:42:00  6   A.    Without looking at additional records.

14:42:02  7   Q.    No.  And, in fact, sir, isn't it true that the guns

14:42:06  8   that I specifically asked you about, those are still owned by

14:42:11  9   Mr. Fernandez?

14:42:14  10  A.    It's possible.

14:42:21  11  Q.    And so we went through all of that with guns that

14:42:25  12  were, that under your testimony, they could possibly still be

14:42:32  13  under the ownership of my client?

14:42:34  14  A.    Yes.

14:42:35  15  Q.    Okay.

14:42:37  16            MR. RODRIGUEZ:  I have nothing further.

14:42:40  17            THE COURT:  Government?

14:42:41  18            MS. RYKKEN:  Can I have one moment with my

14:42:44  19  cocounsel?

14:42:45  20            THE COURT:  Sure.

14:42:45  21            MS. RYKKEN:  Thank you.

14:43:11  22                May I proceed, Your Honor?

14:43:12  23            THE COURT:  Yes, please.

14:43:12  24                    REDIRECT EXAMINATION

14:43:12  25  BY MS. RYKKEN:

14:43:15   1   Q.   Going back to the questions you were asked by counsel

14:43:18   2   for defendant Arao, just at the outset I wanted to clean

14:43:20   3   something up.

14:43:21   4            He asked you a question about a search

14:43:23   5   warrant for the Instagram account of Ronin Tactical Group,

14:43:28   6   and you answered yes.  Did you actually execute a search on

14:43:31   7   that account?

14:43:32   8   A.   I apologize.  No, we only did a search warrant on the

14:43:32   9   .38 Super.

14:43:36   10  Q.   Okay.  And you were also asked on cross whether there

14:43:39   11  was anything about defendant Arao's forms that caused you

14:43:43   12  concern.  Do you remember that?

14:43:43   13  A.   Yes.

14:43:44   14  Q.   What gave you concern about defendant Arao filling out

14:43:49   15  forms?

14:43:49   16            **MR. ROBINSON:**  Objection, Your Honor,

14:43:50   17  mischaracterizes my question.

14:43:52   18            **THE COURT:**  Overruled.

14:43:57   19            **THE WITNESS:**  Umm --  all forms or Form 4473.

14:44:03   20  BY MS. RYKKEN:

14:44:04   21  Q.   Let's focus on the Form 4473.

14:44:08   22  A.   There was additional evidence recovered in the

14:44:13   23  investigation that appear to show that defendant Fernandez

14:44:23   24  was in possession of a firearm at a certain date while the

14:44:32   25  AFS records and the 4473 show that it had already been

14:44:38   1    transferred days prior.

14:44:41   2    Q.      Okay.  You were also asked about whether you lied to

14:44:47   3    defendant Arao when you spoke with him.  Do you remember

14:44:49   4    that?

14:44:49   5    A.      Yes.

14:44:50   6    Q.      Do you sometimes say things in interviews with

14:44:54   7    suspects that's not true?

14:44:55   8    A.      Yes.

14:44:55   9    Q.      Why do you do that?

14:44:58   10   A.      Well, we often point -- minimize and then also --

14:45:06   11           MR. ROBINSON:  Object, Your Honor, in reliance to

14:45:11   12   the Court's rulings with respect to hearsay.

14:45:14   13           THE COURT:  Overruled.  But keep it short.

14:45:16   14           MS. RYKKEN:  Understood.

14:45:17   15           THE WITNESS:  Both to minimize and for other

14:45:22   16   reasons.  We want the person we're talking to to feel

14:45:28   17   comfortable.

14:45:28   18   BY MS. RYKKEN:

14:45:29   19   Q.      You were also asked some a series of questions about

14:45:37   20   an attempted undercover purchase that Special Agent Duncan

14:45:41   21   did.  Do you remember that?

14:45:42   22   A.      Yes.

14:45:42   23   Q.      What's an undercover purchase?

14:45:44   24   A.      Undercover purchase?  It's when we have an undercover

14:45:51   25   federal agents purchase evidence from a potential suspect in

14:45:58   1    an investigation.

14:45:59   2    Q.      Do you typically use undercover operations during

14:46:05   3    investigations?

14:46:05   4    A.      Excuse me?

14:46:05   5    Q.      Do you use undercover purchases as an investigative

14:46:11   6    tool?

14:46:11   7    A.      Yes.

14:46:11   8    Q.      Frequent?

14:46:12   9    A.      Yes.

14:46:12   10   Q.      Do you know, based on your knowledge of this

14:46:15   11   investigation, how contact with a -- defendant Arao and

14:46:18   12   defendant Fernandez was initiated as part of this undercover

14:46:22   13   operation?

14:46:23   14   A.      Yes.

14:46:23   15   Q.      And was that you?

14:46:25   16   A.      No.

14:46:25   17   Q.      Was that Agent Duncan?

14:46:26   18   A.      Yes.

14:46:28   19   Q.      Do you know whether there were phone calls during the

14:46:33   20   course of the undercover operation?

14:46:36   21   A.      Yes.

14:46:36   22   Q.      And did you place those calls?

14:46:38   23   A.      No.

14:46:38   24   Q.      You weren't a participant in those calls?

14:46:41   25   A.      No.

| | | |
|---|---|---|
| 14:46:42 | 1 | Q.    Do you know who those calls were with? |
| 14:46:44 | 2 | A.    Special Agent Duncan. |
| 14:46:46 | 3 | Q.    Did he speak to defendant Arao? |
| 14:46:52 | 4 | A.    I'd have to review his report. |
| 14:46:54 | 5 | Q.    Do you know whether he spoke with defendant Fernandez? |
| 14:47:00 | 6 | A.    I have to review his report. |
| 14:47:02 | 7 | Q.    That's okay.  So, during the actual undercover |
| 14:47:06 | 8 | operation, you were part of the surveillance team.  That was |
| 14:47:09 | 9 | your testimony? |
| 14:47:10 | 10 | A.    Yes. |
| 14:47:10 | 11 | Q.    You did not personally conduct the undercover |
| 14:47:14 | 12 | attempted purchase? |
| 14:47:15 | 13 | A.    No. |
| 14:47:15 | 14 | Q.    Okay.  You were also asked several questions about |
| 14:47:22 | 15 | Exhibit 34 which is a pricing chart.  Just to clarify, can |
| 14:47:26 | 16 | you put that up?  This shows nine guns? |
| 14:47:32 | 17 | A.    Yes. |
| 14:47:32 | 18 | Q.    And the guns were bought by both defendant Fernandez |
| 14:47:35 | 19 | and Arao? |
| 14:47:36 | 20 | A.    Yes. |
| 14:47:36 | 21 | Q.    How many guns is defendant Fernandez charged with |
| 14:47:40 | 22 | selling? |
| 14:47:42 | 23 | A.    I believe it was around 45. |
| 14:47:46 | 24 | Q.    And how many guns is defendant Arao charged with |
| 14:47:49 | 25 | selling? |

| | | |
|---|---|---|
| 14:47:50 | 1 | A.    I believe -- |
| 14:47:51 | 2 | Q.    Approximately? |
| 14:47:52 | 3 | A.    I'd say 41. |
| 14:47:54 | 4 | Q.    And during the course of your testimony today, do you |
| 14:47:57 | 5 | get to decide what questions I ask of you? |
| 14:48:00 | 6 | A.    No. |
| 14:48:03 | 7 | Q.    And then, finally, the advertised price that defense |
| 14:48:13 | 8 | counsel asked you about quite a bit, that was based on |
| 14:48:17 | 9 | exhibits 53 and 59 through 106 which was previously admitted. |
| 14:48:23 | 10 | Do you remember that? |
| 14:48:24 | 11 | A.    Yes. |
| 14:48:24 | 12 | Q.    Okay.  Okay, I'm going to show you those just very |
| 14:48:30 | 13 | quickly.  Exhibit 53 on the screen, and this is 54. |
| 14:48:38 | 14 | A.    Uh-huh. |
| 14:48:38 | 15 | Q.    Okay?  55.  Do you see in the middle there two prices |
| 14:48:45 | 16 | 8500 and 6500? |
| 14:48:48 | 17 | A.    Yes. |
| 14:48:48 | 18 | Q.    56.  Do you see that? |
| 14:48:55 | 19 | A.    Yes. |
| 14:48:55 | 20 | Q.    Okay, and are there two prices in there as well in the |
| 14:48:58 | 21 | middle?  Can you see those? |
| 14:49:00 | 22 | A.    Yes. |
| 14:49:00 | 23 | Q.    Okay.  It's right there where I've marked it, says 85 |
| 14:49:13 | 24 | and 95? |
| 14:49:14 | 25 | A.    Yes. |

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 14:49:15 | 1 | Q.    9500 and 8500 to be clear.  Okay, Exhibit 57. |
| 14:49:21 | 2 | And at the top do you see where I've |
| 14:49:23 | 3 | highlighted?  What does that say? |
| 14:49:26 | 4 | A.    3800. |
| 14:49:26 | 5 | Q.    Okay.  Exhibit 58.  And again what are those numbers? |
| 14:49:35 | 6 | A.    9500 and 8500. |
| 14:49:37 | 7 | Q.    And Exhibit 59.  Okay, and the price listed there? |
| 14:49:55 | 8 | A.    7500. |
| 14:49:56 | 9 | Q.    And the last one, Exhibit 106, I apologize, okay.  I |
| 14:50:00 | 10 | have the wrong record.  That's okay.  All right. |
| 14:50:06 | 11 | And so those exhibits that we just went |
| 14:50:09 | 12 | through, that's where you got the prices for the advertised |
| 14:50:12 | 13 | column on this chart on Exhibit 34? |
| 14:50:14 | 14 | A.    Yes. |
| 14:50:16 | 15 | MS. RYKKEN:  I'm sorry, one moment, Your Honor, |
| 14:50:18 | 16 | and we'll be done. |
| 14:50:18 | 17 | BY MS. RYKKEN: |
| 14:50:26 | 18 | Q.    And last question.  On the final column "markup," |
| 14:50:30 | 19 | that's not meant to reflect the profit that actually |
| 14:50:32 | 20 | occurred, it's just marked advertised price? |
| 14:50:34 | 21 | A.    Yes. |
| 14:50:35 | 22 | MS. RYKKEN:  Okay. |
| 14:50:38 | 23 | Nothing further. |
| 14:50:39 | 24 | THE COURT:  Recross? |
| 14:50:41 | 25 | MR. ROBINSON:  Briefly, Your Honor, thank you. |

|          |    |                                                                 |
|----------|----|-----------------------------------------------------------------|
| 14:50:43 | 1  | RECROSS EXAMINATION                                              |
| 14:51:00 | 2  | BY MR. ROBINSON:                                                 |
| 14:51:00 | 3  | Q.    Good afternoon, again, Agent Hart.                         |
| 14:51:03 | 4  | A.    Good afternoon.                                            |
| 14:51:03 | 5  | Q.    Ms. Rykken asked you about whether or not you were        |
| 14:51:09 | 6  | lying to Officer Arao, and your answer was you didn't lie to    |
| 14:51:14 | 7  | him, correct?                                                   |
| 14:51:15 | 8  | **MS. RYKKEN:**  Objection.  Misstates the testimony.           |
| 14:51:17 | 9  | **THE COURT:**  Overruled.                                       |
| 14:51:18 | 10 | **THE WITNESS:**  That was to the best of my                    |
| 14:51:21 | 11 | knowledge.                                                       |
| 14:51:21 | 12 | BY RM. ROBINSON:                                                 |
| 14:51:22 | 13 | Q.    And I don't want to beat this dead horse, but you've      |
| 14:51:26 | 14 | reviewed the transcript, you've heard the tape, and you         |
| 14:51:32 | 15 | didn't lie to him, did you?                                     |
| 14:51:33 | 16 | A.    I reviewed the transcript, but I didn't memorize the      |
| 14:51:35 | 17 | hour conversation.                                              |
| 14:51:35 | 18 | Q.    In the excerpt that you reviewed, were you lying to       |
| 14:51:38 | 19 | him?                                                            |
| 14:51:43 | 20 | A.    Is there one excerpt that you want me to particularly     |
| 14:51:49 | 21 | look at?                                                        |
| 14:51:50 | 22 | Q.    Five.                                                     |
| 14:51:51 | 23 | A.    And you're referring to my statements or Agent Duncan.    |
| 14:51:56 | 24 | Q.    Well, both.  To your knowledge, did you and to your       |
| 14:52:00 | 25 | knowledge did Agent Duncan deliberate lie to Officer Arao?      |

14:52:33  1   A.    I can always speak for myself here.  I did not lie.

14:52:37  2   Q.    Thank you.  Ms. Rykken asked you whether in your

14:52:42  3   experience as an agent interviewing people that there were

14:52:46  4   times that -- and I may be using your phrase here, that you

14:52:50  5   would minimize the seriousness of the situation; is that

14:52:53  6   correct?

14:52:53  7   A.    Yes.

14:52:53  8   Q.    And you did that to make the person that you were

14:52:56  9   interviewing feel more comfortable, correct?

14:52:58  10  A.    Yes.

14:52:58  11  Q.    If they're more comfortable, they're more likely to

14:53:05  12  tell you the truth, right?

14:53:06  13  A.    Yes.

14:53:07  14  Q.    Ms. Rykken also asked you about some phone calls with

14:53:11  15  Officer Arao, do you recall that question?

14:53:14  16  A.    Yes.

14:53:14  17  Q.    Based upon your knowledge of this investigation, there

14:53:19  18  were attempted phone calls, but there was never any

14:53:25  19  conversation on the those calls?

14:53:27  20  A.    That's when I wanted to review Agent Duncan's report.

14:53:33  21  I don't recall.

14:53:33  22  Q.    And I don't want to spend a lot of time on this, it's

14:53:38  23  not really necessary.  But if there had been a statement made

14:53:41  24  by Officer Arao on a phone call that was recorded that was

14:53:44  25  relevant to this case, you certainly would be aware of it,

| | | |
|---|---|---|
| 14:53:47 | 1 | yes? |
| 14:53:48 | 2 | A.      Yes. |
| 14:53:48 | 3 | Q.      And, lastly, I misspoke when I talked about the search |
| 14:53:54 | 4 | warrant for the Instagram account so please excuse me.  You |
| 14:53:57 | 5 | got those by way of a subpoena; is that right? |
| 14:54:00 | 6 | A.      For the Instagram records? |
| 14:54:02 | 7 | Q.      Yes, for Ronin Tactical? |
| 14:54:04 | 8 | A.      Ronin Tactical, yeah, we got subpoenaed and got |
| 14:54:08 | 9 | subscribed records. |
| 14:54:08 | 10 | Q.      Okay, and those are business records that are kept by |
| 14:54:12 | 11 | whichever business it is that hosts the Instagram account, |
| 14:54:15 | 12 | correct? |
| 14:54:15 | 13 | A.      Yes. |
| 14:54:16 | 14 | Q.      And those were public records -- those are the records |
| 14:54:19 | 15 | that are required to be kept by the service provider? |
| 14:54:23 | 16 | A.      Yes. |
| 14:54:25 | 17 | Q.      Okay.  Thank you, sir. |
| 14:54:27 | 18 | MR. ROBINSON:  Your Honor, thank you.  No further |
| 14:54:29 | 19 | questions. |
| 14:54:29 | 20 | THE COURT:  Mr. Rodriguez? |
| 14:54:31 | 21 | MR. RODRIGUEZ:  No, Your Honor, thank you. |
| 14:54:33 | 22 | THE COURT:  Okay, thank you for your testimony. |
| 14:54:37 | 23 | MS. RYKKEN:  The government calls Adalberto |
| 14:54:43 | 24 | Pelayo. |
| 14:55:28 | 25 | COURT CLERK:  Please raise your right hand to be |

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 14:55:30 | 1  | sworn.  Do you swear or affirm that the testimony you're    |
| 14:55:30 | 2  | about to give in the case now before this Court will be the |
| 14:55:30 | 3  | truth, the whole truth and nothing but the truth, so help you |
| 14:55:35 | 4  | God?                                                         |
| 14:55:35 | 5  | THE WITNESS:  Yes.                                           |
| 14:55:36 | 6  | COURT CLERK:  Thank you, sir, would you please              |
| 14:55:38 | 7  | walk around.                                                |
| 14:55:52 | 8  | Sir, for the record, would you please state        |
| 14:55:55 | 9  | your name and spell the last name.                          |
| 14:55:56 | 10 | THE WITNESS:  Adalberto Pelayo.                             |
| 14:56:08 | 11 | A-D-A-L-B-E-R-T-O, last name P-E-L-A-Y-O.                   |
| 14:56:13 | 12 | THE COURT:  And then the inquiry from the Court            |
| 14:56:15 | 13 | is, I have Instruction No. 29, does all the instruction     |
| 14:56:19 | 14 | apply?                                                       |
| 14:56:19 | 15 | MS. RYKKEN:  Under the basis of a cooperating              |
| 14:56:22 | 16 | witness, yes, Your Honor, as well as the limiting instruction |
| 14:56:25 | 17 | that you read this morning.                                 |
| 14:56:26 | 18 | MR. ROBINSON:  That's correct, Your Honor.  With          |
| 14:56:28 | 19 | respect -- this testimony does not apply to Officer Arao.  We |
| 14:56:31 | 20 | ask for a limiting instruction.  Thank you.                 |
| 14:56:41 | 21 | MR. RODRIGUEZ:  Your Honor, on behalf of Officer          |
| 14:56:43 | 22 | Fernandez, yes, I would ask for the instruction on          |
| 14:56:46 | 23 | cooperating witness.  Thank you.                            |
| 14:56:47 | 24 | THE COURT:  Okay, the testimony by this witness is        |
| 14:56:49 | 25 | offered as to officer or defendant Fernandez only, and cannot |

14:56:54  1    be considered in reference to officer or defendant Arao.

14:56:58  2                      Separate and apart from that, the witness

14:57:07  3    Adalberto Pelayo hopes -- is a witness who has received or

14:57:11  4    hopes to receive a favored treatment from the government in

14:57:15  5    connection with this case.  This witness admitted to being an

14:57:18  6    accomplice to one or more of the crimes charged.  An

14:57:22  7    accomplice is one who voluntarily and intentionally joins

14:57:26  8    with another person in committing a crime.

14:57:27  9                      This person entered a plea of guilty to a

14:57:30  10   crime, out of the same events for which the defendant,

14:57:33  11   Mr. Fernandez is on trial.  A cooperating witness' guilty

14:57:37  12   plea is not evidence against the defendant, and you may

14:57:41  13   consider it only in determining the witness' believability.

14:57:44  14                      Again, because of the witness' status, in

14:57:47  15   evaluating this witness' testimony, you should consider the

14:57:50  16   extent to which or whether his testimony may have been

14:57:54  17   influenced by any of these factors.  In addition, you should

14:57:58  18   examine his testimony with greater caution than that of other

14:58:02  19   witnesses.

14:58:02  20                      And with that, your witness.

14:58:05  21          **MS. RYKKEN:**  Thank you, Your Honor.

14:58:07  22                  WITNESS, **ADALBERTO PELAYO,** SWORN

14:58:07  23                         DIRECT EXAMINATION

14:58:07  24   BY **MS. RYKKEN:**

14:58:07  25   Q.     Mr. Pelayo, how old are you?

| | | | |
|---|---|---|---|
| 14:58:10 | 1 | A. | I am 26 years old. |
| 14:58:11 | 2 | Q. | Where did you live? |
| 14:58:12 | 3 | A. | Los Angeles, California. |
| 14:58:13 | 4 | Q. | What's your job? |
| 14:58:14 | 5 | A. | I'm an account executives. |
| 14:58:16 | 6 | Q. | At what company? |
| 14:58:17 | 7 | A. | Primeco Holdings. |
| 14:58:19 | 8 | Q. | And what does that company do? |
| 14:58:21 | 9 | A. | We import novelties from China. |
| 14:58:24 | 10 | Q. | Do you have a girlfriend? |
| 14:58:25 | 11 | A. | I do. |
| 14:58:25 | 12 | Q. | What's her name? |
| 14:58:26 | 13 | A. | Her name is Bianca. |
| 14:58:27 | 14 | Q. | What's her last name? |
| 14:58:29 | 15 | A. | Ibarria. |
| 14:58:35 | 16 | Q. | Can you place exhibit 3 on the screen, which has been |
| 14:58:35 | 17 | | previously admitted. |
| 14:58:38 | 18 | | Is this your girlfriend? |
| 14:58:39 | 19 | A. | Yes. |
| 14:58:39 | 20 | Q. | Do you know the defendant Fernandez? |
| 14:58:42 | 21 | A. | I do. |
| 14:58:42 | 22 | Q. | How do you know him? |
| 14:58:43 | 23 | A. | I know him by a friend.  His name is Manuel. |
| 14:58:48 | 24 | Q. | What's your friends's last name? |
| 14:58:50 | 25 | A. | Portio. |

14:58:51 1   Q.   And, sir, how long have you known defendant Fernandez,

14:58:54 2 approximately?

14:58:55 3   A.   I have known him -- I -- I met him 2010.

14:59:01 4   Q.   And how did you meet him?

14:59:03 5   A.   It was at his house.

14:59:06 6   Q.   And why were you at his house?

14:59:08 7   A.   It was a family party.

14:59:10 8   Q.   And when you were at that party, did you talk with him

14:59:13 9 about guns?

14:59:14 10   A.   No.

14:59:15 11   Q.   No?

14:59:15 12   A.   It wasn't at his house that we talked about guns, no.

14:59:21 13   Q.   Can you identify defendant Fernandez in the courtroom?

14:59:23 14   A.   Yes, I can.

14:59:24 15   Q.   Can you identify him by a piece of clothing that he's

14:59:27 16 wearing and where he is sitting?

14:59:28 17   A.   He's the gentleman with the white shirt and the brown

14:59:32 18 tie, brown or black tie.

14:59:34 19   Q.   Is he seated three in at the end of the table to your

14:59:39 20 right?

14:59:40 21   A.   Yes.

14:59:40 22        **THE COURT:**  And identifying Mr. -- defendant

14:59:45 23 Fernandez.

14:59:45 24 BY MS. RYKKEN:

14:59:46 25   Q.   Did you know defendant Fernandez was a police officer?

| | | |
|---|---|---|
| 14:59:49 | 1 | A.      I did. |
| 14:59:50 | 2 | Q.      And do you know whether or not he sells guns? |
| 14:59:55 | 3 | A.      I knew because of Instagram. |
| 14:59:57 | 4 | Q.      Did you ever talk with him about guns? |
| 15:00:00 | 5 | A.      At one point, yes. |
| 15:00:06 | 6 | Q.      So, you knew him from Instagram.  What Instagram |
| 15:00:08 | 7 | account? |
| 15:00:08 | 8 | A.      His Instagram account was the38superman. |
| 15:00:12 | 9 | Q.      And when you were at defendant Fernandez's house at |
| 15:00:18 | 10 | any point did you talk with him about guns there, did you see |
| 15:00:23 | 11 | any guns? |
| 15:00:24 | 12 | A.      Yes, I did. |
| 15:00:24 | 13 | Q.      What did you see? |
| 15:00:26 | 14 | A.      In his room there was a safe of guns, and I saw some |
| 15:00:29 | 15 | guns there. |
| 15:00:30 | 16 | Q.      And when was that, approximately? |
| 15:00:32 | 17 | A.      First time I saw them was at that family event there, |
| 15:00:39 | 18 | and then the second was one time that we met up for -- to see |
| 15:00:45 | 19 | some guns. |
| 15:00:45 | 20 | Q.      And then the fist time would have been, you know, |
| 15:00:48 | 21 | about ten years ago? |
| 15:00:50 | 22 | A.      Yeah, that was just to show his collection.  That was |
| 15:00:53 | 23 | it. |
| 15:00:53 | 24 | Q.      Okay.  At any point did you ever receive any |
| 15:01:02 | 25 | merchandising from the defendant Fernandez? |

| | | |
|---|---|---|
| 15:01:03 | 1 | A.     I did. |
| 15:01:03 | 2 | Q.     What did you receive? |
| 15:01:05 | 3 | A.     A shirt. |
| 15:01:05 | 4 | Q.     Can you show Exhibit 42, page 5. |
| 15:01:14 | 5 | And you can zoom in on the middle, there is a |
| 15:01:16 | 6 | stack. |
| 15:01:17 | 7 | Do you see what appears to be -- |
| 15:01:20 | 8 | A.     The black one. |
| 15:01:21 | 9 | Q.     It's like the black one? |
| 15:01:24 | 10 | A.     Yeah. |
| 15:01:24 | 11 | Q.     Okay.  Have you also attended gun shows in the past? |
| 15:01:28 | 12 | A.     I have. |
| 15:01:28 | 13 | Q.     Did you ever see defendant Fernandez there? |
| 15:01:31 | 14 | A.     One time. |
| 15:01:31 | 15 | Q.     Where was that gun show? |
| 15:01:34 | 16 | A.     Orange County. |
| 15:01:35 | 17 | Q.     Do you know if he was there selling as the38superman? |
| 15:01:38 | 18 | A.     He was. |
| 15:01:42 | 19 | Q.     So, let's go back to 2016, were you interested in |
| 15:01:46 | 20 | purchasing firearms? |
| 15:01:47 | 21 | A.     Yes. |
| 15:01:47 | 22 | Q.     Did you attempt to do so? |
| 15:01:49 | 23 | A.     I did. |
| 15:01:50 | 24 | Q.     Okay, and what happened? |
| 15:01:51 | 25 | A.     I was denied. |

| | | |
|---|---|---|
| 15:01:55 | 1 | Q.     And do you know why you were denied? |
| 15:01:57 | 2 | A.     At the time, I had -- at the time I thought I was |
| 15:02:02 | 3 | denied for DUI that I had. |
| 15:02:04 | 4 | Q.     I'm going to show you Exhibit 103 that's been |
| 15:02:07 | 5 | previously admitted.  Do you see this?  Have you seen this |
| 15:02:15 | 6 | document before? |
| 15:02:15 | 7 | A.     Yes. |
| 15:02:16 | 8 | Q.     What is it? |
| 15:02:17 | 9 | A.     It's a dealer record of sale of firearm. |
| 15:02:21 | 10 | Q.     We're going to zoom in on the purchaser information on |
| 15:02:27 | 11 | top.  What's the date of the transaction? |
| 15:02:30 | 12 | A.     It's February 11, 2016. |
| 15:02:32 | 13 | Q.     Okay, can you highlight that.  Thank you. |
| 15:02:36 | 14 |        And on the right do you see where it says |
| 15:02:40 | 15 | "status"? |
| 15:02:41 | 16 | A.     Yes. |
| 15:02:41 | 17 | Q.     And what does it say? |
| 15:02:43 | 18 | A.     "Denied." |
| 15:02:43 | 19 | Q.     And you received this document in 2016 at some point? |
| 15:02:49 | 20 | A.     At some point, yes. |
| 15:02:52 | 21 | Q.     And then that is your name in there? |
| 15:02:55 | 22 | A.     It is. |
| 15:02:55 | 23 | Q.     On the "purchaser information"? |
| 15:02:57 | 24 | A.     It is. |
| 15:02:57 | 25 | Q.     And you -- can you zoom out and go below please to the |

UNITED STATES DISTRICT COURT

15:03:04  1    firearm information.

15:03:06  2                    And can you read the make and model and

15:03:11  3    caliber?

15:03:12  4    A.    It's a Remington Arms, the model is 770, and caliber

15:03:17  5    is a 3006.

15:03:20  6    Q.    And the serial number?

15:03:22  7    A.    Serial number is M71833429.

15:03:28  8    Q.    And zoom out.  And then on the bottom the dealer

15:03:32  9    information.  Can you read the dealer information?

15:03:35  10   A.    Western Firearms.

15:03:36  11   Q.    Is that where you tried to buy a gun in approximately

15:03:39  12   February of 2016?

15:03:40  13   A.    Yes.

15:03:40  14   Q.    And that's who denied you from buying that gun?

15:03:45  15   A.    Correct.

15:03:45  16   Q.    At around the same time, did you speak with defendant

15:03:48  17   Fernandez about purchasing a gun?

15:03:50  18   A.    Yes.  It was before I was denied when I spoke to him

15:03:54  19   about buying a gun.

15:03:55  20   Q.    Okay.  So, you met with him before you were denied

15:03:58  21   permission to buy a gun?

15:04:00  22   A.    Yes.

15:04:00  23   Q.    And when you were speaking about buying a gun, what

15:04:05  24   were you talking about, what kind of gun?

15:04:07  25   A.    I was looking to buy a 1911, a .45.

| | | |
|---|---|---|
| 15:04:12 | 1 | Q.    And that's a handgun? |
| 15:04:12 | 2 | A.    Yes. |
| 15:04:13 | 3 | Q.    Were you buying one gun or more? |
| 15:04:15 | 4 | A.    It was two at the time. |
| 15:04:17 | 5 | Q.    What was the second gun? |
| 15:04:18 | 6 | A.    The second gun was the shotgun, that was for my |
| 15:04:22 | 7 | brother. |
| 15:04:22 | 8 | Q.    And did you end up buying a gun from him at that time? |
| 15:04:25 | 9 | A.    I did. |
| 15:04:26 | 10 | Q.    Did you actually receive that gun, or did you pay for |
| 15:04:29 | 11 | the gun? |
| 15:04:29 | 12 | A.    No, he just paid, and it wasn't paid in full. |
| 15:04:32 | 13 | Q.    Okay, how much did you pay him? |
| 15:04:34 | 14 | A.    It was about a thousand dollars at the time. |
| 15:04:37 | 15 | Q.    Was that in cash or in some other way? |
| 15:04:40 | 16 | A.    In cash. |
| 15:04:41 | 17 | Q.    Okay.  So, you paid defendant Fernandez a thousand |
| 15:04:45 | 18 | dollars, you had decided on a gun and then you were denied |
| 15:04:49 | 19 | permission; is that right? |
| 15:04:51 | 20 | **MR. RODRIGUEZ:**  Objection.  Leading. |
| 15:04:53 | 21 | **THE COURT:**  Yes, sustained. |
| 15:04:55 | 22 | BY MS. RYKKEN: |
| 15:04:55 | 23 | Q.    So, after you were denied permission to buy a gun, did |
| 15:04:58 | 24 | that change the deal you had with Mr. Fernandez? |
| 15:05:02 | 25 | A.    After I was denied, I put a hold, said we could hold |

15:05:06   1   off on it until I can get some things cleared.

15:05:10   2   Q.   Did you tell him why?

15:05:11   3   A.   I did.

15:05:12   4   Q.   What did you tell him?

15:05:13   5   A.   I told him I had a DUI on a suspended license, and I

15:05:17   6   told him let me fix that.

15:05:18   7   Q.   Did you tell him you couldn't buy a firearm?

15:05:21   8   A.   I told him I was denied, yes.

15:05:23   9   Q.   What happened after that?  Did you buy a gun

15:05:26   10   immediately or how long was it?

15:05:28   11   A.   Wait, can you repeat that one more time?

15:05:32   12   Q.   After you had this conversation with defendant

15:05:34   13   Fernandez about your denial, did you buy a firearm from him?

15:05:39   14   A.   I did.  I bought one more.

15:05:41   15   Q.   How did that happen?

15:05:43   16   A.   That happened through text.

15:05:45   17   Q.   And did you reach out to defendant Fernandez first?

15:05:49   18   A.   It was a mutual conversation, so, we kept in touch so,

15:05:55   19   it was back and forth.  It was -- I did reach out to him.

15:05:58   20   Q.   Did you send him pictures of guns?  Did you tell him

15:06:07   21   what you wanted?

15:06:08   22   A.   I told him what I wanted, what we wanted.

15:06:13   23   Q.   And did you want the same gun that you had talked

15:06:15   24   about before, the 1911?

15:06:18   25   A.   Yes, I still wanted a 1911.  That one was still there,

15:06:23   1   and it was the other one that came --

15:06:25   2   Q.     Okay.  So, what about the shotgun that you mentioned

15:06:30   3   earlier?

15:06:30   4   A.     That one was -- that was done already.

15:06:33   5   Q.     So, that one was off the table as far as you were

15:06:36   6   concerned?

15:06:36   7   A.     No, that, like, that one was purchased and that one

15:06:39   8   was transferred and everything was in there.

15:06:41   9   Q.     To someone else?

15:06:42   10  A.     To someone else, correct.

15:06:43   11  Q.     And was there a second gun and you talked with

15:06:47   12  defendant Fernandez about buying?

15:06:49   13  A.     Yes.

15:06:49   14  Q.     And what was that gun?

15:06:50   15  A.     It was the Browning .380.

15:06:53   16  Q.     Was that gun for you?

15:06:54   17  A.     No, that was for Bianca.

15:06:57   18  Q.     And that's your girlfriend?

15:06:59   19  A.     Yes.

15:07:00   20  Q.     So, eventually, you bought this gun.  Did you actually

15:07:05   21  buy the gun, or did someone buy it for you?

15:07:08   22  A.     No, it was me.

15:07:09   23  Q.     Did you fill out the paperwork?

15:07:11   24  A.     No.

15:07:12   25  Q.     Who filled out the paperwork?

| | | |
|---|---|---|
| 15:07:14 | 1 | A.      Bianca did. |
| 15:07:16 | 2 | Q.      Do you know why she did that? |
| 15:07:18 | 3 | A.      It was a mutual agreement we talked about. |
| 15:07:21 | 4 | Q.      And by -- |
| 15:07:22 | 5 | MR. RODRIGUEZ:  Hearsay. |
| 15:07:24 | 6 | THE COURT:  The response stands. |
| 15:07:26 | 7 | BY MS. RYKKEN: |
| 15:07:26 | 8 | Q.      And by "we," do you mean your girlfriend and you? |
| 15:07:30 | 9 | A.      No.  I didn't sign that paperwork.  She did it on her |
| 15:07:33 | 10 | own. |
| 15:07:33 | 11 | Q.      Did you ask her to do that? |
| 15:07:35 | 12 | A.      No.  Oh, I did but not at the time, she already was |
| 15:07:38 | 13 | going to sign. |
| 15:07:39 | 14 | Q.      Before she signed, you talked about her filling out |
| 15:07:39 | 15 | the paperwork? |
| 15:07:43 | 16 | A.      Yes, I did. |
| 15:07:44 | 17 | MR. RODRIGUEZ:  Objection.  Leading. |
| 15:07:46 | 18 | THE COURT:  Overruled. |
| 15:07:48 | 19 | BY MS. RYKKEN: |
| 15:07:49 | 20 | Q.      Okay, I'm going to show you Exhibit 94, page 1, this |
| 15:07:53 | 21 | has been previously admitted.  And can you zoom in on the |
| 15:07:57 | 22 | customer name?  I just want to confirm.  This is not your |
| 15:08:03 | 23 | bank account, correct? |
| 15:08:05 | 24 | A.      Correct, it's not. |
| 15:08:06 | 25 | Q.      Let's go to page 2. |

15:08:21  1          And at the top right of the page, can you

15:08:24  2   highlight the date in yellow.  Can you read the date range?

15:08:27  3   A.     July 8, 2016, through August 4, 2016.

15:08:32  4   Q.     And close.

15:08:32  5          And then in the middle of the page there are

15:08:34  6   two names.  Can you highlight the names for the account

15:08:37  7   holders.

15:08:39  8          And can you read those?

15:08:41  9   A.     Cynthia M Portillu Lugo and Carlos M. Fernandez.

15:08:47  10  Q.     And then at the very bottom of the page, can you

15:08:49  11  highlight the transaction detail?

15:08:52  12         And can you read the date and the description

15:08:55  13  and the amount in the last item?

15:08:56  14  A.     July 11th.  It was a QuickPay transfer from me,

15:09:03  15  Adalberto D. Pelayo, Jr. for $1000.

15:09:08  16  Q.     And do you remember transferring a thousand dollars to

15:09:10  17  the defendant?

15:09:10  18  A.     I do.

15:09:11  19  Q.     This was approximately two weeks before you bought a

15:09:13  20  gun?

15:09:15  21  A.     Correct.

15:09:15  22  Q.     So, were you present when your girlfriend bought the

15:09:21  23  guns you mentioned before?

15:09:22  24  A.     I was.

15:09:22  25  Q.     Was defendant Fernandez present?

| | | |
|---|---|---|
| 15:09:25 | 1 | A.     He was. |
| 15:09:26 | 2 | Q.     Where did you meet him? |
| 15:09:27 | 3 | A.     At Turner's. |
| 15:09:29 | 4 | Q.     Did you meet him inside the store? |
| 15:09:31 | 5 | A.     No, we met outside first. |
| 15:09:34 | 6 | Q.     And did you pay him while you were there? |
| 15:09:36 | 7 | A.     I gave him some money outside. |
| 15:09:38 | 8 | Q.     In cash? |
| 15:09:39 | 9 | A.     In cash. |
| 15:09:40 | 10 | Q.     And did you go inside the store, inside Turner's? |
| 15:09:45 | 11 | A.     I did. |
| 15:09:46 | 12 | Q.     What does Turner's look like? |
| 15:09:48 | 13 | A.     It looks like Big 5 supporting, camping stuff fishing |
| 15:09:53 | 14 | stuff, and there is guns there as well. |
| 15:09:55 | 15 | Q.     And is there more than one employee?  Is it a big |
| 15:09:58 | 16 | store? |
| 15:09:58 | 17 | A.     There was about, I would say, 10 to 15 employees |
| 15:10:02 | 18 | roughly. |
| 15:10:02 | 19 | Q.     And so when you first walked in, did defendant |
| 15:10:06 | 20 | Fernandez have a gun with him? |
| 15:10:07 | 21 | A.     Yes. |
| 15:10:08 | 22 | Q.     Okay, did you see what he did with it? |
| 15:10:10 | 23 | A.     He checked it in when he walked into the store. |
| 15:10:13 | 24 | Q.     And what do you mean by check it in? |
| 15:10:16 | 25 | A.     I think that's the process, once you walk into that |

| | | |
|---|---|---|
| 15:10:20 | 1 | store, you have to check in any weapon that you have. |
| 15:10:22 | 2 | Q.    And were you present when any paperwork for the gun |
| 15:10:25 | 3 | was filled out? |
| 15:10:26 | 4 | A.    I was present but not while I was getting done -- I |
| 15:10:32 | 5 | was doing something else. |
| 15:10:32 | 6 | Q.    What were you doing? |
| 15:10:33 | 7 | A.    I was walking the store, browsing. |
| 15:10:36 | 8 | Q.    And were you alone? |
| 15:10:37 | 9 | A.    I was with my daughter. |
| 15:10:39 | 10 | Q.    I'm going to show you Exhibit 105, page 1.  Are you |
| 15:10:46 | 11 | familiar with this form? |
| 15:10:48 | 12 | A.    Yeah. |
| 15:10:48 | 13 | Q.    Okay.  This is a Form 4473, right? |
| 15:10:53 | 14 | **MR. RODRIGUEZ:**  Objection.  Leading. |
| 15:10:54 | 15 | **THE COURT:**  Overruled.  It's foundational, |
| 15:10:59 | 16 | establish the foundation. |
| 15:11:00 | 17 | BY MS. RYKKEN: |
| 15:11:01 | 18 | Q.    Can you highlight the transferor's name in Section A? |
| 15:11:07 | 19 |        Can you read the transferee's name? |
| 15:11:09 | 20 | A.    Yes, it's Ibarria Bianca Elizabeth. |
| 15:11:16 | 21 | Q.    Did you know that this was false? |
| 15:11:18 | 22 | **MR. RODRIGUEZ:**  Objection.  Vague. |
| 15:11:20 | 23 | **THE COURT:**  Yeah, sustained. |
| 15:11:21 | 24 | BY MS. RYKKEN: |
| 15:11:22 | 25 | Q.    Let's go to Question 11A.  Can you read Question 11A? |

| | | |
|---|---|---|
| 15:11:29 | 1 | Not the italicized part, just the first part. |
| 15:11:32 | 2 | A.      It says:  "Are you the actual transferee/buyer of the |
| 15:11:36 | 3 | firearms listed on this form?" |
| 15:11:38 | 4 | Q.      And go ahead and read the bold. |
| 15:11:41 | 5 | A.      "Warning.  You are not the actual buyer if you are |
| 15:11:44 | 6 | acquiring the firearms on behalf of another person.  If you |
| 15:11:47 | 7 | are not the actual buyer, the dealer cannot transfer the |
| 15:11:50 | 8 | firearms to you." |
| 15:11:53 | 9 | Q.      And do you see a box to the right that says "yes"? |
| 15:11:57 | 10 | A.      Yes, I do. |
| 15:11:57 | 11 | Q.      Is it checked? |
| 15:11:58 | 12 | A.      It is. |
| 15:12:00 | 13 | Q.      Let's go to page 2. |
| 15:12:06 | 14 |              Do you see the signature and the |
| 15:12:07 | 15 | certification? |
| 15:12:09 | 16 | A.      I do. |
| 15:12:09 | 17 | Q.      Is that your signature? |
| 15:12:11 | 18 | A.      No. |
| 15:12:12 | 19 | Q.      Have you pled guilty to a crime in this case? |
| 15:12:17 | 20 | A.      In this case, yes. |
| 15:12:20 | 21 | Q.      Specifically did you plead guilty to aiding and |
| 15:12:22 | 22 | abetting a false statement during a purchase of a firearm? |
| 15:12:26 | 23 | A.      I did. |
| 15:12:26 | 24 | Q.      And that was a false statement in this form that your |
| 15:12:30 | 25 | girlfriend signed? |

15:12:31  1    A.    That's correct.

15:12:32  2    Q.    Did you enter into a plea agreement with the

15:12:34  3    government?

15:12:34  4    A.    I did.

15:12:34  5    Q.    And did you enter into a plea agreement hoping to get

15:12:38  6    a lesser sentence?

15:12:39  7    A.    Yes.

15:12:39  8    Q.    As part of the plea agreement, are you required to

15:12:42  9    testify at trial?

15:12:42  10   A.    Yes.

15:12:43  11   Q.    Let's go back to page 3 of this form.  Okay, and you

15:12:50  12   can highlight particular firearms.

15:12:53  13              Can you read the firearms listed there, the

15:12:57  14   second one in particular, please?

15:12:58  15   A.    It is Colt 1911, serial number is 481862.

15:13:04  16   Q.    And is this the gun that you bought?

15:13:06  17   A.    That is correct.

15:13:09  18   Q.    And the first firearm listed, can you read that?

15:13:13  19   A.    It's FMABDA380, Serial Number 01466.

15:13:23  20   Q.    That was not for you?

15:13:24  21   A.    That was for Bianca.

15:13:26  22   Q.    And can you read where -- just one moment.

15:13:35  23              Can you read the stamp on the left-hand side?

15:13:39  24   A.    Turners Outdoorsman.

15:13:41  25   Q.    And is that where you were when you bought the

```
15:13:45  1    firearms?

15:13:45  2    A.      Yes.

15:13:45  3    Q.      Let's do Exhibit 106, page 1.  And can you zoom in on

15:14:00  4    top part of that.

15:14:03  5            Do you see this receipt?

15:14:05  6    A.      I do.

15:14:06  7    Q.      Okay.  Can you read the name -- excuse me, the

15:14:09  8    business name at the top?

15:14:10  9    A.      Right Turner's Outdoorsman.

15:14:14  10   Q.      And this is where your girlfriend bought the firearm

15:14:17  11   for you?

15:14:18  12   A.      Correct.

15:14:18  13   Q.      And what's the date?

15:14:19  14   A.      It is July 24, 2016.

15:14:21  15   Q.      And that's the date that your girlfriend bought the

15:14:24  16   firearm for you?

15:14:25  17   A.      Yes.

15:14:25  18   Q.      Thank you.  And this is a portion of the bottom of the

15:14:36  19   receipt.  Can you read the second line?

15:14:39  20   A.      "Private party transfer fee."

15:14:41  21   Q.      And did you pay for this at a register?

15:14:44  22   A.      I did.

15:14:45  23   Q.      Okay.  Do you know who did?

15:14:46  24   A.      Yes, Bianca did.

15:14:48  25   Q.      I'm going to show you Exhibit 10, page 2, I'm sorry,
```

15:14:57   1    Exhibit 10, page 2 on the left.  And on the right Exhibit

15:15:03   2    105-3.  Okay.

15:15:09   3                    Do you see Item 24 the last one on this page

15:15:12   4    and line that I'm showing you?

15:15:13   5    A.     Yes.

15:15:14   6    Q.     Okay.  And do you see the date of the transaction on

15:15:19   7    the right?

15:15:20   8    A.     I do.

15:15:21   9    Q.     Okay, what is the date of the transaction?

15:15:23   10   A.     July 24th.

15:15:25   11   Q.     And then on the right-hand side, this is the Form 4473

15:15:41   12   that you were testifying about, do you see that date there?

15:15:45   13   What is that date?

15:15:45   14   A.     July 24.

15:15:46   15   Q.     And do the two dates match between Exhibit 10 on the

15:15:50   16   left and Exhibit 105 on the right?

15:15:52   17   A.     They do.

15:15:54   18   Q.     Do you remember approximately how much you paid for

15:15:56   19   the guns?

15:15:57   20   A.     Approximately 2500 bucks.

15:16:03   21   Q.     Just a moment, we're going to back to confirm the

15:16:07   22   serial numbers.  There is page 2, there is a highlighted

15:16:10   23   serial number on the left.  Can you read that?

15:16:12   24   A.     Yes.  It's 481862.

15:16:15   25   Q.     And then Exhibit 105-3 ATF form.  Can you read that

15:16:19  1    serial number?

15:16:19  2    A.    481862.

15:16:21  3    Q.    And do those match?

15:16:23  4    A.    They do.

15:16:24  5    Q.    Okay.  And does the make and model also match, on the

15:16:27  6    left?  What does that read?

15:16:28  7    A.    It's Colt 1911.

15:16:31  8    Q.    And on the right of ATF form?

15:16:34  9    A.    It's Colt 1911.

15:16:37  10   Q.    All right.  So, you just testified that you paid about

15:16:41  11   $2500 for both of the guns?

15:16:44  12   A.    Correct.

15:16:44  13   Q.    And how did you pay defendant Fernandez?  Was it all

15:16:47  14   at once?

15:16:47  15   A.    No, it was installments.

15:16:49  16   Q.    Was it in cash, or how did you do all that?

15:16:52  17   A.    It was some cash transfer and some were cash.

15:16:55  18   Q.    And the first payment, when was that?

15:16:58  19   A.    The day that we saw each other for the first time.

15:17:01  20   Q.    You mentioned earlier a time in February.

15:17:04  21   A.    It was February.  I want to say it was maybe -- so,

15:17:07  22   when I -- February 15th, around those dates, before the

15:17:12  23   denial of that gun.

15:17:14  24   Q.    And then we also looked at a bank record that had a

15:17:18  25   second payment?

| | | |
|---|---|---|
| 15:17:19 | 1 | A.      Correct. |
| 15:17:19 | 2 | Q.      And that payment was for the gun that you bought? |
| 15:17:23 | 3 | A.      Yes. |
| 15:17:24 | 4 | Q.      And then you also mentioned cash on the date of the |
| 15:17:27 | 5 | traction, correct? |
| 15:17:29 | 6 | A.      Correct. |
| 15:17:29 | 7 | Q.      You don't remember approximately how much that was? |
| 15:17:31 | 8 | A.      I don't, to be honest. |
| 15:17:36 | 9 | Q.      Okay.  I'm going to show you Exhibit 37, page 1.  This |
| 15:17:46 | 10 | has been previously been admitted as an authentic business |
| 15:17:49 | 11 | record.  Can you read at the top -- she's going to highlight |
| 15:17:53 | 12 | for you, the business name? |
| 15:17:55 | 13 | A.      It's Whittier Loan and Jewelry. |
| 15:17:58 | 14 | Q.      And across from that, do you see a name? |
| 15:18:03 | 15 | A.      It's Fernandez Carlos Miguel. |
| 15:18:07 | 16 | Q.      And do you see the first transaction listed across the |
| 15:18:13 | 17 | document? |
| 15:18:13 | 18 | A.      It's for a pistol, Browning, and Item No. 18974401. |
| 15:18:22 | 19 | Q.      And the serial number? |
| 15:18:24 | 20 | A.      It's 425PN01466. |
| 15:18:30 | 21 | Q.      And on the left let's put up Exhibit 105-3, and on the |
| 15:18:34 | 22 | right Exhibit 37-1.  I'm sorry -- |
| 15:18:38 | 23 |          Can you tell me what's the price on here? |
| 15:18:40 | 24 | A.      It's 525. |
| 15:18:41 | 25 | Q.      Now, let's do the Exhibit 105-3 and 37-1. |

UNITED STATES DISTRICT COURT

15:18:54   1            Okay, so, we're going to highlight for you

15:18:56   2   the first serial number.  Okay, can you read that serial

15:19:06   3   number again?

15:19:07   4   A.     Yes, it's 01466.

15:19:12   5   Q.     And on the right-hand side you will highlight the

15:19:15   6   serial number.  Does that match the serial number ATF form?

15:19:21   7   A.     Yes, it does.

15:19:22   8   Q.     And at the top right can you see a payoff date?  We'll

15:19:27   9   highlight that for you.  Do you see that?

15:19:34  10   A.     I do.

15:19:35  11   Q.     What is it?

15:19:36  12   A.     It is 5-27-2016.

15:19:41  13   Q.     And in the same document --

15:19:43  14            We can take it off the screen.

15:19:47  15            Exhibit 37-5.  This is the fifth page that

15:19:57  16   was attached to the previous exhibit that you just saw.  Do

15:19:59  17   you see the buyer at the top?

15:20:01  18   A.     I do.

15:20:01  19   Q.     Okay, can you read the buyer?

15:20:03  20   A.     It says Fernandez Carlos Miguel.

15:20:05  21   Q.     And 37-7.  Okay, do you see that?

15:20:11  22   A.     I do.

15:20:11  23   Q.     Okay.  And can you read the firearm there?

15:20:16  24   A.     It's Browning, BDA380, serial number 01466.

15:20:25  25   Q.     And the date that's highlighted below?

| | | |
|---|---|---|
| 15:20:28 | 1 | A.      June 10, 2016. |
| 15:20:30 | 2 | Q.      And what is the business listed in 31 that's been |
| 15:20:33 | 3 | highlighted? |
| 15:20:33 | 4 | A.      Whittier Loan and Jewelry LLC. |
| 15:20:38 | 5 | Q.      Is that the same serial number of the gun that your |
| 15:20:41 | 6 | girlfriend purchased? |
| 15:20:42 | 7 | A.      Yes. |
| 15:20:42 | 8 | Q.      But you didn't fill out this form? |
| 15:20:45 | 9 | A.      Correct. |
| 15:20:45 | 10 | Q.      This isn't something you knew about? |
| 15:20:47 | 11 | A.      No, I had no idea. |
| 15:20:49 | 12 | Q.      Going to show you Exhibit 109, page 4, which has been |
| 15:20:54 | 13 | previously admitted.  Okay, do you know what this picture is? |
| 15:21:01 | 14 | A.      Yes.  That's in my bedroom. |
| 15:21:05 | 15 | Q.      Okay, what does it show? |
| 15:21:07 | 16 | A.      That's the 1911. |
| 15:21:09 | 17 | Q.      Okay, and do you know when this picture was taken? |
| 15:21:12 | 18 | A.      Yes, the day that it was seized. |
| 15:21:15 | 19 | Q.      Was the search warrant executed at your house? |
| 15:21:18 | 20 | A.      It was. |
| 15:21:19 | 21 | Q.      Is this the gun that you bought?  Can you identify it? |
| 15:21:22 | 22 | A.      Yes, I can. |
| 15:21:23 | 23 | Q.      Is it the gun that you bought? |
| 15:21:26 | 24 | A.      It is. |
| 15:21:27 | 25 | Q.      The gun that you bought from defendant Fernandez? |

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 15:21:32 | 1 | A.      Yes, that's the gun. |
| 15:21:34 | 2 | Q.      And then we're going to show you page 6 on this, |
| 15:21:39 | 3 | 109-6.  Okay, can you see that? |
| 15:21:41 | 4 | A.      I do. |
| 15:21:42 | 5 | Q.      And this is the same gun? |
| 15:21:43 | 6 | A.      Yes, it is. |
| 15:21:44 | 7 | Q.      The one that you bought from defendant Fernandez? |
| 15:21:47 | 8 | A.      Correct. |
| 15:21:47 | 9 | Q.      Can you read the text on the very top of the type of |
| 15:21:52 | 10 | gun?  What does that say? |
| 15:21:53 | 11 | A.      It says models -- I can't read the middle one -- it |
| 15:21:57 | 12 | says model of 91011 US Army. |
| 15:22:01 | 13 | Q.      At the time that you bought this gun, did you have an |
| 15:22:06 | 14 | Instagram account? |
| 15:22:06 | 15 | A.      I did. |
| 15:22:07 | 16 | Q.      What was the name? |
| 15:22:08 | 17 | A.      It was BP693. |
| 15:22:11 | 18 | Q.      I'm going to show you Exhibit 107, page 1.  And this |
| 15:22:17 | 19 | has also been previously admitted.  Is this your account? |
| 15:22:20 | 20 | A.      Yes. |
| 15:22:21 | 21 | Q.      What does the picture show? |
| 15:22:24 | 22 | A.      That's me. |
| 15:22:25 | 23 | Q.      And that's the name of your account?  Can you read |
| 15:22:28 | 24 | that? |
| 15:22:28 | 25 | A.      Yes, it's BP_693. |

| | | |
|---|---|---|
| 15:22:32 | 1 | Q.    That's a picture of you on the left? |
| 15:22:35 | 2 | A.    Correct. |
| 15:22:35 | 3 | Q.    And then what is the picture that we're looking at? |
| 15:22:40 | 4 | A.    You're looking at two guns I purchased. |
| 15:22:42 | 5 | Q.    Are these the two guns that you purchased from |
| 15:22:45 | 6 | defendant Fernandez? |
| 15:22:46 | 7 | A.    Correct. |
| 15:22:46 | 8 | Q.    Let's go to page 2 of 107.  Do you see right in the |
| 15:22:52 | 9 | middle that there is a comment that you posted bp_693? |
| 15:22:55 | 10 | A.    I do. |
| 15:22:56 | 11 | Q.    Okay.  Can you read that? |
| 15:22:57 | 12 | A.    It says:  "Big thanks to my compa at the38superman for |
| 15:23:04 | 13 | always looking out for me.  Got to hit the range this weekend |
| 15:23:07 | 14 | for sure." |
| 15:23:08 | 15 | Q.    Who did you understand the38superman to be? |
| 15:23:11 | 16 | A.    Carlos. |
| 15:23:12 | 17 | Q.    Defendant Fernandez? |
| 15:23:13 | 18 | A.    Yes. |
| 15:23:15 | 19 | Q.    Next we're going to play for you a short -- |
| 15:23:18 | 20 |        What's the date on this post? |
| 15:23:21 | 21 | A.    It's August 3, 2016. |
| 15:23:24 | 22 | Q.    Next we're going to play a short video that was |
| 15:23:29 | 23 | posted.  It's Exhibit 108 which was previously admitted. |
| 15:23:33 | 24 | We're going to go ahead and play it. |
| 15:23:36 | 25 |        (Videotape played.) |

15:23:46  1   BY MS. RYKKEN:

15:23:46  2   Q.      Is there your Instagram account?

15:23:48  3   A.      It is.

15:23:49  4   Q.      Did you post it?

15:23:50  5   A.      I did.

15:23:50  6   Q.      Did you take the video?

15:23:52  7   A.      I did.

15:23:52  8   Q.      Where was it taken?

15:23:54  9   A.      At the LAX firing range.

15:23:57  10  Q.      I'm going to show you Exhibit 108-A.  It's been

15:24:02  11  previously admitted.  What is this?

15:24:04  12  A.      That is the Browning.

15:24:06  13  Q.      Okay.  And this -- does it appear to be a screen shot

15:24:11  14  from the previous video?

15:24:12  15  A.      Yes.

15:24:13  16  Q.      And that's the one that you bought from defendant

15:24:17  17  Fernandez for your girlfriend?

15:24:18  18  A.      Correct.

15:24:18  19  Q.      And page 2 of this exhibit.  What is that?

15:24:22  20  A.      That's the 1911.

15:24:26  21  Q.      Okay.  And is that from the day you were shooting at

15:24:29  22  the range?

15:24:29  23  A.      Yes.

15:24:29  24  Q.      Did you fire the gun that day?

15:24:31  25  A.      I did.

15:24:31 1   Q.    Did you fire the gun that you bought from defendant

15:24:34 2   Fernandez?

15:24:34 3   A.    I did.

15:24:35 4   Q.    And did you fire the guns more than once?

15:24:37 5   A.    Yes.

15:24:37 6   Q.    Was it at a shooting range?

15:24:39 7   A.    Yes.

15:24:47 8   Q.    At the time that you were shooting these, were you

15:24:49 9   prohibited from having a gun?

15:24:52 10   A.    At the time I had no knowledge that I was prohibited.

15:24:56 11   Q.    You knew that you couldn't purchase the gun.

15:24:58 12   A.    I knew that I couldn't purchase the gun.

15:25:01 13   Q.    And now you understand that you could not have that

15:25:04 14   gun at the time?

15:25:05 15   A.    Now I understand.

15:25:06 16   Q.    And so you mentioned a moment ago that your home was

15:25:10 17   searched before you were charged, correct?

15:25:12 18   A.    Can you repeat that?

15:25:13 19   Q.    You mentioned that your home was searched?

15:25:15 20   A.    Correct.

15:25:15 21   Q.    And the gun that you bought from defendant Fernandez

15:25:18 22   you said that that was seized?

15:25:19 23   A.    It was.

15:25:20 24        **MS. RYKKEN:**  With the Court's permission I'd like

15:25:24 25   Agent Duncan to take out the physical Exhibit 110.

15:25:31  1          **THE COURT:**  The picture will be cumulative.

15:25:31  2   Exhibit 110 is which weapon?

15:25:34  3          **MS. RYKKEN:**  It's the gun that he purchased.

15:25:35  4          **THE COURT:**  It's cumulative.

15:25:38  5          **MS. RYKKEN:**  Okay.  All right, nothing further.

15:25:42  6          **THE COURT:**  We're going to take a short recess

15:25:43  7   very quick for a restroom break, and then please return at

15:25:49  8   25 -- ten minutes to the hour, and we'll continue the trial.

15:25:49  9   In your absence do not discuss the case amongst yourselves or

15:28:17  10  with any other person.

15:40:00  11          (Recess taken.)

15:40:02  12          (Following proceedings held outside the presence

15:40:11  13  of the jury.)

15:40:11  14          COURT CLERK:  Your Honor, may I bring the jury in?

15:40:19  15          **THE COURT:**  Please.

15:40:39  16          Okay, can we have the jury assembled with our

15:40:42  17  alternates.  All counsel are present with the defendants.

15:40:44  18          It's now the opportunity for the defendants

15:40:48  19  or in this case, Counsel for Mr. Fernandez to ask questions.

15:40:52  20          Please have a seat, and I'll turn it over to

15:40:55  21  Mr. Rodriguez.

15:40:56  22          **MR. RODRIGUEZ:**  Thank you, Your Honor.

15:40:56  23                  CROSS-EXAMINATION

15:40:56  24  BY MR. RODRIGUEZ:

15:41:01  25  Q.    Good afternoon, sir.

| | | |
|---|---|---|
| 15:41:02 | 1 | A.      Good afternoon. |
| 15:41:03 | 2 | Q.      Are you nervous? |
| 15:41:04 | 3 | A.      It's the nature, yes. |
| 15:41:05 | 4 | Q.      I mean, it's a big deal to testify in federal court, |
| 15:41:09 | 5 | isn't it? |
| 15:41:09 | 6 | A.      It is. |
| 15:41:10 | 7 | Q.      When you -- |
| 15:41:11 | 8 | This is your fist time in this building? |
| 15:41:14 | 9 | A.      Second. |
| 15:41:14 | 10 | Q.      Second time.  It is -- that's right.  The first time |
| 15:41:18 | 11 | is when you came and pled, correct? |
| 15:41:20 | 12 | A.      Correct. |
| 15:41:20 | 13 | Q.      It's an impressive place to be in. |
| 15:41:24 | 14 | A.      Yes, quite honestly, it's beautiful. |
| 15:41:26 | 15 | Q.      You feel the kind of power and the grandeur of the |
| 15:41:31 | 16 | federal government when you're here, don't you? |
| 15:41:33 | 17 | A.      Oh, yeah, you do. |
| 15:41:35 | 18 | Q.      And today is a very, very important day for you, isn't |
| 15:41:38 | 19 | it, sir? |
| 15:41:38 | 20 | A.      It is. |
| 15:41:39 | 21 | Q.      Because in many ways, how you perform today on the |
| 15:41:42 | 22 | stand and going to determine a lot about the rest of your |
| 15:41:46 | 23 | life, isn't it? |
| 15:41:47 | 24 | A.      Umm, I don't know, to be honest. |
| 15:41:52 | 25 | Q.      Well, you are under an agreement to testify in this |

| | | |
|---|---|---|
| 15:41:57 | 1 | case, correct? |
| 15:41:58 | 2 | A.    It is, correct. |
| 15:41:59 | 3 | Q.    When you say it is correct, my original question, |
| 15:42:02 | 4 | which was that how you perform today on the stand will have a |
| 15:42:07 | 5 | large impact on your life, correct? |
| 15:42:10 | 6 | A.    What's happening today will have a large impact in my |
| 15:42:13 | 7 | life. |
| 15:42:13 | 8 | Q.    Oh, I apologize I made that more complicated.  Thank |
| 15:42:18 | 9 | you, sir. |
| 15:42:18 | 10 | A.    No problem. |
| 15:42:19 | 11 | Q.    Okay.  Back on November 17, 2017, you were |
| 15:42:23 | 12 | interrogated on the phone by a Special Agent Duncan and Hart, |
| 15:42:27 | 13 | correct? |
| 15:42:28 | 14 | A.    Correct. |
| 15:42:28 | 15 | Q.    And when you spoke with them, you already knew that |
| 15:42:32 | 16 | they had spoken with Bianca? |
| 15:42:35 | 17 | A.    Correct. |
| 15:42:35 | 18 | Q.    And Bianca was your fiance at the time? |
| 15:42:38 | 19 | A.    Yes. |
| 15:42:38 | 20 | Q.    And you two already had a child together at the time, |
| 15:42:41 | 21 | correct? |
| 15:42:42 | 22 | A.    That's correct. |
| 15:42:45 | 23 | Q.    And let me ask, has your relationship with Bianca, has |
| 15:42:50 | 24 | it survived this case? |
| 15:42:51 | 25 | A.    Yes, it has. |

| | | |
|---|---|---|
| 15:42:52 | 1 | Q.     You're both still together? |
| 15:42:55 | 2 | A.     We're still together, and another one is on the way. |
| 15:42:58 | 3 | Q.     And you have another baby on the way? |
| 15:43:01 | 4 | A.     Correct. |
| 15:43:01 | 5 | Q.     Congratulations. |
| 15:43:04 | 6 | A.     Thank you. |
| 15:43:04 | 7 | Q.     So, that's two? |
| 15:43:07 | 8 | A.     Correct. |
| 15:43:07 | 9 | Q.     You're never going to sleep. |
| 15:43:10 | 10 |          When you got a call from Special Agent Hart |
| 15:43:13 | 11 | and Duncan, one of the first things you told them is that |
| 15:43:20 | 12 | Officer Fernandez was, quote -- |
| 15:43:22 | 13 |          **MS. RYKKEN:**  Objection.  Hearsay. |
| 15:43:24 | 14 |          **THE COURT:**  Let himself finish the question. |
| 15:43:26 | 15 |          **MR. RODRIGUEZ:**  I'm sorry, let me start over. |
| 15:43:29 | 16 | BY MR. RODRIGUEZ: |
| 15:43:29 | 17 | Q.    One of the first things you told them was that Carlos |
| 15:43:32 | 18 | Fernandez was, quote, "one of your good friends," closed |
| 15:43:36 | 19 | quote. |
| 15:43:36 | 20 |          **MS. RYKKEN:**  Objection.  Hearsay. |
| 15:43:38 | 21 |          **THE COURT:**  Overruled. |
| 15:43:41 | 22 |          **THE WITNESS:**  Correct, I did. |
| 15:43:41 | 23 | BY MR. RODRIGUEZ: |
| 15:43:42 | 24 | Q.    And that you and Carlos's brother went to high school |
| 15:43:47 | 25 | together. |

15:43:48  1    A.    No.  I knew him --

15:43:53  2                His brother is much older than I am.  So,

15:43:56  3    it's not his brother that went to high school with me.

15:43:59  4    Q.    Okay.  But there was some connection through high

15:44:01  5    school?

15:44:01  6    A.    Correct.

15:44:02  7    Q.    Now, there is a large age difference between you and

15:44:05  8    Carlos Fernandez, right?

15:44:07  9    A.    Yes.

15:44:07  10   Q.    You are literally of different generations.

15:44:11  11   A.    Correct.

15:44:11  12   Q.    You are how old again?

15:44:14  13   A.    I'm 26.

15:44:15  14   Q.    And you know my client to be in his 40s?

15:44:18  15   A.    Yes.

15:44:19  16   Q.    And so, obviously, you and Mr. -- Officer Fernandez

15:44:23  17   did not attend high school together?

15:44:25  18   A.    No, we did not.

15:44:28  19   Q.    There is about an 18-year difference between the two

15:44:31  20   of you, correct?

15:44:32  21   A.    Yes.

15:44:32  22   Q.    Now, how many times have you hung out with him as an

15:44:38  23   adult?

15:44:41  24   A.    A handful.

15:44:43  25   Q.    And you've been an adult for eight years, right?

```
15:44:46   1    A.      Yes.

15:44:46   2    Q.      So, in about eight years, you have seen him at social

15:44:52   3    events a handful of times?

15:44:54   4    A.      Correct, handful.

15:44:55   5    Q.      And these were group activities, correct?

15:44:58   6    A.      Correct.

15:44:58   7    Q.      It's not as if the two of you did something that's

15:45:01   8    just the two of you?

15:45:03   9    A.      Correct.

15:45:03   10   Q.      Now, you must have been very nervous when you got a

15:45:15   11   call from the ATF, right?

15:45:17   12   A.      To say the least, yeah.

15:45:18   13   Q.      And when the conversation begins, the -- one of the

15:45:24   14   agents tries to kind of calm you down and tells you, quote:

15:45:30   15   "I'm not trying to frequent you out," right?

15:45:33   16            MS. RYKKEN:   Objection.   Hearsay.

15:45:35   17            THE COURT:   Sustained.

15:45:35   18            THE WITNESS:   That's correct.

15:45:36   19            THE COURT:   Sustained.

15:45:38   20            MR. RODRIGUEZ:   Goes to state of mind.

15:45:40   21            THE COURT:   Sustained.

15:45:40   22   BY MR. RODRIGUEZ:

15:45:42   23   Q.      Now, when you, I would imagine that when you're

15:45:48   24   speaking to them, a lot of things are going through your

15:45:51   25   mind, right?
```

15:45:51  1   A.      Yes.

15:45:52  2   Q.      Now, you knew at this point, that is, when you're

15:45:57  3   having a conversation, that you -- that they already had

15:46:03  4   spoken with Bianca?

15:46:05  5   A.      Yes, I did.

15:46:06  6   Q.      And you and Bianca spoke about the fact that the ATF

15:46:11  7   called her?

15:46:12  8   A.      Correct.

15:46:12  9   Q.      And Bianca must have been really mad you at you,

15:46:17  10  wasn't she?

15:46:17  11  A.      She wasn't mad.  She was concerned.

15:46:19  12  Q.      She was concerned about you.

15:46:21  13  A.      About -- not me, the whole situation.

15:46:23  14  Q.      Well, people --

15:46:28  15          You were concerned that the ATF called you

15:46:30  16  because you thought you might get in trouble.

15:46:35  17  A.      Correct.

15:46:35  18  Q.      Bianca thought the same thing.

15:46:37  19  A.      Correct.

15:46:39  20          **MS. RYKKEN:**  Objection.  Calls for speculation.

15:46:40  21          **THE COURT:**  The respond stands.

15:46:40  22  BY MR. RODRIGUEZ:

15:46:42  23  Q.      Now, how long after the Bianca was called by ATF did

15:47:01  24  you get a call?

15:47:02  25  A.      I don't remember.

| | | |
|---|---|---|
| 15:47:04 | 1 | Q.    Was it within a couple of days? |
| 15:47:05 | 2 | A.    I would say. |
| 15:47:06 | 3 | Q.    Now, when the conversation with you and the agents |
| 15:47:10 | 4 | began, the agents warn you that lying to them is a violation |
| 15:47:15 | 5 | of federal law, correct? |
| 15:47:17 | 6 | A.    Correct. |
| 15:47:17 | 7 | Q.    They did that at the very beginning, right? |
| 15:47:20 | 8 | A.    Yes. |
| 15:47:20 | 9 | Q.    In fact, and they told you, they even cited the code |
| 15:47:24 | 10 | which is 18 USC 1001, that lying to a federal agent is a |
| 15:47:29 | 11 | crime, right? |
| 15:47:30 | 12 | A.    Correct. |
| 15:47:31 | 13 | Q.    And you knew that at the beginning of the conversation |
| 15:47:33 | 14 | with them, correct? |
| 15:47:34 | 15 | A.    Correct. |
| 15:47:34 | 16 | Q.    Now, you when they told you that, they didn't follow |
| 15:47:40 | 17 | up and tell you that you have no legal obligation to talk to |
| 15:47:44 | 18 | them, correct? |
| 15:47:45 | 19 | A.    Correct. |
| 15:47:45 | 20 | Q.    They didn't tell you that you could consult with an |
| 15:47:48 | 21 | attorney before talking to them, correct? |
| 15:47:50 | 22 | A.    Correct. |
| 15:47:50 | 23 | Q.    They didn't tell you that anything you said was -- |
| 15:47:55 | 24 | could be used against you, correct? |
| 15:47:57 | 25 | A.    Correct. |

221

15:47:57   1   Q.     And did they tell you the conversation was being

15:48:01   2   recorded?

15:48:02   3   A.     No.

15:48:03   4   Q.     At the beginning of that conversation -- and for the

15:48:11   5   record, is Bates stamp 032894 -- they asked you if Carlos

15:48:21   6   knew about your DUI.  Do you remember that?

15:48:24   7   A.     I do.

15:48:24   8   Q.     Now, let's talk about that DUI.  Did you --

15:48:28   9          At the time that is relevant, is when the

15:48:31   10  guns were purchased, did you -- had you been convicted of a

15:48:36   11  DUI?

15:48:37   12  A.     Yes.

15:48:37   13  Q.     You have.

15:48:38   14  A.     I have.

15:48:38   15  Q.     So, were you --

15:48:40   16          And this was a misdemeanor, correct?

15:48:42   17  A.     Correct.

15:48:42   18  Q.     And here in Los Angeles County?

15:48:45   19  A.     Correct.

15:48:45   20  Q.     Which courthouse?

15:48:46   21  A.     Hill Street.

15:48:50   22  Q.     On Metro, down the street?

15:48:53   23  A.     Correct.

15:48:53   24  Q.     You were not a felon at the time, correct?

15:49:01   25  A.     That is correct.

| | | |
|---|---|---|
| 15:49:02 | 1 | Q.    You didn't even go to jail for that DUI, did you? |
| 15:49:11 | 2 | A.    No.  I just -- it was an overnight thing.  In and out. |
| 15:49:16 | 3 | Q.    When you were arrested? |
| 15:49:17 | 4 | A.    Yes, when I was arrested. |
| 15:49:19 | 5 | Q.    When you were asked about whether you told Carlos |
| 15:49:50 | 6 | about the DUI, you responded to them:  "I didn't explain it |
| 15:49:54 | 7 | further, you know," right? |
| 15:49:54 | 8 | **MS. RYKKEN:**  Objection. |
| 15:49:55 | 9 | **THE COURT:**  Again, some of this is open because -- |
| 15:49:58 | 10 | it's cross-examination. |
| 15:49:58 | 11 | Overruled. |
| 15:50:02 | 12 | **MR. RODRIGUEZ:**  Thank you, Your Honor. |
| 15:50:03 | 13 | **THE WITNESS:**  Can you repeat that one more time? |
| 15:50:03 | 14 | BY MR. RODRIGUEZ: |
| 15:50:06 | 15 | Q.    Sure.  Do you remember telling the agents -- |
| 15:50:09 | 16 | Sorry.  Let me rephrase that. |
| 15:50:13 | 17 | After the first time that they asked you |
| 15:50:15 | 18 | about whether you had told Carlos about your DUI, did you -- |
| 15:50:19 | 19 | do you remember telling them quote:  "I didn't explain |
| 15:50:24 | 20 | further, you know"? |
| 15:50:26 | 21 | A.    I don't remember fully the conversation I had with |
| 15:50:28 | 22 | them, but I do remember telling them that, I didn't -- the |
| 15:50:31 | 23 | first time we met I didn't disclose I had a DUI. |
| 15:50:34 | 24 | Q.    And did you -- let me ask you, before testifying |
| 15:50:36 | 25 | today, did you have an opportunity to review the recorded |

15:50:39  1    conversation that you had with the agents?

15:50:40  2    A.      I did, at one point.

15:50:43  3    Q.      When?

15:50:44  4    A.      It was a long time ago, about -- right when they

15:50:49  5    started, when the evidence was given.

15:50:52  6    Q.      When you were first arrested on this matter or brought

15:50:57  7    to court?

15:50:57  8    A.      No, when I -- when I met with my attorney is when I

15:51:00  9    first heard the recordings.

15:51:01  10   Q.      Okay.  And your attorney is here with you in the

15:51:03  11   courtroom, correct?

15:51:04  12   A.      Correct.

15:51:04  13   Q.      He came with you today?

15:51:06  14   A.      He did.

15:51:07  15   Q.      So, when -- at some point, what, years ago or a year

15:51:12  16   and a half ago, you met with your attorney, and you went over

15:51:16  17   the recorded -- the recorded interview that you had with the

15:51:19  18   agents?

15:51:19  19   A.      Correct.

15:51:20  20   Q.      One second, please.

15:52:10  21              Mr. Pelayo, I'm going to ask you questions

15:52:13  22   about that interview or interrogations with the agents.  If

15:52:18  23   you don't remember what was said, just let me know, okay?

15:52:21  24   A.      Okay.

15:52:21  25   Q.      Now, the -- after you told them quote:  "I didn't

15:52:34  1    explain further," they kept asking you questions, correct?

15:52:38  2    A.    Yes.

15:52:41  3    Q.    Okay.  And after the first time that you told them

15:52:45  4    that Carlos -- that you didn't tell Carlos, they kept asking

15:52:51  5    you questions, correct?

15:52:52  6    A.    They did.

15:52:52  7    Q.    And they kept pushing on the issue as to whether or

15:52:56  8    not you told Carlos, right?

15:52:58  9    A.    I can't remember that part, but they keep asking me

15:53:01  10   questions.

15:53:01  11   Q.    Right.  And going back to --

15:53:05  12         Do you have a memory of that conversation you

15:53:07  13   had at this moment?

15:53:08  14   A.    Vaguely, but yes.

15:53:09  15   Q.    Okay.  It was a -- it must have been pretty nerve

15:53:14  16   wracking to have a couple of ATF agents on the phone with

15:53:18  17   you, asking you questions, right?

15:53:20  18   A.    Yes.

15:53:21  19   Q.    And especially when they keep asking the same

15:53:24  20   questions over and over again, right?

15:53:26  21   A.    Yes.

15:53:26  22   Q.    And it must have been pretty scary when they keep

15:53:30  23   telling you that lying to them is a crime, right?

15:53:34  24   A.    Yes.

15:53:34  25   Q.    And then at some point they keep going, and again they

15:53:40   1   ask you:  "So, did you tell him?"  Right?  Second or third

15:53:44   2   time?

15:53:44   3   A.   I can't remember how many times they asked.  I know

15:53:47   4   they asked.  I don't remember how many times.

15:53:48   5   Q.   Okay.  When they asked you -- on Bates page 32895:

15:53:58   6   "So did you tell him?"  You responded:  "No, I mean, I mean,

15:54:05   7   I didn't give him too many details, you know?  I just told

15:54:09   8   them that, okay, we're going to get them, and that's pretty

15:54:12   9   much it, you know."

15:54:14   10            **MS. RYKKEN:**  Objection.  Hearsay.

15:54:15   11            **THE COURT:**  Overruled.

15:54:15   12   BY MR. RODRIGUEZ:

15:54:17   13   Q.   Do you remember saying that?

15:54:19   14   A.   Yes.  I remember saying I didn't disclose it.

15:54:26   15   Q.   Well, my question is, do you remember -- what I just

15:54:30   16   read you, the quote, do you remember saying that?

15:54:32   17   A.   If you have it quoted from there, then, yes, I said

15:54:35   18   it.

15:54:36   19   Q.   And do you remember that after you said that, again,

15:54:44   20   one of the agents told you that it was a crime to lie to

15:54:48   21   them, right?

15:54:48   22   A.   Correct.

15:54:49   23   Q.   Okay.  And, again, there must have been a certain

15:54:57   24   level of anxiety with you, knowing that you already told the

15:55:00   25   ATF that you didn't tell Carlos twice, and they keep pushing

15:55:05  1    you, right?

15:55:06  2    A.      It was nerve wracking.

15:55:08  3    Q.      Right.  And you know at that moment, you know, that

15:55:12  4    Bianca, the mother of your child is concerned, right?

15:55:16  5    A.      Correct.

15:55:16  6    Q.      You're worried about yourself, right?

15:55:19  7    A.      Correct.

15:55:19  8    Q.      You're worried that, as a father, of what's going to

15:55:23  9    happen, right?

15:55:24 10    A.      Correct.

15:55:24 11    Q.      And on top of that, you got two ATF agents on the

15:55:30 12    phone keep accusing you of lying, right?

15:55:37 13    A.      Yes.

15:55:38 14    Q.      Because as you told them, that you didn't tell Carlos,

15:55:42 15    you kept -- they kept pushing you, right?

15:55:48 16    A.      Can you repeat that one more time?

15:55:50 17    Q.      Sure.  Because as you kept telling them that Carlos

15:55:54 18    didn't know, they kept pushing you and asking you the same

15:56:03 19    question.

15:56:06 20    A.      Yes.  They asked me the same question, but I don't

15:56:10 21    know if they kept pushing, like, a lot of times.

15:56:13 22    Q.      Okay, referring to Bates page 32896, do you remember

15:56:23 23    them asking you again, as referring to the DUI, quote:  Did

15:56:26 24    you ever tell -- tell Carlos about that?"  Closed quote.

15:56:30 25    A.      I remember them asking me, yes.

15:56:32  1   Q.     And that would have been -- that would be about the

15:56:34  2   fourth time they asked you, right?

15:56:40  3   A.     Like I mentioned earlier, I don't remember how many

15:56:43  4   times.  Right now you said four times.  I don't know a fact

15:56:47  5   if it's four times.

15:56:47  6   Q.     Okay.

15:56:48  7   A.     I just remember them asking me.

15:56:50  8   Q.     As I'm bringing up these examples, let's try to keep

15:56:53  9   them, let's try to number them.  That way we can have some

15:56:56  10  order, okay?

15:56:57  11  A.     Okay.

15:56:57  12  Q.     So, when we began --

15:56:59  13          **MS. RYKKEN:**  I'm sorry, the government requests

15:57:00  14  that you have a copy of this so that he could refresh his

15:57:05  15  recollection.

15:57:05  16          **MR. RODRIGUEZ:**  Oh, happy to.

15:57:07  17          **THE COURT:**  It hasn't been established that his

15:57:08  18  memory needs to be refreshed.  So ask the question, and if

15:57:11  19  his memory needs to be refreshed, you can use the document.

15:57:14  20          **MR. RODRIGUEZ:**  Yes, Your Honor, thank you.

15:57:19  21  BY MR. RODRIGUEZ:

15:57:19  22  Q.     Now, just for clarification let's go back, okay?

15:57:23  23  A.     Okay.

15:57:23  24  Q.     So we have the same number.

15:57:29  25          Now, at the very beginning they asked you if

15:57:31  1    Carlos knew about the DUI?

15:57:33  2    A.    Correct.

15:57:33  3    Q.    That's No. 1.

15:57:36  4    A.    Yes.

15:57:36  5    Q.    With me?  Okay.  And then they asked you again -- I'm

15:57:59  6    sorry, the second time -- strike that.

15:58:03  7                     After you tell them that you didn't tell

15:58:09  8    Carlos, they tell you:  "I don't want to freak you out."  Do

15:58:13  9    you remember that?

15:58:13  10   A.    I do remember hearing that.

15:58:15  11   Q.    Right.  And then after they tell you:  "Hey I don't

15:58:18  12   want to freak you out, they again ask you:  "So, did you tell

15:58:22  13   him?"

15:58:22  14   A.    I remember them asking me that.

15:58:26  15   Q.    Okay.  So that would be the second time, correct?

15:58:30  16   A.    Correct.

15:58:31  17   Q.    And when they asked you the second time, you respond

15:58:34  18   by saying, quote:  "No.  I mean -- I mean I didn't give him

15:58:39  19   too many details."  Closed quote.  Right?

15:58:43  20   A.    Correct.

15:58:43  21   Q.    Then after that, they again ask you, quote:  "Did you

15:59:04  22   ever tell Carlos about that?"  Right?

15:59:06  23   A.    Yes.

15:59:07  24   Q.    And that would be the third time.

15:59:09  25   A.    Yes.

15:59:09  1   Q.    And your response was, quote:  "I mean, I try to keep

15:59:15  2   to myself, so kind of -- no, no one knows, just my wife and

15:59:20  3   my family.  So, you know, yeah, I did it."  Closed quote.

15:59:28  4                Do you remember saying that?

15:59:28  5   A.    Yes.

15:59:28  6   Q.    So, this is the -- the third time that you denied

15:59:31  7   telling Carlos about the DUI, correct?

15:59:34  8   A.    Correct.

15:59:34  9   Q.    But after that, they tell you and remind you again

15:59:41  10   that lying to the ATF is a crime, correct?

15:59:46  11   A.    They do.

15:59:47  12   Q.    All right.  Now, he didn't call you a liar at that

15:59:50  13   point, right?

15:59:52  14   A.    No.

15:59:53  15   Q.    No. He just reminded you that lying to them is a

16:00:00  16   crime, right?

16:00:02  17   A.    Right.

16:00:02  18   Q.    You agreed you knew what he meant, right?

16:00:05  19   A.    I did.

16:00:06  20   Q.    All right.  Basically, he was calling you a liar in a

16:00:09  21   polite way, right?

16:00:10  22   A.    Okay.  Yeah.

16:00:12  23                **THE COURT:**  Is that a "yes."

16:00:13  24                **THE WITNESS:**  Yes.

16:00:13  25   BY MR. RODRIGUEZ:

16:00:14  1    Q.     Now, at this point, you must have been really freaking

16:00:18  2    out, right?

16:00:19  3    A.     Yes.

16:00:19  4    Q.     Okay.  You had told the ATF three times that you never

16:00:26  5    toll Carlos about the DUI, and they keep saying:  It's a

16:00:33  6    lie -- it's a crime to lie to us, right?

16:00:36  7    A.     Yes.

16:00:36  8    Q.     And you are thinking about how this affects you,

16:00:45  9    right?

16:00:47  10   A.     This case, yes.

16:00:48  11   Q.     No, at that moment, you're thinking about how this

16:00:53  12   conversation is affecting you, right?

16:00:55  13   A.     Right.

16:00:55  14   Q.     The impact that it can have in your future.

16:00:58  15   A.     Correct.

16:00:58  16   Q.     The impact it can have in your daughter's future.

16:01:01  17   A.     Correct.

16:01:02  18   Q.     The impact it can have on your fiance's future.

16:01:05  19   A.     Correct.

16:01:06  20   Q.     Okay.  At that moment, you're worried about whether or

16:01:13  21   not the life you had built for yourself was going to be able

16:01:21  22   to be maintained, right?

16:01:24  23   A.     Right.

16:01:24  24   Q.     So, as this is happening inside your head, I would

16:01:31  25   imagine that there's a kind, you know that pit in your

16:01:34   1   stomach kind of feeling?

16:01:35   2   A.     Helpless?

16:01:37   3   Q.     Yeah.  You had that going on, right?

16:01:39   4   A.     Yeah.

16:01:40   5   Q.     Right?  And all of that is happening at once, right?

16:01:43   6   Like the second all of it happening, again they ask you:

16:01:48   7   What did you tell Carlos?  Did Carlos know, right?

16:01:55   8   A.     I remember them asking me.  But you mentioned this

16:02:00   9   already five times.  I don't know if they asked me five

16:02:03   10  times.

16:02:03   11  Q.     Okay, this is No. 4.  My apologies.

16:02:07   12  A.     Four?  Okay.

16:02:08   13  Q.     Yeah.  So, as this is happening again, if Carlos knew.

16:02:18   14  Right?

16:02:18   15  A.     Yes.

16:02:19   16  Q.     And now -- this is Bates 32897 -- you begin to change

16:02:23   17  your answer, and you tell them, quote:  "There was some

16:02:26   18  information disclosed, a little bit, but not too much in

16:02:29   19  detail."  Right?

16:02:31   20  A.     Correct.

16:02:32   21  Q.     And then as you say that, they tell you, quote:

16:02:41   22  "Appreciate you being honest with us."  Right?

16:02:44   23  A.     Uh-huh, correct.

16:02:44   24  Q.     So, at that time, the conversation completely changes,

16:02:48   25  right?

16:02:51  1    A.    Yeah.

16:02:52  2    Q.    Because they're no longer accusing you of committing a

16:02:55  3    crime and lying to them.  They're rewarding you by telling

16:02:59  4    you that they appreciate you.  Right?

16:03:02  5    A.    I don't know if they were rewarding me, but they just

16:03:08  6    said thank you.

16:03:09  7    Q.    Right.  And so you must have had, at that moment, you

16:03:14  8    must have realized that, hey, if I tell them things about

16:03:18  9    Carlos, they are going -- they're going to stop accusing me

16:03:24  10   of lying.  Right?

16:03:28  11   A.    That didn't go through my head, my thought process.

16:03:32  12   At that time it was different.

16:03:33  13   Q.    Well --

16:03:35  14   A.    My thought process was getting off the phone.

16:03:38  15   Q.    Getting off the phone.

16:03:39  16   A.    Because I was nervous.

16:03:41  17   Q.    And making them happy.

16:03:43  18   A.    It was just getting off the phone.

16:03:46  19   Q.    And you wanted the ATF to get off your back, right?

16:03:55  20   A.    Yes, of course.

16:03:56  21   Q.    Yeah.  And that -- and you realized at that moment

16:04:01  22   that if you told them that Carlos knew about your DUI, they

16:04:07  23   would thank you, right?

16:04:08  24   A.    I didn't know that for a fact.

16:04:11  25   Q.    Well, they just had told you that, right?

16:04:13  1    A.      After I told to him.

16:04:15  2    Q.      Right, after you told them that Carlos knew something,

16:04:18  3    they thanked you and appreciated you, right?

16:04:22  4    A.      Yes.

16:04:22  5    Q.      And after that, after they appreciate -- they told you

16:04:31  6    that they appreciated you, they told you, quote:  "I don't

16:04:37  7    want you to get too worked up or spun up or anything like

16:04:42  8    that."  Right?

16:04:42  9    A.      Yes.

16:04:42  10   Q.      So, they basically told you -- I'm sure you took it

16:04:44  11   as:  Everything is going to be okay.

16:04:47  12   A.      Yes.

16:04:47  13   Q.      And you believed them, right?

16:04:49  14   A.      I did.

16:04:50  15   Q.      You thought you were out of the woods, right?

16:04:55  16   A.      I didn't know that for a fact.

16:04:56  17   Q.      But that's what you hoped?

16:04:58  18   A.      I hoped.

16:04:59  19   Q.      You certainly never been taught that when they told

16:05:03  20   you -- that -- when they told you "I don't want you to get

16:05:06  21   too worked up or spun up," you never taught that you would

16:05:10  22   end up here, right?

16:05:11  23   A.      No, I didn't.

16:05:11  24   Q.      They made you feel safe, right?

16:05:15  25   A.      To a certain extent, yes.

| 16:05:17 | 1 | Q.    They made you feel that you were on the same side, |
| 16:05:20 | 2 | right? |
| 16:05:22 | 3 | A.    No, they didn't. |
| 16:05:22 | 4 | Q.    Not even after you started talking about Carlos? |
| 16:05:26 | 5 | A.    No. |
| 16:05:27 | 6 | Q.    Okay.  When you look around where you are right now, |
| 16:05:33 | 7 | and you think about the fact that one of the agents told you: |
| 16:05:40 | 8 | "I don't want you to get too worked up or spun up or anything |
| 16:05:44 | 9 | like that," do you think he was telling you the truth or |
| 16:05:47 | 10 | setting you up? |
| 16:05:50 | 11 | A.    I think -- |
| 16:05:58 | 12 |        He just said he didn't want me to get worked |
| 16:06:00 | 13 | up.  That -- that was it. |
| 16:06:03 | 14 | Q.    Now, about four months later, you found out -- four |
| 16:06:12 | 15 | months later after this call -- |
| 16:06:14 | 16 | A.    Correct. |
| 16:06:14 | 17 | Q.    You found out that United States of America was |
| 16:06:19 | 18 | charging you with a crime, correct? |
| 16:06:21 | 19 | A.    I did. |
| 16:06:21 | 20 | Q.    And not just a crime but a felony? |
| 16:06:24 | 21 | A.    Correct. |
| 16:06:24 | 22 | Q.    You found out that Bianca was also charged with a |
| 16:06:29 | 23 | felony. |
| 16:06:29 | 24 | A.    I did. |
| 16:06:30 | 25 | Q.    And you found out that both of you were looking at |

| | | |
|---|---|---|
| 16:06:33 | 1 | five years in federal prison if convicted, right? |
| 16:06:36 | 2 | A.    I did. |
| 16:06:37 | 3 | Q.    Now, that must have been crushing. |
| 16:06:39 | 4 | A.    To say the least, yes. |
| 16:06:40 | 5 | Q.    Stressful? |
| 16:06:42 | 6 | A.    Yes. |
| 16:06:43 | 7 | Q.    There were tears? |
| 16:06:45 | 8 | A.    It was anxiety through the roof but no tears. |
| 16:06:50 | 9 | Q.    Bianca didn't cry?  Not to be sexist. |
| 16:06:55 | 10 | A.    There was tears of -- |
| 16:06:57 | 11 | Q.    What are we going to do? |
| 16:06:59 | 12 | A.    Yeah, what are we going to do. |
| 16:07:01 | 13 | Q.    Do we need a lawyer?  How can we afford this? |
| 16:07:05 | 14 | A.    Yeah. |
| 16:07:06 | 15 | Q.    How do we fight charges brought on by the federal |
| 16:07:13 | 16 | government, right? |
| 16:07:13 | 17 | A.    Correct. |
| 16:07:13 | 18 | Q.    It's like -- it's like looking at a giant coming at |
| 16:07:17 | 19 | you, right? |
| 16:07:19 | 20 | A.    Yeah. |
| 16:07:24 | 21 | Q.    And you felt responsible because Bianca was charged |
| 16:07:30 | 22 | with this crime as well, right? |
| 16:07:32 | 23 | A.    Correct. |
| 16:07:33 | 24 | Q.    She must have been pretty upset with you. |
| 16:07:37 | 25 | A.    She was upset at the situation, but she wasn't upset |

```
16:07:42   1    with me because it was a mutual agreement.
16:07:44   2    Q.     She never got mad at you?
16:07:46   3    A.     To today she hasn't gotten mad at me.
16:07:52   4    Q.     Now, you have --
16:08:00   5              Obviously, you are presented by counsel,
16:08:02   6    right?  You have an attorney.
16:08:03   7    A.     I do.
16:08:04   8    Q.     And after you got the case, or you had an opportunity
16:08:06   9    to meet with your attorney, you spoke about the case,
16:08:09   10   correct?
16:08:09   11   A.     Correct.
16:08:10   12   Q.     And at some point, your attorney told you:  "Hey,
16:08:13   13   listen, they don't care about you.  They just want to get the
16:08:19   14   cops in this case?
16:08:20   15          MS. RYKKEN:  Objection.  Calls for privileged
16:08:22   16   information.
16:08:23   17          THE COURT:  And a privilege that you're not able
16:08:25   18   to assert.  So, it's overruled.
16:08:25   19   BY MR. RODRIGUEZ:
16:08:29   20   Q.     That means you can answer the question.
16:08:31   21   A.     Okay, can you repeat the question?
16:08:33   22   Q.     At -- at some point after the process began, the legal
16:08:37   23   process began, you met with your counsel, correct?  Your
16:08:40   24   attorney.
16:08:47   25          MR. CHAMBERS:  Your Honor, Mark Chambers on behalf
```

16:08:48  1   of Mr. Pelayo.  I object to the line of questioning regarding

16:08:51  2   my personal conversation between my client and myself.

16:08:57  3          **THE COURT:**  Let me see counsel at sidebar.

16:08:59  4          MR. CHAMBERS:  Yes, Your Honor.

16:09:27  5          (Sidebar conference.)

16:09:27  6          **THE COURT:**  We have all counsel here.

16:09:28  7          It appears to the Court that you were not

16:09:30  8   going to assert that privilege until you were prompted by

16:09:34  9   counsel from the government when she turned and looked at

16:09:37  10  you.

16:09:38  11         **MR. CHAMBERS:**  I was under the impression that my

16:09:40  12  client would speak up, Your Honor.  When he didn't, I felt it

16:09:45  13  appropriate to speak up for him.

16:09:45  14         **THE COURT:**  I saw counsel for the government

16:09:47  15  prompt you.  She turned directly at you and she looked at

16:09:52  16  you, and that's when you stood up.

16:09:54  17         **MR. CHAMBERS:**  That's correct, Your Honor.

16:09:56  18         **THE COURT:**  Were you encouraged by her conduct?

16:09:58  19         **MR. CHAMBERS:**  I was -- I was on my way to cut

16:10:03  20  into this conversation.

16:10:04  21         **THE COURT:**  Counsel, I was watching you.  You were

16:10:06  22  sitting.  You were not moving until the lawyer for the

16:10:08  23  government looked directly at your eyes.

16:10:14  24         **MR. CHAMBERS:**  That did happen, Your Honor.

16:10:17  25         **THE COURT:**  Do you wish to be heard?

16:10:17  1            **MS. RYKKEN:**  No, I'll just state for the record, I

16:10:19  2   would just like to apologize, Your Honor.  I was trying to

16:10:21  3   make sure that he was in the room.  I apologize.

16:10:22  4            **THE COURT:**  You looked directly at him.

16:10:24  5            **MS. RYKKEN:**  I did.  I apologize, Your Honor.

16:10:27  6            **THE COURT:**  Almost encouraging him to assert an

16:10:29  7   objection that you could not assert.

16:10:31  8            **MS. RYKKEN:**  You're right, Your Honor, and I

16:10:33  9   apologize.  When I stood up, I forgot that I could not assert

16:10:39  10  the privilege.  I won't do that again.  I'm sorry.

16:10:39  11           **THE COURT:**  We're going to end it for today.

16:10:42  12           **MS. RYKKEN:**  Okay.

16:10:48  13           (In open court.)

16:10:49  14           **THE COURT:**  So, we're going to end it for today.

16:10:51  15  We're going to start again on Monday.

16:10:53  16           Remember, tomorrow, Friday, we're not going

16:10:57  17  to be in session here, so please make sure that you do not

16:10:59  18  come to court tomorrow.

16:11:01  19           On Monday I have another calendar to handle

16:11:04  20  in the morning, so separate and apart from this case.  There

16:11:07  21  are many other cases.  So, on Monday you're going to return

16:11:10  22  here at 10:30, 10:30.  Arrive a little bit early so we can

16:11:14  23  start at 10:30.

16:11:18  24           During your absence, do not discuss this case

16:11:23  25  amongst yourselves or with any other person.

UNITED STATES DISTRICT COURT

16:11:27  1              (Following proceedings held outside the presence

16:11:49  2       of the jury.)

16:11:49  3              **THE COURT:**  Okay, please have a seat.

16:11:50  4                   Mr. Rodriguez, is there anything further?

16:11:53  5       We're going to resume on Monday.  Do you wish to be heard

16:11:56  6       further?

16:11:57  7              **MR. RODRIGUEZ:**  No, Your Honor, thank you.

16:11:58  8              **THE COURT:**  Thank you.

16:12:02  9              (Court adjourned.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2    I hereby certify that the foregoing is a true and correct

3    transcript of the stenographically recorded proceedings in

4    the above matter.

5    Fees charged for this transcript, less any circuit fee

6    reduction and/or deposit, are in conformance with the

7    regulations of the judicial conference of the united states.

8

9

10   /S/Anne Kielwasser

     _____          _11/28/2019_
11   Anne Kielwasser, CSR, RPR         Date
     Official Court Reporter
12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$1000** [1] - 198:15
**$14,000** [3] - 93:19, 164:1, 164:22
**$2000** [1] - 169:15
**$2500** [1] - 205:11
**$39,000** [2] - 171:3, 172:2
**$39,975** [2] - 166:3, 171:17
**$4,950** [1] - 90:13
**$40,000** [3] - 172:3, 172:7, 173:21
**$41,000** [2] - 171:4, 172:11
**$8500** [1] - 165:7

## '

**'yes'** [1] - 48:17

## /

**/S/Anne** [1] - 240:10

## 0

**01466** [3] - 202:19, 207:4, 207:24
**0159EZS** [1] - 49:20
**02575ELR** [1] - 49:16
**0283** [2] - 165:13, 173:10
**0299** [1] - 60:17
**02991** [1] - 60:16
**032894** [1] - 221:5

## 1

**1** [42] - 14:20, 16:21, 17:17, 19:3, 20:9, 20:13, 21:10, 23:13, 25:21, 29:2, 30:19, 33:16, 34:8, 35:10, 38:17, 40:1, 41:10, 53:8, 55:5, 56:14, 56:20, 58:19, 58:23, 59:6, 59:16, 66:2, 70:2, 71:11, 73:22, 75:16, 82:20, 95:24, 98:6, 121:16, 121:17, 197:20, 200:10, 203:3, 206:9, 209:18, 228:3
**1,000** [1] - 34:16
**10** [22] - 5:7, 12:12,

12:15, 12:16, 26:15, 36:24, 50:8, 53:4, 58:14, 66:5, 72:9, 73:17, 84:20, 141:22, 142:22, 142:24, 199:17, 203:25, 204:1, 204:15, 208:1
**10,500** [2] - 37:25, 38:13
**100** [1] - 80:22, 159:20
**1001** [1] - 220:10
**101** [1] - 56:8
**102** [3] - 85:18, 86:4, 101:7
**102A** [8] - 84:8, 84:21, 85:8, 86:6, 86:19, 101:7, 124:14, 143:20
**102and** [1] - 4:13
**102B** [8] - 4:13, 84:8, 84:21, 85:8, 85:18, 86:4, 87:1, 101:7
**103** [1] - 192:4
**105** [3] - 4:4, 200:10, 204:16
**105-3** [4] - 204:2, 204:25, 206:21, 206:25
**106** [8] - 87:15, 101:12, 102:8, 104:22, 143:24, 181:9, 182:9, 203:3
**107** [2] - 209:18, 210:8
**108** [1] - 210:23
**108-A** [1] - 211:10
**109** [1] - 208:12
**109-6** [1] - 209:3
**10:30** [3] - 238:22, 238:23
**10th** [1] - 95:1
**11** [7] - 54:13, 54:24, 55:23, 66:5, 72:20, 98:10, 192:12
**11-7-2015** [1] - 52:25
**11.I** [1] - 48:15
**11/28/2019** [1] - 240:10
**110** [2] - 212:25, 213:2
**113** [2] - 57:14, 58:19
**115** [3] - 58:3, 58:24, 58:25
**11A** [8] - 47:15, 47:16, 48:8, 51:15, 57:22, 72:23, 200:25
**11B** [1] - 48:12
**11K** [1] - 48:12
**11L** [1] - 48:15
**11th** [1] - 198:14
**12** [9] - 21:9, 46:10,

46:11, 48:17, 53:13, 71:11, 73:22, 75:16, 79:5
**12-1** [1] - 74:16
**12-minute** [1] - 116:19
**1200** [1] - 2:6
**1230** [1] - 2:18
**12:30** [2] - 99:9, 99:10
**13** [2] - 76:18, 79:10
**130** [1] - 24:16
**14** [13] - 1:18, 4:3, 4:4, 5:1, 59:4, 69:23, 69:25, 71:3, 71:6, 78:5, 80:10, 80:11, 162:22
**14,000** [3] - 92:25, 93:2, 93:17
**1400** [1] - 33:5
**144** [1] - 10:16
**147** [1] - 10:16
**149** [1] - 4:5
**14th** [3] - 58:16, 70:20, 70:23
**15** [1] - 199:17
**150** [1] - 159:20
**155** [1] - 10:16
**159** [1] - 10:16
**15th** [1] - 205:22
**16** [14] - 51:24, 51:25, 56:24, 58:19, 58:23, 62:13, 68:16, 70:2, 71:9, 71:17, 78:17, 92:17, 92:18, 120:19
**16-1** [1] - 59:14
**164** [1] - 10:16
**17** [5] - 11:20, 80:6, 84:2, 84:9, 215:11
**176** [1] - 4:5
**18** [4] - 52:5, 79:15, 81:1, 220:10
**18-121SJO** [1] - 1:10
**18-year** [1] - 217:19
**1800** [1] - 33:3
**181** [1] - 121:14
**183** [1] - 4:6
**185** [3] - 8:2, 9:10, 121:10
**187** [2] - 4:6, 4:7
**18974401** [1] - 206:18
**19** [3] - 72:14, 79:15, 81:10
**190** [1] - 128:5
**1900** [1] - 38:12
**1911** [14] - 26:21, 37:19, 61:1, 79:13, 156:19, 157:1, 193:25, 195:24, 195:25, 202:15, 205:7, 205:9, 208:16, 211:20

**1911s** [1] - 35:1
**1968** [1] - 19:22
**1969** [2] - 35:14, 35:15
**197** [1] - 10:17
**197A** [1] - 10:18
**1ST** [1] - 1:24
**1T** [1] - 60:17

## 2

**2** [36] - 15:19, 17:13, 18:13, 20:5, 23:11, 25:17, 27:13, 30:6, 33:14, 34:1, 34:22, 41:19, 44:16, 46:24, 53:8, 56:14, 56:20, 58:3, 66:2, 73:2, 75:17, 77:7, 79:10, 92:10, 94:13, 95:13, 98:12, 197:25, 201:13, 203:25, 204:1, 204:22, 210:8, 211:19
**20** [2] - 64:5, 76:6
**200** [2] - 20:14, 20:16
**2000** [7] - 17:4, 17:9, 20:20, 36:25, 37:11, 37:25, 38:12
**2005** [1] - 149:20
**2010** [3] - 106:2, 151:5, 189:3
**2014** [1] - 129:8
**2015** [10] - 49:5, 50:8, 51:21, 68:14, 68:22, 81:25, 82:2, 97:12, 98:10
**2016** [30] - 26:1, 58:13, 58:16, 59:4, 69:23, 69:25, 70:20, 71:3, 71:6, 73:13, 73:20, 74:4, 74:12, 76:6, 76:11, 76:14, 92:17, 92:18, 95:1, 95:9, 95:19, 191:19, 192:12, 192:19, 193:12, 198:3, 203:14, 208:1, 210:21
**2017** [17] - 68:14, 68:22, 85:4, 98:21, 107:4, 108:19, 112:25, 113:14, 118:17, 126:7, 129:8, 141:7, 141:9, 148:25, 153:18, 160:2, 215:11
**2019** [4] - 1:18, 5:1, 15:16, 162:22
**201A** [1] - 10:18

**1911s** section continues:
**20th** [3] - 51:21, 73:13, 74:4
**21** [2] - 73:1, 73:23
**212** [2] - 46:5, 46:25
**213** [2] - 1:25, 4:7
**213-894-0141** [1] - 2:7
**213-894-3659** [1] - 2:7
**213-995-6767** [1] - 2:25
**21515** [1] - 2:14
**22** [2] - 74:17, 82:2
**2200** [5] - 23:4, 37:10, 37:25, 38:12, 39:1
**23** [2] - 51:1, 95:19
**2300** [4] - 21:17, 35:23, 36:25, 38:12
**24** [7] - 51:19, 79:11, 79:15, 113:14, 203:14, 204:3, 204:14
**2400** [2] - 23:4, 35:23
**244** [1] - 79:24
**24th** [1] - 204:10
**25** [6] - 4:10, 52:21, 79:18, 157:23, 157:25, 213:8
**2500** [1] - 204:20
**25th** [3] - 85:4, 141:9, 148:25
**26** [3] - 95:9, 188:1, 217:13
**27** [11] - 46:4, 46:11, 46:15, 46:16, 47:12, 51:23, 72:14, 72:15, 73:22, 74:17, 127:14
**27-8** [1] - 49:9
**2700** [1] - 35:14
**27th** [1] - 108:19
**28** [2] - 81:24, 148:25
**287** [1] - 51:2
**29** [4] - 15:16, 40:1, 75:17, 186:13
**2K** [1] - 21:18

## 3

**3** [22] - 15:5, 15:17, 17:8, 23:9, 25:13, 25:15, 30:6, 33:12, 42:9, 44:21, 53:8, 55:9, 56:14, 66:2, 70:3, 79:18, 95:5, 98:15, 188:16, 202:11, 210:21
**30** [15] - 49:21, 51:1, 57:14, 58:19, 58:24, 77:5, 77:14, 80:13, 91:16, 118:24, 118:25, 119:3,

120:19, 156:14, 156:17
**30-116** [1] - 59:14
**300** [1] - 2:18
**3000** [1] - 16:7
**3006** [1] - 193:5
**30th** [1] - 49:5
**31** [11] - 4:11, 44:4, 49:23, 59:25, 70:3, 73:20, 74:12, 94:13, 95:5, 95:13, 208:2
**310-217-9615** [1] - 28:6
**310-316-6442** [1] - 2:16
**310-316-9333** [1] - 2:15
**310-946-7538** [1] - 27:3
**310-946-7539** [2] - 30:17, 31:15
**312** [1] - 2:6
**32** [1] - 128:5
**3200** [2] - 16:8, 17:4
**32895** [1] - 225:5
**32896** [1] - 226:22
**32897** [1] - 231:16
**33** [5] - 49:23, 50:6, 54:25, 82:7, 89:20
**3300** [2] - 23:5, 38:12
**34** [19] - 4:14, 88:2, 88:7, 88:8, 89:2, 89:16, 89:19, 95:24, 161:16, 161:18, 166:18, 169:13, 169:23, 171:9, 171:16, 173:3, 180:15, 182:13
**34-1** [4] - 90:16, 91:19, 92:15, 93:14
**341AC** [1] - 94:11
**35** [6] - 35:4, 87:15, 90:3, 90:17, 157:23, 157:25
**350** [1] - 1:24
**35s** [1] - 79:16
**36** [2] - 4:12, 79:18
**37** [2] - 79:21, 206:9
**37-1** [2] - 206:22, 206:25
**37-5** [1] - 207:15
**37-7** [1] - 207:21
**38** [35] - 15:22, 16:9, 19:18, 21:16, 31:5, 35:4, 35:15, 35:18, 37:19, 38:20, 38:23, 55:7, 56:19, 59:19, 60:9, 64:23, 65:6, 68:16, 68:20, 68:24, 68:25, 75:1, 75:5,

79:7, 79:12, 92:3, 112:16, 115:9, 115:16, 116:3, 143:22, 155:22, 163:17, 165:6, 177:9
**380** [4] - 23:18, 33:2, 33:4, 196:15
**3800** [2] - 38:12, 182:4
**38s** [6] - 56:22, 60:25, 79:16, 156:19, 156:20, 157:1
**38SS05782** [3] - 59:17, 59:22, 70:13
**39** [1] - 87:15
**3K** [1] - 35:15
**3rd** [1] - 58:13

## 4

**4** [18] - 17:1, 23:6, 25:7, 25:10, 33:6, 42:23, 45:1, 53:8, 56:14, 66:5, 76:14, 79:21, 97:12, 98:17, 198:3, 208:12, 231:11
**40** [2] - 172:2
**403** [2] - 139:20, 141:15
**40s** [1] - 217:14
**41** [1] - 181:3
**41,954** [1] - 98:19
**42** [2] - 112:14, 191:4
**4200** [1] - 39:2
**424-332-9079** [1] - 2:19
**425PN01466** [1] - 206:20
**43** [1] - 79:21
**44** [2] - 14:6, 80:2
**4455** [1] - 1:24
**4470** [1] - 52:18
**4473** [41] - 39:18, 45:20, 45:24, 46:1, 47:6, 47:12, 48:1, 48:7, 50:23, 54:3, 54:22, 56:10, 57:19, 59:20, 69:7, 69:24, 71:15, 72:4, 72:5, 72:16, 72:18, 73:2, 73:21, 74:5, 74:14, 74:21, 75:2, 75:9, 109:22, 110:8, 119:9, 120:20, 126:10, 127:15, 128:18, 131:7, 177:19, 177:21, 177:25, 200:13, 204:11

**4473s** [3] - 76:23, 81:21, 110:5
**45** [12] - 18:5, 19:18, 35:12, 35:19, 38:20, 38:23, 39:1, 78:13, 79:24, 80:2, 180:23, 193:25
**4500** [2] - 90:15, 91:11
**45B** [1] - 14:6
**45MKIV** [2] - 18:3, 35:13
**460** [1] - 2:24
**47B** [1] - 14:6
**4800** [1] - 32:14
**481862** [3] - 202:15, 204:24, 205:2
**48B** [1] - 14:6
**4950** [1] - 91:7
**49B** [1] - 14:6
**4th** [1] - 76:11

## 5

**5** [12] - 22:20, 23:23, 43:19, 45:8, 69:23, 135:18, 135:21, 135:22, 135:24, 191:4, 199:13
**5-14-2016** [1] - 69:17
**5-27-2016** [1] - 207:12
**5-3-2016** [2] - 59:10, 69:19
**50** [2] - 159:20, 162:21
**50A** [2] - 157:13, 157:14
**50B** [1] - 14:6
**51B** [1] - 14:6
**52** [1] - 101:14
**525** [1] - 206:24
**52B** [1] - 14:6
**53** [3] - 87:22, 181:9, 181:13
**53-1** [1] - 91:20
**53-A** [1] - 92:15
**53A** [2] - 91:19, 92:14
**53B** [1] - 93:23
**54** [1] - 181:13
**55** [1] - 181:15
**56** [1] - 181:18
**57** [5] - 32:10, 53:13, 142:10, 142:19, 182:1
**58** [3] - 125:8, 132:25, 182:5
**59** [3] - 87:22, 181:9, 182:7

## 6

**6** [7] - 23:1, 26:1, 47:5, 98:21, 119:2, 119:9, 209:2
**6,000** [1] - 23:23
**60** [4] - 60:9, 77:5, 77:16, 80:15
**61** [1] - 56:7
**617** [1] - 28:24
**626** [1] - 2:24
**63** [2] - 14:6, 14:20
**64** [1] - 16:25
**65** [1] - 18:12
**6500** [2] - 32:14, 181:16
**66** [1] - 19:14
**67** [1] - 21:2
**68** [1] - 21:21
**69** [1] - 20:4
**690** [1] - 129:17

## 7

**7** [4] - 48:1, 66:5, 79:5, 97:12
**70** [2] - 18:4, 22:11
**71** [2] - 21:12, 77:23
**72** [1] - 22:20
**73** [2] - 14:7, 23:16
**730** [1] - 2:14
**75** [1] - 68:5
**7500** [1] - 182:8
**76** [4] - 4:10, 24:18, 25:1, 25:4
**762** [1] - 55:10
**77** [3] - 27:13, 57:15, 58:21
**770** [1] - 193:4
**78** [1] - 30:6
**79** [1] - 31:1

## 8

**8** [3] - 49:9, 161:19, 198:3
**8,500** [2] - 165:3, 165:4
**80** [2] - 21:16, 35:13
**80A** [5] - 4:11, 31:18, 31:19, 31:24, 32:7
**80B** [5] - 4:11, 31:18, 31:19, 31:24, 32:1
**81** [1] - 32:18
**82** [1] - 33:6
**83** [1] - 34:1
**84** [1] - 34:22

**85** [1] - 181:23
**8500** [3] - 181:16, 182:1, 182:6
**8536** [1] - 165:14
**855A** [1] - 36:4
**85A** [3] - 4:12, 36:9, 36:16
**85B** [4] - 4:12, 36:4, 36:9, 36:11
**86** [4] - 4:10, 4:13, 24:18, 25:1
**87** [1] - 38:4
**87(b** [3] - 4:10, 24:19, 25:1
**870** [2] - 54:15, 80:3
**87A** [4] - 4:10, 24:19, 25:1, 37:6
**87B** [1] - 37:3
**88** [1] - 37:16
**88@gmail.com** [1] - 38:6
**89** [1] - 4:14
**894-2969** [1] - 1:25
**89A** [4] - 4:10, 24:19, 25:1, 38:4
**89B** [4] - 4:10, 24:19, 25:1, 38:1
**8:30** [1] - 5:1

## 9

**9** [4] - 27:10, 30:12, 90:3, 90:17
**90** [4] - 4:11, 24:19, 25:2, 38:17
**90012** [2] - 1:24, 2:6
**90017** [1] - 2:24
**90266** [1] - 2:19
**90503** [1] - 2:15
**91** [1] - 97:1
**91011** [1] - 209:12
**92** [1] - 97:14
**922(a)(1** [1] - 52:5
**94** [1] - 197:20
**95** [1] - 181:24
**9500** [2] - 182:1, 182:6
**9905** [2] - 165:14, 173:14

## A

**A.M** [1] - 5:1
**abbreviate** [1] - 106:1
**abbreviated** [1] - 106:9
**abetting** [1] - 201:22
**abiding** [1] - 144:10
**ability** [5] - 114:7,

144:2, 148:11,
164:14, 172:24
**able** [11] - 11:4, 12:13,
93:5, 93:22, 104:7,
145:16, 155:13,
167:5, 173:3,
230:21, 236:17
**absence** [7] - 64:6,
72:2, 72:8, 99:9,
141:23, 213:9,
238:24
**academy** [5] - 151:8,
151:10, 152:1,
152:4, 153:9
**accelerate** [1] - 9:12
**accept** [1] - 156:1
**access** [2] - 30:15,
167:22
**accident** [2] - 169:25,
175:23
**accidentally** [1] -
62:10
**accomplice** [2] -
187:6, 187:7
**according** [4] - 94:5,
94:8, 95:10, 98:18
**account** [51] - 24:5,
32:2, 32:19, 37:4,
38:2, 39:5, 39:8,
97:7, 97:10, 97:17,
97:19, 97:20, 98:5,
111:15, 111:16,
111:18, 111:21,
112:7, 154:18,
154:21, 155:17,
155:22, 155:25,
162:20, 166:9,
167:5, 167:9,
167:20, 168:7,
168:10, 168:17,
168:20, 169:11,
169:25, 171:4,
171:14, 173:22,
177:5, 177:7, 185:4,
185:11, 188:5,
190:7, 190:8,
197:23, 198:6,
209:14, 209:19,
209:23, 211:2
**accounts** [4] - 87:20,
155:23, 156:15,
168:16
**accuracy** [1] - 65:6
**accurate** [5] - 85:14,
125:17, 129:20,
164:20, 169:1
**accusing** [3] - 226:12,
232:2, 232:9
**acknowledged** [1] -
8:7

**acknowledgement** [1]
- 8:8
**acquiring** [2] - 47:19,
201:6
**Act** [1] - 56:7
**act** [7] - 46:11, 46:23,
53:24, 53:25, 57:15,
58:21, 71:19
**acted** [5] - 101:3,
102:21, 123:13,
144:22, 145:6
**acting** [2] - 115:9,
144:8
**activities** [1] - 218:5
**activity** [2] - 168:17,
168:20
**acts** [2] - 53:12, 56:3
**actual** [13] - 47:17,
47:19, 47:20, 48:9,
72:24, 127:1,
128:19, 144:2,
146:6, 180:7, 201:2,
201:5, 201:7
**Adalberto** [4] -
185:23, 186:10,
187:3, 198:15
**ADALBERTO** [3] - 4:6,
186:11, 187:22
**add** [2] - 35:20, 64:25
**addition** [3] - 39:11,
42:16, 187:17
**additional** [11] -
37:15, 45:16, 64:12,
100:11, 126:8,
146:22, 146:23,
147:5, 176:6, 177:22
**address** [5] - 7:23,
40:9, 64:13, 104:20,
146:13
**adds** [2] - 57:4, 160:8
**adjourned** [1] - 239:9
**adjournment** [1] - 5:8
**admissibility** [1] -
9:15
**admissible** [1] - 8:9
**admission** [2] - 14:4,
145:19
**admissions** [1] -
146:10
**admit** [7] - 24:17,
31:18, 31:19, 36:4,
85:17, 89:1, 142:9
**admitted** [31] - 13:12,
14:5, 14:20, 39:25,
53:4, 55:24, 76:17,
78:6, 81:10, 82:8,
84:15, 87:16, 87:23,
90:2, 92:14, 97:1,
97:14, 101:11,
104:1, 121:13,

128:4, 181:9, 187:5,
188:17, 192:5,
197:21, 206:10,
208:13, 209:19,
210:23, 211:11
**admonish** [1] - 6:12
**Adrian93suelo** [1] -
17:3
**Adrien93** [1] - 17:13
**Adrien93suelo** [1] -
17:10
**adult** [2] - 217:23,
217:25
**advantages** [1] -
150:14
**advertise** [1] - 27:19
**advertised** [18] -
87:18, 87:21, 88:25,
91:18, 93:1, 93:10,
93:15, 93:20,
162:11, 163:4,
163:5, 163:14,
165:3, 165:17,
176:1, 181:7,
182:12, 182:20
**advertising** [3] -
111:20, 111:22,
173:4
**aer@aerlawgroup.**
**com** [1] - 2:25
**affect** [1] - 103:25
**affecting** [1] - 230:12
**affects** [1] - 230:8
**affinity** [1] - 152:16
**affirm** [1] - 186:1
**afford** [1] - 235:13
**African** [1] - 152:25
**AFS** [33] - 34:24,
37:9, 39:20, 39:23, 40:1,
40:5, 40:7, 45:15,
54:3, 54:22, 56:10,
70:9, 70:21, 71:14,
75:20, 76:2, 76:12,
76:22, 94:1, 94:5,
94:8, 94:15, 95:11,
96:7, 96:12, 109:18,
109:21, 109:22,
110:4, 173:8,
173:25, 174:17,
177:25
**afternoon** [13] - 99:7,
100:22, 104:3,
105:22, 105:23,
146:22, 148:22,
149:10, 149:11,
183:3, 183:4,
213:25, 214:1
**afterwards** [1] -
153:10
**age** [1] - 217:7

**agencies** [1] - 167:3
**agency** [5] - 134:8,
134:9, 134:12,
139:3, 167:4
**agency's** [1] - 108:16
**agent** [44] - 8:4, 8:18,
64:21, 65:3, 66:9,
67:3, 104:13,
105:17, 106:1,
107:18, 107:19,
107:20, 108:8,
108:18, 108:22,
108:25, 112:24,
112:25, 113:18,
116:14, 121:21,
122:18, 123:12,
123:19, 127:12,
128:4, 138:9,
140:13, 140:23,
141:7, 146:15,
153:14, 153:22,
158:8, 160:21,
161:9, 164:18,
166:21, 167:1,
167:15, 170:6,
172:23, 184:3,
220:10
**Agent** [70] - 2:9, 2:10,
8:5, 13:4, 13:10,
13:12, 87:7, 88:17,
100:25, 101:24,
101:25, 102:1,
102:2, 102:11,
103:7, 105:22,
108:24, 109:1,
110:6, 110:18,
113:9, 113:18,
114:12, 114:13,
114:15, 114:20,
115:9, 115:17,
115:21, 116:3,
117:6, 117:7,
117:21, 117:23,
118:6, 118:8, 119:3,
121:12, 123:11,
123:24, 125:18,
128:17, 130:17,
132:13, 133:22,
135:14, 136:1,
139:25, 144:2,
144:7, 145:12,
145:13, 148:1,
148:19, 148:22,
149:10, 160:5,
170:12, 173:6,
178:20, 179:17,
180:2, 183:3,
183:23, 183:25,
184:20, 212:25,
215:12, 216:10

**agent's** [1] - 11:16
**agents** [21] - 101:6,
102:18, 109:5,
114:1, 123:10,
134:8, 138:24,
143:21, 144:15,
178:25, 218:14,
220:3, 220:4,
222:15, 223:1,
223:18, 223:22,
224:16, 225:20,
226:11, 234:7
**ago** [6] - 119:19,
190:21, 212:16,
223:4, 223:15,
223:16
**agree** [5] - 8:10,
65:17, 84:17, 125:4,
133:18
**agreeable** [1] - 148:3
**agreed** [6] - 14:4,
14:8, 65:2, 66:2,
96:25, 229:18
**agreement** [8] - 8:1,
9:13, 197:3, 202:2,
202:5, 202:8,
214:25, 236:1
**ahead** [19] - 14:13,
15:25, 17:20, 26:19,
29:16, 51:9, 53:2,
69:16, 75:15, 77:25,
84:23, 86:19, 96:17,
97:2, 99:15, 127:21,
201:4, 210:24
**aiding** [1] - 201:21
**alcohol** [1] - 151:17
**AlejandroPerez3807**
[1] - 34:24
**alerted** [1] - 104:16
**allegations** [1] - 13:18
**allow** [2] - 103:2,
105:5
**almost** [6] - 20:16,
162:21, 169:12,
169:24, 172:2, 238:6
**alone** [3] - 123:1,
123:2, 200:8
**alternate** [1] - 6:11
**alternates** [6] - 12:8,
12:12, 67:18,
105:16, 148:17,
213:17
**AM1556** [1] - 55:1
**Ambrosio** [1] - 2:22
**Amendment** [2] -
145:14, 145:15
**America** [2] - 152:16,
234:17
**AMERICA** [1] - 1:8
**American** [2] - 152:11,

152:25
**amount** [10] - 57:9, 91:8, 91:11, 93:1, 98:17, 125:5, 169:12, 169:24, 198:13
**amounts** [2] - 93:14, 145:11
**Angel** [1] - 44:17
**Angeles** [6] - 1:17, 1:24, 2:6, 2:24, 188:3, 221:18
**Anne** [2] - 1:23, 240:11
**anne.kielwasser@ gmail.com** [1] - 1:25
**answer** [11] - 116:10, 116:11, 117:9, 132:1, 132:9, 133:10, 138:8, 141:1, 183:6, 231:17, 236:20
**answered** [3] - 111:7, 172:20, 177:6
**answering** [2] - 48:8, 172:14
**answers** [9] - 48:5, 48:11, 48:14, 48:17, 50:20, 67:4, 73:5, 102:17, 145:20
**anticipate** [1] - 99:18
**anticipation** [1] - 142:18
**anxiety** [2] - 225:24, 235:8
**apart** [2] - 187:2, 238:20
**APC** [1] - 2:18
**apologies** [3] - 160:4, 166:7, 231:11
**apologize** [20] - 11:12, 28:19, 29:13, 31:19, 56:7, 66:18, 79:17, 93:7, 93:12, 96:9, 135:21, 172:18, 177:8, 182:9, 215:8, 238:2, 238:3, 238:5, 238:9
**App** [1] - 18:25
**appear** [8] - 79:16, 91:2, 104:1, 104:16, 118:2, 136:19, 177:23, 211:13
**appeared** [3] - 118:3, 127:3, 136:19
**appellate** [2] - 142:15, 142:23
**application** [2] - 18:16, 18:20
**applied** [1] - 150:8,

156:8
**apply** [4] - 11:4, 134:22, 186:14, 186:19
**applying** [1] - 150:6
**appreciate** [8] - 108:9, 120:19, 141:5, 147:7, 147:9, 231:22, 232:4, 233:5
**appreciated** [2] - 233:3, 233:6
**approach** [2] - 62:15, 103:17
**appropriate** [1] - 237:13
**approval** [1] - 154:2
**approved** [1] - 61:19
**apps** [1] - 19:7
**April** [3] - 95:19, 153:18, 160:2
**ARAO** [2] - 1:12, 2:11
**Arao** [149] - 8:9, 9:19, 13:19, 13:24, 14:1, 14:11, 24:21, 30:2, 44:2, 44:11, 49:6, 50:7, 50:23, 51:8, 51:11, 51:21, 56:2, 56:25, 57:4, 57:9, 57:21, 59:6, 60:4, 62:20, 65:11, 65:23, 65:25, 69:15, 70:9, 71:1, 71:5, 72:12, 75:13, 80:5, 80:7, 80:11, 81:3, 81:5, 81:12, 84:4, 84:16, 85:1, 86:3, 86:24, 88:21, 89:4, 90:8, 94:7, 94:16, 95:22, 100:5, 100:6, 101:3, 101:6, 102:2, 102:3, 102:18, 105:25, 107:9, 113:5, 113:11, 113:14, 113:20, 114:12, 115:5, 115:8, 115:16, 115:20, 116:4, 117:23, 117:24, 118:6, 118:22, 120:11, 123:13, 124:2, 124:4, 124:12, 124:18, 124:19, 125:19, 125:21, 126:3, 126:10, 126:15, 126:17, 126:23, 127:9, 128:25, 129:9, 129:21, 130:7, 130:13, 130:17, 130:18, 130:21,

131:6, 131:9, 131:14, 131:22, 132:5, 132:10, 132:15, 132:16, 133:23, 134:17, 134:22, 135:20, 136:1, 136:15, 136:17, 136:19, 137:7, 137:14, 137:21, 138:10, 138:23, 139:9, 139:12, 139:24, 140:13, 140:18, 140:23, 141:8, 141:11, 143:21, 144:7, 144:8, 144:9, 144:16, 144:22, 145:8, 145:21, 148:24, 171:10, 172:7, 177:2, 177:14, 178:3, 179:11, 180:3, 180:19, 180:24, 183:6, 183:25, 184:15, 184:24, 186:19, 187:1
**Arao's** [7] - 69:5, 80:9, 87:4, 102:9, 145:13, 145:23, 177:11
**area** [4] - 105:7, 105:8, 108:13, 144:1
**areas** [2] - 100:24, 101:24
**argue** [2] - 146:5, 150:18
**Arizona** [1] - 90:6
**arms** [1] - 87:10
**Arms** [2] - 90:6, 193:4
**Army** [1] - 209:12
**arrested** [3] - 222:3, 222:4, 223:6
**arrive** [1] - 238:22
**arrived** [1] - 134:1
**articulated** [1] - 143:9
**ass** [1] - 38:9
**assembled** [3] - 12:7, 67:17, 213:16
**assert** [5] - 236:18, 237:8, 238:6, 238:7, 238:9
**assigned** [1] - 107:11
**assist** [4] - 86:13, 109:12, 109:15, 124:23
**assisting** [1] - 110:10
**assume** [5] - 103:20, 108:10, 163:13, 170:6, 170:7
**assuming** [1] - 170:4
**AT&T** [1] - 106:5

**ATF** [37] - 8:2, 39:18, 45:20, 46:1, 48:7, 57:19, 106:2, 120:4, 120:24, 121:22, 123:7, 123:19, 137:11, 138:24, 142:19, 150:7, 150:8, 151:2, 151:4, 151:13, 153:22, 158:8, 172:23, 204:25, 205:8, 207:6, 218:11, 219:6, 219:15, 219:23, 224:16, 225:25, 226:11, 229:10, 230:4, 232:19
**ATM** [1] - 97:15
**attached** [3] - 101:12, 142:7, 207:16
**attempt** [2] - 113:13, 191:22
**attempted** [10] - 114:10, 115:4, 115:6, 115:17, 116:3, 116:16, 123:25, 178:20, 180:12, 184:18
**attempts** [1] - 113:10
**attend** [2] - 12:13, 217:17
**attended** [1] - 191:11
**attention** [2] - 52:8, 121:13
**attorney** [10] - 150:1, 160:22, 220:21, 223:8, 223:10, 223:16, 236:6, 236:9, 236:12, 236:24
**Attorney** [1] - 2:5
**attorneys** [1] - 160:22
**auction** [1] - 31:13
**Audio** [2] - 86:20, 87:2
**audio** [12] - 85:7, 87:5, 107:21, 108:10, 114:7, 114:9, 114:23, 114:24, 119:24, 142:19, 143:1
**audiotape** [1] - 147:15
**audit** [5] - 106:22, 107:3, 107:8, 107:13, 126:6
**auditor** [1] - 106:21
**auditors** [6] - 106:17, 107:2, 107:7, 107:21, 108:3, 112:24
**audits** [2] - 106:13,

106:18
**August** [4] - 97:12, 98:10, 190, 198:3, 210:21
**AUSA** [1] - 2:5
**authentic** [2] - 97:1, 206:10
**author** [7] - 15:22, 16:4, 16:6, 16:9, 16:12, 20:11
**auto** [1] - 16:24
**automated** [1] - 39:21
**available** [6] - 21:7, 37:20, 37:23, 38:21, 102:14, 166:25
**avoid** [1] - 11:4
**aware** [3] - 31:9, 100:25, 184:25
**AZC011** [1] - 90:11
**AZC0111** [4] - 90:1, 91:6, 94:22, 95:17
**Azteca** [3] - 91:16, 93:24, 94:1
**Aztecas** [5] - 92:3, 92:23, 94:2, 94:4, 94:7

## B

**baby** [1] - 216:3
**bachelors** [1] - 149:16
**back-and-forth** [2] - 102:6, 144:6
**background** [3] - 110:19, 128:19, 131:8
**bad** [1] - 38:9
**Baez** [4] - 41:15, 41:16, 42:1, 42:15
**Bakersfield** [1] - 35:8
**bald** [1] - 128:9
**ball** [1] - 35:8
**bank** [13] - 96:23, 97:21, 99:1, 167:5, 167:9, 168:1, 168:3, 168:6, 168:9, 169:11, 171:13, 197:23, 205:24
**Bank** [4] - 97:4, 166:9, 168:20, 171:4
**bar** [5] - 76:20, 78:2, 80:23, 149:24, 151:1
**base** [1] - 93:25
**based** [36] - 39:19, 41:16, 42:17, 43:16, 43:21, 44:23, 60:24, 60:25, 67:20, 68:20, 70:21, 88:24, 91:14, 93:5, 93:22, 93:25, 100:25, 103:24,

103:25, 107:1,
108:2, 115:7,
115:19, 117:21,
120:23, 123:18,
131:24, 136:9,
141:7, 145:9,
162:13, 163:7,
164:22, 179:10,
181:8, 184:17
**basis** [1] - 186:15
**Bates** [4] - 221:5,
225:5, 226:22,
231:16
**BDA** [2] - 23:19, 29:1
**BDA380** [1] - 207:24
**Beach** [1] - 2:19
**bear** [1] - 111:25
**bears** [1] - 123:20
**beat** [3] - 118:13,
126:14, 183:13
**beautiful** [1] - 214:14
**became** [1] - 108:18
**becoming** [1] - 153:21
**bedroom** [1] - 208:14
**began** [7] - 154:17,
160:1, 160:3, 220:4,
227:12, 236:22,
236:23
**begin** [5] - 27:22,
113:1, 113:3, 150:6,
231:16
**beginning** [5] - 122:6,
220:7, 220:13,
221:4, 227:25
**begins** [2] - 122:2,
218:13
**BEHALF** [3] - 2:3,
2:11, 2:21
**behalf** [14] - 9:19,
14:9, 14:11, 24:21,
24:23, 47:20, 62:19,
75:11, 89:4, 89:6,
99:25, 186:21,
201:6, 236:25
**behind** [2] - 102:8,
152:7
**belabor** [1] - 165:11
**belief** [1] - 117:24
**believability** [1] -
187:13
**believes** [2] - 6:8,
105:8
**belonged** [1] - 97:8
**below** [10] - 26:21,
27:23, 32:4, 40:17,
49:2, 59:25, 72:6,
142:4, 192:25,
207:25
**BER** [1] - 40:17
**Berent** [1] - 107:3

**Berretta** [1] - 40:19
**best** [9] - 7:2, 41:24,
68:12, 100:9,
100:13, 115:11,
126:21, 164:13,
183:10
**better** [6] - 5:15, 18:1,
27:2, 67:2, 67:6,
126:1
**between** [21] - 10:7,
32:8, 38:4, 38:12,
86:15, 102:1,
102:17, 112:1,
114:12, 117:23,
125:18, 136:20,
140:9, 144:7,
157:16, 167:20,
172:12, 204:15,
217:7, 217:19, 237:2
**beyond** [2] - 123:20,
144:21
**Bianca** [19] - 43:5,
188:13, 196:17,
197:1, 200:20,
202:21, 203:24,
215:16, 215:18,
215:23, 219:4,
219:6, 219:9,
219:18, 219:23,
226:4, 234:22,
235:9, 235:21
**bifurcate** [2] - 65:20,
66:2
**bifurcating** [1] - 148:7
**Big** [1] - 199:13
**big** [4] - 35:19, 199:15,
210:12, 214:4
**bill** [1] - 90:5
**binder** [2] - 46:9, 88:2
**births** [1] - 40:10
**bit** [13] - 33:4, 78:25,
99:6, 107:16,
110:22, 112:18,
112:20, 148:6,
149:12, 156:22,
181:8, 231:18,
238:22
**bitch** [1] - 22:4
**bits** [1] - 114:13
**black** [6] - 36:2, 36:25,
37:10, 189:18,
191:8, 191:9
**BLK** [3] - 35:23, 36:1
**blow** [2] - 25:22, 26:3
**body** [1] - 159:2
**bold** [1] - 201:4
**Boss** [1] - 34:3
**bottom** [32] - 15:20,
18:13, 19:15, 21:23,
27:14, 29:3, 32:21,

33:7, 34:2, 34:23,
34:24, 37:17, 43:14,
46:5, 50:10, 51:25,
52:22, 54:13, 58:15,
73:14, 74:14, 80:23,
95:14, 97:5, 122:2,
122:6, 128:8,
157:19, 166:2,
193:8, 198:10,
203:18
**bought** [19] - 172:24,
180:18, 195:14,
196:20, 198:19,
198:22, 202:16,
202:25, 203:10,
203:15, 206:2,
208:21, 208:23,
208:25, 209:7,
209:13, 211:16,
212:1, 212:21
**Boulevard** [2] - 2:14,
2:24
**box** [15] - 20:22, 22:1,
23:19, 27:22, 30:7,
32:13, 33:2, 33:4,
34:17, 35:14, 36:24,
37:23, 47:22, 128:8,
201:9
**boxes** [2] - 37:13,
71:23
**BP693** [1] - 209:17
**BP_693** [1] - 209:25
**bp_693** [1] - 210:9
**branch** [2] - 106:6,
106:9
**branches** [1] - 106:5
**break** [4] - 63:17,
68:10, 134:4, 213:7
**breaks** [1] - 63:12
**Brian** [2] - 112:16,
112:19
**brief** [1] - 143:21
**Brief** [1] - 120:2
**briefly** [4] - 95:24,
98:11, 107:13,
182:25
**bright** [1] - 35:15
**bring** [5] - 7:21, 22:5,
67:13, 147:21,
213:14
**bringing** [1] - 227:8
**bro** [4] - 17:21, 19:17,
20:25, 21:6
**broken** [1] - 138:14
**broker** [2] - 22:4,
87:13
**Broker** [1] - 27:14
**Brooklyn** [5] - 119:17,
119:20, 149:21,
149:23, 150:20

**brother** [4] - 194:7,
216:24, 217:2, 217:3
**brought** [3] - 7:22,
223:6, 235:15
**brown** [2] - 189:17,
189:18
**Browning** [6] - 23:19,
23:21, 196:15,
206:18, 207:24,
211:12
**browsing** [1] - 200:7
**Bryan** [2] - 38:5, 145:4
**BryanZavalla88** [1] -
38:7
**bucks** [1] - 204:20
**building** [2] - 7:5,
214:8
**built** [1] - 230:21
**bunch** [1] - 19:1
**burden** [2] - 7:8,
123:20
**business** [17] - 14:23,
52:2, 52:6, 52:7,
52:10, 96:10, 97:1,
119:11, 120:21,
131:6, 175:25,
185:10, 185:11,
203:8, 206:10,
206:12, 208:2
**buy** [12] - 27:20,
30:22, 38:19,
193:11, 193:21,
193:25, 194:23,
195:7, 195:9,
195:13, 196:21
**buyer** [8] - 29:6,
47:19, 47:20, 48:9,
201:5, 201:7,
207:17, 207:19
**buyers** [1] - 108:4
**buying** [8] - 30:14,
113:20, 193:14,
193:19, 193:23,
194:3, 194:8, 196:12
**BY** [82] - 4:4, 4:4, 4:5,
4:5, 4:6, 4:7, 4:7,
14:17, 25:3, 31:25,
36:10, 47:2, 53:18,
55:22, 63:19, 68:9,
82:19, 83:2, 84:24,
85:22, 86:18, 86:21,
87:3, 88:16, 89:17,
92:8, 93:13, 98:25,
105:21, 111:5,
111:10, 115:2,
116:1, 116:13,
117:20, 119:7,
120:3, 120:18,
122:25, 126:22,
127:23, 128:3,

130:5, 131:4,
132:22, 135:6,
137:5, 137:20,
138:4, 139:23,
141:4, 148:21,
149:9, 152:20,
154:13, 158:20,
172:22, 175:1,
176:25, 177:20,
178:18, 182:17,
183:2, 183:12,
187:24, 189:24,
194:22, 197:7,
197:19, 200:17,
200:24, 211:1,
213:24, 216:16,
216:23, 218:22,
219:22, 222:14,
225:12, 227:21,
229:25, 236:19

**C**

**C0111** [2] - 93:24,
94:11
**CA** [5] - 2:6, 2:15,
2:19, 2:24, 16:17
**Caesar** [1] - 42:3
**Cal** [2] - 130:10,
133:14
**calendar** [1] - 238:19
**Cali** [7] - 19:24, 20:25,
22:5, 30:23, 31:9,
33:1, 34:15
**CALI** [1] - 29:7
**caliber** [8] - 40:23,
40:24, 44:6, 55:1,
60:9, 75:5, 193:3,
193:4
**CALIFORNIA** [1] - 1:2
**California** [56] - 1:17,
1:24, 16:16, 16:17,
16:19, 16:23, 26:24,
28:2, 28:4, 28:23,
28:25, 30:14, 31:11,
32:15, 36:22, 37:24,
39:17, 39:22, 45:16,
50:3, 54:8, 54:16,
61:10, 62:5, 62:6,
63:25, 64:1, 110:7,
110:13, 110:16,
128:22, 133:24,
134:4, 134:6,
134:12, 134:22,
135:16, 136:17,
136:20, 137:22,
138:10, 138:14,
139:2, 139:3,
139:16, 140:1,
140:9, 140:14,

141:12, 144:11,
144:17, 145:22,
152:22, 153:16,
153:17, 188:3
**California's** [1] - 55:18
**calm** [1] - 218:14
**Camacho** [5] - 10:7,
42:16, 42:18, 43:14,
43:20
**camping** [1] - 199:13
**cannot** [8] - 5:10, 6:5,
6:8, 6:23, 47:21,
176:3, 186:25, 201:7
**capacity** [2] - 154:3,
158:7
**care** [2] - 9:8, 236:13
**career** [2] - 158:22,
158:23
**careful** [1] - 161:7
**Carl** [1] - 32:17
**Carlos** [46] - 25:14,
26:5, 26:20, 27:7,
27:12, 28:22, 29:3,
29:13, 30:5, 30:21,
33:7, 34:6, 34:21,
35:3, 35:21, 37:1,
38:14, 97:9, 198:9,
206:15, 207:20,
210:16, 216:17,
217:8, 221:5, 222:5,
222:18, 224:4,
224:8, 225:25,
226:14, 226:17,
226:24, 228:1,
228:8, 228:22,
229:7, 230:5, 231:7,
231:13, 232:9,
232:22, 233:2, 234:4
**CARLOS** [2] - 1:12,
2:21
**Carlos's** [1] - 216:24
**case** [69] - 9:12, 13:19,
24:15, 53:9, 60:25,
64:6, 64:24, 65:1,
67:5, 67:11, 67:25,
83:24, 87:10, 99:9,
99:19, 99:23,
102:10, 102:20,
107:2, 107:11,
107:15, 107:18,
107:19, 108:8,
108:18, 108:22,
108:25, 112:24,
113:15, 116:14,
116:23, 122:17,
123:10, 123:19,
133:5, 133:19,
141:7, 141:23,
144:20, 144:24,
145:2, 145:10,

146:23, 156:23,
159:24, 160:1,
160:4, 160:9,
160:12, 167:10,
167:19, 169:21,
170:20, 184:25,
186:2, 187:5,
201:19, 201:20,
213:9, 213:19,
215:1, 215:24,
230:10, 236:8,
236:9, 236:14,
238:20, 238:24
**Case** [1] - 117:21
**cases** [3] - 145:2,
146:1, 238:21
**cash** [21] - 17:11,
17:21, 97:15, 98:6,
98:12, 98:17, 166:8,
166:14, 169:2,
169:11, 171:5,
173:22, 174:15,
194:15, 194:16,
199:8, 199:9,
205:16, 205:17,
206:4
**causal** [1] - 172:12
**caused** [6] - 6:24,
116:4, 117:9, 118:5,
177:11
**caution** [1] - 187:18
**cautionary** [1] -
122:14
**CD** [2] - 86:20, 87:2
**cell** [3] - 18:16, 19:7,
19:8
**CENTRAL** [1] - 1:2
**century** [1] - 55:9
**CEO** [1] - 131:6
**certain** [23] - 61:10,
62:7, 67:19, 101:17,
101:21, 101:24,
102:17, 103:3,
103:8, 115:22,
133:4, 135:5,
142:12, 143:11,
150:13, 152:16,
155:4, 165:24,
177:24, 225:23,
233:25
**certainly** [2] - 184:25,
233:19
**certification** [15] -
48:2, 48:3, 48:4,
50:11, 50:18, 50:19,
51:15, 51:20, 52:1,
52:22, 58:5, 58:15,
72:23, 73:4, 201:15
**certify** [4] - 48:5, 49:7,
50:20, 240:2

**certifying** [3] - 52:18,
57:25, 73:5
**Cervantes** [1] - 45:2
**CFernandez@**
**gardenaPD.org** [1] -
26:5, 27:1
**cfernandez@**
**gardenaPD.org** [1] -
30:17
**CFP034** [1] - 76:1
**Chaidez** [1] - 95:12
**CHAMBERS** [6] -
236:25, 237:4,
237:11, 237:17,
237:19, 237:24
**Chambers** [1] - 236:25
**Champ** [4] - 32:11,
32:13, 165:13,
173:10
**chance** [2] - 67:1,
156:10
**change** [3] - 157:23,
194:24, 231:16
**changes** [2] - 61:16,
231:24
**character** [3] - 99:25,
100:9, 100:11
**charge** [4] - 87:10,
102:12, 121:22,
132:7
**charged** [20] - 13:14,
13:20, 14:1, 53:9,
65:1, 65:11, 66:3,
83:24, 120:11,
126:15, 132:6,
161:2, 180:21,
180:24, 187:6,
212:17, 234:22,
235:21, 240:5
**charges** [4] - 65:13,
65:16, 67:25, 235:15
**charging** [1] - 234:18
**chart** [39] - 40:3, 40:5,
53:5, 54:2, 56:1,
56:25, 58:17, 69:4,
70:4, 70:8, 70:17,
71:9, 71:13, 73:21,
74:3, 74:9, 74:18,
74:25, 75:18, 76:7,
76:10, 76:19, 76:21,
81:4, 88:20, 89:10,
90:20, 91:11, 92:19,
93:2, 93:14, 94:10,
95:3, 96:20, 97:15,
97:25, 180:15,
182:13
**charts** [11] - 76:22,
78:22, 89:11, 96:10,
109:9, 109:12,
109:16, 109:23,

110:11, 171:8,
172:14
**Chase** [9] - 97:4,
166:9, 167:5, 167:9,
168:17, 168:20,
169:25, 171:4,
172:11
**cheap** [2] - 21:1, 34:14
**cheaper** [1] - 38:23
**cheapest** [2] - 39:1,
39:2
**check** [10] - 51:17,
57:22, 63:24, 70:1,
72:24, 106:19,
128:20, 131:8,
199:24, 200:1
**checked** [5] - 63:3,
68:24, 175:14,
199:23, 201:11
**checking** [2] - 97:18,
97:19
**checkmark** [1] - 47:24
**checks** [1] - 110:19
**Cheek** [1] - 145:2
**Chenio** [1] - 32:10
**chief** [1] - 99:19
**child** [2] - 215:20,
226:4
**China** [1] - 188:9
**choose** [3] - 100:5,
100:6, 146:23
**chronological** [1] -
15:2
**circled** [1] - 33:2
**circuit** [1] - 240:5
**circumstances** [2] -
122:13, 144:24
**cited** [2] - 146:1, 220:9
**City** [1] - 129:14
**clarification** [2] -
82:18, 227:22
**clarify** [8] - 63:16,
67:8, 67:9, 67:19,
68:10, 79:15, 93:11,
180:15
**clarifying** [1] - 64:20
**clarity** [1] - 143:6
**clean** [4] - 8:18, 19:17,
20:16, 177:2
**clear** [11] - 6:3, 8:14,
9:17, 20:1, 75:15,
114:22, 118:10,
126:3, 144:6, 144:8,
182:1
**cleared** [1] - 195:1
**clearer** [1] - 63:10
**clearly** [2] - 102:7,
120:4
**clerk** [2] - 5:11, 12:20
**CLERK** [7] - 12:4,

12:21, 13:1, 141:25,
185:25, 186:6,
213:14
**clerk's** [1] - 7:4
**client** [17] - 100:2,
101:18, 105:25,
146:14, 161:2,
162:11, 166:9,
167:5, 168:19,
171:3, 172:6, 173:7,
176:13, 217:14,
237:2, 237:12
**client's** [4] - 167:23,
168:7, 168:13,
171:14
**clip** [3] - 86:22, 86:23,
87:5
**clips** [5] - 85:8, 85:14,
101:5, 101:9, 102:14
**close** [1] - 198:4
**closed** [4] - 216:18,
226:24, 228:19,
229:3
**clothing** [1] - 189:15
**CLT** [1] - 40:15
**CMX** [1] - 90:14
**CMX0090** [8] - 90:1,
90:11, 91:2, 91:10,
93:24, 94:11, 94:20,
95:7
**co** [4] - 108:25, 109:5,
112:25, 122:17
**Co** [2] - 117:21,
123:24
**Co-Agent** [1] - 123:24
**co-agent** [1] - 112:25
**co-agents** [1] - 109:5
**Co-Case** [1] - 117:21
**co-case** [2] - 108:25,
122:17
**coconspirator** [2] -
8:5, 11:3
**coconspirators** [1] -
10:8
**cocounsel** [2] - 98:23,
176:19
**code** [1] - 220:9
**Code** [5] - 102:9,
119:10, 119:14,
134:4, 138:14
**codefendant** [1] -
171:8
**coincides** [1] - 166:17
**collect** [2] - 153:4,
159:9
**collected** [1] - 50:24
**collection** [9] - 46:11,
47:12, 51:5, 52:15,
52:16, 72:15,
159:12, 159:14,

190:22
**collector** [3] - 32:15, 154:6, 159:19
**Collector** [1] - 90:6
**collectors** [10] - 153:7, 158:5, 158:9, 158:12, 158:21, 158:22, 158:23, 158:24, 159:6, 159:13
**Collon** [1] - 107:2
**Colt** [39] - 15:18, 17:7, 17:16, 18:3, 18:5, 20:6, 21:11, 21:16, 21:19, 25:12, 30:12, 31:5, 33:3, 33:18, 37:13, 37:15, 38:20, 40:16, 49:16, 49:18, 56:19, 56:22, 60:25, 65:7, 68:16, 68:20, 75:1, 79:3, 79:7, 79:12, 79:16, 79:19, 79:22, 91:16, 157:4, 165:1, 202:15, 205:7, 205:9
**Colts** [2] - 21:6, 32:25
**column** [22] - 40:20, 53:24, 55:8, 56:12, 57:7, 60:16, 68:17, 69:18, 75:14, 76:25, 77:7, 77:9, 80:8, 81:14, 81:17, 82:5, 82:14, 82:20, 98:13, 166:2, 182:13, 182:18
**columns** [13] - 40:4, 40:11, 53:19, 54:18, 71:16, 71:18, 81:14, 82:10, 82:11, 98:4, 161:19, 161:21, 163:15
**combination** [2] - 83:13, 97:25
**comfortable** [5] - 142:4, 176:1, 178:17, 184:9, 184:11
**coming** [5] - 23:18, 120:1, 169:22, 170:4, 235:18
**commander** [2] - 33:18, 75:4
**Commander** [3] - 35:13, 35:14, 75:1
**commemorative** [1] - 19:18
**comment** [5] - 27:16, 112:5, 163:16, 165:9, 210:9
**comments** [8] - 112:6,

156:4, 156:16, 163:7, 163:21, 163:22, 165:6, 165:18
**committing** [2] - 187:8, 232:2
**communicating** [1] - 19:1
**community** [2] - 152:24, 152:25
**compa** [1] - 210:12
**company** [2] - 188:6, 188:8
**compare** [9] - 55:20, 57:13, 58:17, 73:21, 74:17, 76:12, 96:20, 168:15, 168:16
**compared** [1] - 69:14
**comparison** [1] - 69:3
**complete** [7] - 48:6, 50:21, 101:20, 105:5, 142:6, 142:14, 143:18
**completed** [5] - 46:2, 49:12, 50:13, 52:23, 75:8
**completely** [2] - 171:7, 231:24
**completeness** [1] - 103:25
**complicated** [1] - 215:8
**comply** [1] - 62:13
**components** [2] - 62:9, 63:20
**compound** [1] - 117:15
**computer** [1] - 155:17
**concern** [8] - 6:25, 65:22, 121:23, 127:10, 133:7, 133:10, 177:12, 177:14
**concerned** [7] - 65:22, 108:13, 196:6, 219:11, 219:12, 219:15, 226:4
**concerning** [6] - 13:17, 64:18, 102:2, 127:25, 131:12, 131:13
**concerns** [5] - 64:18, 65:24, 108:3, 137:7, 148:8
**conclude** [1] - 146:22
**concluding** [1] - 99:18
**conclusion** [3] - 120:14, 122:22, 174:24
**conclusions** [1] -

107:14
**concurrent** [1] - 145:5
**condition** [2] - 6:7, 34:17
**conduct** [9] - 106:13, 106:18, 121:5, 126:15, 145:3, 147:22, 148:10, 180:11, 237:18
**conducted** [3] - 113:10, 129:17, 132:2
**conducting** [1] - 131:6
**conducts** [1] - 106:21
**conference** [3] - 62:17, 237:5, 240:7
**confess** [1] - 137:14
**confession** [1] - 145:12
**confirm** [5] - 59:14, 90:18, 95:25, 197:22, 204:21
**conformance** [1] - 240:6
**confrontation** [1] - 145:14
**confused** [2] - 136:20, 144:25
**confusing** [2] - 96:9, 117:15
**confusion** [1] - 148:6
**congratulations** [1] - 216:5
**conjunction** [1] - 163:11
**connection** [4] - 172:12, 173:23, 187:5, 217:4
**consider** [7] - 8:11, 9:6, 13:25, 101:20, 143:11, 187:13, 187:15
**consideration** [1] - 110:2
**considered** [4] - 55:14, 101:15, 108:22, 187:1
**consistent** [1] - 14:12
**conspiracy** [2] - 9:3, 13:21
**constitute** [2] - 7:16, 122:9
**constitutional** [1] - 9:20
**construction** [1] - 9:19
**consult** [1] - 220:20
**contact** [1] - 179:11
**contacted** [2] - 45:22, 87:12

**contacts** [1] - 19:1
**contain** [1] - 120:25
**contained** [1] - 82:4
**contains** [1] - 143:3
**content** [3] - 24:10, 32:23, 112:4
**contesting** [1] - 143:23
**context** [2] - 10:6, 101:19
**continue** [5] - 68:1, 74:16, 105:16, 148:19, 213:8
**contradict** [1] - 131:17
**controls** [1] - 86:16
**convenience** [1] - 104:12
**conversation** [32] - 15:3, 15:20, 20:7, 103:24, 112:10, 114:12, 124:11, 129:21, 134:17, 134:21, 135:20, 136:2, 144:3, 157:16, 164:25, 183:17, 184:19, 195:12, 195:18, 218:13, 219:3, 220:3, 220:13, 221:1, 221:4, 222:21, 223:1, 224:12, 230:12, 231:24, 237:2, 237:20
**conversations** [3] - 20:1, 133:25, 135:1
**convey** [3] - 160:23, 161:1, 172:6
**convicted** [2] - 145:4, 221:10, 235:1
**cool** [1] - 17:25
**cooperating** [3] - 186:15, 186:23, 187:11
**cooperative** [2] - 127:6, 127:7
**coordinated** [1] - 141:2
**cops** [1] - 236:14
**copy** [4] - 88:4, 104:2, 142:13, 227:14
**cordial** [1] - 125:25
**Corona** [1] - 45:2
**Corporation** [1] - 2:14
**correct** [212] - 6:6, 15:24, 27:7, 40:6, 43:12, 44:15, 44:20, 44:25, 45:4, 48:6, 50:21, 50:24, 51:17, 55:4, 60:10, 69:8,

70:11, 72:5, 73:6, 79:3, 88:10, 99:16, 106:2, 106:6, 106:19, 106:24, 106:25, 107:4, 108:4, 108:16, 109:3, 109:10, 110:8, 110:14, 110:20, 110:21, 111:21, 112:12, 113:1, 113:11, 115:22, 116:14, 118:8, 118:11, 118:18, 119:15, 119:18, 120:6, 120:12, 121:8, 121:24, 122:15, 122:20, 123:3, 123:13, 123:16, 123:21, 124:5, 124:8, 125:11, 125:14, 126:18, 127:6, 127:15, 128:15, 128:23, 129:2, 129:14, 130:15, 133:15, 133:16, 134:9, 139:7, 149:1, 150:12, 150:15, 150:18, 151:19, 153:11, 154:15, 154:19, 155:1, 155:5, 156:1, 157:2, 158:14, 159:17, 159:21, 160:6, 160:10, 161:11, 161:14, 162:14, 163:5, 164:11, 164:20, 166:10, 166:15, 166:19, 167:6, 167:23, 169:7, 170:15, 171:6, 171:11, 171:14, 171:18, 172:8, 172:12, 173:10, 173:14, 173:16, 174:22, 175:6, 175:16, 175:23, 183:7, 184:6, 184:9, 185:12, 186:18, 193:15, 196:10, 197:23, 197:24, 198:21, 202:1, 202:17, 203:12, 205:12, 206:1, 206:5, 206:6, 208:9, 209:8, 210:2, 210:7, 211:18, 212:17, 212:20, 214:11, 214:12, 215:1,

215:2, 215:3, 215:5, 215:13, 215:14, 215:17, 215:21, 215:22, 216:4, 216:8, 216:22, 217:6, 217:11, 217:20, 218:4, 218:5, 218:6, 218:9, 218:18, 219:8, 219:17, 219:19, 220:5, 220:6, 220:12, 220:14, 220:15, 220:18, 220:19, 220:21, 220:22, 220:24, 220:25, 221:16, 221:17, 221:19, 221:23, 221:24, 221:25, 223:11, 223:12, 223:19, 224:1, 224:5, 225:22, 226:5, 226:7, 226:10, 228:2, 228:15, 228:16, 228:20, 229:7, 229:8, 229:10, 230:15, 230:17, 230:19, 231:23, 234:16, 234:18, 234:21, 235:17, 235:23, 236:10, 236:11, 236:23, 237:17, 240:2

**Correct** [1] - 231:20
**corrected** [1] - 8:24
**Counsel** [2] - 93:9, 213:19
**counsel** [20] - 5:6, 5:11, 12:9, 84:3, 92:4, 109:2, 144:17, 147:11, 147:12, 148:17, 177:1, 181:8, 213:17, 236:5, 236:23, 237:3, 237:6, 237:9, 237:14, 237:21
**count** [1] - 53:12
**Count** [2] - 56:7, 56:8
**counts** [5] - 53:10, 66:2, 66:3, 66:5
**County** [2] - 191:16, 221:18
**couple** [5] - 12:10, 164:13, 165:19, 220:1, 224:16
**course** [11] - 38:11, 52:9, 84:25, 114:15, 115:13, 121:4, 156:25, 161:7,

179:20, 181:4, 232:20
**COURT** [206] - 1:1, 5:5, 5:20, 6:7, 6:17, 6:24, 7:13, 7:18, 7:21, 7:24, 8:13, 8:21, 9:24, 10:14, 10:18, 10:20, 10:23, 11:10, 11:13, 12:1, 12:4, 12:7, 12:21, 13:1, 13:2, 14:8, 14:13, 14:20, 24:25, 31:23, 36:5, 36:8, 46:16, 46:20, 53:16, 55:5, 55:12, 55:15, 55:21, 60:6, 60:12, 60:15, 60:19, 60:21, 60:23, 61:2, 61:9, 61:13, 61:21, 61:23, 62:2, 62:5, 62:12, 62:16, 62:23, 63:5, 63:10, 63:13, 63:16, 64:4, 64:11, 64:16, 65:18, 66:8, 66:11, 66:18, 66:23, 67:7, 67:13, 67:16, 68:6, 68:8, 82:18, 83:1, 84:10, 84:12, 84:20, 84:22, 85:21, 85:24, 86:10, 88:6, 88:8, 88:13, 89:3, 89:8, 93:11, 99:6, 99:13, 99:18, 99:22, 100:3, 100:8, 100:16, 100:20, 101:14, 102:22, 103:16, 103:19, 104:2, 104:15, 104:25, 105:5, 105:15, 105:19, 111:7, 114:22, 115:1, 115:25, 116:9, 117:17, 119:1, 119:5, 119:7, 119:25, 120:15, 121:16, 122:23, 126:20, 127:21, 129:25, 130:3, 130:23, 131:1, 131:3, 132:20, 136:23, 137:1, 137:4, 137:17, 137:19, 138:1, 139:19, 141:1, 141:15, 141:19, 141:21, 141:25, 142:3, 142:24, 143:6, 143:14, 146:8, 146:21, 147:1, 147:3, 147:10, 147:12,

147:19, 148:3, 148:9, 148:13, 148:16, 149:5, 152:18, 154:11, 158:16, 172:21, 174:25, 176:17, 176:20, 176:23, 177:18, 178:13, 182:24, 183:9, 185:20, 185:22, 185:25, 186:6, 186:12, 186:24, 189:22, 194:21, 197:6, 197:18, 200:15, 200:23, 213:1, 213:4, 213:6, 213:14, 213:15, 216:14, 216:21, 218:17, 218:19, 218:21, 219:21, 222:9, 225:11, 227:17, 229:23, 236:17, 237:3, 237:6, 237:14, 237:18, 237:21, 237:25, 238:4, 238:6, 238:11, 238:14, 239:3, 239:8
**court** [20] - 7:8, 7:15, 9:20, 10:11, 11:10, 63:15, 64:5, 64:12, 102:15, 103:20, 142:18, 142:21, 145:3, 164:17, 169:22, 173:19, 214:4, 223:7, 238:13, 238:18
**Court** [42] - 1:23, 6:4, 6:12, 7:19, 8:10, 9:9, 9:18, 9:22, 11:21, 66:15, 84:2, 84:23, 86:9, 88:4, 100:10, 100:25, 101:10, 101:15, 101:20, 102:25, 103:2, 103:14, 104:16, 105:2, 135:4, 139:19, 142:11, 142:13, 144:6, 146:16, 147:6, 147:8, 148:8, 160:13, 164:11, 186:2, 186:12, 237:7, 239:9, 240:11
**Court's** [9] - 5:18, 5:20, 62:14, 64:18, 67:23, 104:11, 104:12, 178:12, 212:24
**courthouse** [1] - 221:20

**courtroom** [4] - 99:8, 141:22, 189:13, 223:11
**cousin** [1] - 38:8
**CPR076** [1] - 165:14
**CR** [1] - 1:10
**credit** [3] - 168:7, 168:10, 168:16
**crime** [17] - 48:9, 48:21, 120:11, 136:12, 187:8, 187:10, 201:19, 220:11, 224:23, 225:20, 229:10, 229:16, 230:6, 232:3, 234:18, 234:20, 235:22
**Crimes** [1] - 25:5
**crimes** [3] - 13:20, 13:25, 187:6
**criminal** [5] - 64:24, 106:6, 120:4, 120:5, 120:24
**critical** [1] - 116:17
**CROSS** [6] - 4:4, 4:5, 4:7, 105:20, 149:8, 213:23
**cross** [24] - 99:7, 99:21, 100:24, 101:24, 102:8, 103:7, 104:10, 104:24, 105:1, 105:6, 105:17, 122:23, 144:2, 145:13, 145:14, 146:15, 147:23, 148:1, 148:10, 148:12, 148:19, 159:22, 177:10, 222:10
**cross-examination** [15] - 100:24, 102:8, 104:10, 104:24, 105:1, 105:6, 105:17, 122:23, 145:14, 146:15, 147:23, 148:1, 148:19, 159:22, 222:10
**CROSS-EXAMINATION** [6] - 4:4, 4:5, 4:7, 105:20, 149:8, 213:23
**cross-examine** [3] - 103:7, 144:2, 145:13
**cross-examining** [1] - 101:24
**CRR** [1] - 1:23
**crushing** [1] - 235:3
**Cruz** [9] - 6:3, 6:18,

7:23, 11:11, 42:11, 103:18, 135:9, 142:21, 147:16
**cry** [1] - 235:9
**CSC034** [1] - 74:20
**CSR** [2] - 1:23, 240:11
**cultural** [5] - 152:7, 152:11, 153:3, 157:2, 158:25
**cumulative** [3] - 100:12, 213:1, 213:4
**current** [2] - 54:9
**custody** [1] - 125:22
**customer** [5] - 90:7, 127:15, 128:10, 128:12, 197:22
**customize** [2] - 158:9, 158:12
**customizing** [1] - 158:5
**cut** [1] - 237:19
**Cynthia** [2] - 97:9, 198:9

## D

**D.C** [2] - 144:18, 153:20
**dangerous** [1] - 64:25
**databases** [1] - 166:25
**date** [76] - 15:5, 15:15, 25:25, 40:10, 40:25, 41:1, 44:6, 49:4, 50:8, 50:15, 54:18, 54:19, 58:12, 58:15, 59:3, 59:5, 59:9, 59:10, 69:14, 69:18, 69:21, 70:1, 70:16, 70:19, 70:21, 71:1, 71:5, 72:3, 72:9, 72:10, 73:12, 73:19, 73:25, 74:3, 74:7, 74:13, 76:4, 76:9, 76:13, 81:16, 81:24, 92:16, 92:18, 92:19, 94:3, 94:23, 94:25, 95:2, 95:8, 95:18, 96:2, 96:5, 97:10, 98:3, 98:8, 98:20, 113:17, 162:17, 162:22, 163:1, 177:24, 192:11, 198:2, 198:12, 203:13, 203:15, 204:6, 204:9, 204:12, 204:13, 206:4, 207:8, 207:25, 210:20
**Date** [1] - 240:11

**dated** [2] - 58:10, 73:10
**dates** [6] - 71:21, 76:15, 95:25, 164:8, 204:15, 205:22
**daughter** [1] - 200:9
**daughter's** [1] - 230:16
**David** [3] - 2:10, 5:25, 63:1
**DAY** [2] - 1:17, 5:3
**days** [24] - 50:13, 50:16, 52:23, 57:1, 57:8, 57:9, 58:14, 72:8, 72:9, 73:17, 76:19, 77:5, 77:14, 77:16, 80:7, 80:10, 80:11, 80:13, 80:15, 160:16, 178:1, 220:1
**dead** [3] - 118:13, 126:14, 183:13
**deal** [8] - 13:21, 102:1, 121:6, 145:2, 159:3, 194:24, 214:4
**dealer** [7] - 47:21, 110:1, 130:2, 192:9, 193:8, 193:9, 201:7
**dealing** [17] - 13:21, 52:6, 52:8, 52:9, 65:12, 66:3, 118:22, 120:9, 120:21, 121:5, 122:10, 132:6, 136:5, 136:12, 137:7, 144:19, 151:13
**dealt** [2] - 108:4, 140:8
**December** [1] - 98:21
**decide** [4] - 11:6, 101:2, 181:5
**decided** [4] - 65:7, 112:25, 124:1, 194:18
**deciding** [1] - 125:1
**decision** [3] - 5:20, 113:3, 175:22
**decision-making** [1] - 175:22
**declarant** [1] - 9:7
**declined** [1] - 7:7
**defeat** [1] - 148:6
**Defendant** [2] - 84:4, 85:1
**DEFENDANT** [2] - 2:11, 2:21
**defendant** [117] - 9:7, 13:6, 13:14, 13:19, 13:24, 14:1, 20:24, 21:15, 21:25, 22:2, 22:6, 24:4, 28:11, 31:16, 35:10, 36:23,

37:22, 38:10, 38:22, 39:23, 40:2, 41:11, 44:2, 44:11, 47:11, 47:13, 49:6, 50:7, 50:23, 51:8, 51:11, 51:21, 53:6, 53:10, 54:19, 56:1, 57:4, 57:9, 57:21, 60:4, 69:5, 69:15, 70:9, 71:5, 71:13, 72:12, 72:16, 72:22, 74:7, 75:13, 75:14, 75:21, 77:13, 78:7, 78:10, 80:5, 80:11, 81:12, 83:5, 83:17, 84:16, 86:3, 86:24, 87:4, 94:2, 94:4, 94:7, 94:15, 95:22, 96:23, 99:1, 145:5, 146:9, 146:11, 146:12, 177:2, 177:11, 177:14, 177:23, 178:3, 179:11, 179:12, 180:3, 180:5, 180:18, 180:21, 180:24, 186:25, 187:1, 187:10, 187:12, 188:20, 189:1, 189:13, 189:22, 189:25, 190:9, 190:25, 191:13, 193:16, 194:17, 195:12, 195:17, 196:12, 198:17, 198:25, 199:19, 205:13, 208:25, 209:7, 210:6, 210:17, 211:16, 212:1, 212:21
**defendant's** [3] - 142:8, 142:9, 143:7
**defendants** [13] - 1:14, 9:4, 11:22, 12:9, 13:6, 39:12, 52:17, 87:12, 87:20, 88:4, 88:21, 213:17, 213:18
**defense** [4] - 99:22, 146:12, 147:11, 181:7
**Defense** [1] - 142:22
**defer** [5] - 5:18, 7:19, 67:1, 125:1, 148:8
**defines** [1] - 121:4
**definitely** [1] - 175:24
**definition** [12] - 52:1, 119:10, 119:14, 120:20, 120:23, 120:25, 123:2,

136:11, 175:4, 175:5
**definitional** [1] - 136:5
**definitions** [1] - 48:7
**degree** [2] - 66:13, 150:13
**Del** [4] - 41:21, 42:15, 44:17
**delayed** [1] - 7:1
**deliberate** [1] - 183:25
**delivered** [2] - 59:6, 71:20
**delivery** [12] - 57:2, 57:8, 69:15, 69:17, 69:21, 71:1, 71:21, 72:3, 72:9, 74:7, 76:20, 80:7
**denial** [2] - 195:13, 205:23
**denied** [13] - 143:7, 191:25, 192:1, 192:3, 192:18, 193:14, 193:18, 193:20, 194:18, 194:23, 194:25, 195:8, 229:6
**Department** [3] - 54:8, 64:1, 130:10
**department** [2] - 26:8, 28:14
**departments** [1] - 8:3
**depicted** [1] - 26:21
**deposit** [5] - 98:5, 98:8, 98:20, 172:11, 240:6
**deposited** [2] - 169:24, 171:4
**deposits** [9] - 97:15, 98:17, 166:8, 166:14, 168:22, 169:2, 169:11, 171:5, 173:22
**description** [2] - 90:9, 198:12
**descriptor** [1] - 31:8
**deserves** [1] - 89:14
**designed** [1] - 102:12
**desk** [2] - 28:11, 28:13
**detail** [2] - 198:11, 231:19
**details** [2] - 225:7, 228:19
**determination** [2] - 11:1, 100:12
**determine** [5] - 61:15, 61:17, 127:5, 173:25, 214:22
**determined** [4] - 11:1, 54:11, 63:21, 129:17
**determining** [2] - 107:8, 187:13

device** [1] - 114:17
**devotes** [1] - 52:8
**difference** [6] - 86:15, 112:1, 133:18, 169:15, 217:7, 217:19
**different** [19] - 21:4, 35:22, 61:14, 68:17, 69:10, 77:3, 78:24, 96:19, 106:5, 118:18, 152:14, 174:13, 174:14, 174:20, 174:21, 175:5, 175:11, 217:10, 232:12
**differently** [1] - 78:25
**digits** [1] - 27:10
**DIRECT** [4] - 4:4, 4:7, 14:16, 187:23
**direct** [29] - 14:19, 14:25, 100:7, 102:11, 103:13, 104:5, 104:8, 106:4, 107:6, 107:12, 108:1, 109:5, 109:8, 111:14, 111:25, 112:2, 112:8, 119:3, 121:12, 121:14, 124:10, 125:16, 125:18, 127:12, 133:12, 163:22, 164:24, 165:9, 171:1
**directive** [1] - 8:15
**directly** [6] - 27:3, 45:23, 102:19, 237:15, 237:23, 238:4
**discharged** [1] - 62:10
**disclose** [2] - 222:23, 225:14
**disclosed** [1] - 231:18
**discovery** [1] - 125:11
**discuss** [7] - 64:6, 99:9, 126:9, 132:25, 141:23, 213:9, 238:24
**discussed** [7] - 7:25, 39:3, 43:13, 45:6, 45:9, 132:14, 147:14
**discussing** [6] - 63:20, 100:23, 126:4, 130:6, 130:7, 133:2
**Discussion** [6] - 11:9, 84:6, 84:11, 84:13, 88:14, 92:6
**discussion** [4] - 64:17, 86:7, 98:24, 141:20
**discussions** [2] -

device** [1] - 114:17 —
102:1, 135:25
**display** [3] - 46:25, 78:2, 89:19
**displaying** [2] - 76:19, 80:23
**disposing** [2] - 13:16, 66:6
**disregard** [2] - 67:3, 67:22
**distinguishing** [1] - 81:6
**DISTRICT** [2] - 1:1, 1:2
**division** [1] - 134:1
**DM** [3] - 111:25, 112:1, 112:11
**DMs** [4] - 112:8, 163:8, 165:6, 165:18
**doctorate** [1] - 119:21
**document** [12] - 53:4, 70:7, 71:12, 76:18, 88:17, 88:19, 91:22, 192:6, 192:19, 206:17, 207:13, 227:19
**documenting** [2] - 71:13, 114:20
**documents** [8] - 24:13, 45:23, 69:19, 143:5, 156:9, 165:21, 165:24
**DOJ's** [1] - 133:14
**dollars** [3] - 194:14, 194:18, 198:16
**done** [15] - 7:2, 23:2, 27:4, 36:20, 68:5, 110:17, 117:24, 138:16, 144:13, 166:14, 169:17, 170:8, 182:16, 196:4, 200:4
**door** [1] - 146:14
**double** [3] - 139:6, 169:8
**doubt** [2] - 123:21, 144:21
**down** [13] - 6:11, 21:17, 29:6, 31:2, 60:17, 96:17, 109:19, 121:21, 122:1, 141:6, 142:4, 218:14, 221:22
**download** [1] - 18:25
**DRACO** [1] - 55:9
**draft** [1] - 9:9
**drafted** [1] - 107:11
**Dragalin** [1] - 2:4
**DRAGALIN** [8] - 5:13, 6:10, 6:20, 7:11, 11:12, 11:18, 62:25, 63:7

drive [2] - 35:9, 143:3
drop [3] - 61:16, 61:23, 62:13
dropping [1] - 21:17
DROS [5] - 110:2, 110:7, 128:22, 130:11, 131:8
DROS'd [1] - 129:23
due - 29:8, 145:16
DUI [14] - 192:3, 195:5, 221:6, 221:8, 221:11, 222:1, 222:6, 222:18, 222:23, 226:23, 228:1, 229:7, 230:5, 232:22
Duncan [37] - 87:7, 101:6, 102:2, 108:24, 109:1, 112:25, 113:9, 113:18, 114:12, 114:14, 114:15, 115:9, 115:17, 115:21, 116:4, 117:8, 117:22, 117:23, 118:8, 123:11, 123:24, 125:19, 132:13, 133:22, 136:1, 138:9, 139:25, 144:7, 160:5, 178:20, 179:17, 180:2, 183:23, 183:25, 212:25, 215:12, 216:11
Duncan's [3] - 114:20, 117:6, 184:20
during [14] - 13:24, 60:24, 61:7, 64:6, 84:25, 94:3, 120:8, 141:23, 179:2, 179:19, 180:7, 181:4, 201:22, 238:24
duties [1] - 151:12
duty [2] - 159:15, 161:10

## E

e-mail [39] - 24:5, 24:14, 24:18, 26:2, 26:4, 26:16, 28:17, 28:22, 29:3, 29:17, 29:25, 30:18, 31:2, 31:6, 32:2, 32:8, 32:10, 32:19, 32:21, 32:24, 33:21, 34:2, 34:11, 34:20, 36:13, 36:17, 36:19, 37:4,

37:7, 37:18, 38:2, 38:16, 38:17, 38:18, 39:7, 39:11
e-mailing [1] - 34:9
e-mails [5] - 24:13, 37:17, 39:3, 39:4, 39:8
earliest [1] - 15:3
early [1] - 35:13, 129:8, 238:22
easy [1] - 156:12
economic [1] - 65:9
Ed [2] - 64:14, 105:24
ed@
   roninTacticalgroup
   .com [1] - 34:2
Eddie [2] - 30:2, 90:8
edition [3] - 112:16, 112:19, 112:20
Eduardo [1] - 2:22
education [1] - 150:20
EDWARD [2] - 1:12, 2:11
Edward [3] - 2:13, 2:14, 51:11
effect [1] - 136:24
efficient [1] - 155:14
effort [7] - 116:5, 117:10, 117:12, 117:24, 131:20, 131:22
Egrito [1] - 157:9
eight [6] - 22:18, 77:19, 80:18, 83:22, 217:25, 218:2
eighteen [1] - 80:14
either [16] - 5:14, 44:24, 61:6, 94:2, 107:7, 115:16, 116:6, 116:12, 117:8, 138:9, 139:25, 152:14, 152:15, 163:16, 165:18, 168:19
EI [3] - 32:10, 157:9
Elcen [1] - 165:13
ELCEN [1] - 165:13
elchenio57@gmail.com [1] - 32:9
element [1] - 123:16
elements [2] - 120:5, 120:10
elf [1] - 22:19
Elizabeth [1] - 200:20
ELR016 [3] - 49:17, 165:15, 173:16
elvis_gomez22 [2] - 157:16, 157:20
Email [4] - 2:8, 2:8, 2:16, 2:25

EMN [1] - 29:19
emoji [1] - 31:13
emphasis [1] - 86:2
employee [1] - 199:15
employees [1] - 199:17
encounter [1] - 117:4
encourage [1] - 148:9
encouraged [1] - 237:18
encouraging [1] - 238:6
encrypted [2] - 18:20, 19:2
end [13] - 29:6, 112:24, 118:13, 118:17, 124:1, 147:4, 147:16, 171:1, 189:19, 194:8, 233:22, 238:11, 238:14
enforced [1] - 120:7
enforcement [19] - 41:17, 41:23, 42:5, 42:12, 42:19, 43:1, 43:6, 43:11, 43:17, 43:22, 44:13, 44:19, 44:24, 45:12, 121:22, 150:11, 150:14, 161:9, 166:21
engage [1] - 52:6
engaged [3] - 52:2, 52:7, 130:18
engaging [3] - 119:10, 120:20, 122:18
English [1] - 157:15
enhance [1] - 158:13
enhanced [1] - 21:16
enter [4] - 11:4, 19:20, 202:2, 202:5
entered [2] - 10:25, 187:9
entertain [3] - 102:25, 105:2, 105:9
entire [5] - 101:16, 142:10, 143:7, 143:25, 158:24
entirely [1] - 99:20
entirety [1] - 101:11
entity [4] - 49:24, 50:1, 60:1, 75:8
entry [2] - 135:11
EP064 [2] - 165:14, 173:12
equal [1] - 169:12
equivalent [1] - 110:8
Erik [1] - 121:21
eroblaw@gmail.com [1] - 2:16

especially [2] - 32:15, 224:19
establish [3] - 102:12, 123:12, 200:16
established [1] - 227:17
ethnic [3] - 152:14, 152:15
evaluating [1] - 187:15
evening [1] - 5:8
event [1] - 190:17
events [2] - 187:10, 218:3
eventually [1] - 196:20
Evidence [1] - 102:9
evidence [32] - 4:11, 4:12, 4:12, 4:14, 4:14, 8:3, 11:20, 13:12, 13:17, 13:23, 25:2, 31:24, 36:9, 84:3, 86:4, 86:12, 86:17, 89:10, 89:11, 89:16, 93:10, 118:21, 128:5, 131:16, 144:9, 145:25, 161:5, 169:23, 177:22, 178:25, 187:12, 223:5
exact [1] - 113:16
exactly [1] - 107:24
examination [33] - 100:7, 100:24, 102:8, 102:11, 104:10, 104:24, 105:1, 105:6, 105:17, 106:4, 107:6, 107:12, 108:1, 109:8, 119:4, 121:15, 122:23, 124:10, 125:16, 127:12, 129:4, 133:12, 136:6, 138:22, 143:3, 145:14, 146:15, 147:23, 148:1, 148:19, 159:22, 171:2, 222:10
EXAMINATION [14] - 4:4, 4:4, 4:5, 4:5, 4:6, 4:7, 4:7, 14:16, 105:20, 149:8, 176:24, 183:1, 187:23, 213:23
examine [6] - 61:2, 65:3, 103:7, 144:2, 145:13, 187:18
examining [1] - 101:24

example [4] - 39:1, 40:5, 81:24, 162:19
examples [1] - 227:8
except [1] - 135:21
exceptions [1] - 11:3
excerpt [6] - 103:24, 125:2, 135:14, 135:24, 183:18, 183:20
Excerpt [1] - 135:18
excerpted [4] - 102:14, 103:9, 103:12, 145:11
excerpts [22] - 104:1, 104:6, 104:21, 124:11, 124:17, 124:18, 124:24, 125:5, 132:24, 133:1, 133:3, 135:5, 140:8, 142:12, 142:16, 143:10, 143:12, 143:14, 144:4, 144:5, 145:17, 147:16
exchange [1] - 158:1
exchanges [1] - 52:14
excuse [19] - 5:16, 5:21, 7:17, 48:15, 62:18, 64:21, 65:8, 115:14, 123:13, 128:8, 130:1, 130:18, 135:8, 135:9, 135:14, 144:14, 179:4, 185:4, 203:7
excused [8] - 5:24, 6:15, 6:23, 12:11, 12:12, 99:14, 142:3
excusing [1] - 6:15
execute [1] - 177:6
executed [1] - 208:19
executives [1] - 188:5
exempt [7] - 28:2, 29:9, 30:14, 30:24, 31:11, 34:15, 122:19
exemption [1] - 29:9
exercise [1] - 145:13
exercises [1] - 44:10
Exhibit [150] - 4:10, 4:11, 4:12, 4:13, 4:14, 8:2, 9:10, 14:6, 14:20, 16:25, 18:12, 19:14, 20:4, 21:2, 21:12, 21:21, 22:11, 22:20, 23:16, 24:18, 25:1, 25:4, 27:13, 30:6, 31:1, 31:18, 31:24, 32:1, 32:18, 33:6, 34:1, 34:22, 36:9, 36:11, 37:3,

37:16, 38:1, 38:16, 40:1, 44:4, 46:4, 46:8, 46:11, 46:14, 47:3, 47:12, 51:1, 53:4, 55:23, 56:17, 56:24, 58:19, 58:24, 60:9, 62:12, 68:16, 70:2, 70:3, 71:9, 71:11, 71:17, 72:14, 72:15, 73:22, 74:16, 75:16, 75:17, 76:18, 78:17, 80:6, 81:1, 81:10, 82:7, 84:20, 86:4, 86:6, 86:19, 87:22, 88:7, 89:1, 89:16, 89:19, 90:3, 90:16, 90:17, 92:14, 94:13, 95:5, 95:24, 97:14, 101:7, 112:14, 118:24, 118:25, 119:2, 120:19, 121:10, 121:14, 127:14, 128:5, 135:24, 142:7, 142:9, 142:22, 142:24, 143:4, 157:13, 157:14, 161:16, 161:18, 166:18, 169:13, 169:23, 171:9, 171:16, 173:2, 180:15, 181:13, 182:1, 182:5, 182:7, 182:9, 182:13, 191:4, 192:4, 197:20, 200:10, 203:3, 203:25, 204:1, 204:15, 204:16, 204:25, 206:9, 206:21, 206:22, 206:25, 207:15, 208:12, 209:18, 210:23, 211:10, 212:25, 213:2
**exhibit** [34] - 10:24, 15:5, 15:17, 46:5, 51:2, 54:23, 55:6, 56:9, 57:3, 57:14, 60:8, 65:23, 65:24, 78:5, 82:14, 86:2, 86:22, 87:15, 88:4, 89:20, 96:16, 101:12, 102:6, 102:15, 103:8, 127:13, 127:19, 142:19, 166:6, 166:7, 166:12, 188:16, 207:16, 211:19
**exhibiting** [1] - 48:19

**Exhibits** [1] - 124:14
**exhibits** [22] - 9:14, 10:4, 10:15, 14:4, 14:5, 24:18, 31:19, 36:4, 84:8, 85:8, 85:18, 86:1, 143:20, 147:15, 156:3, 157:12, 158:4, 160:18, 160:23, 181:9, 182:11
**EXHIBITS** [1] - 4:9
**existence** [1] - 129:7
**exotic** [1] - 38:18
**expedite** [3] - 14:3, 24:17, 102:16
**experience** [6] - 149:13, 153:8, 153:9, 158:8, 184:3
**expert** [5] - 63:1, 63:2, 63:21, 65:4, 137:11
**explain** [7] - 15:8, 53:20, 72:13, 132:11, 222:6, 222:19, 224:1
**explained** [1] - 139:25
**explains** [1] - 67:11
**expression** [2] - 145:24, 156:18
**extent** [3] - 13:23, 187:16, 233:25
**extra** [1] - 33:2
**extremely** [1] - 5:9
**eyes** [1] - 237:23

## F

**facing** [2] - 65:16, 102:13
**fact** [18] - 7:2, 60:24, 102:9, 106:21, 117:12, 118:6, 129:22, 130:8, 131:23, 141:3, 157:4, 176:7, 219:6, 220:9, 227:4, 232:24, 233:16, 234:7
**factors** [1] - 187:17
**failed** [1] - 62:13
**fair** [14] - 23:25, 39:7, 45:11, 57:3, 102:7, 107:9, 109:6, 115:4, 115:19, 125:7, 140:6, 141:5, 145:15, 165:12
**false** [6] - 13:15, 48:18, 48:19, 200:21, 201:22, 201:24

**familiar** [15] - 46:10, 47:3, 55:17, 61:4, 61:15, 62:4, 63:5, 63:7, 111:12, 129:25, 133:13, 133:14, 156:19, 156:23, 200:11
**familiarize** [2] - 46:18, 133:23
**family** [3] - 189:7, 190:17, 229:3
**far** [9] - 43:18, 45:14, 68:23, 77:9, 106:16, 107:1, 107:19, 159:9, 196:5
**father** [1] - 226:8
**favored** [1] - 187:4
**Fax** [2] - 2:7, 2:16
**February** [9] - 76:11, 76:14, 107:3, 126:6, 192:12, 193:12, 205:20, 205:21, 205:22
**Federal** [1] - 1:23
**federal** [37] - 13:15, 48:10, 48:21, 48:25, 110:8, 110:12, 110:17, 116:6, 120:10, 121:23, 122:9, 122:20, 131:15, 131:25, 132:12, 134:9, 134:18, 136:10, 136:21, 137:8, 140:10, 144:12, 144:18, 154:8, 161:9, 164:18, 166:21, 167:1, 170:6, 173:19, 178:25, 214:4, 214:16, 220:5, 220:10, 235:1, 235:15
**fee** [5] - 61:25, 155:16, 157:25, 203:20, 240:5
**feed** [2] - 162:17, 162:25
**fees** [5] - 62:5, 62:21, 65:8, 240:5
**felon** [2] - 66:7, 221:24
**felony** [4] - 48:9, 48:21, 234:20, 234:23
**felt** [4] - 66:16, 113:4, 235:21, 237:12
**FERNANDEZ** [2] - 1:12, 2:21
**Fernandez** [118] - 8:5,

8:6, 8:8, 8:11, 8:21, 10:2, 13:7, 13:14, 14:10, 20:24, 21:8, 21:15, 21:25, 22:3, 24:4, 24:23, 25:14, 26:5, 27:7, 27:12, 29:13, 30:5, 30:21, 31:16, 32:17, 33:7, 34:6, 34:21, 35:3, 35:10, 35:21, 36:23, 37:1, 37:22, 38:14, 38:22, 39:23, 40:2, 41:5, 41:9, 43:15, 43:16, 47:11, 47:13, 49:6, 53:6, 53:10, 54:19, 65:11, 65:13, 65:22, 71:20, 71:21, 72:16, 72:22, 74:8, 75:15, 75:21, 76:19, 77:14, 78:8, 78:11, 78:19, 82:9, 83:5, 83:17, 84:16, 88:22, 89:6, 94:4, 96:23, 97:9, 99:25, 100:21, 108:15, 171:10, 176:9, 177:23, 179:12, 180:5, 180:18, 180:21, 186:22, 186:25, 187:11, 188:20, 189:1, 189:13, 189:23, 189:25, 190:25, 191:13, 193:17, 194:17, 194:24, 195:13, 195:17, 196:12, 198:9, 198:25, 199:20, 205:13, 206:15, 207:20, 208:25, 209:7, 210:6, 210:17, 211:17, 212:2, 212:21, 213:19, 216:12, 216:18, 217:8, 217:16
**Fernandez's** [9] - 22:6, 28:11, 38:10, 41:11, 71:14, 77:2, 87:20, 99:1, 190:9
**few** [4] - 35:12, 35:15, 110:4, 135:12
**fewer** [2] - 80:13, 80:15
**FFL** [16] - 28:2, 29:10, 29:24, 30:15, 30:24, 31:12, 46:3, 90:5, 106:18, 106:22, 106:24, 110:13, 122:10, 128:13, 129:10

**FFLs** [3] - 45:23, 87:12, 106:14
**FFS** [1] - 70:14
**fiance** [1] - 215:18
**fiance's** [1] - 230:18
**Fifth** [2] - 126:24, 145:15
**fifth** [1] - 207:15
**fifty** [1] - 83:22
**fifty-eight** [1] - 83:22
**fight** [1] - 235:15
**file** [2] - 102:15, 147:8
**filed** [6] - 10:4, 89:7, 101:10, 131:24, 142:11, 142:14
**filings** [1] - 101:1
**fill** [5] - 115:22, 116:5, 117:25, 196:23, 208:8
**filled** [6] - 47:10, 56:9, 117:11, 131:18, 196:25, 200:3
**filling** [4] - 131:7, 131:14, 177:14, 197:14
**final** [9] - 25:21, 30:12, 30:20, 35:21, 38:16, 79:24, 166:1, 166:2, 182:18
**finally** [7] - 9:11, 23:13, 75:7, 76:9, 79:21, 165:15, 181:7
**financial** [3] - 168:12, 168:16, 169:24
**fine** [1] - 27:6
**finish** [4] - 35:13, 35:16, 99:21, 216:14
**finished** [1] - 135:13
**fire** [3] - 211:24, 212:1, 212:4
**firearm** [53] - 13:16, 23:7, 23:9, 23:13, 23:14, 38:8, 39:21, 40:14, 40:24, 41:1, 41:8, 46:2, 47:17, 47:19, 48:13, 48:16, 54:1, 54:4, 55:9, 56:18, 57:10, 64:2, 68:18, 71:19, 73:16, 74:25, 78:19, 79:6, 79:10, 81:22, 88:20, 91:6, 91:10, 94:15, 96:18, 122:9, 161:21, 161:24, 165:2, 174:17, 177:24, 192:9, 193:1, 195:7, 195:13, 201:22, 202:18, 203:10, 203:16, 207:23

**Firearms** [1] - 193:10
**firearms** [82] - 13:15,
13:22, 27:19, 27:20,
45:17, 46:1, 46:10,
47:18, 47:19, 48:24,
48:25, 52:6, 52:8,
52:9, 52:12, 52:15,
52:16, 53:6, 54:9,
55:9, 55:20, 56:14,
61:18, 63:21, 66:6,
71:9, 77:7, 77:10,
77:13, 77:18, 77:22,
78:7, 78:9, 78:10,
79:2, 79:3, 79:19,
80:10, 81:5, 81:12,
81:18, 81:25, 82:12,
83:5, 83:16, 83:23,
87:13, 87:21, 88:21,
88:23, 94:10, 94:24,
96:1, 118:22, 120:9,
120:21, 121:5,
121:7, 122:10,
134:6, 134:14,
134:18, 136:6,
151:14, 151:19,
152:3, 152:6, 159:4,
159:7, 165:16,
167:10, 172:7,
173:9, 174:15,
191:20, 201:3,
201:6, 201:8,
202:12, 202:13,
203:1
**firing** [1] - 211:9
**first** [68] - 10:24,
15:11, 17:2, 18:1,
21:4, 21:22, 23:2,
25:7, 28:21, 32:10,
32:21, 32:24, 36:19,
37:12, 37:18, 38:7,
38:18, 41:10, 46:23,
49:16, 57:14, 59:6,
65:21, 69:18, 73:24,
76:4, 76:21, 76:25,
79:2, 81:14, 81:24,
82:14, 83:7, 83:13,
89:23, 89:25, 90:12,
90:20, 91:6, 96:1,
98:8, 100:13,
103:23, 104:3,
121:20, 135:12,
150:4, 159:15,
163:25, 169:18,
190:17, 195:17,
199:5, 199:19,
201:1, 202:18,
205:18, 205:19,
206:16, 207:2,
214:10, 216:11,
216:17, 222:17,
222:23, 223:6,

223:9, 224:3
**fishing** [1] - 199:13
**fist** [2] - 190:20, 214:8
**fit** [1] - 104:4
**fits** [1] - 123:2
**five** [10] - 78:12, 82:3,
99:25, 135:14,
153:23, 153:25,
183:22, 231:9, 235:1
**fix** [1] - 195:6
**flu** [1] - 6:6
**FMABDA380** [1] -
202:19
**focus** [3] - 104:14,
154:18, 177:21
**follow** [6] - 38:19,
167:16, 172:25,
173:21, 220:16
**followed** [1] - 165:14
**followers** [3] - 111:16,
111:19, 112:7
**Following** [10] - 12:5,
64:9, 67:14, 99:11,
100:18, 105:13,
142:1, 148:14,
213:12, 239:1
**following** [6] - 14:5,
84:7, 145:25, 166:5,
167:13
**foregoing** [1] - 240:2
**forest** [1] - 170:20
**forget** [1] - 160:8
**forgive** [1] - 135:17
**forgot** [1] - 238:9
**form** [27] - 39:18, 46:1,
47:10, 47:18, 48:1,
49:10, 50:13, 50:21,
51:8, 51:25, 58:4,
71:15, 73:2, 74:24,
78:2, 110:7, 128:22,
128:23, 130:11,
200:11, 201:3,
201:24, 202:11,
204:25, 205:8,
207:6, 208:8
**Form** [32] - 45:20,
45:24, 47:6, 48:7,
50:23, 52:18, 54:22,
56:10, 57:19, 59:20,
69:7, 69:24, 72:4,
72:16, 73:21, 74:5,
74:14, 74:21, 75:2,
75:9, 76:23, 81:21,
110:8, 120:20,
126:10, 127:15,
127:16, 128:18,
177:19, 177:21,
200:13, 204:11
**format** [1] - 97:23
**Forms** [1] - 131:8

**forms** [18] - 45:21,
46:12, 47:12, 51:6,
72:18, 109:23,
110:2, 115:22,
117:11, 117:25,
119:9, 131:8,
131:14, 131:24,
177:11, 177:15,
177:19
**forth** [1] - 102:6,
144:6, 195:19
**forty** [2] - 78:12, 80:20
**forty-five** [1] - 78:12
**forty-one** [1] - 80:20
**forward** [3] - 5:14,
6:23, 26:15
**forwarded** [1] - 25:22
**foundation** [5] - 9:15,
11:2, 152:17,
158:15, 200:16
**foundational** [1] -
200:15
**four** [14] - 16:25,
37:13, 37:15, 99:25,
122:1, 122:5,
153:23, 153:25,
165:15, 227:4,
227:5, 231:12,
234:14
**fourth** [1] - 227:2
**frames** [1] - 77:3
**Frances** [2] - 129:10,
129:13
**freak** [2] - 228:8,
228:12
**freaking** [1] - 230:1
**free** [5] - 20:16, 46:14,
102:24, 142:4,
146:24
**frequent** [2] - 179:8,
218:15
**Friday** [1] - 238:16
**friend** [5] - 32:11,
34:3, 38:11, 92:23,
188:23
**friend's** [1] - 16:23
**friends** [1] - 216:18
**friends's** [1] - 188:24
**front** [8] - 88:17,
128:1, 128:6, 135:3,
135:9, 147:18,
172:15, 173:20
**full** [10] - 26:23, 28:1,
30:13, 30:23, 31:10,
35:14, 98:3, 101:20,
105:5, 194:12
**full-time** [5] - 26:23,
28:1, 30:13, 30:23,
31:10
**fully** [1] - 222:21

**future** [3] - 230:14,
230:16, 230:18

## G

**Gardena** [7] - 16:23,
26:6, 26:8, 28:13,
37:25, 50:3, 129:14
**General** [1] - 2:5
**general** [4] - 111:19,
111:22, 120:16,
146:8
**generally** [3] - 106:5,
146:12, 156:21
**generations** [1] -
217:10
**gentleman** [2] - 109:1,
189:17
**genuinely** [1] - 6:19
**George** [1] - 149:16
**Georgetown** [1] -
150:22
**Georgia** [1] - 151:11
**giant** [1] - 235:18
**girlfriend** [10] -
188:10, 188:18,
196:18, 197:8,
198:22, 201:25,
203:10, 203:15,
208:6, 211:17
**given** [8] - 6:11, 67:1,
86:13, 88:3, 102:9,
104:2, 133:8, 223:5
**God** [1] - 186:4
**gold** [2] - 32:11, 32:14
**goodness** [1] - 127:13
**Government** [4] -
66:12, 121:14,
124:14, 128:5
**government** [60] - 8:1,
10:9, 10:24, 11:2,
12:19, 31:19, 64:19,
65:17, 65:20, 66:25,
67:7, 67:19, 84:1,
85:17, 86:8, 89:1,
99:4, 100:24, 101:3,
101:5, 102:20,
102:24, 103:9,
103:23, 105:1,
105:8, 109:2,
110:17, 112:15,
118:24, 121:9,
123:20, 127:13,
128:18, 131:15,
131:25, 132:23,
135:4, 140:8,
143:19, 143:20,
144:21, 145:5,
145:10, 146:1,

146:5, 146:10,
154:9, 159:24,
167:1, 176:17,
185:23, 187:4,
202:3, 214:16,
227:13, 235:16,
237:9, 237:14,
237:23
**government's** [6] -
65:4, 99:19, 101:8,
102:11, 142:8, 144:3
**graduate** [1] - 149:19
**graduated** [3] -
119:21, 149:23,
150:25
**grandeur** [1] - 214:15
**graph** [17] - 76:20,
78:2, 78:8, 80:23,
162:13, 164:1,
164:5, 166:8,
166:18, 172:6,
172:11, 173:20,
173:24, 174:3,
174:7, 175:2, 175:22
**graphs** [1] - 161:14
**gray** [3] - 33:1, 71:24,
72:8
**great** [5] - 20:22, 29:8,
149:19, 150:20,
150:21
**greater** [2] - 140:7,
187:18
**Group** [7] - 2:23, 50:2,
60:2, 60:3, 75:10,
75:12, 177:5
**group** [1] - 218:5
**groups** [2] - 152:14,
152:16
**guess** [5] - 103:19,
104:15, 138:18,
150:16, 163:24
**guided** [1] - 107:14
**guilty** [6] - 136:12,
161:2, 187:9,
187:11, 201:19,
201:21
**Gun** [1] - 27:14
**gun** [88] - 21:10, 22:4,
26:15, 29:8, 30:16,
30:23, 33:12, 35:22,
44:7, 49:7, 57:25,
60:3, 75:8, 87:13,
90:12, 95:10,
113:20, 115:21,
117:10, 128:20,
130:10, 131:23,
153:3, 153:7,
153:12, 153:14,
153:21, 153:25,
154:1, 154:3, 154:6,

154:8, 158:12, 158:13, 158:19, 158:24, 165:7, 172:24, 173:7, 175:8, 175:11, 191:11, 191:15, 193:11, 193:14, 193:17, 193:19, 193:21, 193:23, 193:24, 194:3, 194:5, 194:6, 194:8, 194:10, 194:11, 194:18, 194:23, 195:9, 195:23, 196:11, 196:14, 196:16, 196:20, 196:21, 198:20, 199:20, 200:2, 202:16, 205:23, 206:2, 208:5, 208:21, 208:23, 208:25, 209:1, 209:5, 209:10, 209:13, 211:24, 212:1, 212:9, 212:11, 212:12, 212:14, 212:21, 213:3

**gun-pistol** [1] - 30:16
**gunbroker.com** [1] - 30:9
**gunlock** [1] - 32:14
**guns** [88] - 18:5, 22:8, 22:22, 25:15, 25:17, 25:19, 25:23, 29:9, 33:22, 34:16, 39:9, 39:13, 41:3, 49:11, 49:14, 53:9, 54:17, 65:15, 68:11, 90:9, 90:19, 91:15, 93:6, 93:23, 93:24, 110:18, 124:19, 124:20, 129:22, 130:8, 132:12, 133:15, 133:18, 152:9, 152:11, 152:16, 152:21, 152:24, 153:4, 154:9, 156:16, 157:1, 157:7, 157:10, 158:5, 158:9, 158:12, 159:9, 159:17, 159:20, 163:25, 165:12, 171:3, 172:3, 173:2, 173:23, 174:7, 175:15, 175:16, 175:18, 175:19, 175:22, 176:4, 176:7, 176:11,

180:16, 180:18, 180:21, 180:24, 189:9, 189:12, 190:2, 190:4, 190:10, 190:11, 190:14, 190:15, 190:19, 195:20, 198:23, 199:14, 204:19, 205:11, 210:4, 210:5, 212:4, 221:10

**guy** [1] - 34:16
**guys** [1] - 16:15

## H

**H-A-R-T** [1] - 12:25
**half** [5] - 34:23, 66:4, 80:23, 151:7, 223:16
**Hamilton** [4] - 2:10, 63:1, 110:6, 110:18
**Hanagan** [1] - 2:23
**hand** [11] - 59:10, 91:3, 91:7, 92:9, 115:8, 115:21, 171:10, 185:25, 202:23, 204:11, 207:5
**handed** [1] - 115:12
**handful** [3] - 217:24, 218:3, 218:4
**handgun** [14] - 26:25, 28:3, 31:12, 33:10, 54:16, 55:14, 80:4, 113:10, 113:13, 118:7, 123:25, 128:14, 128:19, 194:1
**handguns** [8] - 54:16, 61:12, 61:13, 61:18, 129:1, 129:5, 133:24, 134:23
**handle** [1] - 238:19
**handling** [1] - 33:4
**happy** [2] - 227:16, 232:17
**hard** [2] - 32:15, 34:13
**Harden** [1] - 121:21
**Hart** [32] - 2:9, 8:4, 8:6, 8:18, 12:25, 13:4, 13:10, 13:12, 88:17, 100:25, 101:7, 101:24, 101:25, 102:1, 102:12, 103:7, 105:22, 119:3, 144:2, 144:7, 144:10, 145:12, 145:13, 148:1,

148:19, 148:22, 149:10, 170:12, 173:6, 183:3, 215:12, 216:10
**HART** [2] - 4:3, 14:15
**Hartmann** [4] - 5:25, 12:14, 12:17
**hashtag** [2] - 155:7, 155:9
**hashtags** [1] - 155:5
**hate** [1] - 31:10
**Hawthorne** [1] - 2:14
**head** [2] - 230:24, 232:11
**headed** [1] - 128:9
**header** [1] - 56:4
**hear** [10] - 10:12, 13:11, 13:17, 13:23, 27:4, 31:15, 86:15, 114:8, 127:4, 137:17
**heard** [8] - 55:7, 86:23, 112:21, 140:7, 183:14, 223:9, 237:25, 239:5
**hearing** [2] - 8:22, 228:10
**Hearsay** [10] - 129:24, 130:22, 137:16, 137:18, 137:23, 141:14, 216:13, 216:20, 218:16, 225:10
**hearsay** [15] - 11:3, 104:1, 105:9, 115:24, 116:8, 117:16, 126:19, 131:2, 136:22, 136:25, 139:18, 146:12, 146:13, 178:12, 197:5
**heavily** [1] - 145:3
**heck** [1] - 126:24
**held** [13] - 12:5, 64:9, 67:14, 86:7, 98:24, 99:11, 100:18, 105:13, 141:20, 142:1, 148:14, 213:12, 239:1
**hello** [1] - 26:20
**help** [1] - 186:3
**helped** [1] - 175:19
**helpful** [4] - 11:15, 126:17, 127:2, 127:3
**helping** [1] - 121:9
**helpless** [1] - 231:2
**hereby** [1] - 240:2
**Hernandez** [1] - 29:3
**hi** [2] - 28:1, 31:8
**HICAP** [1] - 29:10
**Hidalgo1030** [4] -

19:16, 20:7, 20:15, 20:21
**hide** [3] - 117:12, 118:6, 131:22
**high** [7] - 28:22, 35:4, 35:12, 216:24, 217:3, 217:4, 217:17
**higher** [1] - 38:24
**highlight** [27] - 29:16, 30:18, 34:23, 37:17, 38:17, 47:15, 50:10, 51:9, 51:19, 69:10, 71:2, 71:23, 72:20, 95:14, 96:1, 97:5, 98:9, 192:13, 198:2, 198:6, 198:11, 200:18, 202:12, 206:11, 207:1, 207:5, 207:9
**highlighted** [10] - 49:10, 59:21, 74:13, 74:22, 94:18, 95:15, 182:3, 204:22, 207:25, 208:3
**highlighting** [1] - 75:15
**Hill** [1] - 221:21
**himself** [2] - 46:18, 216:14
**Hispanic** [2] - 157:2, 157:4
**hit** [1] - 210:13
**hobby** [1] - 52:15
**hold** [3] - 106:14, 194:25
**holder** [3] - 28:2, 31:12, 128:13
**holder's** [1] - 106:24
**holders** [3] - 106:18, 166:9, 198:7
**holding** [1] - 171:10
**Holdings** [1] - 188:7
**home** [3] - 40:9, 212:16, 212:19
**honest** [7] - 34:17, 150:3, 151:16, 169:19, 206:8, 214:24, 231:22
**honestly** [4] - 169:18, 170:9, 214:14
**Honor** [95] - 5:13, 6:1, 6:2, 6:10, 7:12, 8:16, 9:11, 10:1, 11:8, 11:18, 12:3, 14:3, 14:9, 14:14, 24:22, 31:21, 36:4, 36:6, 36:7, 46:19, 62:14, 62:18, 63:11, 63:12, 64:14, 66:1, 66:21, 84:8, 84:18, 84:19,

88:10, 88:12, 89:5, 89:7, 93:7, 99:5, 99:17, 99:24, 100:4, 100:14, 100:22, 100:23, 101:22, 103:6, 103:18, 103:22, 104:21, 105:18, 115:23, 117:19, 119:2, 121:18, 128:1, 130:1, 130:25, 132:19, 135:3, 136:25, 137:24, 141:17, 142:17, 143:13, 143:17, 143:19, 145:18, 146:25, 147:14, 147:24, 148:20, 149:4, 149:7, 176:22, 177:16, 178:11, 182:15, 182:25, 185:18, 185:21, 186:16, 186:18, 186:21, 187:21, 213:14, 213:22, 222:12, 227:20, 236:25, 237:4, 237:12, 237:17, 237:24, 238:2, 238:5, 238:8, 239:7
**HONORABLE** [1] - 1:4
**hope** [3] - 27:4, 31:14, 31:15
**hoped** [2] - 233:17, 233:18
**hopefully** [1] - 104:7
**hopes** [2] - 187:3, 187:4
**hoping** [1] - 202:5
**horse** [3] - 118:13, 126:14, 183:13
**hosts** [1] - 185:11
**hotel** [2] - 7:6, 7:7
**Houle** [3] - 2:17, 2:18, 103:17
**hour** [5] - 64:5, 68:7, 141:22, 183:17, 213:8
**hours** [3] - 100:7, 160:8, 160:15
**house** [5] - 189:5, 189:6, 189:12, 190:9, 208:19
**housekeeping** [1] - 12:10
**Hudson** [1] - 128:17
**hump** [1] - 144:9
**hundred** [1] - 81:8
**hundreds** [2] - 159:16,

159:17
**hung** [1] - 217:22
**husband** [1] - 167:20
**hypothetical** [1] - 65:5
**hypothetically** [1] - 163:2

**I**

**Ibarria** [3] - 43:5, 188:15, 200:20
**icon** [1] - 19:9
**ID** [6] - 15:11, 15:13, 15:14, 16:5, 40:9
**idea** [3] - 168:22, 172:6, 208:11
**identical** [1] - 169:24
**identification** [1] - 48:20
**identified** [4] - 101:24, 137:6, 137:7, 143:12
**identifies** [1] - 60:9
**identify** [5] - 93:23, 103:5, 189:13, 189:15, 208:21
**identifying** [1] - 189:22
**IG** [2] - 22:13, 22:15
**ill** [9] - 5:9, 5:10, 6:5, 6:19, 7:10, 7:14, 12:13
**illegally** [1] - 117:11
**illustrate** [1] - 109:9
**image** [12] - 17:6, 17:15, 17:16, 19:6, 20:5, 21:10, 21:19, 22:17, 33:12, 37:12, 37:14, 91:24
**imagine** [3] - 100:6, 218:23, 230:25
**immediately** [3] - 149:21, 172:10, 195:10
**impact** [5] - 215:5, 215:6, 230:14, 230:16, 230:18
**import** [1] - 188:9
**important** [4] - 6:13, 6:22, 161:4, 214:18
**impression** [3] - 171:3, 171:17, 237:11
**impressive** [1] - 214:13
**inaccurate** [1] - 82:23
**inclined** [1] - 66:15
**include** [3] - 19:9, 122:10, 136:11
**includes** [4] - 41:2,

142:24, 142:25, 143:1
**including** [1] - 7:1
**INDEX** [1] - 4:1
**indicated** [3] - 8:22, 101:15, 143:11
**indicating** [2] - 5:10, 47:24
**indication** [1] - 115:15
**indictment** [2] - 46:24, 53:25
**Industry** [2] - 106:11, 106:12
**influenced** [1] - 187:17
**information** [61] - 6:17, 24:2, 40:7, 44:5, 54:2, 54:7, 54:21, 56:9, 57:1, 57:4, 57:13, 63:4, 66:21, 66:22, 71:15, 72:13, 76:22, 78:1, 78:21, 80:24, 81:21, 82:4, 87:14, 90:19, 96:20, 97:21, 98:1, 108:2, 108:7, 108:11, 110:10, 112:23, 113:5, 126:5, 126:8, 126:9, 130:9, 132:3, 138:25, 146:2, 160:23, 161:1, 162:9, 162:13, 163:15, 163:18, 164:9, 164:12, 164:19, 164:23, 165:17, 167:23, 168:4, 192:10, 192:23, 193:1, 193:9, 231:18, 236:16
**initial** [1] - 50:13
**initiated** [1] - 179:12
**input** [1] - 5:12
**inquiry** [1] - 186:12
**inside** [4] - 199:4, 199:10, 230:24
**inspection** [1] - 108:6
**Instagram** [52] - 14:7, 14:19, 14:23, 15:10, 22:16, 23:22, 38:19, 39:11, 87:19, 87:20, 88:25, 91:23, 92:18, 93:3, 110:23, 111:1, 111:6, 111:11, 111:12, 111:13, 111:15, 111:16, 146:3, 146:6, 154:14, 154:21, 154:25, 155:4,

155:8, 155:13, 155:17, 156:4, 156:10, 156:15, 162:14, 162:16, 162:20, 162:25, 165:5, 165:23, 176:2, 177:5, 185:4, 185:6, 185:11, 190:3, 190:6, 190:8, 209:14, 211:2
**installments** [1] - 205:15
**instance** [2] - 65:3, 109:18
**instead** [4] - 72:6, 72:9, 82:25, 83:3
**instruct** [2] - 8:10, 86:9
**instructed** [1] - 9:5
**Instruction** [4] - 11:19, 84:2, 84:9, 186:13
**instruction** [13] - 11:20, 11:25, 13:3, 13:8, 13:10, 84:3, 84:14, 84:22, 89:9, 186:13, 186:16, 186:20, 186:22
**instructions** [3] - 11:15, 11:19, 48:7
**intend** [2] - 103:11, 121:6
**intended** [1] - 101:9
**intentionally** [2] - 131:9, 187:7
**interaction** [1] - 114:20
**interest** [3] - 67:5, 67:23, 128:25
**interested** [6] - 19:20, 60:7, 62:5, 62:6, 155:12, 191:19
**interesting** [1] - 66:21
**interests** [1] - 108:16
**interface** [1] - 113:19
**interference** [2] - 119:24, 119:25
**interpret** [1] - 150:18
**interrogated** [1] - 215:12
**interrogations** [1] - 223:22
**interview** [44] - 8:4, 85:1, 85:5, 85:12, 85:15, 101:10, 103:4, 104:18, 124:5, 124:7, 124:18, 125:2, 125:6, 125:8, 125:10, 125:22,

125:25, 129:10, 132:2, 132:25, 133:23, 134:2, 134:17, 137:6, 138:15, 138:21, 138:23, 139:2, 139:10, 139:13, 139:24, 140:6, 140:17, 140:18, 141:6, 142:10, 142:19, 142:20, 143:2, 148:24, 148:25, 168:19, 223:17, 223:22
**interviewed** [4] - 124:3, 124:4, 160:5, 170:17
**interviewing** [2] - 184:3, 184:9
**interviews** [2] - 11:23, 178:6
**introduce** [4] - 9:2, 10:12, 104:23, 143:24
**introduced** [5] - 101:5, 118:24, 143:19, 143:20, 145:12
**introduction** [1] - 9:14
**investigate** [5] - 39:12, 83:23, 87:9, 107:2, 166:22
**investigated** [1] - 107:14
**investigating** [4] - 39:15, 116:17, 158:23, 160:1
**investigation** [33] - 39:19, 41:16, 42:18, 43:21, 61:8, 84:25, 91:15, 93:5, 93:22, 96:22, 106:6, 107:9, 108:20, 108:23, 109:6, 112:22, 113:1, 113:3, 118:16, 118:17, 118:20, 120:8, 126:13, 131:5, 154:1, 154:14, 154:17, 156:25, 162:6, 177:23, 179:1, 179:11, 184:17
**investigations** [1] - 179:3
**investigative** [2] - 108:5, 179:5
**investigator** [6] - 107:10, 120:4, 120:25, 122:17,

123:10, 167:15
**invoice** [2] - 91:2, 91:7
**involved** [4] - 112:9, 126:10, 154:14, 171:8
**involves** [2] - 105:9, 167:10
**involving** [2] - 62:6, 154:1
**IOI** [5] - 106:9, 106:17, 106:21, 107:2
**IOIs** [1] - 107:10
**irrelevant** [2] - 65:10, 66:22
**issue** [18] - 6:24, 6:25, 7:25, 9:8, 10:15, 60:7, 61:9, 62:6, 66:13, 101:2, 102:7, 102:10, 102:20, 103:15, 104:14, 104:15, 144:20, 224:7
**issued** [2] - 8:2, 154:8
**issues** [8] - 7:5, 9:20, 9:21, 10:6, 64:12, 67:20, 151:13, 151:17
**italicized** [1] - 201:1
**item** [2] - 15:13, 198:13
**Item** [2] - 204:3, 206:18
**items** [3] - 10:12, 79:18, 79:21
**itself** [4] - 8:19, 86:12, 122:19, 125:8

**J**

**jail** [1] - 222:1
**JAMES** [1] - 1:4
**January** [6] - 73:13, 73:20, 74:4, 74:12, 76:6, 151:5
**Jesus** [2] - 43:10, 44:12
**Jewelry** [2] - 206:13, 208:4
**JG** [1] - 29:18
**jgssemn@gmail.com** [1] - 28:20
**job** [3] - 27:4, 150:4, 188:4
**John** [4] - 28:18, 29:18, 129:10, 129:13
**joins** [1] - 187:7
**joint** [6] - 10:2, 11:18, 167:20, 169:11,

169:24, 173:22
**jointly** [1] - 66:3
**Jorgerio90810** [1] - 37:18
**Jose** [2] - 41:21, 95:21
**Joseph** [1] - 44:17
**Jr** [3] - 10:7, 12:12, 198:15
**Jr@777** [1] - 38:18
**JUDGE** [1] - 1:4
**judgment** [1] - 5:18
**judicial** [1] - 240:7
**July** [10] - 15:16, 113:14, 113:16, 118:17, 124:1, 198:3, 198:14, 203:14, 204:10, 204:14
**June** [7] - 26:1, 108:18, 108:19, 112:25, 160:3, 160:4, 208:1
**juris** [1] - 119:21
**Juror** [1] - 5:7
**juror** [4] - 5:15, 5:16, 6:4, 12:18
**jurors** [2] - 6:14, 6:18
**Jury** [2] - 84:2, 84:9
**JURY** [2] - 1:17, 5:3
**jury** [64] - 5:6, 6:12, 6:22, 7:21, 8:10, 8:15, 9:5, 11:15, 12:4, 12:6, 12:7, 13:3, 13:9, 14:22, 15:9, 45:25, 64:10, 64:11, 67:3, 67:13, 67:15, 67:16, 67:17, 84:14, 86:9, 89:9, 89:24, 99:12, 99:13, 100:19, 101:2, 101:19, 102:24, 104:9, 105:14, 105:15, 109:10, 112:15, 125:17, 128:2, 140:7, 142:2, 142:3, 145:11, 147:18, 147:21, 148:15, 148:16, 160:24, 161:2, 161:11, 161:19, 164:20, 169:20, 169:22, 171:2, 171:5, 172:1, 172:6, 173:20, 213:13, 213:14, 213:16, 239:2
**Justice** [3] - 54:8, 64:2, 130:10

## K

**Katherine** [3] - 2:4
**Katherine.rykken@ usdoj.gov** [1] - 2:8
**keep** [14] - 38:25, 70:2, 74:16, 91:19, 178:13, 224:9, 224:19, 224:22, 224:25, 225:25, 226:12, 227:8, 229:1, 230:5
**kept** [12] - 7:6, 185:10, 185:15, 195:18, 224:1, 224:4, 224:7, 226:15, 226:17, 226:18, 226:21
**key** [1] - 110:22
**Kielwasser** [3] - 1:23, 240:10, 240:11
**killed** [1] - 170:20
**kind** [14] - 79:6, 79:10, 87:10, 92:1, 151:18, 151:25, 159:2, 193:24, 214:15, 218:14, 229:2, 230:25, 231:1
**kinds** [2] - 40:7, 91:15
**Kirkpatrick** [1] - 90:5
**KMC760** [1] - 21:13
**KMP_760** [1] - 21:5
**knowing** [2] - 115:3, 225:24
**knowledge** [14] - 39:19, 41:24, 42:4, 42:17, 91:14, 115:11, 126:21, 160:22, 179:10, 183:11, 183:24, 183:25, 184:17, 212:10
**known** [3] - 110:1, 189:1, 189:3
**knows** [4] - 46:18, 141:1, 158:16, 229:2

## L

**lab** [1] - 62:21
**labeled** [1] - 135:8
**labor** [1] - 52:9
**lack** [2] - 125:25, 152:17
**lacks** [1] - 158:15
**Lafusca** [2] - 29:13, 37:4
**lafusca1911** [5] - 32:2, 32:12, 32:19, 38:2,

39:4
**lafusca1911@ hotmail** [1] - 24:5
**Lafusca1911@ hotmail.com** [1] - 31:3
**lafusca1911@ hotmail.com** [7] - 25:24, 26:11, 27:2, 32:9, 33:20, 36:18, 38:5
**laid** [2] - 9:15, 11:2
**language** [3] - 11:21, 37:4, 38:2
**large** [5] - 66:13, 159:7, 215:5, 215:6, 217:7
**largest** [2] - 159:12, 159:14
**last** [21] - 6:5, 12:24, 15:3, 27:10, 28:23, 29:21, 54:18, 75:14, 93:8, 98:20, 135:11, 146:19, 151:6, 182:9, 182:18, 186:9, 186:11, 188:14, 188:24, 198:13, 204:3
**lasted** [1] - 148:25
**lastly** [1] - 185:3
**Latino** [1] - 152:24
**laugh** [1] - 29:15
**laughing** [1] - 29:15
**Law** [7] - 2:14, 2:18, 2:23, 119:17, 149:21, 149:23, 150:20
**law** [69] - 41:17, 41:22, 42:4, 42:12, 42:18, 43:1, 43:6, 43:11, 43:17, 43:21, 44:13, 44:19, 44:23, 45:12, 48:10, 48:22, 49:1, 102:4, 116:7, 118:10, 119:17, 119:21, 120:10, 120:24, 121:22, 121:23, 122:20, 123:12, 123:18, 132:11, 132:12, 133:24, 134:18, 136:9, 136:20, 136:21, 138:14, 139:3, 139:16, 140:1, 140:9, 140:10, 140:14, 141:13, 144:11, 144:12, 144:17, 144:18, 144:23, 145:1, 145:7, 145:9,

145:22, 145:25, 150:5, 150:8, 150:11, 150:13, 150:14, 150:17, 150:18, 150:25, 161:9, 166:21, 220:5
**law.com** [1] - 2:20
**Lawrence** [4] - 41:15, 41:16, 42:1, 42:15
**laws** [8] - 29:8, 122:9, 134:13, 134:22, 136:17, 137:22, 138:11, 145:19
**lawyer** [2] - 235:13, 237:22
**LAX** [1] - 211:9
**lead** [2] - 148:6, 155:9
**Leading** [5] - 53:15, 82:17, 194:20, 197:17, 200:14
**least** [5] - 131:11, 136:1, 145:3, 218:12, 235:4
**leaves** [1] - 27:6
**left** [46] - 5:8, 19:12, 23:4, 53:20, 58:18, 58:23, 59:9, 59:14, 59:16, 69:4, 69:11, 69:21, 70:2, 70:4, 70:10, 71:1, 73:22, 73:25, 74:8, 74:18, 75:16, 75:18, 75:24, 76:7, 76:25, 80:8, 81:15, 90:16, 90:17, 90:20, 91:6, 91:19, 92:15, 93:14, 98:8, 114:15, 118:8, 133:1, 156:4, 202:23, 204:1, 204:16, 204:23, 205:6, 206:21, 210:1
**left-hand** [1] - 202:23
**legal** [10] - 37:24, 65:15, 120:13, 122:21, 174:14, 174:19, 174:23, 175:5, 220:17, 236:22
**legally** [3] - 65:10, 66:22, 67:5
**less** [14] - 77:5, 77:6, 77:14, 77:16, 77:18, 77:20, 77:23, 80:10, 80:17, 80:19, 156:14, 240:5
**lesser** [1] - 202:6
**letter** [8] - 8:2, 8:6, 8:7, 8:19, 8:20, 8:22, 8:23, 122:14
**letting** [1] - 19:17

**level** [1] - 225:24
**liar** [2] - 229:12, 229:20
**Liberio** [1] - 42:25
**license** [16] - 13:15, 13:22, 48:25, 52:7, 52:13, 65:12, 120:10, 120:21, 132:7, 132:12, 134:18, 136:13, 137:8, 141:3, 144:19, 195:5
**licensed** [1] - 118:22
**lick** [1] - 133:18
**lie** [7] - 183:6, 183:15, 183:25, 184:1, 225:20, 230:6
**lied** [4] - 139:9, 139:11, 139:12, 178:2
**life** [4] - 214:23, 215:5, 215:7, 230:21
**light** [2] - 20:18, 118:16
**likely** [2] - 114:9, 184:11
**limine** [4] - 9:2, 9:22, 104:22, 142:8
**limit** [1] - 132:8
**limited** [7] - 11:20, 13:5, 13:13, 13:25, 84:3, 86:3, 117:5
**limiting** [4] - 11:25, 84:2, 186:16, 186:20
**line** [15] - 26:12, 26:14, 28:18, 29:21, 31:2, 50:18, 54:25, 56:4, 56:6, 59:6, 121:21, 123:7, 203:19, 204:4, 237:1
**lines** [3] - 28:21, 122:2, 122:5
**link** [2] - 171:5, 176:1
**lisa** [1] - 2:17
**lisa@houle** [1] - 2:20
**lisa@houle-law.com** [1] - 2:20
**list** [6] - 42:9, 42:23, 53:22, 54:9, 54:11, 61:20
**listed** [26] - 42:1, 42:15, 47:18, 49:14, 50:5, 55:9, 56:3, 58:1, 68:17, 68:24, 71:9, 73:25, 81:25, 92:22, 93:14, 94:10, 96:2, 96:19, 165:12, 182:7, 201:3, 202:13, 202:18, 206:16, 208:2

**listen** [2] - 114:17, 236:13
**listener** [1] - 136:25
**listening** [1] - 114:11
**listing** [3] - 70:8, 83:4, 94:15
**lists** [7] - 53:12, 54:9, 64:2, 77:3, 81:5, 88:22, 91:6
**literally** [2] - 155:20, 217:10
**live** [2] - 114:24, 188:2
**livelihood** [2] - 48:25, 52:10
**LLC** [1] - 208:4
**Loan** [2] - 206:13, 208:4
**local** [5] - 8:3, 48:10, 48:22, 134:11, 139:2
**located** [2] - 37:24, 88:25
**location** [1] - 114:2
**LOL** [4] - 19:5, 20:20, 29:8, 29:14
**long-standing** [1] - 152:9
**look** [37] - 22:13, 35:12, 35:16, 35:19, 38:16, 41:19, 46:9, 46:14, 54:24, 55:8, 60:8, 60:9, 61:2, 66:18, 76:21, 87:18, 102:22, 104:2, 121:20, 128:4, 129:19, 134:25, 146:8, 154:22, 156:10, 156:15, 163:20, 168:12, 173:8, 173:11, 173:13, 173:15, 173:17, 183:21, 199:12, 234:6
**looked** [11] - 71:17, 87:19, 95:3, 96:13, 123:2, 150:23, 205:24, 237:9, 237:15, 237:23, 238:4
**looking** [19] - 34:13, 35:20, 36:20, 38:19, 38:25, 68:16, 129:16, 155:8, 155:12, 157:14, 163:6, 173:25, 176:6, 193:25, 210:3, 210:4, 210:13, 234:25, 235:18
**looks** [6] - 17:4, 22:18, 90:9, 99:15, 142:10,

199:13
**Los** [6] - 1:17, 1:24, 2:6, 2:24, 188:3, 221:18
**lose** [2] - 148:11, 148:13
**lost** [1] - 7:2
**loud** [2] - 29:15
**love** [2] - 119:20, 153:4
**lowball** [1] - 34:14
**lowest** [2] - 17:25, 18:3
**Lugo** [2] - 97:9, 198:9
**lying** [10] - 183:6, 183:18, 220:4, 220:10, 224:23, 226:12, 229:10, 229:15, 232:3, 232:10

## M

**M71833429** [1] - 193:7
**mad** [4] - 219:9, 219:11, 236:2, 236:3
**mag** [1] - 33:2
**MAGS** [1] - 29:10
**mail** [39] - 24:5, 24:14, 24:18, 26:2, 26:4, 26:16, 28:17, 28:22, 29:3, 29:17, 29:25, 30:18, 31:2, 31:6, 32:2, 32:8, 32:10, 32:19, 32:21, 32:24, 33:21, 34:2, 34:11, 34:20, 36:13, 36:17, 36:19, 37:4, 37:7, 37:18, 38:2, 38:16, 38:17, 38:18, 39:7, 39:11
**mailing** [1] - 34:9
**mails** [5] - 24:13, 37:17, 39:3, 39:4, 39:8
**maintain** [1] - 110:14
**maintained** [3] - 39:21, 110:17, 230:22
**majority** [1] - 165:22
**make/model** [3] - 71:20, 78:20, 79:1
**Manhattan** [1] - 2:19
**manner** [2] - 131:5, 155:14
**Manuel** [1] - 188:23
**manufacturer** [3] - 40:14, 40:22, 62:21
**manufacturers** [1] -

62:1
**manufacturing** [1] - 65:8
**Maravilla** [1] - 43:20
**March** [3] - 92:17, 92:18, 95:1
**Mark** [1] - 236:25
**mark** [1] - 142:22
**mark.21** [1] - 16:14
**marked** [8] - 51:17, 57:23, 72:24, 85:8, 121:13, 142:21, 181:23, 182:20
**market** [2] - 157:5, 157:10
**markets** [1] - 157:4
**marking** [1] - 147:15
**marks** [1] - 33:5
**markup** [5] - 166:2, 171:21, 171:24, 173:21, 182:18
**match** [13] - 70:24, 74:5, 74:13, 76:7, 90:24, 91:8, 91:11, 92:19, 93:6, 204:15, 205:3, 205:5, 207:6
**matched** [1] - 109:21
**matches** [1] - 95:2
**material** [2] - 89:12, 89:13
**matter** [7] - 102:16, 107:14, 145:22, 145:23, 174:20, 223:6, 240:4
**matters** [2] - 12:10, 151:18
**mean** [21] - 22:15, 26:6, 53:20, 72:1, 106:22, 122:20, 122:24, 132:2, 152:9, 174:10, 174:12, 174:19, 174:20, 197:8, 199:24, 214:4, 225:6, 228:18, 229:1
**meaning** [3] - 154:21, 165:6, 174:14
**means** [13] - 29:14, 33:24, 35:24, 35:25, 36:1, 36:2, 40:12, 72:2, 72:7, 145:6, 155:25, 174:21, 236:20
**meant** [2] - 182:19, 229:18
**meet** [5] - 61:19, 189:4, 199:2, 199:4, 236:9
**meeting** [3] - 115:20, 117:23, 125:19

**member** [15] - 41:17, 41:22, 42:4, 42:12, 42:18, 43:1, 43:6, 43:11, 43:17, 43:21, 44:13, 44:19, 44:23, 45:12, 106:8
**members** [1] - 134:8
**memorize** [1] - 183:16
**memory** [3] - 224:12, 227:18, 227:19
**mental** [3] - 102:10, 120:25, 136:11
**mention** [2] - 137:21, 138:2
**mentioned** [11] - 24:4, 41:10, 43:25, 196:2, 198:23, 205:20, 206:4, 212:16, 212:19, 227:3, 231:8
**mentioning** [1] - 137:24
**merchandising** [1] - 190:25
**mere** [1] - 106:21
**merely** [1] - 122:18
**message** [18] - 5:9, 6:14, 6:22, 14:25, 16:9, 17:2, 18:13, 21:22, 25:22, 27:14, 27:22, 30:8, 37:8, 92:21, 111:25, 112:2, 164:24, 165:10
**messages** [11] - 10:7, 14:19, 15:25, 16:2, 18:17, 23:25, 92:22, 111:14, 112:8, 112:9, 163:22
**messaging** [1] - 18:16
**met** [8] - 189:3, 190:18, 193:20, 199:5, 222:23, 223:8, 223:16, 236:23
**Metro** [1] - 221:22
**Michael** [1] - 2:23
**Microsoft** [2] - 24:10, 36:13
**middle** [7] - 79:15, 181:15, 181:21, 191:5, 198:5, 209:11, 210:9
**might** [6] - 66:24, 123:6, 138:17, 148:6, 165:21, 219:16
**MIGUEL** [1] - 1:12
**Miguel** [2] - 206:15, 207:20
**millimeter** [1] - 30:13

**mind** [6] - 132:18, 133:11, 145:25, 146:4, 218:20, 218:25
**minimize** [3] - 178:10, 178:15, 184:5
**minimum** [3] - 72:10, 117:3, 135:19
**mint** [1] - 34:17
**minute** [3] - 7:23, 125:6, 132:25
**minutes** [3] - 125:8, 149:1, 213:8
**mischaracterizes** [1] - 177:17
**misdemeanor** [1] - 221:16
**mislead** [1] - 161:11
**misrepresented** [1] - 48:20
**miss** [1] - 143:18
**missed** [1] - 135:15
**missions** [1] - 151:13
**misspoke** [1] - 185:3
**misstates** [2] - 111:2, 183:8
**mistake** [1] - 135:22
**MKIV** [2] - 21:16, 33:18
**MNS0258** [1] - 165:3
**mock** [1] - 151:25
**model** [26] - 11:20, 21:16, 35:14, 35:15, 40:20, 40:21, 44:5, 49:15, 49:16, 54:4, 56:18, 56:19, 60:16, 60:17, 68:18, 74:25, 75:3, 81:19, 88:23, 93:25, 161:24, 193:2, 193:4, 205:5, 209:12
**models** [7] - 60:15, 61:4, 68:17, 79:8, 79:19, 79:22, 209:11
**modified** [3] - 68:12, 84:10, 84:12
**modify** [1] - 84:4
**moment** [17] - 84:5, 85:21, 88:12, 98:22, 141:17, 170:24, 176:18, 182:15, 202:22, 204:21, 212:16, 224:13, 226:3, 230:11, 230:20, 232:7, 232:21
**Monday** [7] - 5:15, 99:19, 100:15, 238:15, 238:19, 238:21, 239:5

**money** [7] - 143:22,
167:13, 167:16,
167:17, 170:4,
175:9, 199:7
**monitor** [2] - 60:8,
114:1
**month** [1] - 113:14
**months** [8] - 77:5,
77:18, 80:17, 151:7,
160:9, 169:21,
234:14, 234:15
**Morales** [3] - 42:16,
42:18, 43:14
**morning** [7] - 11:17,
24:1, 64:4, 100:15,
150:24, 186:17,
238:20
**most** [12] - 54:3,
61:15, 62:4, 103:14,
104:21, 114:9,
120:7, 138:25,
153:20, 158:22,
164:11, 165:22
**mostly** [3] - 102:1,
110:4, 114:19
**mother** [1] - 226:4
**motion** [4] - 9:3,
101:10, 104:22,
142:8
**motions** [2] - 9:21,
9:22
**move** [6] - 24:17,
31:18, 36:4, 105:2,
111:8, 172:23
**moves** [3] - 31:19,
85:17, 89:1
**moving** [2] - 105:8,
237:22
**MR** [156] - 4:4, 4:5,
4:6, 4:7, 6:1, 6:2,
7:16, 7:19, 7:22,
7:25, 8:16, 8:24,
10:1, 10:17, 10:19,
10:22, 11:8, 12:3,
14:9, 14:11, 24:21,
24:23, 31:21, 31:22,
36:6, 36:7, 53:15,
62:14, 62:18, 63:11,
63:14, 64:14, 64:17,
66:12, 66:20, 66:24,
82:17, 84:5, 84:17,
84:19, 85:19, 85:20,
88:10, 88:12, 88:15,
89:4, 89:6, 92:4,
92:7, 93:7, 99:24,
100:4, 100:14,
100:22, 101:22,
103:6, 103:17,
104:11, 104:20,
105:4, 105:18,

105:21, 111:4,
111:5, 111:9,
111:10, 115:2,
116:1, 116:13,
117:19, 117:20,
119:2, 119:6, 120:3,
120:18, 121:17,
122:25, 126:22,
127:23, 128:1,
128:3, 130:1, 130:4,
130:5, 130:24,
131:4, 132:18,
132:22, 135:3,
136:24, 137:2,
137:5, 137:20,
137:24, 138:4,
139:22, 139:23,
141:4, 141:17,
142:17, 143:1,
143:13, 143:17,
146:19, 146:25,
147:7, 147:14,
147:24, 148:11,
148:20, 148:21,
149:3, 149:7, 149:9,
152:20, 154:13,
158:20, 172:22,
175:1, 176:16,
177:16, 178:11,
182:25, 183:2,
185:18, 185:21,
186:18, 186:21,
194:20, 197:5,
197:17, 200:14,
200:22, 213:22,
213:24, 216:15,
216:16, 216:23,
218:20, 218:22,
219:22, 222:12,
222:14, 225:12,
227:16, 227:20,
227:21, 229:25,
236:19, 236:25,
237:4, 237:11,
237:17, 237:19,
237:24, 239:7
**MS** [123] - 4:4, 4:5, 4:7,
5:13, 6:10, 6:20,
7:11, 8:17, 11:12,
11:18, 11:24, 14:3,
14:14, 14:17, 25:3,
31:25, 36:3, 36:10,
46:17, 46:22, 47:2,
53:18, 55:22, 62:25,
63:2, 63:7, 63:18,
63:19, 66:1, 66:10,
67:9, 68:4, 68:7,
68:9, 82:19, 83:2,
84:7, 84:14, 84:21,
84:24, 85:17, 85:22,
86:5, 86:8, 86:18,

86:21, 87:1, 87:3,
88:7, 88:9, 88:16,
89:1, 89:17, 92:8,
93:12, 93:13, 98:22,
98:25, 99:4, 99:17,
99:20, 103:22,
111:2, 115:23,
116:8, 117:15,
120:13, 122:21,
126:19, 129:24,
130:22, 131:2,
132:17, 136:22,
137:16, 137:18,
137:23, 139:18,
140:24, 141:14,
147:11, 148:4,
152:17, 154:10,
158:15, 172:19,
174:23, 176:18,
176:21, 176:25,
177:20, 178:14,
178:18, 182:15,
182:17, 182:22,
183:8, 185:23,
186:15, 187:21,
187:24, 189:24,
194:22, 197:7,
197:19, 200:17,
200:24, 211:1,
212:24, 213:3,
213:5, 216:13,
216:20, 218:16,
219:20, 222:8,
225:10, 227:13,
236:15, 238:1,
238:5, 238:8, 238:12
**multiple** [3] - 61:14,
81:12, 123:4
**must** [11] - 49:11,
218:10, 219:9,
224:15, 224:22,
225:23, 230:1,
232:7, 232:8, 235:3,
235:24
**Mustang** [2] - 33:2,
33:3
**mute** [1] - 9:18
**mutual** [3] - 195:18,
197:3, 236:1

## N

**NA** [5] - 54:14, 54:23,
55:2, 78:15
**name** [35] - 12:24,
26:20, 30:2, 41:6,
41:7, 41:8, 41:11,
44:6, 45:11, 50:6,
51:9, 57:20, 72:20,
72:21, 157:23,

167:24, 186:9,
186:11, 188:12,
188:13, 188:14,
188:23, 188:24,
192:21, 197:22,
200:18, 200:19,
203:7, 203:8,
206:12, 206:14,
209:16, 209:23
**name/phone** [1] -
29:24
**names** [5] - 41:6,
41:19, 157:7, 198:6
**Natally** [1] - 42:11
**nature** [2] - 112:12,
214:3
**necessarily** [2] -
146:3, 150:11
**necessary** [7] - 7:17,
61:17, 102:15,
116:5, 121:1,
136:12, 184:23
**need** [10] - 5:12, 46:8,
46:14, 103:4,
112:15, 121:6,
147:12, 147:17,
165:21, 235:13
**needed** [2] - 113:5,
123:11
**needs** [3] - 46:2,
227:18, 227:19
**negative** [2] - 139:6,
169:8
**nerve** [2] - 224:15,
226:2
**nervous** [3] - 214:2,
218:10, 232:16
**never** [22] - 29:5,
118:14, 139:1,
139:9, 139:12,
140:17, 144:12,
154:5, 171:13,
173:7, 173:9,
173:10, 173:12,
173:14, 173:16,
176:3, 184:18,
216:9, 230:4,
233:19, 233:21,
236:2
**new** [8] - 22:1, 23:19,
32:13, 35:14, 36:24,
37:23, 43:19, 150:1
**New** [1] - 149:25
**next** [35] - 5:22, 5:24,
12:14, 15:25, 16:10,
17:13, 17:20, 17:24,
19:19, 19:25, 20:19,
21:25, 22:18, 23:18,
29:17, 33:3, 33:6,
35:17, 38:1, 56:24,

57:15, 76:17, 78:5,
79:5, 81:1, 81:9,
91:18, 94:13, 97:13,
135:12, 158:4,
165:1, 210:19,
210:22
**nice** [2] - 30:12, 38:25
**nickel** [6] - 21:24,
35:1, 35:12, 35:16,
35:19, 35:20
**night** [1] - 6:5
**nine** [1] - 180:16
**ninety** [1] - 78:14
**ninety-six** [1] - 78:14
**NMS0258** [1] - 173:6
**NO** [1] - 53:20
**non** [1] - 136:25
**non-hearsay** [1] -
136:25
**none** [3] - 31:20,
31:21, 31:22
**Noon** [1] - 100:17
**normal** [1] - 36:21
**North** [1] - 2:6
**Norwalk** [1] - 33:5
**Nos** [6] - 4:11, 4:12,
4:13, 31:24, 36:9,
86:4
**note** [2] - 65:18, 67:10
**notes** [1] - 170:18
**nothing** [10] - 65:14,
67:24, 67:25, 96:16,
99:4, 175:2, 176:16,
182:23, 186:3, 213:5
**notice** [1] - 101:9
**noticed** [1] - 169:19
**notices** [1] - 48:7
**novelties** [1] - 188:9
**NOVEMBER** [1] -
1:18, 5:1
**November** [3] - 50:8,
162:22, 215:11
**number** [62] - 7:1,
27:6, 27:7, 27:15,
28:5, 28:12, 28:13,
29:24, 40:13, 44:5,
46:23, 49:15, 49:16,
49:19, 53:24, 54:1,
59:13, 59:15, 59:20,
59:23, 69:11, 70:10,
70:14, 71:19, 74:18,
74:19, 74:22, 75:23,
77:7, 77:22, 81:18,
82:12, 83:18, 83:19,
88:6, 90:21, 90:23,
91:1, 94:24, 95:6,
95:16, 123:1,
129:16, 159:7,
161:22, 165:2,
166:7, 193:6, 193:7,

202:15, 204:23,
205:1, 206:19,
207:2, 207:3, 207:6,
207:24, 208:5,
227:9, 227:24
**Number** [2] - 71:19,
202:19
**numbered** [1] - 135:7
**numbering** [1] - 53:22
**numbers** [10] - 40:9,
56:5, 69:11, 79:10,
88:22, 89:25, 94:18,
94:19, 182:5, 204:22
**numerous** [1] - 160:6

**O**

**oath** [3] - 12:22,
164:11, 164:18
**object** [7] - 10:11,
10:20, 62:14, 93:8,
103:23, 178:11,
237:1
**objected** [2] - 10:15,
66:16
**objecting** [1] - 66:19
**objection** [58] - 9:18,
11:24, 24:20, 36:5,
53:15, 82:17, 85:19,
85:20, 86:1, 89:3,
89:7, 89:8, 102:25,
105:1, 105:2, 105:9,
111:2, 115:23,
116:8, 117:15,
120:13, 122:21,
126:19, 129:24,
130:22, 131:2,
132:17, 132:20,
136:22, 137:1,
137:16, 137:17,
137:18, 137:23,
139:18, 139:19,
140:24, 141:14,
152:17, 154:10,
158:15, 172:19,
174:23, 177:16,
183:8, 194:20,
197:17, 200:14,
200:22, 216:13,
216:20, 218:16,
219:20, 222:8,
225:10, 236:15,
238:7
**objections** [4] - 10:6,
10:25, 11:5, 146:17
**objective** [1] - 52:10
**obligation** [2] -
128:13, 220:17
**obligatory** [1] - 106:24
**obtain** [7] - 24:8,

39:23, 44:1, 45:16,
45:19, 87:11, 96:22
**obtained** [4] - 87:13,
90:19, 108:7, 138:25
**obtaining** [1] - 39:18
**obviously** [9] - 67:2,
100:1, 147:18,
150:13, 152:3,
160:15, 166:1,
217:16, 236:5
**occasional** [1] - 52:14
**occurred** [5] - 114:18,
115:20, 116:20,
136:2, 182:20
**October** [4] - 49:5,
51:20, 82:2, 129:8
**OF** [5] - 1:2, 1:8, 2:3,
2:11, 2:21
**off-roster** [36] - 22:8,
29:9, 32:25, 33:22,
34:15, 54:6, 55:8,
55:12, 55:15, 56:12,
56:15, 60:7, 61:9,
61:11, 62:20, 63:20,
63:22, 64:24, 65:7,
65:15, 67:10, 68:17,
71:20, 78:9, 78:13,
81:6, 82:12, 82:15,
82:20, 123:25,
124:20, 133:15,
133:19, 134:6,
134:13, 134:23
**offense** [2] - 120:6,
123:16
**offer** [8] - 11:2, 34:10,
62:24, 101:9,
101:18, 104:18,
146:2, 146:24
**offered** [11] - 7:4, 7:6,
13:4, 86:13, 105:11,
136:24, 143:10,
143:15, 146:9,
146:11, 186:25
**offering** [1] - 130:24
**offers** [1] - 10:24
**office** [1] - 7:4
**Office** [1] - 2:5
**officer** [19] - 26:24,
28:1, 30:13, 30:23,
31:10, 64:20, 66:8,
102:9, 102:21,
122:19, 129:13,
136:10, 136:16,
138:9, 139:12,
150:14, 186:25,
187:1, 189:25
**Officer** [105] - 8:21,
14:10, 14:11, 24:21,
24:23, 62:19, 65:22,
65:23, 65:25, 86:3,

89:4, 89:6, 100:5,
100:6, 101:3, 101:6,
102:2, 102:3,
102:18, 105:25,
107:9, 113:5,
113:11, 113:14,
113:20, 114:12,
115:4, 115:8,
115:16, 115:20,
116:4, 117:23,
117:24, 118:21,
120:11, 123:13,
124:1, 124:4,
124:11, 124:18,
124:19, 125:19,
125:21, 126:3,
126:10, 126:15,
126:17, 126:23,
127:9, 128:25,
129:9, 129:21,
130:7, 130:13,
130:18, 130:21,
131:5, 131:9,
131:14, 131:22,
132:5, 132:10,
132:15, 132:16,
133:23, 134:17,
134:22, 135:20,
136:1, 136:15,
136:17, 136:19,
137:7, 137:14,
137:21, 138:10,
138:23, 139:9,
139:12, 139:24,
140:13, 140:18,
140:23, 141:8,
141:11, 143:21,
144:7, 144:8, 144:9,
144:10, 144:16,
144:22, 145:8,
145:13, 145:21,
145:23, 148:24,
183:6, 183:25,
184:15, 184:24,
186:19, 186:21,
216:12, 217:16
**Officers** [1] - 65:11
**officers** [2] - 65:16,
144:14
**official** [3] - 154:2,
161:10, 240:11
**Official** [1] - 1:23
**often** [2] - 27:20,
178:10
**oftentimes** [1] - 45:22
**okcruz31** [1] - 22:24
**old** [4] - 38:11, 187:25,
188:1, 217:12
**older** [1] - 217:2
**ON** [3] - 2:3, 2:11, 2:21

**once** [10] - 12:21,
45:15, 54:22,
146:22, 148:2,
173:13, 199:25,
205:14, 212:4, 231:5
**One** [1] - 56:7
**one** [145] - 6:11, 6:15,
7:23, 10:7, 10:12,
10:13, 10:22, 12:11,
13:6, 16:10, 16:11,
17:4, 18:1, 18:5,
19:14, 19:25, 20:2,
20:14, 21:19, 21:21,
21:24, 21:25, 22:4,
22:11, 23:16, 23:18,
26:9, 28:11, 28:19,
29:18, 33:1, 33:4,
34:16, 35:13, 35:20,
36:3, 36:14, 38:11,
39:1, 40:12, 43:25,
46:25, 49:18, 50:18,
52:17, 52:21, 53:10,
53:13, 53:20, 54:23,
57:12, 60:15, 61:15,
63:13, 69:7, 69:12,
72:11, 72:18, 73:24,
76:4, 77:6, 78:5,
80:19, 80:20, 81:22,
81:24, 85:21, 88:12,
94:21, 97:17, 98:22,
102:12, 106:5,
115:8, 120:11,
122:13, 122:24,
124:16, 127:8,
131:11, 131:16,
133:13, 141:6,
141:17, 143:14,
146:19, 148:22,
151:12, 158:13,
161:2, 163:17,
163:23, 163:25,
165:1, 166:1, 171:7,
171:16, 174:11,
174:18, 176:18,
182:9, 182:15,
183:20, 187:6,
187:7, 190:5,
190:18, 191:8,
191:9, 191:14,
194:3, 195:11,
195:14, 195:25,
196:1, 196:4, 196:5,
196:7, 199:15,
202:14, 202:22,
204:3, 209:7,
209:11, 211:16,
216:2, 216:11,
216:17, 216:18,
218:13, 222:13,
223:2, 223:20,
225:20, 226:16,

229:2, 234:7
**one-line** [1] - 50:18
**ones** [16] - 22:10,
22:13, 35:23, 36:24,
37:10, 41:7, 45:13,
45:14, 54:11, 62:4,
81:6, 106:12,
109:18, 120:7,
174:11, 175:24
**open** [5] - 63:15,
146:15, 155:20,
222:9, 238:13
**opening** [1] - 101:1
**operation** [4] - 113:25,
179:13, 179:20,
180:8
**Operations** [2] -
106:11, 106:12
**operations** [2] -
151:25, 179:2
**opinions** [1] - 62:24
**opportunity** [9] - 7:6,
104:17, 114:17,
125:13, 128:18,
174:3, 213:18,
222:25, 236:8
**opposed** [2] - 93:9,
112:11
**opposition** [2] - 10:4,
142:8
**options** [1] - 5:14
**oral** [1] - 48:19
**Orange** [1] - 191:16
**order** [18] - 5:22, 5:24,
12:14, 15:2, 25:7,
25:8, 53:23, 101:16,
113:9, 145:4,
145:12, 156:1,
158:13, 160:23,
163:23, 165:11,
173:22, 227:10
**organized** [5] - 46:23,
57:1, 78:19, 78:25,
79:1
**orientations** [1] -
128:13
**original** [3] - 108:7,
175:14, 215:3
**originally** [1] - 21:16
**Oscar** [4] - 10:7,
42:16, 42:18, 43:14
**OTERO** [1] - 1:4
**others'** [1] - 13:17
**otherwise** [1] - 142:15
**ourselves** [1] - 6:16
**Outdoorsman** [2] -
202:24, 203:9
**outlined** [1] - 122:13
**outset** [1] - 177:2
**outside** [8] - 64:9,

99:11, 100:18, 142:1, 199:5, 199:7, 213:12, 239:1
**overnight** [1] - 222:2
**overruled** [21] - 53:16, 89:8, 116:9, 120:15, 122:23, 126:20, 138:1, 152:18, 154:11, 158:16, 172:21, 174:25, 177:18, 178:13, 183:9, 197:18, 200:15, 216:21, 222:11, 225:11, 236:18
**overt** [9] - 46:11, 46:23, 53:12, 53:24, 53:25, 56:3, 57:15, 58:20, 71:19
**Overt** [1] - 56:7
**own** [3] - 154:4, 154:9, 197:10
**owned** [1] - 176:8
**ownership** [1] - 176:13

**P**

**P-E-L-A-Y-O** [1] - 186:11
**page** [158] - 14:20, 14:23, 15:3, 15:5, 15:17, 15:19, 16:21, 17:1, 17:8, 17:13, 17:17, 18:13, 19:3, 19:14, 20:4, 20:5, 20:9, 20:10, 20:13, 21:3, 21:10, 21:21, 22:11, 22:13, 22:15, 22:16, 22:20, 23:1, 23:6, 23:9, 23:11, 23:13, 23:16, 25:7, 25:10, 25:13, 25:15, 25:17, 25:21, 27:13, 28:16, 29:2, 30:6, 30:19, 33:6, 33:12, 33:14, 33:16, 34:1, 34:8, 34:22, 35:10, 38:17, 40:1, 41:10, 41:12, 41:19, 42:1, 42:7, 42:9, 42:21, 42:23, 43:13, 43:19, 44:10, 44:16, 44:21, 45:1, 45:8, 46:23, 46:24, 47:5, 48:1, 49:9, 51:1, 51:19, 51:23, 52:21, 53:7, 53:8, 55:5, 56:14, 56:20, 57:14, 57:15, 57:22, 58:3, 58:19,

58:23, 58:24, 70:2, 70:3, 71:11, 72:14, 73:1, 73:2, 73:22, 74:17, 75:16, 75:17, 79:10, 79:18, 79:21, 90:3, 90:17, 92:10, 94:13, 95:5, 95:13, 95:24, 97:4, 97:7, 98:6, 98:11, 98:12, 98:15, 98:17, 119:1, 119:2, 121:16, 121:17, 128:5, 135:12, 142:19, 156:5, 191:4, 197:20, 197:25, 198:1, 198:5, 198:10, 200:10, 201:13, 202:11, 203:3, 203:25, 204:1, 204:3, 204:22, 206:9, 207:15, 208:12, 209:2, 209:18, 210:8, 211:19, 225:5, 226:22
**PAGE** [1] - 4:2
**pagers** [1] - 23:23
**pages** [8] - 17:1, 21:2, 46:5, 46:25, 51:2, 101:14, 135:12, 142:10
**paid** [8] - 38:24, 88:24, 158:1, 194:12, 194:17, 204:18, 205:10
**pair** [4] - 92:25, 164:1, 164:22
**Palario** [1] - 42:3
**paper** [1] - 170:20
**papers** [1] - 32:13
**paperwork** [9] - 33:3, 75:9, 116:5, 157:19, 196:23, 196:25, 197:9, 197:15, 200:2
**paragraph** [4] - 121:20, 122:1, 122:4, 122:5
**paragraphs** [1] - 128:9
**parallel** [1] - 128:22
**paraphrasing** [1] - 144:16
**parentheses** [6] - 26:22, 29:7, 31:9, 31:14, 35:16, 37:24
**parenthetically** [1] - 64:25
**park** [2] - 35:8, 150:4
**parking** [1] - 7:5
**part** [41] - 27:14, 52:16, 55:3, 65:21,

96:22, 102:3, 106:19, 106:24, 114:4, 114:6, 142:15, 142:16, 143:4, 143:16, 148:2, 151:21, 152:6, 152:11, 153:3, 153:6, 153:12, 153:14, 154:14, 158:24, 159:24, 160:18, 161:13, 162:6, 167:9, 169:10, 170:6, 171:1, 172:7, 175:21, 179:12, 180:8, 201:1, 202:8, 203:4, 224:9
**participant** [3] - 170:12, 172:16, 179:24
**participants** [1] - 36:17
**participate** [1] - 85:12
**particular** [11] - 16:4, 40:13, 40:21, 48:1, 49:10, 53:12, 57:7, 103:24, 131:24, 202:12, 202:14
**particularly** [3] - 113:5, 137:10, 183:20
**parties** [10] - 5:18, 8:10, 11:19, 14:4, 65:1, 66:1, 96:25, 116:23, 125:11, 148:17
**partly** [2] - 157:15
**partner** [10] - 129:9, 136:1, 136:16, 138:9, 138:24, 139:12, 139:25, 140:13, 140:22, 160:5
**partners** [1] - 121:22
**parts** [7] - 101:21, 103:3, 103:5, 104:17, 133:1, 133:4
**party** [2] - 18:8, 18:10, 18:11, 27:20, 33:24, 113:7, 122:14, 122:19, 126:5, 137:12, 137:22, 138:10, 138:15, 139:3, 139:16, 140:1, 140:9, 140:14, 141:13, 189:7, 189:8, 203:20
**passive** [2] - 170:11, 172:16

past [1] - 191:11
**pause** [1] - 120:2
**pay** [10] - 38:24, 62:1, 62:21, 65:8, 157:22, 194:10, 194:13, 199:6, 203:21, 205:13
**payment** [3] - 205:18, 205:25, 206:2
**payments** [1] - 17:12
**payoff** [1] - 207:8
**payor** [1] - 98:5
**PD** [1] - 26:6
**PELAYO** [2] - 4:6, 187:22
**Pelayo** [7] - 185:24, 186:10, 187:3, 187:25, 198:15, 223:21, 237:1
**Penal** [2] - 134:4, 138:14
**people** [10] - 106:13, 112:8, 126:13, 130:15, 153:4, 154:25, 159:3, 172:25, 184:3, 219:14
**per** [1] - 120:7
**percent** [7] - 26:15, 68:5, 77:23, 78:14, 80:22, 81:8, 83:22
**percentage** [6] - 77:9, 77:12, 80:21, 82:12, 83:18, 83:21
**perform** [2] - 214:21, 215:4
**period** [5] - 68:21, 72:10, 166:15, 166:17, 166:18
**permission** [8] - 101:23, 102:22, 103:7, 147:25, 193:21, 194:19, 194:23, 212:24
**person** [36] - 7:9, 13:16, 34:9, 35:6, 35:17, 41:3, 41:6, 41:9, 45:3, 47:20, 48:11, 48:14, 48:16, 49:24, 52:6, 52:7, 52:13, 57:11, 58:1, 75:7, 99:10, 123:4, 127:10, 128:14, 128:20, 131:24, 155:3, 155:25, 174:18, 178:16, 184:8, 187:8, 187:9, 201:6, 213:10, 238:25
**person's** [2] - 41:8,

44:6
**personal** [4] - 52:15, 52:16, 67:23, 237:2
**personally** [2] - 140:20, 180:11
**persons** [2] - 65:12, 141:24
**phone** [19] - 18:17, 19:7, 19:8, 27:6, 27:7, 28:5, 28:11, 28:13, 155:17, 179:19, 184:14, 184:18, 184:24, 215:12, 224:16, 226:12, 232:14, 232:15, 232:18
**phones** [1] - 18:16
**phonetically** [1] - 44:22
**photo** [4] - 92:1, 93:6, 93:23, 93:25
**photos** [3] - 112:3, 163:10
**phrase** [1] - 184:4
**physical** [2] - 7:5, 212:25
**pic** [4] - 17:4, 19:1, 34:3, 34:4
**PIC** [1] - 22:25
**pick** [4] - 17:12, 59:5, 100:9, 175:19
**pickup** [1] - 73:16
**pics** [3] - 16:1, 22:13, 26:23
**picture** [16] - 15:18, 17:18, 22:21, 23:6, 23:20, 25:21, 33:10, 162:17, 162:24, 208:13, 208:17, 209:21, 210:1, 210:3, 213:1
**pictures** [9] - 25:12, 25:19, 25:23, 61:7, 111:16, 156:15, 163:5, 163:6, 195:20
**piece** [3] - 15:21, 16:1, 189:15
**pistol** [11] - 15:18, 17:7, 17:16, 20:6, 21:11, 23:21, 25:12, 30:16, 32:11, 37:13, 206:18
**pistols** [12] - 22:18, 30:15, 37:13, 37:15, 60:11, 60:12, 61:1, 79:7, 79:12, 91:17, 91:25, 92:2
**pit** [1] - 230:25
**place** [11] - 8:13, 113:14, 113:23,

113:25, 114:11, 115:6, 117:13, 173:19, 179:22, 188:16, 214:13
**placed** [2] - 61:10, 135:3
**places** [1] - 76:2
**plain** [3] - 35:23, 36:20
**plaintiff** [1] - 1:10
**PLAINTIFF** [1] - 2:3
**play** [8] - 85:24, 86:5, 86:19, 86:22, 87:1, 210:19, 210:22, 210:24
**played** [3] - 86:20, 87:2, 210:25
**plea** [5] - 187:9, 187:12, 202:2, 202:5, 202:8
**plead** [1] - 201:21
**pleading** [2] - 146:24, 147:8
**pleadings** [1] - 146:2
**pled** [2] - 201:19, 214:11
**plus** [2] - 19:2, 33:2
**point** [20] - 7:14, 9:5, 28:11, 139:24, 146:19, 165:11, 178:10, 190:5, 190:10, 190:24, 192:19, 192:20, 219:2, 223:2, 223:15, 224:25, 229:13, 230:1, 236:12, 236:22
**points** [1] - 109:10
**police** [13] - 8:3, 26:8, 26:23, 28:1, 28:13, 30:13, 30:23, 31:10, 115:5, 122:19, 129:13, 134:12, 189:25
**policy** [1] - 151:18
**polish** [3] - 27:4, 35:13, 35:19
**polished** [1] - 35:4
**polite** [1] - 229:21
**politic** [1] - 159:2
**popular** [5] - 152:21, 152:22, 152:24, 152:25, 157:2
**Portillo** [2] - 42:25, 97:9
**Portillo-Lugo** [1] - 97:9
**Portillu** [1] - 198:9
**Portio** [1] - 188:25
**portion** [8] - 67:10, 68:4, 99:22, 104:3,

125:1, 127:14, 140:6, 203:18
**portions** [7] - 101:17, 103:8, 103:9, 103:12, 103:14, 105:10, 143:11
**POS** [1] - 16:7
**position** [3] - 5:21, 62:25, 101:13
**possessed** [1] - 57:10
**possession** [6] - 77:2, 80:9, 94:2, 94:5, 94:8, 177:24
**possibility** [1] - 100:1
**possible** [5] - 45:13, 121:23, 161:5, 164:12, 176:10
**possibly** [3] - 123:3, 123:6, 176:12
**post** [14] - 9:3, 15:6, 15:9, 15:12, 15:15, 16:5, 111:15, 112:5, 156:18, 162:20, 165:8, 165:9, 210:20, 211:4
**posted** [3] - 162:17, 210:9, 210:23
**posting** [2] - 112:1, 112:12
**postings** [1] - 111:17
**posts** [9] - 110:23, 111:6, 111:13, 112:3, 112:16, 146:3, 146:6, 156:11, 163:22
**potential** [1] - 178:25
**Potentially** [1] - 122:9
**potentially** [1] - 123:7
**power** [1] - 214:15
**Powley** [2] - 112:16, 112:19
**PPT** [7] - 17:21, 18:8, 33:1, 33:22, 33:24, 35:7, 37:24
**practice** [2] - 150:1, 150:11
**pre70** [1] - 19:17
**precisely** [1] - 104:4
**preclude** [1] - 100:10
**predecessor** [3] - 108:11, 108:14, 112:24
**preparation** [7] - 85:7, 109:12, 109:15, 116:25, 125:13, 133:8, 169:21
**prepare** [1] - 109:23
**prepared** [7] - 107:2, 109:9, 116:22, 117:22, 142:18,

170:24
**preparing** [3] - 160:13, 160:16, 173:19
**Prescott** [1] - 90:6
**presence** [10] - 12:5, 64:9, 67:14, 99:11, 100:18, 105:13, 142:1, 148:14, 213:12, 239:1
**present** [10] - 116:11, 147:17, 147:20, 148:17, 160:22, 198:22, 198:25, 200:2, 200:4, 213:17
**Present** [1] - 2:9
**presentation** [3] - 9:12, 102:11, 169:23
**presented** [6] - 101:19, 112:15, 114:16, 133:4, 170:8, 236:5
**presenting** [1] - 160:12
**presents** [1] - 145:10
**preserved** [1] - 143:25
**president** [1] - 131:6
**PRESIDING** [1] - 1:4
**pretrial** [2] - 66:14, 146:2
**pretty** [6] - 34:14, 117:5, 224:15, 224:22, 225:8, 235:24
**prevent** [1] - 62:10
**previous** [5] - 78:22, 107:10, 107:17, 207:16, 211:14
**PREVIOUSLY** [2] - 4:3, 14:15
**previously** [23] - 39:25, 53:3, 55:24, 78:6, 81:9, 82:8, 87:16, 87:23, 89:7, 90:2, 92:14, 94:14, 97:1, 97:14, 181:9, 188:17, 192:5, 197:21, 206:10, 208:13, 209:19, 210:23, 211:11
**price** [34] - 20:22, 23:4, 30:12, 34:4, 35:22, 37:20, 38:24, 88:24, 88:25, 90:12, 90:14, 91:5, 91:7, 91:11, 91:18, 93:1, 93:15, 93:20, 162:3, 162:5, 163:4, 163:14, 165:16, 171:23, 171:24,

175:25, 176:1, 181:7, 182:7, 182:20, 206:23
**prices** [11] - 22:14, 34:19, 35:7, 35:8, 37:25, 38:12, 87:18, 164:8, 181:15, 181:20, 182:12
**pricey** [1] - 22:10
**pricing** [5] - 38:21, 83:23, 87:9, 87:14, 180:15
**primarily** [1] - 110:12
**primary** [1] - 151:12
**primeco** [1] - 188:7
**principal** [1] - 52:10
**principle** [1] - 102:8
**printouts** [2] - 98:3, 156:3
**priority** [1] - 62:8
**prison** [1] - 235:1
**private** [23] - 18:8, 18:10, 18:11, 27:20, 33:24, 112:7, 112:11, 113:7, 122:14, 122:18, 126:5, 137:12, 137:22, 138:10, 138:15, 139:3, 139:16, 140:1, 140:9, 140:14, 141:12, 203:20
**privative** [1] - 126:12
**privilege** [3] - 236:17, 237:8, 238:10
**privileged** [1] - 236:15
**prob** [2] - 29:5, 38:24
**proble** [1] - 26:24
**problem** [1] - 215:10
**procedures** [1] - 172:25
**proceed** [8] - 5:16, 12:1, 12:19, 14:2, 89:15, 107:8, 119:5, 176:22
**proceeding** [1] - 12:13
**Proceedings** [1] - 1:16
**proceedings** [13] - 12:5, 64:9, 67:14, 99:11, 100:18, 105:13, 120:2, 142:1, 148:14, 170:12, 213:12, 239:1, 240:3
**process** [8] - 50:23, 71:8, 145:16, 199:25, 232:11, 232:14, 236:22, 236:23

**procured** [1] - 110:24
**produce** [1] - 151:18
**produced** [2] - 116:23, 124:8, 125:10
**product** [3] - 155:8, 155:10, 155:13
**products** [1] - 155:1
**Professional** [1] - 2:14
**profile** [1] - 155:3
**profit** [11] - 48:25, 52:11, 171:17, 171:20, 174:12, 174:13, 174:22, 175:6, 175:12, 176:5, 182:19
**profitable** [1] - 124:20
**profiting** [1] - 167:10
**prohibited** [8] - 13:16, 48:12, 48:15, 65:12, 127:10, 130:15, 212:9, 212:10
**prompt** [1] - 237:15
**prompted** [1] - 237:8
**proper** [1] - 117:25
**properly** [2] - 101:19, 131:10
**propose** [1] - 66:25
**proposed** [4] - 11:18, 11:19, 84:9, 84:14
**Proposed** [1] - 11:19
**prosecution** [11] - 9:1, 9:4, 110:11, 119:8, 122:15, 124:23, 166:6, 169:10, 170:7, 171:2, 173:18
**prosecutors** [1] - 160:9
**prove** [4] - 102:21, 123:20, 144:21, 145:5
**proven** [1] - 101:3
**provide** [2] - 40:7, 97:21
**provided** [8] - 102:23, 104:7, 109:19, 119:14, 135:4, 142:13, 144:6, 170:9
**provider** [1] - 185:15
**Prucha** [3] - 5:23, 6:25, 12:11
**public** [11] - 110:12, 111:18, 111:19, 111:22, 112:1, 112:5, 112:11, 154:19, 155:23, 155:25, 185:14
**publically** [1] - 111:21
**pull** [3] - 71:11, 96:19, 157:13

**pulled** [1] - 56:10
**punishable** [2] - 48:9, 48:21
**purchase** [50] - 37:19, 39:9, 41:7, 52:11, 54:18, 59:9, 69:15, 69:18, 72:9, 73:25, 74:3, 76:4, 82:15, 83:8, 83:12, 88:24, 90:12, 90:14, 91:5, 91:10, 94:23, 94:25, 95:2, 96:2, 96:5, 113:10, 113:13, 114:11, 115:4, 115:6, 115:17, 116:3, 116:16, 117:13, 118:7, 123:25, 128:14, 158:1, 162:3, 162:5, 171:23, 175:25, 178:20, 178:23, 178:24, 178:25, 180:12, 201:22, 212:11, 212:12
**purchased** [14] - 26:20, 46:2, 71:20, 81:13, 83:16, 88:23, 162:1, 173:3, 196:7, 208:6, 210:4, 210:5, 213:3, 221:10
**purchaser** [4] - 72:24, 130:9, 192:10, 192:23
**purchasers** [2] - 66:6, 129:1
**purchases** [14] - 41:2, 48:24, 52:14, 53:5, 69:5, 69:8, 71:14, 78:19, 83:4, 88:21, 94:16, 110:19, 126:11, 179:5
**purchasing** [4] - 48:12, 48:16, 191:20, 193:17
**pure** [1] - 171:20
**purely** [2] - 65:9, 106:23
**purpose** [14] - 11:21, 13:5, 13:13, 13:25, 14:1, 48:24, 84:3, 126:4, 133:17, 136:25, 148:7, 155:7, 169:17, 172:5
**purposely** [1] - 137:6
**purposes** [5] - 106:13, 111:20, 111:22, 131:8, 142:23
**pushing** [5] - 224:7, 225:25, 226:15, 226:18, 226:21

**put** [23] - 5:21, 46:20, 54:2, 55:18, 89:24, 90:16, 92:13, 96:20, 127:21, 131:21, 155:4, 155:9, 161:14, 163:15, 164:8, 173:4, 173:24, 174:3, 174:6, 175:22, 180:16, 194:25, 206:21
**puts** [1] - 112:4
**putting** [4] - 110:11, 128:12, 160:12, 172:15

## Q

**qualified** [1] - 62:24
**qualifies** [1] - 55:12
**questioning** [9] - 65:21, 67:3, 102:17, 128:25, 132:10, 136:15, 166:5, 237:1
**questions** [36] - 48:12, 49:23, 50:20, 64:18, 64:22, 67:4, 67:20, 67:22, 67:23, 67:24, 102:17, 103:12, 104:13, 105:24, 111:13, 126:18, 145:16, 149:4, 149:13, 159:23, 172:14, 177:1, 178:19, 180:14, 181:5, 185:19, 213:19, 223:21, 224:1, 224:5, 224:10, 224:17, 224:20
**quick** [1] - 213:7
**quickly** [5] - 63:16, 104:12, 136:4, 173:25, 181:13
**QuickPay** [1] - 198:14
**quite** [4] - 25:22, 66:1, 181:8, 214:14
**quote** [18] - 157:22, 216:12, 216:18, 216:19, 218:14, 222:19, 223:25, 225:16, 226:23, 226:24, 228:18, 228:19, 228:21, 229:1, 229:3, 231:17, 231:21, 233:6
**quoted** [1] - 225:17
**quoting** [1] - 144:12

## R

**Rachel** [1] - 2:13
**racketed** [1] - 104:3
**Rafael** [1] - 43:20
**raise** [1] - 185:25
**raised** [3] - 9:21, 9:22, 66:14
**range** [8] - 23:4, 35:22, 37:25, 198:2, 210:13, 211:9, 211:22, 212:6
**ranger** [1] - 150:4
**ranges** [2] - 35:7, 37:20
**rare** [1] - 32:14
**rarely** [1] - 154:2
**rather** [2] - 144:25
**Ratslaff** [1] - 145:2
**Raul** [1] - 45:2
**re** [1] - 164:16
**re-ask** [1] - 164:16
**reach** [3] - 27:1, 195:17, 195:19
**reached** [3] - 27:2, 30:16, 31:14
**read** [115] - 8:23, 11:15, 11:22, 13:8, 15:19, 15:25, 17:2, 17:20, 19:15, 21:4, 22:12, 22:24, 26:9, 26:16, 27:25, 28:21, 29:2, 29:4, 29:21, 30:1, 30:11, 30:20, 31:7, 31:8, 32:10, 32:12, 32:24, 33:16, 34:2, 34:11, 37:7, 38:18, 47:16, 48:4, 48:6, 49:14, 50:18, 51:13, 51:15, 52:4, 56:3, 56:5, 56:6, 58:15, 59:10, 59:15, 59:20, 71:17, 72:6, 74:8, 74:18, 77:3, 78:17, 80:6, 80:8, 81:2, 81:10, 82:8, 83:7, 84:2, 84:8, 89:9, 89:25, 90:10, 92:16, 92:21, 94:19, 94:25, 95:6, 95:16, 98:4, 98:6, 112:6, 112:7, 117:3, 118:5, 119:13, 120:17, 121:2, 135:11, 135:12, 135:18, 135:21, 135:22, 150:17, 165:2, 170:23, 186:17, 193:2, 193:9, 198:2,

198:8, 198:12, 200:19, 200:25, 201:4, 202:13, 202:18, 202:22, 202:23, 203:7, 203:19, 204:23, 204:25, 205:6, 206:11, 207:2, 207:19, 207:23, 209:9, 209:11, 209:23, 210:11, 225:16
**reading** [1] - 34:24
**reads** [2] - 18:13, 33:21
**ready** [2] - 12:1, 30:24
**realized** [2] - 232:8, 232:21
**really** [10] - 21:24, 107:16, 116:10, 150:5, 152:11, 155:17, 160:8, 184:23, 219:9, 230:1
**reason** [13] - 6:21, 7:11, 62:20, 64:23, 65:14, 128:17, 130:13, 133:4, 133:20, 170:1, 170:2, 170:3, 171:1
**reasonable** [2] - 123:20, 144:21
**reasons** [8] - 7:1, 55:8, 65:9, 110:18, 131:13, 143:9, 171:16, 178:16
**reassembled** [1] - 105:15
**reassembling** [2] - 67:16, 148:16
**receipt** [3] - 96:11, 203:5, 203:19
**receipts** [2] - 87:13, 162:6
**receive** [12] - 15:10, 24:12, 24:14, 28:3, 30:16, 30:24, 31:12, 103:3, 187:4, 190:24, 191:2, 194:10
**received** [41] - 4:11, 4:11, 4:12, 4:13, 4:14, 13:5, 13:12, 14:24, 23:23, 24:2, 25:2, 31:23, 31:24, 36:8, 36:9, 36:13, 40:4, 46:16, 46:21, 86:1, 86:3, 86:4, 87:20, 88:24, 89:11, 89:16, 91:12, 101:17, 108:11,

112:23, 126:6, 131:16, 143:8, 146:10, 149:16, 156:8, 162:6, 187:3, 192:19
**receiver** [1] - 130:9
**receiving** [6] - 26:25, 29:5, 44:7, 48:13, 48:16, 128:20
**recent** [1] - 26:20
**recently** [1] - 153:20
**recess** [7] - 64:5, 67:21, 100:16, 100:17, 141:21, 146:18, 213:6
**Recess** [3] - 64:8, 147:2, 213:11
**recipient** [1] - 41:6
**recognize** [11] - 28:8, 41:11, 41:20, 42:8, 42:10, 42:22, 42:24, 44:10, 45:12, 45:14
**recognized** [1] - 41:11
**recollection** [6] - 8:25, 134:25, 135:19, 135:25, 138:5, 227:15
**record** [68] - 5:5, 6:3, 8:18, 8:25, 11:9, 12:23, 13:16, 23:23, 32:24, 34:12, 39:20, 39:21, 41:3, 46:1, 47:16, 52:4, 57:13, 64:11, 67:10, 70:14, 70:21, 71:18, 76:12, 84:6, 84:11, 84:13, 86:7, 88:3, 88:14, 90:4, 91:23, 92:6, 92:18, 93:3, 94:15, 96:12, 97:1, 98:24, 100:20, 111:3, 119:15, 130:2, 131:10, 131:17, 141:20, 142:6, 142:14, 142:15, 142:16, 143:4, 143:16, 143:18, 143:25, 146:23, 147:5, 165:3, 165:5, 165:13, 173:11, 173:13, 173:15, 182:10, 186:8, 192:9, 205:24, 206:11, 221:5, 238:1
**recordable** [1] - 116:6
**recorded** [13] - 85:5, 101:11, 114:25, 124:5, 124:7, 125:2, 148:25, 184:24, 221:2, 222:25,

223:17, 240:3
**recording** [13] - 85:25, 86:11, 86:12, 86:14, 86:15, 86:16, 114:16, 116:19, 142:19, 143:1, 143:7, 143:8
**recordings** [3] - 84:15, 104:18, 223:9
**recordkeeping** [1] - 106:19
**records** [59] - 14:7, 14:23, 15:10, 24:14, 39:17, 39:23, 40:1, 44:1, 45:15, 45:17, 45:19, 54:22, 70:9, 72:2, 72:8, 75:20, 76:2, 76:23, 87:10, 87:14, 87:19, 88:24, 94:1, 94:5, 94:8, 95:11, 96:11, 96:19, 96:23, 97:4, 97:16, 99:2, 109:18, 109:21, 109:22, 110:1, 110:12, 110:16, 131:17, 132:3, 163:20, 168:1, 168:3, 168:6, 168:9, 170:9, 173:8, 173:17, 174:1, 174:17, 175:25, 176:6, 177:25, 185:6, 185:9, 185:10, 185:14
**recovered** [2] - 61:7, 177:22
**RECROSS** [2] - 4:6, 183:1
**recross** [1] - 182:24
**REDIRECT** [2] - 4:5, 176:24
**reduction** [1] - 240:6
**reference** [12] - 13:6, 18:5, 18:8, 65:19, 67:21, 100:8, 102:16, 104:4, 104:8, 106:9, 157:25, 187:1
**referenced** [2] - 104:22, 112:22
**referring** [4] - 10:16, 183:23, 226:22, 226:23
**refers** [2] - 40:15, 40:18
**reflect** [1] - 182:19
**reflection** [1] - 125:18
**reflections** [1] - 85:14
**refresh** [4] - 134:25, 135:18, 135:25,

227:14
**refreshed** [3] - 138:5, 227:18, 227:19
**regarding** [8] - 13:9, 13:17, 13:23, 102:23, 105:7, 147:5, 151:13, 237:1
**regardless** [1] - 123:1
**regional** [1] - 152:15
**register** [1] - 203:21
**regular** [2] - 12:17, 52:9
**regulated** [2] - 145:3, 151:16
**regulating** [1] - 159:4
**regulation** [1] - 106:18
**regulations** [2] - 133:15, 240:7
**regulatory** [1] - 106:13
**reiteration** [1] - 148:23
**relate** [2] - 66:6, 105:24
**related** [3] - 24:13, 39:9, 66:4
**relationship** [3] - 136:20, 140:9, 215:23
**relevance** [2] - 65:15, 154:10
**relevancy** [1] - 144:9
**relevant** [7] - 24:15, 65:24, 67:5, 103:14, 167:8, 184:25, 221:9
**reliance** [1] - 178:11
**relied** [3] - 109:23, 110:10, 114:19
**remember** [45] - 33:22, 113:16, 114:10, 114:11, 133:2, 149:15, 163:20, 163:21, 164:23, 165:20, 166:7, 166:12, 177:12, 178:3, 178:21, 181:10, 198:16, 204:18, 206:7, 219:25, 221:6, 222:15, 222:19, 222:21, 222:22, 223:23, 224:9, 225:3, 225:4, 225:13, 225:14, 225:15, 225:16, 225:19, 226:22, 226:25, 227:3, 227:7, 228:9, 228:10, 228:14, 229:4, 231:8, 238:16
**remind** [6] - 6:13, 6:21, 13:2, 45:25,

171:9, 229:9
**reminded** [2] - 12:21, 229:15
**Remington** [4] - 54:13, 54:15, 80:3, 193:4
**remote** [1] - 114:2
**removable** [1] - 26:23
**removed** [1] - 20:18
**repeat** [7] - 86:2, 175:20, 195:11, 212:18, 222:13, 226:16, 236:21
**repetitive** [2] - 48:23, 52:11
**rephrase** [6] - 117:18, 136:23, 137:2, 139:21, 152:10, 222:16
**report** [12] - 107:8, 107:13, 107:16, 108:7, 108:10, 114:20, 117:6, 117:9, 117:22, 180:4, 180:6, 184:20
**Reporter** [2] - 1:23, 240:11
**Reporter's** [1] - 1:16
**reports** [5] - 107:21, 107:25, 108:5, 170:18, 170:23
**represent** [1] - 57:8
**representative** [1] - 39:8
**request** [4] - 6:11, 6:12, 84:1, 143:7
**requested** [1] - 45:23
**requests** [1] - 227:13
**require** [2] - 110:13, 110:17
**required** [4] - 28:25, 52:13, 185:15, 202:8
**requirement** [2] - 8:13, 123:14, 123:15
**requirements** [6] - 61:17, 61:19, 61:21, 61:24, 62:4, 63:8
**reread** [3] - 11:15, 13:10, 51:20
**rereading** [1] - 11:24
**resale** [14] - 48:24, 52:11, 54:19, 57:2, 57:8, 70:1, 70:16, 70:22, 71:5, 71:22, 76:9, 76:13, 76:20, 80:7
**resales** [4] - 53:5, 69:5, 71:14, 78:19
**reserve** [1] - 147:25
**resold** [3] - 53:23,

71:21, 75:14
**resources** [3] - 166:22, 167:4, 168:13
**respect** [28] - 9:10, 9:13, 9:15, 40:15, 48:20, 84:7, 102:6, 103:7, 113:6, 117:25, 120:9, 131:7, 132:11, 133:15, 133:24, 134:5, 134:13, 137:10, 137:22, 139:3, 139:15, 139:16, 140:1, 140:7, 140:14, 147:15, 178:12, 186:19
**respectfully** [1] - 66:20
**respond** [5] - 20:15, 138:11, 158:17, 219:21, 228:17
**responded** [2] - 222:6, 225:6
**responds** [5] - 18:2, 18:22, 30:3, 35:6, 157:22
**response** [24] - 7:9, 16:14, 16:21, 20:24, 21:8, 22:6, 30:20, 32:12, 34:8, 35:3, 35:17, 35:21, 36:23, 37:22, 38:10, 38:22, 92:24, 101:8, 101:16, 103:21, 144:14, 144:15, 197:6, 229:1
**responses** [2] - 67:24, 138:8
**responsible** [1] - 235:21
**responsive** [1] - 126:17
**rest** [1] - 214:22
**restate** [1] - 12:23
**restrictions** [1] - 31:9
**restroom** [4] - 63:12, 63:17, 147:13, 213:7
**resume** [2] - 147:3, 239:5
**RESUMED** [2] - 4:4, 14:16
**return** [5] - 64:5, 99:8, 141:22, 213:7, 238:21
**reverse** [2] - 15:2, 25:7
**review** [19] - 68:20, 85:7, 104:6, 104:17,

105:10, 107:25, 108:5, 109:20, 116:2, 117:1, 117:5, 120:7, 125:14, 142:16, 165:8, 180:4, 180:6, 184:20, 222:25
**reviewed** [15] - 39:4, 39:17, 45:15, 54:3, 55:20, 68:14, 68:21, 68:23, 107:7, 107:13, 107:16, 107:20, 183:14, 183:16, 183:18
**reviewing** [3] - 108:2, 117:22, 132:3
**Revolutionary** [1] - 159:10
**revolvers** [3] - 60:10, 60:12, 61:11
**rewarding** [2] - 232:3, 232:5
**right-hand** [5] - 59:10, 91:3, 91:7, 204:11, 207:5
**rights** [1] - 145:15
**rise** [2] - 12:4, 141:25
**RM** [2] - 135:6, 183:12
**RobChevy@4545SS** [1] - 18:22
**Robinson** [2] - 2:13, 2:13, 2:14, 62:19, 64:15, 105:24, 146:8, 147:4, 159:23
**ROBINSON** [90] - 4:4, 4:6, 6:2, 7:16, 7:19, 7:22, 7:25, 8:16, 8:24, 12:3, 14:11, 24:21, 31:21, 36:6, 62:14, 62:18, 63:11, 64:14, 64:17, 66:12, 66:20, 84:5, 84:17, 85:19, 88:10, 89:4, 100:4, 100:22, 101:22, 103:6, 103:17, 104:11, 104:20, 105:4, 105:18, 105:21, 111:4, 111:5, 111:9, 111:10, 115:2, 116:1, 116:13, 117:19, 117:20, 119:2, 120:3, 120:18, 121:17, 122:25, 126:22, 127:23, 128:1, 128:3, 130:1, 130:4, 130:5, 130:24, 131:4, 132:22, 135:3, 135:6,

136:24, 137:2,
137:5, 137:20,
137:24, 138:4,
139:22, 139:23,
141:4, 141:17,
142:17, 143:1,
143:13, 143:17,
146:19, 146:25,
147:7, 147:14,
148:20, 148:21,
149:3, 177:16,
178:11, 182:25,
183:2, 183:12,
185:18, 186:18
**Rodriguez** [8] - 2:22,
2:23, 147:13,
147:22, 149:6,
185:20, 213:21,
239:4
**RODRIGUEZ** [62] -
4:5, 4:7, 6:1, 10:1,
10:17, 10:19, 10:22,
11:8, 14:9, 24:23,
31:22, 36:7, 53:15,
63:14, 66:24, 82:17,
84:19, 85:20, 88:12,
88:15, 89:6, 92:4,
92:7, 93:7, 99:24,
100:14, 119:6,
132:18, 147:24,
148:11, 149:7,
149:9, 152:20,
154:13, 158:20,
172:22, 175:1,
176:16, 185:21,
186:21, 194:20,
197:5, 197:17,
200:14, 200:22,
213:22, 213:24,
216:15, 216:16,
216:23, 218:20,
218:22, 219:22,
222:12, 222:14,
225:12, 227:16,
227:20, 227:21,
229:25, 236:19,
239:7
**Ronin** [30] - 50:2,
60:2, 60:3, 75:10,
75:11, 82:9, 83:5,
83:6, 83:8, 83:10,
83:12, 83:17, 107:3,
108:4, 110:23,
113:1, 113:4,
113:22, 114:15,
129:1, 129:4, 129:7,
129:17, 129:23,
130:8, 131:7,
155:23, 177:5,
185:7, 185:8
**roof** [1] - 235:8

**room** [2] - 190:14,
238:3
**Room** [1] - 1:24
**Rosecrans** [1] - 2:18
**roster** [57] - 22:8,
29:1, 29:9, 32:25,
33:22, 34:15, 54:6,
54:9, 54:10, 54:16,
55:3, 55:8, 55:12,
55:15, 55:19, 55:20,
56:12, 56:15, 60:7,
61:9, 61:11, 62:20,
63:3, 63:20, 63:22,
63:25, 64:2, 64:24,
65:7, 65:15, 67:10,
68:11, 68:14, 68:17,
68:21, 69:1, 71:20,
78:9, 78:13, 78:15,
81:3, 81:6, 81:7,
82:12, 82:15, 82:20,
123:25, 124:20,
133:15, 133:19,
134:6, 134:13,
134:23
**roughly** [1] - 199:18
**round** [1] - 172:2
**routine** [2] - 106:18,
106:23
**row** [5] - 19:11, 57:12,
59:6, 83:7, 83:13
**rows** [1] - 89:23
**RPR** [2] - 1:23, 240:11
**Rudy** [2] - 43:15,
43:16
**Rule** [3] - 101:12,
102:8, 143:24
**rule** [5] - 11:3, 103:25,
104:22, 106:17,
146:8
**ruled** [3] - 9:14, 9:23,
146:16
**rules** [3] - 55:18,
133:14, 134:5
**rulings** [2] - 147:6,
178:12
**Russell** [2] - 28:18,
29:18
**RYKKEN** [115] - 4:4,
4:5, 4:7, 8:17, 11:24,
14:3, 14:14, 14:17,
25:3, 31:25, 36:3,
36:10, 46:17, 46:22,
47:2, 53:18, 55:22,
63:2, 63:18, 63:19,
66:1, 66:10, 67:9,
68:4, 68:7, 68:9,
82:19, 83:2, 84:7,
84:14, 84:21, 84:24,
85:17, 85:22, 86:5,
86:8, 86:18, 86:21,

87:1, 87:3, 88:7,
88:9, 88:16, 89:1,
89:17, 92:8, 93:12,
93:13, 98:22, 98:25,
99:4, 99:17, 99:20,
103:22, 111:2,
115:23, 116:8,
117:15, 120:13,
122:21, 126:19,
129:24, 130:22,
131:2, 132:17,
136:22, 137:16,
137:18, 137:23,
139:18, 140:24,
141:14, 147:11,
148:4, 152:17,
154:10, 158:15,
172:19, 174:23,
176:18, 176:21,
176:25, 177:20,
178:14, 178:18,
182:15, 182:17,
182:22, 183:8,
185:23, 186:15,
187:21, 187:24,
189:24, 194:22,
197:7, 197:19,
200:17, 200:24,
211:1, 212:24,
213:3, 213:5,
216:13, 216:20,
218:16, 219:20,
222:8, 225:10,
227:13, 236:15,
238:1, 238:5, 238:8,
238:12
**Rykken** [6] - 2:4,
103:19, 127:13,
183:5, 184:2, 184:14

---

# S

**safe** [4] - 61:15,
114:14, 190:14,
233:24
**safety** [5] - 61:17,
61:22, 62:6, 62:8,
62:9
**sale** [17] - 18:9, 27:20,
33:1, 37:24, 38:8,
90:5, 110:1, 118:7,
122:24, 131:10,
165:7, 171:22,
171:23, 172:3,
172:7, 173:4, 192:9
**sales** [22] - 17:21,
27:21, 33:23, 39:9,
41:2, 51:6, 52:14,
83:4, 83:10, 83:12,
94:15, 94:16,

108:15, 123:1,
123:4, 126:11,
129:4, 129:16,
129:18, 130:2,
130:19, 167:10
**sample** [1] - 24:1
**Samsung** [1] - 18:23
**Samuel** [2] - 44:22,
95:12
**Sauer** [1] - 80:4
**savings** [2] - 97:18,
97:19
**saw** [18] - 18:6, 22:4,
31:8, 57:4, 93:6,
93:23, 114:19,
117:14, 118:5,
118:14, 156:11,
162:14, 167:19,
190:14, 190:17,
205:19, 207:16,
237:14
**scanned** [1] - 26:15
**scary** [1] - 224:22
**schedule** [1] - 99:15
**scheduled** [1] -
100:15
**school** [13] - 119:17,
119:21, 120:24,
136:9, 149:19,
150:5, 150:9,
150:21, 150:25,
216:24, 217:3,
217:5, 217:17
**School** [1] - 119:17
**score** [1] - 26:15
**scratches** [2] - 20:18,
26:21
**screen** [16] - 19:7,
46:20, 47:1, 53:2,
89:19, 89:20, 90:16,
90:20, 115:7,
121:10, 156:11,
165:20, 181:13,
188:16, 207:14,
211:13
**scroll** [1] - 162:16
**scrolled** [1] - 162:25
**search** [9] - 24:8,
110:24, 155:13,
156:8, 177:4, 177:6,
177:8, 185:3, 208:19
**searched** [2] - 212:17,
212:19
**seat** [8] - 12:14, 12:16,
67:18, 99:13,
105:19, 148:18,
213:20, 239:3
**seated** [2] - 109:2,
189:19
**second** [39] - 19:11,

20:7, 21:3, 26:12,
31:2, 37:14, 49:18,
56:3, 60:16, 66:4,
73:14, 81:17, 82:2,
83:9, 86:22, 91:1,
91:10, 94:21,
108:13, 122:1,
122:5, 122:8,
133:13, 148:1,
190:18, 194:5,
194:6, 196:11,
202:14, 203:19,
205:25, 214:9,
214:10, 223:20,
225:1, 228:6,
228:15, 228:17,
231:6
**secondary** [1] -
137:11
**secondly** [1] - 9:1
**seconds** [2] - 156:14,
156:17
**Section** [7] - 2:5, 48:5,
50:20, 52:5, 73:5,
134:5, 200:18
**section** [20] - 47:8,
49:11, 50:12, 51:9,
106:11, 106:12,
119:13, 136:5,
163:16
**see** [99] - 11:14, 14:20,
20:11, 25:8, 26:22,
27:22, 29:1, 38:21,
46:5, 47:5, 49:23,
51:3, 53:7, 53:8,
54:13, 54:24, 54:25,
55:10, 55:20, 56:13,
56:20, 58:6, 58:18,
58:20, 58:21, 58:25,
59:25, 70:11, 70:13,
70:16, 71:2, 71:23,
73:4, 73:6, 73:14,
74:1, 75:23, 76:1,
82:20, 88:17, 90:20,
94:1, 95:5, 95:15,
109:20, 111:17,
111:20, 111:22,
112:1, 114:7, 116:2,
118:21, 121:3,
122:3, 122:10,
125:21, 128:6,
130:14, 130:17,
131:9, 131:20,
131:21, 134:5,
135:15, 156:15,
157:17, 157:20,
165:23, 166:19,
173:3, 174:11,
175:15, 181:15,
181:18, 181:21,

182:2, 190:10, 190:13, 190:18, 191:7, 191:13, 192:5, 192:14, 199:22, 201:9, 201:14, 203:5, 204:3, 204:6, 204:12, 206:14, 206:16, 207:8, 207:9, 207:17, 207:21, 209:3, 210:8, 237:3
**seeing** [1] - 61:6
**seeking** [3] - 102:22, 104:23, 128:14
**seized** [2] - 208:18, 212:22
**selected** [2] - 132:24
**selecting** [1] - 124:23
**selfie** [2] - 162:19, 163:2
**sell** [5] - 31:9, 38:25, 78:11, 111:23, 117:10
**seller** [2] - 49:12, 49:24
**seller's** [1] - 50:5
**selling** [14] - 34:16, 60:3, 124:19, 130:15, 130:18, 131:23, 143:22, 155:1, 171:3, 175:5, 175:11, 180:22, 180:25, 191:17
**sells** [2] - 52:15, 190:2
**semiautomatics** [3] - 60:13, 60:14, 60:19
**Senador** [1] - 157:9
**send** [6] - 6:22, 18:17, 22:13, 34:4, 130:10, 195:20
**sending** [2] - 6:14, 26:24
**sense** [1] - 117:11
**sent** [12] - 17:17, 25:13, 26:4, 27:11, 29:12, 30:4, 30:8, 31:16, 32:16, 33:7, 34:3, 34:6
**sentence** [2] - 122:2, 202:6
**separate** [3] - 15:11, 187:2, 238:20
**separately** [1] - 143:12
**September** [6] - 85:4, 97:12, 141:6, 141:9, 148:24, 150:8
**Serial** [1] - 202:19
**serial** [45] - 40:13,

44:5, 49:15, 49:16, 49:19, 54:1, 59:13, 59:15, 59:20, 59:23, 69:10, 69:11, 70:10, 70:13, 71:19, 74:17, 74:19, 74:22, 75:23, 88:22, 89:25, 90:20, 90:23, 91:1, 94:18, 94:19, 94:24, 95:6, 95:16, 161:21, 165:2, 193:6, 193:7, 202:15, 204:22, 204:23, 205:1, 206:19, 207:2, 207:6, 207:24, 208:5
**series** [4] - 18:4, 109:9, 110:23, 178:19
**serious** [2] - 159:6, 159:19
**seriously** [1] - 7:14
**seriousness** [1] - 184:5
**service** [2] - 153:24, 185:15
**session** [1] - 238:17
**sets** [2] - 119:9, 155:3
**setting** [1] - 234:10
**seven** [1] - 127:20
**several** [10] - 21:9, 24:18, 26:21, 35:4, 37:23, 60:9, 60:15, 143:10, 172:20, 180:14
**severance** [1] - 66:13
**sexist** [1] - 235:9
**shared** [1] - 5:11
**shelf** [2] - 22:18, 22:19
**ship** [2] - 28:4, 31:13
**shipped** [1] - 28:23
**shirt** [2] - 189:17, 191:3
**shit** [1] - 144:13
**shooting** [3] - 211:21, 212:6, 212:8
**shop** [3] - 16:15, 16:24, 113:22
**short** [6] - 103:13, 141:21, 178:13, 210:19, 210:22, 213:6
**shot** [2] - 19:7, 211:13
**shotgun** [4] - 54:15, 80:3, 194:6, 196:2
**shots** [3] - 115:7, 156:11, 165:20
**show** [86] - 14:19, 14:25, 16:25, 17:6, 18:12, 19:6, 19:14, 20:4, 20:5, 21:2,

21:12, 21:21, 22:17, 22:20, 23:16, 25:4, 27:13, 30:6, 31:1, 32:1, 32:7, 32:18, 33:6, 34:1, 34:22, 35:2, 36:11, 36:16, 37:3, 37:6, 37:12, 37:16, 38:1, 39:25, 44:4, 46:4, 46:24, 51:1, 51:14, 53:3, 53:7, 55:23, 56:17, 56:24, 57:14, 76:17, 78:5, 78:17, 80:5, 81:1, 81:4, 81:9, 82:7, 89:24, 90:2, 91:24, 94:13, 96:25, 97:13, 98:11, 144:25, 146:4, 154:1, 161:5, 162:21, 163:1, 173:20, 174:17, 175:19, 177:23, 177:25, 181:12, 190:22, 191:4, 191:15, 192:4, 197:20, 200:10, 203:25, 206:9, 208:12, 208:15, 209:2, 209:18, 209:21, 211:10
**showed** [6] - 8:6, 8:19, 127:13, 169:11, 171:13, 172:11
**showing** [6] - 41:5, 72:8, 78:8, 170:4, 173:21, 204:4
**shown** [6] - 125:17, 160:19, 161:18, 166:6, 166:18, 169:12
**shows** [10] - 44:5, 88:23, 153:12, 153:15, 153:21, 153:25, 154:3, 158:19, 180:16, 191:11
**sic** [5] - 26:24, 34:5, 89:20, 118:6, 128:17
**sic]** [1] - 35:7
**side** [13] - 34:5, 57:5, 58:18, 59:11, 75:9, 91:3, 91:7, 91:21, 202:23, 204:11, 207:5, 234:1
**Sidebar** [2] - 62:17, 237:5
**sidebar** [1] - 237:3
**SIG** [1] - 80:3
**sign** [3] - 52:18, 197:9, 197:13

**signature** [7] - 49:2, 50:15, 58:25, 73:14, 73:16, 201:14, 201:17
**signed** [9] - 37:1, 38:14, 51:20, 52:25, 58:8, 73:8, 75:11, 197:14, 201:25
**signify** [1] - 72:8
**signs** [1] - 34:20
**similar** [14] - 10:5, 44:5, 44:9, 50:22, 56:19, 57:1, 57:3, 71:8, 71:13, 71:16, 73:4, 79:13, 80:24, 82:4
**similarly** [1] - 44:1
**simply** [1] - 63:24
**single** [1] - 96:18
**sit** [2] - 141:6, 170:15
**sit-down** [1] - 141:6
**sitting** [3] - 12:18, 189:16, 237:22
**situation** [6] - 131:9, 142:18, 163:12, 184:5, 219:13, 235:25
**six** [11] - 77:5, 77:18, 78:14, 79:2, 80:17, 83:20, 103:13, 143:14, 151:7, 165:15, 165:16
**Sixth** [2] - 145:14, 145:15
**size** [1] - 35:14
**sleep** [1] - 216:9
**small** [4] - 25:22, 114:13, 170:20, 171:4
**smiling** [1] - 119:20
**snippets** [1] - 143:21
**social** [1] - 218:2
**sold** [30] - 32:25, 39:12, 39:15, 81:5, 83:16, 87:12, 92:25, 93:9, 93:10, 95:20, 95:22, 115:16, 129:22, 130:9, 164:1, 172:24, 173:7, 173:9, 173:10, 173:12, 173:14, 173:16, 173:24, 174:8, 174:12, 174:13, 174:16, 174:21, 175:16, 176:4
**soliciting** [1] - 66:21
**solid** [1] - 7:9
**solves** [1] - 66:13
**someone** [6] - 50:5,

155:12, 166:23, 196:9, 196:10, 196:21
**sometimes** [3] - 155:4, 163:10, 178:6
**soon** [2] - 27:5, 29:7
**sooner** [1] - 104:16
**sorry** [32] - 26:4, 38:4, 56:7, 74:24, 83:18, 85:11, 88:3, 92:4, 94:24, 98:2, 118:2, 122:4, 132:1, 132:4, 135:22, 140:17, 148:5, 152:15, 159:15, 161:8, 165:2, 169:1, 169:9, 170:13, 182:15, 203:25, 206:22, 216:15, 222:16, 227:13, 228:6, 238:10
**sort** [2] - 6:12, 25:6
**sounds** [2] - 5:13, 129:20
**source** [1] - 162:9
**south** [1] - 152:21
**spam** [1] - 26:15
**Spanish** [8] - 32:4, 36:14, 37:4, 38:2, 92:11, 157:7, 157:10, 157:16
**speaking** [6] - 86:24, 123:24, 140:13, 163:2, 193:23, 218:24
**Special** [17] - 13:4, 13:9, 13:11, 87:7, 108:24, 109:1, 114:13, 114:20, 117:5, 117:7, 132:13, 160:5, 173:6, 178:20, 180:2, 215:12, 216:10
**special** [7] - 11:16, 66:9, 112:20, 121:21, 146:15, 161:9, 173:19
**specifically** [4] - 108:6, 121:6, 176:8, 201:21
**specifics** [1] - 112:21
**speculate** [1] - 163:24
**speculation** [2] - 140:25, 219:20
**speed** [1] - 9:16
**spell** [2] - 12:24, 186:9
**spelled)** [1] - 44:22
**spend** [1] - 184:22
**spent** [3] - 160:8,

160:15, 173:18
**spoken** [9] - 9:11,
64:19, 138:23,
139:2, 148:4,
158:22, 159:14,
215:16, 219:4
**spot** [1] - 7:5
**spreadsheet** [1] - 98:1
**spreadsheets** [2] -
97:24, 98:2
**Spring** [1] - 2:6
**spun** [3] - 233:7,
233:21, 234:8
**SS** [5] - 29:19, 35:13,
35:23, 35:24
**stack** [1] - 191:6
**stainless** [6] - 35:4,
35:16, 35:19, 35:25,
36:25, 37:10
**stamp** [2] - 202:23,
221:5
**stand** [4] - 8:24, 9:18,
214:22, 215:4
**standing** [1] - 152:9
**stands** [3] - 103:20,
197:6, 219:21
**start** [15] - 5:15, 11:16,
13:2, 17:1, 19:15,
34:22, 100:10,
104:9, 104:10,
104:25, 105:10,
105:12, 216:15,
238:15, 238:23
**started** [3] - 136:6,
223:5, 234:4
**starting** [1] - 15:20
**starts** [2] - 16:5, 29:22
**State** [10] - 28:1,
30:13, 31:11, 45:16,
110:13, 110:16,
134:22, 149:25,
150:1, 153:16
**state** [19] - 22:7,
48:10, 48:22, 83:3,
102:10, 110:12,
116:6, 121:1,
131:15, 131:25,
132:18, 134:11,
136:11, 145:25,
146:4, 149:24,
186:8, 218:20, 238:1
**statement** [16] - 8:5,
8:9, 8:11, 8:14,
13:15, 48:19, 101:1,
101:6, 101:11,
131:10, 142:9,
145:24, 163:16,
184:23, 201:22,
201:24
**statements** [11] - 9:3,

9:6, 11:3, 11:22,
101:18, 104:23,
144:15, 146:9,
146:11, 172:4,
183:23
**STATES** [2] - 1:1, 1:8
**states** [2] - 157:19,
240:7
**States** [6] - 100:21,
110:13, 119:10,
119:14, 159:4,
234:17
**station** [1] - 159:15
**stationed** [2] - 153:17,
153:19
**status** [12] - 28:2,
30:14, 30:24, 31:11,
34:15, 54:6, 81:3,
82:12, 82:15, 82:21,
187:14, 192:15
**statute** [4] - 120:8,
123:14, 123:15,
137:15
**stay** [1] - 7:7
**steel** [4] - 35:19,
35:25, 36:25, 37:10
**stems** [1] - 108:6
**stenographically** [1] -
240:3
**step** [1] - 142:4
**stick** [1] - 107:22
**still** [11] - 12:22,
20:22, 50:21, 60:6,
109:20, 176:8,
176:12, 195:25,
216:1, 216:2
**stipulate** [1] - 5:25
**stipulated** [1] - 14:8
**stomach** [1] - 231:1
**stood** [2] - 237:16,
238:9
**stop** [3] - 99:6,
146:20, 232:9
**store** [7] - 18:25,
199:4, 199:10,
199:16, 199:23,
200:1, 200:7
**straight** [1] - 150:3
**straightforward** [1] -
175:4
**straw** [3] - 66:6,
126:11, 130:18
**street** [1] - 221:22
**Street** [3] - 1:24, 2:6,
221:21
**stressful** [1] - 235:5
**strike** [2] - 161:8,
228:6
**strongly** [1] - 144:25
**student** [1] - 123:18

**studied** [1] - 138:14
**stuff** [2] - 199:13,
199:14
**style** [1] - 61:1
**subject** [10] - 9:2,
24:22, 24:24, 26:14,
31:4, 33:16, 64:24,
102:7, 122:15,
133:19
**submitting** [1] -
131:14
**subpoena** [4] - 156:9,
168:6, 168:9, 185:5
**subpoenaed** [1] -
185:8
**subscribed** [1] - 185:9
**subscriber** [1] - 24:13
**substantive** [1] - 9:21
**succinct** [1] - 155:14
**suggest** [1] - 100:13
**suggesting** [1] -
170:11
**suggestion** [3] -
100:9, 129:9, 147:8
**Suite** [4] - 2:6, 2:14,
2:18, 2:24
**summary** [28] - 40:3,
53:5, 54:2, 56:1,
56:25, 69:4, 70:4,
70:17, 71:9, 73:21,
74:3, 74:8, 74:18,
74:25, 75:18, 76:7,
76:10, 76:22, 78:22,
88:20, 89:10, 90:20,
91:11, 93:2, 95:2,
97:15, 97:25, 171:7
**summer** [1] - 151:1
**super** [5] - 19:18,
19:22, 21:16,
143:22, 155:22
**Super** [19] - 31:5,
35:5, 36:20, 37:19,
38:20, 39:2, 55:7,
65:7, 68:24, 75:5,
91:16, 92:3, 112:16,
115:16, 116:3,
156:19, 157:1, 177:9
**Superman** [4] - 15:22,
16:9, 163:17, 165:6
**supers** [1] - 68:20
**Supers** [9] - 35:15,
35:18, 49:21, 60:25,
64:23, 68:17, 68:25,
115:9, 143:22
**supplemental** [1] -
146:24
**supply** [1] - 29:24
**support** [2] - 51:6,
146:12
**supporting** [2] -

89:12, 199:13
**supreme** [1] - 145:3
**surprise** [1] - 145:24
**surrendered** [1] -
129:10
**surveillance** [4] -
114:1, 114:4, 114:6,
180:8
**survived** [1] - 215:24
**suspect** [1] - 178:25
**suspects** [2] - 126:13,
178:7
**suspended** [1] - 195:5
**sustain** [1] - 139:19
**Sustained** [6] -
115:25, 131:3,
137:19, 218:17,
218:19, 218:21
**sustained** [8] -
130:23, 131:1,
132:21, 137:1,
141:15, 146:16,
194:21, 200:23
**swear** [1] - 186:1
**sworn** [2] - 153:14,
186:1
**SWORN** [4] - 4:3, 4:6,
14:15, 187:22
**system** [1] - 55:3
**systems** [1] - 39:21

# T

**Tab** [1] - 88:2
**table** [5] - 17:7, 109:2,
170:15, 189:19,
196:5
**tact** [2] - 118:18,
118:20
**Tactical** [30] - 50:2,
60:2, 60:3, 75:10,
75:11, 82:9, 83:6,
83:8, 83:10, 83:12,
83:17, 107:3, 108:4,
110:23, 113:1,
113:4, 113:22,
114:16, 129:2,
129:4, 129:7,
129:17, 129:23,
130:8, 131:7,
155:23, 177:5,
185:7, 185:8
**tape** [2] - 124:4,
183:14
**tapes** [1] - 9:2
**tasked** [1] - 106:17
**tasks** [1] - 133:9
**taught** [3] - 152:3,
233:19, 233:21

**team** [10] - 114:1,
114:4, 114:6,
159:24, 161:13,
169:10, 170:7,
175:21, 175:22,
180:8
**tears** [3] - 235:7,
235:8, 235:10
**technically** [1] -
108:24
**telephone** [1] - 1:25
**ten** [8] - 50:13, 50:16,
52:23, 77:15,
153:24, 158:8,
190:21, 213:8
**tend** [1] - 144:24
**term** [2] - 126:1,
129:25
**terms** [5] - 5:19,
11:22, 101:19,
142:13, 159:3
**test** [2] - 61:16, 62:13
**tested** [1] - 62:22
**testified** [37] - 8:4,
18:19, 23:22, 23:25,
25:6, 39:7, 44:18,
45:3, 72:15, 78:2,
94:14, 106:4, 107:6,
107:12, 108:1,
109:8, 110:6,
110:18, 110:22,
118:25, 119:3,
121:14, 124:10,
124:17, 125:16,
127:9, 130:2,
133:12, 136:9,
138:13, 139:1,
149:15, 159:22,
164:10, 164:18,
168:23, 205:10
**testifies** [2] - 100:2,
148:1
**testify** [11] - 8:18,
100:5, 100:6,
116:25, 119:8,
169:22, 170:24,
176:3, 202:9, 214:4,
214:25
**testifying** [3] - 89:21,
204:12, 222:24
**testimonies** [1] -
102:23
**testimony** [29] - 11:17,
13:3, 13:9, 13:11,
13:24, 66:4, 68:10,
104:5, 104:8, 105:7,
105:16, 125:14,
127:24, 148:7,
160:16, 165:17,
169:20, 174:6,

176:12, 180:9,
181:4, 183:8,
185:22, 186:1,
186:19, 186:24,
187:15, 187:16,
187:18
**testing** [1] - 65:8
**tests** [4] - 61:14,
61:16, 61:22, 61:23
**text** [23] - 10:6, 16:6,
17:8, 17:10, 17:13,
18:17, 19:1, 19:4,
19:15, 20:13, 21:4,
22:12, 26:16, 27:22,
27:23, 27:25, 29:4,
33:21, 137:25,
146:6, 163:11,
195:16, 209:9
**texts** [3] - 18:17,
163:6, 163:7
**thanked** [1] - 225:3
**THE** [238] - 2:3, 2:11,
2:21, 5:5, 5:20, 6:7,
6:17, 6:24, 7:13,
7:18, 7:21, 7:24,
8:13, 8:21, 9:24,
10:14, 10:18, 10:20,
10:23, 11:10, 11:13,
12:1, 12:7, 12:25,
13:2, 14:8, 14:13,
24:20, 24:25, 31:23,
36:5, 36:8, 46:16,
46:20, 53:16, 53:17,
55:5, 55:11, 55:12,
55:14, 55:15, 55:17,
55:21, 60:6, 60:11,
60:12, 60:14, 60:15,
60:18, 60:19, 60:20,
60:21, 60:22, 60:23,
60:24, 61:2, 61:6,
61:9, 61:12, 61:13,
61:14, 61:21, 61:22,
61:23, 61:25, 62:2,
62:3, 62:5, 62:8,
62:12, 62:16, 62:23,
63:5, 63:10, 63:13,
63:16, 64:4, 64:11,
64:16, 65:18, 66:8,
66:11, 66:18, 66:23,
67:7, 67:13, 67:16,
68:6, 68:8, 82:18,
83:1, 84:10, 84:12,
84:20, 84:22, 85:21,
85:24, 86:10, 88:6,
88:8, 88:13, 89:3,
89:8, 93:11, 99:6,
99:13, 99:18, 99:22,
100:3, 100:8,
100:16, 100:20,
101:14, 102:22,

103:16, 103:19,
104:2, 104:15,
104:25, 105:5,
105:15, 105:19,
111:7, 114:22,
114:24, 115:1,
115:25, 116:9,
116:10, 117:17,
119:1, 119:5, 119:7,
119:25, 120:15,
120:16, 121:16,
122:23, 122:24,
126:20, 126:21,
127:21, 129:25,
130:3, 130:23,
131:1, 131:3,
132:20, 136:23,
137:1, 137:4,
137:17, 137:19,
138:1, 138:3,
139:19, 141:1,
141:2, 141:15,
141:19, 141:21,
142:3, 142:24,
143:6, 143:14,
146:8, 146:21,
147:1, 147:3,
147:10, 147:12,
147:19, 148:3,
148:9, 148:13,
148:16, 149:5,
152:18, 152:19,
154:11, 154:12,
158:16, 158:18,
172:21, 174:25,
176:17, 176:20,
176:23, 177:18,
177:19, 178:13,
178:15, 182:24,
183:9, 183:10,
185:20, 185:22,
186:5, 186:10,
186:12, 186:24,
189:22, 194:21,
197:6, 197:18,
200:15, 200:23,
213:1, 213:4, 213:6,
213:15, 216:14,
216:21, 216:22,
218:17, 218:18,
218:19, 218:21,
219:21, 222:9,
222:13, 225:11,
227:17, 229:23,
229:24, 236:17,
237:3, 237:6,
237:14, 237:18,
237:21, 237:25,
238:4, 238:6,
238:11, 238:14,
239:3, 239:8

**the38superman** [28] -
16:13, 16:22, 17:8,
17:19, 17:22, 18:2,
18:13, 18:24, 19:4,
19:23, 20:11, 20:17,
20:19, 21:22, 22:12,
23:3, 23:17, 92:24,
154:18, 155:22,
156:4, 157:17,
157:22, 163:21,
190:8, 191:17,
210:12, 210:15
**theory** [2] - 104:23,
145:18
**therefore** [1] - 145:22
**thinking** [5] - 15:21,
16:1, 19:17, 230:8,
230:11
**third** [7] - 83:11,
83:13, 121:21,
150:8, 225:1,
228:24, 229:6
**thirty** [2] - 77:21,
80:18
**thirty-eight** [1] - 80:18
**thirty-two** [1] - 77:21
**thousand** [3] - 194:14,
194:17, 198:16
**thread** [1] - 15:13
**Three** [1] - 56:8
**three** [12] - 16:2,
17:20, 23:4, 81:14,
82:10, 100:10,
100:13, 150:17,
162:25, 189:19,
230:4
**THREE** [2] - 1:17, 5:3
**throughout** [4] - 87:4,
98:6, 109:3, 160:4
**thumb** [1] - 143:3
**THURSDAY** [1] - 1:18,
5:1
**thx** [1] - 27:4
**tie** [2] - 189:18
**tied** [1] - 51:25
**timeliness** [1] -
104:15
**title** [5] - 78:18, 80:6,
81:2, 81:11, 82:8
**titled** [1] - 128:9
**tobacco** [2] - 151:16,
151:17
**today** [31] - 5:10, 5:11,
5:14, 6:5, 6:9, 6:16,
7:3, 7:10, 7:15,
10:10, 99:7, 99:19,
99:21, 105:24,
109:8, 116:25,
124:10, 125:14,
138:13, 160:16,

162:20, 181:4,
214:18, 214:21,
215:4, 215:6,
222:25, 223:13,
236:3, 238:11,
238:14
**today's** [3] - 12:13,
162:21, 163:1
**together** [14] - 19:19,
89:24, 110:11,
160:12, 161:14,
163:2, 171:6, 174:3,
174:7, 215:20,
216:1, 216:2,
216:25, 217:17
**toll** [1] - 230:5
**Tolliver** [2] - 2:9,
12:25
**TOLLIVER** [2] - 4:3,
14:15
**tomorrow** [2] -
238:16, 238:18
**took** [21] - 5:8, 67:21,
107:20, 108:14,
110:2, 113:14,
113:15, 113:23,
114:10, 114:11,
115:6, 118:17,
118:20, 125:8,
151:1, 156:11,
156:14, 156:17,
163:2, 170:18,
233:10
**tool** [1] - 179:6
**top** [43] - 15:8, 15:11,
15:14, 15:15, 16:2,
19:11, 20:10, 26:2,
26:12, 26:14, 28:16,
28:17, 29:25, 30:7,
30:18, 31:2, 33:16,
34:11, 34:23, 37:7,
40:11, 48:2, 51:9,
51:19, 53:19, 58:5,
73:4, 76:21, 97:10,
98:4, 98:8, 135:8,
182:2, 192:11,
198:1, 203:4, 203:8,
206:11, 207:8,
207:17, 209:9,
226:11
**Tope** [3] - 5:7, 6:18,
7:10
**Torrance** [1] - 2:15
**total** [6] - 77:10,
77:22, 78:10, 82:13,
98:17, 166:3
**touch** [2] - 30:22,
195:18
**tow.nee.rc.ga** [1] -
22:2

**towards** [1] - 103:15
**tracked** [1] - 110:19
**traction** [2] - 95:18,
206:5
**trade** [1] - 52:9
**traffic** [1] - 7:1
**trained** [2] - 151:21,
151:24
**training** [13] - 120:24,
123:18, 136:10,
149:13, 150:17,
151:2, 151:4, 151:6,
151:21, 153:6,
153:12, 160:21
**transacted** [1] - 41:4
**transaction** [17] -
28:24, 40:9, 40:25,
44:6, 46:1, 48:21,
70:9, 95:8, 102:3,
116:6, 118:1,
137:11, 192:11,
198:11, 204:6,
204:9, 206:16
**transactions** [5] -
72:12, 122:3, 122:6,
122:8, 174:15
**Transcript** [1] - 1:16
**transcript** [20] - 86:12,
86:13, 86:16,
101:12, 101:16,
101:25, 103:4,
117:3, 124:7,
125:10, 125:14,
143:4, 143:8,
143:25, 145:9,
147:16, 183:14,
183:16, 240:3, 240:5
**transcripts** [3] -
103:10, 116:22,
125:17
**transfer** [17] - 18:10,
18:11, 33:24, 50:8,
57:20, 128:19,
134:23, 137:12,
138:11, 141:13,
174:19, 175:5,
175:8, 198:14,
201:7, 203:20,
205:17
**transfer/firearm** [1] -
47:21
**transferee** [1] - 72:21
**transferee's** [1] -
200:19
**transferee/buyer** [2] -
47:17, 201:2
**transferor** [1] - 49:12
**transferor's** [1] -
200:18
**transferred** [18] - 41:1,

41:9, 49:7, 49:11, 57:10, 58:1, 95:10, 115:16, 129:23, 130:8, 174:11, 174:12, 174:13, 174:17, 174:20, 175:15, 178:1, 196:8
**transferring** [9] - 75:8, 124:20, 131:23, 132:11, 133:24, 134:6, 134:13, 134:18, 198:16
**transfers** [17] - 82:9, 82:15, 88:21, 113:7, 122:14, 122:19, 126:5, 129:5, 129:16, 129:18, 129:19, 137:22, 138:15, 139:4, 139:16, 140:2, 140:14
**translation** [7] - 32:7, 36:16, 37:6, 92:13, 92:22, 93:19, 157:15
**treat** [1] - 13:9
**treatment** [1] - 187:4
**trial** [10] - 85:7, 109:3, 133:8, 133:17, 145:16, 146:10, 160:13, 187:11, 202:9, 213:8
**TRIAL** [2] - 1:17, 5:3
**Trides** [1] - 44:22
**tried** [1] - 193:11
**tries** [1] - 218:14
**triggered** [1] - 108:16
**trimmed** [1] - 109:19
**trouble** [1] - 219:16
**true** [12] - 48:5, 50:21, 52:18, 54:4, 65:4, 65:6, 73:5, 113:4, 173:7, 176:7, 178:7, 240:2
**truly** [1] - 127:2
**truth** [8] - 130:24, 145:22, 146:3, 184:12, 186:3, 234:9
**truthful** [3] - 139:17, 146:7, 165:24
**truthfulness** [1] - 127:2
**try** [9] - 10:10, 10:12, 104:14, 123:11, 161:4, 163:24, 227:8, 227:9, 229:1
**trying** [8] - 111:23, 118:6, 132:1, 132:4, 132:8, 161:1, 218:15, 238:2
**turn** [4] - 15:5, 47:5,

88:2, 213:20
**turned** [4] - 29:6, 125:11, 237:9, 237:15
**Turner's** [5] - 158:2, 199:3, 199:10, 199:12, 203:9
**turners** [1] - 202:24
**twelve** [1] - 80:12
**twenty** [5] - 77:17, 77:19, 80:16, 83:20, 127:20
**twenty-eight** [1] - 77:19
**twenty-seven** [1] - 127:20
**twenty-six** [1] - 83:20
**twenty-two** [1] - 80:16
**twice** [1] - 130:21, 225:25
**two** [70] - 8:1, 10:5, 13:20, 13:25, 15:25, 19:19, 21:2, 22:22, 25:12, 25:15, 25:17, 25:19, 28:21, 33:2, 49:10, 49:14, 53:10, 54:18, 69:10, 71:23, 76:1, 77:21, 78:16, 80:1, 80:16, 82:1, 83:14, 89:23, 89:25, 91:5, 91:15, 91:25, 92:21, 94:10, 94:18, 94:19, 94:23, 96:1, 100:7, 102:3, 103:25, 106:5, 107:10, 107:22, 109:5, 124:11, 132:24, 138:11, 141:8, 163:25, 165:15, 166:15, 166:18, 169:20, 171:5, 172:13, 181:15, 181:20, 194:4, 198:6, 198:19, 204:15, 210:4, 210:5, 215:20, 216:7, 217:19, 218:7, 218:8, 226:11
**two-part** [1] - 102:3
**two-year** [1] - 166:18
**types** [1] - 144:15
**typically** [1] - 179:2

# U

**U.S.C** [1] - 52:5
**umm** [5] - 94:6, 140:20, 169:18, 177:19, 214:24
**uncommon** [2] - 159:6, 159:19
**under** [23] - 12:22, 48:9, 48:21, 50:5, 52:5, 59:20, 101:12, 102:8, 104:23, 116:6, 120:10, 132:12, 134:18, 138:22, 143:24, 144:18, 164:11, 164:18, 176:12, 176:13, 186:15, 214:25, 237:11
**undercover** [22] - 113:10, 113:13, 113:18, 115:4, 115:10, 115:17, 116:3, 116:16, 140:22, 151:22, 151:24, 151:25, 178:20, 178:23, 178:24, 179:2, 179:5, 179:12, 179:20, 180:7, 180:11
**Undercover** [1] - 118:7
**underlying** [12] - 57:13, 89:12, 89:13, 96:10, 163:20, 165:8, 165:21, 165:23, 173:11, 173:13, 173:15, 173:17
**understood** [6] - 52:19, 102:3, 113:6, 122:18, 123:11, 178:14
**unfolded** [1] - 67:11
**uniform** [1] - 115:5
**unindicted** [1] - 10:8
**union** [3] - 168:7, 168:10, 168:16
**united** [1] - 240:7
**United** [6] - 100:21, 110:13, 119:10, 119:14, 159:4, 234:17
**UNITED** [2] - 1:1, 1:8
**University** [1] - 149:17
**unlawful** [2] - 13:21, 52:5
**unless** [1] - 48:16

**unlicensed** [1] - 123:4
**unrelated** [1] - 131:14
**up** [59] - 7:22, 8:18, 9:16, 15:20, 16:10, 17:12, 25:22, 26:2, 26:3, 30:22, 37:25, 38:8, 40:11, 46:20, 46:22, 59:5, 65:23, 71:11, 90:16, 96:19, 108:14, 112:4, 122:2, 122:5, 127:21, 133:25, 138:14, 147:8, 150:23, 155:3, 156:10, 156:15, 156:22, 159:2, 160:9, 162:25, 172:3, 173:4, 173:21, 177:3, 180:16, 190:18, 194:8, 206:21, 220:17, 227:8, 233:7, 233:21, 233:22, 234:8, 234:10, 234:13, 237:12, 237:13, 237:16, 238:9
**updated** [1] - 88:4
**upfront** [1] - 17:11
**upset** [3] - 235:24, 235:25
**upward** [1] - 34:24
**URI** [1] - 15:13
**US** [2] - 2:5, 209:12
**USC** [1] - 220:10
**user** [10] - 15:23, 16:14, 19:16, 21:5, 21:13, 22:2, 22:24, 27:23, 112:4
**users** [4] - 27:19, 27:20, 112:5, 112:9
**utilized** [2] - 107:17, 163:11
**utilizing** [2] - 56:25, 71:14

# V

**V-I-L-L-A-R** [1] - 44:17
**vague** [1] - 200:22
**vaguely** [1] - 224:14
**Valasquez** [2] - 43:10, 44:12
**value** [1] - 158:13
**various** [13] - 39:18, 40:9, 45:23, 55:18, 61:16, 62:9, 79:8, 79:18, 79:22, 87:10, 87:12, 126:12,

133:25
**Vasquez** [1] - 42:3
**Veals** [2] - 6:25, 7:9
**vendors** [1] - 155:9
**Veronica** [1] - 2:4
**veronica.dragalin@ usdoj.gov** [1] - 2:8
**versa** [2] - 152:22, 153:1
**versed** [1] - 120:5
**version** [2] - 79:13, 84:12
**versus** [1] - 100:21
**vice** [2] - 152:22, 153:1
**Victoria** [1] - 2:17
**Victorville** [1] - 20:3
**video** [8] - 114:7, 114:9, 114:23, 114:25, 116:19, 210:22, 211:6, 211:14
**videos** [1] - 112:3
**Videotape** [1] - 210:25
**videotape** [1] - 117:1
**view** [3] - 111:19, 112:9, 115:12
**viewable** [2] - 111:18, 111:21
**viewed** [1] - 115:7
**vigorous** [1] - 105:6
**Villar** [4] - 41:21, 42:15, 44:17, 95:21
**violate** [3] - 48:10, 48:22, 137:15
**violated** [2] - 102:12, 144:12
**violating** [5] - 102:4, 144:23, 145:1, 145:6, 145:8
**violation** [9] - 49:1, 118:10, 122:20, 123:3, 123:6, 123:8, 123:12, 220:4
**violations** [2] - 121:23, 122:9
**voice** [2] - 87:4, 91:12
**voluntarily** [1] - 187:7
**vouching** [1] - 65:5
**VS** [1] - 1:11

# W

**wait** [2] - 5:14, 195:11
**waiting** [1] - 72:10
**waived** [1] - 9:20
**walk** [3] - 40:11, 186:7, 199:25
**walked** [2] - 199:19,

199:23
**walking** [1] - 200:7
**War** [1] - 159:10
**warn** [1] - 220:4
**warning** [2] - 47:18, 201:5
**warrant** [8] - 24:8, 39:11, 110:24, 156:9, 177:5, 177:8, 185:4, 208:19
**Washington** [2] - 149:17, 153:20
**watch** [1] - 114:18
**watching** [1] - 237:21
**ways** [2] - 9:11, 214:21
**weapon** [4] - 55:13, 55:16, 200:1, 213:2
**weapons** [4] - 61:10, 62:7, 62:12, 64:25
**wearing** [2] - 115:5, 189:16
**website** [3] - 27:19, 54:8, 64:2
**weekend** [2] - 21:17, 210:13
**weeks** [1] - 198:19
**weight** [1] - 89:13
**WEST** [1] - 1:24
**western** [1] - 193:10
**WhatsApp** [3] - 18:14, 18:15, 18:25
**WhatsApp's** [1] - 19:9
**whichever** [1] - 185:11
**white** [1] - 189:17
**Whittier** [2] - 206:13, 208:4
**whole** [3] - 53:8, 186:3, 219:13
**wife** [7] - 166:10, 167:20, 167:23, 168:10, 168:13, 168:20, 229:2
**wilfully** [3] - 131:10, 137:15, 144:22
**wilfulness** [1] - 121:1
**willfully** [5] - 101:3, 102:21, 121:6, 123:13, 145:6
**willfulness** [1] - 103:15
**willing** [6] - 5:18, 28:2, 30:15, 31:12, 31:13, 34:18
**Wilshire** [1] - 2:24
**win** [1] - 31:13
**wish** [5] - 100:24, 101:25, 143:12, 237:25, 239:5
**witness** [23] - 62:23,

64:19, 65:19, 67:20, 67:21, 67:22, 68:3, 68:4, 100:4, 102:23, 104:5, 105:6, 111:7, 128:2, 135:4, 170:17, 186:16, 186:23, 186:24, 187:2, 187:3, 187:5, 187:20
**WITNESS** [42] - 4:2, 4:3, 4:6, 12:25, 14:15, 53:17, 55:11, 55:14, 55:17, 60:11, 60:14, 60:18, 60:20, 60:22, 60:24, 61:6, 61:12, 61:14, 61:22, 61:25, 62:3, 62:8, 114:24, 116:10, 120:16, 122:24, 126:21, 138:3, 141:2, 152:19, 154:12, 158:18, 177:19, 178:15, 183:10, 186:5, 186:10, 187:22, 216:22, 218:18, 222:13, 229:24
**witness'** [4] - 187:11, 187:13, 187:14, 187:15
**witnesses** [6] - 100:1, 100:9, 100:11, 160:6, 160:23, 187:19
**witnesses'** [1] - 13:24
**wondering** [1] - 26:22
**woods** [1] - 233:15
**word** [2] - 120:17
**word-for-word** [1] - 120:17
**words** [1] - 157:10
**works** [1] - 15:8
**world** [1] - 155:20
**worried** [3] - 226:6, 226:8, 230:20
**wracking** [2] - 224:16, 226:2
**writes** [2] - 19:21, 121:22
**writing** [1] - 8:14
**written** [1] - 48:19
**wrote** [1] - 170:18

## X

**xavier9871** [1] - 36:19
**xavier9871@icloud. com** [1] - 36:18

## Y

**YASUSHIRO** [1] - 1:12
**year** [13] - 61:16, 61:17, 68:11, 68:12, 77:6, 77:20, 77:23, 80:19, 149:19, 150:8, 166:18, 223:15
**years** [12] - 150:17, 153:24, 158:8, 163:1, 166:15, 169:21, 188:1, 190:21, 217:25, 218:2, 223:15, 235:1
**yellow** [2] - 74:14, 198:2
**yesterday** [12] - 5:8, 5:24, 6:15, 8:1, 11:16, 11:25, 12:11, 13:3, 13:8, 18:19, 24:1, 149:16
**York** [2] - 149:25, 150:1
**yourself** [5] - 61:5, 133:23, 135:10, 226:6, 230:21
**yourselves** [5] - 64:7, 99:10, 141:23, 213:9, 238:25

## Z

**Zavalla** [1] - 38:5
**zoom** [19] - 16:2, 28:16, 29:16, 30:7, 31:6, 32:23, 34:2, 47:8, 48:3, 51:12, 51:24, 77:25, 97:2, 191:5, 192:10, 192:25, 193:8, 197:21, 203:3
**zooming** [1] - 29:25