```
 1              UNITED STATES DISTRICT COURT

 2             CENTRAL DISTRICT OF CALIFORNIA

 3                        ---

 4         HONORABLE S. JAMES OTERO, JUDGE PRESIDING

 5                        ---

 6


 7


 8   UNITED STATES OF AMERICA,   )
                                 )
 9                               )
                Plaintiff;       )
10                               )No. CR 18-121SJO
          VS                     )
11                               )
     CARLOS MIGUEL FERNANDEZ,    )
12   EDWARD YASUSHIRO ARAO,      )
                                 )
13                               )
                Defendants.      )
14   _____)

15

16         Reporter's Transcript of Proceedings
                 JURY TRIAL - DAY FOUR
17             Los Angeles, California
             MONDAY, NOVEMBER 18, 2019
18

19

20

21

22

23         Anne Kielwasser, CRR, RPR, CSR
           Federal Official Court Reporter
24         350 WEST 1ST Street, Room 4455
           Los Angeles, California 90012
25            Telephone: (213) 894-2969
              anne.kielwasser@gmail.com
```

```
 1                    A P P E A R A N C E S

 2

 3    ON BEHALF OF THE PLAINTIFF:

 4    Katherine A Rykken
      Veronica Dragalin
 5    AUSA - Office of US Attorney
      General Crimes Section
 6    312 North Spring Street Suite 1200
      Los Angeles, CA 90012
 7    213-894-3659
      Fax: 213-894-0141
 8    Email: Katherine.rykken@usdoj.gov
      Email: Veronica.dragalin@usdoj.gov
 9
      Also Present:  Agent Tolliver Hart
10                   Agent David Hamilton

11
      ON BEHALF OF THE DEFENDANT EDWARD Y. ARAO:
12

13    Edward M Robinson
      Rachel Robinson
14    Edward M. Robinson A Professional Law Corporation
      21515 Hawthorne Boulevard Suite 730
15    Torrance, CA 90503
      310-316-9333
16    Fax: 310-316-6442
      Email: Eroblaw@gmail.com
17
      Lisa Victoria Houle
18    Houle Law APC
      1230 Rosecrans, Suite 300
19    Manhattan Beach, CA 90266
      424-332-9079
20    Lisa@houle-law.com

21
      ON BEHALF OF THE DEFENDANT CARLOS M. FERNANDEZ:
22

23    Ambrosio Eduardo Rodriguez
      Michael J Hanagan
      The Rodriguez Law Group
24    626 Wilshire Boulevard Suite 460
      Los Angeles, CA 90017
25    213-995-6767
      Email: Aer@aerlawgroup.com
```

UNITED STATES DISTRICT COURT

3

1                        <u>**INDEX**</u>

2    <u>**WITNESS:**</u>                                    <u>**PAGE:**</u>

3
     WITNESS, **ADALBERTO PELAYO,** PREVIOUSLY Sworn      18
4    CROSS-EXAMINATION (RESUMED) BY MR. RODRIGUEZ      19
     REDIRECT EXAMINATION BY MS. RYKKEN               43
5    WITNESS, **TOLLIVER HART,** SWORN                    49
     DIRECT EXAMINATION BY MS. DRAGALIN               49
6    CROSS-EXAMINATION BY MR. ROBINSON               143
     CROSS-EXAMINATION BY MR. RODRIGUEZ              146

7                          * * * * *

8                        **EXHIBITS**

9
10   Exhibit No. 205 received in evidence            51

     Exhibit No. 206 and 207 received into evidence  53
11
     Exhibit No. 124 received into evidence          65
12
     Exhibit No. 147 received into evidence          95
13
     Exhibit No. 155 received into evidence          98
14
     Exhibit No. 159 received in evidence           107
15
     Exhibit No. 199A received into evidence        111
16
     Exhibit No. 201A received into evidence        112
17
     Exhibit No. 101D, 101E, 101N and 101I received 135
18   into evidence

19                       * * * * * *

20

21

22

23

24

25

| | |
|---|---|
| 1 | MONDAY, NOVEMBER 18, 2019                              8:30 A.M. |
| 2 | ~ ~ ~ |
| 3 | JURY TRIAL - DAY FOUR |
| 4 | ~ ~ ~ |
| 5 | **THE COURT:**  Okay, we're back on the record on the |
| 6 | United States versus Fernandez and Arao. |
| 7 | We have a motion that has been filed by |
| 8 | counsel for defendant, Carlos Fernandez.  It's a motion for |
| 9 | mistrial based on issues that took place last Thursday.  And |
| 10 | then the government has filed an opposition to the motion. |
| 11 | In light of the other matters that the Court |
| 12 | has been involved with, I have not had the opportunity to |
| 13 | fully consider the defendant's motion for mistrial and/or the |
| 14 | government's opposition.  I've read each quickly, but I |
| 15 | haven't had the opportunity to absorb all of the issues that |
| 16 | have been presented here. |
| 17 | So, how do you wish to proceed? |
| 18 | And we have counsel for the witness also |
| 19 | present. |
| 20 | **MR. CHAMBERS:**  Yes, Your Honor.  Mark Chambers on |
| 21 | behalf of Mr. Pelayo. |
| 22 | **THE COURT:**  If you could speak into the |
| 23 | microphone. |
| 24 | **MR. CHAMBERS:**  Basically, it would be our blanket |
| 25 | objection to object under attorney-client privilege to all |

UNITED STATES DISTRICT COURT

10:42:42  1   questioning in regards to the communication between

10:42:45  2   Mr. Pelayo and myself during my representation.  So, with

10:42:50  3   that in mind, Your Honor, does the Court want me to come to

10:42:56  4   the microphone every time there is an objectionable question

10:43:01  5   to make for the jury, or does the Court have another avenue

10:43:03  6   in mind?

10:43:05  7          THE COURT:  Well, I would think that it would

10:43:07  8   probably be appropriate for you to stand next to your client,

10:43:10  9   and if there is an inappropriate question regarding an

10:43:14  10  attorney-client communication, then you can object at that

10:43:18  11  time.

10:43:18  12         MR. CHAMBERS:  Very good.  Thank you, Your Honor.

10:43:25  13         THE COURT:  So, just in reference to what occurred

10:43:28  14  last week --

10:43:28  15         MS. DRAGALIN:  Your Honor, I'm sorry to interrupt,

10:43:31  16  but we would request that the witnesses maybe wait outside in

10:43:37  17  case if they think -- it would influence the testimony in

10:43:38  18  anyway.  We would request that the witness just wait outside

10:43:40  19  during these proceedings.

10:43:41  20         THE COURT:  Mr. Pelayo will be ordered to remain

10:43:44  21  outside, which has occurred.

10:43:45  22              So, just in reference to what occurred last

10:43:52  23  week on Thursday, Mr. Pelayo was testifying, there was a

10:43:59  24  question asked by Mr. Rodriguez that the government objected

10:44:08  25  to based on the attorney-client privilege, and the Court then

| | | |
|---|---|---|
| 10:44:12 | 1 | alerted counsel for the government that the government did |
| 10:44:15 | 2 | not have standing to raise an attorney-client objection |
| 10:44:20 | 3 | privilege because the government did not represent |
| 10:44:24 | 4 | Mr. Pelayo.  He was represented by counsel here in the |
| 10:44:27 | 5 | courtroom. |
| 10:44:27 | 6 | What occurred thereafter was, Ms. Rykken |
| 10:44:36 | 7 | turned to counsel for Mr. Pelayo and through a facial |
| 10:44:42 | 8 | gestures and physically raising her hands encouraged counsel |
| 10:44:46 | 9 | to object on the grounds of attorney-client privilege, and |
| 10:44:54 | 10 | then counsel did object. |
| 10:44:56 | 11 | So, the Court didn't rule on any of those |
| 10:44:59 | 12 | issues.  We had a sidebar conference, and then the matter |
| 10:45:04 | 13 | was -- the Court took a recess, and the matter was put over |
| 10:45:08 | 14 | to today's proceeding. |
| 10:45:09 | 15 | So, what I would suggest is that if Mr. -- if |
| 10:45:16 | 16 | Mr. Rodriguez has additional questions of Mr. Pelayo, |
| 10:45:20 | 17 | Mr. Rodriguez can ask those questions.  If there is |
| 10:45:23 | 18 | objection, then the Court can rule. |
| 10:45:25 | 19 | I just want to place on the record, I don't |
| 10:45:29 | 20 | think -- |
| 10:45:30 | 21 | Well, let me make it clear. |
| 10:45:32 | 22 | In the Court's view, Ms. Rykken did not make |
| 10:45:35 | 23 | any attempt to intentionally interfere with the questioning |
| 10:45:40 | 24 | of the witness.  I think all of this was done spur of the |
| 10:45:44 | 25 | moment, and when she approached sidebar, and we had a |

10:45:52  1    discussion at sidebar.  She, I think, recognized that she

10:45:57  2    probably shouldn't have done what she did.  That being said,

10:46:00  3    I don't see any prejudice at this time to any of the

10:46:03  4    defendants or -- or counsel for the defendants, and none of

10:46:09  5    this was brought to the attention of the jury.

10:46:12  6              MR. HANAGAN:  Your Honor, if I could be heard

10:46:15  7    on -- in response to the opposition of the government's

10:46:18  8    motion just to make a record to the Court.

10:46:21  9              THE COURT:  We would.

10:46:22  10             MR. HANAGAN:  We would like this matter forwarded

10:46:27  11   before --

10:46:30  12             THE COURT:  Okay, sure, go ahead.

10:46:32  13             MR. HANAGAN:  Your Honor, it's defendants'

10:46:40  14   position that the case law cited by the government in its

10:46:44  15   opposition is actually demonstrative of why what happened on

10:46:48  16   Thursday was so problematic.  Beginning right in its

10:46:54  17   opposition, the government discusses a violations of

10:46:56  18   universal sense of injustice, flagrance, scandalous --

10:47:01  19             THE COURT:  Let's -- let's focus on what happened

10:47:03  20   on Thursday.

10:47:03  21             MR. HANAGAN:  That's where I'm going.

10:47:05  22             THE COURT:  I'm sorry, I'm going to interject.

10:47:07  23             MR. HANAGAN:  I don't mean to interrupt, Your

10:47:10  24   Honor.

10:47:10  25             THE COURT:  I'm going to interject here.

| | | |
|---|---|---|
| 10:47:11 | 1 | So, there was a question asked by |
| 10:47:13 | 2 | Mr. Rodriguez.  So, I think we need that question read back |
| 10:47:18 | 3 | by the reporter.  So, if you can have access to that |
| 10:47:22 | 4 | question. |
| 10:47:56 | 5 | (Discussion held off the record.) |
| 10:47:57 | 6 | **THE COURT:**  We're going to have to take a recess. |
| 10:47:59 | 7 | So the reporter can find the part of the transcript. |
| 10:57:54 | 8 | (Recess taken.) |
| 11:00:48 | 9 | **THE COURT:**  So, our reporter has located the |
| 11:02:06 | 10 | pertinent portion of the transcript.  And I'll read it into |
| 11:02:09 | 11 | the record to refresh everyone's memory. |
| 11:02:18 | 12 | So, this is a question by Mr. Rodriguez, of |
| 11:02:21 | 13 | Mr. Pelayo. |
| 11:02:23 | 14 | "Question:  Now, you have -- obviously you were |
| 11:02:26 | 15 | represented by counsel, you have an attorney. |
| 11:02:29 | 16 | "Answer:  I do. |
| 11:02:30 | 17 | "Question:  And after you got the case or you had |
| 11:02:33 | 18 | an opportunity to meet with your attorney, you spoke about |
| 11:02:35 | 19 | the case, correct? |
| 11:02:38 | 20 | "Answer:  Correct. |
| 11:02:40 | 21 | "Question:  (By Mr. Rodriguez) And at some point |
| 11:02:43 | 22 | your attorney told you:  Hey, listen, they don't care about |
| 11:02:47 | 23 | you, they just want to get the cops in this case." |
| 11:02:51 | 24 | And then: "Ms. Rykken:  Objection.  Calls |
| 11:02:55 | 25 | for privilege information. |

| | |
|---|---|
| 11:02:56 | 1 |
| 11:02:59 | 2 |
| 11:03:02 | 3 |
| 11:03:06 | 4 |
| 11:03:07 | 5 |
| 11:03:10 | 6 |
| 11:03:11 | 7 |
| 11:03:15 | 8 |
| 11:03:18 | 9 |
| 11:03:22 | 10 |
| 11:03:22 | 11 |
| 11:03:26 | 12 |
| 11:03:29 | 13 |
| 11:03:34 | 14 |
| 11:03:34 | 15 |
| 11:03:39 | 16 |
| 11:03:40 | 17 |
| 11:03:45 | 18 |
| 11:03:58 | 19 |
| 11:04:01 | 20 |
| 11:04:06 | 21 |
| 11:04:09 | 22 |
| 11:04:10 | 23 |
| 11:04:14 | 24 |
| 11:04:16 | 25 |

"THE COURT:  And a privilege that you're not able to assert.  So, it's overruled.

"Question:  (By Mr. Rodriguez) That means you can answer the question.

"Mr. Pelayo:  Okay, can you repeat the question."

At some point after --

"Question:  At some point after the process began, the legal process began, you met with your counsel, correct? Your attorney."

Objection by Mr. Chambers on behalf of Mr. Ploy:  "I object to this line of questioning regarding my personal conversations between myself and my client" -- "and myself."

And so, "THE COURT:  Let's see counsel at sidebar."

So, when Mr. Chambers objected, I called counsel to sidebar because the Court noticed that Ms. Rykken had gestured to counsel, to require him or request that he assert the privilege that she had attempted to assert which was overruled by the Court, and then we had our discussion at sidebar, yes.

So, nothing has been ruled on at this juncture.

**MR. HANAGAN:**  Thank you, Your Honor.  Understood.

UNITED STATES DISTRICT COURT

11:04:19  1          And what the Court has just gone through as

11:04:24  2   far as the bare record of proceedings does not address the

11:04:29  3   issue that the Court addressed earlier today and addressed on

11:04:32  4   Thursday, and that is, that the conduct is problematic.  It's

11:04:36  5   not interposing objection that perhaps was done mistakenly,

11:04:41  6   because everybody who has ever prosecuted a case or defended

11:04:46  7   a case knows that periodically questions get asked that you

11:04:49  8   don't want the jury to hear that answer.  Ouch, it's going to

11:04:53  9   hurt.

11:04:54  10          So, they may make an objection that's

11:04:56  11  improper.  And as noted in the moving papers, those things

11:04:59  12  are generally overcome by a court ruling on the objection or

11:05:02  13  an admonition to counsel, an admonition to the jury or

11:05:06  14  something along those lines.

11:05:07  15          The problematic behavior here is the

11:05:09  16  government encouraging defense counsel for Mr. Pelayo, who's

11:05:14  17  sitting in the courtroom, listening to the questioning, to

11:05:16  18  come to the bar to interpose the objection when the Court

11:05:20  19  overruled the objection based on a lack of standing.

11:05:23  20          And the record itself demonstrates that there

11:05:26  21  was some significant period of time that went on before he

11:05:29  22  came up to object, because Mr. Rodriguez was able to ask the

11:05:33  23  question in its entirety again before the objection was made.

11:05:39  24          That is flagrant conduct.  That is

11:05:42  25  intolerable conduct.  That's in the cases cited as to what

11:05:47  1   amounts to a prosecutorial misconduct, and that's what we're

11:05:49  2   arguing in this case.  It's a deliberate intrusion into

11:05:54  3   Mr. Pelayo's relationship with his attorney.

11:05:56  4          There may have been a very good reason why

11:05:58  5   Mr. Pelayo's attorney thought it was beneficial for him to

11:06:04  6   testify in response to that question.  We'll never know now,

11:06:07  7   but it certainly could have been the case, and that amounted

11:06:11  8   to the government suggesting not only to Mr. Pelayo but also

11:06:15  9   through an attorney that a certain course of action should be

11:06:18  10  taken with regard to that specific question that the

11:06:20  11  government clearly did not want the jury to hear the answer

11:06:25  12  to.

11:06:25  13         And so there has to be some remedy for that.

11:06:28  14  This is not merely a case where the government was trying to

11:06:31  15  bring to the Court's attention that, hey, there is a

11:06:35  16  potential privilege situation here.  Certainly, this

11:06:38  17  experienced Court, listening to the questioning as it did was

11:06:43  18  perfectly capable of realizing that the questioning was

11:06:46  19  getting into an area that could implicate the attorney-client

11:06:50  20  privilege.

11:06:50  21         So, it certainly cannot be the case that the

11:06:53  22  government was just trying to bring to the Court's attention

11:06:55  23  that there was this potential problem.  There certainly must

11:06:59  24  have been some other motivation behind it, and the only

11:07:03  25  motivation behind it can be, that question was going to

11:07:06  1   create an answer that the jury was not to hear.  And we'll

11:07:12  2   never know, because now Mr. Pelayo clearly knows what the

11:07:17  3   answer to that question must be, and his counsel clearly

11:07:21  4   understands what the government's position is on that

11:07:26  5   question.  And so now we'll never know.

11:07:28  6        THE COURT:  Not necessarily.  First of all, look,

11:07:30  7   from the Court's perspective, there is no prosecutorial

11:07:35  8   misconduct here.  This was an unintentional reaction by Ms.

11:07:40  9   Rykken.

11:07:40  10        The Court addressed it at sidebar.  None of

11:07:44  11  this was brought to the attention of the jury.  And the Court

11:07:46  12  has not yet ruled on the Mr. -- on Mr. Chambers's objection.

11:07:53  13        So, the last question that the jury heard was

11:07:56  14  at some point -- and this is a question by Mr. Rodriguez:

11:07:58  15  "At some point after the process began, the legal process

11:08:02  16  began, you met with your counsel, correct, your attorney?"

11:08:04  17  And then Mr. Chambers objects.

11:08:07  18        So, I would think that Mr. Rodriguez could go

11:08:13  19  back questioning the witness, and the Court will entertain

11:08:16  20  objections if Mr. Chambers has objections.

11:08:18  21        MS. DRAGALIN:  And, Your Honor, may I just briefly

11:08:20  22  be heard on this issue?

11:08:22  23        THE COURT:  Yes.

11:08:24  24        MS. DRAGALIN:  Now, defendant Fernandez assumes

11:08:29  25  that the answer to the question, to this line of questions

11:08:33  1   we're about to hear is going to hurt the government's case,

11:08:36  2   and I just want to make clear for the record that actually

11:08:39  3   the government has every reason to believe that the answer to

11:08:42  4   this line of questions will actually help the government's

11:08:46  5   case.

11:08:46  6              We have spoken to six other defense attorneys

11:08:49  7   in this case, who each has -- represent defendants in this

11:08:53  8   case who have pled guilty, and each of those defense

11:08:56  9   attorneys has reviewed the discovery in this case, they've

11:08:59  10  reviewed the charging documents against these two police

11:09:01  11  officers; and every defense attorney who has reviewed the

11:09:04  12  evidence has expressed to us that they believe the evidence

11:09:08  13  is overwhelming, that they believe there are no credible

11:09:11  14  defenses and that they would be shocked if this case went to

11:09:14  15  trial.

11:09:15  16             We have every reason to believe Mr. Chambers

11:09:17  17  may have made the same comments to his client, and so the

11:09:22  18  answer that this witness may give, there is no indication

11:09:24  19  that it would hurt the government's case.

11:09:27  20       **THE COURT:**  Look, this is sheer speculation on

11:09:29  21  both sides.  So, the jury has heard none of this.  It's now

11:09:32  22  the opportunity for Mr. Rodriguez to ask questions, and the

11:09:37  23  Court will rule on any objection raised by the government,

11:09:39  24  Mr. Chambers, or any counsel for -- for any other party.

11:09:46  25             Yes?

| | |
|---|---|
| 11:09:47 | 1 |
| 11:09:57 | 2 |
| 11:10:00 | 3 |
| 11:10:02 | 4 |
| 11:10:09 | 5 |
| 11:10:14 | 6 |

     **MR. ROBINSON:**  Just for the record, on behalf of
Officer Arao, because this witness was not testifying about
anything involving Officer Arao and the limiting instruction
applies, we take no position on this motion.  Secondly, just
for the record, I'm not sure what relevance it has what other
lawyers think about case reviewing --

     **THE COURT:**  There is nothing more to be said.
I've indicated that that's sheer speculation.

     **MR. ROBINSON:**  Thank you.  And then lastly, Your
Honor, and I've discussed this matter with the prosecution.
There is a motion for reconsideration.  It does not need to
be heard right now.  But before the government rests, we'd
ask to be heard.  And I think that at that point in time we
can -- we can hear that motion and be prepared to proceed
either way the Court rules.

     **THE COURT:**  Okay.  Yes, final comment.

     **MR. HANAGAN:**  One final thought, Your Honor, and
that is that, earlier Mr. Chambers said that he would have an
ongoing and would be interposing objections to any questions
involving his communications with Mr. Pelayo, and it's
certainly not the law that the defense cannot inquire as to
those communications in a certain format which was
demonstrated by opposing papers.

          There are methods by which counsel can
inquire into Mr. Pelayo's understanding of -- as to those

11:11:18  1    communications and things of that nature without actually

11:11:21  2    getting into the communications themselves.  I just want to

11:11:23  3    make sure that that was in the record also.

11:11:25  4         THE COURT:  Yes.  And this is a unique, you know,

11:11:27  5    circumstance here, because Mr. Chambers would have a right to

11:11:31  6    assert attorney-client privilege communications if -- if

11:11:37  7    questions were asked in that area.

11:11:39  8              The problem that I have is that, from the

11:11:42  9    Court's assessment of what occurred on Thursday, Mr. Chambers

11:11:44  10   would not have raised these issues but for the fact that --

11:11:50  11   the government seemed to have prompted him.

11:11:53  12             So, that being said, none of this has been

11:11:56  13   brought to the attention of the jury, and we're going to

11:11:58  14   proceed.

11:11:59  15             Yes?

11:11:59  16        MR. RODRIGUEZ:  Thank you, Your Honor.  I know the

11:12:02  17   Court wants to get started --

11:12:03  18        THE COURT:  So, the motion for a mistrial would be

11:12:06  19   denied.

11:12:08  20        MR. RODRIGUEZ:  And, Your Honor, I don't want to

11:12:16  21   keep the jury waiting.  Your Honor, I'm obviously prepared to

11:12:17  22   continue with my cross-examination.

11:12:18  23             The government filed a motion concerning some

11:12:21  24   of the audio recorded conversation between the agents and

11:12:27  25   Mr. Pelayo.  If it pleases the Court, I'd like to address

11:12:31  1    that after I'm done with my cross-examination or -- unless

11:12:34  2    the Court wants to address it now.

11:12:38  3         THE COURT:  I've looked at the pleading regarding

11:12:39  4    the government's motion to add or to bring to the attention

11:12:43  5    of the jury certain audio recordings of Mr. Pelayo and the

11:12:49  6    special agent.  That request is going to be denied at this

11:12:49  7    time.

11:12:54  8         MR. RODRIGUEZ:  Thank you, Your Honor.

11:12:55  9         THE COURT:  Let's bring Mr. Pelayo back in, and

11:12:58  10   let's bring the jury back in, please.

11:13:24  11        Do we have Mr. Chambers present?  Okay.

11:13:30  12        MR. RODRIGUEZ:  Your Honor, may I take the podium?

11:13:32  13        THE COURT:  Yes, please.

11:13:34  14        Mr. Pelayo, would you take your seat in the

11:13:36  15   witness chair, please.

11:13:37  16        And Mr. Chambers, you can stand next to him,

11:13:42  17   please.

11:13:56  18        And before the jury returns, it may be that

11:14:00  19   the Court will overrule the objections.  I'm going to hear

11:14:02  20   the questions and the nature of the questions and make a

11:14:04  21   determination as to whether they're material and appropriate.

11:14:09  22   But the government cannot have it both ways.  So, if -- if

11:14:14  23   there are certain objections raised that the Court believes

11:14:20  24   impacts the -- a jury's ability to assess the credibility of

11:14:23  25   this witness fully and completely, the Court may simply

11:14:28   1   overrule those objections.

11:15:07   2            (Following proceedings were held in the presence

11:15:07   3   of the jury.)

11:15:08   4            **THE COURT:**  Please have a seat.

11:15:10   5            We're starting quite late.  Separate and

11:15:13   6   apart from this case, there was a major matter that I handled

11:15:16   7   this morning that went beyond the 10:30 hour, and then

11:15:22   8   separate and apart from that matter, we had certain legal

11:15:26   9   issues raised in this proceeding.  So, everyone has been

11:15:29   10  working diligently on this matter.

11:15:30   11           We have Mr. Pelayo back in the witness chair.

11:15:34   12           And Mr. Pelayo, as you know, is represented

11:15:36   13  by counsel, and the person standing next to Mr. Pelayo is

11:15:40   14  Mr. Chambers, his attorney in this case.

11:15:42   15           COURT CLERK:  Good morning, sir.  For the record,

11:15:45   16  you're once again, you're reminded you're still under oath.

11:15:45   17           Would you please state your name and spell

11:15:50   18  your last name.

11:15:50   19           **THE WITNESS:**  Yes, Adalberto Pelayo, P-E-L-A-Y-O.

11:15:58   20           **THE COURT:**  And before we start again, let me have

11:16:01   21  counsel at sidebar, so we have some clarification, real

11:16:01   22  quick.

11:16:29   23           (Sidebar conference.)

11:16:30   24           **THE COURT:**  Because this is a unique type of

11:16:33   25  issue, if Mr. Chambers raises objections to certain

| | | |
|---|---|---|
| 11:16:36 | 1 | questions, the Court may or may not sustain those objections. |
| 11:16:41 | 2 | The Court may overrule those objections. |
| 11:16:43 | 3 | If I sustain the objections at the conclusion |
| 11:16:46 | 4 | of the question of the witness, the Court may strike this |
| 11:16:49 | 5 | witness.  So, this is how this proceeds. |
| 11:16:49 | 6 | MR. CHAMBERS:  Your Honor -- |
| 11:16:55 | 7 | THE COURT:  I don't want to hear from you, |
| 11:16:57 | 8 | Mr. Chambers.  You can raise your objections at in open |
| 11:17:01 | 9 | court. |
| 11:17:01 | 10 | MR. ROBINSON:  Excuse me, Your Honor.  Because |
| 11:17:03 | 11 | this witness does not involve Officer Arao, would you read |
| 11:17:06 | 12 | the jury its limited -- |
| 11:17:08 | 13 | THE COURT:  If he's struck, yes. |
| 11:17:09 | 14 | MR. ROBINSON:  No, before he resumes his |
| 11:17:12 | 15 | testimony. |
| 11:17:12 | 16 | THE COURT:  I will. |
| 11:17:12 | 17 | MR. ROBINSON:  Thank you. |
| 11:17:21 | 18 | **(In open court.)** |
| 11:17:22 | 19 | THE COURT:  And just to remind the jury again, |
| 11:17:25 | 20 | that this witness is a witness on behalf of the government as |
| 11:17:29 | 21 | to Officer Fernandez and not Officer Arao. |
| 11:17:37 | 22 | MR. ROBINSON:  May I, Your Honor? |
| 11:17:39 | 23 | THE COURT:  Yes. |
| 11:17:40 | 24 | MR. ROBINSON:  Thank you, Your Honor. |
| 11:17:40 | 25 | WITNESS, **ADALBERTO PELAYO**, PREVIOUSLY Sworn |

| | | |
|---|---|---|
| 11:17:40 | 1 | CROSS-EXAMINATION (RESUMED) |
| 11:17:40 | 2 | BY MR. RODRIGUEZ: |
| 11:17:43 | 3 | Q.    Good morning, Mr. Pelayo. |
| 11:17:44 | 4 | A.    Good morning. |
| 11:17:44 | 5 | Q.    How are you? |
| 11:17:46 | 6 | A.    I'm well. |
| 11:17:46 | 7 | Q.    Good, good.  Did you have a nice weekend? |
| 11:17:48 | 8 | A.    I did. |
| 11:17:48 | 9 | Q.    Good.  Now, my question -- |
| 11:17:50 | 10 | Let me go back to Thursday.  My question to |
| 11:17:54 | 11 | you before we recessed for the day was that once this process |
| 11:17:58 | 12 | began and you met with Mr. Chambers, your attorney, who's |
| 11:18:01 | 13 | standing to your left, you discussed the case and your |
| 11:18:05 | 14 | options, correct? |
| 11:18:07 | 15 | **MR. CHAMBERS:**  Objection.  Attorney-client |
| 11:18:10 | 16 | privilege. |
| 11:18:10 | 17 | **THE COURT:**  Overruled. |
| 11:18:13 | 18 | **MR. RODRIGUEZ:**  That means you may answer. |
| 11:18:16 | 19 | **THE WITNESS:**  Yes, we discussed. |
| 11:18:17 | 20 | BY MR. RODRIGUEZ: |
| 11:18:21 | 21 | Q.    And I imagine that during those conversations, |
| 11:18:24 | 22 | Mr. Chambers discussed with you that in a case like this, the |
| 11:18:28 | 23 | government's main focus is on the two police officers in this |
| 11:18:32 | 24 | case, right? |
| 11:18:33 | 25 | **MR. CHAMBERS:**  Objection.  Attorney-client |

| | | |
|---|---|---|
| 11:18:38 | 1 | privilege. |
| 11:18:38 | 2 | THE COURT:  Overruled. |
| 11:18:39 | 3 | THE WITNESS:  He explained to me that everyone was |
| 11:18:40 | 4 | a person of interest, and he proceeded to explain to me the |
| 11:18:46 | 5 | way it works in terms of interests from top to bottom.  So... |
| 11:18:54 | 6 | BY MR. RODRIGUEZ: |
| 11:18:56 | 7 | Q.    Right.  By "a person of interest," you mean interest |
| 11:18:58 | 8 | to the government in terms of getting a conviction, right? |
| 11:19:01 | 9 | MR. CHAMBERS:  Same objection, Your Honor. |
| 11:19:03 | 10 | THE COURT:  Overruled. |
| 11:19:05 | 11 | THE WITNESS:  No, anyone in the indictment is a |
| 11:19:07 | 12 | person of interest. |
| 11:19:07 | 13 | BY MR. RODRIGUEZ: |
| 11:19:10 | 14 | Q.    Did he tell you that the government is more interested |
| 11:19:11 | 15 | in some than others? |
| 11:19:14 | 16 | A.    No.  He told me that everyone is interest [sic]. |
| 11:19:20 | 17 | Q.    Okay, you -- after we recessed on Thursday, did you |
| 11:19:25 | 18 | meet and discuss either through telephone or in person your |
| 11:19:29 | 19 | testimony with Mr. Chambers? |
| 11:19:32 | 20 | MR. CHAMBERS:  Objection, Your Honor.  Calls for |
| 11:19:34 | 21 | attorney-client privilege. |
| 11:19:35 | 22 | THE COURT:  Overruled. |
| 11:19:36 | 23 | That's "yes" or "no." |
| 11:19:38 | 24 | THE WITNESS:  Yes. |
| 11:19:38 | 25 | BY MR. RODRIGUEZ: |

11:19:40  1    Q.    And in that discussion, you spoke about your testimony

11:19:45  2    in this court, correct?

11:19:46  3            MR. CHAMBERS:  Same objection, Your Honor.

11:19:48  4            THE COURT:  Overruled.

11:19:50  5                "Yes" or "no"?

11:19:54  6            THE WITNESS:  Can you repeat the question?

11:19:54  7    BY MR. RODRIGUEZ:

11:19:55  8    Q.    In those conversations that you had after Thursday,

11:19:58  9    you discussed your testimony in this court, correct?

11:20:04  10   A.    Yes.

11:20:04  11   Q.    And one of the conversations that you had many times

11:20:07  12   with your attorney is to make sure that you comply with the

11:20:09  13   terms of your plea agreement with the government, correct?

11:20:13  14           MR. CHAMBERS:  Objection.  Calls for

11:20:14  15   attorney-client privilege.

11:20:15  16           THE COURT:  Overruled.

11:20:17  17           THE WITNESS:  Yes.

11:20:17  18   BY MR. RODRIGUEZ:

11:20:18  19   Q.    Because one of the things of your plea agreement is

11:20:20  20   that although when you were originally charged, you were

11:20:24  21   facing up to five years in prison, you have an opportunity to

11:20:30  22   serve no time in prison, correct?

11:20:33  23           MR. CHAMBERS:  Objection.  Calls for

11:20:34  24   attorney-client privilege.

11:20:35  25           THE COURT:  Overruled.

11:20:36  1          **THE WITNESS:**  Can you repeat the question one more

11:20:39  2   time?

11:20:39  3   BY MR. RODRIGUEZ:

11:20:39  4   Q.    Sure.  Although, you were originally charged with a

11:20:41  5   crime, that could make you serve five years in federal

11:20:46  6   prison, you have an opportunity, through your cooperation

11:20:49  7   agreement with the federal government, to serve no time in

11:20:52  8   prison, correct?

11:20:54  9          **MR. CHAMBERS:**  Same objection, Your Honor.

11:20:56  10          **THE COURT:**  Okay, I'm going to see counsel at

11:20:58  11   sidebar.

11:21:15  12          (Bench conference.)

11:21:23  13          **THE COURT:**  Okay, these are, in the Court's view,

11:21:26  14   perfectly appropriate questions to be asked of this witness.

11:21:29  15   Counsel for Mr. Pelayo keeps objecting.  The government can't

11:21:35  16   have it both ways.  So, I'm going to start sustaining the

11:21:39  17   objections, and the witness is going to be struck.  So let's

11:21:42  18   proceed.

11:21:42  19          This would not have occurred but for the

11:21:49  20   government's conduct in this case.

11:21:52  21          (In open court.)

11:22:17  22   BY MR. ROBINSON:

11:22:17  23   Q.    Mr. Pelayo, I'll repeat my last question.

11:22:20  24   A.    Uh-huh.

11:22:21  25   Q.    Throughout the course of this case, you had

11:22:26  1   conversations with your attorney concerning your criminal

11:22:30  2   exposure, that means how much time you could serve in prison,

11:22:34  3   correct?

11:22:34  4   A.      We talked about it, yes.

11:22:36  5   Q.      And we learned that if you went to trial, you -- I'm

11:22:40  6   sorry.

11:22:40  7              If you went to trial, and you were convicted,

11:22:43  8   you could do up to five years in federal prison, correct?

11:22:46  9   A.      Correct.

11:22:47  10  Q.      But you entered into a cooperation agreement with the

11:22:50  11  federal government, that you could end up doing no time in

11:22:54  12  prison, correct?

11:22:55  13  A.      That wasn't part of the agreement.  They didn't

11:22:58  14  promise no time.

11:22:59  15  Q.      Okay, they promised a reduction on --

11:23:03  16              Were you explained how federal sentencing

11:23:07  17  works?

11:23:07  18  A.      Yes.

11:23:07  19  Q.      It's complicated and confusing, isn't it?

11:23:10  20  A.      Very.

11:23:11  21  Q.      And the -- you were told that you could, with your

11:23:15  22  cooperation, you could have a lowering of where you sit on

11:23:23  23  that graph that goes to federal sentencing, correct?

11:23:27  24  A.      Correct.

11:23:27  25  Q.      And if you pled, you could go down two levels,

| | | |
|---|---|---|
| 11:23:31 | 1 | correct? |
| 11:23:32 | 2 | A.      Correct. |
| 11:23:32 | 3 | Q.      And if the government finds your testimony to be |
| 11:23:37 | 4 | helpful, they would lower it three more, correct? |
| 11:23:41 | 5 | A.      They didn't tell me that, no. |
| 11:23:43 | 6 | Q.      Okay.  Well, you read -- |
| 11:23:45 | 7 | Okay, we'll talk about that in a little bit. |
| 11:23:47 | 8 | Now, but definitely in your mind, as you |
| 11:23:50 | 9 | testify today and as you testified on Thursday, one of your |
| 11:23:55 | 10 | main concerns is to be helpful to the federal government in |
| 11:24:02 | 11 | order to get the benefit of your deal, correct? |
| 11:24:08 | 12 | A.      Can you repeat it one more time? |
| 11:24:10 | 13 | Q.      Sure.  As you testified on Thursday and you testified |
| 11:24:12 | 14 | today, one of your main motivators is to be helpful to the |
| 11:24:19 | 15 | federal government in order to get the benefit of your deal, |
| 11:24:22 | 16 | correct? |
| 11:24:23 | 17 | A.      The terms of my deals is to come and say the truth. |
| 11:24:27 | 18 | Q.      My question is:  One of the main motivators, in your |
| 11:24:31 | 19 | mind, yes, on Thursday and today, is to be helpful to the |
| 11:24:37 | 20 | federal government in order to get the benefit of your deal, |
| 11:24:40 | 21 | correct? |
| 11:24:41 | 22 | A.      Correct. |
| 11:24:41 | 23 | Q.      Because you want to be there when your daughter or son |
| 11:24:46 | 24 | is born, right? |
| 11:24:47 | 25 | A.      Correct. |

11:24:47  1    Q.    Right.  You want to be there for the first birthday,

11:24:53  2    right?

11:24:53  3    A.    I do.

11:24:55  4    Q.    Yeah.  Because nothing motivates you more than family,

11:25:05  5    right?

11:25:06  6    A.    Correct.

11:25:14  7    Q.    Now, as part of your agreement, you have what's called

11:25:16  8    a proffer with the federal government, correct?

11:25:23  9    A.    The proffer you said?

11:25:25  10   Q.    Yes.

11:25:26  11   A.    I have a --

11:25:28  12   Q.    If I use a word you don't understand, just tell me and

11:25:31  13   I'll use better language.  Okay?

11:25:34  14   A.    Yeah, please.  I don't know.

11:25:35  15   Q.    At some point back in August of 2018, you, along with

11:25:43  16   your attorney, Mr. Chambers, and the prosecution team over

11:25:46  17   here met at the U.S. Attorney's Office, correct?

11:25:49  18   A.    Yes, we met.

11:25:50  19   Q.    What, on the 11th or the 13th floor?

11:25:54  20   A.    Something like that.

11:25:55  21   Q.    And I take it that was somewhat intimidating for you,

11:26:00  22   correct?

11:26:00  23   A.    Correct.

11:26:00  24   Q.    First time you had ever done something like that?

11:26:03  25   A.    Yes.

11:26:04  1    Q.    Okay, and did you meet with your attorney and prepare

11:26:07  2    for what you were going to say?

11:26:10  3    A.    We prepared, but we -- but we discussed before -- we

11:26:16  4    just -- that was it, we didn't prepare for it.

11:26:19  5    Q.    Okay, you just talked about it?

11:26:21  6    A.    We just talked about it.

11:26:23  7    Q.    And when you went in, you signed a form, correct?

11:26:26  8    A.    Yes.

11:26:26  9    Q.    Okay, and that was were you told that that's, usually

11:26:30  10   referred to as, queen for a day?

11:26:32  11   A.    They didn't tell me what it was referred to.

11:26:35  12   Q.    Okay.  And then the process of going in and giving

11:26:38  13   information to the prosecution team, they told you whatever

11:26:42  14   you say will be not used against you, correct?

11:26:46  15   A.    Correct.

11:26:46  16   Q.    Okay.  They gave you a certain level of immunity as to

11:26:51  17   whatever you would say that day.

11:26:53  18   A.    Correct.

11:26:53  19   Q.    Okay.  And in fact they gave you a form that both you

11:26:58  20   and your attorney signed, correct?

11:27:00  21   A.    Correct.

11:27:01  22   Q.    And the prosecution signed as well, Ms. Rykken and

11:27:05  23   Ms. Dragalin, correct?

11:27:07  24   A.    Correct.

11:27:07  25   Q.    And everybody signed it in front of each other, right?

11:27:11  1   A.      Yes.

11:27:12  2   Q.      And basically they tried to make you feel at ease,

11:27:16  3   right?

11:27:17  4   A.      Yes.

11:27:17  5   Q.      Right?  When they came in, they were very nice, very

11:27:21  6   pleasant?

11:27:21  7   A.      Correct.

11:27:21  8   Q.      And they're like:  Hey, how are you?  Things of that

11:27:25  9   nature, some small talk?

11:27:26  10  A.      Yes.

11:27:27  11  Q.      And during that conversation, the subject of my client

11:27:40  12  came up, correct?

11:27:42  13  A.      Correct.

11:27:42  14  Q.      And you --

11:27:44  15          They discussed --

11:27:45  16          I'm sorry -- strike that.

11:27:47  17          Either Ms. Dragalin, Ms. Rykken or both told

11:27:55  18  you that their main focus was Carlos Fernandez, right?

11:27:59  19  A.      They didn't tell me that, no.

11:27:59  20  Q.      Okay.  They didn't tell you something along the lines

11:28:02  21  of, hey, we know you made a mistake, but the real bad guy

11:28:04  22  here is Carlos Fernandez?

11:28:06  23  A.      No, they didn't say that.

11:28:07  24  Q.      All right.  Well, you spoke with them, and in that

11:28:11  25  interview or proffer --

| | | |
|---|---|---|
| 11:28:18 | 1 | And this was August 17, 2018, correct? |
| 11:28:22 | 2 | A.    I don't remember the exact date, but it was around |
| 11:28:27 | 3 | those dates. |
| 11:28:27 | 4 | Q.    Okay.  Now, at that time you told them that -- you had |
| 11:28:42 | 5 | told Carlos about your DUI, prior to the purchase of the |
| 11:28:47 | 6 | firearms in questions.  Correct? |
| 11:28:52 | 7 | A.    I told them -- |
| 11:29:00 | 8 | Repeat the question one more time. |
| 11:29:03 | 9 | Q.    Sure.  At the proffer session, back in August of |
| 11:29:08 | 10 | 2018 -- sorry, August 17 of 2018 -- you told the prosecution |
| 11:29:14 | 11 | team that you had informed Carlos Fernandez that you had a |
| 11:29:19 | 12 | DUI prior to the purchase of the guns in question at |
| 11:29:25 | 13 | Turner's? |
| 11:29:25 | 14 | A.    Yes. |
| 11:29:25 | 15 | Q.    That means that, according to you, when you spoke with |
| 11:29:41 | 16 | the ATF -- |
| 11:29:43 | 17 | Remember when we spoke about that on |
| 11:29:46 | 18 | Thursday? |
| 11:29:47 | 19 | A.    Okay, yeah. |
| 11:29:48 | 20 | Q.    And they -- they accused you of lying to them, right? |
| 11:29:55 | 21 | A.    They didn't accuse me of lying to them in that -- |
| 11:30:01 | 22 | Q.    Sure.  Let me rephrase that.  They reminded you that |
| 11:30:03 | 23 | lying to them was a crime, right? |
| 11:30:06 | 24 | A.    Correct. |
| 11:30:06 | 25 | Q.    Now, when you were at the proffer, back in August of |

11:30:10  1    2018, and you now have given a conflicting statement as to

11:30:21  2    what you had told Carlos Fernandez, when that came up, did

11:30:25  3    the question of you violating, what, 18 USC 2001 line to

11:30:35  4    federal agent come up?

11:30:37  5    A.    No.

11:30:37  6    Q.    So, they never discussed with you:  Hey, since you're

11:30:41  7    changing your story, you committed a different -- you

11:30:43  8    committed a different crime, and we're going to have to

11:30:44  9    charge you with that?

11:30:46  10   A.    No, they didn't say that.

11:30:47  11   Q.    Okay.  They just let it go?

11:30:51  12   A.    I don't know.

11:30:52  13   Q.    Okay.  Well, they didn't bring it up, right?  At that

11:30:55  14   meeting?

11:30:56  15   A.    No.

11:30:56  16   Q.    You were never charged with it, right?

11:30:58  17   A.    No.

11:30:59  18   Q.    Okay.  Did you -- were you --

11:31:02  19         Going into the meeting, were you worried that

11:31:05  20   if you change your answer, you were going to be admitting to

11:31:10  21   committing a crime?

11:31:11  22   A.    I wasn't worried.  I was just going in there to say

11:31:17  23   what happened.

11:31:17  24   Q.    Well, did you tell your attorney:  Hey, I'm really

11:31:21  25   worried, because if I tell them that Carlos knew, that means

| | | |
|---|---|---|
| 11:31:25 | 1 | I'm admitting that I lied to them on three different |
| 11:31:28 | 2 | occasions when I talked to them on the phone just six months |
| 11:31:31 | 3 | ago? |
| 11:31:31 | 4 | A.    He knew I was worried. |
| 11:31:32 | 5 | Q.    Who is "he"? |
| 11:31:34 | 6 | A.    My attorney did. |
| 11:31:34 | 7 | Q.    Because you told him. |
| 11:31:35 | 8 | A.    No, just because I'm in this -- in this indictment. |
| 11:31:40 | 9 | But no, that never arised [sic]. |
| 11:31:43 | 10 | Q.    So, it's your testimony to this jury that you never |
| 11:31:47 | 11 | discussed with your client [sic] the legal implications that |
| 11:31:51 | 12 | would affect you if you change your story and thereby admit |
| 11:31:57 | 13 | to lying to federal agents? |
| 11:32:02 | 14 | A.    Can you repeat that one more time? |
| 11:32:05 | 15 | Q.    Sure.  Is it your testimony to this jury that the |
| 11:32:09 | 16 | issue of you lying to these agents, and that it's a crime, |
| 11:32:15 | 17 | that never came up? |
| 11:32:17 | 18 | A.    That never came up, no. |
| 11:32:19 | 19 | Q.    Okay.  Now, after your proffer, when you told them |
| 11:32:30 | 20 | that you had told Carlos about your DUI, you entered into an |
| 11:32:38 | 21 | agreement with them, correct? |
| 11:32:40 | 22 | A.    Correct. |
| 11:32:41 | 23 |           **MR. RODRIGUEZ:**  And for the record, this is |
| 11:32:42 | 24 | Exhibit 111, Your Honor. |
| 11:32:42 | 25 | BY MR. RODRIGUEZ: |

| | | |
|---|---|---|
| 11:32:45 | 1 | Q.    And that was signed back on September 7, 2018, |
| 11:32:55 | 2 | correct? |
| 11:32:57 | 3 | A.    I can't remember the dates, but if it was that date, |
| 11:33:02 | 4 | that's the date. |
| 11:33:03 | 5 | Q.    Okay.  Now, on October 29th of 2019, about three weeks |
| 11:33:12 | 6 | ago, you met with the prosecution team again before you came |
| 11:33:17 | 7 | to testify here, right? |
| 11:33:20 | 8 | A.    Yes. |
| 11:33:20 | 9 | Q.    Okay, and the same rules were in place at the second |
| 11:33:24 | 10 | proffer last month as to the same kind of immunity deal, |
| 11:33:30 | 11 | things of that nature, correct? |
| 11:33:31 | 12 | A.    Correct. |
| 11:33:32 | 13 | Q.    Did you have to sign a new form? |
| 11:33:34 | 14 | A.    No. |
| 11:33:35 | 15 | Q.    Were you there with your attorney or did you go by |
| 11:33:38 | 16 | yourself? |
| 11:33:38 | 17 | A.    With my attorney. |
| 11:33:39 | 18 | Q.    And did you prepare before going in to testify, or -- |
| 11:33:42 | 19 | not testify -- before going in and speaking with the |
| 11:33:45 | 20 | prosecution team. |
| 11:33:46 | 21 | A.    No. |
| 11:33:46 | 22 | Q.    Okay.  Now, you amended the information that you gave |
| 11:33:54 | 23 | to the prosecution team on October 29th, 2019, correct?  In |
| 11:34:01 | 24 | other words, you gave them more information than you gave |
| 11:34:04 | 25 | back in -- I'm sorry, August of 2018? |

| | | |
|---|---|---|
| 11:34:09 | 1 | A.      Are you talking about the phone call. |
| 11:34:11 | 2 | Q.      No. |
| 11:34:12 | 3 | A.      Or the -- when we met? |
| 11:34:15 | 4 | Q.      The phone call was 2017. |
| 11:34:17 | 5 | A.      Okay. |
| 11:34:17 | 6 | Q.      Your first meeting with the prosecution team was |
| 11:34:20 | 7 | August of 2018, and then your final meeting with them was in |
| 11:34:25 | 8 | October -- October 29th, 2019. |
| 11:34:30 | 9 | A.       No, I didn't give them more information. |
| 11:34:33 | 10 | Q.      Okay.  Well, now, do you remember telling them that it |
| 11:34:39 | 11 | was Carlos that made the suggestion that Bianca purchase the |
| 11:34:44 | 12 | firearm on your behalf? |
| 11:34:46 | 13 | A.      I do. |
| 11:34:46 | 14 | Q.      Okay.  And you told them that the first time on |
| 11:34:49 | 15 | October 29, 2019, correct? |
| 11:34:51 | 16 | A.      Correct. |
| 11:34:51 | 17 | Q.      You hadn't said that back in August of 2018. |
| 11:34:57 | 18 | A.      I told them.  I can't remember when. |
| 11:35:00 | 19 | Q.      Okay.  Did you -- |
| 11:35:03 | 20 |           Before testifying, did you have an |
| 11:35:04 | 21 | opportunity to look at the report investigations that were |
| 11:35:06 | 22 | generated due to your meeting with the U.S. Attorney's |
| 11:35:13 | 23 | Office? |
| 11:35:13 | 24 | A.      I honestly saw a lot of things, and it might have been |
| 11:35:17 | 25 | in the things that I saw. |

| | | |
|---|---|---|
| 11:35:18 | 1 | Q.    Okay.  Do you think that looking at the report from |
| 11:35:28 | 2 | your meeting on October 29, 2019, might refresh your memory? |
| 11:35:33 | 3 | A.    Yes. |
| 11:35:34 | 4 | **MR. RODRIGUEZ:**  Your Honor, if I may. |
| 11:35:36 | 5 | **THE COURT:**  Yes. |
| 11:35:48 | 6 | (Hands document to witness.) |
| 11:36:28 | 7 | **THE WITNESS:**  It still don't ring a bell, no. |
| 11:36:28 | 8 | BY MR. RODRIGUEZ: |
| 11:36:31 | 9 | Q.    You don't remember as to what you said? |
| 11:36:33 | 10 | A.    No, you asked me if I remembered seeing this report. |
| 11:36:38 | 11 | Q.    Oh, no, no, no, no.  Let me start over. |
| 11:36:42 | 12 | After reading -- |
| 11:36:43 | 13 | Are you done with the report? |
| 11:36:45 | 14 | A.    Yeah, I'm done. |
| 11:36:46 | 15 | Q.    After reading it -- |
| 11:36:49 | 16 | Let me get it back. |
| 11:37:00 | 17 | Mr. Pelayo, after reading this report, did it |
| 11:37:04 | 18 | refresh your memory as to what happened less than a month ago |
| 11:37:07 | 19 | when you met with the prosecution team back on October 29, |
| 11:37:11 | 20 | 2019? |
| 11:37:12 | 21 | A.    Yes, it did. |
| 11:37:13 | 22 | Q.    And in there, the report, there are about seven bullet |
| 11:37:18 | 23 | points; is that correct? |
| 11:37:21 | 24 | A.    Just about. |
| 11:37:23 | 25 | Q.    And those bullet points are -- those bullet points |

11:37:33  1  list additional information that you gave the prosecution

11:37:35  2  team three weeks ago.

11:37:39  3  A.    It's information that I did -- gave to them?  Yes.

11:37:43  4  Q.    Okay.  New information that you gave to them.

11:37:47  5  A.    Not new.

11:37:48  6  Q.    New to them, that is --

11:37:52  7              I'm sorry if it comes out clumsy.

11:37:54  8              This was information that you gave to them

11:37:57  9  for the first time.

11:37:59  10  A.    No.

11:37:59  11  Q.    Okay.  Do you remember reading in the report that

11:38:03  12  says:  "During the proffer, in addition to reiterating

11:38:07  13  statements previously made in prior interviews, Pelayo made

11:38:10  14  the following statements"?

11:38:12  15  A.    I read the bullet points.  I didn't read the top part.

11:38:17  16  Q.    Okay.  Do you need --

11:38:21  17              Would you like to see the top part --

11:38:21  18  A.    Sure.

11:38:23  19  Q.    -- to refresh your memory as to what was said?

11:38:26  20  A.    Sure.

11:38:27  21  Q.    Okay.  (Hands document to witness.)

11:39:07  22  A.    Okay.

11:39:15  23  Q.    Okay.  And above those bullet points is the statement

11:39:20  24  that this was information that you are giving for the first

11:39:24  25  time, correct?

11:39:25  1    A.    Not for the first time, no.

11:39:27  2    Q.    Okay.  Well, you didn't write that report, correct?

11:39:31  3    A.    Correct.

11:39:32  4    Q.    Okay.  In that report it states that you told the

11:39:39  5    prosecution team that it was Mr. -- it was Officer

11:39:47  6    Fernandez's idea that Bianca purchase the guns, correct?

11:39:51  7    A.    I did tell him that it was a suggestion, his

11:39:55  8    suggestion.

11:39:55  9    Q.    Okay.  And that is from the report on October 29,

11:39:59  10   2019, right?

11:40:01  11   A.    Correct.

11:40:02  12   Q.    Now, in Exhibit 111, for the record, page 11 to 21,

11:40:13  13   which is --

11:40:14  14              If I may, Your Honor, if I may have Mr. Cruz

11:40:17  15   give --

11:40:19  16              **THE COURT:**  Yes.

11:40:27  17              (Hands document to witness.)

11:40:27  18   BY MR. RODRIGUEZ:

11:40:31  19   Q.    Sir, Mr. Cruz is providing you with Exhibit 111.  If

11:40:35  20   you could please take a look at that.

11:40:37  21   A.    Okay.

11:40:39  22   Q.    And once you've had a chance to look at that, let me

11:40:45  23   know if you are familiar with it, if you recognize it?

11:40:56  24   A.    Okay.

11:40:57  25   Q.    And that is your plea form, correct?

| | | |
|---|---|---|
| 11:41:00 | 1 | A.    Yes, it appears to be so. |
| 11:41:02 | 2 | Q.    All right, and that is a, right, a lengthy document |
| 11:41:08 | 3 | about 21 pages, which sets out the -- what's called an |
| 11:41:12 | 4 | agreement between you and the prosecution team concerning |
| 11:41:15 | 5 | your testimony, right? |
| 11:41:17 | 6 | A.    Correct. |
| 11:41:17 | 7 | Q.    Right.  And it includes everything as to your rights, |
| 11:41:22 | 8 | your responsibilities, correct? |
| 11:41:25 | 9 | A.    Correct. |
| 11:41:25 | 10 | Q.    There is language there that you give up your right to |
| 11:41:31 | 11 | appeal this decision -- the plea that you're taking, right? |
| 11:41:36 | 12 | A.    Correct. |
| 11:41:36 | 13 | Q.    Okay.  You seem a little confused.  You are aware that |
| 11:41:41 | 14 | you waived that right to appeal, right? |
| 11:41:43 | 15 | A.    No, you were talking about a language. |
| 11:41:44 | 16 | Q.    Uh-huh. |
| 11:41:46 | 17 | A.    In the form. |
| 11:41:48 | 18 | Q.    Uh-huh. |
| 11:41:49 | 19 | A.    And then you asked the following question. |
| 11:41:52 | 20 | Q.    Okay.  I take it, obviously, you spent time with your |
| 11:41:55 | 21 | attorney going over this form, correct? |
| 11:41:58 | 22 | A.    Correct. |
| 11:41:59 | 23 | Q.    And he explained the form the best way he could?  Must |
| 11:42:04 | 24 | have taken a while? |
| 11:42:06 | 25 | A.    Correct. |

11:42:06   1    Q.    And then you came into this court, and there was a

11:42:09   2    plea, right?

11:42:12   3    A.    Correct.

11:42:13   4    Q.    And that -- it was also a lengthy process, correct?

11:42:17   5    A.    Yes.

11:42:18   6    Q.    At least about half an hour, you were standing here,

11:42:21   7    answering questions from Judge Otero, right?

11:42:26   8    A.    Correct.

11:42:27   9    Q.    Now, in page 11 of that form, if you could turn to it,

11:42:42   10   do you see that there's a part that it -- kind of underlined?

11:42:46   11   A.    Yes.

11:42:46   12   Q.    Okay.  And in it it states that --

11:42:51   13          Well, why don't you go ahead and read what it

11:42:54   14   states?

11:42:55   15   A.    It says:  "Fernandez suggested that person A could

11:42:58   16   complete the paperwork for the purchase of the firearm

11:43:01   17   intended for defendant."

11:43:02   18   Q.    Okay, and "person A," you understood to be Bianca,

11:43:06   19   correct?

11:43:06   20   A.    Correct.

11:43:06   21   Q.    And so this form was signed by you on September 7th,

11:43:13   22   2018, right?

11:43:16   23   A.    This form right here.

11:43:17   24   Q.    Yes.

11:43:18   25   A.    Correct.

11:43:18  1    Q.    This -- and this is about three and a half weeks after

11:43:23  2    you first spoke with the U.S. attorneys' office, right?

11:43:34  3    A.    I can't remember the exact dates, but yes.

11:43:36  4    Q.    And you can agree with me that it was more than 13

11:43:40  5    months before you spoke with them on October 29, 2019 and

11:43:48  6    told them that Bianca -- I'm sorry, that Carlos Fernandez

11:43:54  7    suggested that Bianca purchased the guns, right?

11:44:00  8    A.    It was a while.  I don't remember how many months, but

11:44:03  9    it was a while after that second time.

11:44:05  10   Q.    Right.  This was September 2018, September 19, that's

11:44:11  11   12 months plus October, that's 13.  With me?

11:44:14  12   A.    Yes.

11:44:14  13   Q.    So, there is a 13-month gap between your signature to

11:44:18  14   that statement and then this report stating that you told the

11:44:23  15   feds that Carlos suggested that Bianca purchase the guns,

11:44:29  16   right?

11:44:31  17   A.    Correct.

11:44:31  18   Q.    Okay.  So, when you went and met with them on October

11:44:38  19   29th, Bianca was still dealing with her case, correct?

11:44:51  20   A.    I don't know.

11:44:52  21   Q.    You don't know that --

11:44:57  22   A.    I don't know.

11:44:58  23   Q.    I'm sorry, let me finish the question.

11:45:01  24         Is it your testimony that when you came and

11:45:03  25   met with the federal government October 29, 2010, you were

| | | |
|---|---|---|
| 11:45:07 | 1 | not aware that Bianca was still charged and fighting her own |
| 11:45:12 | 2 | charges? |
| 11:45:13 | 3 | A.    I think she's still in it if I'm not mistaken. |
| 11:45:16 | 4 | Q.    Okay, sure.  Then she was in it October 29th, right? |
| 11:45:20 | 5 | Of this year?  When you came and met with them? |
| 11:45:26 | 6 | A.    I think she's still in it now. |
| 11:45:28 | 7 | Q.    Right, which meant -- sorry, I'm not trying to belabor |
| 11:45:32 | 8 | the point.  Which meant she was in it three weeks ago, right? |
| 11:45:36 | 9 | A.    Yes. |
| 11:45:37 | 10 | Q.    And like you said, you both live together, you have a |
| 11:45:41 | 11 | family, right? |
| 11:45:42 | 12 | A.    Yes, we do. |
| 11:45:43 | 13 | Q.    Okay, and you are aware that a few days prior to you |
| 11:45:48 | 14 | going to the U.S. Attorneys Office, Bianca received a letter |
| 11:45:53 | 15 | through her lawyer offering her what's called diversion, |
| 11:45:57 | 16 | right? |
| 11:45:58 | 17 | A.    I don't know.  She didn't mention that to me. |
| 11:46:00 | 18 | Q.    It's your testimony that your wife and mother of your |
| 11:46:06 | 19 | children -- |
| 11:46:07 | 20 | A.    Correct. |
| 11:46:07 | 21 | Q.    -- never told you that a few days prior to you going |
| 11:46:12 | 22 | back to the U.S. Attorneys Office and giving them more |
| 11:46:16 | 23 | information, that she had received a letter offering her a |
| 11:46:19 | 24 | diversion, meaning that if she stays out of trouble for a |
| 11:46:24 | 25 | year, they'll dismiss the charges against her? |

| | | |
|---|---|---|
| 11:46:26 | 1 | A.      Can you repeat it a little slower?  That's -- |
| 11:46:30 | 2 | Q.      It's okay.  I'm highly caffeinated. |
| 11:46:34 | 3 |          So, is it your -- well, let me define some |
| 11:46:34 | 4 | terms, okay? |
| 11:46:34 | 5 | A.      Okay. |
| 11:46:45 | 6 | Q.      When I use the word "diversion," diversion means that |
| 11:46:48 | 7 | the government will hold off prosecuting someone for a |
| 11:46:51 | 8 | certain period of time -- |
| 11:46:52 | 9 | A.      Okay. |
| 11:46:53 | 10 | Q.      -- and that as long as they don't commit any new |
| 11:46:56 | 11 | crimes or accused of violating any laws, they will drop the |
| 11:47:00 | 12 | charges. |
| 11:47:00 | 13 |          THE COURT:  Please ask the question. |
| 11:47:00 | 14 | BY MR. RODRIGUEZ: |
| 11:47:03 | 15 | Q.      Okay, is it your testimony that you are unaware that |
| 11:47:07 | 16 | Bianca received a letter from the federal government offering |
| 11:47:10 | 17 | her a diversion, which means that if she didn't commit any |
| 11:47:15 | 18 | new crimes or accused of committing any crimes, the charges |
| 11:47:20 | 19 | against her were dropped? |
| 11:47:21 | 20 | A.      I know she received something. |
| 11:47:24 | 21 | Q.      Uh-huh. |
| 11:47:26 | 22 | A.      I didn't 100 percent -- when you said "diversion," in |
| 11:47:31 | 23 | my mind is something else.  But yes, she received something |
| 11:47:35 | 24 | from the federal government.  What exactly, I knew she had to |
| 11:47:38 | 25 | stay out of trouble. |

| | | |
|---|---|---|
| 11:47:39 | 1 | Q.    Okay.  Great.  And if she stayed out of trouble, the |
| 11:47:43 | 2 | case against her would be dropped? |
| 11:47:45 | 3 | A.    Correct. |
| 11:47:45 | 4 | Q.    And she wouldn't be a felon. |
| 11:47:48 | 5 | A.    Correct. |
| 11:47:49 | 6 | Q.    Which is what you are now. |
| 11:47:52 | 7 | A.    Correct. |
| 11:47:53 | 8 | Q.    Because of all this. |
| 11:47:56 | 9 | A.    Yes. |
| 11:47:56 | 10 | Q.    Now, when -- |
| 11:48:11 | 11 | Bianca must have been -- |
| 11:48:13 | 12 | Well, strike that. |
| 11:48:14 | 13 | You must have felt some form of relief |
| 11:48:17 | 14 | knowing that Bianca had this type of offer, correct? |
| 11:48:25 | 15 | A.    Yes. |
| 11:48:25 | 16 | Q.    Right.  Meaning that you knew Bianca wasn't going to |
| 11:48:29 | 17 | be committing any crimes, right? |
| 11:48:31 | 18 | A.    Correct. |
| 11:48:31 | 19 | Q.    And you must have, you know, as -- as her husband, you |
| 11:48:35 | 20 | must have felt some sort of relief and happiness that, hey, |
| 11:48:39 | 21 | she has a chance for her not to be -- not to have this kind |
| 11:48:42 | 22 | of mark for the rest of her life, right? |
| 11:48:48 | 23 | A.    Right. |
| 11:48:48 | 24 | Q.    And that must have been on your mind on October 29th, |
| 11:48:56 | 25 | correct, when you went and met with the prosecution. |

| | | |
|---|---|---|
| 11:49:04 | 1 | A.      Yes, it's been on my mind. |
| 11:49:06 | 2 | Q.      And you -- did you -- and you came to find out that it |
| 11:49:11 | 3 | wasn't until after you met with the prosecution team on |
| 11:49:15 | 4 | October 29th, it was until after that the prosecution team, |
| 11:49:23 | 5 | and this turn, it was Ms. Dragalin, signed the letter or the |
| 11:49:29 | 6 | deal with your wife, right? |
| 11:49:38 | 7 | A.      I didn't, I didn't put the two pluses together, but -- |
| 11:49:43 | 8 | Q.      Let's do that now.  When you went and met with the |
| 11:49:47 | 9 | prosecution team on October 29th, 2019, you knew that Bianca |
| 11:49:53 | 10 | had a deal or an offer for a diversion, but it wasn't signed, |
| 11:49:57 | 11 | correct? |
| 11:49:57 | 12 | A.      No, I didn't know about that offer at that time, no. |
| 11:50:00 | 13 | Q.      Okay, when did you come to know about it? |
| 11:50:03 | 14 | A.      Recently.  It -- it's not that long ago that I found |
| 11:50:10 | 15 | out about it. |
| 11:50:10 | 16 | Q.      Recently?  When? |
| 11:50:11 | 17 | A.      A few weeks, two weeks. |
| 11:50:13 | 18 | Q.      Two weeks ago? |
| 11:50:16 | 19 | A.      Yeah. |
| 11:50:16 | 20 | Q.      So, November 3rd? |
| 11:50:18 | 21 | A.      Exact dates I can't remember, but it was around those |
| 11:50:22 | 22 | times. |
| 11:50:22 | 23 | Q.      So, it's your testimony to this jury that even though |
| 11:50:25 | 24 | you and Bianca are married, live together, have children |
| 11:50:29 | 25 | together, she's pregnant, obviously you are with her all the |

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 11:50:32 | 1 | time, that something as serious as this, you didn't learn |
| 11:50:35 | 2 | about until two weeks after -- two weeks ago? |
| 11:50:39 | 3 | A.     Yeah.  That's what I learned about it. |
| 11:50:42 | 4 | Q.     She kept you in the dark about this? |
| 11:50:45 | 5 | A.     Well, she didn't keep me in the dark.  She told me |
| 11:50:49 | 6 | about it. |
| 11:50:52 | 7 | Q.     She didn't, at no point say:  Hey, I have to go to my |
| 11:50:57 | 8 | attorney's office.  I signed the documents.  I'm getting a |
| 11:51:00 | 9 | diversion? |
| 11:51:00 | 10 | A.     No, not that way, no.  She just told me:  I've got to |
| 11:51:04 | 11 | talk to my lawyer, and that's it. |
| 11:51:06 | 12 | Q.     Okay. |
| 11:51:31 | 13 | MR. RODRIGUEZ:  I have nothing further, Your |
| 11:51:34 | 14 | Honor.  Thank you. |
| 11:51:35 | 15 | THE COURT:  Thank you. |
| 11:51:35 | 16 | MS. RYKKEN:  Yes, very briefly, Your Honor. |
| 11:51:44 | 17 | REDIRECT EXAMINATION |
| 11:51:44 | 18 | BY MS. RYKKEN: |
| 11:51:50 | 19 | Q.     For the record, other than me asking you and your |
| 11:51:54 | 20 | lawyer not to sit with Agent Duncan this morning, have you |
| 11:51:57 | 21 | and I spoken at any point between now and your testimony on |
| 11:52:00 | 22 | Thursday? |
| 11:52:01 | 23 | A.     No. |
| 11:52:01 | 24 | Q.     Have you spoken to the other AUSA, Ms. Dragalin? |
| 11:52:05 | 25 | A.     No. |

| | | |
|---|---|---|
| 11:52:05 | 1 | Q.     Have you spoken to either of the agents? |
| 11:52:12 | 2 | A.     I haven't. |
| 11:52:13 | 3 | Q.     Okay.  So, you testified earlier that you signed an |
| 11:52:14 | 4 | plea agreement with the government? |
| 11:52:15 | 5 | A.     Correct. |
| 11:52:15 | 6 | Q.     And that you hoped for a lower sentence. |
| 11:52:19 | 7 | A.     Correct. |
| 11:52:19 | 8 | Q.     Has the government made you any promises about what |
| 11:52:23 | 9 | sentence you will receive? |
| 11:52:24 | 10 | A.     None. |
| 11:52:25 | 11 | Q.     Do you know who will ultimately decide your sentence? |
| 11:52:28 | 12 | A.     Yes.  The Judge. |
| 11:52:29 | 13 | Q.     Does the plea agreement require you to tell the truth? |
| 11:52:29 | 14 | A.     Correct. |
| 11:52:33 | 15 | Q.     Does it also have a provision about your understanding |
| 11:52:37 | 16 | of cooperation. |
| 11:52:37 | 17 | A.     Yes. |
| 11:52:38 | 18 | Q.     Do you remember the details of that provision? |
| 11:52:40 | 19 | A.     All I know is I'd have to make sure I show up, say the |
| 11:52:45 | 20 | truth, exactly what happened, and that's it. |
| 11:52:47 | 21 | Q.     Do you know whether or not that term of the plea |
| 11:52:51 | 22 | agreement depends on the outcome of this trial? |
| 11:52:55 | 23 | A.     Can you repeat the question one more time? |
| 11:52:57 | 24 | Q.     Does your plea agreement -- does the outcome of this |
| 11:53:01 | 25 | trial alter the government's recommendation in your case? |

UNITED STATES DISTRICT COURT

11:53:03   1    A.      No.

11:53:04   2    Q.      Do you remember testifying just a moment ago you

11:53:09   3    agreed with defense counsel that you would get a break in

11:53:11   4    sentencing for two levels under the plea agreement, do you

11:53:13   5    remember that?

11:53:14   6    A.      I do remember.

11:53:14   7    Q.      Do you remember why the government agreed to offer you

11:53:17   8    a two-level variance?

11:53:19   9    A.      To the best of what I can understand the words is, I

11:53:24  10    just have to make sure that I do what's on this plea

11:53:28  11    agreement, and I'll get those two-point reductions.

11:53:30  12    Q.      Would it refresh your recollection to actually look at

11:53:34  13    the plea agreement provision?

11:53:34  14    A.      Yes.

11:53:35  15    Q.      You can turn to tab 111 in those binders, if you --

11:53:40  16    it's in the binders behind you.  If you'll look at tab 111.

11:53:45  17    A.      Okay.

11:53:46  18    Q.      Do you see the binders to your --

11:53:48  19                    THE COURT:  Which page?

11:53:49  20                    MS. RYKKEN:  It's tab 111, Your Honor, page 5,

11:53:53  21    paragraph 5D.

11:54:30  22                    THE WITNESS:  Okay.  Yes.

11:54:30  23    BY MS. RYKKEN:

11:54:32  24    Q.      Okay, do you see that?

11:54:33  25    A.      I do.

11:54:33  1    Q.    You've had a chance to read it?

11:54:35  2    A.    Yes.  Page 4.

11:54:37  3    Q.    Of paragraph 5D?

11:54:39  4    A.    Yes, correct.

11:54:40  5    Q.    It should be on page 5.

11:54:48  6    A.    Yes, that's what I agreed.

11:54:49  7    Q.    And so that refreshes your recollection about what you

11:54:53  8    agreed with the government?

11:54:54  9    A.    Correct.

11:54:54  10   Q.    And what is your understanding about how the outcome

11:54:57  11   in this trial affects your plea agreement with the

11:54:59  12   government?

11:54:59  13   A.    To my understanding, it doesn't affect how the outcome

11:55:02  14   of this trial -- it doesn't affect me, as long as I just come

11:55:07  15   in and do my part.

11:55:09  16   Q.    And, finally, when you entered the plea agreement with

11:55:12  17   the government, did we make you any promises about the case

11:55:17  18   against your girlfriend?

11:55:19  19   A.    None.

11:55:20  20             MS. RYKKEN:  Nothing further.

11:55:21  21             THE COURT:  Any questions, Mr. Rodriguez?

11:55:24  22             MR. RODRIGUEZ:  No, Your Honor.  Thank you.

11:55:26  23             THE COURT:  Okay, the witness is excused.

11:55:29  24                 Okay, we'll take the noon lunch break.  So,

11:55:32  25   please return at 1:00 o'clock.  During your absence do not

| | | |
|---|---|---|
| 11:55:35 | 1 | discuss the case with yourselves or any other person. |
| 11:55:40 | 2 | 1:00 o'clock please. |
| 11:55:42 | 3 | COURT CLERK:  All rise for the jury, please. |
| 11:55:42 | 4 | (Noon recess taken.) |
| 11:55:42 | 5 | (Following proceedings were held in open court |
| 13:01:30 | 6 | outside the presence of the jury.) |
| 13:01:30 | 7 | MR. ROBINSON:  Your Honor, before Mr. Cruz brings |
| 13:01:52 | 8 | in the jury, could we address one matter, briefly. |
| 13:01:55 | 9 | THE COURT:  Yes, go ahead. |
| 13:01:57 | 10 | MR. ROBINSON:  Your Honor, the government gave us |
| 13:01:59 | 11 | exhibits this morning that relate to Officer Arao, discussed |
| 13:02:02 | 12 | that matter with the prosecution, and we don't object to |
| 13:02:04 | 13 | their admission. |
| 13:02:05 | 14 | My understanding is that the government now |
| 13:02:07 | 15 | is going to go into the second part of their case in light of |
| 13:02:12 | 16 | their bifurcation, which we do appreciate. |
| 13:02:14 | 17 | My understanding is that the government has |
| 13:02:17 | 18 | some clean-up questions.  I'm not sure what those are, but |
| 13:02:23 | 19 | when the government begins their case through Agent Hart |
| 13:02:27 | 20 | against Officer Fernandez, we again would ask the Court to |
| 13:02:30 | 21 | give the limiting instruction.  If we could get notice when |
| 13:02:38 | 22 | they do that, that would be appreciated. |
| 13:02:39 | 23 | THE COURT:  Let me see if I have that here.  I |
| 13:02:48 | 24 | think I may have left that in chambers.  Do you have another |
| 13:02:51 | 25 | copy here? |

| | | |
|---|---|---|
| 13:02:53 | 1 | **MS. DRAGALIN:**  We should, Your Honor. |
| 13:03:20 | 2 | (Brief pause) |
| 13:03:26 | 3 | **THE COURT:**  So, your next witness will be Special |
| 13:03:29 | 4 | Agent Hart again? |
| 13:03:31 | 5 | **MS. DRAGALIN:**  Yes, Your Honor. |
| 13:03:33 | 6 | COURT CLERK:  Judge, I'll go find it. |
| 13:03:37 | 7 | (Discussion off the record.) |
| 13:04:17 | 8 | (Brief pause) |
| 13:05:09 | 9 | **MR. ROBINSON:**  May I inquire, Your Honor, we filed |
| 13:05:12 | 10 | a motion for reconsideration and mistrial, and we gave Mr. |
| 13:05:17 | 11 | Cruz a courtesy copy of our reply that we filed yesterday. |
| 13:05:20 | 12 | Did the Court receive the courtesy copy of the original |
| 13:05:24 | 13 | motion? |
| 13:05:25 | 14 | **THE COURT:**  I have. |
| 13:05:26 | 15 | **MR. ROBINSON:**  Okay, thank you.  Again if we could |
| 13:05:29 | 16 | address that before the government closes.  Thank you. |
| 13:05:42 | 17 | **THE COURT:**  So we need another copy of the -- |
| 13:05:45 | 18 | **MR. ROBINSON:**  We're looking for it right now, |
| 13:05:47 | 19 | Your Honor. |
| 13:05:59 | 20 | **MS. DRAGALIN:**  We just found one, Your Honor. |
| 13:06:27 | 21 | **THE COURT:**  Okay, just -- if you would provide an |
| 13:06:30 | 22 | alert as to when the Court should read the instruction. |
| 13:06:32 | 23 | **MS. DRAGALIN:**  Yes, Your Honor, we'll do. |
| 13:06:36 | 24 | COURT CLERK:  Ready? |
| 13:06:38 | 25 | **THE COURT:**  Ready. |

13:06:39  1          COURT CLERK:  All rise for the jury, please.

13:07:02  2          **THE COURT:**  Okay.  We have the jury assembling

13:07:04  3    with the alternates.  Counsel are present with the

13:07:07  4    defendants.

13:07:08  5                    In terms of --

13:07:10  6                    Please have a seat.

13:07:11  7                    In terms of housekeeping, it looks like we

13:07:13  8    may be able to conclude with the case on Tuesday, more likely

13:07:19  9    Wednesday.  More likely Wednesday.  Possibly Tuesday.

13:07:25 10                    With that, the government may call the next

13:07:27 11    witness.

13:07:28 12          **MS. DRAGALIN:**  Yes, Your Honor, with that, the

13:07:31 13    government would recall to the stand Special Agent Tolliver

13:07:36 14    Hart.

13:07:47 15          COURT CLERK:  Sir, once again, you're reminded

13:07:49 16    you're still under oath.

13:07:50 17                    For the record, would you please spell your

13:07:54 18    name and spell your last name.

13:07:57 19          THE WITNESS:  Tolliver Hart, H-A-R-T.

13:07:59 20          **THE COURT:**  Your witness.

13:08:00 21          **MS. DRAGALIN:**  Thank you, Your Honor.

13:08:01 22                    WITNESS, **TOLLIVER HART,** SWORN

13:08:01 23                    DIRECT EXAMINATION

13:08:01 24    BY MS. DRAGALIN:

13:08:03 25    Q.    Agent Hart, last week you were asked by defense

13:08:06    1    counsel if you have a service weapon.  Do you recall that?

13:08:08    2    A.    Yes.

13:08:08    3    Q.    What type of service weapon do you have?

13:08:10    4    A.    I have a Glock 19, 9 millimeter pistol.

13:08:14    5    Q.    Did the ATF issue that weapon to you?

13:08:17    6    A.    Yes.

13:08:17    7    Q.    Did you have to pay for it?

13:08:20    8    A.    No.

13:08:20    9    Q.    As part of your training as an ATF agent, did you

13:08:25   10    receive training on how to use the weapon?

13:08:26   11    A.    Yes.

13:08:27   12    Q.    Just very briefly, could you describe that to the

13:08:29   13    jury?

13:08:30   14    A.    So, when we first -- before we even start the academy,

13:08:38   15    like, early on, the first couple of weeks, they provided us

13:08:41   16    with a handgun, and then we learned about safely handling it.

13:08:50   17    It was unload at first, worked on just our -- our shooting

13:08:58   18    platform, how we're standing, holding it, and then moving --

13:09:05   19    moving forward.  Later on, after we're comfortable with

13:09:09   20    unloading, with the ammunition, we worked on various drills,

13:09:15   21    and then also qualifying with the firearm which we have to

13:09:21   22    continue to do quarterly.

13:09:23   23    Q.    And what do you mean by "qualifying"?

13:09:26   24    A.    We have to shoot at a target, so many rounds at a

13:09:34   25    target, and maintain minimum proficiency.

13:09:41  1   Q.    Last week you were also asked about an undercover

13:09:46  2   operation involving defendant Arao.  Do you recall that?

13:09:49  3   A.    Yes.

13:09:49  4   Q.    Have you read a report summarizing that undercover

13:09:54  5   operation?

13:09:55  6   A.    Yes.

13:09:55  7   Q.    Did the report include screen shots from the

13:09:59  8   undercover video of the operation?

13:10:01  9   A.    Yes.

13:10:01  10  Q.    Did the report include screen shots of Instagram

13:10:10  11  direct messages between 38 Superman and Agent Duncan?

13:10:14  12  A.    Yes.

13:10:15  13  Q.    And in the binder behind you, could you please take

13:10:18  14  out the binder that has Exhibit -- up through Exhibit 201

13:10:23  15  from the spine, and please turn to a tab that's marked tab

13:10:29  16  205.  Do you recognize those documents?

13:11:28  17  A.    Yes.  They appear to be screen shots between

13:11:33  18  the38Superman and Special Agent Duncan.

13:11:35  19          **MS. DRAGALIN:**  Your Honor, the government moves to

13:11:38  20  admit Exhibit 205.

13:11:41  21          **THE COURT:**  Any objection?

13:11:41  22          **MR. ROBINSON:**  No.

13:11:43  23          **THE COURT:**  205 is received.

13:11:45  24          (Exhibit No. 205 received in evidence.)

13:11:45  25  BY MS. DRAGALIN:

| | | |
|---|---|---|
| 13:11:46 | 1 | Q.    Would you display 205 on the screen for the jury, and |
| 13:11:49 | 2 | go down through the pages. |
| 13:12:02 | 3 | Page 2, showing 3, page 4, page 5, page 6, |
| 13:12:21 | 4 | page 7, and page 8. |
| 13:12:30 | 5 | Agent Hart, you did not participate in this |
| 13:12:32 | 6 | conversation, correct? |
| 13:12:33 | 7 | A.    Correct. |
| 13:12:33 | 8 | Q.    That was Special Agent Kyle Duncan acting in an |
| 13:12:37 | 9 | undercover capacity; is that right? |
| 13:12:39 | 10 | **MR. RODRIGUEZ:**  Objection.  Leading. |
| 13:12:41 | 11 | **THE COURT:**  I didn't hear you.  I'm sorry. |
| 13:12:42 | 12 | **MR. RODRIGUEZ:**  I'm sorry.  Objection.  Leading. |
| 13:12:45 | 13 | **THE COURT:**  Overruled. |
| 13:12:46 | 14 | **THE WITNESS:**  Yes. |
| 13:12:46 | 15 | BY MS. DRAGALIN: |
| 13:12:46 | 16 | Q.    Can you please turn to tab 206 in the binder, and I'll |
| 13:12:54 | 17 | have you look at both 206 and 207 at the same time.  Do you |
| 13:13:06 | 18 | recognize those documents? |
| 13:13:07 | 19 | A.    These are screen shots from the surveillance video |
| 13:13:14 | 20 | camera that Special Agent was wearing during the UC |
| 13:13:19 | 21 | operation. |
| 13:13:21 | 22 | **MS. DRAGALIN:**  Government moves to admit 206 and |
| 13:13:24 | 23 | 207. |
| 13:13:25 | 24 | **MR. ROBINSON:**  There is no objection on behalf of |
| 13:13:28 | 25 | Officer Arao. |

13:13:28   1          MR. RODRIGUEZ:   No objection.

13:13:29   2          THE COURT:   206 and 27 is received.

13:13:29   3          (Exhibit No. 206 and 207 received into evidence.)

13:13:29   4    BY MS. DRAGALIN:

13:13:32   5    Q.    And we'll display 206 on the screen.   What is Exhibit

13:13:36   6    206 show?

13:13:38   7    A.    Defendant Arao.

13:13:39   8    Q.    And what captured this image?

13:13:43   9    A.    A camera that Special Agent Duncan was wearing on his

13:13:50   10   person.

13:13:50   11   Q.    Was the camera visible to the naked eye to regular

13:13:55   12   people?

13:13:56   13   A.    No.

13:13:56   14   Q.    And showing you Exhibit 207.   What does this screen

13:14:04   15   capture show?

13:14:05   16   A.    It shows Special Agent Duncan handling a Colt pistol.

13:14:13   17   Q.    And was that also at the undercover operation with

13:14:20   18   defendant Arao?

13:14:21   19   A.    Yes.

13:14:22   20          MS. DRAGALIN:   Your Honor, at this time the

13:14:23   21   government would ask that you give the instruction.

13:14:35   22          THE COURT:   Let me instruct the jury.

13:14:37   23          You're again about to hear testimony from

13:14:40   24   Special Agent Hart.   I instruct you that this evidence is

13:14:43   25   admitted only for a limited purpose.   Defendant Fernandez is

13:14:47   1   charged with making false statements in a federal firearm

13:14:51   2   license record in violation of Title 18 United States Code,

13:14:55   3   Section 924(a)(1)(A) and disposing of a firearm to a

13:14:59   4   prohibited person in violation of Title 18, United States

13:15:03   5   Code 922(d)(1).

13:15:05   6             You will hear evidence regarding his and

13:15:08   7   other's conduct concerning these allegations.

13:15:12   8             Defendant Arao is not charged with these two

13:15:14   9   crimes.  He's only charged with conspiracy to deal in and the

13:15:18   10   unlawful dealing in firearms without a license in violation

13:15:23   11   of Title 18 United States Code 371 and 922(a)(1)(A).

13:15:27   12             To the extent you hear any evidence regarding

13:15:30   13   defendant Arao during this witness's testimony, you're only

13:15:34   14   to consider it for the limited purpose of the two crimes

13:15:37   15   charged against defendant Arao and not for any other purpose.

13:15:41   16             And you may proceed.

13:15:41   17   BY **MS. DRAGALIN:**

13:15:43   18   Q.    We'll start by showing you what's been admitted as 6,

13:15:48   19   page 1 on the screen.

13:15:52   20             During the course of this investigation, did

13:15:54   21   you come to know about an individual named Oscar Maravilla

13:16:01   22   Camacho, Jr.?

13:16:02   23   A.    Yes.

13:16:02   24   Q.    And is that the person displayed in Exhibit 61?

13:16:06   25   A.    Yes.

13:16:06  1   Q.    According to this Department of Motor Vehicles record,

13:16:10  2   what is the city that this person resided in?

13:16:16  3   A.    Salinas, California.

13:16:21  4   Q.    And zooming in on just the photograph.

13:16:28  5              During the course of your investigation, did

13:16:31  6   you meet Camacho, Jr. in person?

13:16:33  7   A.    Yes.

13:16:33  8   Q.    In your opinion, does the photograph fairly and

13:16:37  9   accurately represent what he looks like in person?

13:16:39  10  A.    Yes.

13:16:40  11  Q.    During the course of your investigation, did you learn

13:16:46  12  anything about this particular individual's criminal history?

13:16:50  13  A.    Yes, I learned that he was a convicted felon.

13:16:53  14  Q.    And did you obtain court records to determine what

13:16:59  15  that felony was?

13:17:01  16  A.    Yes, we did.

13:17:02  17  Q.    I'm going to show you what's been admitted as Exhibit

13:17:06  18  119, page 1.

13:17:09  19              Before we talk about the details, can you

13:17:10  20  explain to the jury just generally what is this type of

13:17:13  21  document?

13:17:14  22  A.    This is called an Abstract of Judgment.  It's a

13:17:20  23  document that's issued when somebody is convicted of a

13:17:28  24  felony.

13:17:28  25  Q.    And we'll turn to page 2 of this document.  And also

13:17:36  1    page 3.  What's at the bottom of page 3?

13:17:43  2    A.    That's a seal from the Santa Clara County Superior

13:17:52  3    Court Clerk.

13:17:53  4    Q.    Is the seal certifying the accuracy of this Court

13:17:58  5    record?

13:17:58  6    A.    Yes.

13:17:58  7    Q.    And turning back to page 1, zooming in on the top

13:18:03  8    section of the first big box, what is the name of the

13:18:08  9    defendant in this court record?

13:18:11  10   A.    Oscar Maravilla Camacho.

13:18:16  11   Q.    And what is the date of birth?

13:18:18  12   A.    September 2nd, 1983.

13:18:21  13   Q.    Is that the same date of birth listed on Camacho,

13:18:27  14   Jr.'s drivers license?

13:18:28  15   A.    Yes.

13:18:28  16   Q.    And zooming out, and zooming in on section 1.

13:18:35  17              Can you just read the heading of section 1,

13:18:39  18   beginning with:  "Defendant"?

13:18:43  19   A.    "Defendant was convicted of the commission of the

13:18:45  20   following felonies."

13:18:47  21   Q.    And can you read the description of the two crimes

13:18:50  22   below?

13:18:51  23   A.    "Conspiracy to commit a crime; possess for sale

13:19:00  24   controlled subs."

13:19:05  25   Q.    What do you understand "subs" to refer to?

13:19:06  1    A.      "Substance."

13:19:07  2    Q.      According to these, when were these crimes committed,

13:19:13  3    the year?

13:19:13  4    A.      2010.

13:19:14  5    Q.      And according to the record, what is the date of

13:19:17  6    conviction?

13:19:17  7    A.      September 13, 2011.

13:19:19  8    Q.      And according to the record, how was that conviction

13:19:24  9    obtained?

13:19:24  10   A.      Through a plea.

13:19:25  11   Q.      And according to the record, what sentence did this

13:19:30  12   individual receive?

13:19:32  13   A.      Three years and eight months.

13:19:38  14   Q.      I'm going to show you on the left side, Exhibit 5,

13:19:43  15   page 1, and on the right side, Exhibit 7, page 1.

13:19:51  16                    Do you recognize these two individuals?

13:19:59  17                    I'll start with:  Do you recognize the names

13:20:01  18   of these two individuals.

13:20:02  19   A.      Yes.

13:20:02  20   Q.      On the left side, what if any relationship does Oscar

13:20:07  21   Morales Camacho have with Camacho, Jr.?

13:20:10  22   A.      He's Camacho, Jr.'s father.

13:20:13  23   Q.      And what is his city of residence?

13:20:16  24   A.      Salinas, California.

13:20:19  25   Q.      And on the right side in Exhibit 7, what if any

13:20:23  1   relationship, based on your investigation, does Rafael Rubin

13:20:27  2   Camacho Maravilla have to Camacho, Jr.?

13:20:30  3   A.    He's Camacho, Jr.'s brother.

13:20:33  4   Q.    And according to the Department of Motor Vehicles,

13:20:35  5   what is his City of residence?

13:20:38  6   A.    Salinas, California.

13:20:45  7   Q.    Now, showing you Exhibit 29, page 3, and we'll zoom in

13:20:54  8   on the record dated June 2nd, two rows.

13:21:02  9          At first, let's just begin with a reminder

13:21:05  10   for the jury, what is the title of this exhibit.

13:21:08  11   A.    AFS records for Fernandez.

13:21:10  12   Q.    And what does this represent?

13:21:13  13   A.    These are the firearm transactions for defendant

13:21:20  14   Fernandez that were listed in the California automated

13:21:25  15   firearms system.

13:21:26  16   Q.    And in particular, are these specific transactions

13:21:28  17   that are charged in this indictment?

13:21:30  18   A.    Yes.

13:21:30  19   Q.    According to these records on June 2nd, 2016, did

13:21:35  20   defendant Fernandez sell two firearms?

13:21:40  21   A.    Yes.

13:21:40  22   Q.    To whom?

13:21:42  23   A.    Oscar Morales Camacho.

13:21:50  24   Q.    And is that the person that you knew to be referred to

13:21:53  25   as Camacho, Sr.?

13:21:54  1    A.      Yes.

13:21:54  2    Q.      And looking at Exhibit 29, page 4, zooming in on the

13:22:03  3    transactions dated November 8, 2016.

13:22:11  4                    According to AFS records, did defendant

13:22:14  5    Fernandez sell two guns on November 8, 2016?

13:22:17  6    A.      Yes.

13:22:18  7    Q.      To whom?

13:22:20  8    A.      To Oscar Camacho, Sr.

13:22:24  9    Q.      And Exhibit 29, page 5, zooming in on the second row.

13:22:38  10   According to AFS records, did defendant Fernandez sell one

13:22:42  11   firearm on December 15, 2016?

13:22:47  12   A.      Yes.

13:22:47  13   Q.      To whom?

13:22:48  14   A.      Rafael Camacho Maravilla.

13:22:53  15   Q.      And showing you Exhibit 31, page 4.  What is the title

13:22:58  16   of this exhibit?

13:22:58  17   A.      AFS records for Arao.

13:23:01  18   Q.      And does --

13:23:03  19                    What does this exhibit show?

13:23:04  20   A.      It's a similar document as the previous one for

13:23:11  21   defendant Fernandez that these are the AFS records for

13:23:16  22   defendant Arao for the indicted firearms.

13:23:21  23   Q.      Zooming in on the last row.  According to AFS records

13:23:29  24   did defendant Arao sell a firearm on December 16, 2016?

13:23:33  25   A.      Yes.

13:23:33  1    Q.     To who?

13:23:35  2    A.     Rafael Camacho Maravilla.

13:23:38  3    Q.     And lastly page -- Exhibit 31, page 5, zooming in on

13:23:49  4    top two rows.

13:23:50  5              According to AFS records, on December 16,

13:23:54  6    2016, did defendant Arao sell two firearms?

13:23:58  7    A.     Yes.

13:23:59  8    Q.     And to whom?

13:24:00  9    A.     Rafael Camacho Maravilla.

13:24:07  10   Q.     Agent Hart, did you also review Form 4473 for each of

13:24:13  11   the gun transactions that we discussed?

13:24:15  12   A.     Yes.

13:24:16  13   Q.     And did each of those 4473 forms show that the forms

13:24:23  14   were filled out and signed by either Camacho, Sr. or Camacho

13:24:28  15   Maravilla?

13:24:29  16   A.     Yes.

13:24:30  17   Q.     And did the Form 4473 all list the same address for

13:24:35  18   the buyer?

13:24:38  19   A.     Yes, I believe so.

13:24:39  20   Q.     And was that address 554 St. George Street?

13:24:45  21   A.     Yes.

13:24:45  22   Q.     And was that located in Salinas California?

13:24:49  23   A.     Yes.

13:24:50  24   Q.     During this investigation, did agents obtained a

13:24:53  25   search warrant to search that residence?

13:24:56  1    A.      Yes, we did.

13:24:56  2    Q.      Did you participate in the execution of that search?

13:25:00  3    A.      Yes, I did.

13:25:00  4    Q.      Approximately what time was the search executed?

13:25:06  5    A.      We believe it was between 6:00 and 6:30 in the

13:25:12  6    morning.

13:25:13  7    Q.      At the time the search warrant was executed, was

13:25:16  8    Camacho, Jr. inside the residence?

13:25:18  9    A.      Yes.

13:25:19  10   Q.      At that time was Camacho, Sr. and Camacho Maravilla

13:25:27  11   inside the residence?

13:25:28  12   A.      No.

13:25:28  13   Q.      During your search of the residence, did you find

13:25:31  14   personal belongings and form of identification for Camacho,

13:25:36  15   Jr.?

13:25:36  16   A.      Yes.

13:25:36  17   Q.      I'm showing you what's been admitted as Exhibit 120,

13:25:41  18   page 1.  What does this exhibit show?

13:25:48  19   A.      It shows my hand, I believe, holding Oscar Camacho,

13:25:58  20   Jr.'s passport open, and then above that is an interim

13:26:04  21   driver's license and a California driver's license in the

13:26:07  22   name of Oscar Camacho, Jr., and the items are on top of a

13:26:15  23   bedspread.

13:26:15  24   Q.      And during the course of your search, did you also

13:26:19  25   find mail addressed to Camacho, Jr. at this residence?

| | | |
|---|---|---|
| 13:26:23 | 1 | A.     Yes. |
| 13:26:23 | 2 | Q.     Showing you Exhibit 120, page 2.  What does this show? |
| 13:26:32 | 3 | A.     It's a letter from Farmers Insurance addressed to |
| 13:26:38 | 4 | Oscar Maravilla Camacho, Jr. at 554 St. George Drive, |
| 13:26:45 | 5 | Salinas, California. |
| 13:26:45 | 6 | Q.     Was this photograph taken during the course of |
| 13:26:48 | 7 | executing the search warrant? |
| 13:26:50 | 8 | A.     Yes. |
| 13:26:53 | 9 | Q.     At the time you executed the search warrant, was |
| 13:26:57 | 10 | Camacho, Jr. a convicted felon? |
| 13:26:58 | 11 | A.     Yes. |
| 13:26:59 | 12 | Q.     Was he prohibited from possessing guns? |
| 13:27:05 | 13 | A.     Yes. |
| 13:27:06 | 14 | Q.     During the execution of the search warrant, did you |
| 13:27:08 | 15 | find any guns in that residence? |
| 13:27:10 | 16 | A.     Yes, we did. |
| 13:27:11 | 17 | Q.     Do you recall how many total? |
| 13:27:13 | 18 | A.     I believe we recovered ten firearms. |
| 13:27:16 | 19 | Q.     Were they locked in a gun safe? |
| 13:27:18 | 20 | A.     No. |
| 13:27:20 | 21 | Q.     Did you have trouble finding some of the guns? |
| 13:27:25 | 22 | A.     Yes. |
| 13:27:26 | 23 | Q.     Were you able to eventually find them? |
| 13:27:30 | 24 | A.     Yes. |
| 13:27:30 | 25 | Q.     How? |

13:27:31   1    A.      I asked the -- sorry.  I'm trying to remember the --

13:27:45   2    the way it happened.  But -- umm, I learned from Camacho, Jr.

13:27:51   3    that there may be some in the garage attic.

13:27:56   4    Q.      And did you check --

13:27:57   5              MR. RODRIGUEZ:  Objection.  Hearsay.

13:27:58   6              THE COURT:  Overruled.

13:27:58   7    BY MS. DRAGALIN:

13:28:00   8    Q.      Did you check the garage attic, or did other agents

13:28:04   9    check the garage attic?

13:28:06  10    A.      I did.

13:28:06  11    Q.      You did, personally?

13:28:08  12    A.      Yes.

13:28:08  13    Q.      Did you find guns this?

13:28:10  14    A.      Yes.

13:28:13  15              THE COURT:  And before you continue, I didn't get

13:28:15  16    the date --

13:28:16  17                  We have the time but not the date of the

13:28:18  18    search.

13:28:19  19              MS. DRAGALIN:  Thank you, Your Honor.

13:28:20  20    BY MS. DRAGALIN:

13:28:21  21    Q.      Do you recall the date of the search?

13:28:22  22    A.      I believe it was December 20, 2017.

13:28:25  23              THE COURT:  Thank you.

13:28:26  24    BY MS. DRAGALIN:

13:28:26  25    Q.      And I'm going to show you what's been admitted on the

13:28:30  1   screen there as Exhibit 18.  Can you describe to the jury

13:28:38  2   just generally -- and we'll show you both page 1 and 2.  Now

13:28:45  3   turning to page 1.  What does this chart summarize?

13:28:53  4   A.    It includes both AFS records, Form 4473 records, as

13:29:04  5   well as photographs taken from the firearms and a firearm box

13:29:11  6   that were recovered from 554 St. George residence.

13:29:19  7   Q.    And what is the last column?

13:29:21  8   A.    That it was -- whether the firearm was found at the

13:29:27  9   search or not.

13:29:28  10  Q.    That's the December 20, 2017 search; is that right?

13:29:32  11  A.    Yes.

13:29:37  12        **MS. Dragalin:**  And, Your Honor, we have a blow-up

13:29:40  13  of an exhibit.  Can Agent Duncan display that poster for the

13:29:45  14  jury?

13:29:47  15        **THE COURT:**  Any objection?

13:29:48  16        **MR. RODRIGUEZ:**  No, Your Honor.

13:29:49  17        **THE COURT:**  Please.

13:30:13  18        **MS. DRAGALIN:**  In the meantime we'll show Exhibit

13:30:16  19  124.  I don't believe this exhibit has been admitted, but the

13:30:19  20  government moves to admit Exhibit 124, which is a one page

13:30:23  21  summary chart.

13:30:25  22        **THE COURT:**  Any objection to 124?

13:30:28  23        **MR. RODRIGUEZ:**  I'm sorry, Your Honor, I'm a

13:30:33  24  little slow.

13:30:33  25        (Discussion held off the record.)

13:30:50  1        **MR. RODRIGUEZ:**  Your Honor, may I have a moment

13:30:52  2    with counsel?

13:30:54  3            (Discussion off the record.)

13:31:04  4        **MR. RODRIGUEZ:**  No objection, Your Honor.

13:31:05  5        **THE COURT:**  124 is received.

13:31:07  6            (Exhibit No. 124 received into evidence.)

13:31:07  7        **MS. DRAGALIN:**  And we'll display 124 on the

13:31:11  8    screen.

13:31:11  9    BY **MS. DRAGALIN:**

13:31:11  10   Q.    Is what's been marked as 124A an enlarged poster

13:31:16  11   version of Exhibit 124?

13:31:19  12   A.    May I stand up and --

13:31:22  13       **THE COURT:**  Yes, please, go ahead.

13:31:32  14       **THE WITNESS:**  Yes.

13:31:32  15   BY **MS. DRAGALIN:**

13:31:32  16   Q.    And does the poster and the exhibit on the screen

13:31:37  17   summarize similar information about the 10 guns that were

13:31:41  18   purchased by Camacho, Sr. or Camacho Maravilla?

13:31:47  19   A.    Yes.

13:31:55  20   Q.    Now, on the screen I'm going to show you what's been

13:31:59  21   admitted as Exhibit 137, page 1.  According to the

13:32:03  22   investigation and the records you reviewed, what was the date

13:32:08  23   of the first transaction in which Camacho, Sr. purchased guns

13:32:12  24   from defendant Fernandez?

13:32:17  25   A.    I believe it was June 2nd, 2016.

13:32:21   1    Q.    And this exhibit on the screen, who is the buyer,

13:32:25   2    according to the screen -- to the exhibit?

13:32:30   3    A.    Sorry, excuse me.

13:32:31   4    Q.    The buyer that's on this exhibit?

13:32:34   5    A.    Oscar Camacho, Sr.

13:32:40   6    Q.    And page 2, what is the date of the certification at

13:32:43   7    the top?

13:32:45   8    A.    June 2nd, 2016.

13:32:48   9    Q.    Showing you page 3.  Are these -- zooming -- looking

13:32:56  10    at Section D, are those the two firearms purchased on June

13:33:02  11    2nd, according to this form?

13:33:06  12    A.    Yes.

13:33:06  13    Q.    And are the first two rows of the poster chart showing

13:33:11  14    these two firearms?

13:33:15  15    A.    I'm sorry?

13:33:15  16    Q.    Are the first two rows on the poster showing these as

13:33:21  17    the same serial number of these two firearms, in Exhibit 137?

13:33:26  18    A.    Yes.

13:33:27  19    Q.    And according to the 4473 Form, where did this gun

13:33:32  20    transaction take place?

13:33:35  21    A.    Turner's Outdoorsman.

13:33:39  22    Q.    Are you familiar with Turner's Outdoorsman?

13:33:42  23    A.    Yes.

13:33:43  24    Q.    What is it?

13:33:43  25    A.    It's a federal firearms licensee.

| | | |
|---|---|---|
| 13:33:46 | 1 | Q.      Turning to Exhibit 146, page 1. |
| 13:33:59 | 2 | Who is the buyer on this form, 4473? |
| 13:34:03 | 3 | A.      Oscar Camacho, Sr. |
| 13:34:06 | 4 | Q.      And turning to page 2.  What is the certification |
| 13:34:12 | 5 | date? |
| 13:34:12 | 6 | A.      November 8, 2016. |
| 13:34:15 | 7 | Q.      And turning to page 3.  Are there two firearms |
| 13:34:25 | 8 | purchased on this date? |
| 13:34:25 | 9 | A.      Yes. |
| 13:34:26 | 10 | Q.      Looking at the chart in Exhibit 124A, are these the |
| 13:34:31 | 11 | serial numbers the same as these firearms Nos. 3 and 4? |
| 13:34:40 | 12 | A.      Yes. |
| 13:34:41 | 13 | Q.      Where did this transaction take place according to |
| 13:34:44 | 14 | this form? |
| 13:34:45 | 15 | A.      Turner's Outdoorsman. |
| 13:34:50 | 16 | Q.      And turning to page 4 of this document, zooming in on |
| 13:34:55 | 17 | the top section.  According to this form, is there |
| 13:35:07 | 18 | information here provided by the buyer? |
| 13:35:09 | 19 | A.      Yes. |
| 13:35:09 | 20 | Q.      Does that include a series of numbers below it? |
| 13:35:13 | 21 | A.      Yes. |
| 13:35:14 | 22 | Q.      What do you understand those numbers to refer to? |
| 13:35:17 | 23 | A.      The phone numbers? |
| 13:35:19 | 24 | Q.      Is that -- |
| 13:35:20 | 25 | A.      Yes, there's two phone numbers underneath the copies |

UNITED STATES DISTRICT COURT

13:35:23  1    of the driver's licenses.

13:35:24  2    Q.      And according to this record, who was the seller of

13:35:28  3    this firearm?

13:35:28  4    A.      Defendant Fernandez.

13:35:29  5    Q.      And do you recognize the numbers below the driver's

13:35:34  6    license?

13:35:34  7    A.      Yes.

13:35:35  8    Q.      What do you recognize it as -- sorry.  What do you

13:35:43  9    recognize that as?

13:35:44  10   A.      Defendant Fernandez's phone number.

13:35:46  11   Q.      Turning to Exhibit 156, page 1.  Who is the purchaser

13:35:54  12   according to this form?

13:35:55  13   A.      Rafael Camacho Maravilla.

13:36:00  14   Q.      Page 2 of Exhibit 156.  What is the date of this

13:36:03  15   certification?

13:36:04  16   A.      December 15th, 2016.

13:36:07  17   Q.      And page 3 of this form.  What is --

13:36:11  18           Does the serial number of this gun match the

13:36:14  19   number in row 5 of the chart?

13:36:19  20   A.      Yes, it does.

13:36:20  21   Q.      And where did this transaction take place?

13:36:23  22   A.      Ronin Tactical Group.

13:36:25  23   Q.      And what is the transferor's, seller's name, according

13:36:30  24   to this form?

13:36:32  25   A.      Edward Arao.

| | | |
|---|---|---|
| 13:36:34 | 1 | Q.     Turning to Exhibit 160, page 1.  According to the |
| 13:36:43 | 2 | form, the purchaser? |
| 13:36:45 | 3 | A.     Rafael Camacho Maravilla. |
| 13:36:48 | 4 | Q.     Page 2.  What is the date of this certification? |
| 13:36:52 | 5 | A.     December 16, 2016. |
| 13:36:55 | 6 | Q.     Page 3.  Does it show three firearms purchased on this |
| 13:37:01 | 7 | date? |
| 13:37:01 | 8 | A.     Yes. |
| 13:37:01 | 9 | Q.     And do these serial numbers match guns -- gun numbers |
| 13:37:07 | 10 | 6, 7 and 8 on the summary chart? |
| 13:37:30 | 11 | A.     Yes. |
| 13:37:31 | 12 | Q.     Where did this gun transaction take place? |
| 13:37:33 | 13 | A.     Ronin Tactical Group. |
| 13:37:35 | 14 | Q.     And the seller's name according to this form? |
| 13:37:38 | 15 | A.     Edward Arao. |
| 13:37:40 | 16 | Q.     Turning to Exhibit 165, page 1.  Who is the buyer |
| 13:37:47 | 17 | according to this form? |
| 13:37:49 | 18 | A.     Rafael Camacho Maravilla. |
| 13:37:53 | 19 | Q.     Turning to page 2.  What is the date of the |
| 13:37:56 | 20 | certification? |
| 13:37:58 | 21 | A.     December 19th, 2016. |
| 13:38:01 | 22 | Q.     Page 3.  According to this form was one firearm |
| 13:38:08 | 23 | purchased? |
| 13:38:08 | 24 | A.     Yes. |
| 13:38:09 | 25 | Q.     And is the serial number in this form match the serial |

| | | |
|---|---|---|
| 13:38:16 | 1 | number in Gun No. 9 in the summary chart? |
| 13:38:22 | 2 | A.    Yes. |
| 13:38:22 | 3 | Q.    Where did this transaction take place? |
| 13:38:24 | 4 | A.    Ronin Tactical Group. |
| 13:38:26 | 5 | Q.    And the seller's name? |
| 13:38:29 | 6 | A.    Edward Arao. |
| 13:38:32 | 7 | Q.    Showing you Exhibit 165, page 1.  Sorry, 177, page 1. |
| 13:38:54 | 8 | According to this form, 44734, who is the purchase of |
| 13:38:59 | 9 | firearm? |
| 13:38:59 | 10 | A.    Oscar Camacho, Sr. |
| 13:39:01 | 11 | Q.    Is that Camacho, Jr.'s father? |
| 13:39:05 | 12 | A.    Yes. |
| 13:39:05 | 13 | Q.    Page 2.  What is the date of this certification? |
| 13:39:08 | 14 | A.    July 29th, 2017. |
| 13:39:10 | 15 | Q.    Page 3.  According to the 4473 Form, what specific |
| 13:39:18 | 16 | firearm was purchased on July 29th, 2017? |
| 13:39:22 | 17 | A.    A Colt Commander, Serial Number 278057LW, .38 pistol. |
| 13:39:33 | 18 | Q.    According to the form, where did the transaction take |
| 13:39:37 | 19 | place? |
| 13:39:37 | 20 | A.    Ammo brothers. |
| 13:39:40 | 21 | Q.    Are you familiar with Ammo Brothers? |
| 13:39:45 | 22 | A.    Yes. |
| 13:39:45 | 23 | Q.    What is it? |
| 13:39:46 | 24 | A.    Federal firearms licensee. |
| 13:39:49 | 25 | Q.    During the course of this investigation, did you or |

13:39:52  1   your co-case agent obtain certified records to check whether

13:39:56  2   certain FFLs were indeed licensed?

13:39:59  3   A.    Yes.

13:40:00  4   Q.    And I'll show you Exhibit 24, page 2.  Zooming in on

13:40:06  5   Paragraph 2.

13:40:08  6                 Does this record certify that Turner's

13:40:15  7   Outdoorsman was indeed a licensed FFL?

13:40:18  8   A.    Yes.

13:40:18  9   Q.    Showing you Exhibit 22, page 2, zooming in on

13:40:28  10  paragraph 2.  Does this exhibit certify that Ronin Tactical

13:40:31  11  Group was indeed a licensed dealer on firearms on the dates

13:40:36  12  listed?

13:40:36  13  A.    Yes.

13:40:36  14  Q.    And showing you Exhibit 23, page 2.  Zooming in on

13:40:48  15  paragraph 22.  Does this certification show that Ammo

13:40:52  16  Brothers was indeed an -- FFL licensed, during the time

13:40:54  17  period listed?

13:40:55  18  A.    Yes.

13:40:56  19  Q.    Based on your investigation, did the ten -- the ten

13:41:01  20  guns that were purchased that are summarized in this chart,

13:41:04  21  did those take place at Turners Outdoorsman, Ronin Tactical

13:41:09  22  and Ammo Brothers?

13:41:11  23  A.    Based on the records I reviewed, yes.

13:41:13  24  Q.    And are all three of those licensed, federal firearms

13:41:18  25  licensees?

| | | |
|---|---|---|
| 13:41:19 | 1 | A.      Yes. |
| 13:41:19 | 2 | Q.      Do all three of those have an obligation to keep |
| 13:41:22 | 3 | records in their business? |
| 13:41:25 | 4 | A.      Yes. |
| 13:41:25 | 5 | Q.      And do those records include the 4473 Forms that we |
| 13:41:32 | 6 | reviewed in the exhibits we just went over? |
| 13:41:35 | 7 | A.      Yes. |
| 13:41:35 | 8 | Q.      Now, during the search warrant in Salinas, California, |
| 13:41:41 | 9 | did you also seize cell phones? |
| 13:41:49 | 10 | A.      Yes. |
| 13:41:49 | 11 | Q.      I'm showing you what's been admitted as Exhibit 121, |
| 13:41:53 | 12 | page 1.  Is this a photograph? |
| 13:41:56 | 13 | A.      Yes. |
| 13:41:57 | 14 | Q.      What is it showing? |
| 13:41:58 | 15 | A.      It's showing the bedroom or part of the bedroom where |
| 13:42:14 | 16 | we recovered the two of -- or shows the phones, two of the |
| 13:42:17 | 17 | phones we recovered. |
| 13:42:18 | 18 | Q.      And I'll show you page 2.  What does page 2 show? |
| 13:42:24 | 19 | A.      That shows two of the phones that we recovered. |
| 13:42:29 | 20 | Q.      And in this same bedroom -- is that where you found |
| 13:42:34 | 21 | the identification belonging to Camacho, Jr.? |
| 13:42:38 | 22 | A.      Yes. |
| 13:42:39 | 23 | Q.      Did you book these two phones into evidence? |
| 13:42:43 | 24 | A.      Yes. |
| 13:42:45 | 25 | Q.      And did you later, as part of your investigation, |

13:42:48  1    obtain a search warrant to search the contents of these two

13:42:53  2    cell phones?

13:42:54  3    A.    Yes.

13:42:56  4    Q.    Did you then review the contents of these two cell

13:43:00  5    phones?

13:43:00  6    A.    I reviewed a report that was provided to me by our --

13:43:08  7    one of our forensics people.

13:43:09  8    Q.    Did the report reflect the contents of the two cell

13:43:13  9    phones?

13:43:13  10   A.    Yes.

13:43:13  11   Q.    Did you find indicators on both cell phones that those

13:43:19  12   cell phones belonged to Camacho, Jr.?

13:43:21  13   A.    Yes.

13:43:22  14   Q.    What types of indicators?

13:43:26  15   A.    Numerous photos of Camacho, Jr. in conversations with

13:43:31  16   others.  The phone user referred to as Oscar.

13:43:40  17   Q.    Did you also recover evidence that is relevant to this

13:43:46  18   investigation?

13:43:47  19   A.    Yes.

13:43:49  20   Q.    What types of material did you recover from the

13:43:53  21   phones?

13:43:54  22   A.    Photos, videos, text messages, WhatsApp messages.

13:44:00  23   Q.    And let's start with photographs.  What types of

13:44:03  24   photograph did you seize or collect during this

13:44:09  25   investigation?

| | | |
|---|---|---|
| 13:44:10 | 1 | A.      Photographs of firearms that were purchased. |
| 13:44:15 | 2 | Q.      And in terms of videos, what types of videos did you |
| 13:44:19 | 3 | collect? |
| 13:44:20 | 4 | A.      Videos of firearms. |
| 13:44:25 | 5 | Q.      And in terms of text messages, can you describe |
| 13:44:30 | 6 | briefly to the jury what particular text messages were seized |
| 13:44:38 | 7 | and collected for your investigation? |
| 13:44:40 | 8 | A.      Text messages that dealt with discussions prior to or |
| 13:44:50 | 9 | arranging the purchase of firearms. |
| 13:44:52 | 10 | Q.      Did you find text messages between the phones and the |
| 13:44:57 | 11 | cell phone number belonging to defendant Fernandez? |
| 13:44:59 | 12 | A.      Yes. |
| 13:45:00 | 13 | Q.      Did you also find WhatsApp messages with the phone |
| 13:45:06 | 14 | number belonging to defendant Fernandez? |
| 13:45:08 | 15 | A.      Yes. |
| 13:45:11 | 16 | Q.      Did you obtain any relevant screen shots that were |
| 13:45:16 | 17 | saved on the phone? |
| 13:45:18 | 18 | A.      Yes, there were some screen shots showing Instagram |
| 13:45:25 | 19 | conversation with the38Superman. |
| 13:45:33 | 20 | Q.      During the course of this investigation, did you |
| 13:45:35 | 21 | obtain phone records for the phone number subscribed to |
| 13:45:41 | 22 | defendant Fernandez? |
| 13:45:42 | 23 | A.      Yes. |
| 13:45:42 | 24 | Q.      And did that include what are called toll records? |
| 13:45:49 | 25 | A.      Yes. |

13:45:49   1   Q.   And can you explain to the jury what are toll records?

13:45:52   2   A.   So, these were records of the phone calls made and

13:46:00   3   received by defendant Fernandez's phone.

13:46:04   4   Q.   And are those types of records kept by a phone company

13:46:09   5   such as AT&T?

13:46:13   6   A.   Yes.

13:46:14   7   Q.   I'm going to show you what's been admitted as Exhibit

13:46:22   8   100.   Before we get into the detail, just generally, what

13:46:26   9   does this exhibit show?

13:46:33   10   A.   This page -- this is one page of what we received from

13:46:37   11   AT&T the phone toll records.

13:46:41   12   Q.   And according to the top header of this document, what

13:46:46   13   is the time period that AT&T searched and provided records

13:46:51   14   for?

13:46:52   15   A.   September 1st, 2015 through October 4th, 2017.

13:46:58   16   Q.   Thank you.   During the course of your investigation,

13:47:05   17   did you search these toll records to see if there were any

13:47:09   18   calls between defendant Fernandez and a phone number

13:47:13   19   subscribed to Camacho, Jr.?

13:47:16   20   A.   Yes.

13:47:16   21   Q.   Did you find phone calls between defendant Fernandez

13:47:22   22   and the phone number subscribed to Camacho, Jr.?

13:47:26   23   A.   Yes.

13:47:26   24   Q.   And on page 1 of Exhibit 100, the highlighted row, is

13:47:32   25   that an example of one of those calls?

13:47:35  1    A.      Yes.

13:47:35  2    Q.      Zooming in on the highlighted row -- now, the first

13:47:44  3    date that appears, what does that correspond to?

13:47:51  4    A.      Can you repeat your question, please?

13:47:54  5    Q.      Do you see the date 5-30-16?

13:47:58  6    A.      Yes.

13:47:58  7    Q.      What does that mean just in plain English?

13:48:01  8    A.      That's the date that that phone call was attempted.

13:48:08  9    Q.      And the column called "seizure time" here listed as

13:48:16  10   000, what does that capture?

13:48:25  11              Sorry, I misspoke, the title is in Column ET?

13:48:31  12   A.      I believe that's the length of the phone

13:48:35  13   communication.

13:48:36  14   Q.      And the first phone number that's listed on these

13:48:40  15   types of records, called the "originating number," what does

13:48:43  16   that mean?

13:48:43  17   A.      The number where the call originated from.  So, the

13:48:49  18   calling number.

13:48:50  19   Q.      In other words, who placed the phone call?

13:48:53  20   A.      Yes.

13:48:53  21   Q.      And on the terminating number, what does that

13:48:57  22   represent?

13:48:59  23   A.      Who received the phone call.

13:49:01  24   Q.      Did you review these records to find all the instances

13:49:05  25   that defendant Fernandez had phone calls with the phone

13:49:09  1    number registered to Camacho, Jr.?

13:49:11  2    A.    Yes.

13:49:11  3    Q.    And showing you Exhibit 99.  What has been admitted as

13:49:19  4    Exhibit 99.  Is this a summary chart?

13:49:24  5    A.    Yes.

13:49:25  6    Q.    Does it summarize certain phone records between

13:49:29  7    September 1st, 2015 and October 4, 2017?

13:49:34  8    A.    Yes.

13:49:35  9    Q.    And does this summary chart summarize the information

13:49:41  10   from the AT&T records?

13:49:44  11   A.    Yes.

13:49:45  12   Q.    And for ease of understanding, did you convert the

13:49:49  13   phone numbers to just the people's names?

13:49:53  14   A.    Yes, we did.

13:49:54  15   Q.    And in preparing this chart, did you or other agents

13:50:00  16   convert the time to local time?

13:50:04  17   A.    Yes.

13:50:05  18   Q.    In other words, what time it is in Los Angeles at the

13:50:09  19   time -- on the dates of these calls?

13:50:11  20   A.    Yes.

13:50:12  21   Q.    And that's represented in the second column?

13:50:14  22   A.    Yes.

13:50:14  23   Q.    And can you explain to the jury the last column?

13:50:19  24   A.    The duration column.  That's the approximate length of

13:50:29  25   the phone call.

13:50:29   1    Q.    And is that in terms of minutes and seconds?

13:50:33   2    A.    Yes.

13:50:34   3    Q.    According to phone records, what is the earliest phone

13:50:40   4    call between Camacho, Jr. and defendant Fernandez?

13:50:44   5    A.    May 29, 2016.

13:50:56   6    Q.    Did you search defendant Fernandez's toll records for

13:51:00   7    phone calls between defendant Fernandez and the phone number

13:51:04   8    belonging to Camacho, Sr.?

13:51:06   9    A.    Yes.

13:51:06   10   Q.    Did you find any calls between defendant Fernandez and

13:51:11   11   Camacho, Sr.?

13:51:12   12   A.    No.

13:51:13   13   Q.    Did you search the toll records for any calls between

13:51:16   14   defendant Fernandez and a phone number belonging to Camacho

13:51:22   15   Maravilla?

13:51:22   16   A.    Yes.

13:51:22   17   Q.    Did you find any phone calls between defendant

13:51:25   18   Fernandez and Camacho Maravilla?

13:51:28   19   A.    No.

13:51:31   20   Q.    Now, in addition to phone calls, you've reviewed

13:51:36   21   evidence of text messages and Instagram messages between

13:51:39   22   defendant Fernandez and Camacho, Jr.; is that correct?

13:51:43   23   A.    Yes.

13:51:43   24   Q.    And, again, the earliest call we saw was May 29, 2016;

13:51:57   25   is that correct?

13:51:57  1    A.    Yes.

13:51:58  2    Q.    According to the records you've reviewed and the

13:52:01  3    summary chart in front of you, what was the date of the first

13:52:06  4    sale of two guns to Camacho, Sr.?

13:52:12  5    A.    June 2nd, 2016.

13:52:15  6    Q.    I'm showing you Exhibit 134B, and zooming in here.

13:52:29  7    First of all, just in general, what is the title of this

13:52:33  8    document?

13:52:34  9    A.    Instagram business record.

13:52:36  10   Q.    Is this an excerpt of a record you received from

13:52:40  11   Instagram?

13:52:41  12   A.    Yes.

13:52:41  13   Q.    Through a search warrant that you described last week;

13:52:45  14   is that correct?

13:52:45  15   A.    Yes.

13:52:45  16   Q.    Zooming in on the message.  During the course of this

13:52:56  17   investigation, did you come to have an understanding of this

13:53:00  18   Instagram screen name Cali Chilivin?

13:53:14  19   A.    I was told this is pronounced Calichi Livin.

13:53:17  20   Q.    Thank you.  Who does that belong to?

13:53:20  21   A.    Oscar Camacho, Jr.

13:53:22  22   Q.    And this particular language is in Spanish; is that

13:53:22  23   correct?

13:53:26  24   A.    Yes.

13:53:26  25   Q.    I'm showing you 134A which has been admitted.  This is

| | | |
|---|---|---|
| 13:53:44 | 1 | an as a translation of the same message we just saw. |
| 13:53:47 | 2 | A.     Yes. |
| 13:53:47 | 3 | Q.     And what is -- |
| 13:53:47 | 4 |              Can you please read the message from |
| 13:53:51 | 5 | the38Superman? |
| 13:53:52 | 6 | A.     @calichiliving send me a DM to agree. |
| 13:53:55 | 7 | Q.     And these messages, when the text is in italics, what |
| 13:54:01 | 8 | does that signify? |
| 13:54:02 | 9 | A.     That it was a translation from Spanish to English. |
| 13:54:07 | 10 | Q.     And do you have an understanding on Instagram what it |
| 13:54:11 | 11 | means when you write @ and then someone's Instagram handle? |
| 13:54:18 | 12 | A.     Yes, it's referred to as a mention.  So, when somebody |
| 13:54:23 | 13 | puts that on there, the user who was mentioned gets notified. |
| 13:54:29 | 14 | Q.     So, in this particular instance, would Camacho, Jr. |
| 13:54:32 | 15 | get notified of this message? |
| 13:54:34 | 16 | A.     Yes. |
| 13:54:38 | 17 | Q.     I'm showing you Exhibit 135, page 1, that's been |
| 13:54:50 | 18 | admitted.  What is this? |
| 13:54:50 | 19 | A.     This is a screen shot that we located on one of the |
| 13:54:56 | 20 | phones that we recovered from 554 St. George residence. |
| 13:55:04 | 21 | Q.     And when you obtained photographs or screen shots that |
| 13:55:07 | 22 | are saved on the phone, do you also get what's called |
| 13:55:11 | 23 | metadata? |
| 13:55:12 | 24 | A.     Sometimes. |
| 13:55:13 | 25 | Q.     And what does -- what can that metadata show? |

13:55:18  1    A.    It can provide the date and time that photo was taken,

13:55:25  2    occasionally GPS coordinates of where the photo was -- was

13:55:31  3    taken, in addition to various information about the camera

13:55:35  4    that was used.

13:55:35  5    Q.    And for this particular exhibit, 135, did the metadata

13:55:43  6    show that it was dated March 31st, 2016?

13:55:47  7    A.    Yes.

13:55:48  8    Q.    I'm showing you Exhibit 136A, page 1 -- I'm sorry,

13:55:55  9    going back to 135.  Who is this message with?

13:56:04  10   A.    It's with the38Superman.

13:56:07  11   Q.    And can you read the first message from the38Superman?

13:56:13  12   A.    Colt .38 Super Premier, 4200.

13:56:17  13   Q.    And does it --

13:56:19  14              What's the next thing that appears?

13:56:21  15   A.    Appears to be two Colt pistols and the part of a front

13:56:34  16   of another pistol.

13:56:36  17   Q.    A photograph?

13:56:38  18   A.    Photograph.  I apologize.

13:56:39  19   Q.    And the next message?

13:56:40  20   A.    Colt .38 Super 7 Chinos, 5,500.

13:56:51  21   Q.    And this was dated May 31st, 2015?

13:56:57  22   A.    Yes.

13:56:57  23   Q.    And showing you 136A.

13:57:05  24              What happened on June 2nd, 2016 that's

13:57:09  25   relevant to this investigation?

13:57:12 1    A.    There is a text message received from defendant

13:57:18 2    Fernandez's phone.

13:57:18 3    Q.    And directing your attention to Exhibit 124A.  Did a

13:57:24 4    gun transaction take place on June 2nd, 2016?

13:57:29 5    A.    Yes.

13:57:29 6    Q.    And what are we looking on the screen in Exhibit 136A?

13:57:40 7    A.    A text message from defendant Fernandez on June 2nd,

13:57:45 8    2016.

13:57:46 9    Q.    And does this record provide that information in a

13:57:50 10   summary format?  In other words, it doesn't look like that

13:57:53 11   when it comes right off the phone; is that correct?

13:57:55 12   A.    Correct.

13:57:56 13   Q.    And this particular text message was -- what was the

13:58:00 14   source of this text message?

13:58:03 15   A.    It came from defendant Fernandez's phone number.

13:58:10 16   Q.    So, I'll have you read the source.

13:58:12 17   A.    Oh, I apologize.  It's from -- we received the record

13:58:17 18   from the iPhone 7 that we recovered during the -- the search

13:58:25 19   warrant.

13:58:25 20   Q.    And the phone number ending in 2427, have your records

13:58:32 21   -- has your investigation indicate that it's subscribed to

13:58:37 22   Camacho, Jr.?

13:58:39 23   A.    Yes.

13:58:39 24   Q.    And for this particular text message we're viewing on

13:58:41 25   the screen, is that a text message conversation between

| | | |
|---|---|---|
| 13:58:41 | 1 | Camacho, Jr. and defendant Fernandez? |
| 13:58:45 | 2 | A.    Yes. |
| 13:58:45 | 3 | Q.    And this particular text message was dated what date? |
| 13:58:49 | 4 | A.    June 2nd, 2016. |
| 13:58:51 | 5 | Q.    Who was it sent by? |
| 13:58:53 | 6 | A.    Defendant Fernandez. |
| 13:58:54 | 7 | Q.    And his message? |
| 13:58:55 | 8 | A.    "Point 8 miles." |
| 13:58:59 | 9 | Q.    Are you familiar with where Salina, California is |
| 13:59:05 | 10 | located in relation to Los Angeles? |
| 13:59:07 | 11 | A.    Yes. |
| 13:59:07 | 12 | Q.    How? |
| 13:59:08 | 13 | A.    I've driven up there a few times during the course of |
| 13:59:15 | 14 | this investigation. |
| 13:59:15 | 15 | Q.    And how far is the drive from Salinas, California to |
| 13:59:17 | 16 | Los Angeles? |
| 13:59:19 | 17 | A.    Depends on the time of day. |
| 13:59:20 | 18 | Q.    When you did it, do you remember how long it was? |
| 13:59:24 | 19 | A.    It took quite -- between five and five and a half |
| 13:59:30 | 20 | hours. |
| 13:59:31 | 21 | **THE COURT:**  So, the question was how far. |
| 13:59:35 | 22 | **THE WITNESS:**  I -- I don't know.  I know that -- |
| 13:59:39 | 23 | didn't think of the journey in terms of miles, just how long |
| 13:59:43 | 24 | it took. |
| 13:59:45 | 25 | BY **MS. DRAGALIN:** |

13:59:45  1    Q.     And on June 2nd, 2016, according to 4473 Form, did

13:59:52  2    defendant Fernandez sell two firearms that are listed in rows

13:59:58  3    one and two of the summary chart?

14:00:01  4    A.     Yes.

14:00:01  5    Q.     And were those two firearms recovered at the search of

14:00:06  6    the residence in Salinas on December 17, 2017?

14:00:15  7    A.     It was December 20.

14:00:17  8    Q.     Sorry.  Thank you for correcting me.  December 20,

14:00:21  9    2017?

14:00:22  10   A.     Yes.

14:00:22  11   Q.     Was Camacho, Sr. there?

14:00:24  12   A.     Excuse me?

14:00:24  13   Q.     Was Camacho, Sr. there at the search?

14:00:26  14   A.     No, he was not.

14:00:28  15   Q.     Was Camacho, Jr. there?

14:00:30  16   A.     Yes.

14:00:30  17   Q.     According to the summary chart for guns No. 3 and 4,

14:00:35  18   what date did that transaction take place?

14:00:41  19   A.     I believe it was around November 8 -- November 8,

14:00:48  20   2016.

14:00:52  21   Q.     And do you see one of those firearms as listed as

14:00:55  22   serial number ELCEN8536?

14:00:59  23   A.     Yes.

14:01:08  24   Q.     I'm going to show you Exhibit 35, page 2, which has

14:01:10  25   already been admitted.  What does this exhibit show?

| | | |
|---|---|---|
| 14:01:13 | 1 | A.     This is called a sales order from Kirkpatrick |
| 14:01:18 | 2 | Collector of Arms. |
| 14:01:19 | 3 | Q.     Where is Kirkpatrick located? |
| 14:01:21 | 4 | A.     In Prescott, Arizona. |
| 14:01:24 | 5 | Q.     How did you obtain these records? |
| 14:01:27 | 6 | A.     I asked him for the records. |
| 14:01:30 | 7 | Q.     And did -- |
| 14:01:33 | 8 |              And is Kirkpatrick an FFL? |
| 14:01:36 | 9 | A.     Yes. |
| 14:01:36 | 10 | Q.     Did the FFL provide authentic business records |
| 14:01:41 | 11 | pertaining to sales of firearms? |
| 14:01:45 | 12 | A.     Yes. |
| 14:01:45 | 13 | Q.     And is this, page 2, is that one of those records that |
| 14:01:50 | 14 | the FFL provided? |
| 14:01:52 | 15 | A.     Yes. |
| 14:01:54 | 16 | Q.     According to this record, what is the customer's name? |
| 14:01:58 | 17 | A.     Carlos Fernandez. |
| 14:02:01 | 18 | Q.     And what type of -- what is the date of this purchase? |
| 14:02:05 | 19 | A.     November 2nd, 2015. |
| 14:02:07 | 20 | Q.     And according to the record, how was the payment made? |
| 14:02:13 | 21 | A.     Cash. |
| 14:02:14 | 22 | Q.     And what was purchased? |
| 14:02:16 | 23 | A.     A Colt Government .38 Super. |
| 14:02:20 | 24 | Q.     And does that serial number match the serial number in |
| 14:02:25 | 25 | Exhibit 124? |

14:02:27  1    A.      Yes.

14:02:28  2    Q.      For Gun No. 3?

14:02:32  3    A.      Yes.

14:02:33  4    Q.      And what was the amount paid according to this record?

14:02:36  5    A.      $2,150.

14:02:40  6    Q.      And scrolling down to the remaining pages of this

14:02:44  7    record, to page 3, page 4.  Are these additional receipts or

14:03:00  8    sales orders that the FFL provided to you?

14:03:03  9    A.      Yes.

14:03:03  10   Q.      I'm showing you page 11 of this record.  Is this

14:03:11  11   something the FFL also provided to you?

14:03:14  12   A.      Yes.

14:03:15  13   Q.      And page 12.  Is this also a part of the record

14:03:23  14   provided by the FFL Kirkpatrick?

14:03:26  15   A.      Yes.

14:03:27  16   Q.      Based on your understanding of this investigation, why

14:03:31  17   does an FFL have police credentials in its records?

14:03:37  18   A.      Because he was aware of California's handgun roster

14:03:45  19   rules.  So, I believe he wanted to make sure that -- before

14:03:50  20   he transferred any firearms to California, he wouldn't be

14:03:57  21   breaking any rules.

14:03:58  22   Q.      And for off-roster firearms, is there an exemption for

14:04:03  23   law enforcement officers?

14:04:04  24   A.      Yes.

14:04:04  25   Q.      Showing you what's been admitted Exhibit 143, page 1.

UNITED STATES DISTRICT COURT

14:04:13   1    Is this another screen shot from Camacho, Jr.'s phone?

14:04:18   2    A.    Yes.

14:04:19   3    Q.    And what is the title of -- the name of the person

14:04:25   4    that this text message pertains to?

14:04:29   5    A.    Carlos Colt.

14:04:30   6    Q.    Did you then check the phone number associated with

14:04:35   7    Carlos Colt?

14:04:35   8    A.    Yes.

14:04:36   9    Q.    Was it defendant Fernandez's cell phone number?

14:04:39   10   A.    Yes.

14:04:39   11   Q.    According to the metadata or the information of this

14:04:43   12   screen shot, was it dated October 10, 2016?

14:04:49   13   A.    Yes.

14:04:49   14   Q.    Now, based on the positioning of the text messages on

14:04:55   15   the screen, who sent these text messages?

14:05:00   16   A.    Carlos Colt.

14:05:03   17   Q.    And these are text messages with Camacho, Jr.; is that

14:05:09   18   correct?

14:05:09   19   A.    This is a screen shot, so, umm, I -- umm --

14:05:16   20   Q.    I'll rephrase.  The screen shot was found on Camacho,

14:05:23   21   Jr.'s phone?

14:05:23   22   A.    Yes.

14:05:24   23   Q.    And based on the fact that the text messages are on

14:05:28   24   the left side instead of the right side, who sent these text

14:05:31   25   messages?

| | | |
|---|---|---|
| 14:05:31 | 1 | A.     Carlos Colt. |
| 14:05:34 | 2 | Q.     What is the first message? |
| 14:05:37 | 3 | A.     "He wants us to get rig [sic] of another one like a |
| 14:05:44 | 4 | package deal.  LOL." |
| 14:05:47 | 5 | Q.     Okay, again, your understanding what "LOL" means? |
| 14:05:50 | 6 | A.     Laugh out loud or laughing out loud. |
| 14:05:56 | 7 | Q.     What's the next message? |
| 14:05:58 | 8 | A.     After the photo or including the photo. |
| 14:06:01 | 9 | Q.     Including the photo. |
| 14:06:02 | 10 | A.     There is a photo of the Colt pistol. |
| 14:06:08 | 11 | Q.     And next? |
| 14:06:09 | 12 | A.     "And" and then another photo of a Colt pilot. |
| 14:06:16 | 13 | Q.     And the last message. |
| 14:06:16 | 14 | A.     "For 9500.  LOL." |
| 14:06:19 | 15 | Q.     Based on your investigation of this case, what is the |
| 14:06:22 | 16 | number 9500 represent? |
| 14:06:25 | 17 | A.     The amount of money that you would have to pay to |
| 14:06:33 | 18 | purchase those firearms. |
| 14:06:34 | 19 | Q.     Now, on the left side of the screen, I'm going to |
| 14:06:46 | 20 | showing you this exhibit, which is Exhibit 143-1.  And on the |
| 14:06:52 | 21 | right side I'm going to pull up what's been admitted as |
| 14:06:56 | 22 | Exhibit 150, page 1. |
| 14:07:00 | 23 | What's depicted in Exhibit 150? |
| 14:07:05 | 24 | A.     That's a photo of one of the pistols that we recovered |
| 14:07:12 | 25 | during the December 20 search warrant. |

| | | |
|---|---|---|
| 14:07:16 | 1 | Q.    In your opinion, does the firearm depicted in the text |
| 14:07:24 | 2 | messages generally look to be the same as the firearm |
| 14:07:27 | 3 | depicted in Exhibit 150? |
| 14:07:31 | 4 | A.    Yes. |
| 14:07:31 | 5 | Q.    And the firearm depicted in Exhibit 150 has the serial |
| 14:07:37 | 6 | number ELCEN8536; is that correct? |
| 14:07:41 | 7 | A.    Yes. |
| 14:07:41 | 8 | Q.    And according to the FFL records we just reviewed |
| 14:07:52 | 9 | defendant Fernandez bought that gun for $2,152; is that |
| 14:07:54 | 10 | correct? |
| 14:07:54 | 11 | A.    Yes. |
| 14:07:54 | 12 | Q.    And in the text message, what price is he quoting for |
| 14:07:58 | 13 | two guns? |
| 14:07:59 | 14 | A.    9500. |
| 14:08:00 | 15 | Q.    I'm showing you Exhibit 145A, and zooming in on this |
| 14:08:13 | 16 | exhibit so we can read.  Again, is this a summary of, in this |
| 14:08:21 | 17 | case, WhatsApp messages recovered from Camacho, Jr.'s phone? |
| 14:08:25 | 18 | A.    Yes. |
| 14:08:26 | 19 | Q.    And this WhatsApp conversation is between Camacho, Jr. |
| 14:08:29 | 20 | and the person saved as Carlos Colt with phone number ending |
| 14:08:35 | 21 | in 7539; is that right? |
| 14:08:39 | 22 | A.    Yes. |
| 14:08:39 | 23 | Q.    And what was the date of the transactions for gun |
| 14:08:43 | 24 | numbers 3 and 4? |
| 14:08:44 | 25 | A.    November 8, 2016. |

UNITED STATES DISTRICT COURT

14:08:47  1    Q.    What is the date of the first message shown here?

14:08:50  2    A.    November 7th, 2016.

14:08:52  3    Q.    And who is the first message sent by?

14:08:56  4    A.    Defendant Fernandez.

14:08:58  5    Q.    And what does the message say?

14:09:02  6    A.    "Around what time, old friend, so I can get sick at

14:09:08  7    work LOL."

14:09:09  8    Q.    And the next message?

14:09:11  9    A.    Same.

14:09:11  10   Q.    And on November 8, 2016 at 11:40 A.M., what does

14:09:16  11   defendant Fernandez right?

14:09:18  12   A.    "LOL."

14:09:19  13   Q.    And the same day at 3:24 p.m. what does defendant

14:09:23  14   Fernandez write?

14:09:24  15   A.    "In the WHT truck."

14:09:29  16   Q.    Now, in your review of the text messages and WhatsApp

14:09:33  17   messages recovered from the phone, did you find any replies

14:09:37  18   to these messages?

14:09:39  19   A.    No.

14:09:43  20   Q.    And can you please turn to Tab 147 in one of the

14:09:48  21   binders behind you, the exhibit that's not yet been admitted?

14:09:54  22   A.    127.

14:09:56  23   Q.    147.

14:09:58  24   A.    147, sorry.

14:10:20  25   Q.    Do you recognize this document?  Without telling me

| | | |
|---|---|---|
| 14:10:23 | 1 | the content. |
| 14:10:24 | 2 | A.     This is a summary of WhatsApp communications between |
| 14:10:33 | 3 | one of Camacho, Jr.'s phones and another individual. |
| 14:10:39 | 4 | **MS. DRAGALIN:**  Your Honor, the government moves to |
| 14:10:40 | 5 | admits Exhibit 147. |
| 14:10:43 | 6 | **THE COURT:**  Any objection? |
| 14:10:44 | 7 | **MR. RODRIGUEZ:**  Yes, Your Honor.  Objecting as |
| 14:10:46 | 8 | hearsay. |
| 14:10:46 | 9 | **THE COURT:**  You're going to have to lay some |
| 14:10:50 | 10 | additional foundation. |
| 14:10:50 | 11 | BY **MS. DRAGALIN:** |
| 14:10:50 | 12 | Q.    During the course of your investigation, did you |
| 14:10:52 | 13 | review multiple text message between Camacho, Jr. and a |
| 14:10:57 | 14 | person saved as Korina (phonetically spelled) in his phone? |
| 14:11:02 | 15 | A.    Yes, I believe they were WhatsApp messages. |
| 14:11:06 | 16 | Q.    WhatsApp messages.  Based on reading those messages, |
| 14:11:09 | 17 | what is your understanding about the relationship between |
| 14:11:12 | 18 | Camacho, Jr. and this other individual? |
| 14:11:14 | 19 | **MR. RODRIGUEZ:**  Objection.  Calls for speculation. |
| 14:11:16 | 20 | **THE COURT:**  Overruled. |
| 14:11:16 | 21 | **THE WITNESS:**  They appeared to have a romantic |
| 14:11:20 | 22 | relationship. |
| 14:11:21 | 23 | BY **MS. DRAGALIN:** |
| 14:11:21 | 24 | Q.    And is this individual referred to as Coconspirator 1 |
| 14:11:26 | 25 | in the indictment? |

| | | |
|---|---|---|
| 14:11:27 | 1 | A.     Yes. |
| 14:11:27 | 2 | Q.     Based on the phone number associated with |
| 14:11:31 | 3 | Coconspirator 1, and based on the content of what you were |
| 14:11:39 | 4 | reading, do you have an understanding of where coconspirator |
| 14:11:42 | 5 | 1 was located? |
| 14:11:43 | 6 | A.     In Mexico. |
| 14:11:45 | 7 | MR. RODRIGUEZ:  Objection.  Calls for speculation. |
| 14:11:47 | 8 | THE COURT:  Overruled. |
| 14:11:51 | 9 | BY MS. DRAGALIN: |
| 14:11:52 | 10 | Q.     Did you review messages between Camacho, Jr. and |
| 14:11:57 | 11 | Coconspirator 1, suggesting that Camacho, Jr. was purchasing |
| 14:12:02 | 12 | some firearms from defendant Fernandez to give to this |
| 14:12:06 | 13 | individual? |
| 14:12:07 | 14 | MR. RODRIGUEZ:  Objection.  Calls for speculation. |
| 14:12:10 | 15 | THE COURT:  Umm -- |
| 14:12:11 | 16 | MR. RODRIGUEZ:  Used the word "suggesting." |
| 14:12:13 | 17 | THE COURT:  Rephrase the question, please. |
| 14:12:16 | 18 | MS. DRAGALIN:  Yes, Your Honor. |
| 14:12:17 | 19 | BY MS. DRAGALIN: |
| 14:12:19 | 20 | Q.     Based on text messages you reviewed between Camacho, |
| 14:12:22 | 21 | Jr. and Coconspirator 1, do you have -- did they discuss |
| 14:12:28 | 22 | guns? |
| 14:12:29 | 23 | A.     Yes. |
| 14:12:30 | 24 | Q.     Did they discuss whether Camacho, Jr. was going to get |
| 14:12:34 | 25 | guns for Coconspirator 1? |

| | | |
|---|---|---|
| 14:12:36 | 1 | **MR. RODRIGUEZ:** Objection. Calls for hearsay. |
| 14:12:38 | 2 | **THE COURT:** And it's leading. So, rephrase the |
| 14:12:41 | 3 | question. |
| 14:12:45 | 4 | BY **MS. DRAGALIN:** |
| 14:12:45 | 5 | Q. What -- what if anything did the two discuss about |
| 14:12:50 | 6 | guns? |
| 14:12:51 | 7 | **MR. RODRIGUEZ:** Objection. Hearsay. |
| 14:12:55 | 8 | **THE COURT:** Overruled. |
| 14:13:01 | 9 | **THE WITNESS:** Camacho, Jr. or the messages from |
| 14:13:06 | 10 | Camacho, Jr.'s phone would send photos of firearms, and they |
| 14:13:16 | 11 | would discuss the purchase of some of those firearms, and |
| 14:13:28 | 12 | they would discuss who's -- who the guns were for. |
| 14:13:36 | 13 | BY **MS. DRAGALIN:** |
| 14:13:36 | 14 | Q. And did you see -- |
| 14:13:38 | 15 | **MR. RODRIGUEZ:** Same objection, Your Honor. |
| 14:13:40 | 16 | **THE COURT:** Overruled. |
| 14:13:41 | 17 | BY **MS. DRAGALIN:** |
| 14:13:42 | 18 | Q. Based on your training as an ATF agent, do you have an |
| 14:13:46 | 19 | understanding about whether an individual can take a gun from |
| 14:13:49 | 20 | the United States to Mexico without a license? |
| 14:13:57 | 21 | A. No, you can't. |
| 14:14:00 | 22 | **MS. DRAGALIN:** Your Honor, the government moves to |
| 14:14:02 | 23 | admit this exhibit under the coconspirator exception. |
| 14:14:05 | 24 | **THE COURT:** Before -- |
| 14:14:08 | 25 | I need some clarification. In reference to |

14:14:11   1   147 --

14:14:12   2                   Do you have 147 in front of you?

14:14:13   3          THE WITNESS:  Yes.

14:14:14   4          THE COURT:  You said it's a summary of WhatsApp

14:14:17   5   communications.  Do you mean that there is an additional --

14:14:19   6   an additional part of the message that's not included here?

14:14:24   7          THE WITNESS:  I had a whole string of the complete

14:14:27   8   conversations that were captured between the two, many were

14:14:32   9   of a romantic nature.

14:14:35   10          THE COURT:  What do you mean by "summary"?

14:14:38   11          THE WITNESS:  Here?

14:14:39   12          THE COURT:  Yes.

14:14:40   13          THE WITNESS:  This is just one aspect of

14:14:42   14   communication between the two.  There were additional ones

14:14:47   15   that were also relevant.

14:14:51   16          THE COURT:  You're offering 147?

14:14:52   17          MS. DRAGALIN:  Yes, and, Your Honor, they're just

14:14:54   18   photographs, and so for that reason the government's position

14:14:57   19   is that they are not hearsay.

14:14:59   20          THE COURT:  Are you offering 147?

14:15:00   21          MS. DRAGALIN:  Yes, Your Honor.

14:15:01   22          THE COURT:  Objection?

14:15:02   23          MR. RODRIGUEZ:  Yes, Your Honor.  I have lodged my

14:15:04   24   objection in writing.

14:15:06   25          THE COURT:  Overruled.

14:15:07  1              147 is received.

14:15:10  2              (Exhibit No. 147 received into evidence.)

14:15:10  3         **MS. DRAGALIN:**  Thank you, Your Honor.

14:15:12  4  BY **MS. DRAGALIN:**

14:15:13  5  Q.    Displaying 147 on the screen.  Again, for the jury,

14:15:17  6  what does page 1 of this exhibit show?

14:15:22  7  A.    Page 1 shows a summary of a communication sent from

14:15:30  8  Camacho, Jr.'s phone to CC1.

14:15:33  9  Q.    And that's referring to Coconspirator 1 that we'll

14:15:37  10  just use CC1 for short.

14:15:40  11  A.    Yes.

14:15:40  12  Q.    And according to WhatsApp messages, what is the date

14:15:44  13  of these messages?

14:15:46  14  A.    November 8, 2016.

14:15:49  15  Q.    And who sent these messages?

14:15:53  16  A.    Camacho, Jr.

14:15:55  17  Q.    And what content did he send in these two messages?

14:15:59  18  A.    Two photos of Colt pistol.

14:16:03  19  Q.    Zooming back out.  Showing you page -- Exhibit 147,

14:16:08  20  page 2.  What is page 2?  Is that just a larger of --

14:16:19  21  photograph of the same content?

14:16:21  22  A.    Yes.

14:16:21  23  Q.    Do you recognize this particular firearm?

14:16:26  24  A.    It looks similar to a firearm that we recovered during

14:16:34  25  this December 20th search warrant.

14:16:43  1    Q.    I'm showing you on the screen what's been admitted as

14:16:51  2    Exhibit 148A.  Is this a translation of an Instagram mention?

14:17:01  3    A.    Yes.

14:17:01  4    Q.    And what is the date of this message?

14:17:04  5    A.    November 19, 2016.

14:17:07  6    Q.    Who's writing this message?

14:17:10  7    A.    Defendant Fernandez.

14:17:12  8    Q.    Can you read the content?

14:17:14  9    A.    "@Fredster714.  This one has left.  It's my friend's

14:17:24  10   Calichi Livin.  This one is going to North Cali in a few

14:17:31  11   weeks."

14:17:32  12   Q.    Now, according to the chart and your review of the

14:17:36  13   records, what is the date of the next gun transaction for gun

14:17:41  14   No. 5?

14:17:46  15   A.    December 15th, 2016.

14:17:49  16   Q.    During the course of your investigation, did you find

14:17:52  17   photographs of the firearms sold on December 15, 2016 on

14:17:59  18   Camacho, Jr.'s phone?

14:18:00  19   A.    Yes.

14:18:00  20   Q.    Showing you what's been admitted as Exhibit 154,

14:18:08  21   page 1.  Do you recognize this photograph?

14:18:11  22   A.    Yes.

14:18:12  23   Q.    Is this a photograph recovered from Camacho, Jr.'s

14:18:16  24   phone?

14:18:17  25   A.    Yes.

14:18:17   1    Q.     And do you recall, is this particular photograph had

14:18:20   2    any GPS data?

14:18:23   3    A.     Yes, I believe the GPS coordinates were around

14:18:30   4    defendant Fernandez's residence.

14:18:36   5    Q.     I'm showing you --

14:18:39   6                   And do you recognize this box?

14:18:42   7    A.     Yes.

14:18:42   8    Q.     How?

14:18:44   9    A.     It appears be very similar to a box that we located

14:18:50   10   during that -- the December 20th search warrant.

14:18:53   11   Q.     During that search warrant, were you able to find the

14:18:58   12   particular firearm that fits in that box?

14:19:01   13   A.     No.

14:19:01   14   Q.     Showing you Exhibit 155, page 1?

14:19:19   15          **MS. DRAGALIN:**  And, Your Honor, I'm not sure if

14:19:22   16   Exhibit 155, page 1 has been admitted.  If we could check for

14:19:28   17   the record.  I apologize.

14:19:32   18          **THE COURT:**  I don't have it.

14:19:33   19          **MS. DRAGALIN:**  I'll lay the foundation.

14:19:35   20   BY **MS. DRAGALIN:**

14:19:36   21   Q.     Can you please turn to Tab 155 in your binder.  Do you

14:19:57   22   recognize that document?

14:19:57   23   A.     Yes.

14:19:57   24   Q.     Without telling us the content, what is it?

14:20:02   25   A.     It's a summary of WhatsApp communications sent from

14:20:10  1   Camacho, Jr.'s phone to CC1.

14:20:14  2             MS. DRAGALIN:  Government moves to admit Exhibit

14:20:17  3   155.

14:20:39  4             THE COURT:  Objection?

14:20:41  5             MR. RODRIGUEZ:  My apologies, Your Honor, same

14:20:43  6   objection as before.  Hearsay.

14:20:44  7             THE COURT:  Overruled.  It's received.

14:20:44  8             (Exhibit No. 155 received into evidence.)

14:20:46  9             THE COURT:  And again by "summary," what do you

14:20:48  10  mean by "summary"?  This is part of the conversation, not the

14:20:52  11  entire conversation?

14:20:53  12            THE WITNESS:  Correct, I received the

14:20:55  13  back-and-forth for -- along the complete conversation between

14:20:58  14  the two users, and we selected just portions we found

14:21:04  15  relevant to the investigation.

14:21:05  16            THE COURT:  So, this is not -- it's a summary,

14:21:08  17  it's a particular part of an exchange messages -- messages

14:21:13  18  exchange.

14:21:13  19            THE WITNESS:  Yes.

14:21:14  20            THE COURT:  Okay, thank you.

14:21:15  21  BY MS. DRAGALIN:

14:21:16  22  Q.    And displaying Exhibit 155, page 1.  And again to

14:21:20  23  clarify, this record is not the format that you originally

14:21:25  24  received it in?

14:21:26  25  A.    No.

14:21:26   1    Q.    And was it created for ease of trial?

14:21:31   2    A.    Yes.

14:21:31   3    Q.    But it represents the data and the content that you

14:21:35   4    recovered from Camacho, Jr.'s phone; is that correct?

14:21:38   5    A.    Yes.

14:21:38   6    Q.    According to WhatsApp messages on Camacho, Jr.'s

14:21:44   7    phone, did he send two messages on November 23rd, 2016?

14:21:49   8    A.    Yes.

14:21:51   9    Q.    And what did he send?

14:21:55   10   A.    Two photographs of a Colt pistol in a pistol box.

14:22:04   11   Q.    And again, these were messages to CC1; is that right?

14:22:07   12   A.    Yes.

14:22:07   13   Q.    And looking at page 2 of Exhibit 155.  Is this a

14:22:12   14   larger version of the same photo we saw on page 1?

14:22:17   15   A.    Yes.

14:22:17   16   Q.    Do you recall if this particular photograph had

14:22:22   17   metadata associated with it?

14:22:24   18   A.    Yes.

14:22:24   19   Q.    And did it have GPS data associated with it?

14:22:29   20   A.    Yes.

14:22:30   21   Q.    What -- according to the GPS data, what was the

14:22:34   22   location that this photograph was taken?

14:22:37   23   A.    The Gardena Police Department.

14:22:43   24   Q.    And where does defendant Fernandez work?

14:22:46   25   A.    Gardena Police Department.

14:22:50  1    Q.     Next we have an exhibit marked Exhibit 157, this is a
14:22:58  2    video that has already been admitted.
14:23:00  3            **MS. DRAGALIN:**  Your Honor, may we play it at this
14:23:01  4    time.
14:23:02  5            **THE COURT:**  Okay, and then after this we'll take
14:23:05  6    the afternoon recess.
14:23:07  7                 How long is the video?
14:23:08  8            **MS. DRAGALIN:**  Just a few seconds.
14:23:10  9            **THE COURT:**  Okay, go ahead.
14:23:11  10           **MS. RYKKEN:**  I'm playing 157.
14:23:15  11           (Video clip played.)
14:23:32  12   BY **MS. DRAGALIN:**
14:23:33  13   Q.     Where did you obtain this video?
14:23:34  14   A.     From Camacho, Jr.'s phone.
14:23:36  15   Q.     And did metadata on the phone show that this video was
14:23:40  16   recorded on December 15, 2016?
14:23:43  17   A.     Yes.
14:23:43  18   Q.     Is that the same date of the gun transaction for gun
14:23:47  19   No. 5?
14:23:52  20   A.     Yes.
14:23:57  21   Q.     Have you viewed that video before?
14:24:01  22   A.     Yes.
14:24:01  23   Q.     Do you recognize the location?
14:24:03  24   A.     It appears to be the inside where the Ronin Tactical
14:24:10  25   Group conducted business.

| | | |
|---|---|---|
| 14:24:11 | 1 | Q.    According to 4473 Forms, the gun transaction for gun |
| 14:24:16 | 2 | No. 5 did that take place at Ronin Tactical? |
| 14:24:20 | 3 | A.    Yes. |
| 14:24:20 | 4 | Q.    I'm showing you 157A-1. |
| 14:24:27 | 5 | **THE COURT:**  Let's take the afternoon recess. |
| 14:24:30 | 6 | So, please return back to the Court at 15 |
| 14:24:40 | 7 | before the hour.  Please don't discuss the case among |
| 14:24:46 | 8 | yourselves or anyone else. |
| 14:25:01 | 9 | (Recess taken.) |
| 14:45:01 | 10 | (Following proceedings were held in the presence |
| 14:45:02 | 11 | of the jury.) |
| 14:45:02 | 12 | **THE COURT:**  Okay, continue with Special Agent |
| 14:45:04 | 13 | Hart.  The jury is present and counsel with defendants are |
| 14:45:06 | 14 | present. |
| 14:45:07 | 15 | Go ahead. |
| 14:45:08 | 16 | BY **MS. DRAGALIN:** |
| 14:45:09 | 17 | Q.    Showing you on the screen, Exhibit 157A-1.  Is this a |
| 14:45:14 | 18 | screen shot from the video we viewed right before the break? |
| 14:45:19 | 19 | A.    Yes. |
| 14:45:19 | 20 | Q.    And showing you Exhibit 171A, page 1, and zooming in |
| 14:45:29 | 21 | just at the top section first.  What does this exhibit show? |
| 14:45:41 | 22 | What is the source of the information for this exhibit? |
| 14:45:44 | 23 | A.    Camacho, Jr.'s iPhone. |
| 14:45:47 | 24 | Q.    In particular, is it WhatsApp messages? |
| 14:45:51 | 25 | A.    Yes. |

14:45:51  1   Q.     Between who?

14:45:56  2   A.     Between Camacho, Jr. and defendant Fernandez.

14:45:58  3   Q.     Okay.  What is the date of the messages in Exhibit

14:46:04  4   171A?

14:46:05  5   A.     May 27, 2017.

14:46:09  6   Q.     And the first message at 2:49 p.m., what does

14:46:16  7   defendant Fernandez say?

14:46:17  8   A.     "Hey, I got a box just like the one for your Vicente

14:46:25  9   Guero."

14:46:25  10  Q.     And what's the next message from defendant Fernandez?

14:46:27  11  A.     "If you're interested in it for one of your other

14:46:29  12  girls."

14:46:30  13  Q.     The next message from defendant Fernandez?

14:46:32  14  A.     "The red wooden box."

14:46:36  15  Q.     And the next passage?

14:46:37  16  A.     "With the key and all."

14:46:39  17  Q.     And the response from Camacho, Jr. at 2:55 p.m.?

14:46:43  18  A.     "He said it's nice."

14:46:47  19  Q.     And the next from Camacho, Jr.?

14:46:50  20  A.     "But we would have to wait, right?"

14:46:54  21  Q.     And the next from Camacho, Jr.?

14:46:56  22  A.     "How much do you want for the box?"

14:46:59  23  Q.     And the last one 2:56 p.m. from defendant Fernandez?

14:47:04  24  A.     "Bro I'm going on vac in 15 days, and I need money.

14:47:12  25  LOL.  So we can do it.  Fuck the feds."

| | | |
|---|---|---|
| 14:47:15 | 1 | Q.     What does "LOL" mean in your -- |
| 14:47:18 | 2 | THE COURT:  We've covered it several times. |
| 14:47:20 | 3 | MS. DRAGALIN:  Thank you, Your Honor. |
| 14:47:20 | 4 | BY MS. DRAGALIN: |
| 14:47:24 | 5 | Q.     In your understanding of this investigation, what does |
| 14:47:26 | 6 | the "fed" refer to? |
| 14:47:28 | 7 | A.     The federal government. |
| 14:47:33 | 8 | Q.     I'm showing you Exhibit 158, page 1.  Is this a |
| 14:47:42 | 9 | photograph? |
| 14:47:43 | 10 | A.     Yes. |
| 14:47:43 | 11 | Q.     Where was it taken? |
| 14:47:46 | 12 | A.     It was taken at 554 St. George during the December |
| 14:47:53 | 13 | 20th search warrant. |
| 14:47:55 | 14 | Q.     And what did you find? |
| 14:47:58 | 15 | A.     A pistol box. |
| 14:48:01 | 16 | Q.     And did it also have a key? |
| 14:48:04 | 17 | A.     Yes. |
| 14:48:04 | 18 | Q.     And can you please turn to tab 198A in your binder? |
| 14:48:33 | 19 | MR. RODRIGUEZ:  I'm sorry? |
| 14:48:39 | 20 | MS. DRAGALIN:  198A. |
| 14:48:39 | 21 | MR. RODRIGUEZ:  Your Honor, I object to the use of |
| 14:48:41 | 22 | this exhibit.  I lodge my objection with the court. |
| 14:48:43 | 23 | THE COURT:  Let counsel lay the foundation first. |
| 14:48:45 | 24 | MR. RODRIGUEZ:  Yes, Your Honor. |
| 14:48:48 | 25 | BY MS. DRAGALIN: |

```
14:48:49   1    Q.    Without telling me the content, just generally, what
14:48:53   2    does Exhibit 198A show?
14:48:54   3    A.    It shows some -- a record of communication recovered
14:49:02   4    from Camacho, Jr.'s iPhone 7 Plus.
14:49:07   5    Q.    And in particular, what type of communication?
14:49:09   6    A.    A WhatsApp communication.
14:49:13   7    Q.    Who are the participants of these messages?
14:49:16   8    A.    Camacho, Jr. and CC1.
14:49:19   9    Q.    And the date of these messages?
14:49:21  10    A.    November 23rd, 2016.
14:49:27  11          MS. DRAGALIN:  Your Honor, the government moves to
14:49:30  12    admit this record under the coconspirator statement
14:49:34  13    exception.
14:49:35  14          THE COURT:  Go ahead.
14:49:36  15          MR. RODRIGUEZ:  Your Honor, I would object on
14:49:38  16    behalf of Mr. Fernandez.  I lodge lodged my objection in a
14:49:43  17    written motion last week.
14:49:44  18          THE COURT:  Okay, the objection is overruled and
14:49:46  19    it's received.
14:49:47  20    BY MS. DRAGALIN:
14:49:48  21    Q.    I'm showing you Exhibit 198A on the screen.  Zooming
14:49:52  22    in just on the first two messages.
14:49:56  23                 Again, what is the date of these messages?
14:49:59  24    A.    November 23rd, 2016.
14:50:02  25    Q.    What does -- what do these two photographs show?
```

UNITED STATES DISTRICT COURT

14:50:07   1    A.    A Colt pistol in a pistol box.

14:50:11   2    Q.    What type of box?

14:50:13   3    A.    A gun box, red, wooden box.

14:50:17   4    Q.    Zooming in on the remainder of the conversation.  What

14:50:26   5    is the first massage from Camacho, Jr.?

14:50:28   6    A.    "Your other pistol you wanted has arrived."

14:50:33   7    Q.    And the response from CC1?

14:50:35   8    A.    "What about mine?"

14:50:37   9    Q.    The next message from Camacho, Jr.?

14:50:39   10   A.    "I have already told the guy he is going to advise me

14:50:42   11   when it arrives.  It is a little bit more difficult because I

14:50:47   12   want it with no papers."

14:50:48   13   Q.    The response -- the next message from Camacho, Jr.?

14:50:50   14   A.    "You remember.  I explained this to you."

14:50:54   15   Q.    And the next message from Camacho, Jr.?

14:50:57   16   A.    "But I will get it for you, my love."

14:51:01   17   Q.    Zooming out.  And in the binder in front of you, can

14:51:05   18   you turn to tab 198B?

14:51:13   19              Does 198B show the same message but it's in

14:51:18   20   original format?

14:51:19   21   A.    In the format in the report as I viewed it, yes.

14:51:24   22         **MS. DRAGALIN:**  Your Honor, the government moves to

14:51:26   23   admit Exhibit 198B.

14:51:29   24         **THE COURT:**  Is there an objection?

14:51:30   25         **MR. RODRIGUEZ:**  Yes.

14:51:31  1          **THE COURT:**  Same ruling.  Received.

14:51:33  2          (Exhibit received.)

14:51:33  3  BY **MS. DRAGALIN:**

14:51:35  4  Q.    Just briefly showing Exhibit 198B on the screen, page

14:51:37  5  1, and turning to page 2.  Is this the format of the WhatsApp

14:51:45  6  messages that you reviewed from Camacho, Jr.'s phone?

14:51:49  7  A.    Yes.

14:51:49  8  Q.    And this original conversation was in Spanish; is that

14:51:54  9  correct?

14:51:54  10  A.    Yes.

14:51:54  11  Q.    And Exhibit 198A has the same information but

14:51:59  12  translated into English; is that correct?

14:52:02  13  A.    Yes.

14:52:03  14  Q.    And that's -- when you use the term summary chart,

14:52:07  15  that's what you're referring to?

14:52:09  16  A.    Yes.

14:52:15  17          **MS. DRAGALIN:**  And, Your Honor, may Agent Duncan

14:52:18  18  please put the poster up again?

14:52:21  19          **THE COURT:**  Yes.

14:52:52  20  BY **MS. DRAGALIN:**

14:52:53  21  Q.    Special Agent Hart, according to the firearms records

14:52:55  22  you reviewed and other records you reviewed in this

14:52:58  23  investigation, what is the date of the next gun transaction

14:53:01  24  for gun numbers 6, 7, and 8?

14:53:13  25  A.    December 16, 2016.

14:53:15  1    Q.    And that's according to the Form 4473; is that

14:53:24  2    correct?

14:53:24  3    A.    Yes, in addition to -- it's the transaction records

14:53:30  4    and also the AFS records.

14:53:32  5    Q.    Can you please turn to Exhibit 159, to Tab 159 in your

14:53:38  6    binder.  What is Exhibit 159?

14:53:56  7    A.    It's a WhatsApp communication record received from

14:54:08  8    Camacho, Jr.'s phone.  The communication is between Camacho,

14:54:14  9    Jr. and CC1.

14:54:16  10          **MS. DRAGALIN:**  Your Honor, the government moves to

14:54:18  11   admit Exhibit 159.

14:54:20  12          **THE COURT:**  Same objection?

14:54:21  13          **MR. RODRIGUEZ:**  Yes, Your Honor.

14:54:23  14          **THE COURT:**  Okay, objection is overruled.  159 is

14:54:25  15   received.

14:54:26  16          (Exhibit No. 159 received in evidence.)

14:54:27  17   BY **MS. DRAGALIN:**

14:54:28  18   Q.    Showing you page 1 of Exhibit 159.  What is the date

14:54:31  19   of this text message or this WhatsApp message?

14:54:35  20   A.    December 15, 2016.

14:54:37  21   Q.    And who sent this message?

14:54:39  22   A.    Camacho, Jr.

14:54:41  23   Q.    And who is he sending the message to?

14:54:43  24   A.    CC1.

14:54:45  25   Q.    And the content of the message?

14:54:48  1    A.     It's a photo of two pistols in gun boxes.

14:54:53  2    Q.     Now, on the left side of the screen, I'm going to show

14:54:57  3    you page 2 of Exhibit 159.  Is that a larger version of the

14:55:07  4    photograph that was sent by Camacho, Jr. to CC1?

14:55:11  5    A.     Yes.

14:55:12  6    Q.     And on the right side of the screen, I'm going to show

14:55:15  7    you Exhibit 161, page 3, which has been admitted into

14:55:23  8    evidence.

14:55:23  9                    What is Exhibit 161?

14:55:26  10   A.     It's one of the firearms we recovered during the

14:55:30  11   December 20th search warrant.

14:55:31  12   Q.     And is that a photograph of that firearm that you

14:55:37  13   recovered?

14:55:38  14   A.     Yes.

14:55:38  15   Q.     And is this the firearm based on the serial number,

14:55:43  16   the firearm that's listed at gun 6 in the poster Exhibit?

14:55:52  17   A.     Yes.

14:55:53  18   Q.     And now I'm going to show you on the left side,

14:55:57  19   Exhibit 159, page 2, and on the right side, Exhibit 162, page

14:56:10  20   3.  And again, Exhibit 159 is a photograph from Camacho,

14:56:15  21   Jr.'s phone.  Is that correct?

14:56:17  22   A.     Yes.

14:56:17  23   Q.     On the right side, what is Exhibit 162?

14:56:21  24   A.     It's a photo of one of the firearms that we recovered

14:56:25  25   from 554 St. George, back in December 29th.

14:56:30   1    Q.    And is that one of the firearms listed on the summary

14:56:34   2    chart as gun No. 7?

14:56:45   3    A.    Yes.

14:56:46   4    Q.    According to 4473 Form, was there a gun transaction on

14:56:56   5    December 16th, 2016?

14:56:59   6    A.    Yes.

14:57:00   7    Q.    And according to the 4473 Form, who was the buyer

14:57:04   8    listed on that form?

14:57:08   9    A.    Rafael Camacho Maravilla.

14:57:12   10   Q.    And that was for three guns purchased on one day,

14:57:16   11   according to the 4473 Form; is that correct?

14:57:19   12   A.    Yes.

14:57:20   13   Q.    And were all three of those guns found at the search

14:57:25   14   of the house in Salinas?

14:57:35   15              And I'll direct your attention to the poster

14:57:38   16   if you can read that.

14:57:47   17   A.    678?

14:57:49   18   Q.    Yes.

14:57:50   19   A.    Yes.

14:57:50   20   Q.    According to the records you reviewed, what is the

14:57:53   21   date of the next gun transaction for gun No. 9?  And if you

14:58:03   22   have --

14:58:03   23   A.    We did December 15th already.  So it's December 16.

14:58:08   24   Q.    So, for gun No. 9, if you can see that?

14:58:12   25   A.    I apologize.  December 19th.

14:58:18   1    Q.      I'm going to show you Exhibit 168, page 1.  Is this a

14:58:29   2    photograph of gun No. 9?  And we can zoom in on the serial

14:58:39   3    number.

14:58:41   4    A.      Yes.

14:58:41   5    Q.      This serial number matches the serial number listed in

14:58:48   6    row 9 of Exhibit 124A?

14:58:55   7    A.      Yes.

14:58:55   8    Q.      And was this firearm recovered at the search?

14:58:57   9    A.      Yes.

14:58:58   10   Q.      And can you please turn to tab 199A in your binder?

14:59:16   11   Do you recognize that document?

14:59:18   12   A.      Yes.

14:59:18   13   Q.      What is it?

14:59:19   14   A.      This is another summary chart listing communications,

14:59:31   15   on WhatsApp communications that were recovered from Camacho,

14:59:35   16   Jr.'s phone.

14:59:37   17   Q.      And the date?

14:59:38   18   A.      December 15th, 2016.

14:59:41   19          **MS. Dragalin:**  The government moves to admit

14:59:45   20   Government's Exhibit 199A.

14:59:47   21          **MR. RODRIGUEZ:**  Same objection, Your Honor.

14:59:49   22          **THE COURT:**  One second.

14:59:52   23              Again, what you mean is excerpts, not a

14:59:56   24   summary; is that correct?

14:59:58   25          **THE WITNESS:**  I apologize.  Yes, excerpts.

15:00:02  1          **THE COURT:**  Okay.  199A is received.

15:00:07  2          (Exhibit No. 199A received into evidence.)

15:00:07  3   BY **MS. DRAGALIN:**

15:00:08  4   Q.    Displaying 199A on the screen.  We're zooming in on

15:00:14  5   the first two messages.  What are the first two -- the

15:00:19  6   content of the first two messages that Camacho, Jr. sends on

15:00:22  7   December 15, 2016?

15:00:24  8   A.    Two photos of a pistol.

15:00:27  9   Q.    And zooming in on the remainder of the conversation.

15:00:35  10  Can you start with the message time stamped 9:33:56 p.m. what

15:00:45  11  does CC1 write?

15:00:48  12  A.    "This one is mine."

15:00:51  13  Q.    And the response from Camacho, Jr.?

15:00:52  14  A.    "Working on it."

15:00:53  15  Q.    Next message from Camacho, Jr.?

15:00:54  16  A.    "I asked him to sell it to me without any paperwork."

15:00:56  17  Q.    And the next message from Camacho, Jr.?

15:00:58  18  A.    "I have almost convinced him."

15:01:01  19  Q.    Zooming back out.  Turning to page 2 of this exhibit.

15:01:17  20  What is the last message from Camacho, Jr.?

15:01:18  21  A.    "So, you know that I have not forgotten you."

15:01:20  22  Q.    And page 3 of this exhibit.  Can we zoom in on the

15:01:28  23  serial number?

15:01:30  24          Can you read that out loud?

15:01:32  25  A.    "MU24832."

15:01:37  1    Q.    Does that serial number match the serial number for

15:01:41  2    gun No. 9 in Exhibit 124?

15:01:47  3    A.    Yes.

15:01:48  4    Q.    According to Form 4473, who is the purchaser of that

15:01:52  5    gun?

15:01:55  6    A.    Rafael Camacho Maravilla.

15:02:05  7    Q.    Can you turn to tab 201A, which is the last of these

15:02:09  8    exhibits that we'll go over.  And what is 201A?

15:02:14  9    A.    It's another excerpt from Camacho, Jr.'s phone, by

15:02:22  10   showing a WhatsApp conversation between Camacho, Jr. and CC1.

15:02:26  11         **MS. DRAGALIN:**  The government moves to admit

15:02:28  12   Exhibit 201A?

15:02:31  13         **THE COURT:**  Objection.

15:02:31  14         **MR. RODRIGUEZ:**  Sorry, Your Honor.  Yes, Your

15:02:34  15   Honor, same objection.

15:02:35  16         **THE COURT:**  Objection overruled, and 201A is

15:02:39  17   received is.

15:02:39  18         (Exhibit No. 201A received into evidence.)

15:02:39  19   BY **MS. DRAGALIN:**

15:02:41  20   Q.    I'm showing you 201A on the screen.  What is the date

15:02:45  21   of these messages?

15:02:46  22   A.    January 3rd, 2017.

15:02:49  23   Q.    What is the first message -- what is the content sent

15:02:54  24   from Camacho, Jr.?

15:02:55  25   A.    It's a photo of a pistol, appears to be on a table

15:03:03  1    top.

15:03:03  2    Q.    And based on your knowledge of this investigation,

15:03:06  3    does this pistol appear to be the same pistol as Gun No. 9

15:03:11  4    listed in the poster summary chart?

15:03:16  5    A.    Yes.

15:03:17  6    Q.    Can you read the message from Camacho, Jr.?

15:03:20  7    A.    "On its way home."

15:03:22  8    Q.    And the response from CC1?

15:03:24  9    A.    "Mine or yours?"

15:03:27  10   Q.    And the next message from Camacho, Jr.?

15:03:29  11   A.    "To my home."

15:03:33  12   Q.    And was Gun No. 9 recovered at this search of Camacho,

15:03:38  13   Jr.'s home?

15:03:39  14   A.    Yes.

15:03:44  15   Q.    Going you to show you what's been admitted as Exhibit

15:03:48  16   141, page 1.  Does this photograph show Gun No. 1 listed in

15:03:58  17   the chart?  And we can move on to the next page to zoom in on

15:04:05  18   serial numbers, if that helps, the second.

15:04:08  19   A.    Yes.

15:04:08  20   Q.    And page 3, page 4.  What does it say on the bottom of

15:04:25  21   this gun?

15:04:27  22   A.    "Colt super 38 auto."

15:04:32  23   Q.    Showing you Exhibit 142.  Page 1.  Does this

15:04:44  24   photograph correspond to Gun No. 2 listed in the summary

15:04:52  25   chart?

| | | |
|---|---|---|
| 15:04:52 | 1 | A.      Yes. |
| 15:04:53 | 2 | Q.      Showing you page 2, page 3, page 4. |
| 15:05:16 | 3 | MS. DRAGALIN:  And at this time, Your Honor, we're |
| 15:05:18 | 4 | going to play a video that has been admitted into evidence as |
| 15:05:20 | 5 | Exhibit 138. |
| 15:05:25 | 6 | THE COURT:  Okay. |
| 15:05:26 | 7 | MS. DRAGALIN:  Go ahead and play? |
| 15:05:28 | 8 | THE COURT:  Yes. |
| 15:05:35 | 9 | (Video clip played) |
| 15:05:35 | 10 | BY MS. DRAGALIN: |
| 15:05:35 | 11 | Q.      Where did you obtain this video? |
| 15:05:37 | 12 | A.      From one of Camacho, Jr.'s phones. |
| 15:05:40 | 13 | Q.      And do you recognize two of the firearms depicted in |
| 15:05:43 | 14 | this video? |
| 15:05:45 | 15 | A.      The one to the left, the stainless steel one, and then |
| 15:05:53 | 16 | the darker one below that appeared similar to firearms that |
| 15:05:57 | 17 | we recovered during the search warrant. |
| 15:05:59 | 18 | Q.      And did they appear to be Gun No. 1 and Gun No. 2 in |
| 15:06:08 | 19 | the summary chart that we just looked over? |
| 15:06:11 | 20 | A.      Yes. |
| 15:06:11 | 21 | Q.      And do you recognize this table? |
| 15:06:12 | 22 | A.      Yes. |
| 15:06:12 | 23 | Q.      What do you recognize it as? |
| 15:06:14 | 24 | A.      It appears similar to the table we saw at 554 St. |
| 15:06:22 | 25 | George when we executed the search warrant. |

15:06:26   1    Q.    I'm showing you Exhibit 140 which has been admitted,

15:06:38   2    and I'll show you all four pages, page 1, page 2, page 3,

15:06:49   3    page 4.

15:06:56   4                 Where were these photographs recovered from?

15:06:59   5    A.    From one of Camacho, Jr.'s phones.

15:07:09   6          MR. RODRIGUEZ:  I'm sorry, Counsel, which exhibit

15:07:11   7    number is that?

15:07:12   8          MS. DRAGALIN:  140.

15:07:14   9          MR. RODRIGUEZ:  Thank you.

15:07:16   10   BY MS. DRAGALIN:

15:07:17   11   Q.    Showing you Exhibit 150.  Does this exhibit show

15:07:23   12   photograph of the gun recovered from the search?

15:07:25   13   A.    Yes.

15:07:25   14   Q.    And in particular does it show photographs for a gun

15:07:30   15   with serial number ELCEN8536?

15:07:36   16   A.    Yes.

15:07:36   17   Q.    Is that Gun No. 3 on the chart?

15:07:39   18   A.    Yes.

15:07:39   19   Q.    Showing you Exhibit 153.  Is Exhibit 153 photographs

15:07:56   20   of another firearms recovered at the search of the home with

15:07:59   21   serial number MHE252?

15:08:03   22   A.    Yes.

15:08:03   23   Q.    Does that correspond to Gun No. 4 on the chart?

15:08:06   24   A.    Yes.

15:08:08   25          MS. DRAGALIN:  And at this time we'll play what's

| | | |
|---|---|---|
| 15:08:12 | 1 | been admitted as 149. |
| 15:08:12 | 2 | (Video clip played) |
| 15:08:12 | 3 | BY **MS. DRAGALIN**: |
| 15:08:21 | 4 | Q.    Where did you get this video. |
| 15:08:23 | 5 | A.    From one of Camacho, Jr.'s phones. |
| 15:08:27 | 6 | Q.    And I'll show you Exhibit 149A on the left side.  Is |
| 15:08:44 | 7 | 149A a screen shot view of the video we just viewed? |
| 15:08:48 | 8 | A.    Yes. |
| 15:08:48 | 9 | Q.    And on the right side I'm going to show you Exhibit |
| 15:08:51 | 10 | 120, page 1 which has been admitted. |
| 15:09:00 | 11 | What is the photograph on the right?  Exhibit |
| 15:09:04 | 12 | 120? |
| 15:09:04 | 13 | A.    That's the photo of Camacho, Jr.'s identification that |
| 15:09:08 | 14 | we located during the search warrant on top of the bedspread |
| 15:09:18 | 15 | found in the bedroom. |
| 15:09:19 | 16 | Q.    And next to that bed did you recover Camacho, Jr.'s |
| 15:09:22 | 17 | two cell phones? |
| 15:09:23 | 18 | A.    Yes. |
| 15:09:24 | 19 | Q.    And on the left side is Exhibit 149A.  Where was this |
| 15:09:29 | 20 | video recovered from? |
| 15:09:32 | 21 | A.    The video was recovered from one Camacho, Jr.'s |
| 15:09:37 | 22 | phones. |
| 15:09:37 | 23 | Q.    Did you recognize the bedspread in Exhibit 149A? |
| 15:09:43 | 24 | A.    It appears to be similar if not the same bed spread. |
| 15:09:48 | 25 | Q.    As the one shown in Exhibit 120? |

|          |    |                                                                        |
|----------|----|------------------------------------------------------------------------|
| 15:09:51 | 1  | A.     Yes.                                                             |
| 15:09:51 | 2  | Q.     Showing you Exhibit 161, page 1.  Is Exhibit 161 a               |
| 15:10:01 | 3  | photograph of a firearm recovered at the search with serial            |
| 15:10:06 | 4  | number 2933159?                                                        |
| 15:10:08 | 5  | A.     Yes.                                                             |
| 15:10:09 | 6  | Q.     Exhibit 162, page 1.  What does Exhibit 2 show?                  |
| 15:10:19 | 7  | A.     Another firearm that was recovered during that search           |
| 15:10:23 | 8  | warrant.                                                               |
| 15:10:23 | 9  | Q.     And that's a firearm with serial number 38SS09144; is           |
| 15:10:23 | 10 | that correct?                                                          |
| 15:10:30 | 11 | A.     Yes.                                                             |
| 15:10:30 | 12 | Q.     And Exhibit 163, page 1.  What does this exhibit show?          |
| 15:10:37 | 13 | A.     A firearm that was recovered during the December 20th           |
| 15:10:43 | 14 | search warrant.                                                        |
| 15:10:44 | 15 | Q.     And that's the serial number 38SS09196; is that                 |
| 15:10:49 | 16 | correct?                                                               |
| 15:10:49 | 17 | A.     Yes.                                                             |
| 15:10:49 | 18 | Q.     And do these three guns and these three exhibits                |
| 15:10:53 | 19 | correspond to Gun No. 6, 7 and 8 in the summary chart?                 |
| 15:11:01 | 20 | A.     Yes.                                                             |
| 15:11:02 | 21 | Q.     I'm showing you Exhibit 168, page 1.  What is this              |
| 15:11:13 | 22 | exhibit?                                                               |
| 15:11:13 | 23 | A.     That's one of the firearms we recovered during the             |
| 15:11:17 | 24 | search warrant.                                                        |
| 15:11:17 | 25 | Q.     In particular is it Gun No. 9 listed on the chart?             |

| | | |
|---|---|---|
| 15:11:21 | 1 | A.      Yes. |
| 15:11:22 | 2 | Q.      I'm going to show you what's been admitted as Exhibit |
| 15:11:33 | 3 | 169A, page 1.  What is the source of this information? |
| 15:11:43 | 4 | A.      One of Camacho, Jr.'s iPhones. |
| 15:11:47 | 5 | Q.      And in particular what particular application? |
| 15:11:50 | 6 | A.      WhatsApp |
| 15:11:51 | 7 | Q.      And who is the conversation between? |
| 15:11:55 | 8 | A.      Camacho, Jr. and defendant Fernandez. |
| 15:11:58 | 9 | Q.      Can you please read the date of these messages? |
| 15:12:01 | 10 | A.      March 24th, 2017. |
| 15:12:04 | 11 | Q.      And can you read the first message from defendant |
| 15:12:07 | 12 | Fernandez? |
| 15:12:08 | 13 | A.      "The Chinese now is not doing paperwork.  Law |
| 15:12:15 | 14 | enforcement came, and he needs to update some shit to be able |
| 15:12:18 | 15 | to do paper." |
| 15:12:20 | 16 | Q.      During the course of your investigation, did you learn |
| 15:12:25 | 17 | what the Chinese or in Spanish "El Chino" refers to? |
| 15:12:30 | 18 | A.      It appears to be a reference to defendant Arao. |
| 15:12:33 | 19 | Q.      But you don't know that for certain? |
| 15:12:36 | 20 | A.      No. |
| 15:12:36 | 21 | MR. ROBINSON:  I object and move to strike as pure |
| 15:12:40 | 22 | speculation. |
| 15:12:41 | 23 | THE COURT:  Yeah the motion is granted.  The |
| 15:12:43 | 24 | response is struck.  The jury is ordered to disregard it. |
| 15:12:47 | 25 | MR. ROBINSON:  Thank you. |

| | |
|---|---|
| 15:12:49 | 1 |

BY **MS. DRAGALIN:**

Q.    Given the timing of this text message, March 24, 2017, was there something that had happened the previous month, February 2017, relevant to defendant Fernandez and defendant Arao?

            **MR. ROBINSON:**  Same objection, Your Honor.  Calls for speculation.  Also irrelevant under 4 --

            **THE COURT:**  Yeah, the question is way too broad. I'm not sure what point you're trying to make, but you can rephrase.

BY **MS. DRAGALIN:**

Q.    Was there an audit done that you discussed last week?

            **MR. ROBINSON:**  It is the same objection.

            **THE COURT:**  It could be answered "yes" or "no" was there an audit done?

            **THE WITNESS:**  There is an audit --

            **THE COURT:**  "Yes" or "no."

            **THE WITNESS:**  Yes.

            **THE COURT:**  Thank you.

BY **MS. DRAGALIN:**

Q.    And do you know the date of the audit?

A.    I remember it was around February 2017.

Q.    Can you read the next message from defendant Fernandez?

A.    "So, we would have to do it at Turner's."

15:13:46  1    Q.     And the last message from defendant Fernandez?

15:13:48  2    A.     "Okay, just let me know when, since I have to call in

15:13:53  3    dead at work.  LOL."

15:13:55  4    Q.     Showing you Exhibit 172A which has been admitted.

15:14:03  5    What is the date of these messages?

15:14:07  6    A.     June 23rd, 2017.

15:14:11  7    Q.     And what types of messages are these?

15:14:15  8    A.     These are Instagram records that we received through

15:14:19  9    the search warrant, the38Superman account.

15:14:22  10   Q.     And who are the participants of this conversation?

15:14:25  11   A.     Defendant Fernandez and Camacho, Jr.

15:14:30  12   Q.     Zooming in on the text, what is the first message from

15:14:36  13   defendant Fernandez?

15:14:37  14   A.     "Damn compa.  You in LA?  LOL.  Let him know when you

15:14:47  15   want to pick up these mojosas.  My bud said he would let the

15:14:54  16   Dorada go for 6500."

15:14:57  17   Q.     And the response from Camacho, Jr.?

15:14:59  18   A.     "Nah.  I was on my way to" -- I believe that's Tijuana

15:15:05  19   "to drop off my paps and my lilbro.  They're are going to

15:15:15  20   Michoacan."

15:15:15  21   Q.     And the next message from Camacho, Jr.?

15:15:18  22   A.     I think I'm going to jump on it.  I just have to wait

15:15:18  23   for my dad to get back so we can do that in about a week."

15:15:21  24   Q.     The responds from defendant Fernandez?

15:15:24  25   A.     "Ah, okay, cooo.  Let me know.  So, you want the

15:15:32  1   premeerz or want me to hang onto them and you want to get the

15:15:37  2   gold one and the wait on the premeerz."

15:15:41  3   Q.    The response from Camacho, Jr.?

15:15:43  4   A.    "I want them all."

15:15:44  5   Q.    And the next -- the last message from Camacho, Jr.?

15:15:46  6   A.    "But let me see what I can get first."

15:15:49  7   Q.    The next showing you Exhibit 173A which has been

15:15:52  8   admitted.  Is this another Instagram conversation between

15:15:58  9   the38Superman and Camacho, Jr.?

15:16:01  10  A.    Yes.

15:16:01  11  Q.    The date of these messages?

15:16:03  12  A.    June 30th, 2017.

15:16:06  13  Q.    We'll zoom in on the top half.  What is the first

15:16:13  14  message from defendant Fernandez?

15:16:14  15  A.    "Friend, be careful with the fucking pigs.  They give

15:16:19  16  tickets for using a cell phone while driving."

15:16:21  17  Q.    The response from Camacho, Jr.?

15:16:24  18  A.    "Jaja.  I was waiting for the light."

15:16:28  19  Q.    The next two responses from defendant Fernandez?

15:16:31  20  A.    "LOL.  Old friend, my friend says if you are

15:16:35  21  interested in the gold one."

15:16:37  22  Q.    And the response from Camacho, Jr.?

15:16:39  23  A.    "I'm on that.  The commander, right?"

15:16:45  24  Q.    And what follows in the next two messages?

15:16:49  25  A.    Two photos of a gold plated Colt pistol.

15:16:54  1   Q.    And turning to the next page.  What is the message on

15:17:05  2   page 2 of Exhibit 173A from defendant Fernandez?

15:17:09  3   A.    It's additional photos of the Colt pistol.

15:17:12  4   Q.    And the response from Camacho, Jr.?

15:17:16  5   A.    "I think I am going to have to jump on it."

15:17:21  6   Q.    Showing I Exhibit 174A, which has been admitted.  What

15:17:35  7   is the date of these messages?

15:17:36  8   A.    July 7, 2017.

15:17:38  9   Q.    What type of messages are these?

15:17:40  10  A.    WhatsApp messages.

15:17:42  11  Q.    And we'll zoom in on top half.  The first message from

15:17:48  12  defendant Fernandez?

15:17:49  13  A.    "So when you think I'll be coming down, compa?"

15:17:56  14  Q.    The response from Camacho, Jr.?

15:17:56  15  A.    "I'm picking up my papz at the airport.  I'm going to

15:18:01  16  G to try and go next week.  I'll let you know like Monday or

15:18:08  17  Tuesday.  See when my dad has a chance."

15:18:10  18  Q.    The response from defendant Fernandez?

15:18:12  19  A.    "Okay.  Cooo let me know.  So fun.  Which ones are you

15:18:18  20  going to do?  Which one has convinced you?"

15:18:21  21  Q.    The response from -- let me rephrase it.  The response

15:18:24  22  from Camacho, Jr.?

15:18:26  23  A.    "Yeah, I'll let you know, fuck compa .  I want all

15:18:33  24  three of them."

15:18:34  25  Q.    The next two responses from defendant Fernandez?

| | | |
|---|---|---|
| 15:18:38 | 1 | A.      "Ahh, a ha ha.  I wish I can keep them." |
| 15:18:48 | 2 | Q.      And zooming in on the bottom half of the conversation. |
| 15:18:50 | 3 | And can you start with the message timestamp 7:41:28 p.m. |
| 15:18:58 | 4 | from Camacho, Jr.? |
| 15:18:59 | 5 | A.      "Nah, you said they were for me." |
| 15:19:04 | 6 | Q.      And the next message from defendant Fernandez. |
| 15:19:08 | 7 | A.      "He he he he he.  Just tell me which one are you |
| 15:19:12 | 8 | interested to have an idea.  If it's the gold one, I'm going |
| 15:19:18 | 9 | to need the guys whose name it's in to be available." |
| 15:19:24 | 10 | Q.      And the next message from defendant Fernandez? |
| 15:19:26 | 11 | A.      "And so you can give me time to call in sick.  LOL." |
| 15:19:32 | 12 | Q.      Next page.  And can you start with the message |
| 15:19:42 | 13 | timestamp 7:50:41 from Camacho, Jr.? |
| 15:19:48 | 14 | A.      "This is a hard choice." |
| 15:19:51 | 15 | Q.      The response from defendant Fernandez. |
| 15:19:53 | 16 | A.      "Not really, I'll have the one you don't take |
| 15:19:56 | 17 | available for when you can." |
| 15:20:00 | 18 | Q.      Showing you what's been admitted as Exhibit 175A. |
| 15:20:07 | 19 | What is the date of these messages? |
| 15:20:09 | 20 | A.      July 10, 2017. |
| 15:20:13 | 21 | Q.      And what types of messages are these? |
| 15:20:15 | 22 | A.      WhatsApp messages. |
| 15:20:17 | 23 | Q.      And zooming in on top half.  The first message from |
| 15:20:22 | 24 | defendant Fernandez at 8:27 p.m.? |
| 15:20:25 | 25 | A.      "Hey you there?" |

| | | |
|---|---|---|
| 15:20:29 | 1 | Q.     The response from Camacho, Jr.? |
| 15:20:32 | 2 | A.     "What up." |
| 15:20:33 | 3 | Q.     What is the next message from defendant Fernandez? |
| 15:20:36 | 4 | A.     It's a photo of a gold Colt pistol. |
| 15:20:40 | 5 | Q.     And the message -- response from Camacho, Jr.? |
| 15:20:45 | 6 | A.     "Those are sick.  It looks bad like that." |
| 15:20:48 | 7 | Q.     The response from defendant Fernandez? |
| 15:20:51 | 8 | A.     "It looks way better." |
| 15:20:54 | 9 | Q.     And the next two responses from Camacho, Jr.? |
| 15:20:57 | 10 | A.     "Yeah.  Its gives it a cleaner look." |
| 15:21:03 | 11 | Q.     And zooming in another bottom half.  What is the |
| 15:21:08 | 12 | message from defendant Fernandez at 8:33 p.m.? |
| 15:21:13 | 13 | A.     "You can purchase these online.  Look them up.  It |
| 15:21:19 | 14 | only cost me 500 bucks a while ago.  They go for 800 to 1K |
| 15:21:27 | 15 | and these bitches crack if you fire the gun.  LOL.  So |
| 15:21:32 | 16 | they're just for show." |
| 15:21:34 | 17 | Q.     The response from Camacho, Jr.? |
| 15:21:35 | 18 | A.     "That's not bad, and they're cool." |
| 15:21:40 | 19 | Q.     And the next message from Camacho, Jr., at 8:34 p.m.? |
| 15:21:43 | 20 | A.     "So, have to be changing them when I fire it." |
| 15:21:53 | 21 | Q.     Now, according to the Form 4473, when did the |
| 15:21:57 | 22 | transaction for the 10th gun take place? |
| 15:22:02 | 23 | A.     I believe it was July 29th, 2017. |
| 15:22:13 | 24 | Q.     I'm showing you Exhibit 176A, which is admitted, page |
| 15:22:22 | 25 | 1.  What is the date of two messages? |

15:22:23  1    A.    July 28, 2017.

15:22:25  2    Q.    And zooming in --

15:22:28  3          Again, what's the source of these messages?

15:22:30  4    A.    Camacho, Jr.'s -- more of Camacho, Jr.'s iPhones.

15:22:36  5    Q.    And what type of messages are these?

15:22:38  6    A.    WhatsApp.

15:22:39  7    Q.    Zooming in on the first two rows.  The date of these

15:22:43  8    messages?

15:22:43  9    A.    July 27, 2017.

15:22:45  10   Q.    What does defendant Fernandez write?

15:22:48  11   A.    "So we still on for tomorrow?"

15:22:53  12   Q.    The response from Camacho, Jr.

15:22:56  13   A.    "Yes man, tomorrow, I'll see you."

15:22:59  14   Q.    Zooming in -- starting at July 29th.  What is the

15:23:13  15   message on July 29th at 11:27 A.M. from Camacho, Jr.?

15:23:20  16   A.    Hello friend.

15:23:22  17   Q.    And the next message from Camacho, Jr.?

15:23:24  18   A.    "Were we going to do that?"

15:23:28  19   Q.    The response from Fernandez?

15:23:30  20   A.    "Let's meet at the same place."

15:23:33  21   Q.    And the next message from defendant Fernandez?

15:23:35  22   A.    "And we just drive down the street."

15:23:40  23   Q.    Can you read the next three messages from Camacho,

15:23:43  24   Jr.?

15:23:43  25   A.    "Okay.  I'm going to hit the vine right now.  I'll let

| | | |
|---|---|---|
| 15:23:47 | 1 | you know when I'm 25MIN away.  Friend send me the name of the |
| 15:23:55 | 2 | place cause I forget forgot it.  Please." |
| 15:24:01 | 3 | Q.     And the next three responses from defendant Fernandez? |
| 15:24:02 | 4 | A.     "Okay.  It's Turner's Outdoorsman.  Oh, sino type in |
| 15:24:12 | 5 | mmo bro in Ceritos." |
| 15:24:16 | 6 | Q.     And the response from Camacho, Jr.? |
| 15:24:18 | 7 | A.     "Okay, cool.  Thanks." |
| 15:24:21 | 8 | Q.     Zooming in on the bottom message.  Can you read the |
| 15:24:25 | 9 | very last message on this passage from defendant Fernandez? |
| 15:24:29 | 10 | A.     "Yeah, I forgot the guy who owns the gun works |
| 15:24:37 | 11 | manana." |
| 15:24:38 | 12 | Q.     And turning to the next page.  And can you start with |
| 15:24:50 | 13 | reading the text -- the WhatsApp message time stamped 2:06 |
| 15:24:57 | 14 | from defendant Fernandez? |
| 15:24:58 | 15 | A.     "How are we doing, friend?" |
| 15:25:02 | 16 | Q.     And then can you please read the next message from |
| 15:25:04 | 17 | defendant Fernandez? |
| 15:25:05 | 18 | A.     "Aqui, bengo.  Let me check." |
| 15:25:05 | 19 | Q.     From defendant Fernandez. |
| 15:25:05 | 20 | A.     Oh, that's from -- |
| 15:25:14 | 21 |           "Okay, I ma have the guy start heading down |
| 15:25:14 | 22 | there." |
| 15:25:21 | 23 | Q.     And the last message from defendant Fernandez on July |
| 15:25:23 | 24 | 29, 2017 at 2:35 p.m. |
| 15:25:23 | 25 | A.     "Okay, I'm here.  I'll be in the parking lot." |

15:25:27   1   Q.    Based on your review of messages and the Form 4473 and

15:25:32   2   AFS records, do you have an understanding who the "guy"

15:25:42   3   refers to?

15:25:43   4   A.    Rudy Fernandez.

15:25:44   5   Q.    And from your investigation, does Rudy Fernandez have

15:25:49   6   any relation to defendant Fernandez?

15:25:49   7   A.    I believe it's defendant Fernandez's brother.

15:25:57   8         **MS. DRAGALIN:**  And we're going to play what's been

15:25:59   9   admitted as Exhibit 178.

15:26:05  10         (Audio CD played.)

15:26:07  11   BY **MS. DRAGALIN:**

15:26:08  12   Q.    Do you recognize what's shown here on Exhibit 178?

15:26:14  13   A.    Yes.

15:26:15  14   Q.    What is it?

15:26:16  15   A.    That is one of the firearms we recovered during the

15:26:22  16   search warrant.

15:26:23  17   Q.    And, in particular, is the 10th gun listed on the

15:26:28  18   summary chart?

15:26:30  19   A.    Yes.

15:26:30  20   Q.    And we'll zoom in on the serial number.  Can you read

15:26:37  21   that?

15:26:41  22   A.    27057LW.

15:26:47  23   Q.    And does that match the serial number for Gun No. 10

15:26:51  24   listed in the poster exhibit?

15:26:53  25   A.    Yes.

15:26:53  1   Q.    And this particular video, where did you get it?

15:26:56  2   A.    It's from one of Camacho, Jr.'s phones.

15:27:00  3   Q.    And according to the metadata on the video, was the

15:27:05  4   video taken on July 29th, 2017?

15:27:09  5   A.    Yes.

15:27:09  6   Q.    And is that the same day that, according to the gun

15:27:12  7   records, the firearm transaction took place?

15:27:16  8   A.    Yes.

15:27:17  9   Q.    Showing you Exhibit 179 which has been admitted.  Just

15:27:28  10  generally what is this record?

15:27:31  11  A.    It's an Instagram business record that we received

15:27:39  12  during the search warrant -- sorry, for the search warrant --

15:27:42  13  for the38Superman account.

15:27:45  14  Q.    So these are messages or mentions by the38Superman; is

15:27:49  15  that correct?

15:27:49  16  A.    Yeah.

15:27:49  17  Q.    And zooming in on the text, can you read this message?

15:27:56  18  A.    "@JR777exotics.  Yes, it's still here.  My buddy

15:28:07  19  Calichi Livin is going to pick them up soon I hope.  Aha ha

15:28:13  20  ha ha.  He just bought the fully gold plated one."

15:28:16  21  Q.    What is the date of this message?

15:28:18  22  A.    August 13, 2017.

15:28:20  23  Q.    Based on subscriber records, who is Instagram user

15:28:30  24  Calichi Livin?

15:28:31  25  A.    Camacho, Jr.

| | | |
|---|---|---|
| 15:28:34 | 1 | Q.    Showing you Exhibit 180B, page 1.  What is this |
| 15:28:51 | 2 | exhibit? |
| 15:28:51 | 3 | A.    It's a screen shot from an Instagram post. |
| 15:28:54 | 4 | Q.    And in particular from who's Instagram post? |
| 15:29:05 | 5 | A.    Calichi Livin. |
| 15:29:09 | 6 | Q.    And is the text on this exhibit in Spanish? |
| 15:29:13 | 7 | A.    Yes. |
| 15:29:15 | 8 | Q.    Does it show a photograph? |
| 15:29:17 | 9 | A.    Yes. |
| 15:29:18 | 10 | Q.    Do you recognize what's depicted in the photograph? |
| 15:29:21 | 11 | A.    Yes. |
| 15:29:22 | 12 | Q.    What is it? |
| 15:29:23 | 13 | A.    That's the gold pistol that was purchased by Oscar |
| 15:29:31 | 14 | Camacho, Sr. |
| 15:29:31 | 15 | Q.    And are you saying that based on the serial number? |
| 15:29:36 | 16 | A.    Yes. |
| 15:29:37 | 17 | Q.    And zooming in on the "liked by."  Who is shown here |
| 15:29:47 | 18 | as one of the people who liked this post? |
| 15:29:50 | 19 | A.    The38Superman. |
| 15:29:53 | 20 | Q.    And zooming back out.  What is the date of this post? |
| 15:29:57 | 21 | A.    August 22nd. |
| 15:30:01 | 22 | Q.    And were these messages translated from Spanish to |
| 15:30:08 | 23 | English? |
| 15:30:11 | 24 | A.    I believe so. |
| 15:30:12 | 25 | Q.    Showing you Exhibit 180A, page 1.  Does this exhibit |

UNITED STATES DISTRICT COURT

15:30:17  1    show a translation of the post dated August 22nd, 2017?

15:30:23  2    A.      Yes.

15:30:23  3    Q.      And zooming in on the first post from Calichi Livin,

15:30:33  4    can you please read the post text?

15:30:35  5    A.      "A golden horse for the collection.  Thanks to my

15:30:39  6    friend @the38superman."

15:30:43  7    Q.      In your experience with Instagram, if you include

15:30:49  8    @the38superman, what happens?

15:30:50  9    A.      It's a mention, and in this case the38superman would

15:30:56  10   be notified.

15:30:56  11   Q.      And the next -- the translation of the next comment

15:31:00  12   from Camacho, Jr.?

15:31:02  13   A.      "@the38superman.  Yes, old man, in about two weeks.

15:31:08  14   I'll turn around for those others."

15:31:10  15   Q.      And zooming out.  The date of these Instagram mentions

15:31:19  16   and posts is what?

15:31:21  17   A.      August 22nd, 2017.

15:31:24  18   Q.      Showing you Exhibit 182A which has been admitted.

15:31:33  19   What is the date of these messages?

15:31:35  20   A.      August 22nd, 2017.

15:31:38  21   Q.      Is that the same date we just viewed in the Instagram

15:31:41  22   post?

15:31:42  23   A.      Yes.

15:31:42  24   Q.      And what type of messages are these?

15:31:45  25   A.      WhatsApp messages.

15:31:47   1   Q.      And we'll zoom in on the text.  On August 22nd, 2017,

15:31:53   2   what is the first message from defendant Fernandez?

15:31:56   3   A.      "Hey old man."

15:31:57   4   Q.      The next message from defendant Fernandez?

15:32:00   5   A.      "If you come sometime in Sept, I can try and have the

15:32:07   6   Chinese do the paper and I can take them close to your home

15:32:10   7   on Oct 7.  I got a kintinira" (phonetically spelled) "to go

15:32:23   8   to Modesto.  That's closer to you.  Okay no."

15:32:27   9   Q.      And the next message from defendant Fernandez on the

15:32:28   10  same date?

15:32:28   11  A.      "You can come bring pops to do the paperwork, and I

15:32:32   12  can take the paper he signs out there when I delivery the

15:32:36   13  guns, and then you can go and have a great time."

15:32:40   14  Q.      The next message from defendant Fernandez?

15:32:43   15  A.      "Let me know what you think."

15:32:46   16  Q.      The response from Camacho, Jr.?

15:32:48   17  A.      "Yes man.  That sounds good."

15:32:51   18  Q.      I'm showing you Exhibit 181, which has been admitted

15:32:56   19  into evidence.  What is Exhibit 181?

15:32:59   20  A.      That's the gold pistol that we recovered during the

15:33:05   21  search warrant.

15:33:05   22  Q.      Showing you page 2 of the same exhibit.  Can you read

15:33:14   23  the serial number?

15:33:16   24  A.      27057LW.

15:33:20   25  Q.      Page 3.  And page 4.

15:33:35  1              Can you read the description on the firearm?

15:33:38  2    A.      "Commander model, Colt Super .38, automatic."

15:33:47  3    Q.      Is this an off-roster firearm?

15:33:52  4    A.      Yes.

15:33:52  5    Q.      Was this firearm that you recovered during the search

15:33:57  6    warrant booked into evidence?

15:33:59  7    A.      Yes.

15:34:01  8    Q.      And has it been marked as Exhibit 133 in this case?

15:34:08  9    A.      I believe so.

15:34:09  10              **MS. Dragalin:**  And, Your Honor, may Agent Duncan

15:34:13  11   just display the physical exhibit to the jury briefly?

15:34:17  12              **THE COURT:**  Which Exhibit again?

15:34:22  13              **MS. DRAGALIN:**  It's the physical Exhibit which is

15:34:24  14   the firearm marked 133.

15:34:27  15              **THE COURT:**  It becomes cumulative.  So the request

15:34:30  16   is denied.

15:34:31  17   BY **MS. DRAGALIN:**

15:34:31  18   Q.      We're showing you on the screen what's admitted as

15:34:35  19   163A, page 1.  What is the date of these messages?

15:34:38  20   A.      August 30th, 2017.

15:34:43  21   Q.      And the first message from defendant Fernandez?  And

15:34:49  22   what is the content?

15:34:55  23   A.      There is a photo of a Colt pistol.

15:34:57  24   Q.      The next text message -- WhatsApp message from

15:35:02  25   defendant Fernandez?

133

| | | |
|---|---|---|
| 15:35:03 | 1 | A.    "These fucking youngsters are going overboard.  LOL, |
| 15:35:09 | 2 | they want five for this.  It's a plain one like the one you |
| 15:35:14 | 3 | bought with the sides engraved only." |
| 15:35:17 | 4 | Q.    The response from Camacho, Jr.? |
| 15:35:19 | 5 | A.    "WTF.  He's on a good one." |
| 15:35:30 | 6 | Q.    As part of your investigation, did you interview |
| 15:35:33 | 7 | defendant Fernandez? |
| 15:35:34 | 8 | A.    Yes. |
| 15:35:35 | 9 | Q.    And what was the date of that interview? |
| 15:35:38 | 10 | A.    I believe it was September 13th, 2017. |
| 15:35:46 | 11 | Q.    During that -- |
| 15:35:48 | 12 |      Who participated in that interview? |
| 15:35:50 | 13 | A.    Myself and Special Agent Duncan. |
| 15:35:52 | 14 | Q.    Where did the interview take place? |
| 15:35:55 | 15 | A.    At defendant Fernandez's residence. |
| 15:35:57 | 16 | Q.    Was it audio recorded? |
| 15:36:01 | 17 | A.    Yes. |
| 15:36:01 | 18 | Q.    Did you tell defendant Fernandez that you were |
| 15:36:04 | 19 | recording the interview? |
| 15:36:05 | 20 | A.    No. |
| 15:36:05 | 21 | Q.    Why not? |
| 15:36:06 | 22 | A.    Because in my experience, people are more candid when |
| 15:36:16 | 23 | they don't realize they're being recorded. |
| 15:36:19 | 24 | Q.    Did you ask defendant Fernandez questions about the |
| 15:36:25 | 25 | Camachos? |

| | | |
|---|---|---|
| 15:36:26 | 1 | A.      Yes. |
| 15:36:26 | 2 | Q.      And in particular, did you and Agent Duncan show |
| 15:36:31 | 3 | defendant Fernandez DMV photos of Camacho, Jr., Camacho |
| 15:36:37 | 4 | Maravilla and Camacho, Sr.? |
| 15:36:40 | 5 | A.      Yes. |
| 15:36:40 | 6 | Q.      Are those the same DMV photos we viewed at the |
| 15:36:47 | 7 | beginning of your testimony? |
| 15:36:48 | 8 | A.      Yes. |
| 15:36:48 | 9 | Q.      And did you ask defendant Fernandez if he recognized |
| 15:36:53 | 10 | Camacho, Jr., Camacho Maravilla and Camacho, Sr. from the |
| 15:37:01 | 11 | DMVs photographs? |
| 15:37:02 | 12 | A.      Yes. |
| 15:37:02 | 13 | Q.      What was his first response? |
| 15:37:04 | 14 | A.      He did not recognize them from the photos. |
| 15:37:12 | 15 | Q.      Before this trial, did you review certain excerpts of |
| 15:37:16 | 16 | the audio interview between you and Agent Duncan and |
| 15:37:21 | 17 | defendant Fernandez? |
| 15:37:23 | 18 | A.      Yes. |
| 15:37:23 | 19 | Q.      And were three of those audio clips marked as |
| 15:37:28 | 20 | Government Exhibit 101D, 101E and 101I? |
| 15:37:36 | 21 | A.      I believe so, yes. |
| 15:37:38 | 22 | Q.      Are those clips accurate representations of the |
| 15:37:42 | 23 | conversation that took place between you and defendant |
| 15:37:45 | 24 | Fernandez? |
| 15:37:46 | 25 | A.      Yes. |

15:37:52   1          **MS. DRAGALIN:**  The government moves to admit

15:37:56   2   Exhibit 101D, which is an audio clip.

15:37:59   3          **THE COURT:**  Are you going to move for the others

15:38:01   4   also?

15:38:02   5          **MS. DRAGALIN:**  Yes, we can do them.

15:38:04   6          **THE COURT:**  101DE and --

15:38:09   7          **MS. DRAGALIN:**  I.

15:38:10   8          **THE COURT:**  Any objection?

15:38:12   9          **MR. ROBINSON:**  No, Your Honor.

15:38:13  10          **THE COURT:**  Okay, 101D, E, N and I are received.

15:38:14  11          (Exhibit No. 101D, 101E, 101N and 101I received

15:38:19  12              into evidence.)

15:38:19  13          **MS. DRAGALIN:**  Your Honor, can the Court provide

15:38:21  14   the instruction regarding transcripts?

15:38:23  15          **THE COURT:**  Yes.  Again, you're going to have the

15:38:26  16   recording, that's the audio, and you're going to have the

15:38:29  17   transcript.  The evidence is the audio, what you hear.  If

15:38:34  18   there is a discrepancy between the audio and what you read,

15:38:37  19   the recording controls.

15:38:39  20   BY **MS. DRAGALIN:**

15:38:40  21   Q.    We'll go ahead and play Exhibit 101D.

15:38:50  22          (Audio CD played.)

15:41:36  23   BY **MS. DRAGALIN:**

15:41:36  24   Q.    When defendant Fernandez said "him," was he doing

15:41:41  25   anything?  Was he pointing to anything?

15:41:44  1    A.      Yes, he was pointing to Oscar Camacho, Sr.'s picture.

15:41:49  2    Q.      During the course of this conversation when he was

15:41:51  3    talking "him "and "he," who was "he" pointing at?

15:41:57  4    A.      During this conversation?

15:41:58  5    Q.      Yes.

15:41:58  6    A.      Oscar Camacho, Sr.

15:42:04  7    Q.      After this portion of the interview, did you then tell

15:42:07  8    defendant Fernandez that firearms records showed multiple

15:42:13  9    sales to Camacho, Sr. and Camacho Maravilla?

15:42:17  10   A.      Yes.

15:42:18  11   Q.      And did you then also ask defendant Fernandez how he

15:42:22  12   got in touch with Camacho, Sr.?

15:42:25  13   A.      Yes.

15:42:26  14   Q.      We'll play Exhibit 101E.

15:44:29  15           (Audio CD played.)

15:44:29  16   BY **MS. DRAGALIN:**

15:44:30  17   Q.      Again during this portion of the interview, who was he

15:44:33  18   pointing, if anyone?

15:44:34  19   A.      Yes, Oscar Camacho, Sr.

15:44:38  20   Q.      And in particular, was he pointing to the DMV photo

15:44:42  21   for Oscar Camacho, Sr.?

15:44:44  22   A.      Yes.

15:44:44  23   Q.      At this portion of the interview, had you hold

15:44:47  24   defendant Fernandez that you've reviewed phone records?

15:44:53  25   A.      No.

| | | |
|---|---|---|
| 15:44:53 | 1 | Q.    Did you find any phone calls between defendant |
| 15:44:56 | 2 | Fernandez and Camacho, Sr.'s phone number during the course |
| 15:45:00 | 3 | of this investigation? |
| 15:45:02 | 4 | A.    No. |
| 15:45:06 | 5 | Q.    Later in the interview, did you tell defendant |
| 15:45:09 | 6 | Fernandez that you have reviewed Instagram records? |
| 15:45:14 | 7 | A.    Yes, I did. |
| 15:45:15 | 8 | Q.    Did you tell him in particular that you reviewed |
| 15:45:20 | 9 | conversations between defendant Fernandez and Oscar Camacho, |
| 15:45:24 | 10 | Jr. on Instagram? |
| 15:45:26 | 11 | A.    Yes. |
| 15:45:28 | 12 | Q.    At that point did defendant Fernandez acknowledge that |
| 15:45:33 | 13 | he did know Camacho, Jr.? |
| 15:45:35 | 14 | A.    Yes. |
| 15:45:36 | 15 | Q.    Did he tell you anything about the relationship |
| 15:45:39 | 16 | between Camacho, Jr. and Camacho, Sr.? |
| 15:45:44 | 17 | A.    That Camacho, Jr. was Camacho Sr.'s son. |
| 15:45:50 | 18 | Q.    Did you then ask defendant Fernandez if he had the |
| 15:45:53 | 19 | phone numbers for Camacho, Sr., Camacho Maravilla, and |
| 15:46:02 | 20 | Camacho, Jr.? |
| 15:46:02 | 21 | A.    Yes. |
| 15:46:03 | 22 | Q.    And had he initially told you that the way he got in |
| 15:46:08 | 23 | touch with Camacho, Sr. was through phone calls? |
| 15:46:11 | 24 | A.    Yes. |
| 15:46:14 | 25 | Q.    We'll play Exhibit 101I? |

15:46:14   1            (Audio clip played.)

15:46:14   2   BY **MS. DRAGALIN:**

15:46:32   3   Q.     When Agent Duncan asked:  "Do you have their phone

15:46:35   4   numbers," who was he referring to?

15:46:37   5            **MR. RODRIGUEZ:**  Objection.  Calls for speculation.

15:46:43   6            **THE COURT:**  Looks like we need to take a short

15:46:45   7   recess.  Please return back to the courtroom.  Make it five

15:46:50   8   to the hour.  During your absence, please do not discuss the

15:46:55   9   case.

15:46:56  10            (Following proceedings held outside the presence

15:47:33  11   of the jury.)

15:47:34  12            **THE COURT:**  Okay, we are in are recess.

15:47:37  13              There was an objection to the last question,

15:47:39  14   lay some additional foundation.

15:47:41  15            **MS. DRAGALIN:**  Yes, we'll do, Your Honor.

15:47:44  16            **THE COURT:**  Yes.

15:47:44  17            **MS. RYKKEN:**  And I only have about ten minutes

15:47:46  18   left.

15:47:47  19            **MR. RODRIGUEZ:**  Your Honor, on the issue of

15:47:49  20   schedule, I have a parent-teacher conference meeting at 7:45

15:47:54  21   in the morning.  It's in South Pasadena.  It should take

15:47:56  22   about 30 minutes.

15:47:58  23            **THE COURT:**  Let me --

15:47:59  24              How are we doing for time?  When is the

15:48:02  25   government going to conclude its case?

15:48:04  1           **MS. DRAGALIN:**  Your Honor, I would estimate about

15:48:06  2      ten minutes with this witness, and this is our last witness.

15:48:09  3           **THE COURT:**  So, your request is?

15:48:12  4           **MR. RODRIGUEZ:**  To begin at 9:15, 9:30 just to

15:48:16  5      have enough time to make it back in court.

15:48:17  6           **THE COURT:**  We'll resume at 9:30.

15:48:20  7           **MR. RODRIGUEZ:**  I would appreciate that, Your

15:48:21  8      Honor.  Thank you.

15:48:23  9           **THE COURT:**  Thank you.

15:48:24  10          (Recess taken.)

15:59:30  11          (Following proceedings were held in the presence

15:59:32  12      of the jury.)

15:59:32  13          **THE COURT:**  We have the jury assembled with the

15:59:39  14      alternates.  Defendants are present with counsel.  And we'll

15:59:41  15      continue with Special Agent Hart.

15:59:46  16      BY **MS. DRAGALIN:**

15:59:47  17      Q.    Special Agent Hart, did you and Special Agent Duncan

15:59:50  18      both participate in this interview?

15:59:52  19      A.    Yes.

15:59:52  20      Q.    Were you standing or sitting near each other?

15:59:54  21      A.    We are all sitting around the table.

15:59:57  22      Q.    Now, at a certain portion of the interview with

15:59:59  23      defendant Fernandez, were you or Agent Duncan showing or

16:00:04  24      referring to DMV photographs?

16:00:06  25      A.    Yes.

16:00:07  1     Q.     And we'll play the clip and then pause.

16:00:13  2            (Audio CD played.)

16:00:20  3     BY **MS. DRAGALIN:**

16:00:21  4     Q.     Do you have an understanding about what Special Agent

16:00:24  5     Duncan meant when he said:  "Do you have their phone

16:00:27  6     numbers?"

16:00:27  7     A.     Yes, referring to Camacho, Sr., Camacho, Jr., and

16:00:33  8     Camacho Maravilla.

16:00:35  9     Q.     And we'll continue playing.

16:00:39  10            (Audio CD played.)

16:00:39  11    BY **MS. DRAGALIN:**

16:00:54  12    Q.     When defendant Fernandez said "I dealt with him," did

16:00:59  13    he indicate or point or do anything to suggest who he's

16:01:02  14    referring to.

16:01:03  15            **THE WITNESS:**  I believe he pointed to Camacho, Sr.

16:01:08  16            **THE COURT:**  Do you have a clear recollection of

16:01:11  17    that?

16:01:11  18            **THE WITNESS:**  I remember during this conversation

16:01:14  19    at times either Special Agent Duncan was tapping on people's

16:01:19  20    faces, and also at times where defendant Fernandez was

16:01:24  21    pointing to them.  But at this point in the conversation, we

16:01:35  22    didn't really get into Camacho, Jr. yet, to the point where

16:01:44  23    I -- from my recollection, I don't believe we were talking

16:01:49  24    about Camacho, Jr. or Camacho Maravilla.

16:01:54  25    BY **MS. DRAGALIN:**

| | | |
|---|---|---|
| 16:01:55 | 1 | Q.     Continue playing. |
| 16:01:56 | 2 | (Audio CD played.) |
| 16:02:19 | 3 | BY **MS. DRAGALIN:** |
| 16:02:19 | 4 | Q.     Do you have -- "yes" or "no," do you have an |
| 16:02:21 | 5 | understanding of what "his son" was referring to? |
| 16:02:25 | 6 | A.     Camacho, Jr. |
| 16:02:34 | 7 | Q.     Thank you. |
| 16:02:37 | 8 | **MS. DRAGALIN:**   Continue playing. |
| 16:02:39 | 9 | (Audio CD played.) |
| 16:03:17 | 10 | BY **MS. DRAGALIN:** |
| 16:03:17 | 11 | Q.     And the phone number ending in 2427, did you recognize |
| 16:03:21 | 12 | that phone number? |
| 16:03:21 | 13 | A.     Yes. |
| 16:03:21 | 14 | Q.     According to AT&T records, who was the subscriber of |
| 16:03:29 | 15 | the cell phone number ending in 2427? |
| 16:03:32 | 16 | A.     Camacho, Jr. |
| 16:03:33 | 17 | Q.     And based on the text messages you reviewed from |
| 16:03:36 | 18 | Camacho, Jr.'s phone, was that the phone number of Camacho, |
| 16:03:39 | 19 | Jr.'s phone? |
| 16:03:40 | 20 | A.     Yes. |
| 16:03:40 | 21 | Q.     And we'll continue playing. |
| 16:03:40 | 22 | (Audio clip played.) |
| 16:03:40 | 23 | BY **MS. DRAGALIN:** |
| 16:04:03 | 24 | Q.     Do you have an understanding of what defendant |
| 16:04:05 | 25 | Fernandez -- who he was referring to when he said:  "Him |

16:04:10   1   through Instagram."

16:04:13   2   A.     I believe it was Camacho, Jr.

16:04:22   3   Q.     And I'll display Exhibit 124 on the screen.  This is

16:04:29   4   what we were looking at the poster earlier; is that correct?

16:04:35   5   A.     Yes.

16:04:36   6   Q.     And can you read the first two dates on the summary

16:04:43   7   chart, for guns No. 1 and 2, and then guns No. 3 and 4?

16:04:48   8   A.     June 2nd, 2016, and November 8, 2016.

16:04:52   9   Q.     I'm showing you what's been admitted as Exhibit 92

16:04:57   10  page 4.  Sorry, Exhibit 92, page 3.  And zooming in -- again,

16:05:10   11  the title of this document?

16:05:12   12  A.     "Fernandez Chase Bank records."

16:05:17   13  Q.     And the subtitle?

16:05:19   14  A.     "Summary chart of ATM cash deposits."

16:05:25   15  Q.     Was this summary chart summarizing bank records you

16:05:30   16  received form Chase Bank?

16:05:30   17  A.     Yes.

16:05:30   18  Q.     And in particular, is it summarizing cash deposits?

16:05:34   19  A.     Yes.

16:05:35   20  Q.     Zooming in on top row, and zooming in again including

16:05:40   21  the header.

16:05:46   22              What is the date of the transaction in row 1?

16:05:49   23  A.     November 9th, 2016.

16:05:52   24  Q.     The amount deposited?

16:05:53   25  A.     $2000.

| | | |
|---|---|---|
| 16:05:56 | 1 | Q.    And the type of deposit? |
| 16:05:57 | 2 | A.    Cash. |
| 16:05:58 | 3 | Q.    And into what account? |
| 16:06:00 | 4 | A.    Savings. |
| 16:06:00 | 5 | Q.    Looking at Exhibit 92 page 2, zooming in on June 3rd, |
| 16:06:12 | 6 | 2016, two transactions.  On June 3rd, 2016, what is the |
| 16:06:20 | 7 | amount? |
| 16:06:20 | 8 | A.    $1,200. |
| 16:06:24 | 9 | Q.    In what format? |
| 16:06:25 | 10 | A.    Cash. |
| 16:06:26 | 11 | Q.    Into -- the first row -- which account? |
| 16:06:30 | 12 | A.    Checking. |
| 16:06:30 | 13 | Q.    On June 3rd, 2016, a second transaction for how much? |
| 16:06:35 | 14 | A.    $1,200. |
| 16:06:37 | 15 | Q.    In what format? |
| 16:06:38 | 16 | A.    Cash. |
| 16:06:39 | 17 | Q.    And into which account? |
| 16:06:41 | 18 | A.    Savings. |
| 16:06:42 | 19 | **MS. Dragalin:**  I have no further questions. |
| 16:06:47 | 20 | **THE COURT:**  Okay.  We'll start.  Please. |
| 16:06:56 | 21 | **MR. ROBINSON:**  Thank you. |
| 16:07:06 | 22 | CROSS-EXAMINATION |
| 16:07:06 | 23 | BY MR. ROBINSON: |
| 16:07:07 | 24 | Q.    Good afternoon, sir. |
| 16:07:08 | 25 | A.    Good afternoon. |

| | |
|---|---|
| 16:07:09 | 1 |
| 16:07:15 | 2 |
| 16:07:20 | 3 |
| 16:07:22 | 4 |
| 16:07:27 | 5 |
| 16:07:27 | 6 |
| 16:07:27 | 7 |
| 16:07:35 | 8 |
| 16:07:37 | 9 |
| 16:07:37 | 10 |
| 16:07:43 | 11 |
| 16:07:46 | 12 |
| 16:07:47 | 13 |
| 16:07:47 | 14 |
| 16:07:55 | 15 |
| 16:08:00 | 16 |
| 16:08:00 | 17 |
| 16:08:00 | 18 |
| 16:08:05 | 19 |
| 16:08:11 | 20 |
| 16:08:11 | 21 |
| 16:08:14 | 22 |
| 16:08:18 | 23 |
| 16:08:19 | 24 |
| 16:08:28 | 25 |

Q.    Do you have Exhibit 5, in front of you, if you would, please.

Sir, we're going to put it up on the screen in front of you.  That might make it easier.  And do you see that?

A.    Yes.

Q.    And the gray colored text, that's coming from Agent Duncan; is that correct?

A.    Yes.

Q.    And this was after the attempted purchase at Ronin Tactical, that was an undercover operation by your agency, correct?

A.    Yes.

Q.    If you would please look at the text from Agent Duncan that begins:  "Hey, sorry man.  I went back."  Do you see that?

A.    Yes.

Q.    The next line of that text says:  "But I did have my FSC.  So Eddie told me to get it."  Do you see that?

A.    Yes.

Q.    What do you understand "FSC" to stand for?

A.    It's firearm safety card that's required in California, where you can purchase firearms.

Q.    So, if anyone who is DROSing or transferring a gun in California, regardless of whether it's off-roster or

| | | |
|---|---|---|
| 16:08:30 | 1 | on-roster need, if they're going to do it lawfully, an FSC |
| 16:08:40 | 2 | card from the purchaser; is that correct? |
| 16:08:41 | 3 | A.     Yes. |
| 16:08:41 | 4 | Q.     And that FSC card is maintained by the seller or the |
| 16:08:46 | 5 | transferor, correct?  If done properly? |
| 16:08:52 | 6 | A.     What do you mean by "maintained"? |
| 16:08:54 | 7 | Q.     Well, the FSC is sent to California Department of |
| 16:09:05 | 8 | Justice, correct? |
| 16:09:05 | 9 | A.     Yes. |
| 16:09:05 | 10 | Q.     Because California Department of Justice needs to |
| 16:09:08 | 11 | determine three things:  The identity of the purchaser or the |
| 16:09:13 | 12 | transferee?  Yes? |
| 16:09:15 | 13 | A.     Uh-huh. |
| 16:09:15 | 14 | Q.     Is that a "yes"? |
| 16:09:16 | 15 | A.     Yes, sorry. |
| 16:09:17 | 16 | Q.     Proof of residency in the State of California, |
| 16:09:20 | 17 | correct? |
| 16:09:21 | 18 | A.     Yes. |
| 16:09:21 | 19 | Q.     And, finally, that the purchaser or the transferee |
| 16:09:27 | 20 | has -- went and got an FSC, a firearm safety card, yes? |
| 16:09:33 | 21 | A.     Yes. |
| 16:09:33 | 22 | Q.     And that requires that the transferee or the buyer |
| 16:09:37 | 23 | take an examination to see if they understand how to operate |
| 16:09:42 | 24 | a handgun safely; is that right? |
| 16:09:46 | 25 | A.     Yes. |

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 16:09:47 | 1 | **MR. ROBINSON:**  Thank you, sir.  No further |
| 16:09:50 | 2 | questions, can you. |
| 16:09:51 | 3 | **MR. RODRIGUEZ:**  Your Honor, are we going until |
| 16:09:54 | 4 | 5:00 o'clock. |
| 16:09:55 | 5 | **THE COURT:**  No we'll go to 4:30. |
| 16:09:58 | 6 | **MR. RODRIGUEZ:**  Yes, Your Honor.  Thank you. |
| 16:10:02 | 7 | CROSS-EXAMINATION |
| 16:10:02 | 8 | BY MR. RODRIGUEZ: |
| 16:10:29 | 9 | Q.    Good afternoon, Agent Hart. |
| 16:10:32 | 10 | A.    Good afternoon. |
| 16:10:32 | 11 | Q.    There was a lot of testimony on your behalf of the -- |
| 16:10:36 | 12 | There was a -- |
| 16:10:38 | 13 | I believe it's Exhibit -- |
| 16:10:38 | 14 | Strike that. |
| 16:10:40 | 15 | There was a gold plated gun.  Do you remember |
| 16:10:43 | 16 | that?  The Commander model? |
| 16:10:46 | 17 | A.    Yes. |
| 16:10:46 | 18 | Q.    And that was one of the guns that was sold to Camacho? |
| 16:10:49 | 19 | A.    Camacho, Sr., yes. |
| 16:10:52 | 20 | Q.    Camacho -- thank you.  And it's your testimony that |
| 16:10:55 | 21 | that gun is off-roster, correct? |
| 16:10:58 | 22 | A.    That was -- to the best of my understanding, yeah. |
| 16:11:03 | 23 | Q.    Okay.  You are aware that that gun was from 1950? |
| 16:11:07 | 24 | A.    I was not, no. |
| 16:11:08 | 25 | Q.    Okay.  And -- are Super .38s from 1950 off-roster? |

16:11:20  1    A.    Well, looking through the list on the website, I

16:11:23  2    didn't find any 38 Supers that were listed.

16:11:27  3    Q.    Super .38s go back to, what, the 19 teens; is that

16:11:42  4    correct?

16:11:42  5    A.    Possibly, yes.

16:11:43  6    Q.    And the term 1911 refers to the year that was first,

16:11:48  7    that model was first manufactured, correct?

16:11:50  8    A.    Yes, that was a .45 caliber.

16:11:51  9    Q.    And the -- and because those were the size that were

16:11:58  10   issued during World War I, right?

16:12:02  11   A.    Yes.

16:12:02  12   Q.    So, there are 1911 colts that would be legally

16:12:08  13   considered to be antiques or relics, correct?

16:12:12  14   A.    I'm not familiar with what California law is when it

16:12:18  15   comes to relics or antiques.

16:12:21  16   Q.    When did the California law listing guns off or on

16:12:27  17   roster come into effect?

16:12:28  18   A.    I'm not aware.

16:12:31  19   Q.    Are you aware that back in 1950 there was no such law?

16:12:38  20   A.    I'm not too familiar.

16:12:40  21   Q.    Okay.  So, your prior testimony today, that the gold

16:12:44  22   plated Commander gun was off-roster is -- your testimony that

16:12:51  23   that gun is off-roster is -- you're not sure about that, are

16:12:58  24   you?

16:12:58  25   A.    Well, I went to the website, and I looked through the

16:13:01  1   list of firearms that the California Department of Justice

16:13:03  2   has, and I didn't see that firearm on there.

16:13:08  3   Q.    But would you agree that there are guns that are older

16:13:11  4   than the list that would not be on the list just because they

16:13:18  5   are older than the list?

16:13:20  6   A.    Then, that is not my understanding.

16:13:22  7   Q.    Okay.  Now, when you --

16:13:30  8                When did you serve a search warrant on

16:13:33  9   Camacho, Jr.'s residence?

16:13:34  10  A.    December 20th, 2017.

16:13:38  11  Q.    And, I'm sorry, was that before or after you went to

16:13:43  12  my client's house?

16:13:49  13  A.    That was a few months after the interview.

16:13:52  14  Q.    Okay.  Now, the -- the house was, it on St. George,

16:14:03  15  was it St. George Street, in Salinas?

16:14:07  16  A.    Yes.

16:14:07  17  Q.    That house --

16:14:09  18                How many hours did you spend there?

16:14:12  19  A.    Two or three.

16:14:20  20  Q.    Fair to describe that house as a multigenerational

16:14:24  21  house?  That is, different generations or more than -- sorry,

16:14:28  22  it's late.

16:14:29  23                Multi generations of the same family live in

16:14:32  24  the house, that is, grandparents, kids, grandkids, that sort

16:14:41  25  of thing?

| | | |
|---|---|---|
| 16:14:41 | 1 | A.      I'm not sure. |
| 16:14:42 | 2 | Q.      Well, Camacho, Sr. and his wife lived in the house, |
| 16:14:46 | 3 | correct? |
| 16:14:46 | 4 | A.      I -- based on the records or -- |
| 16:14:53 | 5 | Q.      Based on your experience being at the house, who lived |
| 16:14:58 | 6 | at the house? |
| 16:14:58 | 7 | A.      When I was present, Camacho, Sr. was not present in |
| 16:15:03 | 8 | the house. |
| 16:15:03 | 9 | Q.      Correct.  You found out that he had traveled to visit |
| 16:15:08 | 10 | family in Mexico, correct? |
| 16:15:09 | 11 | A.      I believe that's what I was told. |
| 16:15:11 | 12 | Q.      Right, which is, in your experience, that's not |
| 16:15:13 | 13 | uncommon for people of Mexican heritage to go to Mexico for |
| 16:15:19 | 14 | Christmas, right? |
| 16:15:20 | 15 | A.      Correct. |
| 16:15:20 | 16 | Q.      Okay.  So, I understand he wasn't there, but through |
| 16:15:23 | 17 | your course of your investigation, you found out that |
| 16:15:27 | 18 | Camacho, Sr. lived at that house, correct? |
| 16:15:35 | 19 | A.      I believe that's possible. |
| 16:15:37 | 20 | Q.      Well, you looked at Camacho, Sr., was it 47734? |
| 16:15:43 | 21 | A.      Yes, sir. |
| 16:15:43 | 22 | Q.      Okay.  And did that list the house on George -- |
| 16:15:43 | 23 | A.      Yes. |
| 16:15:46 | 24 | Q.      On St. George? |
| 16:15:46 | 25 | A.      Yes. |

16:15:46  1   Q.    It did.  So those -- the documents that you reviewed

16:15:49  2   before serving the search warrant and in applying for a

16:15:53  3   search warrant, including information that Camacho, Sr. lived

16:15:58  4   at that house on St. George, right?

16:16:00  5   A.    Yes.

16:16:01  6   Q.    Okay.  And is it your testimony to this jury that you

16:16:05  7   saw no evidence that Camacho, Sr. and his wife lived at the

16:16:11  8   house?

16:16:11  9   A.    It appeared they -- they utilized one of the bedrooms,

16:16:19  10  yes.

16:16:19  11  Q.    By "utilized," you mean they lived in the bedroom,

16:16:23  12  right?

16:16:30  13  A.    I never went in that room.

16:16:33  14  Q.    You never went into Camacho Sr.'s bedroom?

16:16:38  15  A.    The rear room that could have been his room, I never

16:16:47  16  went in there.

16:16:47  17  Q.    Was that the master bedroom?

16:16:50  18  A.    I believe it was, yes.

16:16:52  19  Q.    Okay.  You saw a bed in there?  Did you see a bed in

16:16:56  20  that bedroom?

16:16:57  21  A.    I saw photos.

16:16:58  22  Q.    You saw photos of the bedroom?

16:17:01  23  A.    Like I said, I never went -- I never physically went

16:17:05  24  into the master bedroom.

16:17:17  25  Q.    Why not?

16:17:20  1   A.      Well, normally, we split up into search teams.  So, I

16:17:26  2   went and I searched that first bedroom where I located the

16:17:30  3   phone and the identification, and then for much of the time

16:17:35  4   they were there, Special Agent Duncan and myself were

16:17:38  5   conducting interview about Camacho, Jr.

16:17:41  6   Q.      And that was done in his bedroom.  That was done in

16:17:44  7   his bedroom?  Camacho, Jr.'s interview?

16:17:46  8   A.      That was in the garage.

16:17:48  9   Q.      In the garage.  Okay.

16:17:56  10              Did you come to learn that Rafael Camacho was

16:17:59  11  also living there at the house on George?

16:18:03  12  A.      Based on statements that Camacho, Jr. made.

16:18:07  13  Q.      Yes.

16:18:08  14  A.      Yes.

16:18:08  15  Q.      And what about on the 4773 form?

16:18:15  16  A.      Yes.

16:18:15  17  Q.      Okay.  Rafael Camacho also listed that address as his

16:18:19  18  home, correct?

16:18:20  19  A.      Yes.

16:18:20  20  Q.      And so when you went to serve a search warrant, you

16:18:24  21  knew that both Camacho, Sr. and -- we're just going to call

16:18:30  22  him Rafa -- Rafa also listed that house as his address,

16:18:38  23  right?

16:18:38  24  A.      Yes.

16:18:38  25  Q.      And you, sir, obviously, you searched Camacho, Jr.'s

16:18:44  1    bedroom, right?

16:18:46  2    A.      Yes.

16:18:46  3    Q.      And you had also learned that Camacho, Jr. was living

16:18:57  4    there temporarily, correct?

16:18:59  5    A.      From Camacho, Jr.?  Yes.

16:19:01  6    Q.      And that he had moved in recently and was going to

16:19:04  7    move out soon thereafter, or at least that was his plan that

16:19:09  8    he told you, right?

16:19:11  9    A.      According to Camacho, Jr., yes.

16:19:12  10   Q.      Okay.  You did not find any of the guns in Camacho,

16:19:17  11   Jr.'s bedroom, did you?

16:19:19  12   A.      Correct.

16:19:20  13   Q.      Of the guns in question, where did you find them?

16:19:28  14   A.      I believe --

16:19:37  15   Q.      And you don't have to be specific as to which guns

16:19:40  16   were there.  Just tell us where the "there" was, to make it

16:19:46  17   easy.

16:19:46  18   A.      The master bedroom and the garage attic.

16:19:49  19   Q.      The master bedroom being the bedroom of Camacho, Sr.,

16:19:52  20   correct?

16:19:53  21   A.      Yes.

16:19:53  22   Q.      Now, you just testified that you didn't go into that

16:19:56  23   bedroom, so who did go into that bedroom?

16:19:59  24   A.      I'd have to review the report.

16:20:01  25   Q.      Okay.  But you know you didn't?

16:20:05   1    A.    I did not.

16:20:07   2    Q.    Okay, just making sure.  You're sticking with your

16:20:11   3    testimony that you never went into the Camacho, Sr. bedroom,

16:20:14   4    correct?

16:20:15   5    A.    I don't recall going in.

16:20:16   6    Q.    Okay.  So, is it you never went in or you don't

16:20:20   7    recall?

16:20:20   8    A.    It was two years ago.  I don't recall going in. I

16:20:23   9    definitely wasn't searching, walking around in there.

16:20:26   10   Q.    Okay.  So, was anyone other than Special Agent Duncan

16:20:32   11   there with you that day?

16:20:34   12   A.    Yes.

16:20:34   13   Q.    You had backup from Salinas PD?

16:20:37   14   A.    Yes.

16:20:37   15   Q.    And how many other officers?

16:20:39   16   A.    Law enforcement?

16:20:43   17   Q.    Yeah.

16:20:44   18   A.    Maybe seven or eight.

16:20:50   19   Q.    Seven or eight?

16:20:52   20         Now, this was obviously a federal warrant

16:20:54   21   into federal case, correct?

16:20:56   22   A.    Yes.

16:20:56   23   Q.    And so in a situation like that, obviously, the

16:20:59   24   representatives of the federal government are going to be in

16:21:02   25   charge of the search and the execution of that warrant,

| | | |
|---|---|---|
| 16:21:06 | 1 | right? |
| 16:21:06 | 2 | A.     Yes. |
| 16:21:06 | 3 | Q.     Because you don't want to have local police involved |
| 16:21:09 | 4 | in this federal case in a situation like this? |
| 16:21:15 | 5 | A.     We often will utilize our local partners, but I'm |
| 16:21:24 | 6 | pretty sure that Salinas -- |
| 16:21:24 | 7 | (Audio interruption.) |
| 16:21:24 | 8 | BY MR. RODRIGUEZ: |
| 16:21:34 | 9 | Q.     Go ahead. |
| 16:21:34 | 10 | A.     I believe that the search was entirely conducted by |
| 16:21:42 | 11 | ATF or -- yeah, the ATF personnel.  Best of my recollection. |
| 16:21:47 | 12 | Q.     And the only ATF person there were you and Agent |
| 16:21:51 | 13 | Duncan? |
| 16:21:51 | 14 | A.     No, no, there were seven or eight other agents. |
| 16:21:54 | 15 | Q.     Oh, my apologies.  I misunderstood.  I thought you |
| 16:21:58 | 16 | meant there were seven or eight other Salinas police |
| 16:22:01 | 17 | officers. |
| 16:22:01 | 18 | A.     No, no, I apologize. |
| 16:22:02 | 19 | Q.     There were seven or eight different ATF agents. |
| 16:22:05 | 20 | A.     Yes. |
| 16:22:05 | 21 | Q.     From the San Jose office, I would imagine? |
| 16:22:09 | 22 | A.     There was -- there were some from there -- oh, I |
| 16:22:16 | 23 | forgot.  Yes, there were some from the San Jose office, but |
| 16:22:20 | 24 | mostly it was our office. |
| 16:22:20 | 25 | Q.     Okay.  Was this -- |

16:22:25   1                How big was the house?  You don't have to

16:22:29   2   give me square feet.  Three bedroom, four bedroom?

16:22:33   3   A.     I believe it was three bedroom.

16:22:36   4   Q.     Okay, did any --

16:22:40   5                To your knowledge, did any children live at

16:22:42   6   your house, any small -- anyone under 18?

16:22:47   7   A.     I don't remember.

16:22:53   8   Q.     Okay.  A woman lived with Camacho, Jr., correct?  They

16:22:56   9   shared that bedroom?

16:22:57  10   A.     Yes.

16:22:57  11   Q.     So, it's your testimony that you don't remember

16:23:08  12   whether or not you went into the master bedroom but that

16:23:12  13   someone from ATF uncovered guns in the master bedroom.

16:23:17  14   A.     Yes.

16:23:17  15   Q.     Okay.  And where else were the other guns located?

16:23:23  16   A.     In the garage attic.

16:23:24  17   Q.     Okay.  Now, let's talk about that garage.  Is the

16:23:27  18   garage attached to the house?

16:23:29  19   A.     Yes.

16:23:29  20   Q.     And can you describe what a garage attic looks like?

16:23:39  21   A.     So, if you're familiar with the -- you have to do one

16:23:46  22   of those pull-down ladders --

16:23:48  23   Q.     I'm from the east coast, I remember attics, but we're

16:23:49  24   in California.  So, I thought maybe you could explain to the

16:23:52  25   jury?

| | | |
|---|---|---|
| 16:23:52 | 1 | A.     So, there is a door in the ceiling, and you can pull |
| 16:23:57 | 2 | it down, pull the ladder down.  That would lead up to the |
| 16:24:02 | 3 | attic of the garage. |
| 16:24:03 | 4 | Q.     Okay.  And were the guns, for lack of a better word, |
| 16:24:08 | 5 | hidden or did you have to kind of crawl in there and look |
| 16:24:10 | 6 | around to find them? |
| 16:24:11 | 7 | A.     I could see them when I put my head up and looked |
| 16:24:14 | 8 | around.  They were in grasping range. |
| 16:24:18 | 9 | Q.     All right, and the -- |
| 16:24:24 | 10 | Were the guns still in their boxes? |
| 16:24:31 | 11 | Let me make that -- |
| 16:24:32 | 12 | I'm sorry, let me make this more clear for |
| 16:24:34 | 13 | the record.  The guns that you found in the garage attic that |
| 16:24:39 | 14 | you just testified about, were those guns still in their |
| 16:24:42 | 15 | boxes? |
| 16:24:43 | 16 | A.     I believe so, but I'd like to look at the photos to be |
| 16:24:49 | 17 | sure.  But I believe so. |
| 16:24:51 | 18 | Q.     Okay.  We -- |
| 16:24:53 | 19 | Let me kind of streamline.  You were shown a |
| 16:24:57 | 20 | series of photos during direct testimony with guns along with |
| 16:25:03 | 21 | boxes, right? |
| 16:25:04 | 22 | A.     Yes. |
| 16:25:04 | 23 | Q.     Okay, those were the guns that were recovered, |
| 16:25:09 | 24 | correct? |
| 16:25:10 | 25 | A.     Yes. |

16:25:10   1    Q.    So, the guns that were recovered in the garage attic

16:25:14   2    were still with their boxes, right?

16:25:23   3    A.    I believe so.

16:25:25   4    Q.    Okay.  The guns in the master bedroom, did you

16:25:32   5    discover that they -- whether or not they were still in their

16:25:34   6    boxes?

16:25:35   7    A.    Just if I saw that in -- in photos from the search

16:25:43   8    warrant.

16:25:43   9    Q.    Okay.  Let me ask you about the boxes.  There are --

16:25:48   10                  The guns --

16:25:49   11                 Are there two boxes?  By that I mean the box

16:25:53   12   that kind of very nice, wooden kind of display box with the

16:25:59   13   velvet, right?  That you put the gun in?

16:25:59   14   A.    Uh-huh.

16:26:01   15   Q.    You can put that box within a cardboard box as well

16:26:04   16   that kind of comes with it to protect it, correct?

16:26:06   17   A.    I believe so.

16:26:07   18   Q.    Okay, and the guns that you found in the garage attic,

16:26:09   19   were they still within the -- were the wooden boxes inside

16:26:14   20   the cardboard boxes?

16:26:17   21   A.    Like I said, I really don't remember.

16:26:20   22   Q.    Okay.  From your inspection of Camacho, Jr.'s bedroom,

16:26:35   23   did it appear that this is -- that the bedroom is where him

16:26:39   24   and his girlfriend lived?

16:26:41   25   A.    Yes.

16:26:41  1   Q.    Okay.  They had all their belongings in that bedroom,

16:26:45  2   as far as you know?

16:26:45  3   A.    Yes.

16:26:46  4   Q.    It was a mess, wasn't it?

16:26:48  5   A.    Yes.

16:26:49  6   Q.    There are clothes on top of clothes, paperwork on top

16:26:54  7   of paperwork, that kind of thing?

16:26:57  8   A.    Yes.

16:26:57  9   Q.    You were asked to testify about some WhatsApp messages

16:27:08  10  between Camacho, Jr. and -- what's been referred to as

16:27:14  11  Coconspirator 1, correct?

16:27:15  12  A.    Yes.

16:27:15  13  Q.    And you knew that person to be Korina, correct?

16:27:19  14  A.    Yes.

16:27:19  15  Q.    And you find out -- did -- I'm sorry.

16:27:23  16             Through the course of your investigation, did

16:27:25  17  you find out to be one of Camacho, Jr.'s girlfriends?

16:27:29  18  A.    Yes.

16:27:29  19  Q.    Now, the photograph that she -- she signed -- I'm

16:27:33  20  sorry, Camacho, Jr. sent a picture of a gun that you were

16:27:37  21  shown that was black with an ivory handle, right?

16:27:44  22  A.    I believe so.

16:27:45  23  Q.    Okay.  And that's, for the record --

16:27:55  24             THE COURT:  Why don't we stop at this juncture.

16:27:58  25             We'll resume tomorrow.

UNITED STATES DISTRICT COURT

16:27:59  1        During your absence do not discuss the case

16:28:05  2   among yourselves or with any other person.

16:28:05  3        We'll start at 9:30.  Remember, not 8:30,

16:28:13  4   9:30 tomorrow.

16:28:22  5        (Court adjourned.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2     I hereby certify that the foregoing is a true and correct

3     transcript of the stenographically recorded proceedings in

4     the above matter.

5     Fees charged for this transcript, less any circuit fee

6     reduction and/or deposit, are in conformance with the

7     regulations of the judicial conference of the united states.

8

9

10    /S/Anne Kielwasser

                                          _11/29/2019_
11    Anne Kielwasser, CSR, RPR          Date
      Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$1,200** [2] - 143:8, 143:14
**$2,150** [1] - 86:5
**$2,152** [1] - 89:9
**$2000** [1] - 142:25

**/**

**/S/Anne** [1] - 160:10

**0**

**000** [1] - 76:10

**1**

**1** [60] - 54:19, 55:18, 56:7, 56:16, 56:17, 57:15, 61:18, 64:2, 64:3, 65:21, 67:1, 68:11, 69:1, 69:16, 70:7, 72:12, 75:24, 80:17, 81:8, 86:25, 88:22, 91:24, 92:3, 92:5, 92:11, 92:21, 92:25, 95:6, 95:7, 95:9, 96:21, 97:14, 97:16, 98:22, 99:14, 101:20, 103:8, 106:5, 107:18, 110:1, 113:16, 113:23, 114:18, 115:2, 116:10, 117:2, 117:6, 117:12, 117:21, 118:3, 124:25, 129:1, 129:25, 132:19, 142:7, 142:22, 158:11
**10** [4] - 65:17, 87:12, 123:20, 127:23
**100** [3] - 40:22, 75:8, 75:24
**101D** [6] - 3:17, 134:20, 135:2, 135:10, 135:11, 135:21
**101DE** [1] - 135:6
**101E** [4] - 3:17, 134:20, 135:11, 136:14
**101I** [4] - 3:17, 134:20, 135:11, 137:25
**101N** [2] - 3:17, 135:11
**107** [1] - 3:14

**10:30** [1] - 17:7
**10th** [2] - 124:22, 127:17
**11** [3] - 35:12, 37:9, 86:10
**11/29/2019** [1] - 160:10
**111** [7] - 3:15, 30:24, 35:12, 35:19, 45:15, 45:16, 45:20
**112** [1] - 3:16
**119** [1] - 55:18
**11:27** [1] - 125:15
**11:40** [1] - 90:10
**11th** [1] - 25:19
**12** [2] - 38:11, 86:13
**120** [5] - 61:17, 62:2, 116:10, 116:12, 116:25
**1200** [1] - 2:6
**121** [1] - 72:11
**1230** [1] - 2:18
**124** [11] - 3:14, 64:19, 64:20, 64:22, 65:5, 65:6, 65:7, 65:11, 85:25, 112:2, 142:3
**124A** [4] - 65:10, 67:10, 82:3, 110:6
**127** [1] - 90:22
**13** [4] - 38:4, 38:11, 57:7, 128:22
**13-month** [1] - 38:13
**133** [2] - 132:8, 132:14
**134A** [1] - 79:25
**134B** [1] - 79:6
**135** [4] - 3:17, 80:17, 81:5, 81:9
**136A** [3] - 81:8, 81:23, 82:6
**137** [2] - 65:21, 66:17
**138** [1] - 114:5
**13th** [2] - 25:19, 133:10
**140** [2] - 115:1, 115:8
**141** [1] - 113:16
**142** [1] - 113:23
**143** [2] - 3:6, 86:25
**143-1** [1] - 88:20
**145A** [1] - 89:15
**146** [2] - 3:6, 67:1
**147** [13] - 3:12, 90:20, 90:23, 90:24, 91:5, 94:1, 94:2, 94:16, 94:20, 95:1, 95:2, 95:5, 95:19
**148A** [1] - 96:2
**149** [1] - 116:1
**149A** [4] - 116:6, 116:7, 116:19, 116:23

**15** [7] - 59:11, 96:17, 100:16, 101:6, 102:24, 107:20, 111:7
**150** [5] - 88:22, 88:23, 89:3, 89:5, 115:11
**153** [2] - 115:19
**154** [1] - 96:20
**155** [8] - 3:13, 97:14, 97:16, 97:21, 98:3, 98:8, 98:22, 99:13
**156** [2] - 68:11, 68:14
**157** [2] - 100:1, 100:10
**157A-1** [2] - 101:4, 101:17
**158** [1] - 103:8
**159** [11] - 3:14, 107:5, 107:6, 107:11, 107:14, 107:16, 107:18, 108:3, 108:19, 108:20
**15th** [4] - 68:16, 96:15, 109:23, 110:18
**16** [5] - 59:24, 60:5, 69:5, 106:25, 109:23
**160** [1] - 69:1
**161** [4] - 108:7, 108:9, 117:2
**162** [3] - 108:19, 108:23, 117:6
**163** [1] - 117:12
**163A** [1] - 132:19
**165** [2] - 69:16, 70:7
**168** [2] - 110:1, 117:21
**169A** [1] - 118:3
**16th** [1] - 109:5
**17** [3] - 28:1, 28:10, 84:6
**171A** [2] - 101:20, 102:4
**172A** [1] - 120:4
**173A** [2] - 121:7, 122:2
**174A** [1] - 122:6
**175A** [1] - 123:18
**176A** [1] - 124:24
**177** [1] - 70:7
**178** [2] - 127:9, 127:12
**179** [1] - 128:9
**18** [9] - 1:17, 3:3, 4:1, 29:3, 54:2, 54:4, 54:11, 64:1, 155:6
**18-121SJO** [1] - 1:10
**180A** [1] - 129:25
**180B** [1] - 129:1
**181** [2] - 131:18, 131:19
**182A** [1] - 130:18
**19** [5] - 3:4, 38:10, 50:4, 96:5, 147:3
**1911** [2] - 147:6,

147:12
**1950** [3] - 146:23, 146:25, 147:19
**1983** [1] - 56:12
**198A** [5] - 103:18, 103:20, 104:2, 104:21, 106:11
**198B** [4] - 105:18, 105:19, 105:23, 106:4
**199A** [6] - 3:15, 110:10, 110:20, 111:1, 111:2, 111:4
**19th** [2] - 69:21, 109:25
**1:00** [2] - 46:25, 47:2
**1K** [1] - 124:14
**1st** [2] - 75:15, 77:7
**1ST** [1] - 1:24

**2**

**2** [35] - 52:3, 55:25, 62:2, 64:2, 66:6, 67:4, 68:14, 69:4, 69:19, 70:13, 71:4, 71:5, 71:9, 71:10, 71:14, 72:18, 84:24, 85:13, 95:20, 99:13, 106:5, 108:3, 108:19, 111:19, 113:24, 114:2, 114:18, 115:2, 117:6, 122:2, 131:22, 142:7, 143:5
**20** [5] - 63:22, 64:10, 84:7, 84:8, 88:25
**2001** [1] - 29:3
**201** [1] - 51:14
**2010** [2] - 38:25, 57:4
**2011** [1] - 57:7
**2015** [4] - 75:15, 77:7, 81:21, 85:19
**2016** [45] - 58:19, 59:3, 59:5, 59:11, 59:24, 60:6, 65:25, 66:8, 67:6, 68:16, 69:5, 69:21, 78:5, 78:24, 79:5, 81:6, 81:24, 82:4, 82:8, 83:4, 84:1, 84:20, 87:12, 89:25, 90:2, 90:10, 95:14, 96:5, 96:15, 96:17, 99:7, 100:16, 104:10, 104:24, 106:25, 107:20, 109:5, 110:18, 111:7, 142:8, 142:23, 143:6,

143:13
**2017** [32] - 32:4, 63:22, 64:10, 70:14, 70:16, 75:15, 77:7, 84:6, 84:9, 102:5, 112:22, 118:10, 119:2, 119:4, 119:22, 120:6, 121:12, 122:8, 123:20, 124:23, 125:1, 125:9, 126:24, 128:4, 128:22, 130:1, 130:17, 130:20, 131:1, 132:20, 133:10, 148:10
**2018** [11] - 25:15, 28:1, 28:10, 29:1, 31:1, 31:25, 32:7, 32:17, 37:22, 38:10
**2019** [11] - 1:17, 4:1, 31:5, 31:23, 32:8, 32:15, 33:2, 33:20, 35:10, 38:5, 42:9
**201A** [7] - 3:16, 112:7, 112:8, 112:12, 112:16, 112:18, 112:20
**205** [6] - 3:9, 51:16, 51:20, 51:23, 51:24, 52:1
**206** [8] - 3:10, 52:16, 52:17, 52:22, 53:2, 53:3, 53:5, 53:6
**207** [5] - 3:10, 52:17, 52:23, 53:3, 53:14
**20th** [6] - 95:25, 97:10, 103:13, 108:11, 117:13, 148:10
**21** [2] - 35:12, 36:3
**213** [1] - 1:25
**213-894-0141** [1] - 2:7
**213-894-3659** [1] - 2:7
**213-995-6767** [1] - 2:25
**21515** [1] - 2:14
**22** [2] - 71:9, 71:15
**22nd** [2] - 129:21, 130:1, 130:17, 130:20, 131:1
**23** [1] - 71:14
**23rd** [4] - 99:7, 104:10, 104:24, 120:6
**24** [2] - 71:4, 119:2
**2427** [3] - 82:20, 141:11, 141:15
**24th** [1] - 118:10
**25MIN** [1] - 126:1
**27** [3] - 53:2, 102:5,

125:9
**27057LW** [2] - 127:22, 131:24
**278057LW** [1] - 70:17
**28** [1] - 125:1
**29** [12] - 32:15, 33:2, 33:19, 35:9, 38:5, 38:25, 58:7, 59:2, 59:9, 78:5, 78:24, 126:24
**2933159** [1] - 117:4
**29th** [15] - 31:5, 31:23, 32:8, 38:19, 39:4, 41:24, 42:4, 42:9, 70:14, 70:16, 108:25, 124:23, 125:14, 125:15, 128:4
**2:06** [1] - 126:13
**2:35** [1] - 126:24
**2:49** [1] - 102:6
**2:55** [1] - 102:17
**2:56** [1] - 102:23
**2nd** [14] - 56:12, 58:8, 58:19, 65:25, 66:8, 66:11, 79:5, 81:24, 82:4, 82:7, 83:4, 84:1, 85:19, 142:8

## 3

**3** [25] - 52:3, 56:1, 58:7, 66:9, 67:7, 67:11, 68:17, 69:6, 69:22, 70:15, 84:17, 86:2, 86:7, 89:24, 108:7, 108:20, 111:22, 113:20, 114:2, 115:2, 115:17, 131:25, 142:7, 142:10
**30** [1] - 138:22
**300** [1] - 2:18
**30th** [2] - 121:12, 132:20
**31** [2] - 59:15, 60:3
**310-316-6442** [1] - 2:16
**310-316-9333** [1] - 2:15
**312** [1] - 2:6
**31st** [2] - 81:6, 81:21
**35** [1] - 84:24
**350** [1] - 1:24
**371** [1] - 54:11
**38** [8] - 51:11, 70:17, 81:12, 81:20, 85:23, 113:22, 132:2, 147:2
**38s** [2] - 146:25, 147:3

**38SS09144** [1] - 117:9
**38SS09196** [1] - 117:15
**3:24** [1] - 90:13
**3rd** [5] - 42:20, 112:22, 143:6, 143:13

## 4

**4** [18] - 46:2, 52:3, 59:2, 59:15, 67:11, 67:16, 77:7, 84:17, 86:7, 89:24, 113:20, 114:2, 115:3, 115:23, 119:7, 131:25, 142:7, 142:10
**4200** [1] - 81:12
**424-332-9079** [1] - 2:19
**43** [1] - 3:4
**4455** [1] - 1:24
**4473** [17] - 60:10, 60:13, 60:17, 64:4, 66:19, 67:2, 70:15, 72:5, 84:1, 101:1, 107:1, 109:4, 109:7, 109:11, 112:4, 124:21, 127:1
**44734** [1] - 70:8
**45** [1] - 147:8
**460** [1] - 2:24
**4773** [1] - 151:15
**47734** [1] - 149:20
**49** [2] - 3:5, 3:5
**4:30** [1] - 146:5
**4th** [1] - 75:15

## 5

**5** [11] - 45:20, 46:5, 52:3, 57:14, 59:9, 60:3, 68:19, 96:14, 100:19, 101:2, 144:1
**5,500** [1] - 81:20
**5-30-16** [1] - 76:5
**500** [1] - 124:14
**51** [1] - 3:9
**53** [1] - 3:10
**554** [7] - 60:20, 62:4, 64:6, 80:20, 103:12, 108:25, 114:24
**5:00** [1] - 146:4
**5D** [2] - 45:21, 46:3

## 6

**6** [6] - 52:3, 54:18, 69:10, 106:24, 108:16, 117:19
**61** [1] - 54:24
**626** [1] - 2:24
**65** [1] - 3:11
**6500** [1] - 120:16
**678** [1] - 109:17
**6:00** [1] - 61:5
**6:30** [1] - 61:5

## 7

**7** [13] - 31:1, 52:4, 57:15, 57:25, 69:10, 81:20, 82:18, 104:4, 106:24, 109:2, 117:19, 122:8, 131:7
**730** [1] - 2:14
**7539** [1] - 89:21
**7:41:28** [1] - 123:3
**7:45** [1] - 138:20
**7:50:41** [1] - 123:13
**7th** [2] - 37:21, 90:2

## 8

**8** [14] - 52:4, 59:3, 59:5, 67:6, 69:10, 83:8, 84:19, 89:25, 90:10, 95:14, 106:24, 117:19, 142:8
**800** [1] - 124:14
**894-2969** [1] - 1:25
**8:27** [1] - 123:24
**8:30** [2] - 4:1, 159:3
**8:33** [1] - 124:12
**8:34** [1] - 124:19

## 9

**9** [10] - 50:4, 70:1, 109:21, 109:24, 110:2, 110:6, 112:2, 113:3, 113:12, 117:25
**90012** [2] - 1:24, 2:6
**90017** [1] - 2:24
**90266** [1] - 2:19
**90503** [1] - 2:15
**92** [3] - 142:9, 142:10, 143:5
**922(a)(1)(A)** [1] - 54:11

**922(d)(1)** [1] - 54:5
**924(a)(1)(A** [1] - 54:3
**95** [1] - 3:12
**9500** [3] - 88:14, 88:16, 89:14
**98** [1] - 3:13
**99** [2] - 77:3, 77:4
**9:15** [1] - 139:4
**9:30** [4] - 139:4, 139:6, 159:3, 159:4
**9:33:56** [1] - 111:10
**9th** [1] - 142:23

## A

**A.M** [3] - 4:1, 90:10, 125:15
**ability** [1] - 16:24
**able** [6] - 9:2, 10:22, 49:8, 62:23, 97:11, 118:14
**absence** [3] - 46:25, 138:8, 159:1
**absorb** [1] - 4:15
**Abstract** [1] - 55:22
**academy** [1] - 50:14
**access** [1] - 8:3
**according** [55] - 28:15, 55:1, 57:2, 57:5, 57:8, 57:11, 58:4, 58:19, 59:4, 59:10, 59:23, 60:5, 65:21, 66:2, 66:11, 66:19, 67:13, 67:17, 68:2, 68:12, 68:23, 69:1, 69:14, 69:17, 69:22, 70:8, 70:15, 70:18, 75:12, 78:3, 79:2, 84:1, 84:17, 85:16, 85:20, 86:4, 87:11, 89:8, 95:12, 96:12, 99:6, 99:21, 101:1, 106:21, 107:1, 109:4, 109:7, 109:11, 109:20, 112:4, 124:21, 128:3, 128:6, 141:14, 152:9
**account** [5] - 120:9, 128:13, 143:3, 143:11, 143:17
**accuracy** [1] - 56:4
**accurate** [1] - 134:22
**accurately** [1] - 55:9
**accuse** [1] - 28:21
**accused** [3] - 28:20, 40:11, 40:18
**acknowledge** [1] - 137:12

**acting** [1] - 52:8
**action** [1] - 11:9
**ADALBERTO** [2] - 3:3, 38:25
**Adalberto** [1] - 17:19
**add** [1] - 16:4
**addition** [4] - 34:12, 78:20, 81:3, 107:3
**additional** [9] - 6:16, 34:1, 86:7, 91:10, 94:5, 94:6, 94:14, 122:3, 138:14
**address** [10] - 10:2, 15:25, 16:2, 47:8, 48:16, 60:17, 60:20, 151:17, 151:22
**addressed** [5] - 10:3, 12:10, 61:25, 62:3
**adjourned** [1] - 159:5
**admission** [1] - 47:13
**admit** [12] - 30:12, 51:20, 52:22, 64:20, 93:23, 98:2, 104:12, 105:23, 107:11, 110:19, 112:11, 135:1
**admits** [1] - 91:5
**admitted** [38] - 53:25, 54:18, 55:17, 61:17, 63:25, 64:19, 65:21, 72:11, 75:7, 77:3, 79:25, 80:18, 84:25, 86:25, 88:21, 90:21, 96:1, 96:20, 97:16, 100:2, 108:7, 113:15, 114:4, 115:1, 116:1, 116:10, 118:2, 120:4, 121:8, 122:6, 123:18, 124:24, 127:9, 128:9, 130:18, 131:18, 132:18, 142:9
**admitting** [2] - 29:20, 30:1
**admonition** [2] - 10:13
**advise** [1] - 105:10
**aer@aerlawgroup. com** [1] - 2:25
**affect** [3] - 30:12, 46:13, 46:14
**affects** [1] - 46:11
**AFS** [10] - 58:11, 59:4, 59:10, 59:17, 59:21, 59:23, 60:5, 64:4, 107:4, 127:2
**afternoon** [6] - 100:6, 101:5, 143:24, 143:25, 146:9, 146:10

**agency** [1] - 144:11
**Agent** [37] - 2:9, 2:10, 43:20, 47:19, 48:4, 49:13, 49:25, 51:11, 51:18, 52:5, 52:8, 52:20, 53:9, 53:16, 53:24, 60:10, 64:13, 101:12, 106:17, 106:21, 132:10, 133:13, 134:2, 134:16, 138:3, 139:15, 139:17, 139:23, 140:4, 140:19, 144:7, 144:14, 146:9, 151:4, 153:10, 154:12
**agent** [5] - 16:6, 29:4, 50:9, 71:1, 93:18
**agents** [9] - 15:24, 30:13, 30:16, 44:1, 60:24, 63:8, 77:15, 154:14, 154:19
**ago** [11] - 30:3, 31:6, 33:18, 34:2, 39:8, 42:14, 42:18, 43:2, 45:2, 124:14, 153:8
**agree** [2] - 38:4, 80:6, 148:3
**agreed** [4] - 45:3, 45:7, 46:6, 46:8
**agreement** [17] - 21:13, 21:19, 22:7, 23:10, 23:13, 25:7, 30:21, 36:4, 44:4, 44:13, 44:22, 44:24, 45:4, 45:11, 45:13, 46:11, 46:16
**aha** [1] - 128:19
**ahead** [10] - 7:12, 37:13, 47:9, 65:13, 100:9, 101:15, 104:14, 114:7, 135:21, 154:9
**ahh** [1] - 123:1
**airport** [1] - 122:15
**alert** [1] - 48:22
**alerted** [1] - 6:1
**allegations** [1] - 54:7
**almost** [1] - 111:18
**alter** [1] - 44:25
**alternates** [2] - 49:3, 139:14
**Ambrosio** [1] - 2:22
**amended** [1] - 31:22
**AMERICA** [1] - 1:8
**ammo** [1] - 70:20
**Ammo** [3] - 70:21, 71:15, 71:22
**ammunition** [1] -

50:20
**amount** [4] - 86:4, 88:17, 142:24, 143:7
**amounted** [1] - 11:7
**amounts** [1] - 11:1
**Angeles** [7] - 1:17, 1:24, 2:6, 2:24, 77:18, 83:10, 83:16
**Anne** [2] - 1:23, 160:11
**anne.kielwasser@ gmail.com** [1] - 1:25
**Answer** [2] - 8:16, 8:20
**answer** [10] - 9:4, 10:8, 11:11, 12:1, 12:3, 12:25, 13:3, 13:18, 19:18, 29:20
**answered** [1] - 119:14
**answering** [1] - 37:7
**antiques** [2] - 147:13, 147:15
**anyway** [1] - 5:18
**apart** [2] - 17:6, 17:8
**APC** [1] - 2:18
**apologies** [2] - 98:5, 154:15
**apologize** [6] - 81:18, 82:17, 97:17, 109:25, 110:25, 154:18
**appeal** [2] - 36:11, 36:14
**appear** [4] - 51:17, 113:3, 114:18, 157:23
**appeared** [3] - 91:21, 114:16, 150:9
**application** [1] - 118:5
**applies** [1] - 14:4
**applying** [1] - 150:2
**appreciate** [2] - 47:16, 139:7
**appreciated** [1] - 47:22
**approached** [1] - 6:25
**appropriate** [3] - 5:8, 16:21, 22:14
**approximate** [1] - 77:24
**aqui** [1] - 126:18
**ARAO** [2] - 1:12, 2:11
**Arao** [22] - 4:6, 14:2, 14:3, 18:11, 18:21, 47:11, 51:2, 52:25, 53:7, 53:18, 54:8, 54:13, 54:15, 59:17, 59:22, 59:24, 60:6, 68:25, 69:15, 70:6, 118:18, 119:5

**area** [2] - 11:19, 15:7
**arguing** [1] - 11:2
**arised** [1] - 30:9
**Arizona** [1] - 85:4
**Arms** [1] - 85:2
**arranging** [1] - 74:9
**arrived** [1] - 105:6
**arrives** [1] - 105:11
**aspect** [1] - 94:13
**assembled** [1] - 139:13
**assembling** [1] - 49:2
**assert** [4] - 9:2, 9:20, 15:6
**assess** [1] - 16:24
**assessment** [1] - 15:9
**associated** [4] - 87:6, 92:2, 99:17, 99:19
**assumes** [1] - 12:24
**AT&T** [5] - 75:5, 75:11, 75:13, 77:10, 141:14
**ATF** [9] - 28:16, 50:5, 50:9, 93:18, 154:11, 154:12, 154:19, 155:13
**ATM** [1] - 142:14
**attached** [1] - 155:18
**attempt** [1] - 6:23
**attempted** [3] - 9:20, 76:8, 144:10
**attention** [8] - 7:5, 11:15, 11:22, 12:11, 15:13, 16:4, 82:3, 109:15
**attic** [10] - 63:3, 63:8, 63:9, 152:18, 155:16, 155:20, 156:3, 156:13, 157:1, 157:18
**attics** [1] - 155:23
**Attorney** [1] - 2:5
**attorney** [33] - 4:25, 5:10, 5:25, 6:2, 6:9, 8:15, 8:18, 8:22, 9:10, 11:3, 11:5, 11:9, 11:19, 12:16, 13:11, 15:6, 17:14, 19:12, 19:15, 19:25, 20:21, 21:12, 21:15, 21:24, 23:1, 25:16, 26:1, 26:20, 29:24, 30:6, 31:15, 31:17, 36:21
**attorney's** [1] - 43:8
**Attorney's** [2] - 25:17, 32:22
**attorney-client** [12] - 4:25, 5:10, 5:25, 6:2, 6:9, 11:19, 15:6, 19:15, 19:25, 20:21,

21:15, 21:24
**attorneys** [2] - 13:6, 13:9
**Attorneys** [2] - 39:14, 39:22
**attorneys'** [1] - 38:2
**Audio** [9] - 127:10, 135:22, 136:15, 138:1, 140:2, 140:10, 141:2, 141:9, 141:22
**audio** [10] - 15:24, 16:5, 133:16, 134:16, 134:19, 135:2, 135:16, 135:17, 135:18, 154:7
**audit** [4] - 119:12, 119:15, 119:16, 119:21
**August** [15] - 25:15, 28:1, 28:9, 28:10, 28:25, 31:25, 32:7, 32:17, 128:22, 129:21, 130:1, 130:17, 130:20, 131:1, 132:20
**AUSA** [2] - 2:5, 43:24
**authentic** [1] - 85:10
**auto** [1] - 113:22
**automated** [1] - 58:14
**automatic** [1] - 132:2
**available** [2] - 123:9, 123:17
**avenue** [1] - 5:5
**aware** [7] - 36:13, 39:1, 39:13, 86:18, 146:23, 147:18, 147:19

## B

**back-and-forth** [1] - 98:13
**backup** [1] - 153:13
**bad** [3] - 27:21, 124:6, 124:18
**Bank** [2] - 142:12, 142:16
**bank** [1] - 142:15
**bar** [1] - 10:18
**bare** [1] - 10:2
**based** [24] - 4:9, 5:25, 10:19, 58:1, 71:19, 71:23, 86:16, 87:14, 87:23, 88:15, 91:16, 92:2, 92:3, 92:20, 93:18, 108:15, 113:2, 127:1,

128:23, 129:15, 141:17, 149:4, 149:5, 151:12
**Beach** [1] - 2:19
**becomes** [1] - 132:15
**bed** [4] - 116:16, 116:24, 150:19
**bedroom** [31] - 72:15, 72:20, 116:15, 150:11, 150:14, 150:17, 150:20, 150:22, 150:24, 151:2, 151:6, 151:7, 152:1, 152:11, 152:18, 152:19, 152:23, 153:3, 155:2, 155:3, 155:9, 155:12, 155:13, 157:4, 157:22, 157:23, 158:1
**bedrooms** [1] - 150:9
**bedspread** [3] - 61:23, 116:14, 116:23
**began** [5] - 9:8, 9:9, 12:15, 12:16, 19:12
**begin** [2] - 58:9, 139:4
**beginning** [3] - 7:16, 56:18, 134:7
**begins** [2] - 47:19, 144:15
**BEHALF** [3] - 2:3, 2:11, 2:21
**behalf** [8] - 4:21, 9:11, 14:1, 18:20, 32:12, 52:24, 104:16, 146:11
**behavior** [1] - 10:15
**behind** [5] - 11:24, 11:25, 45:16, 51:13, 90:21
**belabor** [1] - 39:7
**believes** [1] - 16:23
**bell** [1] - 33:7
**belong** [1] - 79:20
**belonged** [1] - 73:12
**belonging** [5] - 72:21, 74:11, 74:14, 78:8, 78:14
**belongings** [2] - 61:14, 158:1
**below** [4] - 56:22, 67:20, 68:5, 114:16
**Bench** [1] - 22:12
**beneficial** [1] - 11:5
**benefit** [3] - 24:11, 24:15, 24:20
**bengo** [1] - 126:18
**best** [4] - 36:23, 45:9, 146:22, 154:11
**better** [3] - 25:13,

124:8, 156:4
**between** [43] - 5:1, 9:13, 15:24, 36:4, 38:13, 43:21, 51:11, 51:17, 61:5, 74:10, 75:18, 75:21, 77:6, 78:4, 78:7, 78:10, 78:13, 78:17, 78:21, 82:25, 83:19, 89:19, 91:2, 91:13, 91:17, 92:10, 92:20, 94:8, 94:14, 98:13, 102:1, 102:2, 107:8, 112:10, 118:7, 121:8, 134:16, 134:23, 135:18, 137:1, 137:9, 137:16, 158:10
**beyond** [1] - 17:7
**Bianca** [15] - 32:11, 35:6, 37:18, 38:6, 38:7, 38:15, 38:19, 39:1, 39:14, 40:16, 41:11, 41:14, 41:16, 42:9, 42:24
**bifurcation** [1] - 47:16
**big** [2] - 56:8, 155:1
**binder** [8] - 51:13, 51:14, 52:16, 97:21, 103:18, 105:17, 107:6, 110:10
**binders** [4] - 45:15, 45:16, 45:18, 90:21
**birth** [2] - 56:11, 56:13
**birthday** [1] - 25:1
**bit** [2] - 24:7, 105:11
**bitches** [1] - 124:15
**black** [1] - 158:21
**blanket** [1] - 4:24
**blow** [1] - 64:12
**blow-up** [1] - 64:12
**book** [1] - 72:23
**booked** [1] - 132:6
**born** [1] - 24:24
**bottom** [6] - 20:5, 56:1, 113:20, 123:2, 124:11, 126:8
**bought** [3] - 89:9, 128:20, 133:3
**Boulevard** [2] - 2:14, 2:21
**box** [18] - 56:8, 64:5, 97:6, 97:9, 97:12, 99:10, 102:8, 102:14, 102:22, 103:15, 105:1, 105:2, 105:3, 157:11, 157:12, 157:15
**boxes** [10] - 108:1,

156:10, 156:15, 156:21, 157:2, 157:6, 157:9, 157:11, 157:19, 157:20
**break** [3] - 45:3, 46:24, 101:18
**breaking** [1] - 86:21
**Brief** [2] - 48:2, 48:8
**briefly** [7] - 12:21, 43:16, 47:8, 50:12, 74:6, 106:4, 132:11
**bring** [7] - 11:15, 11:22, 16:4, 16:9, 16:10, 29:13, 131:11
**brings** [1] - 47:7
**bro** [2] - 102:24, 126:5
**broad** [1] - 119:8
**brother** [2] - 58:3, 127:7
**brothers** [1] - 70:20
**Brothers** [3] - 70:21, 71:16, 71:22
**brought** [3] - 7:5, 12:11, 15:13
**bucks** [1] - 124:14
**bud** [1] - 120:15
**buddy** [1] - 128:18
**bullet** [5] - 33:22, 33:25, 34:15, 34:23
**business** [5] - 72:3, 79:9, 85:10, 100:25, 128:11
**buyer** [8] - 60:18, 66:1, 66:4, 67:2, 67:18, 69:16, 109:7, 145:22
**BY** [73] - 3:4, 3:4, 3:5, 3:6, 3:6, 19:2, 19:20, 20:6, 20:13, 20:25, 21:7, 21:18, 22:3, 22:22, 30:25, 33:8, 35:18, 40:14, 43:18, 45:23, 49:24, 51:25, 52:15, 53:4, 54:17, 63:7, 63:20, 63:24, 65:9, 65:15, 83:25, 91:11, 91:23, 92:9, 92:19, 93:4, 93:13, 93:17, 95:4, 97:20, 98:21, 100:12, 101:16, 103:4, 103:25, 104:20, 106:3, 106:20, 107:17, 111:3, 112:19, 114:10, 115:10, 116:3, 119:1, 119:11, 119:20, 127:11, 132:17, 135:20,

135:23, 136:16, 138:2, 139:16, 140:3, 140:11, 140:25, 141:3, 141:10, 141:23, 143:23, 146:8, 154:8

### C

**CA** [4] - 2:6, 2:15, 2:19, 2:24
**caffeinated** [1] - 40:2
**Cali** [2] - 79:18, 96:10
**caliber** [1] - 147:8
**Calichi** [6] - 79:19, 96:10, 128:19, 128:24, 129:5, 130:3
**calichiliving** [1] - 80:6
**CALIFORNIA** [1] - 1:2
**California** [22] - 1:17, 1:24, 55:3, 57:24, 58:6, 58:14, 60:22, 61:21, 62:5, 72:8, 83:9, 83:15, 86:20, 144:23, 144:25, 145:7, 145:10, 145:16, 147:14, 147:16, 148:1, 155:24
**California's** [1] - 86:18
**Camacho** [215] - 54:22, 55:6, 56:10, 56:13, 57:21, 57:22, 58:2, 58:3, 58:23, 58:25, 59:8, 59:14, 60:2, 60:9, 60:14, 61:8, 61:10, 61:14, 61:19, 61:22, 61:25, 62:4, 62:10, 63:2, 65:18, 65:23, 66:5, 67:3, 68:13, 69:3, 69:18, 70:10, 70:11, 72:21, 73:12, 73:15, 75:19, 75:22, 77:1, 78:4, 78:8, 78:11, 78:14, 78:18, 78:22, 79:4, 79:21, 80:14, 82:22, 83:1, 84:11, 84:13, 84:15, 87:1, 87:17, 87:20, 89:17, 89:19, 91:3, 91:13, 91:18, 92:10, 92:11, 92:20, 92:24, 93:9, 93:10, 95:8, 95:16, 96:18, 96:23, 98:1, 99:4, 99:6, 100:14, 101:23, 102:2, 102:17, 102:19, 102:21, 104:4, 104:8, 105:5, 105:9,

105:13, 105:15, 106:6, 107:8, 107:22, 108:4, 108:20, 109:9, 110:15, 111:6, 111:13, 111:15, 111:17, 111:20, 112:6, 112:9, 112:10, 112:24, 113:6, 113:10, 113:12, 114:12, 115:5, 116:5, 116:13, 116:16, 116:21, 118:4, 118:8, 120:11, 120:17, 120:21, 121:3, 121:5, 121:9, 121:17, 121:22, 122:4, 122:14, 122:22, 123:4, 123:13, 124:1, 124:5, 124:9, 124:17, 124:19, 125:4, 125:12, 125:15, 125:17, 125:23, 126:6, 128:2, 128:25, 129:14, 130:12, 131:16, 133:4, 134:3, 134:4, 134:10, 136:1, 136:6, 136:9, 136:12, 136:19, 136:21, 137:2, 137:9, 137:13, 137:16, 137:17, 137:19, 137:20, 137:23, 140:7, 140:8, 140:15, 140:22, 140:24, 141:6, 141:16, 141:18, 142:2, 146:18, 146:19, 146:20, 148:9, 149:2, 149:7, 149:18, 149:20, 150:3, 150:7, 150:14, 151:5, 151:7, 151:10, 151:12, 151:17, 151:21, 151:25, 152:3, 152:5, 152:9, 152:10, 152:19, 153:3, 155:8, 157:22, 158:10, 158:17, 158:20
**Camachos** [1] - 133:25
**camera** [4] - 52:20, 53:9, 53:11, 81:3
**candid** [1] - 133:22

**cannot** [3] - 11:21, 14:21, 16:22
**capable** [1] - 11:18
**capacity** [1] - 52:9
**capture** [2] - 53:15, 76:10
**captured** [2] - 53:8, 94:8
**card** [4] - 144:22, 145:2, 145:4, 145:20
**cardboard** [2] - 157:15, 157:20
**care** [1] - 8:22
**careful** [1] - 121:15
**CARLOS** [2] - 1:11, 2:21
**Carlos** [17] - 4:8, 27:18, 27:22, 28:5, 28:11, 29:2, 29:25, 30:20, 32:11, 38:6, 38:15, 85:17, 87:5, 87:7, 87:16, 88:1, 89:20
**case** [45] - 5:17, 7:14, 8:17, 8:19, 8:23, 10:6, 10:7, 11:2, 11:7, 11:14, 11:21, 13:1, 13:5, 13:7, 13:8, 13:9, 13:14, 13:19, 14:6, 17:6, 17:14, 19:13, 19:22, 19:24, 22:20, 22:25, 38:19, 41:2, 44:25, 46:17, 47:1, 47:15, 47:19, 49:8, 71:1, 88:15, 89:17, 101:7, 130:9, 132:8, 138:9, 138:25, 153:21, 154:4, 159:1
**cases** [1] - 10:25
**cash** [6] - 85:21, 142:14, 142:18, 143:2, 143:10, 143:16
**CC1** [12] - 95:8, 95:10, 98:1, 99:11, 104:8, 105:7, 107:9, 107:24, 108:4, 111:11, 112:10, 113:8
**CD** [7] - 127:10, 135:22, 136:15, 140:2, 140:10, 141:2, 141:9
**ceiling** [1] - 156:1
**cell** [11] - 72:9, 73:2, 73:4, 73:8, 73:11, 73:12, 74:11, 87:9, 116:17, 121:16, 141:15

**CENTRAL** [1] - 1:2
**Ceritos** [1] - 126:5
**certain** [13] - 11:9, 14:22, 16:5, 16:23, 17:8, 17:25, 26:16, 40:8, 71:2, 77:6, 118:19, 134:15, 139:22
**certainly** [5] - 11:7, 11:16, 11:21, 11:23, 14:21
**certification** [7] - 66:6, 67:4, 68:15, 69:4, 69:20, 70:13, 71:15
**certified** [1] - 71:1
**certify** [3] - 71:6, 71:10, 160:2
**certifying** [1] - 56:4
**chair** [2] - 16:15, 17:11
**CHAMBERS** [12] - 4:20, 4:24, 5:12, 18:6, 19:15, 19:25, 20:9, 20:20, 21:3, 21:14, 21:23, 22:9
**chambers** [18] - 9:11, 9:17, 12:17, 12:20, 13:16, 13:24, 14:18, 15:5, 15:9, 16:16, 17:14, 17:25, 18:8, 19:12, 19:22, 20:19, 25:16, 47:24
**Chambers** [2] - 4:20, 16:11
**chambers's** [1] - 12:12
**chance** [4] - 35:22, 41:21, 46:1, 122:17
**change** [2] - 29:20, 30:12
**changing** [2] - 29:7, 124:20
**charge** [2] - 29:9, 153:25
**charged** [10] - 21:20, 22:4, 29:16, 39:1, 54:1, 54:8, 54:9, 54:15, 58:17, 160:5
**charges** [4] - 39:2, 39:25, 40:12, 40:18
**charging** [1] - 13:10
**chart** [30] - 64:3, 64:21, 66:13, 67:10, 68:19, 69:10, 70:1, 71:20, 77:4, 77:9, 77:15, 79:3, 84:3, 84:17, 96:12, 106:14, 109:2, 110:14, 113:4, 113:17, 113:25,

114:19, 115:17, 115:23, 117:19, 117:25, 127:18, 142:7, 142:14, 142:15
**Chase** [2] - 142:12, 142:16
**check** [7] - 63:4, 63:8, 63:9, 71:1, 87:6, 97:16, 126:18
**checking** [1] - 143:12
**children** [3] - 39:19, 42:24, 155:5
**Chilivin** [1] - 79:18
**Chinese** [3] - 118:13, 118:17, 131:6
**Chino** [1] - 118:17
**Chinos** [1] - 81:20
**choice** [1] - 123:14
**Christmas** [1] - 149:14
**circuit** [1] - 160:5
**circumstance** [1] - 15:5
**cited** [2] - 7:14, 10:25
**City** [1] - 58:5
**city** [2] - 55:2, 57:23
**Clara** [1] - 56:2
**clarification** [2] - 17:21, 93:25
**clarify** [1] - 98:23
**clean** [1] - 47:18
**clean-up** [1] - 47:18
**cleaner** [1] - 124:10
**clear** [4] - 6:21, 13:2, 140:16, 156:12
**clearly** [3] - 11:11, 12:2, 12:3
**CLERK** [6] - 17:15, 47:3, 48:6, 48:24, 49:1, 49:15
**Clerk** [1] - 56:3
**client** [17] - 4:25, 5:8, 5:10, 5:25, 6:2, 6:9, 9:13, 11:19, 13:17, 15:6, 19:15, 19:25, 20:21, 21:15, 21:24, 27:11, 30:11
**client's** [1] - 148:12
**clip** [7] - 100:11, 114:9, 116:2, 135:2, 138:1, 140:1, 141:22
**clips** [2] - 134:19, 134:22
**close** [1] - 131:6
**closer** [1] - 131:8
**closes** [1] - 48:16
**clothes** [2] - 158:6
**clumsy** [1] - 34:7
**co** [1] - 71:1
**co-case** [1] - 71:1

**coast** [1] - 155:23
**Coconspirator** [7] - 91:24, 92:3, 92:11, 92:21, 92:25, 95:9, 158:11
**coconspirator** [3] - 92:4, 93:23, 104:12
**Code** [3] - 54:2, 54:5, 54:11
**collect** [2] - 73:24, 74:3
**collected** [1] - 74:7
**collection** [1] - 130:5
**Collector** [1] - 85:2
**colored** [1] - 144:7
**Colt** [22] - 53:16, 70:17, 81:12, 81:15, 81:20, 85:23, 87:5, 87:7, 87:16, 88:1, 88:10, 88:12, 89:20, 95:18, 99:10, 105:1, 113:22, 121:25, 122:3, 124:4, 132:2, 132:23
**colts** [1] - 147:12
**Column** [1] - 76:11
**column** [5] - 64:7, 76:9, 77:21, 77:23, 77:24
**comfortable** [1] - 50:19
**coming** [2] - 122:13, 144:7
**Commander** [3] - 70:17, 146:16, 147:22
**commander** [2] - 121:23, 132:2
**comment** [2] - 14:16, 130:11
**comments** [1] - 13:17
**commission** [1] - 56:19
**commit** [3] - 40:10, 40:17, 56:23
**committed** [3] - 29:7, 29:8, 57:2
**committing** [3] - 29:21, 40:18, 41:17
**communication** [10] - 5:1, 5:10, 76:13, 94:14, 95:7, 104:3, 104:5, 104:6, 107:7, 107:8
**communications** [10] - 14:20, 14:22, 15:1, 15:2, 15:6, 91:2, 94:5, 97:25, 110:14, 110:15
**compa** [3] - 120:14,

122:13, 122:23
**company** [1] - 75:4
**complete** [3] - 37:16, 94:7, 98:13
**completely** [1] - 16:25
**complicated** [1] - 23:19
**comply** [1] - 21:12
**concerning** [4] - 15:23, 23:1, 36:4, 54:7
**concerns** [1] - 24:10
**conclude** [2] - 49:8, 138:25
**conclusion** [1] - 18:3
**conduct** [5] - 10:4, 10:24, 10:25, 22:20, 54:7
**conducted** [2] - 100:25, 154:10
**conducting** [1] - 151:5
**conference** [5] - 6:12, 17:23, 22:12, 138:20, 160:7
**conflicting** [1] - 29:1
**conformance** [1] - 160:6
**confused** [1] - 36:13
**confusing** [1] - 23:19
**consider** [2] - 4:13, 54:14
**considered** [1] - 147:13
**conspiracy** [2] - 54:9, 56:23
**content** [12] - 91:1, 92:3, 95:17, 95:21, 96:8, 97:24, 99:3, 104:1, 107:25, 111:6, 112:23, 132:22
**contents** [3] - 73:1, 73:4, 73:8
**continue** [9] - 15:22, 50:22, 63:15, 101:12, 139:15, 140:9, 141:1, 141:8, 141:21
**controlled** [1] - 56:24
**controls** [1] - 135:19
**conversation** [22] - 15:24, 27:11, 52:6, 74:19, 82:25, 89:19, 98:10, 98:11, 98:13, 105:4, 106:8, 111:9, 112:10, 118:7, 120:10, 121:8, 123:2, 134:23, 136:2, 136:4, 140:18, 140:21

**conversations** [8] - 9:13, 19:21, 21:8, 21:11, 23:1, 73:15, 94:8, 137:9
**convert** [2] - 77:12, 77:16
**convicted** [5] - 23:7, 55:13, 55:23, 56:19, 62:10
**conviction** [3] - 20:8, 57:6, 57:8
**convinced** [2] - 111:18, 122:20
**cool** [2] - 124:18, 126:7
**cooo** [2] - 120:25, 122:19
**cooperation** [4] - 22:6, 23:10, 23:22, 44:16
**coordinates** [2] - 81:2, 97:3
**copies** [1] - 67:25
**cops** [1] - 8:23
**copy** [4] - 47:25, 48:11, 48:12, 48:17
**Corporation** [1] - 2:14
**correct** [136] - 8:19, 8:20, 9:9, 12:16, 19:14, 21:2, 21:9, 21:13, 21:22, 22:8, 23:3, 23:8, 23:9, 23:12, 23:23, 23:24, 24:1, 24:2, 24:4, 24:11, 24:16, 24:21, 24:22, 24:25, 25:6, 25:8, 25:17, 25:22, 25:23, 26:7, 26:14, 26:15, 26:18, 26:20, 26:21, 26:23, 26:24, 27:7, 27:12, 27:13, 28:1, 28:6, 28:24, 30:21, 30:22, 31:2, 31:11, 31:12, 31:23, 32:15, 32:16, 33:23, 34:25, 35:2, 35:3, 35:6, 35:11, 35:25, 36:6, 36:8, 36:9, 36:12, 36:21, 36:22, 36:25, 37:3, 37:4, 37:8, 37:19, 37:20, 37:25, 38:17, 38:19, 39:20, 41:3, 41:5, 41:7, 41:14, 41:18, 41:25, 42:11, 44:5, 44:7, 44:14, 46:4, 46:9, 52:6, 52:7, 78:22, 78:25, 79:14, 79:23, 82:11, 82:12, 87:18, 89:6, 89:10,

98:12, 99:4, 106:9, 106:12, 107:2, 108:21, 109:11, 110:24, 117:10, 117:16, 128:15, 142:4, 144:8, 144:12, 145:2, 145:5, 145:8, 145:17, 146:21, 147:4, 147:7, 147:13, 149:3, 149:9, 149:10, 149:15, 149:18, 151:18, 152:4, 152:12, 152:20, 153:4, 153:21, 155:8, 156:24, 157:16, 158:11, 158:13, 160:2
**correcting** [1] - 84:8
**correspond** [4] - 76:3, 113:24, 115:23, 117:19
**cost** [1] - 124:14
**counsel** [30] - 4:8, 4:18, 6:1, 6:4, 6:7, 6:8, 6:10, 7:4, 8:15, 9:9, 9:15, 9:18, 9:19, 10:13, 10:16, 12:3, 12:16, 13:24, 14:24, 17:13, 17:21, 22:10, 22:15, 45:3, 49:3, 50:1, 65:2, 101:13, 103:23, 139:14
**Counsel** [1] - 115:6
**County** [1] - 56:2
**couple** [1] - 50:15
**course** [11] - 9:9, 22:25, 54:20, 55:5, 55:11, 61:24, 62:6, 70:25, 74:20, 75:16, 79:16, 83:13, 91:12, 96:16, 118:16, 136:2, 137:2, 149:17, 158:16
**COURT** [145] - 1:1, 4:5, 4:22, 5:7, 5:13, 5:20, 7:9, 7:12, 7:19, 7:22, 7:25, 8:6, 8:9, 9:1, 9:15, 12:6, 12:23, 13:20, 14:7, 14:16, 15:4, 15:18, 16:3, 16:9, 16:13, 17:4, 17:15, 17:20, 17:24, 18:7, 18:13, 18:16, 18:19, 18:23, 19:17, 20:2, 20:10, 20:22, 21:4, 21:16, 21:25, 22:10, 22:13, 33:5, 35:16, 40:13,

43:15, 45:19, 46:21, 46:23, 47:3, 47:9, 47:23, 48:3, 48:6, 48:14, 48:17, 48:21, 48:24, 48:25, 49:1, 49:2, 49:15, 49:20, 51:21, 51:23, 52:11, 52:13, 53:2, 53:22, 63:6, 63:15, 63:23, 64:15, 64:17, 64:22, 65:5, 65:13, 83:21, 91:6, 91:9, 91:20, 92:8, 92:15, 92:17, 93:2, 93:8, 93:16, 93:24, 94:4, 94:10, 94:12, 94:16, 94:20, 94:22, 94:25, 97:18, 98:4, 98:7, 98:9, 98:16, 98:20, 100:5, 100:9, 101:5, 101:12, 103:2, 103:23, 104:14, 104:18, 105:24, 106:1, 106:19, 107:12, 107:14, 110:22, 111:1, 112:13, 112:16, 114:6, 114:8, 118:23, 119:8, 119:14, 119:17, 119:19, 132:12, 132:15, 135:3, 135:6, 135:8, 135:10, 135:15, 138:6, 138:12, 138:16, 138:23, 139:3, 139:6, 139:9, 139:13, 140:16, 143:20, 146:5, 158:24
**court** [12] - 10:12, 18:9, 18:18, 21:2, 21:9, 22:21, 37:1, 47:5, 55:14, 56:9, 103:22, 139:5
**Court** [38] - 1:23, 4:11, 5:3, 5:5, 5:25, 6:11, 6:13, 6:18, 7:8, 9:18, 9:21, 10:1, 10:3, 10:18, 11:17, 12:10, 12:11, 12:19, 13:23, 14:15, 15:17, 15:25, 16:2, 16:19, 16:23, 16:25, 18:1, 18:2, 18:4, 47:20, 48:12, 48:22, 56:3, 56:4, 101:6, 135:13, 159:5, 160:11
**Court's** [6] - 6:22, 11:15, 11:22, 12:7, 15:9, 22:13

**courtesy** [2] - 48:11, 48:12
**courtroom** [3] - 6:5, 10:17, 138:7
**covered** [1] - 103:2
**CR** [1] - 1:10
**crack** [1] - 124:15
**crawl** [1] - 156:5
**create** [1] - 12:1
**created** [1] - 99:1
**credentials** [1] - 86:17
**credibility** [1] - 16:24
**credible** [1] - 13:13
**crime** [6] - 22:5, 28:23, 29:8, 29:21, 30:16, 56:23
**crimes** [8] - 40:11, 40:18, 41:17, 54:9, 54:14, 56:21, 57:2
**Crimes** [1] - 2:5
**criminal** [2] - 23:1, 55:12
**CROSS** [6] - 3:4, 3:6, 3:6, 19:1, 143:22, 146:7
**cross** [2] - 15:22, 16:1
**CROSS-EXAMINATION** [6] - 3:4, 3:6, 3:6, 19:1, 143:22, 146:7
**cross-examination** [2] - 15:22, 16:1
**CRR** [1] - 1:23
**Cruz** [4] - 35:14, 35:19, 47:7, 48:11
**CSR** [2] - 1:23, 160:11
**cumulative** [1] - 132:15
**customer's** [1] - 85:16

## D

**dad** [2] - 120:23, 122:17
**damn** [1] - 120:14
**dark** [2] - 43:4, 43:5
**darker** [1] - 114:16
**data** [4] - 97:2, 99:3, 99:19, 99:21
**Date** [1] - 160:11
**date** [57] - 28:2, 31:3, 31:4, 56:11, 56:13, 57:5, 63:16, 63:17, 63:21, 65:22, 66:6, 67:5, 67:8, 68:14, 69:4, 69:7, 69:19, 70:13, 76:3, 76:5, 76:8, 79:3, 81:1, 83:3, 84:18, 85:18,

89:23, 90:1, 95:12, 96:4, 96:13, 100:18, 102:3, 104:9, 104:23, 106:23, 107:18, 109:21, 110:17, 112:20, 118:9, 119:21, 120:5, 121:11, 122:7, 123:19, 124:25, 125:7, 128:21, 129:20, 130:15, 130:19, 130:21, 131:10, 132:19, 133:9, 142:22
**dated** [7] - 58:8, 59:3, 81:6, 81:21, 83:3, 87:12, 130:1
**dates** [7] - 28:3, 31:3, 38:3, 42:21, 71:11, 77:19, 142:6
**daughter** [1] - 24:23
**David** [1] - 2:10
**DAY** [2] - 1:16, 4:3
**days** [3] - 39:13, 39:21, 102:24
**dead** [1] - 120:3
**deal** [8] - 24:11, 24:15, 24:20, 31:10, 42:6, 42:10, 54:9, 88:4
**dealer** [1] - 71:11
**dealing** [2] - 38:19, 54:10
**deals** [1] - 24:17
**dealt** [2] - 74:8, 140:12
**December** [30] - 59:11, 59:24, 60:5, 63:22, 64:10, 68:16, 69:5, 69:21, 84:6, 84:7, 84:8, 88:25, 95:25, 96:15, 96:17, 97:10, 100:16, 103:12, 106:25, 107:20, 108:11, 108:25, 109:5, 109:23, 109:25, 110:18, 111:7, 117:13, 148:10
**decide** [1] - 44:11
**decision** [1] - 36:11
**DEFENDANT** [2] - 2:11, 2:21
**defendant** [118] - 4:8, 12:24, 37:17, 51:2, 53:7, 53:18, 53:25, 54:8, 54:13, 54:15, 56:9, 56:18, 56:19, 58:13, 58:20, 59:4, 59:10, 59:21, 59:22, 59:24, 60:6, 65:24,

68:4, 68:10, 74:11, 74:14, 74:22, 75:3, 75:18, 75:21, 76:25, 78:4, 78:6, 78:7, 78:10, 78:14, 78:17, 78:22, 82:1, 82:7, 82:15, 83:1, 83:6, 84:2, 87:9, 89:9, 90:4, 90:11, 90:13, 92:12, 96:7, 97:4, 99:24, 102:2, 102:7, 102:10, 102:13, 102:23, 118:8, 118:11, 118:18, 119:4, 119:23, 120:1, 120:11, 120:13, 120:24, 121:14, 121:19, 122:2, 122:12, 122:18, 122:25, 123:6, 123:10, 123:15, 123:24, 124:3, 124:7, 124:12, 125:10, 125:21, 126:3, 126:9, 126:14, 126:17, 126:19, 126:23, 127:6, 127:7, 131:2, 131:4, 131:9, 131:14, 132:21, 132:25, 133:7, 133:15, 133:18, 133:24, 134:3, 134:9, 134:17, 134:23, 135:24, 136:8, 136:11, 136:24, 137:1, 137:5, 137:9, 137:12, 137:18, 139:23, 140:12, 140:20, 141:24
**defendant's** [1] - 4:13
**defendants** [7] - 1:13, 7:4, 13:7, 49:4, 101:13, 139:14
**defendants'** [1] - 7:13
**defended** [1] - 10:6
**defense** [7] - 10:16, 13:6, 13:8, 13:11, 14:21, 45:3, 49:25
**defenses** [1] - 13:14
**define** [1] - 40:3
**definitely** [2] - 24:8, 153:9
**deliberate** [1] - 11:2
**delivery** [1] - 131:12
**demonstrated** [1] - 14:23
**demonstrates** [1] - 10:20

**demonstrative** [1] - 7:15

**denied** [3] - 15:19, 16:6, 132:16

**Department** [7] - 55:1, 58:4, 99:23, 99:25, 145:7, 145:10, 148:1

**depicted** [6] - 88:23, 89:1, 89:3, 89:5, 114:13, 129:10

**deposit** [2] - 143:1, 160:6

**deposited** [1] - 142:24

**deposits** [2] - 142:14, 142:18

**describe** [5] - 50:12, 64:1, 74:5, 148:20, 155:20

**described** [1] - 79:13

**description** [2] - 56:21, 132:1

**detail** [1] - 75:8

**details** [2] - 44:18, 55:19

**determination** [1] - 16:21

**determine** [2] - 55:14, 145:11

**different** [5] - 29:7, 29:8, 30:1, 148:21, 154:19

**difficult** [1] - 105:11

**diligently** [1] - 17:10

**direct** [3] - 51:11, 109:15, 156:20

**DIRECT** [2] - 3:5, 49:23

**directing** [1] - 82:3

**discover** [1] - 157:5

**discovery** [1] - 13:9

**discrepancy** [1] - 135:18

**discuss** [10] - 20:18, 47:1, 92:21, 92:24, 93:5, 93:11, 93:12, 101:7, 138:8, 159:1

**discussed** [12] - 14:10, 19:13, 19:19, 19:22, 21:9, 26:3, 27:15, 29:6, 30:11, 47:11, 60:11, 119:12

**discusses** [1] - 7:17

**Discussion** [2] - 48:7, 65:3

**discussion** [5] - 7:1, 8:5, 9:21, 21:1, 64:25

**discussions** [1] - 74:8

**dismiss** [1] - 39:25

**display** [7] - 52:1,

53:5, 64:13, 65:7, 132:11, 142:3, 157:12

**displayed** [1] - 54:24

**displaying** [3] - 95:5, 98:22, 111:4

**disposing** [1] - 54:3

**disregard** [1] - 118:24

**DISTRICT** [2] - 1:1, 1:2

**diversion** [8] - 39:15, 39:24, 40:6, 40:17, 40:22, 42:10, 43:9

**DM** [1] - 80:6

**DMV** [4] - 134:3, 134:6, 136:20, 139:24

**DMVs** [1] - 134:11

**document** [15] - 33:6, 34:21, 35:17, 36:2, 55:21, 55:23, 55:25, 59:20, 67:16, 75:12, 79:8, 90:25, 97:22, 110:11, 142:11

**documents** [5] - 13:10, 43:8, 51:16, 52:18, 150:1

**done** [12] - 6:24, 7:2, 10:5, 16:1, 25:24, 33:13, 33:14, 119:12, 119:15, 145:5, 151:6

**door** [1] - 156:1

**Dorada** [1] - 120:16

**down** [9] - 23:25, 52:2, 86:6, 122:13, 125:22, 126:21, 155:22, 156:2

**DRAGALIN** [97] - 3:5, 5:15, 12:21, 12:24, 48:1, 48:5, 48:20, 48:23, 49:12, 49:21, 49:24, 51:19, 51:25, 52:15, 52:22, 53:4, 53:20, 54:17, 63:7, 63:19, 63:20, 63:24, 64:18, 65:7, 65:9, 65:15, 83:25, 91:4, 91:11, 91:23, 92:9, 92:18, 92:19, 93:4, 93:13, 93:17, 93:22, 94:17, 94:21, 95:3, 95:4, 97:15, 97:19, 97:20, 98:2, 98:21, 100:3, 100:8, 100:12, 101:16, 103:3, 103:4, 103:20, 103:25, 104:11, 104:20, 105:22, 106:3, 106:17, 106:20,

107:10, 107:17, 111:3, 112:11, 112:19, 114:3, 114:7, 114:10, 115:8, 115:10, 115:25, 116:3, 119:1, 119:11, 119:20, 127:8, 127:11, 132:13, 132:17, 135:1, 135:5, 135:7, 135:13, 135:20, 135:23, 136:16, 138:2, 138:15, 139:1, 139:16, 140:3, 140:11, 140:25, 141:3, 141:8, 141:10, 141:23

**Dragalin** [9] - 2:4, 26:23, 27:17, 42:5, 43:24, 64:12, 110:19, 132:10, 143:19

**drills** [1] - 50:20

**drive** [2] - 83:15, 125:22

**Drive** [1] - 62:4

**driven** [1] - 83:13

**driver's** [4] - 61:21, 68:1, 68:5

**drivers** [1] - 56:14

**driving** [1] - 121:16

**drop** [2] - 40:11, 120:19

**dropped** [2] - 40:19, 41:2

**DROSing** [1] - 144:24

**due** [1] - 32:22

**DUI** [3] - 28:5, 28:12, 30:20

**Duncan** [22] - 43:20, 51:11, 51:18, 52:8, 53:9, 53:16, 64:13, 106:17, 132:10, 133:13, 134:2, 134:16, 138:3, 139:17, 139:23, 140:5, 140:19, 144:8, 144:14, 151:4, 153:10, 154:13

**duration** [1] - 77:24

**during** [53] - 5:2, 5:19, 19:21, 27:11, 34:12, 46:25, 52:20, 54:13, 54:20, 55:5, 55:11, 60:24, 61:13, 61:24, 62:6, 62:14, 70:25, 71:16, 72:8, 73:24,

74:20, 75:16, 79:16, 82:18, 83:13, 88:25, 91:12, 95:24, 96:16, 97:10, 97:11, 103:12, 108:10, 114:17, 116:14, 117:7, 117:13, 117:23, 118:16, 127:15, 128:12, 131:20, 132:5, 133:11, 136:2, 136:4, 136:17, 137:2, 138:8, 140:18, 147:10, 156:20, 159:1

**E**

**earliest** [2] - 78:3, 78:24

**early** [1] - 50:15

**ease** [3] - 27:2, 77:12, 99:1

**easier** [1] - 144:4

**east** [1] - 155:23

**easy** [1] - 152:17

**Eddie** [1] - 144:19

**Eduardo** [1] - 2:22

**EDWARD** [2] - 1:12, 2:11

**Edward** [5] - 2:13, 2:14, 68:25, 69:15, 70:6

**effect** [1] - 147:17

**eight** [6] - 57:13, 153:18, 153:19, 154:14, 154:16, 154:19

**either** [6] - 14:15, 20:18, 27:17, 44:1, 60:14, 140:19

**EI** [1] - 118:17

**ELCEN8536** [3] - 84:22, 89:6, 115:15

**Email** [4] - 2:8, 2:8, 2:16, 2:25

**encouraged** [1] - 6:8

**encouraging** [1] - 10:16

**end** [1] - 23:11

**ending** [4] - 82:20, 89:20, 141:11, 141:15

**enforcement** [3] - 86:23, 118:14, 153:16

**English** [4] - 76:7, 80:9, 106:12, 129:23

**engraved** [1] - 133:3

**enlarged** [1] - 65:10

**entered** [3] - 23:10, 30:20, 46:16

**entertain** [1] - 12:19

**entire** [1] - 98:11

**entirely** [1] - 154:10

**entirety** [1] - 10:23

**eroblaw@gmail.com** [1] - 2:16

**estimate** [1] - 139:1

**ET** [1] - 76:11

**eventually** [1] - 62:23

**evidence** [32] - 3:9, 3:10, 3:11, 3:12, 3:13, 3:14, 3:15, 3:16, 3:18, 13:12, 51:24, 53:3, 53:24, 54:6, 54:12, 65:6, 72:23, 73:17, 78:21, 95:2, 98:8, 107:16, 108:8, 111:2, 112:18, 114:4, 131:19, 132:6, 135:12, 135:17, 150:7

**exact** [2] - 28:2, 38:3, 42:21

**exactly** [2] - 40:24, 44:20

**EXAMINATION** [10] - 3:4, 3:4, 3:5, 3:6, 3:6, 19:1, 43:17, 49:23, 143:22, 146:7

**examination** [3] - 15:22, 16:1, 145:23

**example** [1] - 75:25

**exception** [2] - 93:23, 104:13

**excerpt** [2] - 79:10, 112:9

**excerpts** [3] - 110:23, 110:25, 134:15

**exchange** [2] - 98:17, 98:18

**excuse** [3] - 18:10, 66:3, 84:12

**excused** [1] - 46:23

**executed** [4] - 61:4, 61:7, 62:9, 114:25

**executing** [1] - 62:7

**execution** [3] - 61:2, 62:14, 153:25

**exemption** [1] - 86:22

**exhibit** [35] - 58:10, 59:16, 59:19, 61:18, 64:13, 64:19, 65:16, 66:1, 66:2, 66:4, 71:10, 75:9, 81:5, 84:25, 88:20, 89:16, 90:21, 93:23, 95:6,

100:1, 101:21,
101:22, 103:22,
111:19, 111:22,
115:6, 115:11,
117:12, 117:22,
127:24, 129:2,
129:6, 129:25,
131:22, 132:11
**Exhibit** [158] - 3:9,
3:10, 3:11, 3:12,
3:13, 3:14, 3:15,
3:16, 3:17, 30:24,
35:12, 35:19, 51:14,
51:20, 51:24, 53:3,
53:5, 53:14, 54:24,
55:17, 57:14, 57:15,
57:25, 58:7, 59:2,
59:9, 59:15, 60:3,
61:17, 62:2, 64:1,
64:18, 64:20, 65:6,
65:11, 65:21, 66:17,
67:1, 67:10, 68:11,
68:14, 69:1, 69:16,
70:7, 71:4, 71:9,
71:14, 72:11, 75:7,
75:24, 77:3, 77:4,
79:6, 80:17, 81:8,
82:3, 82:6, 84:24,
85:25, 86:25, 88:20,
88:22, 88:23, 89:3,
89:5, 89:15, 91:5,
95:2, 95:19, 96:2,
96:20, 97:14, 97:16,
98:2, 98:8, 98:22,
99:13, 100:1,
101:17, 101:20,
102:3, 103:8, 104:2,
104:21, 105:23,
106:2, 106:4,
106:11, 107:5,
107:6, 107:11,
107:16, 107:18,
108:3, 108:7, 108:9,
108:16, 108:19,
108:20, 108:23,
110:1, 110:6,
110:20, 111:2,
112:2, 112:12,
112:18, 113:15,
113:23, 114:5,
115:1, 115:11,
115:19, 116:6,
116:9, 116:11,
116:19, 116:23,
116:25, 117:2,
117:6, 117:12,
117:21, 118:2,
120:4, 121:7, 122:2,
122:6, 123:18,
124:24, 127:9,
127:12, 128:9,

129:1, 129:25,
130:18, 131:18,
131:19, 132:8,
132:12, 132:13,
134:20, 135:2,
135:11, 135:21,
136:14, 137:25,
142:3, 142:9,
142:10, 143:5,
144:1, 146:13
**exhibits** [4] - 47:11,
72:6, 112:8, 117:18
**EXHIBITS** [1] - 3:8
**experience** [4] -
130:7, 133:22,
149:5, 149:12
**experienced** [1] -
11:17
**explain** [5] - 20:4,
55:20, 75:1, 77:23,
155:24
**explained** [4] - 20:3,
23:16, 36:23, 105:14
**exposure** [1] - 23:2
**expressed** [1] - 13:12
**extent** [1] - 54:12
**eye** [1] - 53:11

## F

**faces** [1] - 140:20
**facial** [1] - 6:7
**facing** [1] - 21:21
**fact** [3] - 15:10, 26:19,
87:23
**fair** [1] - 148:20
**fairly** [1] - 55:8
**false** [1] - 54:1
**familiar** [7] - 35:23,
66:22, 70:21, 83:9,
147:14, 147:20,
155:21
**family** [4] - 25:4,
39:11, 148:23,
149:10
**far** [4] - 10:2, 83:15,
83:21, 158:2
**Farmers** [1] - 62:3
**father** [2] - 57:22,
70:11
**Fax** [2] - 2:7, 2:16
**February** [2] - 119:4,
119:22
**fed** [1] - 103:6
**Federal** [1] - 1:23
**federal** [24] - 22:5,
22:7, 23:8, 23:11,
23:16, 23:23, 24:10,
24:15, 24:20, 25:8,

29:4, 30:13, 38:25,
40:16, 40:24, 54:1,
66:25, 70:24, 71:24,
103:7, 153:20,
153:21, 153:24,
154:4
**feds** [2] - 38:15,
102:25
**fee** [1] - 160:5
**fees** [1] - 160:5
**feet** [1] - 155:2
**felon** [3] - 41:4, 55:13,
62:10
**felonies** [1] - 56:20
**felony** [2] - 55:15,
55:24
**felt** [2] - 41:13, 41:20
**FERNANDEZ** [2] -
1:11, 2:21
**Fernandez** [110] - 4:6,
4:8, 12:24, 18:21,
27:18, 27:22, 28:11,
29:2, 37:15, 38:6,
47:20, 53:25, 58:11,
58:14, 58:20, 59:5,
59:10, 59:21, 65:24,
68:4, 74:11, 74:14,
74:22, 75:18, 75:21,
76:25, 78:4, 78:7,
78:10, 78:14, 78:18,
78:22, 82:7, 83:1,
83:6, 84:2, 85:17,
89:9, 90:4, 90:11,
90:14, 92:12, 96:7,
99:24, 102:2, 102:7,
102:10, 102:13,
102:23, 104:16,
118:8, 118:12,
119:4, 119:24,
120:1, 120:11,
120:13, 120:24,
121:14, 121:19,
122:2, 122:12,
122:18, 122:25,
123:6, 123:10,
123:15, 123:24,
124:3, 124:7,
124:12, 125:10,
125:19, 125:21,
126:3, 126:9,
126:14, 126:17,
126:19, 126:23,
127:4, 127:5, 127:6,
131:2, 131:4, 131:9,
131:14, 132:21,
132:25, 133:7,
133:18, 133:24,
134:3, 134:9,
134:17, 134:24,
135:24, 136:8,

136:11, 136:24,
137:2, 137:6, 137:9,
137:12, 137:18,
139:23, 140:12,
140:20, 141:25,
142:12
**Fernandez's** [10] -
35:6, 68:10, 75:3,
78:6, 82:2, 82:15,
87:9, 97:4, 127:7,
133:15
**few** [7] - 39:13, 39:21,
42:17, 83:13, 96:10,
100:8, 148:13
**FFL** [10] - 71:7, 71:16,
85:8, 85:10, 85:14,
86:8, 86:11, 86:14,
86:17, 89:8
**FFLs** [1] - 71:2
**fighting** [1] - 39:1
**filed** [5] - 4:7, 4:10,
15:23, 48:9, 48:11
**filled** [1] - 60:14
**final** [3] - 14:16, 14:17,
32:7
**finally** [2] - 46:16,
145:19
**finish** [1] - 38:23
**fire** [2] - 124:15,
124:20
**firearm** [36] - 32:12,
37:16, 50:21, 54:1,
54:3, 58:13, 59:11,
59:24, 64:5, 64:8,
68:3, 69:22, 70:9,
70:16, 89:1, 89:2,
89:5, 95:23, 95:24,
97:12, 108:12,
108:15, 108:16,
110:8, 117:3, 117:7,
117:9, 117:13,
128:7, 132:1, 132:3,
132:5, 132:14,
144:22, 145:20,
148:2
**firearms** [44] - 28:6,
54:10, 58:15, 58:20,
59:22, 60:6, 62:18,
64:5, 66:10, 66:14,
66:17, 66:25, 67:7,
67:11, 69:6, 70:24,
71:11, 71:24, 74:1,
74:4, 74:9, 84:2,
84:5, 84:21, 85:11,
86:20, 86:22, 88:18,
92:12, 93:10, 93:11,
96:17, 106:21,
108:10, 108:24,
109:1, 114:13,
114:16, 115:20,

117:23, 127:15,
136:8, 144:23, 148:1
**first** [50] - 12:6, 25:1,
25:24, 32:6, 32:14,
34:9, 34:24, 35:1,
38:2, 50:14, 50:15,
50:17, 56:8, 58:9,
65:23, 66:13, 66:16,
76:2, 76:14, 79:3,
79:7, 81:11, 88:2,
90:1, 90:3, 101:21,
102:6, 103:23,
104:22, 105:5,
111:5, 111:6,
112:23, 118:11,
120:12, 121:6,
121:13, 122:11,
123:23, 125:7,
130:3, 131:2,
132:21, 134:13,
142:6, 143:11,
147:6, 147:7, 151:2
**fits** [1] - 97:12
**five** [7] - 21:21, 22:5,
23:8, 83:19, 133:2,
138:7
**flagrance** [1] - 7:18
**flagrant** [1] - 10:24
**floor** [1] - 25:19
**focus** [3] - 7:19,
19:23, 27:18
**following** [3] - 34:14,
36:19, 56:20
**Following** [5] - 17:2,
47:5, 101:10,
138:10, 139:11
**follows** [1] - 121:24
**foregoing** [1] - 160:2
**forensics** [1] - 73:7
**forget** [1] - 126:2
**forgot** [3] - 126:2,
126:10, 154:23
**forgotten** [1] - 111:21
**Form** [13] - 60:10,
60:17, 64:4, 66:19,
70:15, 84:1, 107:1,
109:4, 109:7,
109:11, 112:4,
124:21, 127:1
**form** [29] - 26:7, 26:19,
31:13, 35:25, 36:17,
36:21, 36:23, 37:9,
37:21, 37:23, 41:13,
61:14, 66:11, 67:2,
67:14, 67:17, 68:12,
68:17, 68:24, 69:2,
69:14, 69:17, 69:22,
69:25, 70:8, 70:18,
109:8, 142:16,
151:15

format [8] - 14:22, 82:10, 98:23, 105:20, 105:21, 106:5, 143:9, 143:15
Forms [2] - 72:5, 101:1
forms [2] - 60:13
forth [1] - 98:13
forward [1] - 50:19
forwarded [1] - 7:10
foundation [4] - 91:10, 97:19, 103:23, 138:14
FOUR [2] - 1:16, 4:3
four [2] - 115:2, 155:2
Fredster714 [1] - 96:9
friend [8] - 90:6, 121:15, 121:20, 125:16, 126:1, 126:15, 130:6
friend's [1] - 96:9
front [7] - 26:25, 79:3, 81:15, 94:2, 105:17, 144:1, 144:4
FSC [6] - 144:19, 144:21, 145:1, 145:4, 145:7, 145:20
fuck [2] - 102:25, 122:23
fucking [2] - 121:15, 133:1
fully [3] - 4:13, 16:25, 128:20
fun [1] - 122:19

**G**

gap [1] - 38:13
garage [14] - 63:3, 63:8, 63:9, 151:8, 151:9, 152:18, 155:16, 155:17, 155:18, 155:20, 156:3, 156:13, 157:1, 157:18
Gardena [2] - 99:23, 99:25
General [1] - 2:5
general [1] - 79:7
generally [7] - 10:12, 55:20, 64:2, 75:8, 89:2, 104:1, 128:10
generated [1] - 32:22
generations [2] - 148:21, 148:23
George [13] - 60:20, 62:4, 64:6, 80:20, 103:12, 108:25, 114:25, 148:14,

148:15, 149:22, 149:24, 150:4, 151:11
gestured [1] - 9:19
gestures [1] - 6:8
girlfriend [2] - 46:18, 157:24
girlfriends [1] - 158:17
girls [1] - 102:12
given [2] - 29:1, 119:2
Glock [1] - 50:4
gold [1] - 121:2, 121:21, 121:25, 123:8, 124:4, 128:20, 129:13, 131:20, 146:15, 147:21
golden [1] - 130:5
Government [2] - 85:23, 134:20
government [63] - 4:10, 5:24, 6:1, 6:3, 7:14, 7:17, 10:16, 11:8, 11:11, 11:14, 11:22, 13:3, 13:23, 14:12, 15:11, 15:23, 16:22, 18:20, 20:8, 20:14, 21:13, 22:7, 22:15, 23:11, 24:3, 24:10, 24:15, 24:20, 25:8, 38:25, 40:7, 40:16, 40:24, 44:4, 44:8, 45:7, 46:8, 46:12, 46:17, 47:10, 47:14, 47:17, 47:19, 48:16, 49:10, 49:13, 51:19, 52:22, 53:21, 64:20, 91:4, 93:22, 98:2, 103:7, 104:11, 105:22, 107:10, 110:19, 112:11, 135:1, 138:25, 153:24
Government's [1] - 110:20
government's [11] - 4:14, 7:7, 12:4, 13:1, 13:4, 13:19, 16:4, 19:23, 22:20, 44:25, 94:18
GPS [5] - 81:2, 97:2, 97:3, 99:19, 99:21
grandkids [1] - 148:24
grandparents [1] - 148:24
granted [1] - 118:23
graph [1] - 23:23
grasping [1] - 156:8
gray [1] - 144:7

great [2] - 41:1, 131:13
grounds [1] - 6:9
Group [6] - 2:23, 68:22, 69:13, 70:4, 71:11, 100:25
Guero [1] - 102:9
guilty [1] - 13:8
gun [45] - 60:11, 62:19, 66:19, 68:18, 69:9, 69:12, 82:4, 89:9, 89:23, 93:19, 96:13, 100:18, 101:1, 105:3, 106:23, 106:24, 108:1, 108:16, 109:2, 109:4, 109:21, 109:24, 110:2, 112:2, 112:5, 113:21, 115:12, 115:14, 124:15, 124:22, 126:10, 127:17, 128:6, 144:24, 146:15, 146:21, 146:23, 147:22, 147:23, 157:13, 158:20
Gun [13] - 70:1, 86:2, 113:3, 113:12, 113:16, 113:24, 114:18, 115:17, 115:23, 117:19, 117:25, 127:23
guns [44] - 28:12, 35:6, 38:7, 38:15, 59:5, 62:12, 62:15, 62:21, 63:13, 65:17, 65:23, 69:9, 71:20, 79:4, 84:17, 89:13, 92:22, 92:25, 93:6, 93:12, 109:10, 109:13, 117:18, 131:13, 142:7, 146:18, 147:16, 148:3, 152:10, 152:13, 152:15, 155:13, 155:15, 156:4, 156:10, 156:13, 156:14, 156:20, 156:23, 157:1, 157:4, 157:10, 157:18
guy [5] - 27:21, 105:10, 126:10, 126:21, 127:2
guys [1] - 123:9

**H**

H-A-R-T [1] - 49:19

half [8] - 37:6, 38:1, 83:19, 121:13, 122:11, 123:2, 123:23, 124:11
Hamilton [1] - 2:10
HANAGAN [7] - 7:6, 7:10, 7:13, 7:21, 7:23, 9:25, 14:17
Hanagan [1] - 2:23
hand [1] - 61:19
handgun [3] - 50:16, 86:18, 145:24
handle [2] - 80:11, 158:21
handled [1] - 17:6
handling [2] - 50:16, 53:16
Hands [3] - 33:6, 34:21, 35:17
hands [1] - 6:8
hang [1] - 121:1
happiness [1] - 41:20
hard [1] - 123:14
Hart [14] - 2:9, 47:19, 48:4, 49:14, 49:19, 49:25, 52:5, 53:24, 60:10, 101:13, 106:21, 139:15, 139:17, 146:9
HART [2] - 3:5, 49:22
Hawthorne [1] - 2:14
head [1] - 156:7
header [2] - 75:12, 142:21
heading [2] - 56:17, 126:21
hear [12] - 10:8, 11:11, 12:1, 13:1, 14:14, 16:19, 18:7, 52:11, 53:23, 54:6, 54:12, 135:17
heard [6] - 7:6, 12:13, 12:22, 13:21, 14:12, 14:13
hearsay [5] - 63:5, 91:8, 93:1, 94:19, 98:6
Hearsay [1] - 93:7
held [7] - 8:5, 17:2, 47:5, 64:25, 101:10, 138:10, 139:11
hello [1] - 125:16
help [1] - 13:4
helpful [4] - 24:4, 24:10, 24:14, 24:19
helps [1] - 113:18
hereby [1] - 160:2
heritage [1] - 149:13
hidden [1] - 156:5
highlighted [2] -

75:24, 76:2
highly [1] - 40:2
history [1] - 55:12
hit [1] - 125:25
hold [2] - 40:7, 136:23
holding [2] - 50:18, 61:19
home [6] - 113:7, 113:11, 113:13, 115:20, 131:6, 151:18
honestly [1] - 32:24
Honor [84] - 4:20, 5:3, 5:12, 5:15, 7:6, 7:13, 7:24, 9:25, 12:21, 14:10, 14:17, 15:16, 15:20, 15:21, 16:8, 16:12, 18:6, 18:10, 18:22, 18:24, 20:9, 20:20, 21:3, 22:9, 30:24, 33:4, 35:14, 43:14, 43:16, 45:20, 46:22, 47:7, 47:10, 48:1, 48:5, 48:9, 48:19, 48:20, 48:23, 49:12, 49:21, 51:19, 53:20, 63:19, 64:12, 64:16, 64:23, 65:1, 65:4, 91:4, 91:7, 92:18, 93:15, 93:22, 94:17, 94:21, 94:23, 95:3, 97:15, 98:5, 100:3, 103:3, 103:21, 103:24, 104:11, 104:15, 105:22, 106:17, 107:10, 107:13, 110:21, 112:14, 112:15, 114:3, 119:6, 132:10, 135:9, 135:13, 138:15, 138:19, 139:1, 139:8, 146:3, 146:6
HONORABLE [1] - 1:4
hope [1] - 128:19
hoped [1] - 44:6
horse [1] - 130:5
Houle [2] - 2:17, 2:18
hour [4] - 17:7, 37:6, 101:7, 138:8
hours [2] - 83:20, 148:18
house [20] - 109:14, 148:12, 148:14, 148:17, 148:20, 148:21, 148:24, 149:2, 149:5, 149:6, 149:8, 149:18, 149:22, 150:4,

150:8, 151:11, 151:22, 155:1, 155:6, 155:18
**housekeeping** [1] - 49:7
**hurt** [3] - 10:9, 13:1, 13:19
**husband** [1] - 41:19

**I**

**idea** [2] - 35:6, 123:8
**identification** [4] - 61:14, 72:21, 116:13, 151:3
**identity** [1] - 145:11
**image** [1] - 53:8
**imagine** [2] - 19:21, 154:21
**immunity** [2] - 26:16, 31:10
**impacts** [1] - 16:24
**implicate** [1] - 11:19
**implications** [1] - 30:11
**improper** [1] - 10:11
**inappropriate** [1] - 5:9
**include** [6] - 51:7, 51:10, 67:20, 72:5, 74:24, 130:7
**included** [1] - 94:6
**includes** [2] - 36:7, 64:4
**including** [4] - 88:8, 88:9, 142:20, 150:3
**indeed** [4] - 71:2, 71:7, 71:11, 71:16
**INDEX** [1] - 3:1
**indicate** [2] - 82:21, 140:13
**indicated** [1] - 14:8
**indication** [1] - 13:18
**indicators** [2] - 73:11, 73:14
**indicted** [1] - 59:22
**indictment** [4] - 20:11, 30:8, 58:17, 91:25
**individual** [7] - 54:21, 57:12, 91:3, 91:18, 91:24, 92:13, 93:19
**individual's** [1] - 55:12
**individuals** [2] - 57:16, 57:18
**influence** [1] - 5:17
**information** [21] - 8:25, 26:13, 31:22, 31:24, 32:9, 34:1, 34:3, 34:4, 34:8,

34:24, 39:23, 65:17, 67:18, 77:9, 81:3, 82:9, 87:11, 101:22, 106:11, 118:3, 150:3
**informed** [1] - 28:11
**injustice** [1] - 7:18
**inquire** [3] - 14:21, 14:25, 48:9
**inside** [4] - 61:8, 61:11, 100:24, 157:10
**inspection** [1] - 157:22
**Instagram** [21] - 51:10, 74:18, 78:21, 79:9, 79:11, 79:18, 80:10, 80:11, 96:2, 120:8, 121:8, 128:11, 128:23, 129:3, 129:4, 130:7, 130:15, 130:21, 137:6, 137:10, 142:1
**instance** [1] - 80:14
**instances** [1] - 76:24
**instead** [1] - 87:24
**instruct** [2] - 53:22, 53:24
**instruction** [5] - 14:3, 47:21, 48:22, 53:21, 135:14
**Insurance** [1] - 62:3
**intended** [1] - 37:17
**intentionally** [1] - 6:23
**interest** [5] - 20:4, 20:7, 20:12, 20:16
**interested** [4] - 20:14, 102:11, 121:21, 123:8
**interests** [1] - 20:5
**interfere** [1] - 6:23
**interim** [1] - 61:20
**interject** [2] - 7:22, 7:25
**interpose** [1] - 10:18
**interposing** [2] - 10:5, 14:19
**interrupt** [1] - 5:15, 7:23
**interruption** [1] - 154:7
**interview** [16] - 27:25, 133:6, 133:9, 133:12, 133:14, 133:19, 134:16, 136:7, 136:17, 136:23, 137:5, 139:18, 139:22, 148:13, 151:5, 151:7
**interviews** [1] - 34:13
**intimidating** [1] -

25:21
**intolerable** [1] - 10:25
**intrusion** [1] - 11:2
**investigation** [32] - 54:20, 55:5, 55:11, 58:1, 60:24, 65:22, 70:25, 71:19, 72:25, 73:18, 73:25, 74:7, 74:20, 75:16, 79:17, 81:25, 82:21, 83:14, 86:16, 88:15, 91:12, 96:16, 98:15, 103:5, 106:23, 113:2, 118:16, 127:5, 133:6, 137:3, 149:17, 158:16
**investigations** [1] - 32:21
**involve** [1] - 18:11
**involved** [2] - 4:12, 154:3
**involving** [3] - 14:3, 14:20, 51:2
**iPhone** [3] - 82:18, 101:23, 104:4
**iPhones** [2] - 118:4, 125:4
**irrelevant** [1] - 119:7
**issue** [6] - 10:3, 12:22, 17:25, 30:16, 50:5, 138:19
**issued** [2] - 55:23, 147:10
**issues** [5] - 4:9, 4:15, 6:12, 15:10, 17:9
**italics** [1] - 80:7
**items** [1] - 61:22
**itself** [1] - 10:20
**ivory** [1] - 158:21

**J**

**jaja** [1] - 121:18
**JAMES** [1] - 1:4
**January** [1] - 112:22
**Jose** [2] - 154:21, 154:23
**journey** [1] - 83:23
**Jr** [104] - 54:22, 55:6, 57:21, 58:2, 61:8, 61:15, 61:22, 61:25, 62:4, 62:10, 63:2, 72:21, 73:12, 73:15, 75:19, 75:22, 77:1, 78:4, 78:22, 79:21, 80:14, 82:22, 83:1, 84:15, 87:17, 89:19, 91:13, 91:18, 92:10, 92:11, 92:21, 92:24,

93:9, 95:16, 102:2, 102:17, 102:19, 102:21, 104:8, 105:5, 105:9, 105:13, 105:15, 107:9, 107:22, 108:4, 111:6, 111:13, 111:15, 111:17, 111:20, 112:10, 112:24, 113:6, 113:10, 118:8, 120:11, 120:17, 120:21, 121:3, 121:5, 121:9, 121:17, 121:22, 122:4, 122:14, 122:22, 123:4, 123:13, 124:1, 124:5, 124:9, 124:17, 124:19, 125:12, 125:15, 125:17, 125:24, 126:6, 128:25, 130:12, 131:16, 133:4, 134:3, 134:10, 137:10, 137:13, 137:16, 137:17, 137:20, 140:7, 140:22, 140:24, 141:6, 141:16, 142:2, 151:5, 151:12, 152:3, 152:5, 152:9, 155:8, 158:10, 158:20
**Jr.'s** [43] - 56:14, 57:22, 58:3, 61:20, 70:11, 87:1, 87:21, 89:17, 91:3, 93:10, 95:8, 96:18, 96:23, 98:1, 99:4, 99:6, 100:14, 101:23, 104:4, 106:6, 107:8, 108:21, 110:16, 112:9, 113:13, 114:12, 115:5, 116:5, 116:13, 116:16, 116:21, 118:4, 125:4, 128:2, 141:18, 141:19, 148:9, 151:7, 151:25, 152:11, 157:22, 158:17
**JR777exotics** [1] - 128:18
**JUDGE** [1] - 1:4
**Judge** [2] - 37:7, 44:12
**judge** [1] - 48:6
**Judgment** [1] - 55:22

**judicial** [1] - 160:7
**July** [11] - 70:14, 70:16, 122:8, 123:20, 124:23, 125:1, 125:9, 125:14, 125:15, 126:23, 128:4
**jump** [2] - 120:22, 122:5
**juncture** [2] - 9:24, 158:24
**June** [17] - 58:8, 58:19, 65:25, 66:8, 66:10, 79:5, 81:24, 82:4, 82:7, 83:4, 84:1, 120:6, 121:12, 142:8, 143:5, 143:6, 143:13
**jury** [45] - 5:5, 7:5, 10:8, 10:13, 11:11, 12:1, 12:11, 12:13, 13:21, 15:13, 15:21, 16:5, 16:10, 16:18, 17:3, 18:12, 18:19, 30:10, 30:15, 42:23, 47:3, 47:6, 47:8, 49:1, 49:2, 50:13, 52:1, 53:22, 55:20, 58:10, 64:1, 64:14, 74:6, 75:1, 77:23, 95:5, 101:11, 101:13, 118:24, 132:11, 138:11, 139:12, 139:13, 150:6, 155:25
**JURY** [2] - 1:16, 4:3
**jury's** [1] - 16:24
**Justice** [3] - 145:8, 145:10, 148:1

**K**

**Katherine** [1] - 2:4
**Katherine.rykken@ usdoj.gov** [1] - 2:8
**keep** [4] - 15:21, 43:5, 72:2, 123:1
**keeps** [1] - 22:15
**kept** [2] - 43:4, 75:4
**key** [2] - 102:16, 103:16
**kids** [1] - 148:24
**Kielwasser** [3] - 1:23, 160:10, 160:11
**kind** [9] - 31:10, 37:10, 41:21, 156:5, 156:19, 157:12, 157:16, 158:7
**kintinira** [1] - 131:7

**Kirkpatrick** [4] - 85:1, 85:3, 85:8, 86:14
**knowing** [1] - 41:14
**knowledge** [2] - 113:2, 155:5
**knows** [2] - 10:7, 12:2
**Korina** [1] - 91:14, 158:13
**Kyle** [1] - 52:8

## L

**LA** [1] - 120:14
**lack** [2] - 10:19, 156:4
**ladder** [1] - 156:2
**ladders** [1] - 155:22
**language** [4] - 25:13, 36:10, 36:15, 79:22
**larger** [3] - 95:20, 99:14, 108:3
**last** [26] - 4:9, 5:14, 5:22, 12:13, 17:18, 22:23, 31:10, 49:18, 49:25, 51:1, 59:23, 64:7, 77:23, 79:13, 88:13, 102:23, 104:17, 111:20, 112:7, 119:12, 120:1, 121:5, 126:9, 126:23, 138:13, 139:2
**lastly** [2] - 14:9, 60:3
**late** [2] - 17:5, 148:22
**laugh** [1] - 88:6
**laughing** [1] - 88:6
**Law** [3] - 2:14, 2:18, 2:23
**law** [8] - 7:14, 14:21, 86:23, 118:13, 147:14, 147:16, 147:19, 153:16
**law.com** [1] - 2:20
**lawfully** [1] - 145:1
**laws** [1] - 40:11
**lawyer** [3] - 39:15, 43:11, 43:20
**lawyers** [1] - 14:6
**lay** [4] - 91:9, 97:19, 103:23, 138:14
**lead** [1] - 156:2
**Leading** [2] - 52:10, 52:12
**leading** [1] - 93:2
**learn** [4] - 43:1, 55:11, 118:16, 151:10
**learned** [6] - 23:5, 43:3, 50:16, 55:13, 63:2, 152:3
**least** [2] - 37:6, 152:7

**left** [13] - 19:13, 47:24, 57:14, 57:20, 87:24, 88:19, 96:9, 108:2, 108:18, 114:15, 116:6, 116:19, 138:18
**legal** [4] - 9:9, 12:15, 17:8, 30:11
**legally** [1] - 147:12
**length** [2] - 76:12, 77:24
**lengthy** [2] - 36:2, 37:4
**less** [2] - 33:18, 160:5
**letter** [5] - 39:14, 39:23, 40:16, 42:5, 62:3
**level** [2] - 26:16, 45:8
**levels** [2] - 23:25, 45:4
**license** [7] - 54:2, 54:10, 56:14, 61:21, 68:6, 93:20
**licensed** [5] - 71:2, 71:7, 71:11, 71:16, 71:24
**licensee** [2] - 66:25, 70:24
**licensees** [1] - 71:25
**licenses** [1] - 68:1
**lied** [1] - 30:1
**life** [1] - 41:22
**light** [3] - 4:11, 47:15, 121:18
**likely** [2] - 49:8, 49:9
**lilbro** [1] - 120:19
**limited** [3] - 18:12, 53:25, 54:14
**limiting** [2] - 14:3, 47:21
**line** [5] - 9:12, 12:25, 13:4, 29:3, 144:18
**lines** [2] - 10:14, 27:20
**lisa** [1] - 2:17
**lisa@houle** [1] - 2:20
**lisa@houle-law.com** [1] - 2:20
**list** [8] - 34:1, 60:17, 147:1, 148:1, 148:4, 148:5, 149:22
**listed** [21] - 56:13, 58:14, 71:12, 71:17, 76:9, 76:14, 84:2, 84:21, 108:16, 109:1, 109:8, 110:5, 113:4, 113:16, 113:24, 117:25, 127:17, 127:24, 147:2, 151:17, 151:22
**listen** [1] - 8:22

**listening** [2] - 10:17, 11:17
**listing** [2] - 110:14, 147:16
**live** [4] - 39:10, 42:24, 123:18, 155:5
**lived** [8] - 149:2, 149:5, 149:18, 150:3, 150:7, 150:11, 155:8, 157:24
**Livin** [6] - 79:19, 96:10, 128:19, 128:24, 129:5, 130:3
**living** [2] - 151:11, 152:3
**local** [3] - 77:16, 154:3, 154:5
**located** [10] - 8:9, 60:22, 80:19, 83:10, 85:3, 92:5, 97:9, 116:14, 151:2, 155:15
**location** [2] - 99:22, 100:23
**locked** [1] - 62:19
**lodge** [2] - 103:22, 104:16
**lodged** [2] - 94:23, 104:16
**LOL** [13] - 88:4, 88:5, 88:14, 90:7, 90:12, 102:25, 103:1, 120:3, 120:14, 121:20, 123:11, 124:15, 133:1
**look** [15] - 12:6, 13:20, 32:21, 35:20, 35:22, 45:12, 45:16, 52:17, 82:10, 89:2, 124:10, 124:13, 144:14, 156:5, 156:16
**looked** [5] - 16:3, 114:19, 147:25, 149:20, 156:7
**looking** [10] - 33:1, 48:18, 59:2, 66:9, 67:10, 82:6, 99:13, 142:4, 143:5, 147:1
**looks** [7] - 49:7, 55:9, 95:24, 124:6, 124:8, 138:6, 155:20
**Los** [7] - 1:17, 1:24, 2:6, 2:24, 77:18, 83:10, 83:16
**loud** [3] - 88:6, 111:24
**love** [1] - 105:16
**lower** [2] - 24:4, 44:6
**lowering** [1] - 23:22
**lunch** [1] - 46:24

**lying** [5] - 28:20, 28:21, 28:23, 30:13, 30:16

## M

**mail** [1] - 61:25
**main** [5] - 19:23, 24:10, 24:14, 24:18, 27:18
**maintain** [1] - 50:25
**maintained** [2] - 145:4, 145:6
**major** [1] - 17:6
**man** [5] - 125:13, 130:13, 131:3, 131:17, 144:15
**manana** [1] - 126:11
**Manhattan** [1] - 2:19
**manufactured** [1] - 147:7
**Maravilla** [23] - 54:21, 56:10, 58:2, 59:14, 60:2, 60:9, 60:15, 61:10, 62:4, 65:18, 68:13, 69:3, 69:18, 78:15, 78:18, 109:9, 112:6, 134:4, 134:10, 136:9, 137:19, 140:8, 140:24
**March** [3] - 81:6, 118:10, 119:2
**Mark** [1] - 4:20
**mark** [1] - 41:22
**marked** [6] - 51:15, 65:10, 100:1, 132:8, 132:14, 134:19
**married** [1] - 42:24
**massage** [1] - 105:5
**master** [7] - 150:17, 150:24, 152:18, 152:19, 155:12, 155:13, 157:4
**match** [6] - 68:18, 69:9, 69:25, 85:24, 112:1, 127:23
**matches** [1] - 110:5
**material** [2] - 16:21, 73:20
**matter** [10] - 6:12, 6:13, 7:10, 14:10, 17:6, 17:8, 17:10, 47:8, 47:12, 160:4
**matters** [1] - 4:11
**mean** [13] - 7:23, 20:7, 50:23, 76:7, 76:16, 94:5, 94:10, 98:10, 103:1, 110:23,

145:6, 150:11, 157:11
**meaning** [2] - 39:24, 41:16
**means** [9] - 9:3, 19:18, 23:2, 28:15, 29:25, 40:6, 40:17, 80:11, 88:5
**meant** [4] - 39:7, 39:8, 140:5, 154:16
**meantime** [1] - 64:18
**meet** [5] - 8:18, 20:18, 26:1, 55:6, 125:20
**meeting** [7] - 29:14, 29:19, 32:6, 32:7, 32:22, 33:2, 138:20
**memory** [4] - 8:11, 33:2, 33:18, 34:19
**mention** [4] - 39:17, 80:12, 96:2, 130:9
**mentioned** [1] - 80:13
**mentions** [2] - 128:14, 130:15
**merely** [1] - 11:14
**mess** [1] - 158:4
**message** [83] - 79:16, 80:1, 80:4, 80:15, 81:9, 81:11, 81:19, 82:1, 82:7, 82:13, 82:14, 82:24, 82:25, 83:3, 83:7, 87:4, 88:2, 88:7, 88:13, 89:12, 90:1, 90:3, 90:5, 90:8, 91:13, 94:6, 96:4, 96:6, 102:6, 102:10, 102:13, 105:9, 105:13, 105:15, 105:19, 107:19, 107:21, 107:23, 107:25, 110:10, 111:15, 111:17, 111:20, 112:23, 113:6, 113:10, 118:11, 119:2, 119:23, 120:1, 120:12, 120:21, 121:5, 121:14, 122:1, 122:11, 123:3, 123:6, 123:10, 123:12, 123:23, 124:3, 124:5, 124:12, 124:19, 125:15, 125:17, 125:21, 126:8, 126:9, 126:13, 126:16, 126:23, 128:17, 128:21, 131:2, 131:4, 131:9,

131:14, 132:21, 132:24
**messages** [71] - 51:11, 73:22, 74:5, 74:6, 74:8, 74:10, 74:13, 78:21, 80:7, 87:14, 87:15, 87:17, 87:23, 87:25, 89:2, 89:17, 90:16, 90:17, 90:18, 91:15, 91:16, 92:10, 92:20, 93:9, 95:12, 95:13, 95:15, 95:17, 98:17, 99:6, 99:7, 99:11, 101:24, 102:3, 104:7, 104:9, 104:22, 104:23, 106:6, 111:5, 111:6, 112:21, 118:9, 120:5, 120:7, 121:11, 121:24, 122:7, 122:9, 122:10, 123:19, 123:21, 123:22, 124:25, 125:3, 125:5, 125:8, 125:23, 127:1, 128:14, 129:22, 130:19, 130:24, 130:25, 132:19, 141:17, 158:9
**met** [14] - 9:9, 12:16, 19:12, 25:17, 25:18, 31:6, 32:3, 33:19, 38:18, 38:25, 39:5, 41:25, 42:3, 42:8
**metadata** [7] - 80:23, 80:25, 81:5, 87:11, 99:17, 100:15, 128:3
**methods** [1] - 14:24
**Mexican** [1] - 149:13
**Mexico** [4] - 92:6, 93:20, 149:10, 149:13
**MHE252** [1] - 115:21
**Michael** [1] - 2:23
**Michoacan** [1] - 120:20
**microphone** [2] - 4:23, 5:4
**might** [3] - 32:24, 33:2, 144:4
**MIGUEL** [1] - 1:11
**miles** [2] - 83:8, 83:23
**millimeter** [1] - 50:4
**mind** [7] - 5:3, 5:6, 24:8, 24:19, 40:23, 41:24, 42:1
**mine** [3] - 105:8, 111:12, 113:9
**minimum** [1] - 50:25

**minutes** [4] - 78:1, 138:17, 138:22, 139:2
**misconduct** [2] - 11:1, 12:8
**misspoke** [1] - 76:11
**mistake** [1] - 27:21
**mistaken** [1] - 39:3
**mistakenly** [1] - 10:5
**mistrial** [4] - 4:9, 4:13, 15:18, 48:10
**misunderstood** [1] - 154:15
**mmo** [1] - 126:5
**model** [3] - 132:2, 146:16, 147:7
**Modesto** [1] - 131:8
**mojosas** [1] - 120:15
**moment** [3] - 6:25, 45:2, 65:1
**MONDAY** [2] - 1:17, 4:1
**Monday** [1] - 122:16
**money** [2] - 88:17, 102:24
**month** [3] - 31:10, 33:18, 119:3
**months** [6] - 30:2, 38:5, 38:8, 38:11, 57:13, 148:13
**Morales** [2] - 57:21, 58:23
**morning** [8] - 17:7, 17:15, 19:3, 19:4, 43:20, 47:11, 61:6, 138:21
**mostly** [1] - 154:24
**mother** [1] - 39:18
**motion** [15] - 4:7, 4:8, 4:10, 4:13, 7:8, 14:4, 14:11, 14:14, 15:18, 15:23, 16:4, 48:10, 48:13, 104:17, 118:23
**motivates** [1] - 25:4
**motivation** [2] - 11:24, 11:25
**motivators** [2] - 24:14, 24:18
**Motor** [2] - 55:1, 58:4
**move** [4] - 113:17, 118:21, 135:3, 152:7
**moved** [1] - 52:6
**moves** [12] - 51:19, 52:22, 64:20, 91:4, 93:22, 98:2, 104:11, 105:22, 107:10, 110:19, 112:11, 135:1
**moving** [3] - 10:11,

50:18, 50:19
**MR** [102] - 3:4, 3:6, 3:6, 4:20, 4:24, 5:12, 7:6, 7:10, 7:13, 7:21, 7:23, 9:25, 14:1, 14:9, 14:17, 15:16, 15:20, 16:8, 16:12, 18:6, 18:10, 18:14, 18:17, 18:22, 18:24, 19:2, 19:15, 19:18, 19:20, 19:25, 20:6, 20:9, 20:13, 20:20, 20:25, 21:3, 21:7, 21:14, 21:18, 21:23, 22:3, 22:9, 22:22, 30:23, 30:25, 33:4, 33:8, 35:18, 40:14, 43:13, 46:22, 47:7, 47:10, 48:9, 48:15, 48:18, 51:22, 52:10, 52:12, 52:24, 53:1, 63:5, 64:16, 64:23, 65:1, 65:4, 91:7, 91:19, 92:7, 92:14, 92:16, 93:1, 93:7, 93:15, 94:23, 98:5, 103:19, 103:21, 103:24, 104:15, 105:25, 107:13, 110:21, 112:14, 115:6, 115:9, 118:21, 118:25, 119:6, 119:13, 135:9, 138:5, 138:19, 139:4, 139:7, 143:21, 143:23, 146:1, 146:3, 146:6, 146:8, 154:8
**MS** [109] - 3:4, 3:5, 5:15, 12:21, 12:24, 43:16, 43:18, 45:20, 45:23, 46:20, 48:1, 48:5, 48:20, 48:23, 49:12, 49:21, 49:24, 51:19, 51:25, 52:15, 52:22, 53:4, 53:20, 54:17, 63:7, 63:19, 63:20, 63:24, 64:12, 64:18, 65:7, 65:9, 65:15, 83:25, 91:4, 91:11, 91:23, 92:9, 92:18, 92:19, 93:4, 93:13, 93:17, 93:22, 94:17, 94:21, 95:3, 95:4, 97:15, 97:19, 97:20, 98:2, 98:21, 100:3, 100:8, 100:10, 100:12, 101:16, 103:3, 103:4, 103:20,

103:25, 104:11, 104:20, 105:22, 106:3, 106:17, 106:20, 107:10, 107:17, 110:19, 111:3, 112:11, 112:19, 114:3, 114:7, 114:10, 115:8, 115:10, 115:25, 116:3, 119:1, 119:11, 119:20, 127:8, 127:11, 132:10, 132:13, 132:17, 135:1, 135:5, 135:7, 135:13, 135:20, 135:23, 136:16, 138:2, 138:15, 138:17, 139:1, 139:16, 140:3, 140:11, 140:25, 141:3, 141:8, 141:10, 141:23, 143:19
**MU24832** [1] - 111:25
**multi** [1] - 148:23
**multigenerational** [1] - 148:20
**multiple** [2] - 91:13, 136:8
**must** [8] - 11:23, 12:3, 36:23, 41:11, 41:13, 41:19, 41:20, 41:24

**N**

**nah** [2] - 120:18, 123:5
**naked** [1] - 53:11
**name** [14] - 17:17, 17:18, 49:18, 56:8, 61:22, 68:23, 69:14, 70:5, 79:18, 85:16, 87:3, 123:9, 126:1
**named** [1] - 54:21
**names** [2] - 57:17, 77:13
**nature** [5] - 15:1, 16:20, 27:9, 31:11, 94:9
**near** [1] - 139:20
**necessarily** [1] - 12:6
**need** [9] - 8:2, 14:11, 34:16, 48:17, 93:25, 102:24, 123:9, 138:6, 145:1
**needs** [2] - 118:14, 145:10
**never** [17] - 11:6, 12:2, 12:5, 29:6, 29:16, 30:9, 30:10, 30:17,

30:18, 39:21, 150:13, 150:14, 150:15, 150:23, 153:3, 153:6
**new** [6] - 31:13, 34:4, 34:5, 34:6, 40:10, 40:18
**next** [55] - 5:8, 16:16, 17:13, 48:3, 49:10, 81:14, 81:19, 88:7, 88:11, 90:8, 96:13, 100:1, 102:10, 102:13, 102:15, 102:19, 102:21, 105:9, 105:13, 105:15, 106:23, 109:21, 111:15, 111:17, 113:10, 113:17, 116:16, 119:23, 120:21, 121:5, 121:7, 121:19, 121:24, 122:1, 122:16, 122:25, 123:6, 123:10, 123:12, 124:3, 124:9, 124:19, 125:17, 125:21, 125:23, 126:3, 126:12, 126:16, 130:11, 131:4, 131:9, 131:14, 132:24, 144:18
**nice** [4] - 19:7, 27:5, 102:18, 157:12
**none** [6] - 7:4, 12:10, 13:21, 15:12, 44:10, 46:19
**noon** [2] - 46:24, 47:4
**normally** [1] - 151:1
**North** [2] - 2:6, 96:10
**Nos** [1] - 67:11
**noted** [1] - 10:11
**nothing** [5] - 9:23, 14:7, 25:4, 43:13, 46:20
**notice** [1] - 47:21
**noticed** [1] - 9:18
**notified** [2] - 80:13, 80:15, 130:10
**NOVEMBER** [2] - 1:17, 4:1
**November** [17] - 42:20, 59:3, 59:5, 67:6, 84:19, 85:19, 89:25, 90:2, 90:10, 95:14, 96:5, 99:7, 104:10, 104:24, 142:8, 142:23
**Number** [1] - 70:17

**number** [52] - 66:17, 68:10, 68:18, 68:19, 69:25, 70:1, 74:11, 74:14, 74:21, 75:18, 75:22, 76:14, 76:15, 76:17, 76:18, 76:21, 77:1, 78:7, 78:14, 82:15, 82:20, 84:22, 85:24, 87:6, 87:9, 88:16, 89:6, 89:20, 92:2, 108:15, 110:3, 110:5, 111:23, 112:1, 115:7, 115:15, 115:21, 117:4, 117:9, 117:15, 127:20, 127:23, 129:15, 131:23, 137:2, 141:11, 141:12, 141:15, 141:18

**numbers** [15] - 67:11, 67:20, 67:22, 67:23, 67:25, 68:5, 69:9, 77:13, 89:24, 106:24, 113:18, 137:19, 138:4, 140:6

**numerous** [1] - 73:15

### O

**o'clock** [3] - 46:25, 47:2, 146:4
**oath** [2] - 17:16, 49:16
**object** [10] - 4:25, 5:10, 6:9, 6:10, 9:12, 10:22, 47:12, 103:21, 104:15, 118:21
**objected** [2] - 5:24, 9:17
**objecting** [2] - 22:15, 91:7
**objection** [56] - 4:25, 6:2, 6:18, 8:24, 9:11, 10:5, 10:10, 10:12, 10:18, 10:19, 10:23, 12:12, 13:23, 19:15, 19:25, 20:9, 20:20, 21:3, 21:14, 21:23, 22:9, 51:21, 52:10, 52:12, 52:24, 53:1, 63:5, 64:15, 64:22, 65:4, 91:6, 91:19, 92:7, 92:14, 93:1, 93:7, 93:15, 94:22, 94:24, 98:4, 98:6, 103:22, 104:16, 104:18, 105:24, 107:12, 107:14, 110:21, 112:13,

112:15, 112:16, 119:6, 119:13, 135:8, 138:5, 138:13
**objectionable** [1] - 5:4
**objections** [12] - 12:20, 14:19, 16:19, 16:23, 17:1, 17:25, 18:1, 18:2, 18:3, 18:8, 22:17
**objects** [1] - 12:17
**obligation** [1] - 72:2
**obtain** [8] - 55:14, 71:1, 73:1, 74:16, 74:21, 85:5, 100:13, 114:11
**obtained** [3] - 57:9, 60:24, 80:21
**obviously** [7] - 8:14, 15:21, 36:20, 42:25, 151:25, 153:20, 153:23
**occasionally** [1] - 81:2
**occasions** [1] - 30:2
**occurred** [6] - 5:13, 5:21, 5:22, 6:6, 15:9, 22:19
**Oct** [1] - 131:7
**October** [19] - 31:5, 31:23, 32:8, 32:15, 33:2, 33:19, 35:9, 38:5, 38:11, 38:18, 38:25, 39:4, 41:24, 42:4, 42:9, 75:15, 77:7, 87:12
**OF** [5] - 1:2, 1:8, 2:3, 2:11, 2:21
**off-roster** [7] - 86:22, 132:3, 144:25, 146:21, 146:25, 147:22, 147:23
**offer** [4] - 41:14, 42:10, 42:12, 45:7
**offering** [5] - 39:15, 39:23, 40:16, 94:16, 94:20
**Office** [5] - 2:5, 25:17, 32:23, 39:14, 39:22
**office** [5] - 38:2, 43:8, 154:21, 154:23, 154:24
**Officer** [9] - 14:2, 14:3, 18:11, 18:21, 35:5, 47:11, 47:20, 52:25
**officers** [5] - 13:11, 19:23, 86:23, 153:15, 154:17
**official** [1] - 160:11
**Official** [1] - 1:23
**often** [1] - 154:5

**old** [4] - 90:6, 121:20, 130:13, 131:3
**older** [2] - 148:3, 148:5
**ON** [3] - 2:3, 2:11, 2:21
**on-roster** [1] - 145:1
**once** [4] - 17:16, 19:11, 35:22, 49:15
**one** [67] - 14:17, 21:11, 21:19, 22:1, 24:9, 24:12, 24:14, 24:18, 28:8, 30:14, 44:23, 47:8, 48:20, 59:10, 59:20, 64:20, 69:22, 73:7, 75:10, 75:25, 80:19, 84:3, 84:21, 85:13, 88:3, 88:24, 90:20, 91:3, 94:13, 96:9, 96:10, 102:8, 102:11, 102:23, 108:10, 108:24, 109:1, 109:10, 110:22, 111:12, 114:12, 114:15, 114:16, 115:5, 116:5, 116:21, 116:25, 117:23, 118:4, 121:2, 121:21, 122:20, 123:7, 123:8, 123:16, 127:15, 128:2, 128:20, 129:18, 133:2, 133:5, 146:18, 150:9, 155:21, 158:17
**ones** [2] - 94:14, 122:19
**ongoing** [1] - 14:19
**online** [1] - 124:13
**open** [5] - 18:8, 18:18, 22:21, 47:5, 61:20
**operate** [1] - 145:23
**operation** [6] - 51:2, 51:5, 51:8, 52:21, 53:17, 144:11
**opinion** [2] - 55:8, 89:1
**opportunity** [7] - 4:12, 4:15, 8:18, 13:22, 21:21, 22:6, 32:21
**opposing** [1] - 14:23
**opposition** [5] - 4:10, 4:14, 7:7, 7:15, 7:17
**options** [1] - 19:14
**order** [4] - 24:11, 24:15, 24:20, 85:1
**ordered** [2] - 5:20, 118:24
**orders** [1] - 86:8

**original** [3] - 48:12, 105:20, 106:8
**originally** [3] - 21:20, 22:4, 98:23
**originated** [1] - 76:17
**originating** [1] - 76:15
**Oscar** [19] - 54:21, 56:10, 57:20, 58:23, 59:8, 61:19, 61:22, 62:4, 66:5, 67:3, 70:10, 73:16, 79:21, 129:13, 136:1, 136:6, 136:19, 136:21, 137:9
**Otero** [1] - 37:7
**OTERO** [1] - 1:4
**ouch** [1] - 10:8
**outcome** [4] - 44:22, 44:24, 46:10, 46:13
**Outdoorsman** [6] - 66:21, 66:22, 67:15, 71:7, 71:21, 126:4
**outside** [5] - 5:16, 5:18, 5:21, 47:6, 138:10
**overboard** [1] - 133:1
**overcome** [1] - 10:12
**overrule** [3] - 16:19, 17:1, 18:2
**overruled** [21] - 9:2, 9:21, 10:19, 19:17, 20:2, 20:10, 20:22, 21:4, 21:16, 21:25, 52:13, 63:6, 91:20, 92:8, 93:8, 93:16, 94:25, 98:7, 104:18, 107:14, 112:16
**overwhelming** [1] - 13:13
**own** [1] - 39:1
**owns** [1] - 126:10

### P

**P-E-L-A-Y-O** [1] - 17:19
**p.m** [10] - 90:13, 102:6, 102:17, 102:23, 111:10, 123:3, 123:24, 124:12, 124:19, 126:24
**package** [1] - 88:4
**PAGE** [1] - 3:2
**page** [125] - 35:12, 37:9, 45:19, 45:20, 46:2, 46:5, 52:3, 52:4, 54:19, 55:18, 55:25, 56:1, 56:7,

57:15, 58:7, 59:2, 59:9, 59:15, 60:3, 61:18, 62:2, 64:2, 64:3, 64:20, 65:21, 66:6, 66:9, 67:1, 67:4, 67:7, 67:16, 68:11, 68:14, 68:17, 69:1, 69:4, 69:6, 69:16, 69:19, 69:22, 70:7, 70:13, 70:15, 71:4, 71:9, 71:14, 72:12, 72:18, 75:10, 75:24, 80:17, 81:8, 84:24, 85:13, 86:7, 86:10, 86:13, 86:25, 88:22, 95:6, 95:7, 95:19, 95:20, 96:21, 97:14, 97:16, 98:22, 99:13, 99:14, 101:20, 103:8, 106:4, 106:5, 107:18, 108:3, 108:7, 108:19, 110:1, 111:19, 111:22, 113:16, 113:17, 113:20, 113:23, 114:2, 115:2, 115:3, 116:10, 117:2, 117:6, 117:12, 117:21, 118:3, 122:1, 122:2, 123:12, 124:24, 126:12, 129:1, 129:25, 131:22, 131:25, 132:19, 142:10, 143:5
**pages** [4] - 36:3, 52:2, 86:6, 115:2
**paid** [1] - 86:4
**paper** [3] - 118:15, 131:6, 131:12
**papers** [3] - 10:11, 14:23, 105:12
**paperwork** [6] - 37:16, 111:16, 118:13, 131:11, 158:6, 158:7
**paps** [1] - 120:19
**papz** [1] - 122:15
**paragraph** [4] - 45:21, 46:3, 71:10, 71:15
**Paragraph** [1] - 71:5
**parent** [1] - 138:20
**parent-teacher** [1] - 138:20
**parking** [1] - 126:25
**part** [17] - 8:7, 23:13, 25:7, 34:15, 34:17, 37:10, 46:15, 47:15, 50:9, 72:15, 72:25,

81:15, 86:13, 94:6, 98:10, 98:17, 133:6
**participants** [2] - 104:7, 120:10
**participate** [3] - 52:5, 61:2, 139:18
**participated** [1] - 133:12
**particular** [27] - 55:12, 58:16, 74:6, 79:22, 80:14, 81:5, 82:13, 82:24, 83:3, 95:23, 97:1, 97:12, 98:17, 99:16, 101:24, 104:5, 115:14, 117:25, 118:5, 127:17, 128:1, 129:4, 134:2, 136:20, 137:8, 142:18
**partners** [1] - 154:5
**party** [1] - 13:24
**Pasadena** [1] - 138:21
**passage** [2] - 102:15, 126:9
**passport** [1] - 61:20
**pause** [3] - 48:2, 48:8, 140:1
**pay** [2] - 50:7, 88:17
**payment** [1] - 85:20
**PD** [1] - 153:13
**Pelayo** [26] - 4:21, 5:2, 5:20, 5:23, 6:4, 6:7, 6:16, 8:13, 9:5, 10:16, 11:8, 12:2, 14:20, 15:25, 16:5, 16:9, 16:14, 17:11, 17:12, 17:13, 17:19, 19:3, 22:15, 22:23, 33:17, 34:13
**PELAYO** [2] - 3:3, 18:25
**Pelayo's** [3] - 11:3, 11:5, 14:25
**people** [5] - 53:12, 73:7, 129:18, 133:22, 149:13
**people's** [2] - 77:13, 140:19
**percent** [1] - 40:22
**perfectly** [2] - 11:18, 22:14
**perhaps** [1] - 10:5
**period** [4] - 10:21, 40:8, 71:17, 75:13
**periodically** [1] - 10:7
**person** [21] - 17:13, 20:4, 20:7, 20:12, 20:18, 37:15, 37:18, 47:1, 53:10, 54:4,

54:24, 55:2, 55:6, 55:9, 58:24, 87:3, 89:20, 91:14, 154:12, 158:13, 159:2
**personal** [2] - 9:13, 61:14
**personally** [1] - 63:11
**personnel** [1] - 154:11
**perspective** [1] - 12:7
**pertaining** [1] - 85:11
**pertains** [1] - 87:4
**pertinent** [1] - 8:10
**phone** [79] - 30:2, 32:1, 32:4, 67:23, 67:25, 68:10, 73:16, 74:11, 74:13, 74:17, 74:21, 75:2, 75:3, 75:4, 75:11, 75:18, 75:21, 75:22, 76:8, 76:12, 76:14, 76:19, 76:23, 76:25, 77:6, 77:13, 77:25, 78:3, 78:7, 78:14, 78:17, 78:20, 80:22, 82:2, 82:11, 82:15, 82:20, 87:1, 87:6, 87:9, 87:21, 89:17, 89:20, 90:17, 91:14, 92:2, 93:10, 95:8, 96:18, 96:24, 98:1, 99:4, 99:7, 100:14, 100:15, 106:6, 107:8, 108:21, 110:16, 112:9, 121:16, 136:24, 137:1, 137:2, 137:19, 137:23, 138:3, 140:5, 141:11, 141:12, 141:15, 141:18, 141:19, 151:3
**phones** [20] - 72:9, 72:16, 72:17, 72:19, 72:23, 73:2, 73:5, 73:9, 73:11, 73:12, 73:21, 74:10, 80:20, 91:3, 114:12, 115:5, 116:5, 116:17, 116:22, 128:2
**phonetically** [2] - 91:14, 131:7
**photo** [16] - 81:1, 81:2, 88:8, 88:9, 88:10, 88:12, 88:24, 99:14, 108:1, 108:24, 112:25, 116:13, 124:4, 132:23, 136:20
**photograph** [26] -

55:4, 55:8, 62:6, 72:12, 73:24, 81:17, 81:18, 95:21, 96:21, 96:23, 97:1, 99:16, 99:22, 103:9, 108:4, 108:12, 108:20, 110:2, 113:16, 113:24, 115:12, 116:11, 117:3, 129:8, 129:10, 158:19
**photographs** [13] - 64:5, 73:23, 74:1, 80:21, 94:18, 96:17, 99:10, 104:25, 115:4, 115:14, 115:19, 134:11, 139:24
**photos** [15] - 73:15, 73:22, 93:10, 95:18, 111:8, 121:25, 122:3, 134:3, 134:6, 134:14, 150:21, 150:22, 156:16, 156:20, 157:7
**physical** [2] - 132:11, 132:13
**physically** [2] - 6:8, 150:23
**pick** [2] - 120:15, 128:19
**picking** [1] - 122:15
**picture** [2] - 136:1, 158:20
**pigs** [1] - 121:15
**pilot** [1] - 88:12
**pistol** [22] - 50:4, 53:16, 70:17, 81:16, 88:10, 95:18, 99:10, 103:15, 105:1, 105:6, 111:8, 112:25, 113:3, 121:25, 122:3, 124:4, 129:13, 131:20, 132:23
**pistols** [3] - 81:15, 88:24, 108:1
**place** [19] - 4:9, 6:19, 31:9, 66:20, 67:13, 68:21, 69:12, 70:3, 70:19, 71:21, 82:4, 84:18, 101:2, 124:22, 125:20, 126:2, 128:7, 133:14, 134:23
**placed** [1] - 76:19
**plain** [2] - 76:7, 133:2
**plaintiff** [1] - 1:9
**PLAINTIFF** [1] - 2:3
**plan** [1] - 152:7

**plated** [4] - 121:25, 128:20, 146:15, 147:22
**platform** [1] - 50:18
**play** [9] - 100:3, 114:4, 114:7, 115:25, 127:8, 135:21, 136:14, 137:25, 140:1
**played** [12] - 100:11, 114:9, 116:2, 127:10, 135:22, 136:15, 138:1, 140:2, 140:10, 141:2, 141:9, 141:22
**playing** [5] - 100:10, 140:9, 141:1, 141:8, 141:21
**plea** [15] - 21:13, 21:19, 35:25, 36:11, 37:2, 44:4, 44:13, 44:21, 44:24, 45:4, 45:10, 45:13, 46:11, 46:16, 57:10
**pleading** [1] - 16:3
**pleasant** [1] - 27:6
**pleases** [1] - 15:25
**pled** [2] - 13:8, 23:25
**ploy** [1] - 9:12
**Plus** [1] - 104:4
**plus** [1] - 38:11
**pluses** [1] - 42:7
**podium** [1] - 16:12
**point** [17] - 8:21, 9:7, 9:8, 12:14, 12:15, 14:13, 25:15, 39:8, 43:7, 43:21, 45:11, 83:8, 119:9, 137:12, 140:13, 140:21, 140:22
**pointed** [1] - 140:15
**pointing** [6] - 135:25, 136:1, 136:3, 136:18, 136:20, 140:21
**points** [5] - 33:23, 33:25, 34:15, 34:23
**police** [5] - 13:10, 19:23, 86:17, 154:3, 154:16
**Police** [2] - 99:23, 99:25
**pops** [1] - 131:11
**portion** [5] - 8:10, 136:7, 136:17, 136:23, 139:22
**portions** [1] - 98:14
**position** [4] - 7:14, 12:4, 14:4, 94:18
**positioning** [1] - 87:14

**possess** [1] - 56:23
**possessing** [1] - 62:12
**possible** [1] - 149:19
**possibly** [2] - 49:9, 147:5
**post** [8] - 129:3, 129:4, 129:18, 129:20, 130:1, 130:3, 130:4, 130:22
**poster** [11] - 64:13, 65:10, 65:16, 66:13, 66:16, 106:18, 108:16, 109:15, 113:4, 127:24, 142:4
**posts** [1] - 130:16
**potential** [2] - 11:16, 11:23
**pregnant** [1] - 42:25
**prejudice** [1] - 7:3
**premeerz** [2] - 121:1, 121:2
**Premier** [1] - 81:12
**prepare** [2] - 26:1, 26:4, 31:18
**prepared** [3] - 14:14, 15:21, 26:3
**preparing** [1] - 77:15
**Prescott** [1] - 85:4
**presence** [5] - 17:2, 47:6, 101:10, 138:10, 139:11
**present** [8] - 4:19, 16:11, 49:3, 101:13, 101:14, 139:14, 149:7
**Present** [1] - 2:9
**presented** [1] - 4:16
**PRESIDING** [1] - 1:4
**pretty** [1] - 154:6
**previous** [2] - 59:20, 119:3
**previously** [1] - 34:13
**PREVIOUSLY** [1] - 3:3, 18:25
**price** [1] - 89:12
**prison** [7] - 21:21, 21:22, 22:6, 22:8, 23:2, 23:8, 23:12
**privilege** [15] - 4:25, 5:25, 6:3, 6:9, 8:25, 9:1, 9:20, 11:16, 11:20, 15:6, 19:16, 20:1, 20:21, 21:15, 21:24
**problem** [2] - 11:23, 15:8
**problematic** [3] - 7:16, 10:4, 10:15
**proceed** [5] - 4:17,

14:14, 15:14, 22:18, 54:16
**proceeded** [1] - 20:4
**proceeding** [2] - 6:14, 17:9
**Proceedings** [1] - 1:16
**proceedings** [8] - 5:19, 10:2, 17:2, 47:5, 101:10, 138:10, 139:11, 160:3
**proceeds** [1] - 18:5
**process** [7] - 9:8, 9:9, 12:15, 19:11, 26:12, 37:4
**Professional** [1] - 2:14
**proffer** [8] - 25:8, 25:9, 27:25, 28:9, 28:25, 30:19, 31:10, 34:12
**proficiency** [1] - 50:25
**prohibited** [2] - 54:4, 62:12
**promise** [1] - 23:14
**promised** [1] - 23:15
**promises** [2] - 44:8, 46:17
**prompted** [1] - 15:11
**pronounced** [1] - 79:19
**proof** [1] - 145:16
**properly** [1] - 145:5
**prosecuted** [1] - 10:6
**prosecuting** [1] - 40:7
**prosecution** [18] - 14:10, 25:16, 26:13, 26:22, 28:10, 31:6, 31:20, 31:23, 32:6, 33:19, 34:1, 35:5, 36:4, 41:25, 42:3, 42:4, 42:9, 47:12
**prosecutorial** [2] - 11:1, 12:7
**protect** [1] - 157:16
**provide** [5] - 48:21, 81:1, 82:9, 85:10, 135:13
**provided** [8] - 50:15, 67:18, 73:6, 75:13, 85:14, 86:8, 86:11, 86:14
**providing** [1] - 35:19
**provision** [3] - 44:15, 44:18, 45:13
**pull** [4] - 88:21, 155:22, 156:1, 156:2
**pull-down** [1] - 155:22
**purchase** [14] - 28:5,

28:12, 32:11, 35:6, 37:16, 38:15, 70:8, 74:9, 85:18, 88:18, 93:11, 124:13, 144:10, 144:23
**purchased** [13] - 38:7, 65:18, 65:23, 66:10, 67:8, 69:6, 69:23, 70:16, 71:20, 74:1, 85:22, 109:10, 129:13
**purchaser** [6] - 68:11, 69:2, 112:4, 145:2, 145:11, 145:19
**purchasing** [1] - 92:11
**pure** [1] - 118:21
**purpose** [3] - 53:25, 54:14, 54:15
**put** [7] - 6:13, 42:7, 106:18, 144:3, 156:7, 157:13, 157:15
**puts** [1] - 80:13

## Q

**qualifying** [2] - 50:21, 50:23
**quarterly** [1] - 50:22
**queen** [1] - 26:10
**questioning** [7] - 5:1, 6:23, 9:12, 10:17, 11:17, 11:18, 12:19
**questions** [9] - 6:16, 6:17, 10:7, 12:25, 13:4, 13:22, 14:19, 15:7, 16:20, 18:1, 22:14, 28:6, 37:7, 46:21, 47:18, 133:24, 143:19, 146:2
**quick** [1] - 17:22
**quickly** [1] - 4:14
**quite** [2] - 17:5, 83:19
**quoting** [1] - 89:12

## R

**Rachel** [1] - 2:13
**Rafa** [2] - 151:22
**Rafael** [11] - 58:1, 59:14, 60:2, 60:9, 68:13, 69:3, 69:18, 109:9, 112:6, 151:10, 151:17
**raise** [2] - 6:2, 18:8
**raised** [4] - 13:23, 15:10, 16:23, 17:9
**raises** [1] - 17:25

**raising** [1] - 6:8
**range** [1] - 156:8
**reaction** [1] - 12:8
**read** [34] - 4:14, 8:2, 8:10, 18:11, 24:6, 34:15, 37:13, 46:1, 48:22, 51:4, 56:17, 56:21, 80:4, 81:11, 82:16, 89:16, 96:8, 109:16, 111:24, 113:6, 118:9, 118:11, 119:23, 125:23, 126:8, 126:16, 127:20, 128:17, 130:4, 131:22, 132:1, 135:18, 142:6
**reading** [7] - 33:12, 33:15, 33:17, 34:11, 91:16, 92:4, 126:13
**ready** [2] - 48:24, 48:25
**real** [2] - 17:21, 27:21
**realize** [1] - 133:23
**realizing** [1] - 11:18
**really** [4] - 29:24, 123:16, 140:22, 157:21
**rear** [1] - 150:15
**reason** [4] - 11:4, 13:3, 13:16, 94:18
**receipts** [1] - 86:7
**receive** [4] - 44:9, 48:12, 50:10, 57:12
**received** [47] - 3:9, 3:10, 3:11, 3:12, 3:13, 3:14, 3:15, 3:16, 3:17, 39:14, 39:23, 40:16, 40:20, 40:23, 51:23, 51:24, 53:2, 53:3, 65:5, 65:6, 75:3, 75:10, 76:23, 79:10, 82:1, 82:17, 95:1, 95:2, 98:7, 98:8, 98:12, 98:24, 104:19, 106:1, 106:2, 107:7, 107:15, 107:16, 111:1, 111:2, 112:17, 112:18, 120:8, 128:11, 135:10, 135:11, 142:16
**recently** [3] - 42:14, 42:16, 152:6
**recess** [7] - 6:13, 8:6, 47:4, 100:6, 101:5, 131:8, 137:12
**Recess** [3] - 8:8, 101:9, 139:10

**recessed** [2] - 19:11, 20:17
**recognize** [23] - 35:23, 51:16, 52:18, 57:16, 57:17, 68:5, 68:8, 68:9, 90:25, 95:23, 96:21, 97:6, 97:22, 100:23, 110:11, 114:13, 114:21, 114:23, 116:23, 127:12, 129:10, 134:14, 141:11
**recognized** [2] - 7:1, 134:9
**recollection** [5] - 45:12, 46:7, 140:16, 140:23, 154:11
**recommendation** [1] - 44:25
**reconsideration** [2] - 14:11, 48:10
**record** [48] - 4:5, 6:19, 7:8, 8:5, 8:11, 10:2, 10:20, 13:2, 14:1, 14:5, 15:3, 17:15, 30:23, 35:12, 43:19, 48:7, 49:17, 54:2, 55:1, 56:5, 56:9, 57:5, 57:8, 57:11, 58:8, 64:25, 65:3, 68:2, 71:6, 79:9, 79:10, 82:9, 82:17, 85:16, 85:20, 86:4, 86:7, 86:10, 86:13, 97:17, 98:23, 104:3, 104:12, 107:7, 128:10, 128:11, 156:13, 158:23
**recorded** [5] - 15:24, 100:16, 133:16, 133:23, 160:3
**recording** [3] - 133:19, 135:16, 135:19
**recordings** [1] - 16:5
**records** [56] - 55:14, 58:11, 58:19, 59:4, 59:10, 59:17, 59:21, 59:23, 60:5, 64:4, 65:22, 71:1, 71:23, 72:3, 72:5, 74:21, 74:24, 75:1, 75:2, 75:4, 75:11, 75:13, 75:17, 76:15, 76:24, 77:6, 77:10, 78:3, 78:6, 78:13, 79:2, 82:20, 85:5, 85:6, 85:10, 85:13, 86:17, 89:8, 96:13, 106:21, 106:22, 107:3,

107:4, 109:20, 120:8, 127:2, 128:7, 128:23, 136:8, 136:24, 137:6, 141:14, 142:12, 142:15, 149:4
**recover** [2] - 73:17, 73:20, 116:16
**recovered** [36] - 62:18, 64:6, 72:16, 72:17, 72:19, 80:20, 82:18, 84:5, 88:24, 89:17, 90:17, 95:24, 96:23, 99:4, 104:3, 108:10, 108:13, 108:24, 110:8, 110:15, 113:12, 114:17, 115:4, 115:12, 115:20, 116:20, 116:21, 117:3, 117:7, 117:13, 117:23, 127:15, 131:20, 132:5, 156:23, 157:1
**red** [2] - 102:14, 105:3
**REDIRECT** [2] - 3:4, 43:17
**reduction** [2] - 23:15, 160:6
**reductions** [1] - 45:11
**refer** [3] - 56:25, 67:22, 103:6
**reference** [4] - 5:13, 5:22, 93:25, 118:18
**referred** [7] - 26:10, 26:11, 58:24, 73:16, 80:12, 91:24, 158:10
**referring** [8] - 95:9, 106:15, 138:4, 139:24, 140:7, 140:14, 141:5, 141:25
**refers** [3] - 118:17, 127:3, 147:6
**reflect** [1] - 73:8
**refresh** [5] - 8:11, 33:2, 33:18, 34:19, 45:12
**refreshes** [1] - 46:7
**regard** [1] - 11:10
**regarding** [6] - 5:9, 9:12, 16:3, 54:6, 54:12, 135:14
**regardless** [1] - 144:25
**regards** [1] - 5:1
**registered** [1] - 77:1
**regular** [1] - 53:11
**regulations** [1] - 160:7
**reiterating** [1] - 34:12

**relate** [1] - 47:11
**relation** [2] - 83:10, 127:6
**relationship** [6] - 11:3, 57:20, 58:1, 91:17, 91:22, 137:15
**relevance** [1] - 14:5
**relevant** [6] - 73:17, 74:16, 81:25, 94:15, 98:15, 119:4
**relics** [2] - 147:13, 147:15
**relief** [2] - 41:13, 41:20
**remain** [1] - 5:20
**remainder** [2] - 105:4, 111:9
**remaining** [1] - 86:6
**remedy** [1] - 11:13
**remember** [26] - 28:2, 28:17, 31:3, 32:10, 32:18, 33:9, 34:11, 38:3, 38:8, 42:21, 44:18, 45:2, 45:5, 45:6, 45:7, 63:1, 83:18, 105:14, 119:22, 140:18, 146:15, 155:7, 155:11, 155:23, 157:21, 159:3
**remembered** [1] - 33:10
**remind** [1] - 18:19
**reminded** [3] - 17:16, 28:22, 49:15
**reminder** [1] - 58:9
**repeat** [10] - 9:5, 21:6, 22:1, 22:23, 24:12, 28:8, 30:14, 40:1, 44:23, 76:4
**rephrase** [6] - 28:22, 87:20, 92:17, 93:2, 119:10, 122:21
**replies** [1] - 90:17
**reply** [1] - 48:11
**report** [18] - 32:21, 33:1, 33:10, 33:13, 33:17, 33:22, 34:11, 35:2, 35:4, 35:9, 38:14, 51:4, 51:7, 51:10, 73:6, 73:8, 105:21, 152:24
**reporter** [3] - 8:3, 8:7, 8:9
**Reporter** [2] - 1:23, 160:11
**Reporter's** [1] - 1:16
**represent** [6] - 6:3, 13:7, 55:9, 58:12, 76:22, 88:16

**representation** [1] - 5:2
**representations** [1] - 134:22
**representatives** [1] - 153:24
**represented** [4] - 6:4, 8:15, 17:12, 77:21
**represents** [1] - 99:3
**request** [6] - 5:16, 5:18, 9:19, 16:6, 132:15, 139:3
**require** [2] - 9:19, 44:13
**required** [1] - 144:22
**requires** [1] - 145:22
**resided** [1] - 55:2
**residence** [14] - 57:23, 58:5, 60:25, 61:8, 61:11, 61:13, 61:25, 62:15, 64:6, 80:20, 84:6, 97:4, 133:15, 148:9
**residency** [1] - 145:16
**responds** [1] - 120:24
**response** [28] - 7:7, 11:6, 102:17, 105:7, 105:13, 111:13, 113:8, 118:24, 120:17, 121:3, 121:17, 121:22, 122:4, 122:14, 122:18, 122:21, 123:15, 124:1, 124:5, 124:7, 124:17, 125:12, 125:19, 126:6, 131:16, 133:4, 134:13
**responses** [4] - 121:19, 122:25, 124:9, 126:3
**responsibilities** [1] - 36:8
**rest** [1] - 41:22
**rests** [1] - 14:12
**resume** [2] - 139:6, 158:25
**RESUMED** [2] - 3:4, 19:1
**resumes** [1] - 18:14
**return** [3] - 46:25, 101:6, 138:7
**returns** [1] - 16:18
**review** [6] - 60:10, 73:4, 76:24, 90:16, 91:13, 92:10, 96:12, 127:1, 134:15, 152:24
**reviewed** [20] - 13:9,

13:10, 13:11, 65:22, 71:23, 72:6, 73:6, 78:20, 79:2, 89:8, 92:20, 106:6, 106:22, 109:20, 136:24, 137:6, 137:8, 141:17, 150:1
**reviewing** [1] - 14:6
**rig** [1] - 88:3
**rights** [1] - 36:7
**ring** [1] - 33:7
**rise** [2] - 47:3, 49:1
**Robinson** [3] - 2:13, 2:13, 2:14
**ROBINSON** [24] - 3:6, 14:1, 14:9, 18:10, 18:14, 18:17, 18:22, 18:24, 22:22, 47:7, 47:10, 48:9, 48:15, 48:18, 51:22, 52:24, 118:21, 118:25, 119:6, 119:13, 135:9, 143:21, 143:23, 146:1
**Rodriguez** [14] - 2:22, 2:23, 5:24, 6:16, 6:17, 8:2, 8:12, 8:21, 9:3, 10:22, 12:14, 12:18, 13:22, 46:21
**RODRIGUEZ** [59] - 3:4, 3:6, 15:16, 15:20, 16:8, 16:12, 19:2, 19:18, 19:20, 20:6, 20:13, 20:25, 21:7, 21:18, 22:3, 30:23, 30:25, 33:4, 33:8, 35:18, 40:14, 43:13, 46:22, 52:10, 52:12, 53:1, 63:5, 64:16, 64:23, 65:1, 65:4, 91:7, 91:19, 92:7, 92:14, 92:16, 93:1, 93:7, 93:15, 94:23, 98:5, 103:19, 103:21, 103:24, 104:15, 105:25, 107:13, 110:21, 112:14, 115:6, 115:9, 138:5, 138:19, 139:4, 139:7, 146:3, 146:6, 146:8, 154:8
**romantic** [2] - 91:21, 94:9
**Ronin** [8] - 68:22, 69:13, 70:4, 71:10, 71:21, 100:24, 101:2, 144:10
**room** [3] - 150:13, 150:15

**Room** [1] - 1:24
**Rosecrans** [1] - 2:18
**roster** [10] - 86:18, 86:22, 132:3, 144:25, 145:1, 146:21, 146:25, 147:17, 147:22, 147:23
**rounds** [1] - 50:24
**row** [9] - 59:9, 59:23, 68:19, 75:24, 76:2, 110:6, 142:20, 142:22, 143:11
**rows** [6] - 58:8, 60:4, 66:13, 66:16, 84:2, 125:7
**RPR** [2] - 1:23, 160:11
**Rubin** [1] - 58:1
**Rudy** [2] - 127:4, 127:5
**rule** [6] - 6:11, 6:18, 13:23
**ruled** [2] - 9:23, 12:12
**rules** [4] - 14:15, 31:9, 86:19, 86:21
**ruling** [2] - 10:12, 106:1
**RYKKEN** [8] - 3:4, 43:16, 43:18, 45:20, 45:23, 46:20, 100:10, 138:17
**Rykken** [8] - 2:4, 6:6, 6:22, 8:24, 9:18, 12:9, 26:22, 27:17

## S

**safe** [1] - 62:19
**safely** [2] - 50:16, 145:24
**safety** [2] - 144:22, 145:20
**sale** [2] - 56:23, 79:4
**sales** [4] - 85:1, 85:11, 86:8, 136:9
**Salina** [1] - 83:9
**Salinas** [3] - 55:3, 57:24, 58:6, 60:22, 62:5, 72:8, 83:15, 84:6, 109:14, 148:15, 153:13, 154:6, 154:16
**San** [2] - 154:21, 154:23
**Santa** [1] - 56:2
**saved** [4] - 74:17, 80:22, 89:20, 91:14
**savings** [2] - 143:4, 143:18

**saw** [11] - 32:24, 32:25, 78:24, 80:1, 99:14, 114:24, 150:7, 150:19, 150:21, 150:22, 157:7
**scandalous** [1] - 7:18
**schedule** [1] - 138:20
**screen** [42] - 51:7, 51:10, 51:17, 52:1, 52:19, 53:5, 53:14, 54:19, 64:1, 65:8, 65:16, 65:20, 66:1, 66:2, 74:16, 74:18, 79:18, 80:19, 80:21, 82:6, 82:25, 87:1, 87:12, 87:15, 87:19, 87:20, 88:19, 95:5, 96:1, 101:17, 101:18, 104:21, 106:4, 108:2, 108:6, 111:4, 112:20, 116:7, 129:3, 132:18, 142:3, 144:3
**scrolling** [1] - 86:6
**seal** [2] - 56:2, 56:4
**search** [56] - 60:25, 61:2, 61:4, 61:7, 61:13, 61:24, 62:7, 62:9, 62:14, 63:18, 63:21, 64:9, 64:10, 72:8, 73:1, 75:17, 78:6, 78:13, 79:13, 82:18, 84:5, 84:13, 88:25, 95:25, 97:10, 97:11, 103:13, 108:11, 109:13, 110:8, 113:12, 114:17, 114:25, 115:12, 115:20, 116:14, 117:3, 117:7, 117:14, 117:24, 120:9, 127:16, 128:12, 131:21, 132:5, 148:8, 150:2, 150:3, 151:1, 151:20, 153:25, 154:10, 157:7
**searched** [3] - 75:13, 151:2, 151:25
**searching** [1] - 153:9
**seat** [3] - 16:14, 17:4, 49:6
**second** [8] - 31:9, 38:9, 47:15, 59:9, 77:21, 110:22, 113:18, 143:13
**secondly** [1] - 14:4
**seconds** [2] - 78:1,

100:8
**Section** [3] - 2:5, 54:3, 66:10
**section** [5] - 56:8, 56:16, 56:17, 67:17, 101:21
**see** [23] - 7:3, 9:15, 22:10, 34:17, 37:10, 45:18, 45:24, 47:23, 75:17, 76:5, 84:21, 93:14, 109:24, 121:6, 122:17, 125:13, 144:4, 144:15, 144:19, 145:23, 148:2, 150:19, 156:7
**seeing** [1] - 33:10
**seem** [1] - 36:13
**seize** [2] - 72:9, 73:24
**seized** [1] - 74:6
**seizure** [1] - 76:9
**selected** [1] - 98:14
**sell** [7] - 58:20, 59:5, 59:10, 59:24, 60:6, 84:2, 111:16
**seller** [2] - 68:2, 145:4
**seller's** [3] - 68:23, 69:14, 70:5
**send** [6] - 80:6, 93:10, 95:17, 99:7, 99:9, 126:1
**sending** [1] - 107:23
**sends** [1] - 111:6
**sense** [1] - 7:18
**sent** [12] - 83:5, 87:15, 87:24, 90:3, 95:7, 95:15, 97:25, 107:21, 108:4, 112:23, 145:7, 158:20
**sentence** [4] - 44:6, 44:9, 44:11, 57:11
**sentencing** [3] - 23:16, 23:23, 45:4
**separate** [2] - 17:5, 17:8
**Sept** [1] - 131:5
**September** [9] - 31:1, 37:21, 38:10, 56:12, 57:7, 75:15, 77:7, 133:10
**serial** [27] - 66:17, 67:11, 68:18, 69:9, 69:25, 84:22, 85:24, 89:5, 108:15, 110:2, 110:5, 111:23, 112:1, 113:18, 115:15, 115:21, 117:3, 117:9, 117:15, 127:20,

127:23, 129:15, 131:23
**Serial** [1] - 70:17
**series** [2] - 67:20, 156:20
**serious** [1] - 43:1
**serve** [6] - 21:22, 22:5, 22:7, 23:2, 148:8, 151:20
**service** [2] - 50:1, 50:3
**serving** [1] - 150:2
**session** [1] - 28:9
**sets** [1] - 36:3
**seven** [6] - 33:22, 153:18, 153:19, 154:14, 154:16, 154:19
**several** [1] - 103:2
**shared** [1] - 155:9
**sheer** [2] - 13:20, 14:8
**shit** [1] - 118:14
**shocked** [1] - 13:14
**shoot** [1] - 50:24
**shooting** [1] - 50:17
**short** [2] - 95:10, 138:6
**shot** [8] - 80:19, 87:1, 87:12, 87:19, 87:20, 101:18, 116:7, 129:3
**shots** [7] - 51:7, 51:10, 51:17, 52:19, 74:16, 74:18, 80:21
**show** [48] - 44:19, 53:6, 53:15, 55:17, 57:14, 59:19, 60:13, 61:18, 62:2, 63:25, 64:2, 64:18, 65:20, 69:6, 71:4, 71:15, 72:18, 75:7, 75:9, 80:25, 81:6, 84:24, 84:25, 95:6, 100:15, 101:21, 104:2, 104:25, 105:19, 108:2, 108:6, 108:18, 110:1, 113:15, 113:16, 115:2, 115:11, 115:14, 116:6, 116:9, 117:6, 117:12, 118:2, 124:16, 129:8, 130:1, 134:2
**showed** [1] - 136:8
**showing** [62] - 52:3, 53:14, 54:18, 58:7, 59:15, 61:17, 62:2, 66:9, 66:13, 66:16, 70:7, 71:9, 71:14, 72:11, 72:14, 72:15, 74:18, 77:3, 79:6,

79:25, 80:17, 81:8, 81:23, 86:10, 86:25, 88:20, 89:15, 95:19, 96:1, 96:20, 97:5, 97:14, 101:4, 101:17, 101:20, 103:8, 104:21, 106:4, 107:18, 112:10, 112:20, 113:23, 114:2, 115:1, 115:11, 115:19, 117:2, 117:21, 120:4, 121:7, 122:6, 123:18, 124:24, 128:9, 129:1, 129:25, 130:18, 131:18, 131:22, 132:18, 139:23, 142:9
**shown** [6] - 90:1, 116:25, 127:12, 129:17, 156:19, 158:21
**shows** [6] - 53:16, 61:19, 72:16, 72:19, 95:7, 104:3
**sic** [2] - 30:11, 88:3
**sic]** [2] - 20:16, 30:9
**sick** [3] - 90:6, 123:11, 124:6
**side** [16] - 57:14, 57:15, 57:20, 57:25, 87:24, 88:19, 88:21, 108:2, 108:6, 108:18, 108:19, 108:23, 116:6, 116:9, 116:19
**sidebar** [9] - 6:12, 6:25, 7:1, 9:16, 9:18, 9:22, 12:10, 17:21, 22:11
**Sidebar** [1] - 17:23
**sides** [2] - 13:21, 133:3
**sign** [1] - 31:13
**signature** [1] - 38:13
**signed** [12] - 26:7, 26:20, 26:22, 26:25, 31:1, 37:21, 42:5, 42:10, 43:8, 44:3, 60:14, 158:19
**significant** [1] - 10:21
**signify** [1] - 80:8
**signs** [1] - 131:12
**similar** [7] - 59:20, 65:17, 95:24, 97:9, 114:16, 114:24, 116:24
**simply** [1] - 16:25

**sino** [1] - 126:4
**sit** [2] - 23:22, 43:20
**sitting** [3] - 10:17, 139:20, 139:21
**situation** [3] - 11:16, 153:23, 154:4
**six** [2] - 13:6, 30:2
**size** [1] - 147:9
**slow** [1] - 64:24
**slower** [1] - 40:1
**small** [2] - 27:9, 155:6
**so..** [1] - 20:5
**sold** [2] - 96:17, 146:18
**someone** [2] - 40:7, 155:13
**sometime** [1] - 131:5
**sometimes** [1] - 80:24
**somewhat** [1] - 25:21
**son** [3] - 24:23, 137:17, 141:5
**soon** [2] - 128:19, 152:7
**sorry** [34] - 5:15, 7:22, 23:6, 27:16, 28:10, 31:25, 34:7, 38:6, 38:23, 39:7, 52:11, 52:12, 63:1, 64:23, 66:3, 66:15, 68:8, 70:7, 76:11, 81:8, 84:8, 90:24, 103:19, 112:14, 115:6, 128:12, 142:10, 144:15, 145:15, 148:11, 148:21, 156:12, 158:15, 158:20
**sort** [2] - 41:20, 148:24
**sounds** [1] - 131:17
**source** [5] - 82:14, 82:16, 101:22, 118:3, 125:3
**South** [1] - 138:21
**Spanish** [6] - 79:22, 80:9, 106:8, 118:17, 129:6, 129:22
**speaking** [1] - 31:19
**Special** [18] - 48:3, 49:13, 51:18, 52:8, 52:20, 53:9, 53:16, 53:24, 101:12, 106:21, 133:13, 139:15, 139:17, 140:4, 140:19, 151:4, 153:10
**special** [1] - 16:6
**specific** [4] - 11:10, 58:16, 70:15, 152:15
**speculation** [8] -

13:20, 14:8, 91:19, 92:7, 92:14, 118:22, 119:7, 138:5
**spell** [3] - 17:17, 49:17, 49:18
**spelled** [2] - 91:14, 131:7
**spend** [1] - 148:18
**spent** [1] - 36:20
**spine** [1] - 51:15
**split** [1] - 151:1
**spoken** [4] - 13:6, 43:21, 43:24, 44:1
**spread** [1] - 116:24
**Spring** [1] - 2:6
**spur** [1] - 6:24
**square** [1] - 155:2
**Sr** [37] - 58:25, 59:8, 60:14, 61:10, 65:18, 65:23, 66:5, 67:3, 70:10, 78:8, 78:11, 79:4, 84:11, 84:13, 129:14, 134:4, 134:10, 136:6, 136:9, 136:12, 136:19, 136:21, 137:16, 137:19, 137:23, 140:7, 140:15, 146:19, 149:2, 149:7, 149:18, 149:20, 150:3, 150:7, 151:21, 152:19, 153:3
**Sr.'s** [4] - 136:1, 137:2, 137:17, 150:14
**St** [11] - 60:20, 62:4, 64:6, 80:20, 103:12, 108:25, 114:24, 148:14, 148:15, 149:24, 150:4
**stainless** [1] - 114:15
**stamped** [2] - 111:10, 126:13
**stand** [5] - 5:8, 16:16, 49:13, 65:12, 144:21
**standing** [7] - 6:2, 10:19, 17:13, 19:13, 37:6, 50:18, 139:20
**start** [14] - 17:20, 22:16, 33:11, 50:14, 54:18, 57:17, 73:23, 111:10, 123:3, 123:12, 126:12, 126:21, 143:20, 159:3
**started** [1] - 15:17
**starting** [2] - 17:5, 125:14

**State** [1] - 145:16
**state** [1] - 17:17
**statement** [4] - 29:1,
34:23, 38:14, 104:12
**statements** [4] -
34:13, 34:14, 54:1,
151:12
**STATES** [2] - 1:1, 1:8
**states** [4] - 35:4,
37:12, 37:14, 160:7
**States** [5] - 4:6, 54:2,
54:4, 54:11, 93:20
**stating** [1] - 38:14
**stay** [1] - 40:25
**stayed** [1] - 41:1
**stays** [1] - 39:24
**steel** [1] - 114:15
**stenographically** [1] -
160:3
**sticking** [1] - 153:2
**still** [14] - 17:16, 33:7,
38:19, 39:1, 39:3,
39:6, 49:16, 125:11,
128:18, 156:10,
156:14, 157:2,
157:5, 157:19
**stop** [1] - 158:24
**story** [2] - 29:7, 30:12
**streamline** [1] -
156:19
**Street** [4] - 1:24, 2:6,
60:20, 148:15
**street** [1] - 125:22
**strike** [5] - 18:4,
27:16, 41:12,
118:21, 146:14
**string** [1] - 94:7
**struck** [3] - 18:13,
22:17, 118:24
**subject** [1] - 27:11
**subs** [2] - 56:24, 56:25
**subscribed** [4] -
74:21, 75:19, 75:22,
82:21
**subscriber** [2] -
128:23, 141:14
**substance** [1] - 57:1
**subtitle** [1] - 142:13
**suggest** [2] - 6:15,
140:13
**suggested** [3] - 37:15,
38:7, 38:15
**suggesting** [3] - 11:8,
92:11, 92:16
**suggestion** [3] -
32:11, 35:7, 35:8
**Suite** [4] - 2:6, 2:14,
2:18, 2:24
**summarize** [2] - 64:3,
65:17, 77:6, 77:9

**summarized** [1] -
71:20
**summarizing** [3] -
51:4, 142:15, 142:18
**summary** [30] - 64:21,
69:10, 70:1, 77:4,
77:9, 79:3, 82:10,
84:3, 84:17, 89:16,
91:2, 94:4, 94:10,
95:7, 97:25, 98:9,
98:10, 98:16,
106:14, 109:1,
110:14, 110:24,
113:4, 113:24,
114:19, 117:19,
127:18, 142:6,
142:14, 142:15
**Super** [5] - 81:12,
81:20, 85:23, 132:2,
146:25
**super** [2] - 113:22,
147:3
**Superior** [1] - 56:2
**Superman** [1] - 51:11
**Supers** [1] - 147:2
**surveillance** [1] -
52:19
**sustain** [2] - 18:1,
18:3
**sustaining** [1] - 22:16
**Sworn** [2] - 3:3, 18:25
**SWORN** [2] - 3:5,
49:22
**system** [1] - 58:15

# T

**Tab** [3] - 90:20, 97:21,
107:5
**tab** [10] - 45:15, 45:16,
45:20, 51:15, 52:16,
103:18, 105:18,
110:10, 112:7
**table** [4] - 112:25,
114:21, 114:24,
139:21
**Tactical** [8] - 68:22,
69:13, 70:4, 71:10,
71:21, 100:24,
101:2, 144:11
**tapping** [1] - 140:19
**target** [2] - 50:24,
50:25
**teacher** [1] - 138:20
**team** [14] - 25:16,
26:13, 28:11, 31:6,
31:20, 31:23, 32:6,
33:19, 34:2, 35:5,
36:4, 42:3, 42:4,

42:9
**teams** [1] - 151:1
**teens** [1] - 147:3
**telephone** [2] - 1:25,
20:18
**temporarily** [1] - 154:4
**ten** [5] - 62:18, 71:19,
138:17, 139:2
**term** [3] - 44:21,
106:14, 147:6
**terminating** [1] -
76:21
**terms** [11] - 20:5, 20:8,
21:13, 24:17, 40:4,
49:5, 49:7, 74:2,
74:5, 78:1, 83:23
**testified** [6] - 24:9,
24:13, 44:3, 152:22,
156:14
**testify** [6] - 11:6, 24:9,
31:7, 31:18, 31:19,
158:9
**testifying** [4] - 5:23,
14:2, 32:20, 45:2
**testimony** [25] - 5:17,
18:15, 20:19, 21:1,
21:9, 24:3, 30:10,
30:15, 36:5, 38:24,
39:18, 40:15, 42:23,
43:21, 53:23, 54:13,
134:7, 146:11,
146:20, 147:21,
147:22, 150:6,
153:3, 155:11,
156:20
**text** [38] - 73:22, 74:5,
74:6, 74:8, 74:10,
78:21, 80:7, 82:1,
82:7, 82:13, 82:14,
82:24, 82:25, 83:3,
87:4, 87:14, 87:15,
87:17, 87:23, 87:24,
89:1, 89:12, 90:16,
91:13, 92:20,
107:19, 119:2,
120:12, 126:13,
128:17, 129:6,
130:4, 131:1,
132:24, 141:17,
144:7, 144:14,
144:18
**THE** [168] - 2:3, 2:11,
2:21, 4:5, 4:22, 5:7,
5:13, 5:20, 7:9, 7:12,
7:19, 7:22, 7:25, 8:6,
8:9, 9:1, 9:15, 12:6,
12:23, 13:20, 14:7,
14:16, 15:4, 15:18,
16:3, 16:9, 16:13,
17:4, 17:19, 17:20,

17:24, 18:7, 18:13,
18:16, 18:19, 18:23,
19:17, 19:19, 20:2,
20:3, 20:10, 20:11,
20:22, 20:24, 21:4,
21:6, 21:16, 21:17,
21:25, 22:1, 22:10,
22:13, 33:5, 33:7,
35:16, 40:13, 43:15,
45:19, 45:22, 46:21,
46:23, 47:9, 47:23,
48:3, 48:14, 48:17,
48:21, 48:25, 49:2,
49:19, 49:20, 51:21,
51:23, 52:11, 52:13,
52:14, 53:2, 53:22,
63:6, 63:15, 63:23,
64:15, 64:17, 64:22,
65:5, 65:13, 65:14,
83:21, 83:22, 91:6,
91:9, 91:20, 91:21,
92:8, 92:15, 92:17,
93:2, 93:8, 93:9,
93:16, 93:24, 94:3,
94:4, 94:7, 94:10,
94:11, 94:12, 94:13,
94:16, 94:20, 94:22,
94:25, 97:18, 98:4,
98:7, 98:9, 98:12,
98:16, 98:19, 98:20,
100:5, 100:9, 101:5,
101:12, 103:2,
103:23, 104:14,
104:18, 105:24,
106:1, 106:19,
107:12, 107:14,
110:22, 110:25,
111:1, 112:13,
112:16, 114:6,
114:8, 118:23,
119:8, 119:14,
119:16, 119:17,
119:18, 119:19,
132:12, 132:15,
135:3, 135:6, 135:8,
135:10, 135:15,
138:6, 138:12,
138:16, 138:23,
139:3, 139:6, 139:9,
139:13, 140:15,
140:16, 140:18,
143:20, 146:5,
158:24
**the38superman** [14] -
51:18, 74:19, 80:5,
81:10, 81:11, 120:9,
121:9, 128:13,
128:14, 129:19,
130:6, 130:8, 130:9,
130:13
**themselves** [1] - 15:2

**thereafter** [2] - 6:6,
152:7
**thereby** [1] - 30:12
**they've** [1] - 13:9
**three** [22] - 24:4, 30:1,
31:5, 34:2, 38:1,
39:8, 57:13, 69:6,
71:24, 72:2, 109:10,
109:13, 117:18,
122:24, 125:23,
126:3, 134:19,
145:11, 148:19,
155:2, 155:3
**throughout** [1] - 22:25
**Thursday** [14] - 4:9,
5:23, 7:16, 7:20,
10:4, 15:9, 19:10,
20:17, 21:8, 24:9,
24:13, 24:19, 28:18,
43:22
**tickets** [1] - 121:16
**Tijuana** [1] - 120:18
**timestamp** [2] - 123:3,
123:13
**timing** [1] - 119:2
**title** [6] - 58:10, 59:15,
76:11, 79:7, 87:3,
142:11
**Title** [3] - 54:2, 54:4,
54:11
**today** [5] - 10:3, 24:9,
24:14, 24:19, 147:21
**today's** [1] - 6:14
**together** [4] - 39:10,
42:7, 42:24, 42:25
**toll** [6] - 74:24, 75:1,
75:11, 75:17, 78:6,
78:13
**TOLLIVER** [2] - 3:5,
49:22
**Tolliver** [3] - 2:9,
49:13, 49:19
**tomorrow** [4] -
125:11, 125:13,
158:25, 159:4
**took** [6] - 4:9, 6:13,
83:19, 83:24, 128:7,
134:23
**top** [18] - 20:5, 34:15,
34:17, 56:7, 60:4,
61:22, 66:7, 67:17,
75:12, 101:21,
113:1, 116:14,
121:13, 122:11,
123:23, 142:20,
158:6
**Torrance** [1] - 2:15
**total** [1] - 62:17
**touch** [2] - 136:12,
137:23

**training** [3] - 50:9, 50:10, 93:18
**transaction** [20] - 65:23, 66:20, 67:13, 68:21, 69:12, 70:3, 70:18, 82:4, 84:18, 96:13, 100:18, 101:1, 106:23, 107:3, 109:4, 109:21, 124:22, 128:7, 142:22, 143:13
**transactions** [6] - 58:13, 58:16, 59:3, 60:11, 89:23, 143:6
**Transcript** [1] - 1:16
**transcript** [5] - 8:7, 8:10, 135:17, 160:3, 160:5
**transcripts** [1] - 135:14
**transferee** [3] - 145:12, 145:19, 145:22
**transferor** [1] - 145:5
**transferor's** [1] - 68:23
**transferred** [1] - 86:20
**transferring** [1] - 144:24
**translated** [2] - 106:12, 129:22
**translation** [5] - 80:1, 80:9, 96:2, 130:1, 130:11
**traveled** [1] - 149:9
**TRIAL** [2] - 1:16, 4:3
**trial** [9] - 13:15, 23:5, 23:7, 44:22, 44:25, 46:11, 46:14, 99:1, 134:15
**tried** [1] - 27:2
**trouble** [4] - 39:24, 40:25, 41:1, 62:21
**truck** [1] - 90:15
**true** [1] - 160:2
**truth** [3] - 24:17, 44:13, 44:20
**try** [2] - 122:16, 131:5
**trying** [5] - 11:14, 11:22, 39:7, 63:1, 119:9
**Tuesday** [3] - 49:8, 49:9, 122:17
**turn** [14] - 37:9, 42:5, 45:15, 51:15, 52:16, 55:25, 90:20, 97:21, 103:18, 105:18, 107:5, 110:10, 112:7, 130:14

**turned** [1] - 6:7
**Turner's** [7] - 28:13, 66:21, 66:22, 67:15, 71:6, 119:25, 126:4
**Turners** [1] - 71:21
**turning** [14] - 56:7, 64:3, 67:1, 67:4, 67:7, 67:16, 68:11, 69:1, 69:16, 69:19, 106:5, 111:19, 122:1, 126:12
**two** [71] - 13:10, 19:23, 23:25, 42:7, 42:17, 42:18, 43:2, 45:4, 45:8, 45:11, 54:8, 54:14, 56:21, 57:16, 57:18, 58:8, 58:20, 59:5, 60:4, 60:6, 66:10, 66:13, 66:14, 66:16, 66:17, 67:7, 67:25, 72:16, 72:19, 72:23, 73:1, 73:4, 73:8, 79:4, 81:15, 84:2, 84:3, 84:5, 89:13, 93:5, 94:8, 94:14, 95:17, 95:18, 98:14, 99:7, 99:10, 104:22, 104:25, 108:1, 111:5, 111:6, 111:8, 114:13, 116:17, 121:19, 121:24, 121:25, 122:25, 124:9, 124:25, 125:7, 130:13, 142:6, 143:6, 148:19, 153:8, 153:14
**two-level** [1] - 45:8
**two-point** [1] - 45:11
**type** [12] - 17:24, 41:14, 50:3, 55:20, 85:18, 104:5, 105:2, 122:9, 125:5, 126:4, 130:24, 143:1
**types** [8] - 73:14, 73:20, 73:23, 74:2, 75:4, 76:15, 120:7, 123:21

## U

**U.S** [5] - 25:17, 32:22, 38:2, 39:14, 39:22
**UC** [1] - 52:20
**ultimately** [1] - 44:11
**umm** [4] - 63:2, 87:19, 92:15
**unaware** [1] - 40:15
**uncommon** [1] -

149:13
**uncovered** [1] - 155:13
**under** [8] - 4:25, 17:16, 45:4, 49:16, 93:23, 104:12, 119:7, 155:6
**undercover** [6] - 51:1, 51:4, 51:8, 52:9, 53:17, 144:11
**underlined** [1] - 37:10
**underneath** [1] - 67:25
**understood** [2] - 9:25, 37:18
**unintentional** [1] - 12:8
**unique** [2] - 15:4, 17:24
**united** [1] - 160:7
**United** [5] - 4:6, 54:2, 54:4, 54:11, 93:20
**UNITED** [2] - 1:1, 1:8
**universal** [1] - 7:18
**unlawful** [1] - 54:10
**unless** [1] - 16:1
**unload** [1] - 50:17
**unloading** [1] - 50:20
**up** [28] - 10:22, 21:21, 23:8, 23:11, 27:12, 29:2, 29:4, 29:13, 30:17, 30:18, 36:10, 44:19, 47:18, 51:14, 64:12, 65:12, 83:13, 88:21, 106:18, 120:15, 122:15, 124:2, 124:13, 128:19, 144:3, 151:1, 156:2, 156:7
**update** [1] - 118:14
**US** [1] - 2:5
**USC** [1] - 29:3
**user** [2] - 73:16, 80:13, 128:23
**users** [1] - 98:14
**utilize** [1] - 154:5
**utilized** [2] - 150:9, 150:11

## V

**vac** [1] - 102:24
**variance** [1] - 45:8
**various** [2] - 50:20, 81:3
**Vehicles** [1] - 55:1, 55:4
**velvet** [1] - 157:13
**Veronica** [1] - 2:4

**veronica.dragalin@ usdoj.gov** [1] - 2:8
**version** [3] - 65:11, 99:14, 108:3
**versus** [1] - 4:6
**Vicente** [1] - 102:8
**Victoria** [1] - 2:17
**video** [18] - 51:8, 52:19, 100:2, 100:7, 100:13, 100:15, 100:21, 101:18, 114:4, 114:11, 114:14, 116:4, 116:7, 116:20, 116:21, 128:1, 128:3, 128:4
**Video** [3] - 100:11, 114:9, 116:2
**videos** [4] - 73:22, 74:2, 74:4
**view** [6] - 6:22, 22:13, 116:7
**viewed** [6] - 100:21, 101:18, 105:21, 116:7, 130:21, 134:6
**viewing** [1] - 82:24
**vine** [1] - 125:25
**violating** [2] - 29:3, 40:11
**violation** [3] - 54:2, 54:4, 54:10
**violations** [1] - 7:17
**visible** [1] - 53:11
**visit** [1] - 149:9
**VS** [1] - 1:10

## W

**wait** [5] - 5:16, 5:18, 102:20, 120:22, 121:2
**waiting** [2] - 15:21, 121:18
**waived** [1] - 36:14
**walking** [1] - 153:9
**wants** [3] - 15:17, 16:2, 88:3
**War** [1] - 147:10
**warrant** [34] - 60:25, 61:7, 62:7, 62:9, 62:14, 72:8, 73:1, 79:13, 82:19, 88:25, 95:25, 97:10, 97:11, 103:13, 108:11, 114:17, 114:25, 116:14, 117:8, 117:14, 117:24, 120:9, 127:16, 128:12, 131:21,

132:6, 148:8, 150:2, 150:3, 151:20, 153:20, 153:25, 157:8
**ways** [2] - 16:22, 22:16
**weapon** [4] - 50:1, 50:3, 50:5, 50:10
**wearing** [2] - 52:20, 53:9
**website** [2] - 147:1, 147:25
**Wednesday** [2] - 49:9
**week** [9] - 5:14, 5:23, 49:25, 51:1, 79:13, 104:17, 119:12, 120:23, 122:16
**weekend** [1] - 19:7
**weeks** [12] - 31:5, 34:2, 38:1, 39:8, 42:17, 42:18, 43:2, 50:15, 96:11, 130:13
**WEST** [1] - 1:24
**WhatsApp** [27] - 73:22, 74:13, 89:17, 89:19, 90:16, 91:2, 91:15, 91:16, 94:4, 95:12, 97:25, 99:6, 101:24, 104:6, 106:5, 107:7, 107:19, 110:15, 112:10, 118:6, 122:10, 123:22, 125:6, 126:13, 130:25, 132:24, 158:9
**whole** [1] - 94:7
**WHT** [1] - 90:15
**wife** [4] - 39:18, 42:6, 149:2, 150:7
**Wilshire** [1] - 2:24
**wish** [2] - 4:17, 123:1
**WITNESS** [32] - 3:2, 3:3, 3:5, 17:19, 18:25, 19:19, 20:3, 20:11, 20:24, 21:6, 21:17, 22:1, 33:7, 45:22, 49:19, 49:22, 52:14, 65:14, 83:22, 91:21, 93:9, 94:3, 94:7, 94:11, 94:13, 98:12, 98:19, 110:25, 119:16, 119:18, 140:15, 140:18
**witness** [25] - 4:18, 5:18, 6:24, 12:19, 13:18, 14:2, 16:15, 16:25, 17:11, 18:4, 18:5, 18:11, 18:20,

22:14, 22:17, 33:6, 34:21, 35:17, 46:23, 48:3, 49:11, 49:20, 139:2
**witness's** [1] - 54:13
**witnesses** [1] - 5:16
**woman** [1] - 155:8
**wooden** [4] - 102:14, 105:3, 157:12, 157:19
**word** [4] - 25:12, 40:6, 92:16, 156:4
**words** [5] - 31:24, 45:9, 76:19, 77:18, 82:10
**works** [3] - 20:5, 23:17, 126:10
**World** [1] - 147:10
**worried** [4] - 29:19, 29:22, 29:25, 30:4
**write** [5] - 35:2, 80:11, 90:14, 111:11, 125:10
**writing** [2] - 94:24, 96:6
**written** [1] - 104:17
**WTF** [1] - 133:5

## Y

**YASUSHIRO** [1] - 1:12
**year** [4] - 39:5, 39:25, 57:3, 147:6
**years** [5] - 21:21, 22:5, 23:8, 57:13, 153:8
**yesterday** [1] - 48:11
**youngsters** [1] - 133:1
**yourself** [1] - 31:16
**yourselves** [3] - 47:1, 101:8, 159:2

## Z

**zoom** [8] - 58:7, 110:2, 111:22, 113:17, 121:13, 122:11, 127:20, 131:1
**zooming** [42] - 55:4, 56:7, 56:16, 59:2, 59:9, 59:23, 60:3, 66:9, 67:16, 71:4, 71:9, 71:14, 76:2, 79:6, 79:16, 89:15, 95:19, 101:20, 104:21, 105:4, 105:17, 111:4, 111:9, 111:19, 120:12, 123:2, 123:23, 124:11,

125:2, 125:7, 125:14, 126:8, 128:17, 129:17, 129:20, 130:3, 130:15, 142:10, 142:20, 143:5