1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                          ---

4         HONORABLE S. JAMES OTERO, JUDGE PRESIDING

5                          ---

6

7

8    **UNITED STATES OF AMERICA,**        )
                                          )
9                                         )
                                          )
10            Plaintiff;                  )
                                          )No. CR 18-121SJO
11        VS                              )
                                          )
12   **CARLOS MIGUEL FERNANDEZ,**         **)**
     **EDWARD YASUSHIRO ARAO,**           )
13                                        )
                                          )
14            Defendants.                 )
     _____      )
15

16

17          Reporter's Transcript of Proceedings
                  **JURY TRIAL - DAY SIX**
                   Los Angeles, California
18           **WEDNESDAY, NOVEMBER 20, 2019**

19

20

21

22

23          Anne Kielwasser, CRR, RPR, CSR
            Federal Official Court Reporter
24          350 WEST 1ST Street, Room 4455
            Los Angeles, California 90012
25            Telephone: (213) 894-2969
              anne.kielwasser@gmail.com

```
 1                    A P P E A R A N C E S

 2

 3    ON BEHALF OF THE PLAINTIFF:

 4    Katherine A Rykken
      Veronica Dragalin
 5    AUSA - Office of US Attorney
      General Crimes Section
 6    312 North Spring Street Suite 1200
      Los Angeles, CA 90012
 7    213-894-3659
      Fax: 213-894-0141
 8    Email: Katherine.rykken@usdoj.gov
      Email: Veronica.dragalin@usdoj.gov
 9


10    ON BEHALF OF THE DEFENDANT EDWARD Y. ARAO:

11

12    Edward M Robinson
      Rachel Robinson
13    Edward M. Robinson A Professional Law Corporation
      21515 Hawthorne Boulevard Suite 730
14    Torrance, CA 90503
      310-316-9333
15    Fax: 310-316-6442
      Email: Eroblaw@gmail.com
16
      Lisa Victoria Houle
17    Houle Law APC
      1230 Rosecrans, Suite 300
18    Manhattan Beach, CA 90266
      424-332-9079
19    Lisa@houle-law.com

20
      ON BEHALF OF THE DEFENDANT CARLOS M. FERNANDEZ:
21
      Ambrosio Eduardo Rodriguez
22    Michael J Hanagan
      The Rodriguez Law Group
23    626 Wilshire Boulevard Suite 460
      Los Angeles, CA 90017
24    213-995-6767
      Email: Aer@aerlawgroup.com

25
```

| | | |
|---|---|---|
| 08:35:16 | 1 | WEDNESDAY, NOVEMBER 20, 2019                    8:30 A.M. |
| 08:35:16 | 2 | ~ ~ ~ |
| 08:35:16 | 3 | **JURY TRIAL - DAY SIX** |
| 09:06:51 | 4 | ~ ~ ~ |
| 09:06:51 | 5 | **THE COURT:**  We're back on the record on the United |
| 09:06:53 | 6 | States versus Arao and Fernandez. |
| 09:06:54 | 7 | We have counsel present with the defendants |
| 09:06:58 | 8 | present. |
| 09:06:59 | 9 | Please have a seat. |
| 09:07:00 | 10 | So, we have some preliminary matters to |
| 09:07:03 | 11 | cover.  First, I want to make sure that the lawyers have had |
| 09:07:05 | 12 | an opportunity yesterday to review and examine all the |
| 09:07:09 | 13 | exhibits that will be provided to the jury. |
| 09:07:11 | 14 | Has that been done? |
| 09:07:13 | 15 | **MS. DRAGALIN:**  Yes, Your Honor. |
| 09:07:18 | 16 | **MR. HANAGAN:**  We did, Your Honor. |
| 09:07:20 | 17 | **THE COURT:**  And I want to make sure that we have |
| 09:07:21 | 18 | copies for each of the jurors -- regarding the jury |
| 09:07:25 | 19 | instructions. |
| 09:07:25 | 20 | **MS. RYKKEN:**  We do.  I'll note that defense |
| 09:07:27 | 21 | counsel for defendant Arao took a copy.  I don't know if it |
| 09:07:30 | 22 | was put back. |
| 09:07:33 | 23 | **THE COURT:**  And I noticed that Mr. Robinson is not |
| 09:07:35 | 24 | here today. |
| 09:07:37 | 25 | **MS. ROBINSON:**  He is just downstairs on another |

| | | |
|---|---|---|
| 09:07:40 | 1 | case.  He will be available. |
| 09:07:42 | 2 | **THE COURT:**  Okay.  Yeah, there are certain issues |
| 09:07:48 | 3 | that we need to discuss this morning, and Mr. Robinson is |
| 09:07:51 | 4 | required to be here.  I understand he's in another court. |
| 09:07:54 | 5 | So, when he arrives, we can take up those issues. |
| 09:07:57 | 6 | And I want to make sure that the defense has |
| 09:08:00 | 7 | had an opportunity to review all of the jury instructions and |
| 09:08:04 | 8 | the government to make sure that all of the instructions that |
| 09:08:07 | 9 | will be given to each of the jurors are all in order and are |
| 09:08:11 | 10 | agreed to. |
| 09:08:12 | 11 | Has that been done? |
| 09:08:13 | 12 | **MS. RYKKEN:**  Yes, Your Honor. |
| 09:08:15 | 13 | **MS. ROBINSON:**  Yes, Your Honor. |
| 09:08:16 | 14 | **THE COURT:**  And then we have the verdict form. |
| 09:08:19 | 15 | Verdict form that has been reviewed by everyone.  We have -- |
| 09:08:22 | 16 | Mr. Rodriguez is not here. |
| 09:08:26 | 17 | **MR. HANAGAN:**  Your Honor, Mr. Rodriguez is here. |
| 09:08:28 | 18 | He just stepped out for a moment.  We've reviewed the verdict |
| 09:08:32 | 19 | form. |
| 09:08:32 | 20 | **THE COURT:**  Okay.  And you're here on behalf of |
| 09:08:33 | 21 | your client. |
| 09:08:35 | 22 | **MR. HANAGAN:**  Yes, that's correct. |
| 09:08:39 | 23 | **THE COURT:**  So, are there any housekeeping matters |
| 09:08:42 | 24 | to address before we move to the new motion that has been |
| 09:08:47 | 25 | filed this morning? |

09:08:48  1          MS. RYKKEN:  The only other item going back to the

09:08:51  2     jury is the trial indictment, which I've given to both

09:08:54  3     defense counsel.  So, I assume they have read it and that

09:08:56  4     they are fine with it.

09:08:58  5          MS. ROBINSON:  Yes, we have, Your Honor.

09:09:00  6          MR. HANAGAN:  We have, Your Honor.

09:09:01  7          THE COURT:  And when will Mr. Robinson arrive?  Do

09:09:01  8     you have an --

09:09:05  9          MS. ROBINSON:  He was not expecting to be here

09:09:08  10    this morning.  So --

09:09:09  11          We are in contact with him right now.  He's

09:09:11  12    representing another witness in another trial, so --

09:09:14  13          THE COURT:  So, when -- I'm not sure.

09:09:16  14          Is he in another court?

09:09:19  15          MS. ROBINSON:  He is in Judge Phillips's court.

09:09:23  16          THE COURT:  Okay, when is he going to conclude

09:09:26  17    with Judge Phillips?

09:09:27  18          MS. HOULE:  Your Honor, let me say this.  If you

09:09:30  19    need Mr. Robinson here now, we will get him here now.

09:09:36  20          THE COURT:  Okay, let's have Mr. Robinson here.

09:09:36  21          MS. HOULE:  Okay.  Thank you.

09:09:43  22          THE COURT:  And I don't want to disrupt Judge

09:09:46  23    Phillips's proceedings, so I want to make sure that he's

09:09:49  24    brought here after he concludes whatever he needs to conclude

09:09:52  25    with Judge Phillips.  Okay?

| | | |
|---|---|---|
| 09:10:12 | 1 | **MS. HOULE:** I see Mr. Robinson coming in, Your |
| 09:10:16 | 2 | Honor. |
| 09:10:16 | 3 | **THE COURT:** Okay, Mr. Robinson has arrived. |
| 09:10:21 | 4 | The Court is in receipt of the defendants -- |
| 09:10:32 | 5 | Mr. Arao's motion for a curative instruction regarding the |
| 09:10:35 | 6 | government's impermissible arguments on rebuttal, and those |
| 09:10:38 | 7 | are -- that's a caption of the motion, and the government has |
| 09:10:42 | 8 | filed an opposition thereto. |
| 09:10:46 | 9 | The requests for a curative instruction is |
| 09:10:51 | 10 | based on what occurred yesterday, and that is certain |
| 09:10:54 | 11 | arguments made by the government, Ms. Dragalin, regarding |
| 09:11:01 | 12 | evidence of Mr. Arao's or Officer Arao's straw purchases as |
| 09:11:09 | 13 | substantive evidence of guilt. |
| 09:11:11 | 14 | The Court sustained the objections of defense |
| 09:11:16 | 15 | counsel at that time.  I understand that the government is |
| 09:11:24 | 16 | concerned about the Court sustaining the objections.  That |
| 09:11:28 | 17 | being said, the Court stands by its sustaining the objection. |
| 09:11:32 | 18 | The request for a curative instruction is denied. |
| 09:11:36 | 19 | Separate and apart from that, Mr. Robinson, |
| 09:11:39 | 20 | your conduct yesterday was totally unacceptable.  You lost |
| 09:11:43 | 21 | your composure in open court, you directed certain of your |
| 09:11:46 | 22 | comments to -- comments for the lawyers representing the |
| 09:11:50 | 23 | government here and not to the Court.  Your conduct was |
| 09:11:57 | 24 | hostile and open, unprofessional.  You also were |
| 09:12:02 | 25 | disrespectful of Mr. Jenkins. |

09:12:05  1          Mr. Jenkins has been a lawyer in this Court

09:12:08  2   on a number of occasions, on a number of trials.  I've known

09:12:11  3   him for a number of years.  He's a very honorable person.  I

09:12:14  4   do not know the two prosecutors here, but I know Mr. Jenkins.

09:12:19  5   And so at the very least I would suggest that you apologize.

09:12:23  6          **MR. ROBINSON:**  Your Honor, I apologize to the

09:12:25  7   Court.  I have apologized to Mr. Jenkins.  I've had the same

09:12:28  8   experience with him.  And, Your Honor, I take the Court's

09:12:31  9   admonition very seriously.  I do apologize, and I will not

09:12:35  10  allow that to happen again.

09:12:36  11         **THE COURT:**  Thank you.

09:12:37  12         With that being said, is there anything else

09:12:39  13  to handle?

09:12:40  14         We're waiting for the jury to return.

09:12:44  15         COURT CLERK:  They're all here.

09:12:46  16         **THE COURT:**  I think the jury is all here.

09:12:49  17         Yes.

09:12:50  18         **MR. ROBINSON:**  I'm sorry, Your Honor.

09:12:56  19         **THE COURT:**  I think Ms. Robinson would like to

09:12:58  20  address the Court.

09:12:59  21         **MR. ROBINSON:**  She would, but before we do that,

09:13:02  22  Your Honor, I appreciate the Court's indulgence.  I have a

09:13:03  23  witness who's testifying in front of Judge Phillips, and

09:13:07  24  Ms. Robinson is supposed to be capable of doing this.

09:13:08  25         Would the Court please excuse me so that I

| | |
|---|---|
| 09:13:11 | 1 |

can be down there?  I don't know that it's necessary for me

to be here for the concluding instructions.

　　　　　THE COURT:  No, I needed you here this morning for

the Court to make reference to the conduct yesterday.  That's

been done.

　　　　　MR. ROBINSON:  Thank you, Your Honor.  May I be

excused?

　　　　　THE COURT:  Yes.

　　　　　MR. ROBINSON:  Thank you.

　　　　　MS. ROBINSON:  Good morning, Your Honor.

　　　　　　　　I just have a brief comment in light of the

Court's denial of our motion.

　　　　　　　　I just would like to address and make clear

the fact that in the government's opposition to our motion,

they cite to the audit report which was never introduced into

evidence.

　　　　　　　　The testimony in the trial elicited for

direct and on cross-examination by their witness was that

there were two issues with the audit report, that the audit

report -- they were concerned about some of the buyers, and

that Officer Fernandez came up.

　　　　　　　　To the extent that the government now

attempts to rely on that audit report not in evidence to

support its position, we would argue is further improper

conduct, and we would request that the Court take that into

09:14:26  1  consideration in light of the continued efforts to improperly

09:14:35  2  introduce arguments and evidence that the government should

09:14:38  3  not have.

09:14:39  4       THE COURT:  The request for a curative instruction

09:14:41  5  is denied.

09:14:42  6            And now let's bring the jury out, please.

09:17:33  7            (Following proceedings were held in the presence

09:17:33  8  of the jury.)

09:17:34  9       THE COURT:  Okay, we have our jury assembled today

09:17:36  10  with the alternates.

09:17:37  11            Please have a seat.

09:17:39  12            Okay, the case has concluded, obviously,

09:17:41  13  yesterday.  So, this morning you're going to start your

09:17:44  14  deliberations.  You'll have in the jury room -- you're going

09:17:49  15  to have the jury instructions that I read to you yesterday.

09:17:52  16  Those instructions will guide you on the law that you must

09:17:54  17  apply to the case.  You will recall that at the beginning of

09:18:00  18  case you took an oath to do that.

09:18:01  19            Separate and apart from that, you're going to

09:18:04  20  have all of the exhibits that have been received into

09:18:06  21  evidence.  There were certain exhibits that may have been

09:18:08  22  referenced through the course of trial that have not been

09:18:11  23  received.  If you do not have those exhibits back there, it's

09:18:15  24  because those exhibits have not been received into evidence

09:18:18  25  and not for your consideration then.

09:18:20   1          You're going to have a special verdict form.

09:18:22   2   These are questions that you're going to be asked to answer.

09:18:26   3   They are questions as to Officer Fernandez and then questions

09:18:30   4   as to -- and defendant Arao.

09:18:32   5          You start the deliberation process by

09:18:35   6   selecting a foreperson to guide you in your deliberation

09:18:39   7   process.  I would suggest that you take a little bit of time

09:18:45   8   to determine who that person should be.  It should be a

09:18:47   9   person who's going to make sure that everyone's voice is

09:18:48   10  heard, a person who's going to make sure that the process

09:18:53   11  moves forward.  The goal here is to reach a verdict in this

09:18:57   12  case if you can do that.  And so, with that, I will have the

09:19:01   13  clerk swear the bailiff.

09:19:02   14         You'll have -- in terms of housekeeping

09:19:05   15  matters and calendar, you're going to start this morning.

09:19:08   16  It's only going to be the 12 jurors and not the alternates in

09:19:14   17  that jury room, and the reason for that is it's 12-person

09:19:18   18  jury only.  The alternates will be kept separate.

09:19:22   19         Let me have the bailiff sworn.

09:19:46   20         **COURT CLERK:**  Sir, for the record, please state

09:19:48   21  your name.

09:19:52   22         **THE BAILIFF:**  David Williams.

09:19:25   23         (Bailiff sworn.)

09:19:54   24         **THE COURT:**  So, this morning, if the jury would

09:19:56   25  like a break this morning at some point in time, feel free to

09:19:59  1    alert the bailiff and/or the clerk, and then you can take a

09:20:06  2    15-minute break in the morning.

09:20:07  3                During lunch, the lunch hour, I believe lunch

09:20:12  4    is going to be provided.

09:20:13  5                Mr. Cruz, is that correct?

09:20:15  6           **COURT CLERK:**  That's correct.

09:20:16  7           **THE COURT:**  So lunch will be provided to the jury.

09:20:18  8                If we have everyone assembled in that jury

09:20:20  9    room, including the alternates, you can not deliberate

09:20:23 10    further.  If it's the 12 during the lunch hour, then you can

09:20:27 11    continue your deliberations.  Any time you're on an informal

09:20:32 12    break or a break, you cannot continue to discuss the case.

09:20:36 13    The only time you can discuss the case is when you're in the

09:20:40 14    jury room for purposes of deliberation only.

09:20:43 15                The jury will remain today until

09:20:45 16    approximately 4:30, 4:15, 4:30.  If you're not able to reach

09:20:52 17    a verdict today, then you'll be required to return tomorrow.

09:20:54 18                Any questions before we start?

09:20:56 19                Okay, no questions?

09:20:59 20           COURT CLERK:  All rise to the jury.

09:21:02 21           (Following proceedings held outside the presence

09:21:30 22    of the jury.)

09:21:30 23           **THE COURT:**  We're in recess.

09:21:31 24                One final issue.  Make sure that you're in 15

09:21:34 25    minutes' reach of the courthouse or courtroom when you

| | | |
|---|---|---|
| 09:21:37 | 1 | receive a call from Mr. Cruz if there's any questions or if |
| 09:21:41 | 2 | the jury reaches a verdict in the case. |
| 09:21:44 | 3 | Thank you. |
| 09:21:44 | 4 | COURT CLERK:  Okay, the Court is in recess. |
| 10:18:36 | 5 | (Recess taken - JURY IN DELIBERATION.) |
| 15:08:11 | 6 | **JURY NOTE ONE.** |
| 15:13:08 | 7 | THE COURT:  Okay, we have the lawyers present, the |
| 15:13:11 | 8 | parties. |
| 15:13:11 | 9 | Juror Note No. 1 -- it's not signed by the |
| 15:13:15 | 10 | foreperson.  So, what I'm going to do is send the note back |
| 15:13:19 | 11 | and have it signed by the foreperson.  But it reads:  "May we |
| 15:13:24 | 12 | have the legal definition of 'repetitive' in relation to |
| 15:13:29 | 13 | doing business as a dealer"? |
| 15:13:31 | 14 | And let me have the clerk send that note |
| 15:13:34 | 15 | back. |
| 15:13:35 | 16 | MS. DRAGALIN:  And, Your Honor, I believe the time |
| 15:13:37 | 17 | written on the note is also incorrect.  If we can have them |
| 15:13:43 | 18 | correct that? |
| 15:13:43 | 19 | THE COURT:  Yes. |
| 15:13:43 | 20 | Mr. Cruz. |
| 15:14:01 | 21 | For the record, the time on the note is 3:46, |
| 15:14:05 | 22 | and it's only 3:14. |
| 15:14:10 | 23 | MR. RODRIGUEZ:  Not everyone acquiesces to |
| 15:14:13 | 24 | daylight savings time, Your Honor. |
| 15:14:20 | 25 | THE COURT:  In reference to the question, did you |

15:14:23  1    meet and confer?

15:14:25  2              MR. ROBINSON:  Yes, we did.  And I'll stand

15:14:28  3    corrected --

15:14:39  4              THE COURT:  It helps if you go to the lectern.

15:14:42  5              MR. ROBINSON:  Your Honor, thank you.  We did meet

15:14:45  6    and confer, and both parties, all parties agree that the only

15:14:49  7    answer that the Court can give is:  "No."  Because to give a

15:14:53  8    definition would have the effect of possibly directing a

15:14:58  9    verdict towards either side, and as far as Officer Arao is

15:15:03  10   concerned, we have a vagueness challenge to the statute as

15:15:07  11   well and the instruction, and we think that any attempt we

15:15:11  12   make, any of us, to answer this question would again create

15:15:16  13   the possibility of a directed verdict.

15:15:25  14             THE COURT:  So, the jury foreperson is Juror No.

15:15:32  15   2, Ms. Erickson, Jacqueline Erickson.

15:15:38  16             So, again, would you repeat what you just

15:15:40  17   said?

15:15:41  18             MR. ROBINSON:  Yes, thank you, Your Honor.

15:15:42  19             We have met and conferred, and the parties

15:15:46  20   believe that the only answer this Court can give to the

15:15:49  21   question is "no."

15:15:51  22             MR. RODRIGUEZ:  Your Honor, on behalf of Officer

15:15:55  23   Fernandez, I concur with that.

15:15:58  24             THE COURT:  It sounds --

15:15:59  25             If I simply say "no," it sounds like the

15:16:03  1   Court is refusing to provide any answer.

15:16:05  2           **MR. ROBINSON:**  And if I may --

15:16:08  3           **THE COURT:**  It suggests that there may be one, but

15:16:11  4   I'm refusing to provide it.

15:16:14  5           **MR. ROBINSON:**  I appreciate that.  I just don't

15:16:17  6   think we can give any -- the -- the definition is the

15:16:21  7   definition, and that's really the problem with the

15:16:24  8   definition, and I think the only answer, however we phrase

15:16:29  9   it, in an effort to appear responsive has to signal "no."

15:16:37  10  There can no legal definition of "repetitive" of what is

15:16:43  11  before them.

15:16:43  12          **THE COURT:**  Ms. Rykken?

15:16:46  13          **MS. RYKKEN:**  Thank you, Your Honor.

15:16:47  14              The only other suggestion that the government

15:16:49  15  has was that, there is a reason and common sense instruction,

15:16:51  16  and the Court could point them to that.  We agree that there

15:16:54  17  is no legal definition of "repetitive."

15:16:56  18          **MR. RODRIGUEZ:**  Your Honor, if I may, I think the

15:17:00  19  point the Court was making or is making is that to state

15:17:03  20  "no," just kind of grammatical structure, would be telling

15:17:08  21  the jury:  No, you cannot have it, and maybe -- the Court is

15:17:12  22  right -- and maybe the appropriate, the grammatically correct

15:17:16  23  structure to the answer would be:  "There is no legal

15:17:21  24  definition of repetitive."

15:17:28  25          **MR. ROBINSON:**  And -- I'm sorry, and we didn't

15:17:31   1   discuss this part.  And I do think Officer Arao is in a

15:17:35   2   different situation simply because he has challenged the

15:17:41   3   vagueness of the statute.  And the grammar aside --

15:17:45   4              And I understand Ms. Rodriguez is saying if

15:17:47   5   we tell them there is no legal definition, then we defer to

15:17:51   6   them to speculate, "them" being the jury.  And that would be

15:17:54   7   the problem with answering the question in the way that

15:17:57   8   Mr. Rodriguez has suggested.

15:17:58   9              So, frankly, I believe that the only way we

15:18:01   10  can respond to --

15:18:02   11             So, there is no possibility of a directed

15:18:05   12  verdict, and so there is no possibility that this jury

15:18:09   13  speculates concerning a definition of one of the elements of

15:18:13   14  the crime is, the simple answer "no" --

15:18:15   15             And I appreciate that it may sound abrupt,

15:18:19   16  but I think from a legal standpoint, that's the only answer

15:18:23   17  that we can give.

15:18:45   18        THE COURT:  So, one suggestion is that I bring the

15:18:47   19  jury back and just inform the jury that I've conferred with

15:18:51   20  the counsel and the parties, and the Court is not able to

15:18:53   21  provide additional information.

15:18:55   22        MR. ROBINSON:  I think that's a fair answer, Your

15:18:58   23  Honor.

15:18:58   24        THE COURT:  Any --

15:18:58   25             Does the government wish to be --

| | | |
|---|---|---|
| 15:19:00 | 1 | **MR. ROBINSON:**  I agree. |
| 15:19:02 | 2 | **MS. RYKKEN:**  No, Your Honor, I think that's fine. |
| 15:19:17 | 3 | **THE COURT:**  Let's bring the jury in. |
| 15:19:20 | 4 | And the time on the note was corrected to |
| 15:19:24 | 5 | 2:46. |
| 15:19:24 | 6 | (Following proceedings were held in open court in |
| 15:20:02 | 7 | the presence of the jury.) |
| 15:20:03 | 8 | **THE COURT:**  I think we have the jury reassembled |
| 15:20:04 | 9 | with the alternate. |
| 15:20:05 | 10 | Please have a seat.  I have Jury Note No. 1 |
| 15:20:09 | 11 | from our foreperson who's Jacqueline Erickson, Juror No. 2, |
| 15:20:14 | 12 | in seat No. 2, and it reads:  "May we have the legal |
| 15:20:18 | 13 | definition of the term 'repetitive' in relation to doing |
| 15:20:25 | 14 | business as a dealer?"  And it's signed by the foreperson. |
| 15:20:29 | 15 | There is a correction as to the time.  It was |
| 15:20:31 | 16 | initially referenced as being 3:46.  It's now being corrected |
| 15:20:36 | 17 | to 2:46. |
| 15:20:38 | 18 | So, when a note is provided to the Court, I |
| 15:20:41 | 19 | share the note with counsel to get input from the lawyers, |
| 15:20:44 | 20 | and I've done that in this case, and the Court is not able |
| 15:20:50 | 21 | provide additional information. |
| 15:20:51 | 22 | And with that, I would ask the jury to resume |
| 15:20:54 | 23 | with your deliberations. |
| 15:20:56 | 24 | **COURT CLERK:**  All rise to the jury, please. |
| 15:21:00 | 25 | (Following proceedings held outside the presence |

|  |  |  |
|---|---|---|
| 15:21:19 | 1 | of the jury.) |
| 15:21:20 | 2 | THE COURT:  Yes, Mr. Robinson? |
| 15:21:25 | 3 | MR. ROBINSON:  Your Honor, I very well may be |
| 15:21:27 | 4 | jumping the gun, but tomorrow I have a matter in the district |
| 15:21:32 | 5 | of Nebraska.  It's a presentence interview with an in-custody |
| 15:21:38 | 6 | defendant.  Ms. Houle and Ms. Robinson are more than capable |
| 15:21:42 | 7 | of standing in for me.  With your permission, I'd like to be |
| 15:21:46 | 8 | excused so that I can make that meeting. |
| 15:21:48 | 9 | THE COURT:  Yes, as long as it's agreeable with |
| 15:21:51 | 10 | your client so we have Officer Arao present. |
| 15:21:55 | 11 | Officer Arao, do you concur and agree? |
| 15:21:59 | 12 | DEFENDANT ARAO:  Yes. |
| 15:22:02 | 13 | THE COURT:  In reference to disclosing this |
| 15:22:04 | 14 | information to the jury, what would you like me to convey? |
| 15:22:07 | 15 | That you're -- if you're absent tomorrow, and if the jury is |
| 15:22:10 | 16 | still in deliberation. |
| 15:22:12 | 17 | MR. ROBINSON:  Thank you, Your Honor.  I think |
| 15:22:13 | 18 | it's fair to say that I've been called away on another |
| 15:22:16 | 19 | matter. |
| 15:22:17 | 20 | THE COURT:  Okay, I'll do that.  Thank you. |
| 15:22:21 | 21 | (Recess taken.) |
| 15:43:22 | 22 | (VERDICT) |
| 15:52:05 | 23 | (Following proceedings held outside the presence |
| 15:52:07 | 24 | of the jury.) |
| 15:52:07 | 25 | THE COURT:  So, I have Jury Note No. 2, at 3:35, |

15:52:12  1   signed by the foreperson.  "The jury has reached a unanimous

15:52:16  2   verdict."

15:52:31  3               I'll review the verdict forms.  The clerk

15:52:36  4   will then read the verdicts here in open court, and at the

15:52:40  5   conclusion of all that, the jury will be polled.

15:53:18  6               There is one issue before we bring the jury

15:53:22  7   out, and that has to be the civil forfeiture.  If the jury

15:53:25  8   returns a verdict in favor of the government as to Officer

15:53:30  9   Fernandez, how would you wish to proceed?

15:53:30  10        MS. RYKKEN:  We would not proceed with forfeiture.

15:53:32  11  I understand that the firearms have been administratively

15:53:39  12  forfeited already.

15:54:04  13       THE COURT:  Okay.  Thank you.  Let's bring the

15:54:05  14  jury out, please.

15:54:19  15             (Following proceedings were held in the presence

15:54:37  16  of the jury.)

15:54:37  17       THE COURT:  We have our jury back in the

15:54:39  18  courtroom, and we have the alternate also.

15:54:47  19             So, I have the Jury Note No. 2.  "The jury

15:54:50  20  has a reached the unanimous verdict," and it's been signed

15:54:52  21  and dated by the jury foreperson.

15:54:54  22             So, the --

15:54:56  23             May I have Ms. Erickson, just make sure that

15:55:00  24  the verdict forms have been signed and dated.

15:55:06  25             And would you pass that to the bailiff,

15:55:09  1    please?

15:55:10  2                    And would you have a seat, please.

15:55:27  3              (Verdict handed to the Court.)

15:55:35  4         **THE COURT:**  Okay, the Court has reviewed the

15:55:38  5    verdict forms, and I will pass them to the clerk to read in

15:55:44  6    an open court.

15:55:55  7                    You can remain seated, please.

15:56:08  8         **COURT CLERK:**  Okay, this is as to the defendant

15:56:12  9    Edward Arao.

15:56:12  10                   "The United States District Court for the

15:56:14  11   Central District of California.

15:56:16  12                   The United States of America, Plaintiff,

15:56:18  13   versus Edward Arao, Defendant.  Case No. CR 18-121

15:56:27  14   parentheses (A) closed parentheses SJO.  Verdict form.

15:56:30  15                   We, the jury, in the above entitled case

15:56:33  16   present the following verdict:

15:56:37  17                   Count One:  Question No. 1.  With respect to

15:56:42  18   the offense charged in Count One of the Indictment:

15:56:44  19   Conspiracy in violation of 18 U.S.C., Section 371, we, the

15:56:52  20   jury, in the above entitled action hereby unanimously find

15:56:56  21   defendant Edward Arao guilty.

15:56:59  22                   Count Three.  Question No. 2.

15:57:03  23                   With respect to the offense charged in Count

15:57:06  24   Three of the indictment, dealing in firearms without a

15:57:10  25   license, in violation of 18 U.S.C., Sections 922, parentheses

15:57:18  1   small (a) parentheses, No. 1, closed parentheses, parentheses

15:57:25  2   capital (A), closed parentheses.

15:57:28  3              We, the jury, in the above entitled action

15:57:31  4   hereby unanimously find defendant Edward Arao guilty."

15:57:36  5              It's dated this date, November the 20th,

15:57:39  6   2019.  Signed by the foreperson of the jury.

15:57:42  7              As to defendant Carlos Fernandez.

15:57:53  8              "United States district for the Central

15:57:56  9   District of California.  United States of America.  Plaintiff

15:57:58  10  versus Carlos Fernandez, defendant.  Case No. CR

15:58:04  11  18-121(A)SJO.  Verdict form.

15:58:10  12             We, the jury in the above entitled case

15:58:14  13  present the following verdict.

15:58:18  14             Count One.  Question 1.  With respect to the

15:58:21  15  offense charged in Count One of the indictment, Conspiracy,

15:58:24  16  in violation of 18 U.S.C., Section 371; we, the jury, in the

15:58:31  17  above entitled action hereby unanimously find defendant

15:58:35  18  Carlos Fernandez guilty.

15:58:37  19             Count Two.  Question No. 2.  With respect to

15:58:42  20  the offense charged in Count Two of the indictment, dealing

15:58:45  21  in firearms without a license, in violation of 18 U.S.C.,

15:58:50  22  Section 922 (a)(1)(a), we, the jury, in the above entitled

15:58:56  23  action hereby unanimously find defendant Carlos Fernandez

15:59:02  24  guilty.

15:59:02  25             Count Four.  Question 3.  With respect to the

| | | |
|---|---|---|
| 15:59:07 | 1 | offense charged in Count Four of the indictment, Conspiracy, |
| 15:59:10 | 2 | in violation of 18 U.S.C., Section 371; we, the jury, in the |
| 15:59:16 | 3 | above entitled action hereby unanimously find defendant |
| 15:59:20 | 4 | Carlos Fernandez guilty. |
| 15:59:22 | 5 | Count Seven:  Question No. 4.  With respect |
| 15:59:27 | 6 | to the offense charged in Count Seven of the indictment, |
| 15:59:31 | 7 | disposal of a firearm to a prohibited person on or about July |
| 15:59:35 | 8 | the 29th, 2017, in violation of 18 U.S.C., Section 922(d)(1), |
| 15:59:46 | 9 | we, the jury, in the above entitled action hereby unanimously |
| 15:59:49 | 10 | find defendant Carlos Fernandez guilty. |
| 15:59:53 | 11 | Count 10.  Question No. 5.  With respect to |
| 15:59:56 | 12 | the offense charged in Count 10 of the indictment, aiding and |
| 16:00:00 | 13 | abetting a false statement during the purchase of a firearm |
| 16:00:03 | 14 | on or about July 29, 2017, in violation of 18 U.S.C., |
| 16:00:08 | 15 | Sections 2 and 924(a)(1)(A).  We, the jury, in the above |
| 16:00:15 | 16 | entitled action hereby unanimously find defendant Carlos |
| 16:00:19 | 17 | Fernandez guilty. |
| 16:00:21 | 18 | Counts 11.  Question No. 6.  With respect to |
| 16:00:26 | 19 | the offense charged in Count 11 of the indictment, aiding and |
| 16:00:30 | 20 | abetting of false statement during the purchase of a firearm |
| 16:00:34 | 21 | on or about July the 24th, 2016 in violation of 18 U.S.C., |
| 16:00:40 | 22 | Sections 2 and 924(a)(1)A), we, the jury, in the above |
| 16:00:45 | 23 | entitled action hereby unanimously find defendant Carlos |
| 16:00:50 | 24 | Fernandez guilty." |
| 16:00:52 | 25 | Dated November the 20th, 2019.  Signed by the |

16:00:56 1   foreperson of the jury.

16:00:56 2                   THE COURT:   And may the clerk poll the jury as to

16:01:01 3   defendant Arao?

16:01:02 4                   COURT CLERK:   Yes.

16:01:13 5                       As to defendant Edward Arao.

16:01:15 6                       Juror No. 1, Roy Lyons, is this your verdict

16:01:18 7   as presented and read?

16:01:22 8                   THE JUROR:   Yes.

16:01:26 9                   COURT CLERK:   Jacquiline Erickson, Juror No. 2, is

16:01:17 10  this your verdict as presented and read?

16:01:28 11                  THE JUROR:   Yes.

16:01:29 12                  COURT CLERK:   No. 3, James Smith.   Is this your

16:01:32 13  verdict as presented and read?

16:01:33 14                  THE JUROR:   Yes.

16:01:36 15                  COURT CLERK:   Juror No. 4, Melvin Martin, is this

16:01:37 16  your verdict as presented and read?

16:01:39 17                  THE JUROR:   Yes.

16:01:40 18                  COURT CLERK:   Juror No. 5, Lizette Nuno, is this

16:01:42 19  your verdict as presented and read?

16:01:44 20                  THE JUROR:   Yes.

16:01:45 21                  COURT CLERK:   Juror No. 6, Jessica Greene, is this

16:01:48 22  your verdict as presented and read?

16:01:49 23                  THE JUROR:   Yes.

16:01:50 24                  COURT CLERK:   Juror No. 7, Juvenal Ramirez, is

16:01:53 25  this is your verdict as presented and read?

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 16:01:55 | 1  | THE JUROR:  Yes. |
| 16:01:56 | 2  | COURT CLERK:  Juror No. 8, Michele Hanna, is this |
| 16:01:59 | 3  | your verdict as presented and read? |
| 16:02:01 | 4  | THE JUROR:  Yes. |
| 16:02:02 | 5  | COURT CLERK:  Juror No. 9, Lynnette Lizardi, is |
| 16:02:04 | 6  | this your verdict as presented and read. |
| 16:02:07 | 7  | THE JUROR:  Yes. |
| 16:02:09 | 8  | COURT CLERK:  Would you please pass the microphone |
| 16:02:11 | 9  | to Juror No. 10? |
| 16:02:14 | 10 | Juror No. 10, David Harmann, is this your |
| 16:02:17 | 11 | verdict as presented and read? |
| 16:02:19 | 12 | THE JUROR:  Yes. |
| 16:02:20 | 13 | COURT CLERK:  Would you pass the microphone? |
| 16:02:21 | 14 | Juror No. 11, Charles Veals, is this your |
| 16:02:24 | 15 | verdict as presented and read? |
| 16:02:25 | 16 | THE JUROR:  Yes. |
| 16:02:27 | 17 | COURT CLERK:  Thank you.  And Juror No. 12, Alexis |
| 16:02:31 | 18 | Moreno, is this your verdict as presented and read? |
| 16:02:33 | 19 | THE JUROR:  Yes. |
| 16:02:35 | 20 | COURT CLERK:  Thank you. |
| 16:02:36 | 21 | Would you please please pass the microphone |
| 16:02:40 | 22 | back to Juror No. 1. |
| 16:02:41 | 23 | THE COURT:  As to defendant Arao all of the jurors |
| 16:02:44 | 24 | have answered in the affirmative, confirming the verdict. |
| 16:02:47 | 25 | COURT CLERK:  This question is as to Carlos |

16:02:50   1   Fernandez.

16:02:51   2              Juror No. 1, Roy Lyons, is this your verdict

16:02:54   3   as presented and read?

16:02:56   4        **THE JUROR:**  Yes.

16:02:57   5        **COURT CLERK:**  Juror No. 2, Jacqueline Erickson, is

16:02:58   6   this your verdict as presented and read?

16:03:00   7        **THE JUROR:**  Yes.

16:03:01   8        **COURT CLERK:**  Juror No. 3, James Smith, is this

16:03:03   9   your verdict as presented and read?

16:03:05   10        **THE JUROR:**  Yes.

16:03:06   11        **COURT CLERK:**  Juror Juror No. 4, Melvin Martin, is

16:03:08   12   this your verdict as presented and read?

16:03:10   13        **THE JUROR:**  Yes.

16:03:10   14        **COURT CLERK:**  Juror No. 5, Lizette Nuno, is this

16:03:13   15   your verdict as presented and read?

16:03:14   16        **THE JUROR:**  Yes.

16:03:16   17        **COURT CLERK:**  Juror No. 6, Jessica Greene, Juror

16:01:16   18   No. 1, is this your verdict as presented and read?

16:03:20   19        **THE JUROR:**  Yes.

16:03:21   20        **COURT CLERK:**  No. 7, Juvenal Ramirez, Juror No. 1,

16:01:17   21   is this your verdict as presented and read?

16:03:23   22              THE JUROR:  Yes.

16:03:24   23        **COURT CLERK:**  No. 8, Michele Hanna, Juror No. 1,

16:01:17   24   is this your verdict as presented and read?

16:03:26   25        **THE JUROR:**  Yes.

| | | |
|---|---|---|
| 16:03:28 | 1 | **COURT CLERK:**  No. 9, Lynnette Lizardi, is this |
| 16:01:17 | 2 | your verdict as presented and read? |
| 16:03:31 | 3 | **THE JUROR:**  Yes. |
| 16:03:33 | 4 | **COURT CLERK:**  Juror No. 10, Stephanie Tope, is |
| 16:03:44 | 5 | this your verdict as presented and read? |
| 16:03:46 | 6 | **THE JUROR:  Yes.** |
| 16:03:46 | 7 | **COURT CLERK:**  Juror No. 11, Charles Veals, is this |
| 16:03:48 | 8 | your verdict as presented and read? |
| 16:03:50 | 9 | **THE JUROR:**  Yes. |
| 16:03:51 | 10 | **COURT CLERK:**  And Juror No. 12, Alexis Moreno, is |
| 16:03:54 | 11 | this your verdict as presented and read? |
| 16:03:55 | 12 | **THE JUROR:**  Yes. |
| 16:03:56 | 13 | **THE COURT:**  Okay, all of the jurors have answered |
| 16:04:00 | 14 | in the affirmative, again, confirming the verdict as to |
| 16:04:04 | 15 | defendant Fernandez. |
| 16:04:04 | 16 | Are there any additional issues to address |
| 16:04:07 | 17 | before the Court excuses the jury? |
| 16:04:11 | 18 | **MR. ROBINSON:**  On behalf of Officer Arao, no, |
| 16:04:15 | 19 | thank you, Your Honor. |
| 16:04:15 | 20 | **MS. RYKKEN:**  No, Your Honor. |
| 16:04:17 | 21 | **MR. ROBINSON:**  No, Your Honor. |
| 16:04:18 | 22 | **THE COURT:**  Let me just take the opportunity to |
| 16:04:19 | 23 | thank the jury for your service. |
| 16:04:21 | 24 | These are obviously serious cases and |
| 16:04:23 | 25 | difficult cases.  We have people from various sectors of the |

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 16:04:26 | 1 | community coming together to resolve these major matters. |
| 16:04:29 | 2 | So, again, thank you very much. |
| 16:04:31 | 3 | During the course of the trial at the |
| 16:04:33 | 4 | beginning of the case, I mentioned that you could not discuss |
| 16:04:35 | 5 | the case with anyone.  That no longer applies.  If you wish |
| 16:04:39 | 6 | to discuss the case, feel free to do that.  That's up to you, |
| 16:04:39 | 7 | everyone can make their own personal choice regarding that. |
| 16:04:44 | 8 | And with that, I would again thank the jury. |
| 16:04:51 | 9 | **COURT CLERK:**  Would you all rise for the jury, |
| 16:04:54 | 10 | please. |
| 16:04:55 | 11 | (Following proceedings held outside the presence |
| 16:05:13 | 12 | of the jury.) |
| 16:05:13 | 13 | **THE COURT:**  So, we have -- |
| 16:05:15 | 14 | The jury has been excused.  Please have a |
| 16:05:17 | 15 | seat. |
| 16:05:18 | 16 | We have a proposed sentencing date.  March |
| 16:05:22 | 17 | 23rd, 2020.  We're going to change the date to either the end |
| 16:05:47 | 18 | of February or the beginning of March. |
| 16:05:51 | 19 | **COURT CLERK:**  March the 2nd, 2020 at 9:00 a.m. |
| 16:05:56 | 20 | **THE COURT:**  March 2nd, 2020 at 9:00 o'clock. |
| 16:05:59 | 21 | Mr. Robinson? |
| 16:06:00 | 22 | **MR. ROBINSON:**  Your Honor, that's convenient, |
| 16:06:01 | 23 | thank you. |
| 16:06:01 | 24 | **MR. RODRIGUEZ:**  For me as well, Your Honor.  Thank |
| 16:06:04 | 25 | you. |

| | | |
|---|---|---|
| 16:06:04 | 1 | **MS. RYKKEN:**  That's fine, thank you. |
| 16:06:06 | 2 | **THE COURT:**  The sentencing is March 2nd, 2020 at |
| 16:06:10 | 3 | 9:00 o'clock in this department for both defendants, and then |
| 16:06:13 | 4 | we have position pleadings. |
| 16:06:17 | 5 | **COURT CLERK:**  Those are going to be due on |
| 16:06:19 | 6 | Tuesday, February 18, 2020. |
| 16:06:23 | 7 | **THE COURT:**  That's the order of the Court. |
| 16:06:25 | 8 | Tuesday, again, the date is -- |
| 16:06:29 | 9 | **COURT CLERK:**  Tuesday, February 18, 2020. |
| 16:06:33 | 10 | **THE COURT:**  Tuesday, February 18, 2020 for |
| 16:06:36 | 11 | position pleadings. |
| 16:06:37 | 12 | And the exhibits are to be retained by the |
| 16:06:40 | 13 | government pending appeal. |
| 16:06:42 | 14 | **MS. RYKKEN:**  Thank you, Your Honor. |
| 16:06:43 | 15 | **MR. RODRIGUEZ:**  Your Honor, before we recess, may |
| 16:06:46 | 16 | I speak with Ms. Rykken for one moment about the forfeiture |
| 16:06:52 | 17 | issue? |
| 16:06:54 | 18 | **THE COURT:**  Yes. |
| 16:07:13 | 19 | (Discussion off the record.) |
| 16:08:26 | 20 | **THE COURT:**  Any additional issues for the Court to |
| 16:08:27 | 21 | address? |
| 16:08:28 | 22 | **MR. RODRIGUEZ:**  No, Your Honor. |
| 16:08:28 | 23 | **THE COURT:**  Okay, counsel are excused.  Thank you |
| 16:08:31 | 24 | very much. |
| 16:08:32 | 25 | **MR. RODRIGUEZ:**  Thank you. |

16:08:34   1              **COURT CLERK:**  Court is in recess.

16:08:43   2              (Trial concluded.)

16:08:43   3              (Court adjourned.)

           4                          ~ ~ ~

           5

           6

           7

           8

           9

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

```
 1              C E R T I F I C A T E

 2    I hereby certify that the foregoing is a true and correct

 3    transcript of the stenographically recorded proceedings in

 4    the above matter.

 5    Fees charged for this transcript, less any circuit fee

 6    reduction and/or deposit, are in conformance with the

 7    regulations of the judicial conference of the United States.

 8

 9

10    /S/Anne Kielwasser                 12/03/2020

11    _____           _____
      Anne Kielwasser, CRR, RPR, CSR     Date
      Official Court Reporter
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT

**'**

**'repetitive'** [2] - 12:12, 16:13

**/**

**/S/Anne** [1] - 29:10

**1**

**1** [11] - 12:9, 16:10, 19:17, 20:1, 20:14, 22:6, 23:22, 24:2, 24:18, 24:20, 24:23
**10** [5] - 21:11, 21:12, 23:9, 23:10, 25:4
**11** [4] - 21:18, 21:19, 23:14, 25:7
**12** [4] - 10:16, 11:10, 23:17, 25:10
**12-person** [1] - 10:17
**12/03/2020** [1] - 29:10
**1200** [1] - 2:6
**1230** [1] - 2:17
**15** [1] - 11:24
**15-minute** [1] - 11:2
**18** [11] - 19:19, 19:25, 20:16, 20:21, 21:2, 21:8, 21:14, 21:21, 27:6, 27:9, 27:10
**18-121** [1] - 19:13
**18-121(A)SJO** [1] - 20:11
**18-121SJO** [1] - 1:10
**1ST** [1] - 1:24

**2**

**2** [11] - 13:15, 16:11, 16:12, 17:25, 18:19, 19:22, 20:19, 21:15, 21:22, 22:9, 24:5
**20** [2] - 1:18, 3:1
**2016** [1] - 21:21
**2017** [2] - 21:8, 21:14
**2019** [4] - 1:18, 3:1, 20:6, 21:25
**2020** [7] - 26:17, 26:19, 26:20, 27:2, 27:6, 27:9, 27:10
**20th** [2] - 20:5, 21:25
**213** [1] - 1:25
**213-894-0141** [1] - 2:7
**213-894-3659** [1] - 2:7
**213-995-6767** [1] - 2:24

**21515** [1] - 2:13
**23rd** [1] - 26:17
**24th** [1] - 21:21
**29** [1] - 21:14
**29th** [1] - 21:8
**2:46** [2] - 16:5, 16:17
**2nd** [3] - 26:19, 26:20, 27:2

**3**

**3** [3] - 20:25, 22:12, 24:8
**300** [1] - 2:17
**310-316-6442** [1] - 2:15
**310-316-9333** [1] - 2:14
**312** [1] - 2:6
**350** [1] - 1:24
**371** [3] - 19:19, 20:16, 21:2
**3:14** [1] - 12:22
**3:35** [1] - 17:25
**3:46** [2] - 12:21, 16:16

**4**

**4** [3] - 21:5, 22:15, 24:11
**424-332-9079** [1] - 2:18
**4455** [1] - 1:24
**460** [1] - 2:23
**4:15** [1] - 11:16
**4:30** [2] - 11:16

**5**

**5** [3] - 21:11, 22:18, 24:14

**6**

**6** [3] - 21:18, 22:21, 24:17
**626** [1] - 2:23

**7**

**7** [2] - 22:24, 24:20
**730** [1] - 2:13

**8**

**8** [2] - 23:2, 24:23

**894-2969** [1] - 1:25
**8:30** [1] - 3:1

**9**

**9** [2] - 23:5, 25:1
**90012** [2] - 1:24, 2:6
**90017** [1] - 2:23
**90266** [1] - 2:18
**90503** [1] - 2:14
**922** [2] - 19:25, 20:22
**922(d)(1)** [1] - 21:8
**924(a)(1)(A)** [1] - 21:15
**924(a)(1)A** [1] - 21:22
**9:00** [3] - 26:19, 26:20, 27:3

**A**

**a)(1)(a** [1] - 20:22
**a.m** [1] - 26:19
**A.M** [1] - 3:1
**abetting** [2] - 21:13, 21:20
**able** [3] - 11:16, 15:20, 16:20
**abrupt** [1] - 15:15
**absent** [1] - 17:15
**acquiesces** [1] - 12:23
**action** [8] - 19:20, 20:3, 20:17, 20:23, 21:3, 21:9, 21:16, 21:23
**additional** [4] - 15:21, 16:21, 25:16, 27:20
**address** [5] - 4:24, 7:20, 8:13, 25:16, 27:21
**adjourned** [1] - 28:3
**administratively** [1] - 18:11
**admonition** [1] - 7:9
**aer@aerlawgroup. com** [1] - 2:24
**agree** [4] - 13:6, 14:16, 16:1, 17:11
**agreeable** [1] - 17:9
**agreed** [1] - 4:10
**aiding** [2] - 21:12, 21:19
**alert** [1] - 11:1
**Alexis** [2] - 23:17, 25:10
**allow** [1] - 7:10
**alternate** [2] - 16:9, 18:18
**alternates** [4] - 9:10,

10:16, 10:18, 11:9
**Ambrosio** [1] - 2:21
**AMERICA** [1] - 1:8
**America** [2] - 19:12, 20:9
**Angeles** [4] - 1:17, 1:24, 2:6, 2:23
**Anne** [2] - 1:23, 29:11
**anne.kielwasser@ gmail.com** [1] - 1:25
**answer** [10] - 10:2, 13:7, 13:12, 13:20, 14:1, 14:8, 14:23, 15:14, 15:16, 15:22
**answered** [2] - 23:24, 25:13
**answering** [1] - 15:7
**apart** [2] - 6:19, 9:19
**APC** [1] - 2:17
**apologize** [3] - 7:5, 7:6, 7:9
**apologized** [1] - 7:7
**appeal** [1] - 27:13
**appear** [1] - 14:9
**applies** [1] - 26:5
**apply** [1] - 9:17
**appreciate** [3] - 7:22, 14:5, 15:15
**appropriate** [1] - 14:22
**ARAO** [3] - 1:12, 2:10, 17:12
**Arao** [15] - 3:6, 3:21, 10:4, 13:9, 15:1, 17:10, 17:11, 19:9, 19:13, 19:21, 20:4, 22:3, 22:5, 23:23, 25:18
**Arao's** [2] - 6:5, 6:12
**argue** [1] - 8:24
**arguments** [3] - 6:6, 6:11, 9:2
**arrive** [1] - 5:7
**arrived** [1] - 6:3
**arrives** [1] - 4:5
**aside** [1] - 15:3
**assembled** [2] - 9:9, 11:8
**assume** [1] - 5:3
**attempt** [1] - 13:11
**attempts** [1] - 8:23
**Attorney** [1] - 2:5
**audit** [4] - 8:15, 8:19, 8:23
**AUSA** [1] - 2:5
**available** [1] - 4:1

**B**

**bailiff** [4] - 10:13, 10:19, 11:1, 18:25
**BAILIFF** [1] - 10:22
**Bailiff** [1] - 10:23
**based** [1] - 6:10
**Beach** [1] - 2:18
**beginning** [3] - 9:17, 26:4, 26:18
**BEHALF** [3] - 2:3, 2:10, 2:20
**behalf** [3] - 4:20, 13:22, 25:18
**bit** [1] - 10:7
**Boulevard** [2] - 2:13, 2:23
**break** [4] - 10:25, 11:2, 11:12
**brief** [1] - 8:11
**bring** [5] - 9:6, 15:18, 16:3, 18:6, 18:13
**brought** [1] - 5:24
**business** [2] - 12:13, 16:14
**buyers** [1] - 8:20

**C**

**CA** [4] - 2:6, 2:14, 2:18, 2:23
**calendar** [1] - 10:15
**CALIFORNIA** [1] - 1:2
**California** [4] - 1:17, 1:24, 19:11, 20:9
**cannot** [2] - 11:12, 14:21
**capable** [2] - 7:24, 17:6
**capital** [1] - 20:2
**caption** [1] - 6:7
**CARLOS** [2] - 1:12, 2:20
**Carlos** [9] - 20:7, 20:10, 20:18, 20:23, 21:4, 21:10, 21:16, 21:23, 23:25
**case** [14] - 4:1, 9:12, 9:17, 9:18, 10:12, 11:12, 11:13, 12:2, 16:20, 19:15, 20:12, 26:4, 26:5, 26:6
**Case** [2] - 19:13, 20:10
**cases** [2] - 25:24, 25:25
**CENTRAL** [1] - 1:2
**Central** [2] - 19:11, 20:8

certain [4] - 4:2, 6:10, 6:21, 9:21
certify [1] - 29:2
challenge [1] - 13:10
challenged [1] - 15:2
change [1] - 26:17
charged [9] - 19:18, 19:23, 20:15, 20:20, 21:1, 21:6, 21:12, 21:19, 29:5
Charles [2] - 23:14, 25:7
choice [1] - 26:7
circuit [1] - 29:5
cite [1] - 8:15
civil [1] - 18:7
clear [1] - 8:13
clerk [6] - 10:13, 11:1, 12:14, 18:3, 19:5, 22:2
CLERK [37] - 7:15, 10:20, 11:6, 11:20, 12:4, 16:24, 19:8, 22:4, 22:9, 22:12, 22:15, 22:18, 22:21, 22:24, 23:2, 23:5, 23:8, 23:13, 23:17, 23:20, 23:25, 24:5, 24:8, 24:11, 24:14, 24:17, 24:20, 24:23, 25:1, 25:4, 25:7, 25:10, 26:9, 26:19, 27:5, 27:9, 28:1
client [2] - 4:21, 17:10
closed [3] - 19:14, 20:1, 20:2
coming [2] - 6:1, 16:1
comment [1] - 8:11
comments [2] - 6:22
common [1] - 14:15
community [1] - 26:1
composure [1] - 6:21
concerned [3] - 6:16, 8:20, 13:10
concerning [1] - 15:13
conclude [2] - 5:16, 5:24
concluded [2] - 9:12, 28:2
concludes [1] - 5:24
concluding [1] - 8:2
conclusion [1] - 18:5
concur [2] - 13:23, 17:11
conduct [4] - 6:20, 6:23, 8:4, 8:25
confer [2] - 13:1, 13:6
conference [1] - 29:7
conferred [2] - 13:19, 15:19

confirming [2] - 23:24, 25:14
conformance [1] - 29:6
consideration [2] - 9:1, 9:25
conspiracy [1] - 19:19
Conspiracy [2] - 20:15, 21:1
contact [1] - 5:11
continue [2] - 11:11, 11:12
continued [1] - 9:1
convenient [1] - 26:22
convey [1] - 17:14
copies [1] - 3:18
copy [1] - 3:21
Corporation [1] - 2:13
correct [6] - 4:22, 11:5, 11:6, 12:18, 14:22, 29:2
corrected [2] - 13:3, 16:4, 16:16
correction [1] - 16:15
counsel [7] - 3:7, 3:21, 5:3, 6:15, 15:20, 16:19, 27:23
count [1] - 21:11
Count [14] - 19:17, 19:18, 19:22, 19:23, 20:14, 20:15, 20:19, 20:20, 20:25, 21:1, 21:5, 21:6, 21:12, 21:19
counts [1] - 21:18
course [2] - 9:22, 26:3
court [8] - 4:4, 5:14, 5:15, 6:21, 16:6, 18:4, 19:6, 28:1
COURT [93] - 1:1, 3:5, 3:17, 3:23, 4:2, 4:14, 4:20, 4:23, 5:7, 5:13, 5:16, 5:20, 5:22, 6:3, 7:11, 7:15, 7:16, 7:19, 8:3, 8:8, 9:4, 9:9, 10:20, 10:24, 11:6, 11:7, 11:20, 11:23, 12:4, 12:7, 12:19, 12:25, 13:4, 13:14, 13:24, 14:3, 14:12, 15:18, 15:24, 16:3, 16:8, 16:24, 17:2, 17:9, 17:13, 17:20, 17:25, 18:13, 18:17, 19:4, 19:8, 22:2, 22:4, 22:9, 22:12, 22:15, 22:18, 22:21, 22:24, 23:2, 23:5, 23:8, 23:13, 23:17, 23:20, 23:23,

23:25, 24:5, 24:8, 24:11, 24:14, 24:17, 24:20, 24:23, 25:1, 25:4, 25:7, 25:10, 25:13, 25:22, 26:9, 26:13, 26:19, 26:20, 27:2, 27:5, 27:7, 27:9, 27:10, 27:18, 27:20, 27:23, 28:1
Court [30] - 1:23, 6:4, 6:14, 6:16, 6:17, 6:23, 7:1, 7:7, 7:20, 7:25, 8:4, 8:25, 12:4, 13:7, 13:20, 14:1, 14:16, 14:19, 14:21, 15:20, 16:18, 16:20, 19:3, 19:4, 19:10, 25:17, 27:7, 27:20, 28:3, 29:11
Court's [3] - 7:8, 7:22, 8:12
courthouse [1] - 11:25
courtroom [2] - 11:25, 18:18
cover [1] - 3:11
CR [3] - 1:10, 19:13, 20:10
create [1] - 13:12
crime [1] - 15:14
Crimes [1] - 2:5
cross [1] - 8:18
cross-examination [1] - 8:18
CRR [2] - 1:23, 29:11
Cruz [3] - 11:5, 12:1, 12:20
CSR [2] - 1:23, 29:11
curative [4] - 6:5, 6:9, 6:18, 9:4
custody [1] - 17:5

### D

Date [1] - 29:11
date [4] - 20:5, 26:16, 26:17, 27:8
dated [4] - 18:21, 18:24, 20:5, 21:25
David [2] - 10:22, 23:10
DAY [2] - 1:17, 3:3
daylight [1] - 12:24
dealer [2] - 12:13, 16:14
dealing [2] - 19:24, 20:20
Defendant [1] - 19:13
defendant [18] - 3:21,

10:4, 17:6, 19:8, 19:21, 20:4, 20:7, 20:10, 20:17, 20:23, 21:3, 21:10, 21:16, 21:23, 22:3, 22:5, 23:23, 25:15
DEFENDANT [3] - 2:10, 2:20, 17:12
defendants [4] - 1:14, 3:7, 6:4, 27:3
defense [4] - 3:20, 4:6, 5:3, 6:14
defer [1] - 15:5
definition [1] - 12:12, 13:8, 14:6, 14:7, 14:8, 14:10, 14:17, 14:24, 15:5, 15:13, 16:13
deliberate [1] - 11:9
deliberation [4] - 10:5, 10:6, 11:14, 17:16
DELIBERATION [1] - 12:5
deliberations [3] - 9:14, 11:11, 16:23
denial [1] - 8:12
denied [2] - 6:18, 9:5
department [1] - 27:3
deposit [1] - 29:6
determine [1] - 10:8
different [1] - 15:2
difficult [1] - 25:25
direct [1] - 8:18
directed [2] - 6:21, 13:13, 15:11
directing [1] - 13:8
disclosing [1] - 17:13
discuss [6] - 4:13, 11:12, 11:13, 15:1, 26:4, 26:6
Discussion [1] - 27:19
disposal [1] - 21:7
disrespectful [1] - 6:25
disrupt [1] - 5:22
district [2] - 17:4, 20:8
DISTRICT [2] - 1:1, 1:2
District [3] - 19:10, 19:11, 20:9
done [4] - 3:14, 4:11, 8:5, 16:20
down [1] - 8:1
downstairs [1] - 3:25
Dragalin [2] - 2:4, 6:11
DRAGALIN [2] - 3:15, 12:16
due [1] - 27:5
during [5] - 11:3, 11:10, 21:13, 21:20, 26:3

### E

Eduardo [1] - 2:21
EDWARD [2] - 1:12, 2:10
Edward [7] - 2:12, 2:13, 19:9, 19:13, 19:21, 20:4, 22:5
effect [1] - 13:8
effort [1] - 14:9
efforts [1] - 9:1
either [2] - 13:9, 26:17
elements [1] - 15:13
elicited [1] - 8:17
Email [4] - 2:8, 2:8, 2:15, 2:24
end [1] - 26:17
entitled [10] - 19:15, 19:20, 20:3, 20:12, 20:17, 20:22, 21:3, 21:9, 21:16, 21:23
Erickson [6] - 13:15, 16:11, 18:23, 22:9, 24:5
eroblaw@gmail.com [1] - 2:15
evidence [7] - 6:12, 6:13, 8:16, 8:23, 9:2, 9:21, 9:24
examination [1] - 8:18
examine [1] - 3:12
excuse [1] - 7:25
excused [4] - 8:7, 17:8, 26:14, 27:23
excuses [1] - 25:17
exhibits [6] - 3:13, 9:20, 9:21, 9:23, 9:24, 27:12
expecting [1] - 5:9
experience [1] - 7:8
extent [1] - 8:22

### F

fact [1] - 8:14
fair [2] - 15:22, 17:18
false [2] - 21:13, 21:20
far [1] - 13:9
favor [1] - 18:8
Fax [2] - 2:7, 2:15
February [4] - 26:18, 27:6, 27:9, 27:10
Federal [1] - 1:23
fee [1] - 29:5
fees [1] - 29:5
Fernandez [15] - 3:6, 8:21, 10:3, 13:23, 18:9, 20:7, 20:10,

20:18, 20:23, 21:4, 21:10, 21:17, 21:24, 24:1, 25:15
**FERNANDEZ** [2] - 1:12, 2:20
**filed** [2] - 4:25, 6:8
**final** [1] - 11:24
**fine** [3] - 5:4, 16:2, 27:1
**firearm** [3] - 21:7, 21:13, 21:20
**firearms** [3] - 18:11, 19:24, 20:21
**first** [1] - 3:11
**Following** [7] - 9:7, 11:21, 16:6, 16:25, 17:23, 18:15, 26:11
**following** [2] - 19:16, 20:13
**foregoing** [1] - 29:2
**foreperson** [10] - 10:6, 12:10, 12:11, 13:14, 16:11, 16:14, 18:1, 18:21, 20:6, 22:1
**forfeited** [1] - 18:12
**forfeiture** [3] - 18:7, 18:10, 27:16
**form** [6] - 4:14, 4:15, 4:19, 10:1, 19:14, 20:11
**forms** [3] - 18:3, 18:24, 19:5
**forward** [1] - 10:11
**Four** [2] - 20:25, 21:1
**frankly** [1] - 15:9
**free** [2] - 10:25, 26:6
**front** [1] - 7:23

## G

**General** [1] - 2:5
**given** [2] - 4:9, 5:2
**goal** [1] - 10:11
**government** [11] - 4:8, 6:7, 6:11, 6:15, 6:23, 8:22, 9:2, 14:14, 15:25, 18:8, 27:13
**government's** [2] - 6:6, 8:14
**grammar** [1] - 15:3
**grammatical** [1] - 14:20
**grammatically** [1] - 14:22
**Greene** [2] - 22:21, 24:17
**Group** [1] - 2:22
**guide** [2] - 9:16, 10:6
**guilt** [1] - 6:13

**guilty** [8] - 19:21, 20:4, 20:18, 20:24, 21:4, 21:10, 21:17, 21:24
**gun** [1] - 17:4

## H

**HANAGAN** [4] - 3:16, 4:17, 4:22, 5:6
**Hanagan** [1] - 2:22
**handed** [1] - 19:3
**handle** [1] - 7:13
**Hanna** [2] - 23:2, 24:23
**Harmann** [1] - 23:10
**Hawthorne** [1] - 2:13
**heard** [1] - 10:10
**held** [7] - 9:7, 11:21, 16:6, 16:25, 17:23, 18:15, 26:11
**helps** [1] - 13:4
**hereby** [9] - 19:20, 20:4, 20:17, 20:23, 21:3, 21:9, 21:16, 21:23, 29:2
**Honor** [34] - 3:15, 3:16, 4:12, 4:13, 4:17, 5:5, 5:6, 5:18, 6:2, 7:6, 7:8, 7:18, 7:22, 8:6, 8:10, 12:16, 12:24, 13:5, 13:18, 13:22, 14:13, 14:18, 15:23, 16:2, 17:3, 17:17, 25:19, 25:20, 25:21, 26:22, 26:24, 27:14, 27:15, 27:22
**honorable** [1] - 7:3
**HONORABLE** [1] - 1:4
**hostile** [1] - 6:24
**HOULE** [3] - 5:18, 5:21, 6:1
**Houle** [3] - 2:16, 2:17, 17:6
**hour** [2] - 11:3, 11:10
**housekeeping** [1] - 4:23, 10:14

## I

**impermissible** [1] - 6:6
**improper** [1] - 8:24
**improperly** [1] - 9:1
**IN** [1] - 12:5
**in-custody** [1] - 17:5
**including** [1] - 11:9
**incorrect** [1] - 12:17

**Indictment** [1] - 19:18
**indictment** [8] - 5:2, 19:24, 20:15, 20:20, 21:1, 21:6, 21:12, 21:19
**indulgence** [1] - 7:22
**inform** [1] - 15:19
**informal** [1] - 11:11
**information** [3] - 15:21, 16:21, 17:14
**input** [1] - 6:19
**instruction** [6] - 6:5, 6:9, 6:18, 9:4, 13:11, 14:15
**instructions** [6] - 3:19, 4:7, 4:8, 8:2, 9:15, 9:16
**interview** [1] - 17:5
**introduce** [1] - 9:2
**introduced** [1] - 8:15
**issue** [3] - 11:24, 18:6, 27:17
**issues** [4] - 2:4, 4:5, 8:19, 25:16, 27:20
**item** [1] - 5:1

## J

**Jacqueline** [3] - 13:15, 16:11, 24:5
**jacquiline** [1] - 22:9
**JAMES** [1] - 1:4
**James** [2] - 22:12, 24:8
**Jenkins** [4] - 6:25, 7:1, 7:4, 7:7
**Jessica** [2] - 22:21, 24:17
**Judge** [5] - 5:15, 5:17, 5:22, 5:25, 7:23
**JUDGE** [1] - 1:4
**judicial** [1] - 29:7
**July** [3] - 21:7, 21:14, 21:21
**jumping** [1] - 17:4
**juror** [2] - 12:9, 24:11
**Juror** [27] - 13:14, 16:11, 22:6, 22:9, 22:15, 22:18, 22:21, 22:24, 23:2, 23:5, 23:9, 23:10, 23:14, 23:17, 23:22, 24:2, 24:5, 24:8, 24:11, 24:14, 24:17, 24:20, 24:23, 25:4, 25:7, 25:10
**JUROR** [24] - 22:8, 22:11, 22:14, 22:17, 22:20, 22:23, 23:1,

23:4, 23:7, 23:12, 23:16, 23:19, 24:4, 24:7, 24:10, 24:13, 24:16, 24:19, 24:22, 24:25, 25:3, 25:6, 25:9, 25:12
**jurors** [5] - 3:18, 4:9, 10:16, 23:23, 25:13
**Jury** [3] - 16:10, 17:25, 18:19
**jury** [64] - 3:13, 3:18, 4:7, 5:2, 7:14, 7:16, 9:6, 9:8, 9:9, 9:14, 9:15, 10:17, 10:18, 10:24, 11:7, 11:8, 11:14, 11:15, 11:20, 11:22, 12:2, 13:14, 14:21, 15:6, 15:12, 15:19, 16:3, 16:7, 16:8, 16:22, 16:24, 17:1, 17:14, 17:15, 17:24, 18:1, 18:5, 18:6, 18:7, 18:14, 18:16, 18:17, 18:19, 18:21, 19:15, 19:20, 20:3, 20:6, 20:12, 20:16, 20:22, 21:2, 21:9, 21:15, 21:22, 22:1, 22:2, 25:17, 25:23, 26:8, 26:9, 26:12, 26:14
**JURY** [4] - 1:17, 3:3, 12:5, 12:6
**Juvenal** [2] - 22:24, 24:20

## K

**Katherine** [1] - 2:4
**Katherine.rykken@ usdoj.gov** [1] - 2:8
**kept** [1] - 10:18
**Kielwasser** [3] - 1:23, 29:10, 29:11
**kind** [1] - 14:20
**known** [1] - 7:2

## L

**law** [1] - 9:16
**Law** [3] - 2:13, 2:17, 2:22
**law.com** [1] - 2:19
**lawyer** [1] - 7:1
**lawyers** [4] - 3:11, 6:22, 12:7, 16:19
**least** [1] - 7:5
**lectern** [1] - 13:4
**legal** [7] - 12:12,

14:10, 14:17, 14:23, 15:5, 15:16, 16:12
**less** [1] - 29:5
**license** [2] - 19:25, 20:21
**light** [2] - 8:11, 9:1
**lisa** [1] - 2:16
**lisa@houle** [1] - 2:19
**lisa@houle-law.com** [1] - 2:19
**Lizardi** [2] - 23:5, 25:1
**Lizette** [2] - 22:18, 24:14
**Los** [4] - 1:17, 1:24, 2:6, 2:23
**lost** [1] - 6:20
**lunch** [5] - 11:3, 11:7, 11:10
**Lynnette** [2] - 23:5, 25:1
**Lyons** [2] - 22:6, 24:2

## M

**major** [1] - 26:1
**Manhattan** [1] - 2:18
**March** [5] - 26:16, 26:18, 26:19, 26:20, 27:2
**Martin** [2] - 22:15, 24:11
**matter** [3] - 17:4, 17:19, 29:4
**matters** [4] - 3:10, 4:23, 10:15, 26:1
**meet** [2] - 13:1, 13:5
**meeting** [1] - 17:8
**Melvin** [2] - 22:15, 24:11
**mentioned** [1] - 26:4
**met** [1] - 13:19
**Michael** [1] - 2:22
**Michele** [2] - 23:2, 24:23
**microphone** [3] - 23:8, 23:13, 23:21
**MIGUEL** [1] - 1:12
**minutes'** [1] - 11:25
**moment** [2] - 4:18, 27:16
**Moreno** [2] - 23:18, 25:10
**morning** [10] - 4:3, 4:25, 5:10, 8:3, 8:10, 9:13, 10:15, 10:24, 10:25, 11:2
**motion** [5] - 4:24, 6:5, 6:7, 8:12, 8:14
**move** [1] - 4:24

**moves** [1] - 10:11
**MR** [29] - 3:16, 4:17, 4:22, 5:6, 7:6, 7:18, 7:21, 8:6, 8:9, 12:23, 13:2, 13:5, 13:18, 13:22, 14:2, 14:5, 14:18, 14:25, 15:22, 16:1, 17:3, 17:17, 25:18, 25:21, 26:22, 26:24, 27:15, 27:22, 27:25
**MS** [20] - 3:15, 3:20, 3:25, 4:12, 4:13, 5:1, 5:5, 5:9, 5:15, 5:18, 5:21, 6:1, 8:10, 12:16, 14:13, 16:2, 18:10, 25:20, 27:1, 27:14
**must** [1] - 9:16

### N

**name** [1] - 10:21
**Nebraska** [1] - 17:5
**necessary** [1] - 8:1
**need** [2] - 4:3, 5:19
**needed** [1] - 8:3
**needs** [1] - 5:24
**never** [1] - 8:15
**new** [1] - 4:24
**North** [1] - 2:6
**note** [8] - 3:20, 12:10, 12:14, 12:17, 12:21, 16:4, 16:18, 16:19
**NOTE** [1] - 12:6
**Note** [4] - 12:9, 16:10, 17:25, 18:19
**noticed** [1] - 3:23
**November** [2] - 20:5, 21:25
**NOVEMBER** [2] - 1:18, 3:1
**number** [3] - 7:2, 7:3
**Nuno** [2] - 22:18, 24:14

### O

**o'clock** [2] - 26:20, 27:3
**oath** [1] - 9:18
**objection** [1] - 6:17
**objections** [2] - 6:14, 6:16
**obviously** [2] - 9:12, 25:24
**occasions** [1] - 7:2
**occurred** [1] - 6:10

**OF** [5] - 1:2, 1:8, 2:3, 2:10, 2:20
**offense** [8] - 19:18, 19:23, 20:15, 20:20, 21:1, 21:6, 21:12, 21:19
**Office** [1] - 2:5
**Officer** [10] - 6:12, 8:21, 10:3, 13:9, 13:22, 15:1, 17:10, 17:11, 18:8, 25:18
**official** [1] - 29:11
**Official** [1] - 1:23
**ON** [3] - 2:3, 2:10, 2:20
**One** [4] - 19:17, 19:18, 20:14, 20:13
**one** [6] - 11:24, 14:3, 15:13, 15:18, 18:6, 27:16
**ONE** [1] - 12:6
**open** [5] - 6:21, 6:24, 16:6, 18:4, 19:6
**opportunity** [3] - 3:12, 4:7, 25:22
**opposition** [2] - 6:8, 8:14
**order** [2] - 4:9, 27:7
**OTERO** [1] - 1:4
**outside** [4] - 11:21, 16:25, 17:23, 26:11
**own** [1] - 26:7

### P

**parentheses** [7] - 19:14, 19:25, 20:1, 20:2
**part** [1] - 15:1
**parties** [5] - 12:8, 13:6, 13:19, 15:20
**pass** [5] - 18:25, 19:5, 23:8, 23:13, 23:21
**pending** [1] - 27:13
**people** [1] - 25:25
**permission** [1] - 17:7
**person** [5] - 7:3, 10:8, 10:9, 10:10, 21:7
**personal** [1] - 26:7
**Phillips** [5] - 5:17, 5:25, 7:23
**Phillips's** [2] - 5:15, 5:23
**phrase** [1] - 14:8
**plaintiff** [2] - 1:10, 20:9
**Plaintiff** [1] - 19:12
**PLAINTIFF** [1] - 2:3
**pleadings** [2] - 27:4, 27:11

**point** [3] - 10:25, 14:16, 14:19
**poll** [1] - 22:2
**polled** [1] - 18:5
**position** [3] - 8:24, 27:4, 27:11
**possibility** [3] - 13:13, 15:11, 15:12
**possibly** [1] - 13:8
**preliminary** [1] - 3:10
**presence** [7] - 9:7, 11:21, 16:7, 16:25, 17:23, 18:15, 26:11
**present** [6] - 3:7, 3:8, 12:7, 17:10, 19:16, 20:13
**presented** [24] - 22:7, 22:10, 22:13, 22:16, 22:19, 22:22, 22:25, 23:3, 23:6, 23:11, 23:15, 23:18, 24:3, 24:6, 24:9, 24:12, 24:15, 24:18, 24:21, 24:24, 25:2, 25:5, 25:8, 25:11
**presentence** [1] - 17:5
**PRESIDING** [1] - 1:4
**problem** [2] - 14:7, 15:7
**proceed** [2] - 18:9, 18:10
**proceedings** [9] - 5:23, 9:7, 11:21, 16:6, 16:25, 17:23, 18:15, 26:11, 29:3
**Proceedings** [1] - 1:16
**process** [3] - 10:5, 10:7, 10:10
**Professional** [1] - 2:13
**prohibited** [1] - 21:7
**proposed** [1] - 26:16
**prosecutors** [1] - 7:4
**provide** [4] - 14:1, 14:4, 15:21, 16:21
**provided** [4] - 3:13, 11:4, 11:7, 16:18
**purchase** [2] - 21:13, 21:20
**purchases** [1] - 6:12
**purposes** [1] - 11:14
**put** [1] - 3:22

### Q

**questions** [6] - 10:2, 10:3, 11:18, 11:19, 12:1

### R

**Rachel** [1] - 2:12
**Ramirez** [2] - 22:24, 24:20
**reach** [3] - 10:11, 11:16, 11:25
**reached** [2] - 18:1, 18:20
**reaches** [1] - 12:2
**read** [28] - 5:3, 9:15, 18:4, 19:5, 22:7, 22:10, 22:13, 22:16, 22:19, 22:22, 22:25, 23:3, 23:6, 23:11, 23:15, 23:18, 24:3, 24:6, 24:9, 24:12, 24:15, 24:18, 24:21, 24:24, 25:2, 25:5, 25:8, 25:11
**reads** [2] - 12:11, 16:12
**really** [1] - 14:7
**reason** [2] - 10:17, 14:15
**reassembled** [1] - 16:8
**rebuttal** [1] - 6:6
**receipt** [1] - 6:4
**receive** [1] - 12:1
**received** [3] - 9:20, 9:23, 9:24
**recess** [4] - 11:23, 12:4, 27:15, 28:1
**Recess** [2] - 12:5, 17:21
**record** [4] - 3:5, 10:20, 12:21, 27:19
**recorded** [1] - 29:3
**reduction** [1] - 29:6
**reference** [3] - 8:4, 12:25, 17:13
**referenced** [2] - 9:22, 16:16
**refusing** [2] - 14:1, 14:4
**regarding** [4] - 3:18, 6:5, 6:11, 26:7
**regulations** [1] - 29:7
**relation** [2] - 12:12, 16:13
**rely** [1] - 8:23
**remain** [2] - 11:15, 19:7
**repeat** [1] - 13:16
**repetitive** [3] - 14:10, 14:17, 14:24
**report** [4] - 8:15, 8:19, 8:20, 8:23

**Reporter** [2] - 1:23, 29:11
**Reporter's** [1] - 1:16
**representing** [2] - 5:12, 6:22
**request** [3] - 6:18, 8:25, 9:4
**requests** [1] - 6:9
**required** [2] - 4:4, 11:17
**resolve** [1] - 26:1
**respect** [8] - 19:17, 19:23, 20:14, 20:19, 20:25, 21:5, 21:11, 21:18
**respond** [1] - 15:10
**responsive** [1] - 14:9
**resume** [1] - 16:22
**retained** [1] - 27:12
**return** [2] - 7:14, 11:17
**returns** [1] - 18:3
**review** [3] - 3:12, 4:7, 18:3
**reviewed** [3] - 4:15, 4:18, 19:4
**rise** [3] - 11:20, 16:24, 26:9
**Robinson** [16] - 2:12, 2:12, 2:13, 3:23, 4:3, 5:7, 5:19, 5:20, 6:1, 6:3, 6:19, 7:19, 7:24, 17:2, 17:6, 26:21
**ROBINSON** [24] - 3:25, 4:13, 5:5, 5:9, 5:15, 7:6, 7:18, 7:21, 8:6, 8:9, 8:10, 13:2, 13:5, 13:18, 14:2, 14:5, 14:25, 15:22, 16:1, 17:3, 17:17, 25:18, 25:21, 26:22
**RODRIGUEZ** [7] - 12:23, 13:22, 14:18, 26:24, 27:15, 27:22, 27:25
**Rodriguez** [6] - 2:21, 2:22, 4:16, 4:17, 15:4, 15:8
**room** [4] - 9:14, 10:17, 11:9, 11:14
**Room** [1] - 1:24
**Rosecrans** [1] - 2:17
**Roy** [2] - 22:6, 24:2
**RPR** [2] - 1:23, 29:11
**RYKKEN** [9] - 3:20, 4:12, 5:1, 14:13, 16:2, 18:10, 25:20, 27:1, 27:14
**Rykken** [3] - 2:4, 4:12, 27:16

## S

**savings** [1] - 12:24
**seat** [6] - 3:9, 9:11, 16:10, 16:12, 19:2, 26:15
**seated** [1] - 19:7
**Section** [6] - 2:5, 19:19, 20:16, 20:22, 21:2, 21:8
**Sections** [3] - 19:25, 21:15, 21:22
**sectors** [1] - 25:25
**see** [1] - 6:1
**selecting** [1] - 10:6
**send** [2] - 12:10, 12:14
**sense** [1] - 14:15
**sentencing** [2] - 26:16, 27:2
**separate** [3] - 6:19, 9:19, 10:18
**serious** [1] - 25:24
**seriously** [1] - 7:9
**service** [1] - 25:23
**Seven** [2] - 21:5, 21:6
**share** [1] - 16:19
**side** [1] - 13:9
**signal** [1] - 14:9
**signed** [8] - 12:9, 12:11, 16:14, 18:1, 18:20, 18:24, 20:6, 21:25
**simple** [1] - 15:14
**simply** [2] - 13:25, 15:2
**situation** [1] - 15:2
**SIX** [2] - 1:17, 3:3
**SJO** [1] - 19:14
**small** [1] - 20:1
**Smith** [2] - 22:12, 24:8
**sorry** [2] - 7:18, 14:25
**sound** [1] - 15:15
**sounds** [2] - 13:24, 13:25
**special** [1] - 10:1
**speculate** [1] - 15:6
**speculates** [1] - 15:13
**Spring** [1] - 2:6
**stand** [1] - 13:2
**standing** [1] - 17:7
**standpoint** [1] - 15:16
**stands** [1] - 6:17
**start** [4] - 9:13, 10:5, 10:15, 11:18
**state** [2] - 10:20, 14:19
**statement** [2] - 21:13, 21:20
**STATES** [2] - 1:1, 1:8
**States** [6] - 3:6, 19:10,

19:12, 20:8, 20:9, 29:7
**statute** [2] - 13:10, 15:3
**stenographically** [1] - 29:3
**Stephanie** [1] - 25:4
**stepped** [1] - 4:18
**still** [1] - 17:16
**straw** [1] - 6:12
**Street** [2] - 1:24, 2:6
**structure** [2] - 14:20, 14:23
**substantive** [1] - 6:13
**suggest** [2] - 7:5, 10:7
**suggested** [1] - 15:8
**suggestion** [2] - 14:14, 15:18
**suggests** [1] - 14:3
**Suite** [4] - 2:6, 2:13, 2:17, 2:23
**support** [1] - 8:24
**supposed** [1] - 7:24
**sustained** [1] - 6:14
**sustaining** [2] - 6:16, 6:17
**swear** [1] - 10:13
**sworn** [2] - 10:19, 10:23

## T

**telephone** [1] - 1:25
**term** [1] - 16:13
**terms** [1] - 10:14
**testifying** [1] - 7:23
**testimony** [1] - 8:17
**THE** [83] - 2:3, 2:10, 2:20, 3:5, 3:17, 3:23, 4:2, 4:14, 4:20, 4:23, 5:7, 5:13, 5:16, 5:20, 5:22, 6:3, 7:11, 7:16, 7:19, 8:3, 8:8, 9:4, 9:9, 10:22, 10:24, 11:7, 11:23, 12:7, 12:19, 12:25, 13:4, 13:14, 13:24, 14:3, 14:12, 15:18, 15:24, 16:3, 16:8, 17:2, 17:9, 17:13, 17:20, 17:25, 18:13, 18:17, 19:4, 22:2, 22:8, 22:11, 22:14, 22:17, 22:20, 22:23, 23:1, 23:4, 23:7, 23:12, 23:16, 23:19, 23:23, 24:4, 24:7, 24:10, 24:13, 24:16, 24:19, 24:22, 24:25, 25:3,

25:6, 25:9, 25:12, 25:13, 25:22, 26:13, 26:20, 27:2, 27:7, 27:10, 27:18, 27:20, 27:23
**thereto** [1] - 6:8
**Three** [2] - 19:22, 19:24
**today** [4] - 3:24, 9:9, 11:15, 11:17
**together** [1] - 26:1
**tomorrow** [3] - 11:17, 17:4, 17:15
**took** [2] - 3:21, 9:18
**Tope** [1] - 25:4
**Torrance** [1] - 2:14
**totally** [1] - 6:20
**towards** [1] - 13:9
**transcript** [2] - 29:3, 29:5
**Transcript** [1] - 1:16
**trial** [6] - 5:2, 5:12, 8:17, 9:22, 26:3, 28:2
**TRIAL** [2] - 1:17, 3:3
**trials** [1] - 7:2
**true** [1] - 29:2
**Tuesday** [4] - 27:6, 27:8, 27:9, 27:10
**Two** [2] - 20:19, 20:20
**two** [2] - 7:4, 8:19

## U

**U.S.C** [8] - 19:19, 19:25, 20:16, 20:21, 21:2, 21:8, 21:14, 21:21
**unacceptable** [1] - 6:20
**unanimous** [2] - 18:1, 18:20
**unanimously** [8] - 19:20, 20:4, 20:17, 20:23, 21:3, 21:9, 21:16, 21:23
**United** [6] - 3:5, 19:10, 19:12, 20:8, 20:9, 29:7
**UNITED** [2] - 1:1, 1:8
**unprofessional** [1] - 6:24
**up** [3] - 4:5, 8:21, 26:6
**US** [1] - 2:5

## V

**vagueness** [2] - 13:10,

15:3
**various** [1] - 25:25
**Veals** [2] - 23:14, 25:7
**verdict** [47] - 4:14, 4:15, 4:18, 10:1, 10:11, 11:17, 12:2, 13:9, 13:13, 15:12, 18:2, 18:3, 18:8, 18:20, 18:24, 19:3, 19:5, 19:14, 19:16, 20:11, 20:13, 22:6, 22:10, 22:13, 22:16, 22:19, 22:22, 22:25, 23:3, 23:6, 23:11, 23:15, 23:18, 23:24, 24:2, 24:6, 24:9, 24:12, 24:15, 24:18, 24:21, 24:24, 25:2, 25:5, 25:8, 25:11, 25:14
**VERDICT** [1] - 17:22
**verdicts** [1] - 18:4
**Veronica** [1] - 2:4
**veronica.dragalin@ usdoj.gov** [1] - 2:8
**versus** [3] - 3:6, 19:13, 20:10
**Victoria** [1] - 2:16
**violation** [8] - 19:19, 19:25, 20:16, 20:21, 21:2, 21:8, 21:14, 21:21
**voice** [1] - 10:9
**VS** [1] - 1:11

## W

**waiting** [1] - 7:14
**WEDNESDAY** [2] - 1:18, 3:1
**WEST** [1] - 1:24
**Williams** [1] - 10:22
**Wilshire** [1] - 2:23
**wish** [3] - 15:25, 18:9, 26:5
**witness** [3] - 5:12, 7:23, 8:18
**written** [1] - 12:17

## Y

**YASUSHIRO** [1] - 1:12
**years** [1] - 7:3
**yesterday** [6] - 3:12, 6:10, 6:20, 8:4, 9:13, 9:15