## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 18-00121 (A) SJO |
| Date | January 31, 2020 |

Present: The Honorable  S. James Otero

Interpreter  Not Present

| Victor Cruz | Not Present | Katherine A. Rykken<br>Veronica Dragalin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (#1) Carlos Miguel Fernandez | xx | | xx | Ambrosio Eduardo Rodriguez<br>Michal J. Hanagan | xx | | xx |
| (#2) Edward Yasushiro Arao | xx | | xx | Edward M. Robinson<br>Rachael A. Robinson<br>Lisa Victoria Houle | xx | | xx |

**Proceedings:**   IN CHAMBERS

The Court instructs the Clerk's office to statistically close motions (ECF No.'s 229 and 246) as they were ruled upon at trial.

:  

Initials of Deputy Clerk   vpc

cc: