# Exhibit A

**Source:** Instagram records for the38superman account
**Message participants:** the38superman and j_gallito
**Message Date:** May 21, 2017 – August 9, 2017

| From | Message |
|---|---|
| j_gallito: | Truth #noonecarestrainharder ---------------------------------------------- #brotherinblue #tbl #thinblueline #thinbluelinefamily #sheriff #sheriffdeputy #leo #lawenforcement #police #policeposts #cops #swat #family #respect #usAF #wehaveyour6 #feartheK9 #policek9 #coffeeislife #staytactical #tactmed #tccc #combateffective #stayvigilant #k9 #fitcops #freedom #findanexcusetowin #paytheman photo credit: @till44 |
| the38superman: | Lol so just chill ... fuck it better tried by 12 than carried by 6 ... or just get there and take the report ☐ |
| j_gallito: | I've been tried by 12, three times. No joke Compa |
| the38superman: | But u alive k no[.] Well I shot two and they all been clean so don't look forward to turning in the shoes or getting tired my brotha[.] And one was off duty lol 😆 nada paso but drunk as fuck ! 😁 |
| j_gallito: | Lol [.] I was facing 19years for nothing[.] Nothing[.] Trials wiped me out clean |
| the38superman: | [Like.] Lol[.] Never got caught with my pants down that's bad !!! Fuck happy it turned out ok |

| j_gallito: | La Coquilla @_armasdelujo_ @_armasdelujo_ ✌️ |
|---|---|
| the38superman: | Selling coca got him this gun lol[.] 6k gun and $20 holster |
| j_gallito: | [ROFL.] That's why you need to sell holsters. Make money that way |
| the38superman: | Lol |