# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>CARLOS MIGUEL FERNANDEZ, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:18–cr–00121–SJO<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __2/18/2020__

Document Number(s):   __342__

Title of Document(s):   __Motion for judgment of acquittal or alternatively new trial by defendant Carlos Fenandez__

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or not timely.

Other:

Missing hearing date. Missing formal LR 6.1 formal Notice of Motion text re hearing date, time, Judge and courtroom, information

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: February 19, 2020        By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**