**PURCHASES AND ADVERTISEMENTS**

| Firearm Serial No. | Firearm Make/Model | Purchase Date/(By) | Purchase Price | Source of Price Info | Advertised by FERNANDEZ | Advertised Price | Mark-up |
|---|---|---|---|---|---|---|---|
| AZC0111 | Colt 38 Government | 03/10/2016 (Arao) | $4,950 | Kirkpatrick | 03/16/2016 | $14,000 for pair | $4,550 |
| CMX0090 | Colt 38 Government | 03/10/2016 (Arao) | $4,500 | Kirkpatrick | | | |
| NMS0258 | Colt 38 05038NMS | 02/25/2016 (Fernandez) | $4,500 | Kirkpatrick | 04/07/2016 | $8,500 | $4,000 |
| CHAMP0283 | Colt 38 02575EC | 05/26/2016 (Fernandez) | $2,200 | Kirkpatrick | 05/31/2016 | $8,500 | $6,300 |
| ELCEN8536 | Colt 38 02071ELC2 | 11/12/2015 (Fernandez) | $2,150 | Kirkpatrick | 05/31/2016 | $6,500 | $4,350 |
| EP064 | Colt 38 02071EP | 05/13/2016 (Fernandez) | $2,200 | Kirkpatrick | 09/23/2016 | $9,500 | $7,300 |
| CPR076 | Colt 38 02570XSET | 01/24/2017 (Fernandez) | $1,625 | Gunbroker | 02/09/2017 | $3,800 | $2,175 |
| 9905 | Colt 38 Government | 07/05/2016 (Fernandez) | $2,200 | Kirkpatrick | 05/28/2017 | $9,500 | $7,300 |
| ELR016 | Colt 38 02575ELR | 10/30/2015 (Fernandez) | $2,500 | Kirkpatrick | 06/12/2017 | $7,500 | $4,000 |
| | | | | | | TOTAL: | $39,975 |

**EXHIBIT 34**