UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

( _____ Amended _____ )

Case No.   CR 18-00121 (A) SJO                                                  Date: March 2, 2020

Present: The Honorable:   S. James Otero

| Victor Paul Cruz | Amy Diaz | Katherine A. Rykken / Veronica Dragalin |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| (1) Carlos Miguel Fernandez | | x | Ambrosio Eduardo Rodriguez | x | | | |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT**   Con\_\_\_\_d   Non\_\_\_identiary
Day \_\_\_ (if continued from a prior hearing date)

[x] Refer to Judgment and Probation/Commitment Order; signed copy attached hereto  [x]  Refer to separate Judgment Order.
[ ] Imprisonment for \_\_\_\_ years/months on each of count(s) _____
    Count(s) \_\_\_\_ concurrent/consecutive to count(s) _____
[ ] Fine of $ \_\_\_\_ is imposed on each of count(s) concurrent/consecutive.
[ ] Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
[ ] Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____
[ ] \_\_\_\_ years/months Supervised Release/Probation imposed on count(s) _____
[ ] consecutive/concurrent to count(s) _____
    under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
    [ ] Perform \_\_\_\_ hours of community service \_\_\_\_  fine amounts & times determined by P/O.
    [ ] Serve \_\_\_\_ in a CCC/CTC \_\_\_\_  Make $ \_\_\_\_ restitution in amounts & times determined by PO.
    Pay
    [ ] Participate in a program for treatment of narcotic/alcohol addiction.
        any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
        Other conditions:
[ ] Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
[ ] Pay $ \_\_\_\_ per count, special assessment to the United States for a total of $ _____
[ ] Imprisonment for \_\_\_\_ months/years and for a study pursuant to 18 USC _____ with results to be furnished to the Court within \_\_\_\_ days/months whereupon the sentences shall be subject to modification.  This matter is set for further hearing on _____
[ ] Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
[ ] Defendant informed of right to appeal.
[ ] ORDER sentencing transcript for Sentencing Commission [ ] Processed statement of reasons
[ ] Bond Exonerated upon surrender [ ] upon service of _____
[ ] Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
[ ] Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
[ ] Issued Remand/Release # _____
[ ] Present bond to continue as bond on appeal. [ ] Appeal bond set at $ _____
[ ] Filed and distributed judgment. ENTERED. Make it
[x] Other  The Court Denies the Motion for New Trial (ECF No. 342)

cc:                                                                                                         :0/37
                                                                              **Initials of Deputy Clerk**   vpc