Ambrosio E. Rodriguez (SBN 200880)
Michael J. Hanagan (SBN 220440)
The Rodriguez Law Group
626 Wilshire Blvd., Suite 900
Los Angeles, California 90017
213.995.6767 | Fax 213.995.6368
aer@aerlawgroup.com
mjh@aerlawgroup.com

Attorneys for Defendant Carlos Fernandez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS MIGUEL FERNANDEZ,<br><br>Defendant | Case No.: CR 18-0121 SJO<br><br>NOTICE OF APPEAL |
|---|---|

TO THE HONORABLE COURT, AND THE OFFICE OF THE UNITED STATES ATTORNEY:

Notice is hereby given that Carlos Miguel Fernandez, defendant in the above entitled action, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment and sentence entered in this action on the 2nd day of March 2020.

Respectfully submitted this 4th of March 2019.

Michael J. Hanagan, Esq.
Attorney for Carlos Miguel Fernandez

NOTICE OF APPEAL