FILED
CLERK, U.S. DISTRICT COURT
April 2, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Transfer of Cases from the Calendar<br><br>of<br><br>Judge S. JAMES OTERO | ORDER OF THE CHIEF JUDGE<br><br>20-060 |

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be reassigned from the calendar of Judge S. James Otero to the calendar of Judge Philip S. Gutierrez for all further proceedings:

| | |
|---|---|
| 2:17-cv-07639-SJO-KSx: | Juno Therapeutics, Inc., et al. v. Kite Pharma, Inc. |
| 2:18-cv-03837-SJO-SKx: | Seoul Semiconductor Co., Ltd., et al. v. Bed Bath and Beyond, Inc. |
| 2:18-cv-09687-SJO-Ex: | Bluprint Clothing Corp., et al. v. Nygard International Partnership, et al. |
| 2:18-cv-09751-SJO-AGRx: | Dwain Lammey v. Bang Ja Kim, et al. |
| 2:19-cv-08967-SJO-JCx: | Altair Instruments, Inc. v. Telebrands Corp., et al. |
| 2:19-cv-09402-SJO-RAOx: | Magnacross LLC v. Monoprice, Inc. |
| 5:19-cv-02074-SJO-SHKx: | Extang Corporation, et al. v. Tyger Auto Inc. |
| 2:18-cr-00121-SJO: | USA v. Carlos Miguel Fernandez, et al. |

Dated:  April 2, 2020

_____
Chief Judge Virginia A. Phillips