The Rodriguez Law Group
Ambrosio E. Rodriguez, SBN 200880
Michael J. Hanagan, SBN220440
626 Wilshire Blvd., Ste 900
Los Angeles, CA  90017
(213) 995-6767
(213) 995-6368
aer@aerlawgroup.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CARLOS FERNANDEZ<br><br>  Defendants. | No. CR 18-CR-00121-PSG - 1<br><br>STIPULATION REGARDING REQUEST FOR CONTINUANCE OF SURRENDER DATE<br><br>**CURRENT SURRENDER DATE:** 05/04/2020<br><br>**[PROPOSED] SURRENDER DATE:** 09/28/2020 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorneys Katherine A. Rykken and Veronica Dragalin, and defendant Carlos Fernandez ("defendant"), both individually and by and through his counsel of record, Ambrosio E. Rodriguez and Michael J. Hanagan, hereby stipulate as follows:

1. The indictment against defendant was filed on March 08, 2018. Defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on April 3, 2018.

2. Trial commenced on November 12, 2019 and on November 20, 2019, the jury returned a verdict finding defendant guilty on Count 1: Conspiracy in violation of 18 U.SC. § 371; guilty on Count 2: Dealing in Firearms Without a License in violation

of 18 U.S.C. § 922(a)(1)(A); guilty on Count 4: Conspiracy, in violation of 18 U.S.C. § 371; guilty on Count 7: Disposal of a Firearm to a Prohibited Person, in violation of 18 U.S.C. § 922(d)(1); guilty on Count 10: aiding and abetting a False Statement During the Purchase of a Firearm, in violation of 18 U.S.C. §§ 2 and 924(a)(1)(A) on or about July 29, 2017; and guilty on Count Eleven: aiding and abetting a False Statement During the Purchase of a Firearm in violation of 18 U.S.C. §§ 2 and 924(a)(1)(A) on or about July 24, 2016.

3. On March 2, 2020, defendant was sentenced to a term of 33-months imprisonment and ordered committed to the custody of the Bureau of Prisons, all counts to be served concurrently. The Court ordered that defendant surrender himself to the institution designated by the Bureau of Prisons at or before 12 noon, Monday, May, 4 2020 or, in the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at the Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

4. Defendant is released on bond pending his surrender. By this stipulation, Defendant moves to continue the surrender date from May 04, 2020 at 12:00 PM to September 28, 2020 at 12:00 PM. This is the first request for a continuance as to the surrender date.

5. The parties have stipulated to the surrender date based upon the following facts, which the parties believe demonstrate good cause:

    a. On March 04, 2020, California State Governor Gavin Newsom proclaimed a State of Emergency to exist in the state of California due to the threat of COVID-19, also known as the Coronavirus.

    b. On March 13, 2020, the United States District Court - Central District of California approved General Orders 20-02 and 20-03 in order to protect public health, and in order to reduce the size of public gatherings and reduce unnecessary travel.

c. On Mach 19, 2020, Governor Gavin Newsom issued a stay at home order to protect the health and well-being of all Californians and to establish consistency across the state in order to slow the spread of COVID-19.

d. The Centers for Disease Control and Prevention and other public health authorities have advised the taking of precautions to reduce the possibility of exposure to the virus and slow the spread of the disease.

e. In light of the COVID-19 pandemic, the parties have agreed to continue defendant's surrender date of May 4, 2020 to September 28, 2020.

f. The requested continuance is not based on congestion of the Court's calendar, or lack of diligent preparation on the part of the attorney for the government or the defense.

g. Defense Counsel has conferred with defendant regarding this stipulation and proposed order thereon, and defendant agrees to the terms of the proposed order.

IT IS SO STIPULATED.

Dated: April 3, 2020        /s/_____
                            Ambrosio E. Rodriguez
                            Michael J. Hanagan
                            Attorneys for Defendant

Dated: April 3, 2020        NICOLA T. HANNA
                            Attorney for the United States

                            Brandon D. Fox
                            Assistant United States Attorney
                            Chief, Criminal Division

                             /s/_____
                            Katherine A. Rykken
                            Veronica Dragalin
                            Assistant United States Attorney

                            Attorneys for Plaintiff
                            UNITED STATES OF AMERICA