```
The Rodriguez Law Group
Ambrosio E. Rodriguez, SBN 200880
Michael J. Hanagan, SBN220440
626 Wilshire Blvd., Ste 900
Los Angeles, CA  90017
(213) 995-6767
(213) 995-6368
aer@aerlawgroup.com
```

Attorney for Defendant

FILED
CLERK, U.S. DISTRICT COURT
4/8/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: WH  DEPUTY

cc: PSA/USPO/USM/BOP

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-CR-00121-PSG - 1 |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO CONTINUE SURRENDER DATE |
| v. | |
| CARLOS FERNANDEZ | |
| Defendants. | |

Based on a review of the Stipulation Regarding Request For Continuance of Surrender Date filed by the defendant and good cause having been shown, it is hereby ORDERED:

1. The ~~sentencing~~ **SURRENDER** date of May 4, 2020 shall be continued to September 28, 2020.

2. All other terms of all prior orders in effect regarding the Defendant's release pending his surrender, to the extent that they do not conflict with the specific terms of this order, remain in full force and effect.

IT IS SO ORDERED.

Dated: ~~April 3, 2020~~
       4/8/2020

PHILIP S. GUTIERREZ
_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE