**FILED**

**AUG 14 2020**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 20-50056 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 2:18-cr-00121-SJO |
| v. | Central District of California, Los Angeles |
| CARLOS MIGUEL FERNANDEZ, | |
| Defendant-Appellant. | ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's opening brief was due June 4, 2020. On July 2, 2020, the court ordered appellant's retained counsel, Michael J. Hanagan, Esq., within 14 days, to submit the opening brief and excerpts of record with a motion to file a late brief or file a motion for relief from default. To date, counsel has not complied with the court's order.

Counsel shall have one final opportunity to prosecute this appeal. Within 14 days after the date of this order, appellant shall file the opening brief, excerpts of record, and a motion to file a late brief. Alternatively, if counsel is unable to prosecute this appeal, counsel shall file, within 14 days, a motion to withdraw under Ninth Circuit Rule 4-1(c). Failure to respond timely to this order may result in the imposition of sanctions on counsel.

The due date for appellee's brief will be set upon appellant's compliance with this order.

Appellant's Registration Number is 76115-112, and his housing status is "not in BOP custody." Within 14 days after the date of this order, Assistant United States Attorney Veronica Dragalin shall serve this order on appellant and provide this court with proof of service, including appellant's current address.