**FILED**

UNITED STATES COURT OF APPEALS

SEP 11 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-50056 |
| Plaintiff-Appellee, | D.C. No. 2:18-cr-00121-SJO<br>Central District of California, Los Angeles |
| v. | |
| CARLOS MIGUEL FERNANDEZ, | |
| Defendant-Appellant. | ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

On July 2, 2020, the court issued a default notice to appellant for failure to file the opening brief. Appellant's opening brief was due July 16, 2020. Appellant did not respond. On August 14, 2020, the court ordered appellant's retained counsel, Michael Hanagan, Esq., to file the opening brief and excerpts of record within 14 days and file a motion for relief from default. Counsel Hanagan was warned that failure to comply order may result in the imposition of sanctions. To date, counsel has not complied with the court's August 14, 2020 order.

The court removes Michael Hanagan, Esq., as appellant's retained counsel of record for this appeal.

Appellant is informed that retained counsel has failed to prosecute this appeal. *See* 9th Cir. Gen. Order 2.3. Within 28 days after the date of this order,

appellant shall: (1) retain new counsel who shall file a notice of appearance; or (2) file a motion for appointment of counsel, accompanied by a completed financial affidavit (Form CJA 23), if appellant is financially unable to obtain representation on appeal; or (3) inform the court in writing of appellant's clear and unequivocal request that the court exercise its discretion to permit appellant to proceed on appeal without the assistance of counsel.  *See* 9th Cir. R. 4-1(d); *Martinez v. Court of Appeal*, 528 U.S. 152 (2000).

Within 14 days after the filing date of this order, counsel Hanagan shall show cause in writing why this court should not impose on counsel monetary sanctions not to exceed $2,000.  Failure to file a timely response or to provide an adequate explanation may result in the imposition of sanctions without further notice.

A new briefing schedule will be established upon compliance with this order.

Failure by appellant to comply with this order may result in the dismissal of this appeal for failure to prosecute.  *See* 9th Cir. R. 42-1.

The Clerk shall serve this order and a Form CJA 23 on appellant individually at 11876 Hercules Street, Norwalk, CA 90650.

# FINANCIAL AFFIDAVIT

✎CJA 23
Rev. 5/98   IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT | or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE _____ V.S. _____

FOR _____
AT _____

PERSON REPRESENTED (Show your full name) _____

1 ☐ Defendant-Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed?  ☐ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment _____
How much did you earn per month? $ _____
If married is your Spouse employed?  ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ ___ SOURCES ___
$ ___ ___
$ ___ ___

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☐ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE $ ___ DESCRIPTION ___
$ ___ ___
$ ___ ___
$ ___ ___

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents ___
List persons you actually support and your relationship to them _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ ___ | $ ___ |
| | | $ ___ | $ ___ |
| | | $ ___ | $ ___ |
| | | $ ___ | $ ___ |

I certify under penalty of perjury that the foregoing is true and correct.   Executed on (date) _____

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)  ➤ _____