FILED

SEP 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 20-50056 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 2:18-cr-00121-SJO Central District of California, Los Angeles |
| v. | |
| CARLOS MIGUEL FERNANDEZ, | |
| Defendant-Appellant. | ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The court has received and reviewed the response of appellant's retained counsel, Michael J. Hanagan, Esq., to the court's September 11, 2020 order. The court construes the response (Docket Entry No. 7) as a motion for voluntary dismissal of the appeal. So construed, the motion is denied without prejudice to renewal, within 21 days, accompanied by appellant's written consent, or counsel's explanation why appellant's consent was not obtained. *See* 9th Cir. R. 27-9.1.

The court will address the issue of the September 11, 2020 order to show cause after counsel Hanagan's compliance with this order.

Briefing remains suspended.