| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | FEB 24 2021 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

           Plaintiff-Appellee,

v.

CARLOS MIGUEL FERNANDEZ,

           Defendant-Appellant.

No. 20-50056

D.C. No. 2:18-cr-00121-SJO-1
Central District of California,
Los Angeles

ORDER

In three prior orders, the court instructed appellant how to prosecute this appeal. Each order warned appellant that, if he did not respond, the case would be dismissed for failure to prosecute. Because appellant has not responded to any of the court's orders, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1; 9th Cir. Gen. Order 2.3.

This order served on the district court will, 21 days after this order, act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Don Lewis
Deputy Clerk
Ninth Circuit Rule 27-7