

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT**

To:     Chief Deputy/Fiscal

**Re:    Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number:   __2:18−cr−00121−PSG__
Defendant's Name:   __Carlos Miguel Fernandez__

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on ___9/28/2020___. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : __3/18/2021__, it was verified the defendant:**

__has surrendered to the Bureau of Prisons__.

**Verified via e−mail with the following:**

U.S. Marshal:  __Kelly Gutierrez__   *(Name of Officer)*

 __March 18, 2021__                     By _____/s/ *Benjamin Moss*_____
       Date                                              Deputy Clerk

CR−86 (11/08)                              VERIFICATION OF SURRENDER