```
STEPHANIE S. CHIRSTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
Public Corruption & Civil Rights Section
     1X00 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0647
     Facsimile: (213) 894-1041
     E-mail:    veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **See Attachment A** |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |
| **See Attachment A**, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the court that **VERONICA DRAGALIN** is departing the United States Attorney's Office, and all of the cases in **Attachment A** should have the contact information replaced with the generic USAO email used for docketing.

```
Dated: July 12, 2022           Respectfully submitted,

                               STEPHANIE S. CHRISTENSEN
                               Acting United States Attorney

                               SCOTT M. GARRINGER
                               Assistant United States Attorney
                               Chief, Criminal Division

                               /s/ Veronica Dragalin
                               _____
                               VERONICA DRAGALIN
                               Assistant United States Attorney
                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA
```

# ATTACHMENT A

2:00-cr-00201
2:00-cr-01095
2:06-cr-00167
2:06-cr-00409
2:06-cr-00875
2:08-cr-01163
2:09-cr-00618
2:13-cr-00076
2:13-cr-00884
2:13-cr-00885
2:14-cr-00229
2:15-cr-00569
2:16-cr-00049
2:16-cr-00234
2:16-cr-00329
2:16-cr-00384
2:16-cr-00468
2:16-cr-00471
2:16-cr-00543
2:16-cr-00557
2:16-cr-00586
2:16-cr-00591
2:16-cr-00718
2:16-cr-00741
2:16-cr-00784
2:16-cr-00798
2:16-cr-00806
2:16-cr-00857
2:16-cv-00651
2:16-cv-04563
2:16-cv-05384
2:16-cv-06079
2:16-cv-06135
2:16-cv-09175
2:17-cr-00028
2:17-cr-00067
2:17-cr-00192
2:17-cr-00778
2:17-cr-00783
2:17-cr-00790
2:17-cv-02771
2:18-cr-00007
2:18-cr-00037
2:18-cr-00055
2:18-cr-00056
2:18-cr-00065
2:18-cr-00074
2:18-cr-00098
2:18-cr-00119
2:18-cr-00121

2:18-cr-00122
2:18-cr-00128
2:18-cr-00132
2:18-cr-00160
2:18-cr-00267
2:18-cr-00280
2:18-cr-00376
2:18-cr-00625
2:18-cr-00685
2:18-cv-08826
2:19-cr-00447
2:20-cr-00009
2:20-cr-00035
2:20-cr-00141
2:20-cr-00142
2:20-cv-09011
2:21-cr-00116
2:21-cr-00118
2:21-cr-00446
2:21-cr-00575
2:22-cr-00131
2:22-cr-00177
2:97-cr-00206
5:15-cr-00007
5:16-cr-00102
5:16-cr-00111
5:16-cr-00129
5:16-cr-00148
5:17-cr-00214
5:17-cr-00276
5:18-cr-00004
5:18-cr-00041
5:18-cr-00046
5:18-cr-00049
5:18-cr-00060
5:18-cr-00066
5:18-cr-00134
5:18-cr-00162
5:19-cr-00071
8:17-cv-00917
8:21-cr-00187
8:98-cr-00143